# TOWN OF ISLIP



## OFFICE OF THE TOWN ATTORNEY

| JOHN R. DICIOCCIO | 655 MAIN STREET | MICHAEL P. WALSH |
|---|---|---|
| TOWN ATTORNEY | ISLIP, NEW YORK 11751 | DEPUTY TOWN ATTORNEY |
| | (631)224-5550 | |
| | FAX (631)224-5573 | |

June 21, 2018

**VIA ECF**

Hon. Arthur D. Spatt
100 Federal Plaza
Central Islip, New York 11722

> Re:   Ana Flores, et al. v. Town of Islip, et al.
>        Civil Action No. 18-cv-3549 (ADS)(GRB)

Dear Judge Spatt:

This office represents Defendants Town of Islip and Islip Town Board ("Town") in the above referenced matter.  Pursuant to your Honor's Individual Practice Rules, a request is hereby made for an extension of time to answer or otherwise move on behalf of the Town from July 10, 2018, up to and including August 10, 2018.  This is the first request by the Town and it is made upon the consent of Plaintiffs' respective counsel.

Thank you for your courtesies and consideration of this matter.

Very Truly Yours,

John R. DiCioccio
Town Attorney

JRD:ms

Cc:  Plaintiff's Counsel via ECF