# TOWN OF ISLIP



## OFFICE OF THE TOWN ATTORNEY

| | | |
|---|---|---|
| JOHN R. DICIOCCIO<br>TOWN ATTORNEY | 655 MAIN STREET<br>ISLIP, NEW YORK 11751<br>(631)224-5550<br>FAX (631)224-5573 | MICHAEL P. WALSH<br>DEPUTY TOWN ATTORNEY |

August 10, 2018

**<u>VIA ECF</u>**

Hon. Arthur D. Spatt
100 Federal Plaza
Central Islip, New York 11722

        Re:   Ana Flores, et al. v. Town of Islip, et al.
                Civil Action No. 18-cv-3549 (ADS)(GRB)

Dear Judge Spatt:

     This office represents Defendants Town of Islip and Islip Town Board ("Town") in the above referenced matter. Pursuant to your Honor's Individual Practice Rules, a request is hereby made for an extension of time to answer on behalf of the Town from August 10, 2018, up to and including October 10, 2018. This is the second request made by the Town and it is made upon the consent of Plaintiffs' respective counsel. It should be noted that the Town has agreed to file an answer without seeking any further extensions of time to do so.

     Thank you for your courtesies and consideration of this matter.

                                 Very Truly Yours,

                                 John R. DiCioccio
                                 Town Attorney

JRD:ms

Cc: Plaintiff's Counsel via ECF