UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Ana Flores, Rene Flores, Maria Magdalena
Hernandez, Magali Roman, Make the Road
New York, and New York Communities for Change,

                Plaintiff,                  **ANSWER**

                                                         Docket No.: 18-CV-3549

     -against-

                                                         *(Electronically Filed)*

Town of Islip, Islip Town Board, Suffolk County
Board of Elections,

                Defendants.
-----------------------------------------------------------------X

      Defendant, Suffolk County Board of Elections, by its attorney, DENNIS M. BROWN, Suffolk County Attorney, by LEONARD G. KAPSALIS, Assistant County Attorney, answering plaintiff's Complaint, respectfully:

      1.     Avers that the allegations contained in the paragraph numbered "1" of the complaint characterize the legal action being brought and purport to invoke the jurisdiction of the Court pursuant to the enumerated statutes and, as such, make no answer save to demand strict proof thereof and to deny any conduct giving rise to any cause of action thereunder.

      2.     Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraphs numbered "2," "3," "4," "5," "6," "7," "8," "9," "10," "11," "12," "14," "15," "16," "17," "18," "19," "20," "21," "22," "23," "24," "25," "26," "27," "29," "30," "31," "32," "33," "34," "35," "36," "37," "38," "39," "40," "41," "42," "43," "44," "45," "46," "47," "48," "49," "50," "51," "52," "53," "54," "55," "56," "57," "58," "59," "60," "61," "62," "63," "64," "65," "66," "67," "68," "69," "70," "71," "72," "73," "74," "75," "76," "77," "78," "79," "80," "81," "82," "83," "84," "85," "86," "87," "88," "89," "90," "91," "92," "93," "94,"

"95," "96," "97," "98," "99," "100," "101," "102," "103," "104," "105," "106," "107," "108," "109," "110," "111," "112," "113," "114," "115," "116," "117," "118," "119," "120," "121," "122," "123," "124," "125," "126," "127," "128," "129," "130," "131," "132," "133," "134," "135," "136," "137," "138," "139," "140," "141," "142," "143," "144," "145," "146," "147," "148," "149," "150," "151," "152," "153," "154," "155," "156," "157," "158," "159," "160," "161," "162," "163," "164," "165," "166" and "167" of the complaint.

3. The allegations contained in paragraph numbered "13" of the complaint set forth a request for relief and to the extent that a response is required, the defendant denies knowledge or information sufficient to form a belief as to those allegations.

4. Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraphs numbered "28" of the complaint except admits that the Suffolk County Board of Elections is responsible for the administration of elections in accordance with New York State Election Law.

## AS AND FOR A RESPONSE TO COUNT I

5. Answering the paragraph numbered "168" of the complaint, repeats, reiterates and realleges each and every response to the recited paragraphs, with the same force and effect as if the same were set forth at length herein.

6. Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraphs numbered "169," "170" and "171" of the complaint

7. Avers that the allegations contained in the paragraph numbered "172" of the complaint characterize the legal action being brought and purport to invoke the jurisdiction of the Court pursuant to the enumerated statutes and, as such, make no answer save to demand strict proof thereof and to deny any conduct giving rise to any cause of action thereunder.

WHEREFORE, defendant demands judgment against the plaintiffs dismissing the complaint, together with the costs, disbursements and reasonable attorneys' fees of this action, and for such other and further relief as this Court deems just and proper.

Dated: Hauppauge, New York
August 10, 2018

                                              Yours, etc.,

                                              DENNIS M. BROWN
                                              Suffolk County Attorney

                                              *s/Leonard G. Kapsalis*
                                              LEONARD G. KAPSALIS
                                              Assistant County Attorney
                                              *Attorney for Defendant,*
                                              *Suffolk County Board of Elections*
                                              H. Lee Dennison Building
                                              100 Veterans Memorial Highway
                                              Hauppauge, N.Y. 11788-0099
                                              631-853-4851