UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Ana Flores, Rene Flores, Maria Magdalena Hernandez, Magali Roman, Make the Road New York, and New York Communities for Change,<br><br>        Plaintiffs,<br><br>      v.<br><br>Town of Islip, Islip Town Board, and Suffolk County Board of Elections,<br><br>        Defendants. | 2:18-cv-03549 (ADS) (GRB) |

## NOTICE OF MOTION FOR PRELIMINARY INJUNCTION

PLEASE TAKE NOTICE THAT, upon the accompanying declarations of Dr. Andrew Beveridge dated March 1, 2019, Dr. Michael McDonald dated March 1, 2019, Dr. John Logan dated March 1, 2019, Greg Laufer dated March 1, 2019, New York State Assemblyman Phil Ramos dated February 25, 2019, Samuel Gonzalez dated February 26, 2019, Renee Ortiz dated February 28, 2019, Ricardo Montano dated dated February 27, 2019, William Garbarino dated February 27, 2019, Lucas Sanchez dated February 28, 2019, Daniel Altschuler dated February 28, 2019, Water Barrientos dated February 27, 2019, Ana Flores dated February 27, 2019, and Magali Roman dated February 27, 2019, and the exhibits annexed thereto as to each, the accompanying memorandum of law, and all other papers and proceedings herein, Plaintiffs Ana Flores, Rene Flores, Maria Magdalena Hernandez, Magali Roman, Make the Road New York, and New York Communities for Change, will move this Court, before the Honorable Judge Arthur D. Spatt for the Eastern District of New York, on May 13, 2019 at 9:30 a.m., at the Long Island Courthouse, Courtroom 1020, 100 Federal Plaza, Central Islip, New York 11722, for an order, pursuant to Rule 65(a) of the Federal Rules of Civil

Procedure, preliminarily enjoining Defendants Town of Islip, Islip Town Board, and Suffolk County Board of Elections from conducting any election for the Islip Town Board under the current at-large system.

Dated: New York, New York
March 1, 2019

                        PAUL, WEISS, RIFKIND,
                        WHARTON & GARRISON LLP

By: /s/ Gregory F. Laufer
Gregory F. Laufer
Amy K. Nemetz
Michael J. Pernick
1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000
glaufer@paulweiss.com
anemetz@paulweiss.com
mpernick@paulweiss.com

THE LAW OFFICES
OF FREDERICK K. BREWINGTON
Frederick K. Brewington
Tricia S. Lindsay
556 Peninsula Blvd.
Hempstead, New York 11550
(516) 489-6959
fred@brewingtonlaw.com
tricia.lindsay@brewingtonlaw.com

NEWMAN FERRARA LLP
Randolph M. McLaughlin
Debra S. Cohen
Danielle B. Sullivan
1250 Broadway, 27th Floor
New York, New York 10001
(212) 619-5400
rmclaughlin@nfllp.com
dcohen@nfllp.com
dsullivan@nfllp.com

*Attorneys for Plaintiffs*