UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

Ana Flores, Rene Flores, Maria Magdalena Hernandez, Magali Roman, Make the Road New York, and New York Communities for Change,

                    Plaintiffs,

v.

Town of Islip, Islip Town Board, and Suffolk County Board of Elections,

                    Defendants.

2:18-cv-03549 (ADS) (GRB)

---

## **DECLARATION OF ANDREW A. BEVERIDGE, Ph.D.**

ANDREW A. BEVERIDGE declares pursuant to 28 U.S.C. § 1746:

1. I am submitting this declaration in support of Plaintiffs' motion for a preliminary injunction in this case.

2. I am a Professor of Sociology at Queens College, in Queens, New York, and I hold a Ph.D. in Sociology from Yale University.

3. Annexed to this declaration as **Exhibit A** is the expert report that I prepared in connection with this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at: Yonkers, New York

March 1, 2019

                                                        ANDREW A. BEVERIDGE

1