UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

Ana Flores, Rene Flores, Maria Magdalena Hernandez, Magali Roman, Make the Road New York, and New York Communities for Change,

                               Plaintiffs,

v.

Town of Islip, Islip Town Board, and Suffolk County Board of Elections,

                               Defendants.

2:18-cv-03549 (ADS) (GRB)

---

## DECLARATION OF MICHAEL D. MCDONALD, Ph.D.

MICHAEL D. MCDONALD declares pursuant to 28 U.S.C. § 1746:

1. I am submitting this declaration in support of Plaintiffs' motion for a preliminary injunction in this case.

2. I am a Professor of Political Science at the State University of New York at Binghamton in Binghamton, New York, and I hold a Ph.D. in Political Science from Florida State University.

3. Annexed to this declaration as **Exhibit A** is the expert report that I prepared in connection with this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at: Binghamton, New York

March 1, 2019

                                                                               MICHAEL D. MCDONALD