UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Ana Flores, Rene Flores, Maria Magdalena Hernandez, Magali Roman, Make the Road New York, and New York Communities for Change,<br><br>         Plaintiffs,<br><br>      v.<br><br>Town of Islip, Islip Town Board, and Suffolk County Board of Elections,<br><br>         Defendants. | 2:18-cv-03549 (ADS) (GRB) |

**DECLARATION OF JOHN R. LOGAN, Ph.D.**

JOHN R. LOGAN declares pursuant to 28 U.S.C. § 1746:

1. I am submitting this declaration in support of Plaintiffs' motion for a preliminary injunction in this case.

2. I am a Professor of Sociology at Brown University in Providence, Rhode Island, and I hold a Ph.D. in Sociology from the University of California, Berkeley.

3. Annexed to this declaration as **Exhibit A** is the expert report that I prepared in connection with this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at: Providence, Rhode Island

March 1, 2019

                         *John R Logan*
                         JONH R. LOGAN