# **EXHIBIT A**



# NYCLU – Common Cause New York
# New York Election Protection Effort

# PROBLEM LOG

**COUNTY** _____

**NAME OF VOLUNTEER** _____

**CITY or TOWN** _____ **ELECTION DISTRICT** _____

**POLLING LOCATION** _____

**TIME OF DAY** _____

---

**TYPE OF PROBLEM**

| | |
|---|---|
| __ Voter registration problem | __ Voter Intimidation |
| __ Voter ID problem | __ Disability issues |
| __ Felon Disfranchisement | __ Equipment/Ballot problems |
| __ Voter Challenge by _____ | __ Other Polling Place Problem (described below) |
| __ Electioneering within 100 feet | |

**DESCRIPTION OF PROBLEM (Include Source & Location of Problem if Known)**

_____
_____
_____
_____
_____

1

**WHAT DID VOLUNTEER DO?** _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**CALL TO 1-866-OUR VOTE MADE?**   ___ YES       ___ NO

**WHO MADE THE CALL?** _____

**VOTER CONTACT INFO.**   (NOT REQUIRED—ONLY IF VOTER WANTS TO KEEP IN TOUCH!)

**Name of Voter**   _____

**Address**   _____

_____

**Phone number**   (_____) _____ (@ home / cell / work )[1]

**Email**   _____

**ANY OTHER COMMENTS:**

_____

_____

_____

_____

_____

_____

_____

_____

_____