# EXHIBIT C

Case 2:18-cv-03549-GRB-ST Document 39-3 Filed 03/01/19 Page 2 of 7 PageID #: 551



## NYCLU – Common Cause New York
## New York Election Protection Effort

### PROBLEM LOG

**COUNTY** Suffolk

**NAME OF VOLUNTEER** Sam Cullinane

**CITY or TOWN** Brentwood **ELECTION DISTRICT** _____

**POLLING LOCATION** 50 W. White St. — North Elementary

**TIME OF DAY** 8am

Jessica H. 631-630-0561

**TYPE OF PROBLEM**

| | |
|---|---|
| __ Voter registration problem | X Voter Intimidation |
| __ Voter ID problem | __ Disability issues |
| __ Felon Disfranchisement | __ Equipment/Ballot problems |
| __ Voter Challenge by _____ | __ Other Polling Place Problem |
| __ Electioneering within 100 feet | (described below) |

**DESCRIPTION OF PROBLEM (Include Source & Location of Problem if Known)**

50 White St Brentwood
Man gave instructions to cast ballot. Pointed at one candidate over and over at Romney - 4x. Made her stick out ballot to show him. White man - late 50s, grey hair, blue jacket. Table 205 - standing by machine
Jessica is Latina - speaks Spanish + English

1

WHAT DID VOLUNTEER DO? Spoke w/ Anita Katz. She will send the police over.

CALL TO 1-866-OUR VOTE MADE? ___ YES ___ NO
WHO MADE THE CALL? _____

VOTER CONTACT INFO. (NOT REQUIRED—ONLY IF VOTER WANTS TO KEEP IN TOUCH!)
Name of Voter  Jessica H.
Address  _____

Phone number  (631) 630-0561  (@ (home) / cell / work )
Email  _____

ANY OTHER COMMENTS:

2



## NYCLU – Common Cause New York
## New York Election Protection Effort

### PROBLEM LOG

**COUNTY** Suffolk

**NAME OF VOLUNTEER** Josh Jarvis

**CITY or TOWN** Port Jeff Station   **ELECTION DISTRICT** _____

**POLLING LOCATION** _____

**TIME OF DAY** 7:45AM

---

**TYPE OF PROBLEM**

| | |
|---|---|
| __ Voter registration problem | __ Voter Intimidation |
| __ Voter ID problem | __ Disability issues |
| __ Felon Disfranchisement | __ Equipment/Ballot problems |
| __ Voter Challenge by _____ | (X) Other Polling Place Problem (described below) |
| __ Electioneering within 100 feet | |

**DESCRIPTION OF PROBLEM** (Include Source & Location of Problem if Known)

UNABLE TO LOCATE POLLING PLACE

1

**WHAT DID VOLUNTEER DO?** FOUND THE POLLING LOCATION:

STAGECOACH ELEMENTARY SCHOOL

205 PARK RD

SELDEN NY 11784

**CALL TO 1-866-OUR VOTE MADE?** ___ YES   ___ NO

**WHO MADE THE CALL?** _____

**VOTER CONTACT INFO.** (NOT REQUIRED—ONLY IF VOTER WANTS TO KEEP IN TOUCH!)

**Name of Voter** ANABEL PRICHARDO

**Address** 652 OLD TOWN RD

PORT JEFF STATION 11776

**Phone number** (631) 903-0865 ___ (@ home / cell / work )[i]

**Email** _____

**ANY OTHER COMMENTS:**

2



**Election Day Call Line**

Anita Katz.
631- 852-4569

Linda Debbie
Jean

| Name / Nombre | Address / Dirección | Cell Phone / Teléfono Celular* | Email / Correo Electrónico | Ride? What Time? |
|---|---|---|---|---|
| | | | | |
| Luz Hernandez | 315 Old Town Rd, E Setauket 11733 | 646 250-1218 | | |
| ANABEL PRICHARDO | 692 OLD TOWN RD PORT JEFF ST. 11776 | 631-903-0865 | | |
| Jessica H. | | 631-630-0561 | | voted. |
| M. Garcia | Bay Shore | | | |

*Disclaimer: By providing your cellular telephone number, you agree to receive periodic text messages from our organization. You can opt out at any time.
Tras anotar su número de teléfono celular, está indicando que acepta que nuestra organización le envíe mensajes de texto. Usted puede pedir que lo cesemos cuando quiera.

| Name / Nombre | Address / Dirección | Cell Phone / Teléfono Celular* | Email / Correo Electrónico | Ride? What Time? |
|---|---|---|---|---|
| VANESSA SHUFORD | 12 HOLLY LN WESTBURY, NY 11590 | (631)612-7011 | | B NEW CASSEL PARK AVE SCHOOL 100 PARK AVE E |
| Dagoberto Carballo | 201 Hedges Ave E. Patchogue | 631 524 6565 | | 4:30 - 5. Twin Pines Elem School |
| Elodi Eharlonin | 357 Bridge Road Hauppauge | (631) 761 1781 | | ASAP / Bretton Woods Elem. School |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

*Disclaimer: By providing your cellular telephone number, you agree to receive periodic text messages from our organization. You can opt out at any time.
Tras anotar su número de teléfono celular, está indicando que acepta que nuestra organización le envíe mensajes de texto. Usted puede pedir que lo cesemos cuando quiera.

2