# EXHIBIT E



Brennan Center for Justice
*at New York University School of Law*

161 Avenue of the Americas
12th Floor
New York, NY 10013
646.292.8310  Fax 212.463.7308
www.brennancenter.org

November 1, 2012
VIA E-MAIL

To:   Anita S. Katz, Commissioner, anita.katz@suffolkcountyny.gov
      Wayne T. Rogers, Commissioner, wayne.rogers@suffolkcountyny.gov
      Suffolk County Board of Elections
      Yaphank Avenue
      Yaphank, NY 11980

RE:   Processing of Voter Registration Applications from the DMV's Online System

Dear Commissioners Katz and Rogers,

I am writing because the Brennan Center has received reports that Suffolk County has refused to process the registrations of Suffolk County voters who have registered to vote via the Department of Motor Vehicles' (DMV's) online registration process, available since August 2012.[1]  We write to ask you to confirm Suffolk County's policy regarding the processing of online voter registrations.

If these reports are inaccurate, and Suffolk has indeed processed all valid voter registrations that have been received, including those from the DMV's online registration system, please confirm this at your earliest convenience.

If, however, these reports are indeed correct, we urge you to take whatever steps necessary to ensure these voters are properly registered and appear on voter rolls before November 6th.  We believe that rejections of such voter registrations would run afoul of New York law.  In *Williams v. Salerno*, a federal appeals court held that all New York county boards of elections *must* accept any voter registration application that contains "substantially all of the required information unless the board of elections finds that the applicant is not entitled to register."[2]  The online voter registration system provided by the New York DMV forwards applications to your office that are, without doubt, substantially complete.

---

[1] *See* Press Release, New York Department of Motor Vehicles, Governor Cuomo Announces Reforms to Expand Access to Voter Registration (Aug. 16, 2012), *available at* http://www.dmv.ny.gov/press.htm.

[2] *Williams v. Salerno,* 792 F.2d 323, 329 (2nd Cir. 1986) (citing N.Y. Elec. Law § 5-210).

BRENNAN CENTER FOR JUSTICE

In addition, the National Voter Registration Act ("NVRA") requires that each state establish application procedures allowing individuals to register to vote when applying for a driver's license with the state DMV.[3] The NVRA requires each state "to ensure" that any eligible applicant who timely submits a valid voter registration form to the DMV "is registered to vote"[4] and provides for a private right of action in federal district court for individuals not properly registered.[5]  Therefore, the right of Suffolk County registrants to register through the DMV's existing process is protected by both state and federal law.

If the Suffolk County Board of Elections has indeed declined to process the registrations of voters who used the DMV online system, please confirm any policy in place for handling these registrations or notifying the voters.  We would also appreciate any information you can share as to the date and specifics of the majority vote of the Commissioners for any such policy, as is required for such action by the Board.[6]

Thank you for your time and attention to this letter.  I am available by cell phone and email to discuss this matter at your earliest convenience; all my contact information is below.

Sincerely,

Lee Rowland, Counsel, Democracy Program
Brennan Center for Justice at NYU School of Law
161 Avenue of the Americas, Floor 12
New York, NY 10013-1205
Direct line: (646) 292-8334; cell: (857) 204-7331
Fax: (212) 463-7308
lee.rowland@nyu.edu

---

[3] 42 U.S.C. § 1973gg-2(a)(1).
[4] *Id.* § 1973gg-6(a)(1)(A).
[5] *Id.* § 1973gg-9(b).
[6] All "actions" of the board of elections, including rejection of any voter registration application, must be made by a majority vote of the Commissioners.  N.Y. Elec. Law § 3-212(2); *Williams v. Salerno*, 792 F.2d at 329.

BRENNAN CENTER FOR JUSTICE

**CC:**

Dennis M. Cohen, County Attorney, dennis.cohen@suffolkcountyny.gov
Gail Lolis, General Litigation Bureau Chief, gail.lolis@suffolkcountyny.gov