# EXHIBIT H

**Bcc:** victor ramos@newsday com, joye brown@newsday com, yamiche alcindor@newsday com, paul larocco@newsday com, rick brand@newsday com, sarah crichton@newsday com, li@newsday com, z_cortes_ra@yahoo com mx, pedro frisneda@eldiariony com, Erica Gonzalez@eldiariony com, metro@eldiariony com, elianalopez@noticiany com, news@noticiany com, lauratcerrone@gmail com, lidesk@news12 com, news12li@news12 com, michael@patch com, news@wlnytv com, rrose@cbs com, roser@wlnytv com, editorvoces@aol com, william anthony james@gmail com, lmontesbrito@gmail com, editorial@latribunahispana com, luisa@latribunahispana com, enteratem@yahoo com, enteratehoy08@gmail com, longislandaldiaennoticias@gmail com, mlcliff@gmail com, delano stewart@gmail com, bilingualnews@gmail com, newsdesk@fios1news com, csagona@fios1news com, ascott@fios1news com, hkamal@fios1news com msparks@fios1news com, wpkn@cox net, wally@peconicpublicbroadcasting org, paula@peconicpublicbroadcasting org, aan13@optonline net, noticias41ny@univision net, LGUTIERREZ@UNIVISION NET, Arrate Reich@nbcuni com, wnju47@nbcuni cc s_hill2020@yahoo com, joebartlett@wor710 com, news@wor710 com, mary elkordy@cumulus com, newsroom@wnyc org, abernstein@wnyc org, pwillens@wnyc org, jkeefe@wnyc org, BFERTIG@WNYC org, crodriguez@wnyc org, ckatz@nydailynews cc aruiz@nydailynews com, news@nydailynews com, alisberg@cityandstateny com, ahawkins@cityandstateny com, cbragg@cityandstateny com, jlentz@cityandstateny com, lnahmias@cityandstateny com, jarrett@citylimits org, kcrowley@nypost co greg cergol@nbcuni com, caroline smith@nbcuni com, amy boon@nbcuni com, enez paganuzzi@nbcuni com, robert sancho@nbcuni com, wnbc newsdesk@nbc com, wabctv-newsdesk@abc com, fred chieco@abc com, mark crudele@abc co howard b price@abc com, art mcfarland@abc com, john m antonio@abc com, adam a stephan@abc com, mbrook@cbs com, afriedman2@cbs com, jmclogan@cbs com, blowder@cbs com, wprisinzano@cbs com, news@pix11 com, migraham@tribune com, rhoell@tribune com, lmineo@tribune com, walknews@walkradio com, dvaughan@walkradio com, LITimes@lawtv com, apnyc@ap ( FEltman@ap org, kim lowe@foxtv com, jim driscoll@foxtv com, 9newsdesk@foxtv com, wfmu@wfmu org, jsantiago@wbai org, christinenagy@clearchannel com, mevorach@wins com, webmaster@wabcradio com, sam hall@wqxr com, bobsalter@aol com, abcpitch@gmail com, tscheld@cbs com, bigshow@plj com, wayne@wlib com, jeffzuchowski@clearchannel com, renato@931amor com, milly@wnye org, cococabrera@univision com, jkings1@bloomberg net, alykatz@gmail com, kscott@tribune com, mlperez@tv nyc gov, tv@tv nyc gov, dauria@wins com, lehpamer@wins com, papa@wins com, mmills10@bloomberg net, rherklotz@kingsborough edu, cronicapress7@gmail com, javiercastano@queenslatino com, pierrealme83@yahoo com, mundohispanonews@gmail com, Info@werisemag com, enfoquelatino@yahoo com
**Sent:** Tue, 6 Nov 2012 15 55 11 -0500
**Subject:** ADVISORY (URGENT) NYCLU & Community Groups Criticize Suffolk County for Rejecting Online Voter Registration Applications
**From:** Daniel Altschuler <daniel altschuler@maketheroadny org>
**To:** Daniel Altschuler <daniel altschuler@maketheroadny org>

Please see below for an urgent advisory from the NYCLU and community allies, including the Long Island Civic Engagement Table.

Contact: Jennifer Carnig, 845.553 0349 / jcarnig@nyclu.org
Daniel Altschuler, Long Island Civic Engagement Table, 917-494-5922

**NYCLU & Community Groups Criticize Suffolk County for Rejecting Online Voter Registration Applications**

FOR IMMEDIATE RELEASE

November 6, 2012 – The New York Civil Liberties Union today condemned the Suffolk County Board of Election's unlawful policy of rejecting valid voter registration applications submitted through the New York DMV's online system.

"The online registration system was established to help enable New Yorkers to go to the polls," NYCLU Executive Direc Donna Lieberman said. "The Suffolk County Board of Elections' unconscionable refusal to accept these online applicatio has effectively stripped New Yorkers of their voting rights. State and county officials must act to ensure that anyone disenfranchised by this policy has their voting rights restored in time to cast a ballot today."

The Brennan Center for Justice uncovered the problem yesterday<http://www.brennancenter.org/content/resource/potential_disenfranchisement_on_long_island_election_officia _reject_voter/>. Organizations that support the call for voting rights in Suffolk County include the Long Island Civic Engagement Table, Make the Road NY, New York State Civic Engagement Table, La Fuente Long Island Civic Participation, Project Long Island Progressive Coalition and New York Communities for Change.

The state DMV, in conjunction with the Governor's office, developed an online voter registration process in August 2012 that permits voters to submit a complete and secure voter registration online, including a signature pulled from the DMV' existing records.

according to the state's online procedures," said Daniel Altschuler, coordinator of the Long Island Civic Engagement Table "The Board of Elections must rectify this appalling act of disenfranchisement."

--
Daniel Altschuler
Coordinator, Long Island Civic Engagement Table
917-494-5922
Join Us: www.licivicengagement.org
Support Our Work: https://licivicengagement.nationbuilder.com/donate
Facebook: Long Island Civic Engagement Table
Twitter: @licivicengage