# EXHIBIT R

**Subject:**  Letter%20to%20Senft-requesting%20robo%20call-signed.pdf
**From:**  Monica Martinez <mmartine77@gmail.com>
**Sent:**  Sun, 18 May 2014 14:30:33 -0400
**To:**  Daniel Altschuler <daniel.altschuler@maketheroadny.org>

Letter%20to%20Senft-requesting%20robo%20call-signed.pdf

Hi Dan...

Attached please find the letter I sent to Senft regarding the Town disseminating information to our residents in English and Spanish.

Hope you're well.
Monica


Sent from my iPhone

**MONICA R. MARTINEZ**
Legislator, 9th District

**COMMITTEES**
Human Services, Chair
Education & Information Technology, Vice-Chair
Budget & Finance
Health
Public Safety

COURTHOUSE CORPORATE CENTER
320 Carleton Ave, Suite 4300
Central Islip, NY 11722
P: (631) 853-3700
F: (631) 853-3568
e-mail: Monica.Martinez@suffolkcountyny.gov

May 16, 2014

Councilman Anthony Senft Jr.
Ockers House
965 Montauk Hwy
Oakdale, New York 11769

Dear Mr. Senft,

I would like to thank you and your colleagues for attending the Health and Legal Clinic which was held at the Brentwood Library on May 15, 2014.

At the forum, Councilman Flotteron distributed a flyer indicating an "Informational" meeting to be held on May 20, 2014 at 6:30pm regarding Roberto Clemente Park.

As per my request at the forum, our residents should be notified via a "robo-call" paid by the Town in English and Spanish. Furthermore, any information disseminated by the Town of Islip should always be in English and Spanish in an effort to be empathetic to the demographics found within the district.

In continuing to be emphatic to our residents of Brentwood and Central Islip, I am requesting you have either interpretation devices or an interpreter to assist residents.

Sincerely,

*[signature]*

**Monica R. Martinez**
**Suffolk County Legislator**
**9th Legislative District**

CC: Acting Supervisor Eric Hofmeister
Councilman John Cochrane, Jr.
Councilman Steve Flotteron
Councilwoman Trish Bergin Weichbrodt