**EXHIBIT T**

| | |
|---|---|
| Bcc: | "pacenter@tourolaw.edu" <pacenter@tourolaw.edu> |
| Sent: | Tue, 17 Jun 2014 16:44:16 -0400 |
| Subject: | TONIGHT! Vigil for Roberto Clemente Park, June 17 / Vigilia para el Parque Roberto Clemente, 17 de junio |
| From: | Daniel Altschuler <daniel.altschuler@maketheroadny.org> |
| To: | "daniel.altschuler@maketheroadny.org" <daniel.altschuler@maketheroadny.org> |

2014.6.6.Park Vigil Flyer_MRNY.docx

Friends,
Don't forget: tonight's the community vigil at Roberto Clemente Park! Looking forward to seeing you there at 6:30pm (corner of Broadway and Noble St., Brentwood).

Thanks!
Daniel

---------- Forwarded message ----------
From: **Daniel Altschuler** <daniel.altschuler@maketheroadny.org>
Date: Fri, Jun 13, 2014 at 3:20 PM
Subject: Vigil for Roberto Clemente Park, June 17 / Vigilia para el Parque Roberto Clemente, 17 de junio
To: "daniel.altschuler@maketheroadny.org" <daniel.altschuler@maketheroadny.org>

Dear friends,

Our communities have been dumped on. Our neighbors have been disrespected. And now it's time to take action.

*(Hay una traducción al español debajo de este mensaje.)*

In recent weeks, we have all watched with horror as the toxic dumping scandal has unfolded. Meanwhile, many courageous residents have time and again stood up against the environmental racism to which we have borne witness to say, "Enough!"

Next Tuesday, our struggle continues as we mourn the closure of Roberto Clemente Park and demand action. The members of Make the Road New York and New York Communities for Change invite you to join this fight as we gather on **Tuesday, June 17th, at 6:30pm for a vigil at Roberto Clemente Park (Broadway and Noble Street, Brentwood, NY--see flyer attached)** to mourn our closed park and demand action from the Town of Islip. **Can we count on you to join us?**

Our communities face an environmental catastrophe in the wake of the illegal dumping in Roberto Clemente Pa and at least five other sites.

In response, residents have come together, demanding that the Town of Islip:

· Clean up Roberto Clemente Park and all other nearby parks as soon as possible;

· Allocate funds for free summer youth programs for all local residents;

- Hold all responsible accountable; and
- Keep all residents informed in all languages spoken by local residents.

**On Tuesday, at 6:30pm, our vigil at Roberto Clemente Park (Broadway and Noble Street)** will be a critical moment for residents to show their strength and disgust in the face of environmental racism and a broader pattern of neglect. **Join us on Tuesday at 6:30**pm and stand with your neighbors and allies for respect and dignity for our communities!

All are welcome, so please join us.

For more information, please call:

**Irma Solis from Make the Road New York at 631-512-1587 or irma.solis@maketheroadny.org, or**

**Lucas Sánchez from New York Communities for Change at 646-600-2426 or lsanchez@nycommunities.org.**

In solidarity,

Daniel

\*   \*   \*

Estimad@s amig@s,

Nuestras comunidades han sido contaminadas. A nuestros vecinos les han faltado el respeto. Y ya es el momento de tomar acción.

En las últimas semanas, todos hemos visto con horror como el escándalo de los desechos tóxicos en nuestros parques se ha desarrollado. Mientras tanto, muchos residentes valientes se han puesto de pie en contra del racismo ambiental y han dicho "¡Basta!"

El próximo martes, nuestra lucha continúa con una vigilia para responder a la clausura del Parque Roberto Clemente. Los miembros de Se Hace Camino Nueva York y Comunidades de Nueva York por el Cambio le invitamos a unirse a esta lucha cuando nos reunimos el martes, **17 de junio a las 6:30 pm para una vigilia en el Parque Roberto Clemente (esquina de Broadway y Noble Street, Brentwood--volante adjunto)** para expresar nuestra tristeza por la pérdida de nuestro parque y exigir acción del Pueblo de Islip. **¿Podemos cont con que se unan a nosotros?**

Nuestras comunidades se enfrentan a un catástrofe ambiental como consecuencia de la contaminación ilegal el Parque Roberto Clemente y al menos otros cinco sitios.

En respuesta, los residentes se han unido para exigir que el Pueblo de Islip:

• Limpie el Parque Roberto Clemente y el resto de los parques cercanos lo más pronto posible;

• Asigne fondos para programas de verano gratis para todos los jóvenes del área;

• Asegure que todos los responsables pagan el precio por sus acciones; y

• Mantenga todos los residentes informados en todos los idiomas hablados por los residentes locales.

**El martes, a las 6:30 pm, nuestra vigilia en el Parque Roberto Clemente (Broadway y Noble Street) será un momento crítico para que los residentes muestren su fuerza en contra del racismo ambiental y una tendencia más amplia de la negligencia.** ¡Únase a nosotros el martes a las 6:30 pm y acompañe a sus vecinos y aliados por el respeto y dignidad de nuestras comunidades!

Todos son bienvenidos, así que por favor únase a nosotros.

Para obtener más información, por favor llame a:

**Irma Solís de Se Hace Camino Nueva York** al 631-512-1587 o **Lucas Sánchez de Comunidades de Nueva York por el Cambio** al 646-600-2426.

En solidaridad,

Daniel


--
Daniel Altschuler
*Long Island Coordinator*

C 917-494-5922
1090 Suffolk Ave | Brentwood, NY 11717
Join www.maketheroadny.org
Follow our work @maketheroadny, @altochulo


--
Daniel Altschuler
*Long Island Coordinator*

C 917-494-5922
1090 Suffolk Ave | Brentwood, NY 11717
Join www.maketheroadny.org
Follow our work @maketheroadny, @altochulo



# CANDLELIGHT VIGIL TO MOURN OUR PARK

### Our Community Demands That the Town:
- Clean up Roberto Clemente Park now!
- Allocate funds for free summer youth programs in affected areas!
- Hold all responsible accountable!
- Clean up and repair all nearby parks!
- Keep all residents informed in all languages spoken by local residents!



**WHERE:** Roberto Clemente Park
**WHEN:** Tuesday June 17, 2014 at 6:30pm
**WHO:** Make the Road New York, New York Communities for Change, Make the Road New York's Youth Power Project

**Please wear black and bring flowers.**

For additional information please call:

**Irma Solis, Make the Road New York, 631-512-1587**



## VELORIO DE NUESTRO PARQUE ROBERTO CLEMENTE

Exigimos que el Pueblo de Islip:
- ¡Limpie el Parque Roberto Clemente y todos los otros parques del area AHORA!
- ¡Designee Fondos para programas de verano para nuestros jovenes/familias!
- ¡Haga que todos responsables deben tomar responsabilidad/despedido!
- ¡Limpiar y reparar todos los parques en el vecindario!
- ¡Mantenga a todos los residentes informad@s en todos los idiomas de estos residentes!



**DONDE:**   Roberto Clemente Park
**CUANDO:** Tuesday June 17, 2014 at 6:30pm
**QUIENES:** Make the Road New York, Make the Road New York's Youth Power Project, New York Communities for Change,

Por favor vista de negro y traiga flores.

Para más información y para confirmar su asistencia favor de llamar a:

Irma Solis, Se Hace Camino Nueva York, 631-512-1587