# EXHIBIT BB



I'm looking at warm getaways for kids February break. I'm wondering about El Salvador, Haiti or Somalia **#recommendations** ?