UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Ana Flores, Rene Flores, Maria Magdalena Hernandez, Magali Roman, Make the Road New York, and New York Communities for Change,

                Plaintiffs,

v.

Town of Islip, Islip Town Board, and Suffolk County Board of Elections,

                Defendants.

2:18-cv-03549 (ADS) (GRB)

## DECLARATION OF LUCAS SANCHEZ

LUCAS SANCHEZ declares pursuant to 28 U.S.C. § 1746:

1. I am submitting this declaration in support of Plaintiffs' motion for a preliminary injunction in this case.

2. I have worked as a labor and community organizer for the past five years on Long Island. Prior to that, I received my undergraduate degree from Columbia University in 2004, and from 2004 through 2010, I worked first as a Spanish teacher, then as a political staffer for Valerie Vainieri-Huttle in Englewood, New Jersey, Assembly District 37, and then as a professional Spanish-English interpreter and paralegal. In summer 2010, I began working for Plaintiff New York Communities for Change ("NYCC"). Initially, I started as a labor organizer in partnership with Local 338, a Retail, Wholesale and Department Store Union based in Mineola on Long Island. I held this position until February 2014, when I became the Long Island Director for NYCC. In 2017, I assumed the role of Deputy Director of NYCC, though I continued to work as Long Island Director.

3. NYCC works with low income communities in New York to empower them to fight for their rights and improve their living conditions. NYCC's focus areas include, but are not limited to, affordable housing, schools, jobs, voter registration, climate change, criminal justice reform, and nonpartisan voter turnout. Currently, NYCC has hundreds of dues-paying members who live in the Town of Islip. At a general level, to the extent NYCC does work in Islip, its work is inhibited by the current lack of representation on the Town Board because of the at-large structure.

4. Since I began working on Long Island in 2014, Islip has never elected a Latino to the Town Board, nor to any other Town office in the Town of Islip, as far as I am aware. There are no immigrants and no minorities on the Town Board. Without a representative from the Latino community on the Town Board, it has been difficult to get people in the Latino communities of the Town of Islip civically engaged because they feel like, no matter what they do, their local government will treat them like second class citizens. Based on our experiences organizing in Islip over the past five years, the members of NYCC and I have no expectation of the Town providing basic services to the Latino community that are equal to those provided to the predominantly white communities of Islip.

5. Since I began working in Islip in 2014, a major focus of my work has been community organizing efforts in support of the reopening of Roberto Clemente Park in the wake of a toxic dumping scandal that began in 2013, and the reopening of the Roberto Clemente Park pool that closed due to budget constraints in 2013. Roberto Clemente Park is the primary park that serves the Latino communities in Brentwood and Central Islip. When I arrived at NYCC, I began organizing efforts to get the Town to reopen the pool at Roberto Clemente Park, which is one of only two pools that is easily accessible for Latino children in these communities.

I coordinated several press conferences in which NYCC members spoke, including Plaintiff Ana Flores. Additionally, I, along with NYCC members, attended multiple Town Board meetings in an attempt to get answers from the Town Board. The information provided by the Town, and the alternatives offered by the Town, were entirely insufficient. The Town offered free transportation to other pools, but did not waive all pool fees.

6. In May 2014, I learned that tons of contaminated debris had been dumped in Roberto Clemente Park. NYCC joined with Plaintiff Make the Road New York ("MRNY"), New York Lawyers for the Public Interest ("NYLPI"), and Citizens Campaign for the Environment to try to hold the Town of Islip accountable for what had happened. **Exhibit A** is a true and accurate copy of a press release issued on May 21, 2014 that I helped prepare. As stated in the release, the Town did not provide a competent interpreter for a town hall meeting I attended on May 20, 2014 with members of the Brentwood community, many of whom do not speak English. Instead of providing an official interpreter, the Town Board had to scramble to find someone in the building who spoke Spanish. The person the Town Board ultimately found was not a competent interpreter.

7. On June 17, 2014, at 6:30pm, I, along with employees and members of NYCC, MRNY, and other community organizations, held a vigil at the Roberto Clemente Park entrance. On June 13, 2014, we circulated a flyer that I reviewed, a true and accurate copy of which is attached as **Exhibit B** in both Spanish and English, asking community members to wear black and bring flowers. We held the vigil to demand that the Town clean up Roberto Clemente Park immediately, make available funds for free summer youth programs in affected areas, and keep all residents informed in both English and Spanish.

