# **EXHIBIT B**



# CANDLELIGHT VIGIL TO MOURN OUR PARK

**Our Community Demands That the Town:**
- Clean up Roberto Clemente Park now!
- Allocate funds for free summer youth programs in affected areas!
- Hold all responsible accountable!
- Clean up and repair all nearby parks!
- Keep all residents informed in all languages spoken by local residents!





**WHERE:** Roberto Clemente Park
**WHEN:** Tuesday June 17, 2014 at 6:30pm
**WHO:** Make the Road New York, New York Communities for Change, Make the Road New York's Youth Power Project

**Please wear black and bring flowers.**

For additional information please call:

**Irma Solis, Make the Road New York, 631-512-1587**



# VELORIO DE NUESTRO PARQUE ROBERTO CLEMENTE

**Exigimos que el Pueblo de Islip:**
- ¡Limpie el Parque Roberto Clemente y todos los otros parques del area AHORA!
- ¡Designee Fondos para programas de verano para nuestros jovenes/familias!
- ¡Haga que todos responsables deben tomar responsabilidad/despedido!
- ¡Limpiar y reparar todos los parques en el vecindario!
- ¡Mantenga a todos los residentes informad@s en todos los idiomas de estos residentes!





**DONDE:**   Roberto Clemente Park
**CUANDO:** Tuesday June 17, 2014 at 6:30pm
**QUIENES:** Make the Road New York, Make the Road New York's Youth Power Project, New York Communities for Change,

**Por favor vista de negro y traiga flores.**

**Para más información y para confirmar su asistencia favor de llamar a:**

Irma Solis, Se Hace Camino Nueva York, 631-512-1587