# EXHIBIT C

| | |
|---|---|
| Sent: | Wed, 18 Jun 2014 07:21:35 -0700 |
| From: | Nelsena Day <nelsena1@yahoo.com> |
| Subject: | Fw: Roberto Clemente Park Update #4 |
| To: | "LSanchez@nycommunities.org" <LSanchez@nycommunities.org>, Daniel Altschuler <daniel.altschuler@maketheroadny.org>, DORINA BARKSDALE <godknowsme40@hotmail.com>, Mary Seymour Williams <Barnettmgt@aol.com>, "Chela \( Alicia\) Figueras" <sage1010@aol.com>, Rosa Lopez <rjlo30@aol.com>, "ralston509@msn.com" <ralston509@msn.com>, Ruth Negron Gaines <rvgaines@optonline.net> |

On Tuesday, June 17, 2014 2:53 PM, "noreply@townofislip-ny.gov" <noreply@townofislip-ny.gov> wrote:

Nelsena A. Day:



# ROBERTO CLEMENTE PARK UPDATE #4

Dear Resident,

The Town remains committed to communicating with you directly to keep you updated about the status of Roberto Clemente Park, as the criminal investigation conducted by the Suffolk County District Attorney's office, and the Town of Islip's own internal review, continues. We thank you for your patience during this time.

## AIR TESTING

Results from the **SIXTH** week of air samples collected along the perimeter of Clemente Park have revealed that **there is no presence of asbestos in the air.** Air sampling began immediately after the discovery that contaminants and construction debris had been illegally placed at the park. Air sampling has been conducted under a variety of weather conditions and every test taken over the last six weeks has shown that there is no asbestos in the air.

## HEALTH CONCERNS

The Town has been and will continue to be in regular communication with Suffolk County Health Department to determine any concerns to public health. Residents should call the Health Department directly at **631-787-2200**, or
visit **www.suffolkcountyny.gov** for additional information about asbestos-related or other public health questions.

## CLEANING UP THE PARK

After learning from the DA about other hazardous contaminants also illegally placed in

Roberto Clemente, the Town Board immediately took action to enable the swift remediation of the park, as well as reconstruction of the fields. A $6 million bond resolution was unanimously approved by the board that will help fund remediation. Additional amendments to our legislation may be necessary once an approved clean-up plan is completed. Enviroscience, an independent environmental consultant, will continue to assist the Town each step of the way. For the past five weeks, the Town has communicated rapidly and consistently with the New York State Department of Environmental Conservation, New York State Department of Health, the New York State Department of Labor, Suffolk County Department of Health, and with Suffolk County Water Authority, and we will continue to hold regular meetings with these regulatory agencies as we work to develop a strategy to quickly remove material and get Roberto Clemente Park safely opened again.

*A rough estimate of a cleanup timeline is as follows:*

45 days for development of a remedial action plan by Enviroscience (30 days left for completion of this deadline) 4 weeks to receive plan approval from NYSDEC, NYSDOL, with comments and recommendations from NYS and Suffolk County Departments of Health, and Suffolk County Water Authority 3-4 weeks to secure contractor(s) who can remove material safely and responsibly, pursuant to the approved plan, from the park to appropriate disposal sites 4 months to complete removal of all illegally-dumped materials from the park. This time period will end approximately by January 1, 2015.

## REBUILDING THE PARK

As promised, the Town will focus on the replacement of the soccer fields at Clemente, after all necessary clean up is completed. Simultaneously, the Town will return to its original plans to rehabilitate the pool and filtration system at Clemente, as was planned for this summer. The Town remains committed to improving Roberto Clemente pools and park. Nearly $2 million in funds have been earmarked for this project, and will remain dedicated to the rehabilitation of the pool and its filtration system.

## PROVIDING RECREATION ALTERNATIVES FOR FAMILIES IN BRENTWOOD WHILE PARK IS CLOSED

The Town remains committed to returning Roberto Clemente Park to the people of Brentwood, in a safe and responsible manner and we recognize the recreation inconveniences as the park remains closed this summer. We have worked quickly with Town employees, the Brentwood School District, community leaders, and non-profit youth organization to devise a well-rounded plan that offers residents of all ages, the fun and safe summer activities that they rightfully deserve. This program includes free transportation for Brentwood families to pools, parks and youth programs, reduced fees for pools, meal opportunities, as well as new options for youth evening recreation throughout the summer. Please visit the Town of Islip homepage at www.townofislip-ny.gov to download a bilingual flyer about these recreation alternatives.

