**EXHIBIT F**



1090 Suffolk Avenue, Brentwood, NY 11717   www.nycommunities.org

Contact: Lucas Sánchez. 646.600.2426. lsanchez@nycommunities.org
Sonya Black. 631.639.9558. sblack@nycommunities.org

## NEW YORK LAWYERS FOR THE PUBLIC INTEREST (NYLPI) JOIN YOUTH TO DEMAND BOLD ACTION FROM TOWN OF ISLIP SUPERVISOR

**WHO:** Youth and residents of Brentwood and Central Islip, members of New York Communities for Change (NYCC), New York Lawyers for the Public Interest (NYLPI) and other community organizations.

**WHAT:** Youth to send strong message to Town Supervisor at Islip Town Hall right before the council meeting. NYLPI attorneys announce to the Town of Islip that have joined community groups in fight for clean and better parks in Brentwood and Central Islip.

**WHEN:** TODAY, July 15, 2014 @ 1:30PM

**WHERE:** Islip Town Hall, 655 Main Street, Islip NY  11751

**WHY:**  Brentwood and Central Islip residents say no to environmental racism. The movement for upgrades in parks serving communities of color continues. Residents of Brentwood and C.I. are furious that beloved Roberto Clemente Park (and other sites) has been criminally contaminated.  This is continuation of a summer long series of community actions that started with a vigil on 6/17, a community picnic at Town Hall on 6/24.  Now they want the Town Supervisor to hear their message and NYLPI has joined them to pressure the Town to bring justice to low income communities of color Brentwood and C.I.

New York Communities for Change: www.nycommunities.org