# EXHIBIT H



PETITION/PETICIÓN
TO THE TOWN OF ISLIP/ PARA EL CONCEJAL DE ISLIP

We, the undersigned are opposed to the industrial zone change that will allow for a scrap metal facility to be built at 80 Emjay Blvd, Brentwood, NY
that will be voted upon by the Town of Islip Board on Thursday, March 26, 2015.

| Printed Name/ Nombre en Imprenta | Signature/ Firma | Address/ Dirección | Date/ Fecha |
|---|---|---|---|
| Emili n Vasquez | | 404 Arnel St Brentwoo N-4 | |
| William Ortega | 42 Yarnell St | 42 Yarnell St    631 813 1067 | 3/24/1 |
| Daisy Ortega | 42 Yarnell | 42 Yarnells | 3/24/1 |
| William Foley | 44 Yarnell St | 44 Yarnell St   631 813 2831 | 3/24/15 |
| DINA Hernández 44 Yarnell ST | | | 3/24/1 |
| Dina Hernandez | Dina Hernandez | 44 Yarnell ST BRENTWood N.Y. 11717 | 3/25/1 |
| Dina Raquel Hernandez | DR Hernandez | 44 Yarnell ST BRENTWood NY. 11717 | 3/25/2015 |
| William Hernandez | William Hndz | 44 Yarnell St Brentwood NY 11717 | 6/15/82 |
| Leslie Cruz | | 44 Yarnell St Brentwod 11717 | 3/25/1 |
| Feliciano Victon | | 43 Yarnell St Brentwd Ny 11717 | 3/25/11 |
| Geuye Escobon | Geoge Eston | 45 Yarnell st Brentwd ny 11712. | 3/25/15 |
| Francesca De Juy | Fran Delan | 45 Yarnell St Brentwood NY 11717 | 3/25/11 |
| Sara Gomes | Sara Gomes | 51 Yarnell St Brentwood NY. 11717 | 3/25/15 |
| Christian Gomes | Christian Gomes | 51 Yarnell St. Brentwood N.Y. 11717 | 3/25/15 |
| Oscar Gomes | Oscar Gomes | 51 Yarnell St Brentwood NY 11717 | 3/25/15 |
| Herrick Gomez | M | 51 Yarnell St. Brentwood, NY 11717 | 3-25-15 |
| KELVIN R. BROWN | Kelvin R. Brown | 49 yarnell St. Brentwood, NY 11717 | 3-25-15 |
| Lisandro Sanchez | Lisandro Sanchez | 46 Yarnell St.    "    "   " | 3-25-15 |
| Musa F Kong | 31 Yarnell St | 31 Yarnell St Brentwood NY 11715 | |

ISLIP00003620

PETITION/PETICIÓN
TO THE TOWN OF ISLIP/ PARA EL CONCEJAL DE ISLIP

We, the undersigned are opposed to the industrial zone change that will allow for a scrap metal facility to be built at 80 Emjay Blvd, Brentwood, NY that will be voted upon by the Town of Islip Board on Thursday, March 26, 2015.

| Printed Name/ Nombre en Imprenta | Signature/ Firma | Address/ Dirección | Date/ Fecha |
|---|---|---|---|
| Emilia Vasquez | E. V. | 404 ARNER St Brentwood ny | |
| William Ortega | 42 Yarnell St | 42 Yarnell St | 3/24/ |
| Daisy Ortega | 42 Yarnell | 42 Yarnells | 3/24/ |
| William Koley | 44 Yarnell St | 44 Yarnell St | 8/24/1 |
| Dina Hernández | 44 Yarnell ST | | 3/24/1 |
| Dina Hernandez | Dina Hernandez | 44 Yarnell ST BRENTWOOD N.Y. 11717 | 3/25 |
| Dina Raquel Hernandez | D.R. Hernandez | 44 Yarnell ST BRENTWOOD NY. 11717 | 3/25/20 |
| William Hernandez | William Hernandez | 44 YARNELL ST BRENTWOOD NY 11717 | 01/10/82 |
| Leslie Cruz | Leslie Cruz | 44 Yarnell St Brentwood 11717 | 3/25/11 |
| Feliciano Victon | | 43 Yarnell St Brentwood My 11717 | 3/25/11 |
| George Escobar | Esther Esten | 45 Yarnell St Brentwood ny 11717 | 3/25/11 |
| Francisco Julio dury | Francisco Julian | 45 Yarnell St Brentwood NY 11717 | 3/25/11 |
| Sara Gomez | Sara Gomez | 51 Yarnell St Brentwood NY. 11717 | 3/25/1 |
| Christian Gomez | Cristian Gomez | 51 Yarnell St. Brentwood N.Y. 11717 | 3/25/1 |
| Oscar Gomez | Oscar Gomez | 51 Yarnell St Brentwood NY. 11717 | 3/25/1 |
| Herrick Gomez | M | 51 Yarnell St. Brentwood, NY 11717 | 3-25-1 |
| KEVIN R. BROWN | Kevin R. Brown | 49 Yarnell St. Brentwood, NY 11717 | 3-25-1 |
| Lisandro Sanchez | L. Sandro Sanche | 46 Yarnell St. " " " | 3-25-1 |
| Theresa P. Kong | 31 Yarnell St | 31 Yarnell St Brentwood N/11717 | |

