# EXHIBIT I

PETITION/PETICIÓN
TO THE TOWN OF ISLIP/ PARA EL CONCEJAL DE ISLIP

We, the undersigned are opposed to the industrial zone change that will allow for a scrap metal facility to be built at 80 Emjay Blvd, Brentwood, NY that will be voted upon by the Town of Islip Board on Thursday, March 26, 2015

| Printed Name/ Nombre en Imprenta | Signature/ Firma | Address/ Dirección | Date/ Fecha |
|---|---|---|---|
| Francisco Lnri | | | |
| | | | |
| Julia Marupez | | 154 5/u·n · s, y·nv 1109· | |
| | | | |
| Carlos | | 17 | |
| Kilian Villalta | RKhuljnom | 114 Hilltop Dr. Brentwood, NY 11717 | 3/24/15 |
| Rosa Alguilar | | 1079 Candlewood Brentwood NY 11717 | 3/24/15 |
| Comely Valdez | Comely Q. | 339 Brentwood Pkwy ny 11717 | 3/24/15 |
| Maria Avendano | Nancy Avendans | 27 Winston Dr Brentwood NY 11717 | 3/24/15 |
| Rosa Abreu | Rosa Abreu | 47 Bradley St Brentwood NY 11717 | 3/24/15 |
| Sherany Rubio | | 29 Waral St Brentwood NY 11717 | 3/24/15 |
| Patricia Masotti | Patricia Masotti | 111 Peterson St Brentwood NY 11717 | 3/24/15 |
| | So. ye· k· | 54 Fourth St Brentwood NY 11717 | 3/24/15 |
| Maitza Fajardo | | 331 Mayflower Ave Brentwood NY 11717 | 3-1-15 |
| Veronica Pino | Veronica Pino | 102 Peterson St Brentwood NY 11717 | 3/25/15 |
| Beatriz Pineda | Beatriz Pineda | 86 Orient Ave Brentwood NY 11717 | 3/24/15 |
| | | | |
| Keerta A Medrano | | 9 Rutledge St Brentwood NY 11717 | 3/24/15 |
| Gilda Aranares | Angeline | 22 Henry St Brentwood NY 11717 | 3/24/15 |

ISLIP00003635

PETITION/PETICIÓN
TO THE TOWN OF ISLIP/ PARA EL CONCEJAL DE ISLIP

We, the undersigned are opposed to the industrial zone change that will allow for a scrap metal facility to be built at 80 Emjay Blvd, Brentwood, NY that will be voted upon by the Town of Islip Board on Thursday, March 26, 2015.

| Printed Name/ Nombre en Imprenta | Signature/ Firma | Address/ Dirección | Date/ Fecha |
|---|---|---|---|
| Marco L Reyes | [signature] | [illegible] Brentwood NY 11717 | 03/24/15 |
| Ana Martinez | Martinez | 1096 Commack Rd. Brentwood NY 11717 | 3/24/15 |
| Marta Granados | Marta Granados | 61 Walton St Brentwood NY 11717 | 3/24/15 |
| Lorena Araiza | Lorena Araiza | 102 Westwood Dr Brentwood NY 11717 | 03-24-2015 |
| [illegible] | [signature] | | |
| Marleny Cruz | M Cruz | 188 Timberline Dr Brentwood NY 11717 | 03-24-15 |
| Maria Ventura | [signature] | 165 Lincoln Av Brentwood NY 11717 | 03-24-15 |
| Mayra Chies | [signature] | 28 Thrush Dr Brentwood NY 11717 | 03/24/15 |
| Gesla Fontez | [signature] | 14 Meadowbrook Dr Brentwood NY 11717 | 03/24/15 |
| Mirian Morano | M Morano | 16 Gross Drive Brentwood NY 11717 | 03/24/15 |
| Rosa Geicoshea | [signature] | 165 Claywood Dr Brentwood NY 11717 | 03/24/15 |
| [illegible] | [signature] | [illegible] | [illegible] |
| Claudia Patel | [signature] | 625 [illegible] Brentwood NY 11717 | 03/24/15 |
| Carmen D Vargas | [signature] | 27 Jackson Ave Brentwood NY 11717 | 3-24-15 |
| Eva Whyssans | [signature] | 32 Patterson Ave Brentwood NY 11717 | 3-24-15 |
| Aracely Catalan | Aracely Catalan | 46 Heywood St Brentwood NY 11717 | 3/24/15 |
| Carmen P Rios | Carmen P Rios | 161 Brentwood Rd NY 11717 | 03/24/15 |
| Ney Portillo | Ney Portillo | 255 Spider Brentwood | 3/24/15 |
| Elsa Ruiz | [signature] | 431 Wicks Rd Brentwood NY 11717 | 03-24-15 |
| Lidia Flores | [signature] | 109 Church Oaks Ave Brentwood NY 11717 | 3/24/15 |

