# EXHIBIT J

| | |
|---|---|
| **To:** | Lucas Sanchez[lsanchez@nycommunities.org] |
| **Bcc:** | lidesk@news12.com[lidesk@news12.com]; li@newsday.com[li@newsday.com]; newsdesk@fios1news.com[newsdesk@fios1news.com]; news12li@news12.com[news12li@news12.com]; eliana@noticiali.com[eliana@noticiali.com]; jim.smith@newsday.com[jim.smith@newsday.com]; joye.brown@newsday.com[joye.brown@newsday.com]; luis@noticiali.com[luis@noticiali.com]; avanallen@fios1news.com[avanallen@fios1news.com]; sricharchson@fios1news.com[sricharchson@fios1news.com]; Rich Barrabi[RBARRABI@news12.com]; Sarah Armaghan (sarah.armaghan@newsday.com)[sarah.armaghan@newsday.com]; Sarah Crichton (sarah.crichton@newsday.com)[sarah.crichton@newsday.com] |
| **From:** | Lucas Sanchez |
| **Sent:** | Mon 7/20/2015 8:49:44 PM (UTC) |
| **Subject:** | Advisory TOMORROW, 130pm @ Islip Town Hall: residents protest scrapmetal facility |

**Contact: Lucas Sanchez 646.600.2426**

**\*\*Media advisory for Tuesday July 21, 2015\*\***

 BRENTWOOD RESIDENTS, ELECTEDS PHIL RAMOS AND MONICA MARTINEZ  TO HOLD A DEMONSTRATION AT ISLIP TOWN HALL OVER PROPOSED TRASH METAL FACILITY

*Brentwood residents are tired of being LI's dumping ground. Roberto Clemente, last summer's East End garbage proposal, and the recently approved scrapmetal facility are proof that the Town of Islip does not respect low income communities of color. Residents will rally outside of Islip Town Hall to urge the town Supervisor, council and zoning board of appeals to stop further environmental contamination and harm to the health of Brentwood families.*

**WHO:** Brentwood residents, New York Communities for Change, Assemblyman Phil Ramos, Legislator Monica Martinez, Citizen's Campaign for the Environment

**WHAT:** A press conference and demonstration demanding that the Town of Islip stop the proposed scrapmetal facility on Emjay Blvd in Brentwood. The town board unanimously voted to grant the application in June and the application is now before the Zoning Board of Appeals for a variance because it is with it is within 500 feet of residential areas. As Newsday reported " In May, the Suffolk County Planning Commission said it "disapproved" of the application because of its proximity to residential areas, potential to generate truck traffic and inconsistency with local zoning. Residents have also complained about the former solid-waste station's odors."

The Town of Islip has failed to value the health, well-being and quality of life of working African American and Latino families in Brentwood. This proposed facility supported by the town council would have a disproportionate impact on low-income communities of color.

**WHEN:** Tuesday, July 21, 2015, at 1:30p.m.

**WHERE:** Islip Town Hall, 655 Main Street, Islip, NY 11751

**VISUALS:** Residents and elected officials available to speak. Residents will take symbolic bags of garbage and scrapmetal and dump it on Town Hall.

### ###