**EXHIBIT L**

