UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Ana Flores, Rene Flores, Maria Magdalena Hernandez, Magali Roman, Make the Road New York, and New York Communities for Change,

                Plaintiffs,

v.

Town of Islip, Islip Town Board, and Suffolk County Board of Elections,

                Defendants.

2:18-cv-03549 (ADS) (GRB)

## DECLARATION OF WALTER ALFREDO BARRIENTOS PEREZ

WALTER ALFREDO BARRIENTOS PEREZ declares pursuant to 28 U.S.C. § 1746:

1. I am submitting this declaration in support of Plaintiffs' motion for a preliminary injunction in this case.

2. I came to Long Island when I was 11 years old, grew up in Amityville, and have lived for most of my life on Long Island. Ever since I was young, Islip has been the heart of the Latino community in Suffolk County, so my family spent a lot of time in Islip while I was growing up.

3. I graduated from Baruch College in 2006 with a Bachelor's Degree in Business Administration, and I have completed most of a Master's Degree in Nonprofit Management at the Baruch College School of Public Affairs.

4. Throughout my career, I have focused on immigrant integration into communities, mainly through community organizing. As I came close to finishing my master's degree in 2011, I worked at two philanthropic foundations, the Northstar Fund and Grantmakers

Concerned with Immigrants and Refugees. I also co-founded two organizations, the New York State Youth Leadership Council and United We Dream, both of which advocate for immigrant youth and provide leadership opportunities at the state and national levels, respectively. I continue to consult for United We Dream today.

5. I started working for Plaintiff Make the Road New York ("MRNY") in April 2014. Part of MRNY's mission is to increase civic participation in underprivileged and minority communities by registering voters, educating people about how the political system functions, and engaging in nonpartisan get-out-the-vote efforts. MRNY has over 1,000 members on Long Island, at least 600 of whom live, work, and vote in Islip. When I worked at MRNY, there were between eight and fifteen MRNY employees working in Long Island, most of them based in Brentwood.

6. Upon joining MRNY, I was the lead organizer for the Youth Power Project on Long Island. In early 2015, I became the Long Island Coordinator. In the summer of 2017, I became the Long Island Organizing Director, a position I held until I left MRNY in October 2018.

7. Throughout my time working at MNRY, MRNY's main goals on Long Island were: 1) to advocate at the local, state, and federal levels for our members on issues such as immigration, housing, education, and health; 2) to organize the community and develop leadership through programs meant to increase the engagement of the organization's membership, such as community meetings, local campaigns, civic engagement projects such as registering people to vote and get-out-the vote efforts, and educating people about the electoral process; and 3) to provide survival services for recently arrived immigrants, such as English classes, legal counseling, and workshops about immigration and workplace rights.

8. In 2017, I also served as the lead representative for MRNY on the board of the Long Island Civic Engagement Table ("LICET"), a nonpartisan coalition working to increase voting among communities of color.

9. Throughout my time at MRNY and LICET, efforts to improve the lives of members in Islip were inhibited by the Town's at-large structure. The Town Board, which represents a population that is about 30% Latino, is entirely white. There are no immigrants or bilingual members on the board, and not a single member is from the Latino community it purports to serve. The at-large structure has prevented communities of color from feeling connected to and represented by their local government. In fact, the Islip Town government actively works against the Latino community by treating it with hostility and disdain and failing to provide equitable access to basic services. While our voter turnout efforts were successful at increasing Latino voter participation, Latino voter turnout remained low. In addition, Latino voter participation still lagged behind white voter participation.

10. In my time working at MRNY, I personally encountered a number of voting-related issues that impacted the Latino community of Islip.

