**EXHIBIT C - Video File Provided to Court on CD**