# EXHIBIT E

# Parking, Bus and Taxi Information
# Brentwood Station



## MAP LEGEND

**LIRR** Station

**Parking:**

All facilities are free and unrestricted; no fee or permit is required

ADA Parking    Bike Rack    Bike Locker

 **Bus Routes**

**Suffolk Transit, 631-852-5200**

- 3A/3B, Bay Shore to Hauppauge
- 3D, Brentwood to Lake Grove
- S27, Babylon to Hauppauge
- S41, Northport to Bay Shore
- S45, Bay Shore to Smithtown

Taxis - 631-436-7272

## PARKING LOT INFORMATION

The Town of Islip is responsible for snow removal, maintenance and all parking issues at the Brentwood LIRR station.
For snow removal, maintenance or other parking information call **631-224-5600**

## LIRR STATION INFORMATION

The LIRR is responsible for snow removal, cleanliness and maintenance of the station, platforms and tracks.

To report a problem at the station, call 511 (say LIRR) or call (718) 217-5477



4/17