# EXHIBIT G

# Inequality and the fight for justice on Long Island

# 1600s – 1827

Slavery on Long Island dates to its settlement in the 1600s.

In 1771, 17% of the population of Long Island is Black, and nearly all are enslaved.

Slavery is abolished by New York State in 1799, however existing male slaves did not have to be freed until 28 years of age. Therefore slavery exists on Long Island until 1827.

# 1600s

The Shinnecock on Long Island are dispossessed of land by colonial settlers. A common strategy of the settlers is to force the Shinnecock into debt or to impose fines for minor offenses (such as observing native religious ceremonies) and then take land as payment. Other means of intimidation are also used to seize land from the Shinnecock; with the loss of land came the loss of political power.

# 1658

A smallpox epidemic, caused by European settlers, causes the deaths of nearly two-thirds of the indigenous inhabitants of Long Island. It's estimated that by 1741, only 400 indigenous people survived on Long Island.

# 1670s

Indigenous whalers are exploited as laborers in the whaling trade. Colonial settlers commercialize the traditional practice of whaling, underpaying skilled indigenous whalers and even placing legal caps on their pay once the indigenous whalers began bargaining for fair pay.

# 1790 – 1924

The 1790 Naturalization Act declares that only **"free white persons"** are eligible to become US citizens

In 1866, the Civil Rights Act grants citizenship to people born in the United States, including former slaves. Citizenship is **not extended to indigenous peoples (American Indians)**

Indigenous peoples were granted citizenship by the 1924 Indian Citizenship Act, after many of them served in World War I.

# 1821 – 1841

During the "Open Door Era," immigrants are welcomed to the United States in huge numbers. Between 1821 and 1840, nearly three-quarters of a million immigrants enter the United States.

# 1830

The Removal Act of 1830 mandates the removal of Native Americans from east of the Mississippi River to "Indian Territory" in Oklahoma. Over 30,000 people die in the forced migration, which the Cherokee remember as the "Trail of Tears."

# 1831 – 1860

Almost 10,000 slaves escape to the North on the Underground Railroad, with the help of free African Americans and white sympathizers who shelter and guide the slaves.

The Fugitive Slave Act of 1850 criminalizes aiding runaway slaves.

Long Island was an important site on the Underground Railroad due to its Quaker population. Quaker houses in Old Westbury and Jericho served as stations.

# 1840s – 1850s

Nativist sentiment builds after masses of Irish and German immigrants come to the United States.

Multiple political parties form on nativist platforms. The "Know-Nothing" Party seeks to limit immigration (especially from Catholic countries), restrict political office to native-born Americans, impose a 21-year waiting period on citizenship, and ban non-Protestants from becoming public school teachers.

# 1848

The Mexican-American War results in half of Mexico's territory becoming part of the United States. Residents of the territory lose Mexican citizenship and have to struggle for citizenship in the United States.

# 1857

The Supreme Court's Dred Scott decision declares that Black people are not US citizens and that they only have the rights granted by their masters.

# 1863

President Lincoln signs the Emancipation Proclamation

# 1865

The Thirteenth Amendment declares slavery and involuntary servitude illegal, except as punishment after criminal conviction.

# 1866

The Civil Rights Act of 1866 provides for all US citizens, including African Americans, to inherit, purchase, lease, sell, hold, and convey real estate and personal property.

# 1868

The **Fourteenth Amendment** is ratified in 1868. It grants equal protection of the law to all citizens of the United States.

# 1870

The **Fifteenth Amendment**, ratified in 1870 states that the right to vote cannot be denied on the basis of race, color, or previous condition of servitude.

# 1880s

The 1880s saw the beginning of waves of Italian and Jewish immigrants/migrants to Long Island.

These immigrants faced intimidation by the Ku Klux Klan, neighborhood restrictions on where they could live, and social stigma.

The 1900 census showed that over 30% of Italians on Long Island were day laborers and that many did not speak English at home.

# 1882

The Chinese Exclusion Act prohibits immigration of Chinese laborers. It is the first law to ban a specific ethnic group from entering the US. The law is not repealed until 1943.

# 1876

New York adds a provision to its state constitution prohibiting convicted felons from voting while in prison or on parole, resulting in the disproportional disenfranchisement of men of color. The law remains largely unchanged today, though efforts to overturn it are underway in the New York State Assembly.

