# EXHIBIT I

**Bcc:** "Pinkard, Lisa" <Lisa.Pinkard@suffolkcountyny.gov>
**Sent:** Wed, 9 Nov 2016 19:43:16 -0500
**Subject:** Rising racial tension and hateful acts post-election- Collective response needed
**From:** Walter Barrientos <walter.barrientos@maketheroadny.org>
**To:** Tim Sini <timothy.sini@suffolkcountyny.gov>, "Montes, Luis" <luis.montes@suffolkcountyny.gov>, omallmat@suffolkcountyny.gov, Rabbi Moss <samoss@optonline.net>, Dawn Lott <dawn.lott@suffolkcountyny.gov>
**Cc:** "Martinez, Monica" <Monica.Martinez@suffolkcountyny.gov>

Dear Luis, Matthew, Monica, and Tim and Members of the Suffolk County Human Rights Commission,
Please share this with County Executive Steve Bellone. I was not able to locate his email.

As a result of the elections we have gotten a number of reports of hateful acts in Suffolk County among children in schools and the community in general. One of the mothers in our membership reported that in a parking lot a driver came out of her car to tell her that she had just voted and had voted to make sure other Latinos like her were kicked of out of this country and proceeded to spit in her face before taking off and leaving her paralyzed in shock. My own nephew who is 8 years old was slapped in the face by a classmate after being asked who his parents had voted for. We've heard similar stories from other members of our organization in Suffolk County who faced clear signs of hate in recent weeks and especially in the last few days.

Given the real threat that hate crimes and acts of hate have had in communities of color on Long Island I think this is a critical moment for all of us and other community organizations to present a strong message that hate crimes and acts of hate should be reported and will be prosecuted to the fullest extent allowed by law and that SCPD will be here to protect our community. I also think this is a critical time to bring community awareness about what is a hate crime or act of hate and how to report them.  Ideally I would like to think about having a press conference as early as Friday.

I would like to discuss this with all of you as soon as possible and could make myself available to speak about this tomorrow, Thursday November 10th.

**Are you available to speak tomorrow at 2pm?** If not, feel free to reach out to me directly and let me know at what time I could speak with you.

Walter

: : : : : : : : : : : : : : : : : : : : : : : : : : :
Walter Barrientos
Long Island Coordinator
**MAKE THE ROAD NEW YORK**
929.271.0089 @maketheroadny
: : : : : : : : : : : : : : : : : : : : : : : : : : :