# EXHIBIT K

**Bcc:** Gabriela Castillo <gabriela.castillo@maketheroadny.org>
**Sent:** Thu, 10 Sep 2015 17:15:54 -0400
**Subject:** FYI-Two Brentwood incidents involving SCPD yesterday
**From:** Walter Barrientos <walter.barrientos@maketheroadny.org>
**To:** LIPR-SC <lipr-sc@googlegroups.com>

Hello everyone,
Just wanted to alert you that MRNY is following up on two incidents that came up yesterday.

First, early in the afternoon a car pulled up into a parking lot and the driver attacked a woman who was walking by. The driver and passenger in the car were both African American and the woman appeared to be African American or Caribbean. We tried to stop the attack and the woman refused to come into our office for protection as she kept walking. Some of our staff some the men stop again down the street where they continued to attack the woman and she was forced into the car. We called the police when this incident first occurred and recorded much of the incident including license plates, etc. The police did not arrive until about 40 minutes later and appeared disinterested in any information.

Second, a young Latino male walked into our office around 6:45pm severely bruised and burned. SCPD has been conducting some sort of undercover investigation in a nearby shopping center where his friend was a suspect. He was held on the pavement face down for what he said was 15 minutes or longer in the middle of the hot day until the police allowed him to sit. HIs faced was scratched and burned from the pavement. He was let go without any charges but they made him sign a statement that they did not allow him to read and continued harassing him by phone the rest of the evening. They also made some insulting remarks and jokes about his ability to speak English and what he could communicate to "others" in the community about how to work with the police, in addition to refusing to provide names of agents involved.  We have gotten his statement and he went to the emergency room to get checked late in the evening. Thanks to those of you who were able to help out to provide some guidance.


We'll keep you posted on where all of this leads. We have informed Lt. Donahue and will be following up.

Looking forward to continuing to work with all of you to make SCPD more responsive and accountable for how they engage with communities of color on LI.

Walter


::::::::::::::::::::::::::::::
Walter Barrientos
Long Island Coordinator
**MAKE THE ROAD NEW YORK**
929.271.0089 @maketheroadny
::::::::::::::::::::::::::::::