# EXHIBIT N



NYRSC • 315 State Street, Albany, New York, 12210

Non-Profit Org.
U.S. Postage
**PAID**
Permit #559
Hicksville, NY

S26  P14 21178 ********ECRLOT 0019A**C002
The ~~[redacted]~~ Family
~~[redacted]~~ Matthews Rd
Oakdale NY 11769-1843

 PAID FOR BY THE NEW YORK REPUBLICAN STATE COMMITTEE. NOT AT TAXPAYER EXPENSE.



# ELECT JIM O'CONNOR
## ISLIP TOWN COUNCILMAN

**Jim O'Connor is one of us who is experienced in both business and government.** My wife and I have chosen to raise our family in Islip because it is a great community with so much to offer. I hope to earn your trust and vote because <u>I will fight for you</u> to preserve our quality of life in Islip.

### Jim O'Connor – will use his experience to...

- ☘ **Cut Taxes** for the Hard-Working Islip Residents.
- ☘ **Reduce Wasteful Government Spending.**
- ☘ Bring Additional **Common Sense to the Islip Town Board.**
- ☘ Help **Streamline Islip Government,** Making It More Efficient.
- ☘ Make Islip **A Place Where our Children Can Raise Their Kids.**


Follow Jim on Facebook

## TUESDAY NOV. 7TH
## ELECT JIM O'CONNOR

🦅 REPUBLICAN    CONSERVATIVE    INDEPENDENCE    ♀ WOMEN'S EQUALITY



*"Please join me in supporting Jim O'Connor... his experience, respect, and common sense will serve our residents well as we strive to maintain our AAA bond rating and continue to improve the quality of life in our Town of Islip."*

*Angie*

**Angie Carpenter,** Islip Town Supervisor