# EXHIBIT P

I'm looking at warm getaways

Secure | https://www.facebook.com/trish.weichbrodt/posts/10157208253244698

Search

**Trish Bergin Weichbrodt** was looking for recommendations.
4 hrs ·

Friday, January 19, 2018 at 8:04pm

**I'm looking at warm getaways for kids February break. I'm wondering about El Salvador, Haiti or Somalia #recommendations ?**

Like Share

102

30 Shares 137 Comments

**Kelly Ann McLoughlin-Fisher** Uh my vote #Aruba
Like · 4h

**Trish Bergin Weichbrodt** Really?? 1
Like · 4h

https://www.facebook.com/trish.weichbrodt/posts/10157208253244698

