UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Ana Flores, Rene Flores, Maria Magdalena Hernandez, Magali Roman, Make the Road New York, and New York Communities for Change,

Plaintiffs,

v.

Town of Islip, Islip Town Board, and Suffolk County Board of Elections,

Defendants.

2:18-cv-03549 (ADS) (GRB)

**DECLARATION OF MAGALI ROMAN**

MAGALI ROMAN declares pursuant to 28 U.S.C. § 1746:

1. I am Latina and have been a resident of Brentwood, New York located in the Town of Islip, New York since 1987. I was born in Greenpoint, Brooklyn, but my parents emigrated to Harlem, New York from Puerto Rico in the 1950s. I am submitting this declaration in support of Plaintiffs' motion for a preliminary injunction in this case.

2. If there was a representative from the Latino community in Islip on the Town Board, then Latinos would have someone advocating for their needs. To date, the Town has not demonstrated a dedicated interest in serving the needs of the Latino community, and instead, those needs have fallen on other levels of government, including Suffolk County, through the programs that I run. I have seen this in my work, which focuses particularly on the housing crisis in the Latino community and youth programming.

3. I believe that if there were single member districts implemented at the Town level, then the Latino community in Brentwood and Central Islip, including myself, would elect a candidate that would represent its needs. In my experience as a community organizer, the

Latino community is unified on the issues involving government and simply wants to be treated equitably by its leaders. When I worked on Astrid Fidelia's (Haitian) 2013 campaign for Town Board Member, I went door-to-door and observed the strong support she was receiving from the Latino community in Islip, and thought that I would finally have a partner in the Town. But she lost.

4. I am currently the Community Based Initiative ("CBI") Program Coordinator, which is led by the Suffolk County Economic Opportunity Council ("EOC"). The Community Leadership Council is led by the CBI, and I facilitate its monthly meetings. I have been in this role since 2015. Prior to my current job with the CBI, I was the Director of Programs at a non-for-profit homeless shelter in Brentwood operated by the Long Island Women's Empowerment Network. Prior to that, I worked for Pronto in Bay Shore from 2013 until 2015. Pronto is a not-for-profit organization whose mission is to feed the hungry and shelter the homeless. Before becoming involved in the community on a professional level, I worked as an annuity administrator for Capital One bank. I became involved in community programming as a profession when I realized that I could be a voice for Latinos who I believed were not being heard in local government.

5. In addition to my job as a CBI Program Coordinator, I am a member of various other committees, boards, and coalitions, and I collaborate with Plaintiffs New York Communities for Change and Make the Road New York on a regular basis.

6. The EOC was established in 1967 as a federally designated Community Action Agency to serve the minority communities in Suffolk County. I am specifically assigned to the 9th Legislative District, which encompasses Brentwood, Central Islip, and North Bay

Shore. My offices are out of Adelante of Suffolk County, located in Brentwood, which is a community resource center run by the County.

7. Every three years, the EOC prepares a Community Needs Assessment Report that is presented to, and must be accepted by, the EOC Board of Directors. Attached as **Exhibit A** is a true and correct copy of the 2017 Assessment, which was approved by the EOC Board on November 20, 2017.

8. The Assessment is meant to determine the needs of the low-income population in Suffolk County and where those needs are most concentrated. Suffolk County has three communities for which citizens of minorities make up the majority of the population and they are also communities in need. Two of them are Brentwood and Central Islip, located in the Town of Islip, and the third is Wyandanch in the Town of Babylon.

9. I refer to the Assessment in **Exhibit A** whenever I am involved in creating a new program and making initial determinations about what specific communities the program will serve and what particular resources will be provided in order to fill the gaps identified in the Assessment. To deliver all of these programs, I work with other community organizations to connect Latino residents to those resources.

10. For example, Brentwood and Central Islip are currently experiencing a housing shortage and the number of people in shelters or who are homeless is rising. **Exhibit A,** page 121, states that "[a]reas with high foreclosure concentrations and low lending levels were most often areas of high Black and Latino homeownership" such as Brentwood and Central Islip. **Exhibit A**, page 121, also states that "[t]he foreclosure crisis has created a significant threat to the asset wealth and economic stability of these minority communities." Some of the programs

that I have been involved in to address these issues include the "Let's Break the Cycle" community event, which provides a one-stop shop for housing needs.