8. On June 17, 2014, the official email account of the Town of Islip sent out an update that was forwarded to me on June 18, a true and accurate copy of which is attached as **Exhibit C**. The update was digitally signed by Town Board members Anthony Senft Jr., John Cochrane Jr., Steve Flotteron, and Trish Bergin Weichbrodt. The update confirmed a May 27, 2014 *Newsday* report that the Town Board had passed a $6 million bond resolution to clean up and repair the Park. Most notably, in the update, the Town announced that the cleanup period would end by approximately January 1, 2015. The Town failed to meet this deadline. The Town also announced that it had earmarked almost $2 million in funds to improve the Roberto Clemente pool and the Park.

9. In the immediate aftermath of the dumping at the Park, the Town provided no substantive information about the toxicity of the soil, the status of cleanup efforts, or who was responsible for what had taken place. During this time, I worked with NYLPI and MRNY to try to get answers. Based on discussions I had with NYLPI and MRNY, I know that NYLPI sent several FOIL applications to get records related to environmental testing that had been conducted in relation to the toxic dumping in Roberto Clemente Park.

10. On July 9, 2014, NYLPI sent a FOIL application to the Town. A true and accurate copy of this application, which NYPLI, NYCC, and MRNY later resent as an attachment to an email to Town Supervisor Tom Croci, is attached as **Exhibit D**, pages 4 through 7. The FOIL application asks for "[a]ny records related to the dumping of construction debris and other materials from approximately April 2013 to June 2014 at Roberto Clemente Park in Brentwood, Long Island . . . including, but not limited to, test results of soil, air, and water for each site, and remediation plans . . . ."

4

11. On July 15, 2014, NYLPI sent another FOIL application to the Town, a true and accurate copy of which is attached as **Exhibit D**, pages 9 through 10. The FOIL application asked for copies of all remedial investigation reports for Roberto Clemente Park, including, but not limited to, the June Enviroscience report, which we had learned about not from the Town, but from a July 12, 2014 *Newsday* article. On July 14, 2014, Daniel Altschuler of MRNY emailed me a copy of this article, a true and accurate copy of which is attached as **Exhibit E**.

12. Prior to a Town Hall meeting on July 15, 2014 that NYCC members attended to voice their concerns to the acting Town Supervisor Eric Hofmeister and the Town Board, I sent out a press advisory on behalf of NYCC encouraging community members to attend the meeting. A true and accurate copy of this press advisory is attached as **Exhibit F**.

13. On July 17, 2014, I and other staff of NYCC, along with NYLPI and MRNY, emailed Town Supervisor Tom Croci, attaching a letter, which reiterated our demands for a copy of the Enviroscience study concerning the soil and water contamination at the Park, which the Town had not sent us despite the numerous attempts documented above. A true and accurate copy of the letter is attached as **Exhibit D**, pages 1 and 2. Along with the letter, we attached to the email our two FOIL applications sent on July 9, 2014 and July 15, 2014.

14. Despite our repeated attempts to gain insight into the Town's environmental testing and cleanup efforts at Roberto Clemente Park, the Town continued to provide minimal transparency about the process. Almost all the information we received about the Park throughout the cleanup process came from reporting by *Newsday*. For instance, in January 2015, Suffolk County installed monitoring wells at dumping sites that showed elevated levels of some contaminants in water near some of the dumping sites. I learned this from a

January 19, 2015 *Newsday* article that Daniel Altschuler emailed to me, rather than directly from the Town. A true and accurate copy of the article is attached as **Exhibit G**.

15. Over the next couple of years, NYCC and our members had approximately ten to fifteen meetings with representatives of the Town, including Board Members, the Directors of the Parks Department, the Town Supervisor, and other department heads. I personally attended the majority of these meetings. Despite our persistent attempts to ascertain how and why tons of chemical waste had been dumped in the main part of the Park where the children of our community play, the Town only provided limited transparency about efforts to clean up and reopen the Park. I was left with the impression that the Town representatives hated being at the public meetings they held. They were visibly uncomfortable when the community confronted them with questions about the Town's past actions and plans for the future with regard to the Park. They treated us with hostility and contempt. At one meeting, a male Town Board Member yelled at our members, "What do you want from us!? What do you want from us!?" All told, after repeated delays by the Town, it took over three years for Roberto Clemente Park to reopen. When the Park finally reopened in mid-2017, it was very unclear what the money the Town had raised for renovations, in addition to the funds necessary to clean up the Park, had been used for. The Park looked virtually the same as it had before it had closed.