## ENSURING INTERGRITY OF ALL TOWN PARKS

The Town is committed to providing all Islip residents with parks that are safe and secure, and we have authorized our environmental consultant to assess each of Islip's 119 parks. The review process is 75% complete, and the Town anticipates an assessment report from our consultant in the coming days which will allow us to address any concerns in any other Islip Town park.

## WHAT YOU MAY SEE HAPPENING AT THE PARK

Over the last several weeks, the fields at the park have been sprayed daily with approximately 7,000 gallons of water, as an accepted dust control measure recommended by both the New York State Department of Health and the Suffolk County Department of Health. Dust control measures will continue until the clean up process is complete. Air testing may continue as well. In the coming months, additional activity will occur at the park, as the Town prepares to remove illegally dumped materials. In addition, the mowing of grass will take place to minimize fire hazards.
We sincerely appreciate your patience and understanding throughout the investigation process and our future remediation. We are eager to restore Roberto Clemente Park and transform this important recreational amenity to the pristine park that your community deserves.

Sincerely,
Councilman Anthony Senft, Jr.
Councilman John Cochrane, Jr.
Councilman Steve Flotteron
Councilwoman Trish Bergin Weichbrodt

# PARQUE ROBERTO CLEMENTE, ACTUALIZACIÓN # 4

Apreciado residente:
El ayuntamiento sigue comprometido en la comunicación directa con usted, a fin de mantenerlo(la) actualizado sobre el estado del parque Roberto Clemente, en tanto la investigación criminal llevada a cabo por el fiscal del distrito del Condado de Suffolk y el estudio interno del ayuntamiento de Islip continúan. Agradecemos su paciencia durante este tiempo.

### PRUEBAS DE AIRE
Los resultados de la **SEXTA** semana de muestras de aire recolectadas a lo largo del perímetro del parque Roberto Clemente revelan que **no hay presencia de asbesto en el aire.** Las muestras de aire comenzaron inmediatamente después del descubrimiento de contaminantes y escombros de construcción ubicados de manera ilegal en el parque. Las muestras de aire han sido llevadas a cabo según una variedad de condiciones climáticas, y cada prueba que se ha tomado durante las últimas seis semanas ha mostrado que no hay asbesto en el aire.

### PREOCUPACIONES DE SALUD
El ayuntamiento ha estado comunicándose regularmente, y continuará haciéndolo, con el Departamento de Salud del Condado de Suffolk a fin de determinar cuestiones de salud pública. Los residentes deben llamar al Departamento de Salud directamente al **631-787-2200**, o visitar**www.suffolkcountyny.gov** para obtener información adicional acerca de preocupaciones relacionadas con el asbesto o con otra información de salud pública.

### SANEAMIENTO DEL PARQUE
Después de que el fiscal del distrito nos informara de otros contaminantes peligrosos también dejados ilegalmente en el parque Roberto Clemente, la Junta de Gobierno local tomó acción inmediata a fin de permitir el rápido saneamiento del parque, así como la

reconstrucción de sus campos de juego. Un bono para efectos de saneamiento de 6 millones de dólares fue aprobado únanimemente por la Junta. Este bono sumará en el fondo de financiación del saneamiento. Es posible que se necesiten enmiendas adicionales a nuestra legislación una vez se complete un plan de limpieza aprobado. Enviroscience, un consultor medioambiental independiente, continuará asesorando al ayuntamiento en cada paso del camino. Por las últimas cinco semanas, el ayuntamiento se ha comunicado de manera rápida y consistente con el Departamento de Conservación Ambiental del estado de Nueva York, el Departamento de Salud del estado de Nueva York, el Departamento de Trabajo del estado de Nueva York, el Departamento de Salud del condado de Suffolk, la Autoridad de Recursos Hídricos del condado de Suffolk, y continuaremos sosteniendo reuniones regulares con estas agencias reguladoras en tanto trabajamos para desarrollar una estrategia que permita retirar rápidamente el material y abrir de nuevo, y de manera segura, el parque Roberto Clemente.

### *Estimación aproximada del tiempo de limpieza:*

- 45 días para el desarrollo de un plan de medidas correctivas de parte de Enviroscience *(quedan 30 días para este plazo)*
- 4 semanas para recibir aprobación del plan de parte de NYSDEC, NYSDOL, con comentarios y recomendaciones de NYS y los Departamentos de Salud del condado de Suffolk y de la Autoridad de Recursos Hídricos del condado de Suffolk.
- 3-4 semanas para asegurar un contratista(s) que esté en capacidad de retirar el material de manera segura y responsable, de conformidad con el plan aprobado, del parque hasta los sitios apropiados de eliminación.
- 4 meses para el retiro completo de todos los materiales ilegalmente vertidos del parque. Este periodo de tiempo finalizará aproximadamente el $1^{ero}$ de enero de 2015.