ISLIP00003621

PETITION/PETICIÓN
TO THE TOWN OF ISLIP/ PARA EL CONCEJAL DE ISLIP

We, the undersigned are opposed to the industrial zone change that will allow for a scrap metal facility to be built at 80 Emjay Blvd, Brentwood, NY
that will be voted upon by the Town of Islip Board on Thursday, March 26, 2015.

| Printed Name/ Nombre en Imprenta | Signature/ Firma | Address/ Dirección | Date/ Fecha |
|---|---|---|---|
| BRANFUND Aponte | Bonnelito | 75 Yarnell St Brentwood nwy 11717 | 3/24/15 |
| Francisca Díaz | | 77 Yarnell St Brentwood NY 11717 | 3/24/15 |
| Rose Marafra | Rose Marafka | 81 Yarnell St Brentwood Ny 11717 | 3/24/15 |
| Biio Salgado | Jhr Salo | 83 Yarnell St. Brentwood NY 11717 | 3/24/15 |
| Brenda Salgado | Brenda Salgado | 83 Yarnell St Brentwood NY 11717 | 3/24/15 |
| Isaac Atanala | Isaac | 87 Yarnell St Brentwood NY 11717 | 3/24/15 |
| MARCIAL MATOS | Marcial Matos | 80 YARNLL St BRENTWOOD | 3/24/15 |
| Jorge Germon | Jerry Jerman | 78 Yarnell st Brentwood NY | 3/24/15 |
| | | 76 Yarney st Brentwood NY | 3/24/15 |
| Carmelo Sanchez | | 73 Yarnell st Brentwood | 3/24/15 |
| Elsy Rosen | Elauill | 69 Yarnell st Brentwood NY | 3/24/15 |
| Oscar Gomez | Oscar | 67 Yarnell St Brentwood | 3/24/15 |
| Gloria Gomez | Gloria G | 67 Yarnell St Brentwood | 3/24/15 |
| Jeffrey CHAVEZ | | 55 YARNELL st Brentwood | 3/24/15 |
| Silvana Ruiz | | 57 yarnell st BRENTWOOD | 3/24/15 |
| Narci Imaij | 55 yarnell | 55 yarnell st Brentwood N | 3/24/15 |
| Jaime Molina | | 81 Yarnell St Brentwood | 3/24/15 |
| Mirco Ull | | 63 Yarnell st Brentwood | 3/25/15 |
| Pilar Kiri | Pilar Kiri | 64 YARNELL St BRENTWOOD | 3/24 |
| Evelyn Arango | Evelyn Arango | 48 Yarnell St. Brentwood | 3/25/15 |

ISLIP00003622

PETITION/PETICIÓN
TO THE TOWN OF ISLIP/ PARA EL CONCEJAL DE ISLIP

We, the undersigned are opposed to the industrial zone change that will allow for a scrap metal facility to be built at 80 Emjay Blvd, Brentwood, NY
that will be voted upon by the Town of Islip Board on Thursday, March 26, 2015.

| Printed Name/ Nombre en Imprenta | Signature/ Firma | Address/ Dirección | Date/ Fecha |
|---|---|---|---|
| Eric Negrete | | 2 Yarnell St | |
| Sonia Perez | | 6 darnell St | |
| Susana Sepulveda | Susana Sepulveda | 8 Yarnell St | |
| Rosa Sandoval | | 13 Yarnell St | |
| Christian Reyes | Christian Reyes | 21 Yarnell St | 3-23-14 |
| Moises Reyes | | 21 Yarnell St | 3-23-14 |
| Manly Reyes | | 21 Yarnell St | 3-23-14 |
| Maria de la Rosa | Maria de la Rosa | 19 Yarnell St | 3/23/15 |
| Willis Sanjelia | Willis Sanjelia | 17 Yarnell St | 3/23/15 |
| Mackenlize Michel | Mackenlize Michel | 13 Yarnell St | 3/23/15 |
| MARITZA ARROYO | | 10 Yarnell St Brentwood | 3/23/15 |
| Ervin Arroyo | | 10 Yarnell St Brentwood | 3/23/15 |
| Scott Guevara | | 13 Yarnell St Brentwood | 3-23-15 |
| | | 20 Yarnell St Brentwood | 3-23-15 |
| Francisco Flores | | 26 Yarnell St Brentwood NY 11717 | 3-23-15 |
| Angela Umanzor | Angela U | 30 Yarnell Street BRENTWOOD NY 11717 | 3/23/15 |
| | | 09 Yarnell St. | |
| Noel Vigil | Noel Vigil | 24 Yarnell St. Brentwood NY | 03-23-15 |
| Rey Bonilla | | 8 Worshull Av Brentwood NY | 3-23/15 |
| Juan Gomez | | 32 Yarnell St Brentwood | 3-23-15 |

ISLIP00003623