## PETITION/PETICIÓN
### TO THE TOWN OF ISLIP/ PARA EL CONCEJAL DE ISLIP

We, the undersigned are opposed to the industrial zone change that will allow for a scrap metal facility to be built at 80 Emjay Blvd, Brentwood, NY that will be voted upon by the Town of Islip Board on Thursday, March 26, 2015.

| Printed Name/ Nombre en Imprenta | Signature/ Firma | Address/ Dirección | Date/ Fecha |
|---|---|---|---|
| Nida Caballero | [signature] | 166 Wicks Rd Brentwood N.Y. 11717 | 03/24/15 |
| Erika Nasquera | Erika | 152 Noble St Brentwood N.Y. 11717 | 03/24/15 |
| Belén Ibarro | [signature] | 6 Robin Hill Pl Brentwood N 11717 | 03/24/15 |
| Teresa Jurado | [signature] | 18 Sesca Road Brentwood N 11717 | 03/24/15 |
| Maritza Villegas | Luisa Lopez | 12 ARDMORE DRIVE BRENTWOOD NY 11717 | 05/24/15 |
| Kenia Bonilla | [signature] | 11 Second Street, Brentwood NY 11717 | 03/24/15 |
| Beatriz Castañeda | Beatriz Castañeda | 19 Jefferson Avenue Brentwood NY 11717 | 03/24/15 |
| Dinora Sanchez | [signature] | 82 1st Street Brentwood NY 11717 | 03/24/15 |
| Lorena Castillo | [signature] | 155 Hanoko Street Brentwood NY 11717 | 03/24/15 |
| Elizabeth Castillo | [signature] | 330 Barlau St. Brentwood NY 11717 | 03/24/15 |
| Mirian Bontraes | M.B. | 16 Doolittle St. Brentwood NY 11717 | 03/24/15 |
| Ingrid Y. Ceballos | [signature] | 403 Mains Street Bay Shore | 03/24/15 |
| Flor M. Flores | [signature] | 57 Van Cedar Street Brentwood | 03/24/15 |
| Sara Julio | [signature] | Brentwood NY 11717 | 03/24/15 |
| Rosario Flores | [signature] | 815 Commack Rd 11717 | 03/24/15 |
| Gloria ___ | [signature] | 123 Hilltop Dr Brentwood NY 11717 | 03/24/15 |
| Blanca E Mejia | [signature] | 1111 Candlewood Rd Brentwood NY 11717 | 03/24/15 |
| ___ | [signature] | 4 Maple Rock ___ 11717 | 3/24/15 |
| Esterlina ___ | [signature] | 336 Ellicot St Brentwood NY 11717 | 3/24/15 |
| Ludmila Molina | [signature] | 57 Blvra LA Brentwood NY 11717 | 3/24/15 |

Case 2:18-cv-03549-GRB-ST   Document 40-9   Filed 03/01/19   Page 5 of 17 PageID #: 730

PETITION/PETICION

TO THE TOWN OF ISLIP/ PARA EL CONCEJAL DE ISLIP

We, the undersigned are opposed to the industrial zone change that will allow for a scrap metal facility to be built at 80 Emjay Blvd, Brentwood, NY that will be voted upon by the Town of Islip Board on Thursday, March 26, 2015

| Printed Name/ Nombre en Imprenta | Signature/ Firma | Address/ Dirección | Date/ Fecha |
|---|---|---|---|
| Andres Tullete | A. Tullet | 287 Hemlock St East Brentwood | 3/24/15 |
| | Mynel Hernandez | 79 Pine St Brentwood | 3/24/15 |
| Vicente Hernandez | | 79 Pine St Brentwood | 3/24/15 |
| Angelica Hernandez | Angelica H | 75 ... Brentwood | 3/24/15 |
| Virginia Silva | Byrna Silva | 70 Blocker St Brentwood NY | 3/24/15 |
| Elsy I Garcia | Elsy Garcia | 33 Blue hay Dr Brentwood NY 11717 | 3/24/15 |
| Isa White | I White | 4 Patten Street Brentwood | 3/24/15 |
| Angel Varner | Angel | 40 Pine St Brentwood N | 3/24/15 |
| Peter Flores | Peter Flores | 72 Getti St | 3/24/15 |
| Michele | Gina S Agosto | 132 Grand Blvd Brentwood 11717 | 3/24/15 |
| Ana Agosto | Santos Reyes | 35 Vickris Dr Brentwood | 3/24/15 |
| Santos Reyes | Cathy | 150 Normal | |
| | Ben | 11 Maple St Brentwood NY 11717 | 3/24/15 |
| Curtine Bone | Hayttee | Somerville St Brentwood NY 11717 | 3/24/15 |
| Jacky dubec | Erik Fosc | 8 ... St Brentwood NY 11717 | 3/24/15 |
| Erik Fosc | Lmond Gurby | 15 Somerville St Brentwood | 3/24/15 |
| Ashley | | 21 Semoville St Brentwood | 3/24/15 |
| ... Claros | | 21 ... | |
| Olses A Claros | El | 21 ... Los ... NY | 3/2 |
| Cinezer ... | Dora Adan | 32 Sawmill St Brentwood St | 3/2 |
| Dora Adan | | 55 MacArthur Ave Brentwood NY | 3/24 |
| Michelle Mahoney | Michele Mahoney | | |