11. On Election Day, November 8, 2016, Islip's Department of Public Works ("DPW") trucks attempted to close down Suffolk Avenue, which is the main route from Brentwood to the nearest polling locations for the voters who live there. On that day, I arrived at the MRNY office at 1090 Suffolk Avenue in Brentwood between approximately 8:00 and 9:30am. As I arrived, I realized that workers were setting up construction equipment to close Suffolk Avenue. I saw one to two dozen orange cones on Suffolk Avenue, DPW trucks parked on the side of the road, and workers cordoning off an area on Suffolk Avenue spanning at least the block between Fulton Street and Willoughby Street. As I know from attending hearings on

transportation at Town Hall, Suffolk Avenue is one of the busiest in Islip. Moreover, there is only one lane running each direction. I realized that the workers were beginning to close one lane of the road and that traffic was beginning to build up. I began to get worried, because I knew that it was Election Day and Suffolk Avenue was the primary way that people from Brentwood get to their polling locations south of the Long Island Rail Road ("LIRR") tracks.

12. I, along with my MRNY colleague and Plaintiff Maria "Nena" Hernandez, began making phone calls to Assemblyman Phil Ramos, Suffolk County Executive Steve Bellone, and their respective staff to inquire more about the road closing. At first I was told by Assemblyman Ramos that the Town was not responsible for doing the work, but this turned out to be incorrect. Later that day I learned that the Town was, in fact, responsible for the road closign. By early afternoon, the roadwork was suspended and the workers and the trucks were gone. Had the roadwork not been halted, many voters from Brentwood could have been discouraged from waiting in the traffic to get to their polling places to vote. Even so, the partial shutdown of Suffolk Avenue during the morning may have already discouraged many voters from making it to their polling places before they went to work, may have thus potentially prevented voters from Brentwood from casting their ballots, or may have contributed to longer wait times at the polls after the work day.

13. During my 2017 election cycle work with LICET, I was stationed at the MRNY office in Brentwood. I received many calls about Latino people in Islip being turned away at polling places and being told by poll workers that they could not vote unless they brought their passports. I personally spoke with at least two Latino community members in Brentwood who told me they had been told by poll workers they needed their passports to vote.

4

14. In my capacity as supervisor of the MRNY youth program on Long Island, I worked on a number of issues relating to Roberto Clemente Park. In May 2014, through news reports and my orientation at MRNY, I learned that tens of thousands of tons of dangerous asbestos waste had been dumped in Roberto Clemente Park. MRNY sprang into action, and I, along with other MRNY employees, began advocating on behalf of residents to try to get answers from the Town about how and why the dumping had happened and to try to get the Town to clean it up. I was in charge of ensuring that the voices of the young people who used the park for recreation were heard in the community's engagement with the Town on issues related to the park. Additionally, MRNY sought to educate members of the community about the dangers of toxic material, about the resources that MRNY could offer, and about the role that MRNY could play in keeping the community informed of any issues that might arise.

15. A week after learning about the dumping, I assisted MRNY and Plaintiff New York Communities for Change ("NYCC") in drafting a memo to Deputy Town Supervisor Eric Hofmeister and Town Councilman and Town liaison to the Parks Department Anthony Senft. In the memo, we demanded that the Town take immediate action to address the environmental crisis in Roberto Clemente Park and the neglect of parks in Latino communities in general, as well as provide summer programming for children in the affected community. A true and accurate copy of this memo is attached as **Exhibit A**.

16. The Town's immediate solution to the park closure was to offer buses to take children from Brentwood to recreational centers in neighboring towns. I learned about these buses through notices that the Town circulated. The buses offered by the Town, however, only picked children up at certain bus stops that were not accessible to many young people in Brentwood. Moreover, when trying to ride these buses, the children were asked to provide state

identification or some other form of identification that included their picture and address. Many community members were not able to provide this type of identification and thus were not able to access the alternative recreational activities.

17. The Town finalized a plan to clean up Roberto Clemente Park in January 2015. Before the cleanup of the park began in mid-2015, the Town issued an English-only flier to the community informing them of this development, which had been long-awaited by Latino residents. We asked the Town to issue another flier in Spanish, since many Latinos in Islip speak either no English or very limited English. Only then did the Town send out a flier in Spanish.

18. Transparency about the park cleanup process was an issue from the beginning of the park dumping scandal. For example, when the cleanup began, our members noticed that the trucks transporting waste out of the park were not properly covered to prevent the hazardous waste from falling off the trucks. The Town had not informed any of the community members living along the route that the trucks were transporting hazardous waste through their neighborhoods without any physical barrier.