# 1896

The Supreme Court establishes in *Plessy v. Ferguson* the doctrine of "separate but equal." This paves the way for racial zoning laws, in which housing is restricted geographically by race. "Separate but equal" would eventually be overturned in 1954, in *Brown v. Board of Education.*

# 1904 – 1939

A eugenicist research lab is established at the Cold Spring Harbor genetic research facility. Eugenics is the "science" of "improving" the white "purity" of the human race through controlled breeding and sterilization. The Eugenics Records Office conducts surveys and promotes white supremacy among the public until its funding is withdrawn in 1939.

# 1905 – 1960

During the Great Migration, millions of African Americans migrate out of the South, fleeing lynchings, Jim Crow laws, and economic hardship. They seek out employment and better quality of life in the Northern and Western United States. Whites resent the perceived competition for their jobs, increasing racism and tensions.

# 1910

At the outbreak of the Mexican Revolution, thousands of Mexican peasants seek safety and employment in the United States.

# 1912 – 1920

A 1912 New York sterilization law allows for the forced sterilization of individuals who are deemed "defective." The eugenicist law goes hand in hand with immigration laws designed to deport "unfit" citizens. Forty-two "mentally ill" people are forcibly sterilized in New York before the law is repealed in 1920.

# 1917

Mexicans are exempted from the 1917 Immigration Act so that they can stay in the United States to provide labor.

# 1917

Racial zoning laws are declared unconstitutional by the Supreme Court in *Buchanan v. Warley*. In response, communities implement racially restrictive covenants, in which homeowners agree not to rent or sell to non-whites. In 1948, these covenants are ruled unenforceable in State courts.

# 1918

The Passports Act requires documentation for arrival to and departure from the United States.

The Anarchists Act provides for the deportation of foreign "radicals."

# 1919

The 1919 Palmer Raids result in the deportation of ten thousand labor and immigrant activists and union organizers who are labeled "radicals."

# 1920

The Nineteenth Amendment ensures that the right to vote cannot be denied on the basis of sex

# 1920s

Long Island was a major site of the Ku Klux Klan, which tried to intimidate African-Americans and recent Catholic and Jewish immigrants to the United States.

Some local historians estimate that in the mid-1920's, over 20,000 Long Island residents were Klan members, including the Freeport chief of police and three Suffolk County Republican Party chairmen.

# 1920s

1922: the Klan burns a cross in a Catholic and Jewish neighborhood of Freeport.

1924: 6,000 Klansmen marches through Freeport.

1927: 10,000 Klan members from Queens, Nassau, and Suffolk counties celebrate in a Fourth of July festival in Lindenhurst. 1000 new members, including 400 children, are inducted into the KKK. A 40-foot cross is burned.

1928: 8,000 people attend a cross-burning in Wantagh, and three crosses are burned in the woods surrounding Valley Stream.

# 1920

In 1920, the Johnson Reed Act introduces the "illegal immigrant" as a new category of person. The act privileges immigration by Northern and Western Europeans.

# 1929

The US Border Patrol is created [need to add more to this slide]

# 1940s

An influx of Puerto Rican migrants to Long Island sets the stage for later waves of Spanish-speaking immigrants by establishing Latino business and neighborhoods. Puerto Ricans perform much of the farm labor on Long Island until the 1960s, alongside African Americans and Polish immigrants.

# 1942 – 1945

Over 110,000 Americans of Japanese descent are relocated and incarcerated in camps on the Pacific coast of the United States.

# 1942 – 1964

The Bracero program brings Mexican immigrants to stay in the United States as temporary resident farm laborers, due to the labor shortage of World War II. The program does not provide for permanent residence, labor protections, guaranteed housing, or the right to bring family members along. These workers are still fighting for the wages they are owed.

# 1949

The Levittown housing developments are constructed. Originally, a clause in the mortgage and rental agreements for the homes restricted occupancy to "Caucasians" and "domestic servants." The Federal Housing Administration eventually forces the clause to be deleted, after protest from the Committee to End Discrimination in Levittown.

# 1950s

Black teachers from New York City teachers colleges are discouraged from applying for jobs on Long Island due to discrimination against them at LI schools. The NAACP alleges that this is a near-conspiracy between the schools and the college placement agencies.

# 1950–1

Two Levittown couples file suit against Levitt & Sons over the company's refusal to renew their lease, due to their allowing "Negro" children to play with their own children on their lawns. The New York Supreme Court upholds the right of the landlords to deny the lease renewal.

# 1952

The Cold War-inspired McCarran-Walter Act continues the quota system for immigrants from different countries, allows more Latinos and Asians than had previously been permitted to enter the country, increases deportation and the border patrol, and declares that employment of undocumented workers will not be considered harboring.