11. One aspect of the housing crisis is that there is an overabundance of vacant or condemned homes in the area, which are referred to as "zombie homes," that are habitable but remain vacant. The Town of Islip has a Housing Authority, and issues about the housing crisis have been on the agenda at the Town Board meetings that I have watched on television. However, from what I have observed, nothing is being done to address the crisis. In fact, I have observed that the housing crisis has only gotten worse since I became a Program Coordinator in 2015, and as far back as the time that I was working at Pronto from 2013 until 2015.

12. Another area that I focus on is youth programming, particularly in light of rising gang violence among young members of the Latino community in Suffolk County. **Exhibit A**, page 219, lists Brentwood and Central Islip among five major areas experiencing recent killings in Suffolk and Nassau Counties, along with Huntington Station, Hempstead, and Freeport. Some of the programs that I have been involved in include youth career events and programs specifically geared towards the summer months and holiday breaks when school is not in session.

13. As the CBI Program Coordinator, I work directly with the County Legislator who is dedicated to and represents the 9th Legislative District, and who is a CLC member. Previously, this was Monica Martinez and Rick Montano, and there is currently a special election being held to fill the seat. These relationships have been invaluable for me in my work because the County Legislator is often able to assist me in serving the community. I do not have the same positive working relationships with elected officials at the Town level.

14. My experience trying to partner with the Town Board through the programs that I run has not been successful. Town Board members will sometimes show up to larger events like back-to-school programs or street fairs, but never for more than a few moments.

15. I watch many Town Board meetings on television and have observed a distinct pattern in the way that the community is treated at these meetings. I feel like people from the Latino community attend these meetings to raise concerns about the issues they are facing, while members of the white community in Islip use these meetings as an opportunity to thank Board members for addressing their concerns in a timely fashion. When Latino residents raise concerns at Town Board meetings, the Board generally responds in a dismissive fashion, or makes empty promises to work on the issue, without delivering results.

16. When Roberto Clemente Park in Brentwood closed in January 2014, over six months after construction companies dumped tons of toxic debris there, Latinos in the community, including myself, were fearful for their health and the health of their children who used the Park, and demanded answers about why the dumping happened and what the Town was going to do about reopening the Park. For years, meetings were held in the community and with the Town, but the community was still upset and not heard. It took three and a half years for the Town to reopen the Park.

17. Another example is the closing of Roberto Clemente Park pool due to budget cuts in 2012. The Latino community was frustrated by the closure, especially because it took so long to re-open. The pool did not reopen until the last week in August of 2018 when almost all of summer had already gone by.

18. Governor Cuomo, in conjunction with Suffolk County and the Town of Islip, recently announced $15 million in funding to support the creation of a new community center in Brentwood in response to rising levels of gang violence. As a leader in the Latino community, I have been involved in community meetings about how the project will be realized. The Latino community must be extremely vigilant about ensuring that community organizers like myself are aware of, and in attendance at, these meetings to see that a community center is built that will meet our needs. I have some fear that the needs of the Latino community will not remain at the forefront of the conversation without a Town Board member who understands what those needs are.

19. **Exhibit B** is a true and correct copy of a flyer advertising meetings held on January 22 and January 26, 2019 at the Brentwood Public Library about building the new community center with the $15 million of funding recently announced by Governor Cuomo. **Exhibit C** is a true and accurate recording of a part of the conversation that took place at the meeting that I recorded on my iPhone. In response to questions by the audience about why the Town has not done more in the past to help our community, Town Supervisor Angie Carpenter said to the audience that she goes "wherever I can be" and "wherever I am invited to be." This demonstrated to me that Town Board members view the Latino community as a place that they need to be invited to go to, and not a place that they choose to lead of their own volition.