16. In addition to problems with the Park and the Roberto Clemente Park pool, the roads in Brentwood and Central Islip are in a state of disrepair. There are many potholes, and the Town Department of Public Works ("DPW") takes a significant amount of time to fix them. One of the first initiatives I worked on at NYCC in 2014 or 2015 in Islip was collecting signatures for petitions to attempt to get DPW to fix potholes in Central Islip. After we submitted the petitions, NYCC tried to get a meeting with DPW for several months. DPW

did not respond to our requests for a meeting for three or four months. As a result, I, along with a number of NYCC members, finally went to the DPW office in person and demanded that it address the problem of potholes. Only after we went in person to the office did DPW fill the potholes.

17. In 2015, the Town also entertained a rezoning proposal to put a scrap metal facility at 80 Emjay Boulevard in the middle of Brentwood. Because I work in this area, I was familiar with the significant heavy truck traffic that already existed there, which was dangerous for the children living there. Nearby residents were extremely upset because the scrap metal facility would exacerbate the situation. I led the NYCC response to the proposed scrap metal facility, holding a number of press conferences and helping to gather signatures for petitions by community members opposed to building the facility. True and accurate copies of the petitions are attached as **Exhibit H** and **Exhibit I**. Despite both the opposition of the community and the Suffolk County Planning Commission's disapproval of the rezoning application, the Town Board unanimously approved the application. On July 21, 2015, I, along with Assemblyman Phil Ramos, then-Suffolk County Legislator Monica Martinez, and NYCC members, held a press conference at Islip Town Hall denouncing the proposed scrap metal facility. A true and accurate copy of a press release I drafted and sent in advance of the press conference to *Newsday* writers is attached as **Exhibit J**. Ultimately, the scrap metal facility was not built.

18. In my time working on Long Island, I have repeatedly encountered racism against Latinos, including by Long Island politicians. Two examples stand out to me. In 2017, I saw a mailer sent by Jack Martins, Republican candidate for Nassau County Executive, that depicted three members of the MS-13 gang and claimed that his opponent, Laura Curran, was

MS-13's choice for County Executive. A true and accurate copy of this is attached as **Exhibit K**. I remember seeing this at the time and it is an accurate copy of what I saw. This mailer was a blatant racist appeal, meant to portray immigrants, particularly those from Central and South America, as criminals. It implies that all Latinos are thugs and criminals.

19. On January 19, 2018, soon after President Trump said he did not want people from "shithole" countries such as El Salvador, Haiti, and African nations coming to the United States, Islip Councilwoman Trish Bergin Weichbrodt posted the following on Facebook: "I'm looking at warm getaways for kids February break. I'm wondering about El Salvador, Haiti, or Somalia #recommendations?" A true and accurate copy of this post is attached as **Exhibit L**. After seeing the post, I notified Victor Ramos, a journalist at *Newsday*. I was outraged and offended as a Latino myself and on behalf of my wife. My wife is Salvadoran, and because of this I have a personal and emotional connection to El Salvador. This post by Councilwoman Bergin Weichbrodt was a direct attack on many residents of Islip who are also Salvadoran, and demonstrated her lack of connection with or empathy for her Latino constituents in Islip.

20. For the foregoing reasons, it is essential that the Town be divided into multiple districts, each district electing their own Town Board member. This would give the Latino community of Islip an opportunity to be represented and have their voices heard, as is their right. The at-large structure has resulted in Town of Islip electing Town Board members who are all white and all live south of Sunrise Highway, separate from where the minority and lower income communities live. None of the members of the Town Board have spent any time living in low income black and brown communities. Because of the at-large system, the Town Board does not see the Latino community as an electorate whose needs they must attend to.

Districts would be hugely helpful because they would allow the Latino community to elect a Town Board member who could both speak to the issues of the Latino community and voice these issues to the rest of the Town Board.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at: Brooklyn, New York

February 28, 2019

LUCAS SANCHEZ