## RECONSTRUCCIÓN DEL PARQUE

Tal y como lo prometió, el ayuntamiento se enfocará en el reemplazo de los campos de fúbol en el parque Clemente, después de que toda la limpieza necesaria sea completada. De manera simultánea, el ayuntamiento volverá a sus planes originales de rehabilitar la pisicna y el sistema de filtración del parque Clemente, tal y como se había planeado para este verano. El ayuntamiento sigue comprometido con la mejora de las piscina y el parque Roberto Clemente. Cerca de 2 millones de dólares en financiación han sido asignados para este proyecto, y seguirán dedicados a la rehabilitación de la piscina y su sistema de filtración.

## ALTERNATIVAS DE RECREACIÓN PARA LAS FAMILIAS DE BRENTWOOD MIENTRAS EL PARQUE ESTÁ CERRADO

El ayuntamiento sigue comprometido en devolverle el parque Roberto Clemente a la gente de Brentwood, de una manera segura y responsable, y reconocemos los inconvenientes para la recreación en vista de que el parque permanecerá cerrado durante el verano. Hemos trabajado rápidamente con los trabajadores del ayuntamiento, el distrito escolar de Brentwood, los líderes comunitarios y la organización juvenil sin fines de lucro en el diseño de un plan completo a fin de ofrecerles a los residentes de todas las edades la diversión y las actividades divertidas de verano que legítimamente merecen. Este programa incluye transporte gratuito para las familias de Brentwood a piscinas, parques y programas juveniles, tarifas reducidas para piscinas, oportunidades de alimentación, así como nuevas opciones de recreación en las tardes para los jóvenes a lo largo del verano. Por favor visite la página web del ayuntamiento de Islip, **www.townofislip-ny.gov**, para descargar un folleto bilingüe acerca de estas alternativas de recreación.

## INTEGRIDAD DE TODOS LOS PARQUES DE ISLIP

El ayuntamiento está comprometido con proporcionarles a todos los residentes de Islip parques seguros, y hemos autorizado a nuestro consultor medioambiental para evaluar cada uno de los 119 parques de Islip. Este proceso de estudio está completo en un 75%, y el ayuntamiento anticipa un informe de evaluación de nuestro consultor en los días venideros, que nos permitirá hacer frente a las inquietudes o preocupaciones que surjan de cualquier otro parque en Islip.

## ES POSIBLE QUE USTED VEA LO SIGUIENTE EN EL PARQUE

En las últimas semanas, los campos del parque han sido regados diariamente con aproximadamente 7.000 galones de agua, como medida de control del polvo aceptada y recomendada por los Departamentos de Salud del estado de Nueva York y del condado de Suffolk. Las medidas de control del polvo continuarán hasta que el proceso de limpieza esté completo. Las pruebas de aire también continuarán. En los meses por venir, habrá actividades adicionales en el parque, en tanto el ayuntamiento se prepara para retirar todos los materiales que ilegalmente se han vertido en este. Además, habrá actividades de corte de césped para minimizar riesgos de incendio.

Sinceramente apreciamos su paciencia y comprensión a lo largo del proceso de investigación y en nuestras actividades futuras de saneamiento. Estamos ansiosos por recuperar el parque Roberto Clemente y transformar esta importante espacio de recreo en el parque prísitno que su comunidad merece.

Atentamente,
Concejal Anthony Senft, Jr.
Concejal John Cochrane, Jr.
Concejal Steve Flotteron
Concejal Trish Bergin Weichbrodt

**Town of Islip**
655 Main Street
Islip, NY 11751
**Thomas D. Croci, Supervisor**
Town Board
Steven J. Flotteron • Trish Bergin Weichbrodt
John C. Cochrane, Jr. • Anthony S. Senft, Jr.

Olga H. Murray, Town Clerk
Alexis Weik, Receiver of Taxes

PLEASE NOTE: This email was distributed via the email distribution list.
As a result, you are unable to reply directly to this message.
If you wish to edit your email address or unsubscribe, please click here.
6/17/2014 2:53 PM
http://schoolsites.schoolworld.com/schools/townofislip/emailSignup.cfm?eid=15150193&heid=F95838A317C9070C5D7636A708C632C4&linkto=http://schoolsites.schoolworld.com/schools/townofislip
-msg17317-