ISLIP000036

PETITION/PETICION
TO THE TOWN OF ISLIP/ PARA EL CONCEJAL DE ISLIP

We, the undersigned are opposed to the industrial zone change that will allow for a scrap metal facility to be built at 80 Emjay Blvd, Brentwood, NY that will be voted upon by the Town of Islip Board on Thursday, March 26, 2015.

| Printed Name/ Nombre en Imprenta | Signature/ Firma | Address/ Dirección | Date/ Fecha |
|---|---|---|---|
| | | | 3/24/15 |
| Nancy Rivas | | 31 Frederick Av Bay Shore NY 11706 | 3/24/15 |
| Sonia Sinchi | | 3 Winthrop Rd Brentwood NY 11717 | 3/24/15 |
| Yirna Colon | | 60 Third St Brentwood NY | 3/24/15 |
| Bertha Narvaes | Bertha Narvaez | 72 Studley St Brentwood NY 11717 | 3/24/15 |
| Jessica Avila | | 294 Jefferson Ave Brentwood NY 1317 | 3/24/15 |
| Marleni Chavez | | 13 Fourth St Brentwood NY 11717 | 3/24/15 |
| Nidia Cetuna | | 205 Heckert St Brentwood NY 11717 | 3 |
| | | | |
| | | | |
| Katherine Fiallos | | 16 White Ln Brentwood NY 11717 | 03/24/15 |
| Judith Borges | | | |
| Nevis Chicas | Nevis Chicas | 112 10 Av Brentwood NY 11717 | 03/24/15 |
| | | | |
| Maria Marques | | 17 Leahy Av Brentwood NY 11717 | 03/24/15 |
| Jacqueline Herrera | | 7 Tornell St Brento NY 11717 | 03/24/15 |
| | | 1725 Brentwood | 03/24/15 |
| | | 205 Sixth Av Brentwood | |
| Regina Yanez | | 115 Heyward St Brentwood NY 11717 | 3/24/15 |
| Glen Cabrera | | | |
| Ana Ramirez | | 338 Barlow St Brentwood NY 11717 | 3/24/15 |

ISLIP0000363

PETITION/PETICIÓN
TO THE TOWN OF ISLIP/ PARA EL CONCEJAL DE ISLIP

We, the undersigned are opposed to the industrial zone change that will allow for a scrap metal facility to be built at 80 Emjay Blvd, Brentwood, NY that will be voted upon by the Town of Islip Board on Thursday, March 26, 2015.

| Printed Name/Nombre en Imprenta | Signature/Firma | Address/Dirección | Date/Fecha |
|---|---|---|---|
| VICTOR BAYONA | [signature] | 144 McNair St. Brentwood | 3/23/15 |
| Antonio Alves | [signature] | 62 Yarmel St Brentwood | 3/23/15 |
| Tanya Gonsole | [signature] | 83 Farrell St Brentwood | 3/23/15 |
| Amelia Perez | [signature] | 30 Pacific Rd. Brentwood | 3-23-15 |
| Carlos Cruz Carlos Cruz | [signature] | 144 Suffolk Ave Brentwood NY 11717 | 3-23-15 |
| Gabriel Cruz | [signature] | 92 Besley St Brentwood NY 11717 | 3-23-15 |
| Jose Ocanas | Jose Ocanas | 166 Merrill Street Brentwood NY 11717 | 3-23-15 |
| [name] | [signature] | 118 Merrill St Brentwood NY 11717 | 3-23-15 |
| Fidel Velasquez | Fidel Velasquez | 145 McNair St Brentwood NY | 3/23/15 |
| [name] | [signature] | [address] Brentwood | 3/23/15 |
| [name] | [signature] | 12 McNair St Brentwood | 3/23/15 |
| [name] | [signature] | McNair St Brentwood | 3/23/15 |
| [name] | [signature] | [address] Brentwood | 3/23/15 |
| Francisco Amaya | [signature] | 44 MacArthur Av Brentwood NY 11717 | 3-23 |
| Santa Salinas | Martha Salinas | 38 MacArthur av Brentwood NY 11717 | 3-23 |
| Santiago Ortiz | Santiago Ortiz | 36 MacArthur ave Brentwood NY 11717 | 3-23 |
| Yolanda Argueta | Yolanda Argueta | 36 MacArthur ave Brentwood NY 11717 | 3-23 |
| Margarita Quiroa | [signature] | 145 McNair St Brentwood N.Y. 11717 | 3-25 |
| [name] Cynthia | [signature] | 30 Ferry St Brentwood NY 11717 | 3-25 |
| Marcos Reyes | Reyes | 18 Doolittle St Brentwood NY | 3-25 |