19. Throughout 2014, the Town of Islip repeatedly failed to provide consistent updates about the progress of the cleanup to the affected community, which was largely Latino. I learned from a May 27, 2014 *Newsday* article that the Town Board authorized raising $6 million for the cleanup of Roberto Clemente Park. A true and accurate copy of this article is attached as **Exhibit B**. There were also some reports that the cleanup would start in September 2014 and that it would take around six months. However, the cleanup did not begin until mid-2015.

20. The Town created a working group in January 2015 to help oversee the cleanup of Roberto Clemente Park that included representatives from the Town and from MRNY and NYCC. Frank Sprouse-Guzman was the MRNY representative on the working group. When my role at MRNY changed to Long Island Coordinator in 2015, I began coordinating with the working group, which, by the time I became involved, had not convened for a few months. I reached out to a Town representative to introduce myself. The Town representative responded that the Town could not communicate with me and I could not communicate with Mr. Sprouse-Guzman until I submitted an official letter from MRNY stating that I was assigned to work on the working group. Without MRNY's knowledge, however, the Town had removed Mr. Sprouse-Guzman from the task force and selected their own representatives to replace the representatives of MRNY and NYCC. When we confronted Town representatives about this, Town representatives said the purpose of the working group had been achieved because the task force was only meant to provide advice during the initial phase of the Park cleanup.

21. The Park finally re-opened in spring 2017. When I attended a press conference outside Roberto Clemente Park shortly before it reopened, it appeared that the Town had not done much work at all. It was unclear where the $6 million they had originally pledged to the cleanup efforts had gone. In three years, all the Town had done was remove the contaminated debris from the park and fill in those areas. The Park still had signs on the gates that made it clear that the Park was still a construction site. There were no visible improvements. The Park looked the same as it had before the dumping scandal.

22. In my experience, the Town of Islip has consistently failed to provide adequate language services to people who do not speak English. Information about updates to

the Park at Town meetings and on documents issued by the Town, as well as information about other Town business, were usually only available in English.

23. At a town hall meeting on June 19, 2018, several of our members, including Plaintiffs Nena Hernandez and Ana Flores, went to the meeting and requested a Spanish interpreter. The Town did not have an official interpreter available. The Town grudgingly enlisted a Town employee who was bilingual to translate for Ms. Hernandez, but only after Town Supervisor Angie Carpenter said that interpretation generally needs to be requested ahead of time. Although the Town employee was Latino and had some fluency in Spanish, because she was not a professional interpreter, she asked Ms. Hernandez to start her testimony over, interrupting her train of thought. I took video of this exchange, a true and accurate copy of which is attached as **Exhibit C**. When NYCC members and I were at Islip Town Hall on June 19, 2018, I noticed that none of the Town's forms or signs about municipal services were in Spanish. A true and accurate copy of a picture that I took of these forms on June 19, 2018 is attached as **Exhibit D**.

24. Throughout my time working at MRNY, the Town also neglected to provide adequate municipal services to the Latino community. I have regularly driven all around Islip. In my experience, the roads in Brentwood and Central Islip are among the worst in Islip, because they are the least maintained and are poorly marked. The roads in predominantly Latino areas, such as the area between Suffolk Avenue and the Long Island Expressway, are in far worse condition than the roads in areas that are predominantly white, such as Bay Shore, Sayville, and Islip proper. The roads in predominantly Latino areas are riddled with potholes. In my experience, some of the worst streets to drive on were Washington Avenue, Rockland Road, and Fulton Street, where there would be potholes throughout the year. I only recall the potholes

on the roads in Brentwood being fixed twice in the last two and a half years. In contrast, whenever I went to Bay Shore, I immediately noticed that the roads were well kept and the streets were well marked.