# 1954

"Operation Wetback" targets Mexican-American communities and results in the deportation of millions of people to Mexico, even while workers are still being brought to the United States through the Bracero Program.

# 1958

Two busloads of Long Island residents march in Washington DC as part of the "Youth March for Integrated Schools."

# 1960s

Redlining and blockbusting ensure housing segregation on Long Island throughout the 1960s and beyond.

Redlining: lenders refuse to issue mortgages to Black families who want to purchase homes in white communities

Blockbusting: realtors scare white owners into selling their homes by telling them a Black family is going to move in nearby, driving down property values. Agents then purchase the homes and inflate the price before selling to Black families. Result is rapid transformation of communities like Roosevelt and Hempstead from mostly white to mostly black.

# 1960s

"Urban renewal" projects are used as pretense to clean up substandard housing and drive Black families out of their homes in communities like Rockville Centre.

# 1960s

Taxpayer funded volunteer fire departments in places like North Amityville and Wyandanch refuse to accept Black applicants

# 1960

As of 1960, many communities in Nassau County are virtually all white, due to housing discrimination:

- Levittown (57 Black / 65,276 total residents)
- Massapequa (50/32,900)
- Massapequa Park (28/19,904)
- Bellmore (8/12,784)
- Plainedge (28/21,933)

# 1960

Great Neck Committee for Human Rights forms. The group publishes a newsletter and issues an anti-discrimination pledge asking people not to discriminate against any racial or ethnic groups when renting or selling their homes. Jackie Robinson supported their cause, which gave them respectability among the general public.

There would eventually be 30 local human rights committees on Long Island.

# 1961

The US Commission on Civil Rights reports that state anti-discrimination laws follow a common pattern: first they address public accommodations, then employment, then housing. Discrimination was legal in private housing in all states prior to 1959.

# 1962

Nassau County sets up a 27-member Committee on Human Rights to fight discrimination

# 1964

The 24th Amendment outlaws the poll tax in national elections.

# 1963

CORE and the NAACP stage sit-ins to protest substandard housing in Long Beach. In response, city officials meet with the civil rights groups and issue a statement of their intention to remove all forms of racial discrimination from the City of Long Beach.

# 1963

The Catholic Bishop of Rockville Centre, Walter P. Kellenberg, writes a letter in support of civil rights to be read at all masses throughout Nassau and Suffolk Counties

# 1963

The NAACP protests the de facto segregation of the North Amityville schools. In response, a cross is burned in front of the NAACP office in Amityville.

# 1963

The Congress of Racial Equality (CORE) wins victories for African Americans and Puerto Ricans on Long Island after staging boycotts to demand that banks and other companies hire more people of color in non-menial positions. CORE reaches an agreement with Franklin National Bank.

An editorial in *Newsday* says that the boycott "smacks of discrimination in reverse" and accuses CORE of "sowing the seeds of disunity."

# 1963

Huntington Township Committee on Human Rights tests discrimination against Black people and finds that real estate brokers turn away Black home buyers or show them homes only in Black neighborhoods. The committee collects pledges from 1000 residents to welcome "Negro" neighbors.

# 1963

Roosevelt Community Relations Council is organized by clergymen to encourage their congregations to fight blockbusting

# 1963

Hempstead Neighbors Committee organizes to fight rumors that Black families drive down property values and to stop the practice of block busting by real estate brokers

# 1964

The Civil Rights Act bans racial housing discrimination, employment discrimination, and segregation in public places. Discrimination continues, but less openly. De facto segregation continues.

# 1965

The 1965 Immigration Act eliminates quotas for admission based on race, creed, and nationality. It adds hemispheric limits and emphasizes (heterosexual) family unification in the issuing of visas.

# 1965

In the Heatherwood housing development in Setauket, a home purchased by a Black family is defaced with 3-foot high letters, painted in red, reading "KKK." The front shutters are also defaced with 8-inch letters.

# 1965

Martin Luther King, Jr., gives the commencement address at Hofstra University. He is protested by the "Long Island Committee to Preserve Our Freedom" who call him un-American and a Communist.

# 1965

The Voting Rights Act prohibits literacy tests and other requirements for voting.

(In 2013, the Supreme Court strikes down parts of the Voting Rights Act, clearing the way for states to introduce obstacles to voting, including those that disproportionately affect poor people and racial minorities.)