20. In the recording, Town Supervisor Carpenter aggressively defends the Town against Latino community members expressing their frustration. She said that in her tenure as Supervisor, she has increased the Town's budget threefold and that "no community is purposefully being ignored." One of the audience members, who I know well, disagreed, explaining that the Brentwood Community Center is underutilized by the Town such that

children have nowhere to go and nothing to do. She also pointed out that the Latino community had not seen Supervisor Carpenter "in a very, very long time" and that the community should have received this kind of funding and support years ago. I agree with the comments made by this audience member because I too have not seen Supervisor Carpenter attend our community meetings and events in a while. I questioned why Supervisor Carpenter was suddenly showing so much interest in our community and thought that maybe the $15 million grant from the State had something to do with it. This sentiment was also discussed by audience members after the meeting concluded.

21. Supervisor Carpenter also made sure that we knew she had "nothing to do with having happened what happened [sic]" in Roberto Clemente Park and that "in [her] heart of hearts, [she] knew [that the Town] had to make that [P]ark better." The audience member, who is my friend, responded and said that as a resident of the Latino community, "we feel like the ball has been dropped" by the Town. I agree with my friend; it does not matter that Supervisor Carpenter was not responsible for the dumping because other employees of the Town were.

22. The relationship between the police and the Latino community is also strained. I am involved with the settlement agreement reached in 2013 between the Suffolk County Police Department ("SCPD") and the U.S. Department of Justice ("DOJ") to enhance nondiscriminatory police practices affecting Latino communities in Suffolk County. The DOJ agreement is particularly important for the 9th Legislative District because its population is majority Latino. For the past two years, I have attended the meetings held by the DOJ to discuss SCPD's compliance with the settlement agreement, which are open to the community. I have never seen any Town Board members or representatives of the Town government at these meetings, although I have seen elected officials and staff from other levels of government.

23. Based on what is reported at these meetings by the DOJ, SCPD is still not meeting the targets laid out in the settlement agreement from 2013, specifically regarding data collection and the provision of language/translation services, even though the DOJ gave the department the highest rating of "substantially complied." Based on what I have heard at the meetings, "substantial compliance" just means "making an effort," but not actually implementing the changes necessary to resolve the problems identified by the DOJ. This is a significant problem, especially with regard to language services because, without them, many members of the Latino community cannot even communicate with the police and their government, let alone work to improve relations.

24. In addition to the settlement agreement, I have seen in my program-coordination work that Latino residents are fearful of the police. Latinos who attend the programs that I run express fear about reporting incidents of police abuse due to retaliation. The police also treat Latinos as if they are all in the United States illegally, forcing Latinos to be on alert for increased violence and intolerance whenever there is police presence. One of the programs I run through the EOC is a "Know Your Rights" session for Latinos so that they are educated about interacting with the police, including needing to carry identification or other evidence that they are in the United States legally at all times. These are programs that people from white communities simply do not need.

25. I am also involved in "Vamos a Hablar," which is a community program that Adelante partners with SCPD's Third Precinct on to provide education and awareness about department policies and issues that are faced particularly by the Latino community. During these programs, I highlight the importance of reporting crimes despite fear that the police will ask for identification, as well as information about how to access interpretation services. I also educate

program attendees about tenants' rights and how to handle scams that target individuals who do not speak proficient English. **Exhibit D** is a true and correct representation of the flyer that was prepared by Adelante and the EOC for one of the Vamos a Hablar events. These are programs that people from white communities simply do not need.

26. There are many other issues in Brentwood and Central Islip that go unaddressed by the Town. One major issue is that the streets are poorly lit and are littered with garbage and potholes. In winter, the streets are not plowed after snowstorms, which has stopped me from leaving my house and getting to work on time. I feel that, because I live in Brentwood, I must spend additional time preparing for storms without help from the Town, time that people in other parts of the Town may not have to spend.

27. If we are going to work with the Town to improve conditions in our community, we need someone on the Town Board who is going to listen. If we had someone on the Board representing the interests of the Latino community, there would be someone keeping the Board accountable to our needs.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at: Brentwood, New York

February 27, 2019

MAGALI ROMAN