ISLIP00003640

# PETITION/PETICIÓN
## TO THE TOWN OF ISLIP/ PARA EL CONCEJAL DE ISLIP

We, the undersigned are opposed to the industrial zone change that will allow for a scrap metal facility to be built at 80 Emjay Blvd, Brentwood, NY that will be voted upon by the Town of Islip Board on Thursday, March 26, 2015.

| Printed Name/ Nombre en Imprenta | Signature/ Firma | Address/ Dirección | Date/ Fecha |
|---|---|---|---|
| Rene Baravia | [signature] | 108 Mc Nair St. Brentwood NY | 3/21/15 |
| Jose J. Nueza Gonzalez | [signature] | 8 Alan Dr Brentwood N.y. | 3/21/15 |
| Evelyn Bonjoy | [signature] | 8 Alan Dr. Brentwood N.Y. | 3/21/15 |
| Eractia Scontan | Erazda Scantan | 50 Marshall Ave Brentwood NY 11717 | 3/21/15 |
| Cesar Carrero | Cesar Carrero | 1733 Pine Grove Blvd Bayshore NY 11706 | 3/21/15 |
| Fabian Argentina | Fabian Argentino | 40 Lark St Brentwood NY 11706 | 3/21/15 |
| Carmen Carrero | Carmen Carrero | 1733 Pine Grove BLVD Bay Shore NY 11706 | 3/21/15 |
| Ruben Gomez | [signature] | 1736 Pine Grove Blvd Bayshore NY 11706 | 3/23/15 |
| Jose Alfaro | [signature] | 1732 Pine Grove Blvd Bayshore NY 11706 | |
| [illegible] Martinez | [signature] | 1229 Pine Grove Blvd Bayshore NY 11706 | 3/23/15 |
| J.O. Martinez | [signature] | 1655 Fifth Av Bay Shore NY 11706 | 03/23 |
| Sonia Ortega | Sonia Ortega | 1753 Pine Grove Blvd Bayshore NY 11706 | 03-23-15 |
| Bernardo A Amaya | [signature] | 163 Westwood Dr Brentwood NY 11717 | 3/24/15 |
| Ernesto Reso | [signature] | 631 6455 52 | 3/24/15 |
| [illegible] Hernandez | Cruz Salvado | 2 Doolittle St Brentwood | 3/25/15 |
| Cruz Salvado | [signature] | 47 E. Senhower Ave | 3/25/15 |
| Angela Almonte | Angela Almonte | 12 Doolittle St Brentwood NY 11717 | 3/25/15 |
| Jose Munoz | [signature] | 13 Doolittle St Brentwood NY 11717 | 3/25/15 |
| Wilbert Mende | [signature] | [illegible] | 3/25/15 |
| Miriam Bowjos | [signature] | 16 Doolittle St. Brentwood | 3/25/15 |

## PETITION/PETICIÓN
## TO THE TOWN OF ISLIP/ PARA EL CONCEJAL DE ISLIP

We, the undersigned are opposed to the industrial zone change that will allow for a scrap metal facility to be built at 80 Emjay Blvd, Brentwood, NY that will be voted upon by the Town of Islip Board on Thursday, March 26, 2015.