25. Whenever there is a car accident in Brentwood or Central Islip, it takes a long time for the Town to fix the damage. For example, in 2015 or thereabouts, there was a major crash at the LIRR train station in Brentwood, which not only destroyed a significant portion of the fencing around the train station parking lot, but also tore down one of the solar panels over the lot, rendering the parking spots below unusable. For about a week afterwards, I remember seeing pieces of fencing on the street and sidewalk. The Town of Islip is solely "responsible for snow removal, maintenance and all parking issues at the Brentwood [LIRR] station." A true and accurate copy of an LIRR brochure saying as much that I downloaded from the LIRR website is attached as **Exhibit E**. But the Town did not fix the damage done by this accident for several years. Despite this being area that had heavy pedestrian and bike traffic, the Town never took any precautions to protect people from the debris sticking out onto the sidewalk. I took a screenshot of a Google Maps Street View image of the site from September 2017, which shows the destroyed fencing, broken solar panels, minimal protective barriers, and no warning signs. A true and accurate copy of this screenshot is attached as **Exhibit F**. This kind of inattention by the Town would be unthinkable in other, whiter areas of Islip.

26. I have seen that there are many areas in Brentwood that flood after rainstorms due to inadequate drainage. In some areas, including the area around Commercial Boulevard, the flooding lasts for days after storms. Similarly, when there are snowstorms, the Town does very little to remove snow in the Latino neighborhoods. I have seen adults and children struggling to walk on sidewalks or standing in the road close to cars because the snow

was piled so high on the sidewalks. Driving in other parts of Islip, I personally observed that there was not nearly the same amount of flooding after rainstorms and that the snow removal was far better.

27. Most of the roads in predominantly Latino areas of the Town, particularly north of Sunrise Highway in Brentwood and Central Islip, are extremely dark. Broken lights are rarely fixed and often remain broken for years at a time. Last year, the Town implemented some major initiatives to improve lighting and signage on Town streets. The Town announced that it was replacing existing lights with solar lights in Islip proper and Bay Shore. The Town also added lighting to the Islip proper train station. And yet, the Town has neglected the lighting needs of Brentwood and Central Islip.

28. As part of my work to increase civic engagement among Latinos on Long Island, I led public workshops at the MRNY offices in Brentwood and local community centers about the history of inequality and racial discrimination on Long Island, focusing on discrimination against Latinos, in particular. In collaboration with other organizations, including the Long Island Unity Collaborative, SEPA Mujera, and Long Island Jobs with Justice, I created a PowerPoint presentation for these workshops. A true and accurate copy of this presentation is attached as **Exhibit G**. During the workshops, we discussed the history of racism on Long Island, going as far back as the 1600s, as well as the current state of race relations. We also discussed a 2009 report issued by the Southern Poverty Law Center ("SPLC") on the proliferation of anti-immigrant hate crimes in Suffolk County. A true and accurate copy of the SPLC Report is attached as **Exhibit H**. During these workshops, I would explain how, for decades, County Executive Steve Levy selectively enforced zoning laws against Latino immigrants. For instance, as noted on page 19 of the SPLC Report, in 2005, Levy oversaw

zoning violation raids on 11 houses and the eviction of 200 Latino day laborers and their family members. Further, I discussed the disturbing rise of KKK and white nationalist activities in Suffolk County from 2014 to the present. Finally, I talked about how Latinos were disproportionately prosecuted for traffic crimes in comparison to their total representation in the population, a trend that continues to the present day.

29. The SPLC report's coverage of hate crimes in Suffolk County has been borne out in my personal experience. One day after President Donald Trump was elected, I received many reports of racist acts in Suffolk County. On November 9, a woman approached a MRNY member in a parking lot and told her that she had just voted to make sure other Latinos like her were kicked out of this country and spat in her face. The MRNY member reported the incident to me later that day. Also, on November 9, my own 8-year-old nephew was asked by a classmate who his parents had voted for and then was slapped in the face. I summarized these reports in an email that I wrote on the evening of November 9, 2016 and sent to the members of the Suffolk County Human Rights Commission, among others. A true and accurate copy of the email is attached as **Exhibit I**.

30. Police brutality and misconduct is rampant in Islip and throughout Suffolk County. The police are rarely held accountable for their mistreatment of minority communities. For years in Suffolk County, Officer Scott Greene targeted and robbed Latino drivers. In January 2015, Greene was convicted of petit larceny, official misconduct and grand larceny in the fourth degree, but acquitted of the more serious charges of fourth-degree grand larceny as a hate crime. Even though Greene admitted he robbed one of the drivers, an undercover sting operation had recorded video of one of the robberies, and all seven of the victims who testified at his trial were Latinos, the jury found that Greene had not been targeting Latinos.