# 1967

The Hempstead Committee for Action Now—a committee of civil rights and civic groups—announces a list of demands to the village government involving housing employment and municipal services, including the desegregation of the volunteer fire department, more hiring of Black people in the village government, greater police protection in Black neighborhoods, and an end to inferior garbage collection in Black neighborhoods

# 1967

The Hempstead Employment Opportunity Corp is formed by Hempstead businessmen to find new jobs for Black people in the village. The group operates without government funding and is successful in placing at least 125 people in jobs within the first month

# 1967

The Oceanside Committee for Human Rights forms to seek active recruitment of Black school teachers and hospital and professional workers, to seek cooperation from local businesses in hiring more Black people, and to educate in support of local and nationwide racial integration.

# 1968

After several failed attempts, the Fair Housing Act is finally passed in Congress.

The Supreme Court rules in Jones v. Mayer that the rights to purchase, sell, and hold property provided by the 1866 Civil Rights Act apply to private housing.

# 1970

1970 census shows that communities of Bethpage, Levittown, Massapequa Park, Franklin Square, Massapequa, and Wantagh have less than .1% African-American population.

Other predominately white communities like East Meadow, Oceanside, Hicksville, Merrick, Plainview, and Rockville Centre have declining African-American populations between 1960 and 1970.

# 1970

## New York State legalizes abortion

# 1973

February 1973 – Represented by Arthur Eisenberg and Bruce Ennis, the NYCLU won on appeal a case in which the village of Belle Terre refused to allow more than two non-blood-related or married people to live together in the same house. The case was brought on behalf of Edwin and Judith Dickman, who had rented their house in Belle Terre to six SUNY Stony Brook students. The couple was served with a summons for violating the zoning law, which allowed only "one-family dwellings, occupied by 'no more than two people not related by blood, adoption or marriage.'" The NYCLU argued the case on the grounds that the zoning law violated the plaintiffs' constitutional rights of privacy and association. The case was initially ruled in favor of Belle Terre, with Judge Dooling writing that the law was a standard way in which states protect the traditional family. In February 1973, however, the case was overturned on appeal in a 2-1 decision. Writing for the majority, Judge Mansfield said that although localities are given a wide berth in creating local zoning ordinances, "they cannot under the mask of zoning ordinances impose social preferences … upon their fellow-citizens." **The next February however, the Supreme Court overturned the win, holding that the ordinance was a constitutional restriction on the use of land.**

# 1973

The Supreme Court rules in *Roe v. Wade* to give federal protection to abortion rights.

# 1975

The Indochina Migration and Refugee Assistance Act leads to influx of Southeast Asian refugees [need to flesh out this slide]

# 1976

The Hyde Amendment prohibits federal funds from going toward abortion. This includes federally granted health insurance programs.

# 1978

The Shinnecock Indian Nation, headquartered in the Town of Southampton, files a petition for federal recognition by the US Government. The Shinnecock are finally granted recognition in 2010, after they sue the Department of the Interior.

# 1980s

The Central American Refugee Center (CARECEN) in Hempstead and Brentwood starts offering legal defense to Salvadorans seeking asylum in the 1980s.

They also provide advocacy and courses on immigration and civil rights.

# 1980

Homosexual immigrants and visitors are banned from entering the United States. Immigrants who are later discovered to be homosexual can be deported. The ban is repealed in 1990.

# 1982

250 churches in the United States provide sanctuary to Guatemalan and Salvadoran refugees. Hundreds of Long Islanders join this effort, including Quakers (who historically had participated in the Underground Railroad).

# 1982

The Supreme Court rules in *Havens v. Coleman* that testers given untruthful information about availability of housing and fair housing agencies sponsoring the testers have standing to sue under the Fair Housing Act.

# 1986

In 1986, the Immigration Reform and Control Act makes it illegal for employers to knowingly hire undocumented workers. The act also offers asylum to undocumented workers who had been in the country since 1982. Only 12 people from Long Island apply in nearly a year following the law's enactment. This may be due to the difficulty of getting to the INS office located in Queens.

# 1989

The Town of Islip begins refusing to grant marriage licenses to Salvadoran refugees

# 1990s

Upper-middle-class development on Long Island (e.g. in the Hamptons) increases the demand for immigrant labor in construction, landscaping, retail, etc.

# 1990

The Americans with Disabilities Act requires that accommodations be provided in government services, public accommodations, transportation, communication, and social services.

# 1991

The Long Island Lesbian and Gay Pride and Freedom Committee apply for permits to hold a Pride parade in Northport, Port Jefferson, and Huntington but are turned down in each location. The Huntington Supervisor refused to grant the permit on the basis that only "traditional" parades were allowed on Huntington's streets. With the help of the ACLU, the committee successfully sued the Town of Huntington in federal court and won the right to hold the first Long Island Pride Parade in 1991.