| Printed Name/ Nombre en Imprenta | Signature/ Firma | Address/ Dirección | Date/ Fecha |
|---|---|---|---|
| Marcial Constanza | Marcial | 115 Suffood Ave Brentwood | 3/18 |
| Bianca Garcia | Bioc | 117-A Suffolk Ave, Brentwood | 3/18 |
| Abigail Roman | Abson Roman | 32 Gardener Ave Brentwood | 3/21 |
| Eleno A. Fuentes | Elena Jeannte | 124 Merrill St, Brentwood | 3/21 |
| Luis Acosta | Luis Acosta | 123 Merril St Brentwood NY 11717 | 3/21 |
| Ramon Martinez | Ramon M | 127 Merril St Brentwood NY 11717 | 3/21 |
| Jose Antonio Padilla | Jose Luiz | 129 Merril St Brentwood NY 11717 | 3/21 |
| Esmay Rocha | | 131 Merril St Brentwood NY | 3/21 |
| Debra Kosh | | 33 Merril St Brentwood NY | 3/21 |
| Miabel Lopez | Milagro Lopez | 132 Merril St Brentwood NY | 3/21 |
| Ronald Ban | | 130 Merril St Brentwood NY | 3/21 |
| Ana Fuentes | | 128 Merrill | 3/21 |
| Jose Luiz | | 126 Merril St | 3/21 |
| Leslie Perez | | 121 Merril St, Brentwood NY 11717 | 3/21 |
| Efrain Gutierrez | Efrain Gutierrez | 116 Merril St | 3/21 |
| Lucides Berrera | Lucides Berrera | 166 Yale Mill St | 3/21 |
| Nadine Berrera | Nadine Berrera | 233 Sugarwood Ln Central Islip NY 11722 | 3/21 |
| Maria Cocuan | Maria Cocuan | 105 Muror St Brentwood NY 11717 | 3/21 |
| Vincent Kuh | | 101 Mull L Brentwood | 3/20 |
| Darrin Jessipe | Daena Jessipe | 102 Merril St Brentwood 11717 | 3/21 |

ISLIP0000364

PETITION/PETICIÓN
TO THE TOWN OF ISLIP/ PARA EL CONCEJAL DE ISLIP

We, the undersigned are opposed to the industrial zone change that will allow for a scrap metal facility to be built at 80 Emjay Blvd, Brentwood, NY that will be voted upon by the Town of Islip Board on Thursday, March 26, 2015

| Printed Name/ Nombre en Imprenta | Signature/ Firma | Address/ Dirección | Date/ Fecha |
|---|---|---|---|
| R[illegible] [illegible] | [signature] | 3 Franklin [illegible] Brentwood [illegible] 11717 | 3/22/2015 |
| [illegible] Palan[illegible] | R Palano | 720 Central Blvd Bay Shore | 3/26/15 |
| Gustavo Zuñiga | [signature] | 15 [illegible] [illegible] Brentwood | 3/[illegible] |
| Milagros Contreras | [signature] | 1833 Islinson Ave Bay Shore | 3/22/2015 |
| [illegible] Alvarado | [signature] | 3 Franklin St [illegible] NY 11717 | 3/22/15 |
| Jose Flores | [signature] | 340 N Clinton Av Bay Sho, NY 11706 | 3/22/15 |
| Reynaldo Palomo | [signature] | 720 Central [illegible] Bay Shore 11706 | 3/22/15 |
| Luis M [illegible] | [signature] | [illegible] Bay Shore 11717 | 3/22/15 |
| [illegible] Rojas | [signature] | 16 Robin Lane Brentwood NY [illegible] | 3/22/15 |
| Carlos Avila | [signature] | 1495 Emkay St Bayshore NY | 3/22/15 |
| Ana L Avila | [signature] | 1495 Emkay St Bayshore NY 11726 | 3/22/15 |
| Jose L Oquero | [signature] | 95 [illegible] Brentwood [illegible] | 3/22/15 |
| Roberto Feliciano | [signature] | 91 Roof Street Brentwood NY 11717 | 3/22/15 |
| Marisol T Ortiz | [signature] | 33 Doolittle St Brentwood NY | 3/24/15 |
| Jesus Ortiz | [signature] | 33 Doolittle St Brentwood NY | 3/24/15 |
| Doris Acevedo | [signature] | 43 Doolittle St Brentwood 11717 | 3/24/15 |
| Harry Rivera | [signature] | " Doolittle St Brentwood 11717 | 3/24/15 |
| Steven Acevedo | [signature] | " " " Brentwood 11717 | 3/24/15 |
| Jeffrey Acevedo | [signature] | " " " Brentwood 11717 | 3/24/15 |

PETITION/PETICIÓN

TO THE TOWN OF ISLIP/ PARA EL CONCEJAL DE ISLIP

We, the undersigned are opposed to the industrial zone change that will allow for a scrap metal facility to be built at 80 Emjay Blvd, Brentwood, NY that will be voted upon by the Town of Islip Board on Thursday, March 26, 2015.