11

31. In response to the failure to hold Greene accountable for his hate crimes, on January 15, 2015, MRNY, the New York Civil Liberties Union ("NYCLU"), Latino Justice, and other organizations issued a statement condemning the verdict, and calling for the DOJ to take control of the Suffolk County Police Department. I had an opportunity to review the statement before it was released. A true and accurate copy of the statement is attached as **Exhibit J.**

32. Partially in response to the Greene verdict, in May 2015, I, along with other representatives of MRNY, NYCC, NYCLU, and Latino Justice, launched Long Island United for Police Reform ("LIPR"). LIPR, which later became the Unity Collaborative, is a coalition devoted to trying to end biased policing practices in Suffolk. Our goals were to educate and engage the community on issues related to police abuse on Long Island, particularly in Suffolk County.

33. Members of the Latino community frequently reported that the police either actively harassed them or were uninterested in offering them help. In my role as Long Island Coordinator for MRNY, people came to me personally with serious issues of police brutality several times every year, and others called more frequently with less serious problems, such as issues related to civil violations. I usually handled the more serious issues, sometimes acting as their advocate and interpreter. My staff typically handled the less serious complaints. Each time I received information about a serious instance of discriminatory policing, I would take contemporaneous notes about the incident and memorialize it either in an email or in Google Docs, as explained in more detail below. Additionally, when I thought the case was serious enough to warrant an attorney's involvement, I would reach out to Latino Justice or NYCLU to see if they wanted to take the case.

34. I encountered one of the most serious incidents of discriminatory policing on September 9, 2015. At about 6:45pm that day, a young Latino man who was severely bruised and burned walked into the MRNY office in Brentwood. He told us that he was stopped by the police outside a nearby shopping center in the middle of the day. The police held him face down on the pavement for 15 minutes or more. As a result, his face was scratched and burned from the pavement. The police let him go without charging him, but they arrested his friend. The police forced him to sign a statement without permitting him to read it. Then they harassed him by phone for the next several hours, calling from multiple different numbers and telling him that he needed to confess to a crime he had not committed. The police also made some insulting remarks about the quality of the young man's English. After sharing his story with me, the young man went to the emergency room for treatment for his injuries. I memorialized what he told me in an email, a true and accurate copy of which is attached as **Exhibit K**. This email was kept in the ordinary course of my work at MRNY, contains the information I heard directly from the young man, and was prepared at or near the time he told me the information.

35. In Fall 2015, I gave a presentation at the Hofstra University Center for the Study of Labor and Democracy, a write-up of which was published as a journal article for the *Hofstra University Labor and Democracy Law Review*. A true and accurate copy of this article is attached as **Exhibit L**. In the article, I described how the Town of Islip passed changes to the Town Code in the Fall of 2014 that allowed the Town to fine homeowners up to $5,000 and incarcerate people for up to one year. As I know from working in these communities, Latinos receive a disproportionately high number of tickets and housing code violations. Our members raised serious concerns about these amendments. Partially in reaction to the changes to the Town Code, on April 20, 2015, I drafted a grant on behalf of MRNY to fight against these

amendments, among other initiatives. A true and accurate copy of this grant application is attached as **Exhibit M**. As the application details, the changes to the Town Code contained provisions that were frequently vague and exceedingly discretionary. Furthermore, the changes lacked any due process requirements such as standards of proof or an opportunity to defend against and appeal the Town's rulings. Finally, the changes to the Code exempted recordkeeping from disclosure under New York State Freedom of Information Law.