# 1993

HIV+ immigrants are banned from entering the United States. The ban is not lifted until 2009.

# 1994

The US Department of Justice allows LGBT immigrants to seek political asylum in the United States if they have been persecuted on the basis of gender or sexuality in their country of origin, though this can be difficult to prove. Asylum seekers are not entitled to free legal representation in their asylum cases, rendering them less likely to succeed if they cannot afford representation.

# 1996

Illegal Immigration Reform and Immigrant Responsibility Act expands INS enforcement operations, eliminates basic rights of due process for immigrants, and cuts down on avenues for immigrants to legalize their status.

# 1998

In 1998, the militant nativist group Sachem Quality of Life is formed in Farmingville, LI. They are assisted with organizing by Washington, DC based Federation for American Immigration Reform, which was classified as a hate group by the Southern Poverty Law Center. Sachem Quality of Life disseminated propaganda accusing "invaders" (undocumented immigrants) of being inherently prone to rape and other violent crimes. The group is dissolved from within in 2004.

# 1999

In 1999 the Town of Brookhaven passes the Neighborhood Preservation Act, which set limits on the numbers of occupants in houses. The act was targeted at immigrant laborers who shared housing.

# 2001

The PATRIOT Act gives the federal government broad powers to detain suspected "terrorists" for unlimited periods of time without access to legal representation. 1,200 Arab, Muslim, and South Asian men are detained in secret.

# 2003 – 2007

## 2003–2007 sees a 40% rise in anti-Latino hate crimes across the United States

# 2009

Latinos make up 14% of the population of Suffolk County, but account for nearly 50% of defendants in traffic court. This trend continues today.

# 2000s

During the 2000s, County Executive Steve Levy oversees selective enforcement of zoning laws in order to keep Latino immigrants from living together in houses. Levy labels pro-immigrant activists a "lunatic fringe."

# 2000s – present

Latinos on Long Island have feared going to the police to report crimes because they are questioned about their immigration status

# 2009

In 2009, the Southern Poverty Law Center issued their Climate of Fear report on the anti-immigrant hate crimes occurring in Suffolk County during the previous decade. Day laborers and Mexican families were victims of many violent attacks. The hostile anti-immigrant atmosphere was stoked in part by law enforcement and county officials, who declined to investigate or arrest perpetrators in many cases.

# 2000

Nassau County passes a law prohibiting housing discrimination on the basis of source of income, sex, and sexual orientation.

# 2003

New York State passes the Sexual Orientation Non-Discrimination Act, adding sexual orientation as a covered category under NY Human Rights Law, which also covers marital status and military status in addition to other federal categories.

# 2010

As of 2010, public schools on Long Island remain some of the most segregated in the country. Most Black and Latino students attend schools where the majority of students are non-white (majority-minority schools), whereas most white students attend majority-white schools.

The average school on Long Island is 30% less diverse than the population of the Island as a whole, indicating housing segregation between districts.

# 2006

Nassau and Suffolk Counties amend their local Human Rights Laws to allow the right to sue and to increase local enforcement capabilities. The laws prohibit discrimination in housing, employment, and other areas on the basis of of actual or perceived differences of race, color, creed, gender, age, disability, religion, source of income, sexual orientation, national origin, marital status, familial status or ethnicity.

# 2014

KKK fliers are found in Shirley and West Babylon, referencing the shooting death of unarmed black teenager Michael Brown by a white police officer in Ferguson, Missouri.

# November 2016

November 17, 2016 – KKK fliers are found on cars in Patchogue

November 27, 2016 – White nationalist recruitment materials are found on driveways in Lloyd Harbor

November 29, 2016 – KKK fliers are found on the Long Island Railroad

November 30, 2016 – Garden City Police assault and handcuff a retired Black Nassau County corrections officer in a Mineola supermarket, claiming he matches the description of a shoplifting suspect.

# December 2016

Swastika graffiti is found in Islip, Merrick, Hauppauge, and at Nassau Community College in Garden City.

In Levittown, a 20-foot by 20-foot swastika is dug into the ground at a public park.

In Minneola, swastika graffiti is accompanied by racial slurs and the slogan "Make America White Again."

# 2017

January 18, 2017 – The Jewish Community Center in Oceanside is evacuated after receiving a threatening phone call.

February 27, 2017 – The Jewish Community Center in Plainview is evacuated after receiving a bomb threat.