| Printed Name/ Nombre en Imprenta | Signature/ Firma | Address/ Dirección | Date/ Fecha |
|---|---|---|---|
| William Jacobs | [signature] | 33 Sonora C.F. St Brentwood NY 11717 | 3/24/15 |
| Anthony Rodriguez | [signature] | 19 Somerville St Brentwood NY 11717 | 3-24-15 |
| Aroon/Melopa | [signature] | 19 Somerville St Brentwood NY 11717 | 3/29/15 |
| Teresa Gonzales | Teresa Gonzales | 13 Somerville St Brentwood NY 11717 | 3/24/15 |
| Teresa Rodriguez | [signature] | 11 Somerville St Brentwood NY 11717 | 3/24/15 |
| [name] | [signature] | [address] Brentwood | 3/24/15 |
| Eugenia Morales | [signature] | 5 Somerville St Brentwood NY 11717 | 3/24/15 |
| Maria Velasquez | Maria Velasquez | 82 Eisenhower Ave Brentwood | 3/24/15 |
| Willy Rojas | Willy Rojas | 204 Clark St Brentwood NY 11717 | 3/24/15 |
| Amy Zarate | [signature] | 304 Clark St Brentwood NY 11717 | 3/24/15 |
| Carmen Bonilla | [signature] | 226 Clark St Brentwood NY 11717 | 3/24/15 |
| Jose Argueta | [signature] | 207 Clark St Brentwood NY 11717 | 3/24/15 |
| Nora Elvi Pedorno | [signature] | 84 Eisenhower Av Brentwood NY 11717 | 3/24/15 |
| Maxima Segura | Segura | 99 Eisenhower Blvd Brentwood NY 11717 | 3-24-15 |
| Jose R Torres | Jose R Torres | 12 Somerville St Brentwood NY | 3/24/15 |
| Alba Juarez | Alba Juarez | 1 Somerville St Brentwood NY 11717 | 3/24/15 |
| Frank Juarez | [signature] | 1 Somerville St Brentwood NY 11717 | 3/24/15 |
| Gloria T Ruiz | Gloria T Ruiz | 442 Fairdale Pl Brentwood NY 11717 | 3/25/15 |
| Sandra Aguirre | Sandra Aguirre | 41 Lexington Av Brentwood 11717 | 3/25/15 |
| Norma Mata | Norma Mata | 19 A Caridad St Brentwood NY 11717 | 3/25/15 |

ISLIP00003644

PETITION/PETICION

TO THE TOWN OF ISLIP/ PARA EL CONCEJAL DE ISLIP

We, the undersigned are opposed to the industrial zone change that will allow for a scrap metal facility to be built at 80 Emjay Blvd, Brentwood, NY that will be voted upon by the Town of Islip Board on Thursday, March 26, 2015

| Printed Name/ Nombre en Imprenta | Signature/ Firma | Address/ Direccion | Date/ Fecha |
|---|---|---|---|
| Jesus Santana | | 311 ___ ___ 1711 | 3/1 |
| Sandra Franco | Sandra Franco | 36 Thresh Dr Brentwood NY 11717 | 3/24/2015 |
| Alba Hernandez | | 143 Studly St Brent ly 11717 | 3/24/2015 |
| Alba Lez Perez (Edens) | | 36 Springfield Ct Penthouse NY 11735/24/15 | |
| Aug M Go | | 111 Candlewood Rd 11717 | 3/11/15 |
| Marlyn Garcia | | 11 Second St Brentwood NY 11717 | 3/24/15 |
| Alba Canules | Alba Canules | 206 Lincoln Ave Brentwood NY 11717 | 3/24/15 |
| Anna Chavez | | 185 Candlewood Road Brentwood NY 11717 | 3/ |
| Rubin Morales | Marco | 62 Prospect St Brentwood NY | 3/ |
| Carmen Benitez | | 33 Clarke St Brentwood NY 11717 | 3/24/15 |
| Lizeth Velazquez | | 37 Patton St Brentwood NY 11717 | 3/24/15 |
| Marcelo Velasquez | Marcelo Velasquez | 34 Patton St Brentwood NY 11717 | 3/24/15 |
| Radames J Nigua | Radames Nigua | 67 Yanku St Brentwood NY 11717 | 5/24/ |
| Edubiges McAlister | | 115 Polany Rd Brentwood NY 11717 | 3/24/15 |
| Emma Garcia | | 41 Alec Ave Brentwood NY 11717 | 3/29/15 |
| Yuri Alvaro | Yuri Alvaro | 53 Manitou Ave Brentwood NY 11717 Brentwood | 3/24/15 |
| ___ | | | |
| Henrian Solis | | 41 Wallis st 11717 | 3/24/15 |
| ___ ___ | | 6 N West Brentwood NY 11717 | 3/24/15 |
| Marlene Brown | | 61 N Island Ave Brentwood NY 11717 | 3/24/15 |