36. In recent years, I have witnessed an increase in gang violence and incidents of youth involvement in crime in Brentwood and Central Islip. I was directly connected to these issues because, beginning in late 2016 or early 2017, MRNY was part of a task force with Suffolk County that investigated potential solutions, both short-term and long-term, that the community needed to confront these issues. As I know from my experiences as a community organizer, these trends have been exacerbated by the lack of financial resources and the complete disconnect and lack of interest from the Town of Islip to create more proactive programming for the predominantly Latino and low income residents of Brentwood and Central Islip. One of the major factors contributing to young people being more vulnerable to gang activity in low-income areas such as Brentwood and Central Islip is a lack of adequate services. No one on the Town Board lives in Brentwood or Central Islip, nor seems to understand what it is like to grow up in lower income, minority, and immigrant communities. In my experience, most of the programming the Town has provided for children has been targeted to middle and high income white families and youth. There have been far too few programs for low income families, and I think we are seeing the results of that in the increase in gang violence in recent years. White children in Islip have a wide range of options for involvement, including the Girl Scouts, baseball and football leagues, and sailing programs. At the same time that the Town

failed to improve Roberto Clemente Park, the Town found the money to upgrade and modernize public facilities in other parts of Islip, including a park in Bay Shore, to which the Town added a water park element. In my four-and-a-half years of working in Brentwood, I have never heard any MRNY member describe attending a program sponsored by the Town that was geographically accessible, catered to their interests, and had suitable translation.

37. The Town actively creates barriers that obstruct members of the Latino community from seeking to lower their property tax burdens. Many members of the Latino community, including many MRNY members, told me that when they go to the Town for information about getting their housing taxes reassessed, they were told there was no such process, despite the fact that there is a well-established process that can be initiated by a resident or the resident's lawyer submitting a tax grievance form. I worked with at least one Latina community member who was unable to get her housing taxes reassessed on her own and ultimately had to hire a white attorney to go to the Town on her behalf because the Town refused to allow her to initiate the process herself.

38. I have personally witnessed racial appeals from members of the Islip Town Board, as well as other elected officials in Suffolk County and Nassau County. In 2017, I saw Jim O'Connor's campaign flyer when he was running for Islip Town Board. The flyer stated: "WHY JIM O'CONNOR? BECAUSE HE'S ONE OF US!" A true and accurate copy of this flyer is attached as **Exhibit N**. This flyer is racist because it implies that the voters should elect him over his opponent Sam Gonzalez merely because he is white, like most of the voting population in Islip.

39. Also in 2017, I saw a mailer from Jack Martins, who was running as the Republican candidate for Nassau County Executive. That mailer showed three Latino men

covered in tattoos and stated that Martins's opponent, Laura Curran, was MS-13's pick for County Executive. A true and accurate copy of this mailer is attached as **Exhibit O**. These types of images aim to further the myth that Latinos are all gang members and perpetuate fear and disdain of Latinos.

40. In January 2019, I learned of a racist Facebook post by Islip Town Board Member Trish Bergin Weichbrodt. I immediately went on Facebook and saw the post myself. A true and accurate copy of the post is attached as **Exhibit P**. The post read: "I'm looking at warm getaways for kids February break. I'm wondering about El Salvador, Haiti, or Somalia #recommendations?" Ms. Bergin Weichbrodt posted this soon after President Trump publicly questioned why the United States wanted people from "shithole" countries such as El Salvador, Haiti, and African nations. Ms. Bergin Weichbrodt's post was offensive because she was endorsing the view that El Salvador was an undesirable place and the inference that people from there are of lesser value. The statement about these countries was extremely insulting to recent immigrants and their families who are from these countries and reside in Islip, many of whom are from El Salvador in particular. Brentwood and Central Islip are home to the largest concentration of immigrants from these countries on Long Island. Ms. Bergin Weichbrodt did not act as a representative of the Latino members of her community. If she had been, she would have understood how extremely offensive and dangerous her post was.

41. The members of the Latino community should have access to their local government and its processes just like anyone else, but, under the current election structure, they do not. If the Islip Town Board members were elected in individual districts, in which each member of the Town Board were elected by a specific district, the Latino community in Islip would be given a true opportunity to elect a candidate of its choice to the Town Board. It would

increase the Town Board's accountability to the Latino community, forcing the Town Board to give the Latino community the services it needs and the respect it deserves.

I declare under penalty of perjury that the foregoing is true and accurate.

Executed at: New Rochelle, New York

February 27, 2019

WALTER ALFREDO BARRIENTOS PEREZ