ISLIP00003645

PETITION/PETICIÓN

TO THE TOWN OF ISLIP/ PARA EL CONCEJAL DE ISLIP

We, the undersigned are opposed to the industrial zone change that will allow for a scrap metal facility to be built at 80 Emjay Blvd, Brentwood, NY that will be voted upon by the Town of Islip Board on Thursday, March 26, 2015.

| Printed Name/ Nombre en Imprenta | Signature/ Firma | Address/ Dirección | Date/ Fecha |
|---|---|---|---|
| [illegible] | [illegible] | 103 Suffolk Av Brentwood | 3/18 |
| Lillian [illegible] | [illegible] | 113 Suffolk Ave Brentwood NY | 3/18 |
| [illegible] | [illegible] | [illegible] | 3/18 |
| Emy Nervaez | [illegible] | 137 Suffolk ave Brentwood NY | 3/18 |
| Emily Williams | Emy Williams | 120 Suffolk Ave Brentwood NY 11717 | 3/18 |
| Jeanne Logan | [illegible] | 122 Suffolk Ave Brentwood NY 11717 | 3/18 |
| Erica Damio | E Damio | 126 Suffolk Ave Brentwood | 3/18 |
| [illegible] | [illegible] | [illegible] | 3/18 |
| [illegible] Van Dyke | [illegible] | 12 Suffolk Ave Brentwood | 3/18 |
| Karen Izaguirre | [illegible] | 139 Suffolk Ave Brentwood | 3/18 |
| Michael Garcia | [illegible] | 131 Suffolk Ave Brentwood | 3/18 |
| [illegible] | [illegible] | 129 Suffolk Ave Brentwood | 3/18 |
| Raul Castro | Raul Castro | 125 Suffolk Ave Brentwood | 3/18 |
| Aldea Cruz | Aldea Cruz | 123 n Suffolk Ave Brentwood | 3/18 |
| Mayra Cabrera | [illegible] | 123 Suffolk Ave Brentwood | 3/18 |
| Sonia Henderson | Sonia Henderson | 131 Suffolk Ave Brentwood | 3/18 |
| [illegible] | [illegible] | [illegible] | 3/18 |
| R. Reno | Rile | 96 Rhode Island Ave Bay Shore 11706 | 3/26 |
| Sandra Coleman | [illegible] | 48 MacArthur Ave Brentwood | 3/26/15 |
| [illegible] | [illegible] | 48 MacArthur Ave Brentwood | 3/26/15 |

PETITION/PETICIÓN
TO THE TOWN OF ISLIP/ PARA EL CONCEJAL DE ISLIP

We, the undersigned are opposed to the industrial zone change that will allow for a scrap metal facility to be built at 80 Emjay Blvd, Brentwood, NY that will be voted upon by the Town of Islip Board on Thursday, March 26, 2015.

| Printed Name/ Nombre en Imprenta | Signature/ Firma | Address/ Dirección | Date/ Fecha |
|---|---|---|---|
| Patricia Chavarria | Lucy Chaun | 11 Prospect St c Islip, NY 11722 | 3/21 |
| Elena Thompson | Elena Thompson | 113 Merril St Brentwood, NY | 3/21 |
| Mohamha El Nabin | | 115 Merrill St, Brentwood, NY | 3/21 |
| Celia Castillo | Celia Castillo | 116 Merrill St, Brentwood, NY | 3/21 |
| Luis Jordan | Luis Jordan | 169 Merrill St Brentwood, NY | 3/21 |
| Joel Perez | Joel P | 121 Merrill St, Brentwood, NY | 3/21 |
| Julio Mendoza | | 100 Massachusetts Ave Buyshore NY 11706 | 3/22 |
| Rachel Mendoza | Rachel Mendoza | 100 Massachusetts Ave Bayshore NY 11706 | 3/22 |
| Betsy Ramos | Betsy Ramos | 100 Hawthorne Ave Apt A-1 Central Islip NY 11722 | 3/22 |
| Byron Pimental | Byron Pimental | 412 Belota St Deer Park, NY | 3/22 |
| Ana Martinez | Ana Martinez | 44 Doolittle St. Brentwood NY | 3/26 |

PETITION/PETICIÓN

TO THE TOWN OF ISLIP/ PARA EL CONCEJAL DE ISLIP

We, the undersigned are opposed to the industrial zone change that will allow for a scrap metal facility to be built at 80 Emjay Blvd, Brentwood, NY that will be voted upon by the Town of Islip Board on Thursday, March 26, 2015.

| Printed Name/ Nombre en Imprenta | Signature/ Firma | Address/ Dirección | Date/ Fecha |
|---|---|---|---|
| Consuelo Medrano | | 302 Whipple St Brentwood | 03/25/15 |
| Dicia Hernandez | | 155 Grand Blvd Brentwood NY 11717 | 03/25/15 |
| Milton Aguilar | | 29 Montgomery St Brentwood NY | 03-25-15 |
| Kim Ortega | | 218 Hilltop Dr Brentwood NY 11717 | 03-25-15 |
| Ana Cruz | | 305 Ellery St Brentwood NY 11717 | 03-25-15 |
| Naheeda Qasim | Aheeda Qasim | 545 American Blvd Brentwood NY | 3-25-15 |
| Jenne Hayth | | 258 Laurel Ave Brentwood NY 11717 | 3-25-15 |
| Ana Ruth Martinez | | 6 Ice Ct Brentwood NY 11717 | 3-25-15 |
| Ananda Ponce | | 167 Town Lawn Ave Brentwood 11717 | 3-25-15 |
| Aba Salmeron | | 33 Warren Brentwood NY 11717 | 3-25-15 |
| Claudia Tobar | | 155 Merril St Brentwood NY 11717 | 3-25-15 |
| Maria del Cid | | 985 Candlewood Road, Brentwood NY 11717 | 3-25-15 |
| Ibelice Rivas | | 12 East Dr APT 2b Bsentwood NY 11717 | 3-25-15 |
| Arnulfo Juarez | | 1 Somerville ST Brentwood 11717 | 03-25-15 |

ISLIP00003648

PETITION/PETICIÓN
TO THE TOWN OF ISLIP/ PARA EL CONCEJAL DE ISLIP

19

We, the undersigned are opposed to the industrial zone change that will allow for a scrap metal facility to be built at 80 Emjay Blvd, Brentwood, NY that will be voted upon by the Town of Islip Board on Thursday, March 26, 2015.

| Printed Name/ Nombre en Imprenta | Signature/ Firma | Address/ Dirección | Date/ Fecha |
|---|---|---|---|
| | | | 3/15/15 |
| Natasha McKinney | Natasha McKinney | [illegible] Ave Brentwood | 3/15 |
| [illegible] | [illegible] | 145 x 4th Ave Brentwood 11717 | 3/15 |
| | | | 3/18 |
| | | | 3/18 |
| | | [illegible] | 3/15 |
| | [illegible] | [illegible] | 3/15 |
| | [illegible] | [illegible] | 3/15 |
| | [illegible] | [illegible] 11/1 | 3/15 |
| | [illegible] | [illegible] | 3/15 |
| | | | 3/15 |
| | | | |
| | | | 3/15 |
| | | | |
| | | | 3/15 |
| | | | |
| | | | |

PETITION/PETICIÓN

TO THE TOWN OF ISLIP/ PARA EL CONCEJAL DE ISLIP

We, the undersigned are opposed to the industrial zone change that will allow for a scrap metal facility to be built at 80 Emjay Blvd, Brentwood, NY that will be voted upon by the Town of Islip Board on Thursday, March 26, 2015.

| Printed Name/ Nombre en Imprenta | Signature/ Firma | Address/ Dirección | Date/ Fecha |
|---|---|---|---|
| Adin Bolaños | Allen Bolys | 34 Marshall Ave. Brentwood | 3/25/15 |
| Roberto Arvalo | | 41 Doolittle St Brentwood | 03/27 |
| Jose Orellana | | 46 Doolittle St Brentwood | 3/26/15 |
| Mary Marin | | 58 Doolittle St Brentwood | 3/24/15 |
| Ronald Bealey | | 61 Doolittle St Brentwood | 3/26 |
| Ana Ruchan | | 60 Doolittle St Brentwood | 3/26/15 |
| Maribel Martinez | | 57 Doolittle St Brentwood | 3/26/15 |
| Luis Quintros | | 56 Doolittle St Brentwood | 3/26/15 |
| Francisco Acosta | | 50 Doolittle St Brentwood | 3/26/15 |
| Noemi Mercado | | 47 Doolittle St Brentwood | 3/26/15 |
| Ed Mercado | | 47 Doolittle St Brentwood | 3/26/15 |
| Sean Hines | | 45 Doolittle St Brentwood | 3/26/15 |

ISLIP00003650