# EXHIBIT A

Economic Opportunity Council of Suffolk, Inc.

Community Needs Assessment

Suffolk County, NY



**TABLE OF CONTENTS:**

1. Introduction …………………………………………………………………………………3

      Background

      Objectives of the Community Needs Assessment Study

      Report Contents

      Approach

2. Primary Data Collection ……………………………………………………………………6

      Needs Assessment Survey

      Consumer Satisfaction Survey

      Background of Suffolk County

3. Secondary Data Collection …………………………………………………………………8

      *Demographic Information* ……………………………………………………………8

      *Hunger/Food Insecurity* ……………………………………………………………90

      *Child Care* ……………………………………………………………………………111

      *Transportation* ………………………………………………………………………116

      *Housing* ………………………………………………………………………………121

      *Access to Healthcare* ………………………………………………………………154

      *Mental Health Services* ……………………………………………………………186

      *Employment/Job Training* …………………………………………………………197

      *Gang Prevention Services* …………………………………………………………219

      *Substance Abuse* ……………………………………………………………………225

      *Homelessness Services* ……………………………………………………………242

4. Summary and Conclusions …………………………………………………………………255

5. Appendix ……………………………………………………………………………………256

      EOC Needs Assessment Survey

      EOC Consumer Satisfaction Survey

6. References ………………………………………………………………………….………261

Economic Opportunity Council of Suffolk, Inc.

Community Needs Assessment

Suffolk County, NY

## INTRODUCTION:

This Community Needs Assessment report has been prepared by the Economic Opportunity Council of Suffolk, Inc. (EOC). The report is intended to be conducted every three years. A work group comprised of management staff, directors, and interns operated cohesively to collect and analyze data as presented in this report. The completed Community Needs Assessment was presented and accepted as approved by the EOC Board of Directors on November 20, 2017.

## BACKGROUND:

The Economic Opportunity Council of Suffolk, Inc. was established in 1967 as a federally designated Community Action Agency. EOC is a countywide, multi-service, minority organization, and a recipient of the Federal Community Service Block Grant. EOC programs include: family development, child care, services for persons with developmental disabilities, HIV/AIDS targeted prevention, transportation, and support services, Medicaid case management, health homes care coordination, youth and adolescent services, community based initiatives, services for veteran families, charitable bail funds, violence prevention, housing assistance and Sensationally Sweet candy store. Services are offered throughout Suffolk County, with facilities in Amityville, Central Islip, Greenport, Montauk, Patchogue, Riverhead, William Floyd and Wyandanch. The mission of EOC is to promote a goal of self-sufficiency by broadening the minds of children, revitalizing communities, and assisting families and children in need through the provision of services and to coordinate available federal, state, local and private resources.

## PROGRAMS:

Charitable Bail Fund Program: Assists low-income defendants accused of a misdemeanor crime where bail is set at $2,000 or less, and lack the funds to secure their own release.

Chronic Health Care Coordination: Care Coordinators provide comprehensive case management services to individuals diagnosed with one or more chronic health conditions. The goal of this program is to reduce Medicaid costs by ensuring that individuals treat and maintain their health conditions utilizing their primary care physicians and specialists, rather than emergency rooms and hospitals.

Community Based Initiative (CBI): This program increases access to, and responsiveness of, services within vulnerable Suffolk County communities as identified by high poverty indicators, high crime indicators and low school graduation rates. Additionally, it educates residents on available programming as well as encourages their involvement in community events. CBI targets the most vulnerable residents who can benefit from services.

Delivery System Reform Initiative Payment (DSRIP): This program promotes community level collaborations, including outreach and assessment with a focus on system reform.  Specifically the goal is to achieve a 25% reduction in avoidable hospital use over five years.  Stony Brook, EOC of Suffolk, Inc. and other providers collaborate to enable this health care system transformation by implementing clinical improvements and efficiencies. The result is improved health among populations who might not otherwise receive preventive and early intervention care.

Family Development: This case management program is designed to refer and link individuals to community-based services that will empower them to recognize obstacles as well as to develop and achieve goals linked to their self-sufficiency. EOC assists participants with job skills training, obtaining employment for those who are unemployed or underemployed, improving job retention, honing budgeting skills, securing entitlements and promoting self-help to address medical, mental health, substance abuse and/or parenting skills.

HIV/AIDS/HIV(-) Targeted Prevention & Support Services: This program offers medical transportation for those who are HIV+ and provides prevention education, testing, outreach services, advocacy and case management for both HIV+ and HIV at-risk negative individuals. Case management services include community-based referrals to promote an individual's financial solvency and address any potential health and/or legal needs. EOC offers a Consumer Advisory Committee for HIV+ individuals.

Housing Programs: This HUD approved program provides comprehensive housing counseling services (including mortgage default counseling, credit and budget counseling and first time homebuyer counseling), and the development of affordable housing for eligible first time home buyers.

Montauk Child Care: This curriculum-based pre-school program provides the highest standards of child care and early childhood education to children ages six weeks to six years of age.

Suffolk County Family Court Children's Nursery: This program provides short term childcare to children whose parents need to appear in family court.

Way to Grow Child Care Learning Center of East Patchogue: This curriculum-based pre-school program provides the highest standards of child care and early childhood education to children ages six weeks to six years of age.

Sensationally Sweet Gourmet Candy Store: This fully operational retail store provides real-world vocational training opportunities for those entering or re-entering the work force. Proceeds are used to fund programs that assist individuals and families to improve their lives.

Services for People with Developmental Disabilities: Services for this program are geared to foster an individual's personal goals with regard to skill development and community integration, including: respite/recreational, community habilitation, individual support, group day habilitation, self-directed services, and fiscal intermediary.

SNUG Violence Prevention: This project, funded by the New York State Division of Criminal Justice Services, embeds EOC staff in the community to identify and diffuse community crime ridden "hot spots." With a focus on identifying youth gang members and/or those at risk for joining gangs or perpetrating violence, EOC provides mentorship and leadership training necessary to break the cycle of violence.

Supportive Services for Veteran Families (SSVF):  This program provides housing and supportive services to eligible low-income Veterans and their families who are homeless, or facing homelessness. Temporary financial assistance, case management services, employment training assistance and legal services are also available.

Wyandanch Weed and Seed:  This Department of Justice initiative utilizes a community-based, multi-agency collaborative approach to support law enforcement, crime prevention and community revitalization.

Youth & Adolescent Services: This program, funded by Suffolk County, promotes leadership, adolescent sexual health pregnancy prevention and assists youth and young parents to become healthy, self-sufficient, successful adults.  This is achieved by advancing clinically proven strategies and programs utilizing an evidenced-based curriculum.

## OBJECTIVE OF THE COMMUNITY NEEDS ASSESSMENT:

This Community Needs Assessment was undertaken in order to determine the needs of the low-income population in Suffolk County (Long Island), NY.

Key study objectives include:

- To conduct a comprehensive Community Needs Assessment which considers the unmet needs of the low income population in Suffolk County, NY.
- To develop a flexible document to be used as a planning tool.
- To generate a comprehensive report to be used in support of future funding applications to meet the current needs identified.

## REPORT CONTENT:

This report presents the data correlating to the findings of the Community Needs Assessment and Consumer Satisfaction Surveys executed by EOC.

## APPROACH:

This assessment was developed to highlight the greatest needs in Suffolk County, NY as indicated by the results of primary data collection. Secondary data was obtained from readily available sources, including the US Census Bureau, NYSCAA Community Commons Needs Assessment Tool, and various state and local government resources.

With regards to primary data collection, two self-administered surveys were developed January 2017 – May 2017, and administered during May 2017 – October 2017. Both surveys were available electronically through Survey Monkey as well as in paper copies in order to be inclusive and accessible to the anticipated participants. Qualitative data was obtained through these methods of collection.

- Community Needs Assessment was sent to the following for completion:
  - Community-based Organizations
  - Faith-based Organizations
  - Private Sector
  - Public Sector
  - Educational Institutions
  - EOC Board of Directors
  - EOC Personnel
  - Consumers
- Consumer Satisfaction Survey were also given to agency consumers across all program services to obtain data from a cross section of the target populations served.

An analysis of the assessment data revealed ten areas of greatest need in Suffolk County:

- Hunger/Food Insecurity
- Child Care
- Transportation
- Housing
- Access to Healthcare
- Mental Health Services
- Employment/Job Training
- Gang Prevention Services
- Substance Abuse
- Homelessness Services

With regard to secondary data collection, quantitative information was obtained to illustrate how the causes and conditions of poverty intersect with the identified needs of the community above. This information includes, but is not limited to, homeless rates; free and reduced lunch school lunch statistics; utilization of public transportation, healthcare services, mental health services, substance abuse services; employment rates; lack of affordable housing, etc. In addition, general demographic information for Suffolk County is also provided to show the general composition of county residents.

## OVERVIEW OF SUFFOLK COUNTY:

Suffolk County, NY is well known for its expansive suburban homes and extravagant East End communities. However, growth of ethnic diversity over the last few decades is changing the face of the County as approximately 55% of the residents in Suffolk County communities had income between 125% and 200% of the Federal Poverty Level.  Pockets of disadvantaged communities are scattered throughout Suffolk County thereby masking this demographic in one of the wealthiest counties in the country. The lack of public transportation on Long Island causes those living in poverty to be geographically isolated which, in turn, poses a disparate hardship for low-income families.  The resulting unemployment or underemployment in this segment of the population raises the potential for other socio-economic issues as evidenced by increased gang-related activity, high school dropout rates, poverty rates, increased substance use, hunger/food insecurity, and other negative indicators.

**SECONDARY DATA COLLECTION:**

**DEMOGRAPHIC INFORMATION:**

## US Census Bureau Quick Facts: Suffolk County, NY

| Population estimates, July 1, 2016, (V2016) | 1,492,583 |
|---|---|

| PEOPLE | |
|---|---|

| Population | |
|---|---|
| Population estimates, July 1, 2016, (V2016) | 1,492,583 |
| Population estimates base, April 1, 2010, (V2016) | 1,493,200 |
| Population, percent change - April 1, 2010 (estimates base) to July 1, 2016, (V2016) | Z |
| Population, Census, April 1, 2010 | 1,493,350 |

| Age and Sex | |
|---|---|
| Persons under 5 years, percent, July 1, 2016, (V2016) | 5.3% |
| Persons under 5 years, percent, April 1, 2010 | 5.8% |
| Persons under 18 years, percent, July 1, 2016, (V2016) | 21.7% |
| Persons under 18 years, percent, April 1, 2010 | 24.0% |
| Persons 65 years and over, percent, July 1, 2016, (V2016) | 16.0% |
| Persons 65 years and over, percent, April 1, 2010 | 13.5% |
| Female persons, percent, July 1, 2016, (V2016) | 50.8% |
| Female persons, percent, April 1, 2010 | 50.8% |

| Race and Hispanic Origin | |
|---|---|
| White alone, percent, July 1, 2016, (V2016)  (a) | 84.8% |
| Black or African American alone, percent, July 1, 2016, (V2016)  (a) | 8.5% |
| American Indian and Alaska Native alone, percent, July 1, 2016, (V2016)  (a) | 0.6% |
| Asian alone, percent, July 1, 2016, (V2016)  (a) | 4.1% |
| Native Hawaiian and Other Pacific Islander alone, percent, July 1, 2016, (V2016)  (a) | 0.1% |
| Two or More Races, percent, July 1, 2016, (V2016) | 1.9% |
| Hispanic or Latino, percent, July 1, 2016, (V2016)  (b) | 19.0% |
| White alone, not Hispanic or Latino, percent, July 1, 2016, (V2016) | 68.2% |

| Population Characteristics | |
|---|---|
| Veterans, 2011-2015 | 74,323 |
| Foreign born persons, percent, 2011-2015 | 15.1% |

| Housing | |
|---|---|
| Housing units, July 1, 2016, (V2016) | 570,933 |
| Housing units, April 1, 2010 | 569,985 |
| Owner-occupied housing unit rate, 2011-2015 | 79.5% |
| Median value of owner-occupied housing units, 2011-2015 | $375,100 |
| Median selected monthly owner costs -with a mortgage, 2011-2015 | $2,734 |
| Median selected monthly owner costs -without a mortgage, 2011-2015 | $1,139 |
| Median gross rent, 2011-2015 | $1,544 |
| Building permits, 2016 | 1,055 |

| Families & Living Arrangements | |
|---|---|
| ⓘ Households, 2011-2015 | 493,849 |
| ⓘ Persons per household, 2011-2015 | 2.98 |
| ⓘ Living in same house 1 year ago, percent of persons age 1 year+, 2011-2015 | 93.2% |
| ⓘ Language other than English spoken at home, percent of persons age 5 years+, 2011-2015 | 22.0% |

| Education | |
|---|---|
| ⓘ High school graduate or higher, percent of persons age 25 years+, 2011-2015 | 89.9% |
| ⓘ Bachelor's degree or higher, percent of persons age 25 years+, 2011-2015 | 34.0% |

| Health | |
|---|---|
| ⓘ With a disability, under age 65 years, percent, 2011-2015 | 6.0% |
| ⓘ Persons without health insurance, under age 65 years, percent | ⚠ 6.9% |

| Economy | |
|---|---|
| ⓘ In civilian labor force, total, percent of population age 16 years+, 2011-2015 | 65.2% |
| ⓘ In civilian labor force, female, percent of population age 16 years+, 2011-2015 | 59.7% |
| ⓘ Total accommodation and food services sales, 2012 ($1,000)   (c) | 2,990,403 |
| ⓘ Total health care and social assistance receipts/revenue, 2012 ($1,000)   (c) | 10,416,203 |
| ⓘ Total manufacturers shipments, 2012 ($1,000)   (c) | 15,887,385 |
| ⓘ Total merchant wholesaler sales, 2012 ($1,000)   (c) | 32,382,976 |
| ⓘ Total retail sales, 2012 ($1,000)   (c) | 23,693,357 |
| ⓘ Total retail sales per capita, 2012   (c) | $15,803 |

| Transportation | |
|---|---|
| ⓘ Mean travel time to work (minutes), workers age 16 years+, 2011-2015 | 31.4 |

| Income & Poverty | |
|---|---|
| ⓘ Median household income (in 2015 dollars), 2011-2015 | $88,663 |
| ⓘ Per capita income in past 12 months (in 2015 dollars), 2011-2015 | $37,634 |
| ⓘ Persons in poverty, percent | ⚠ 7.8% |

| 🏭 BUSINESSES | |
|---|---|
| **Businesses** | |
| ⓘ Total employer establishments, 2015 | 48,768 |
| ⓘ Total employment, 2015 | 566,178 |
| ⓘ Total annual payroll, 2015 ($1,000) | 30,187,458 |
| ⓘ Total employment, percent change, 2014-2015 | 0.7% |
| ⓘ Total nonemployer establishments, 2015 | 127,010 |
| ⓘ All firms, 2012 | 153,688 |
| ⓘ Men-owned firms, 2012 | 93,193 |
| ⓘ Women-owned firms, 2012 | 48,272 |
| ⓘ Minority-owned firms, 2012 | 29,731 |
| ⓘ Nonminority-owned firms, 2012 | 120,295 |
| ⓘ Veteran-owned firms, 2012 | 12,248 |
| ⓘ Nonveteran-owned firms, 2012 | 136,467 |

| GEOGRAPHY | |
|---|---|
| **Geography** | |
| ⓘ Population per square mile, 2010 | 1,637.4 |
| ⓘ Land area in square miles, 2010 | 912.05 |
| ⓘ FIPS Code | 36103 |

## NYSCAA Community Commons Needs Assessment Tool:

Suffolk County, NY

## Data Category

Demographics | Social Economic Factors | Physical Environment | Clinical Care | Health Behaviors | Health Outcomes

## Demographics

Current population demographics and changes in demographic composition over time play a determining role in the types of health and social services needed by communities.

| Data Indicators |
|---|

- Total Population
- Change in Total Population
- Families with Children
- Female Population
- Male Population
- Median Age
- Population Under Age 18
- Population Age 0-4

- Population Age 5-17
- Population Age 18-64
- Population Age 18-24
- Population Age 25-34
- Population Age 35-44
- Population Age 45-54
- Population Age 55-64
- Population Age 65

- Population with Any Disability
- Population in Limited English Households
- Population with Limited English Proficiency
- Population Geographic Mobility
- Foreign-Born Population
- Hispanic Population
- Urban and Rural Population
- Veteran Population

## Total Population

A total of 1,501,373 people live in the 911.72 square mile report area defined for this assessment according to the U.S. Census Bureau American Community Survey 2011-15 5-year estimates.  The population density for this area, estimated at 1,646.74 persons per square mile, is greater than the national average population density of 89.61 persons per square mile.

| Report Area | Total Population | Total Land Area (Square Miles) | Population Density (Per Square Mile) |
|---|---|---|---|
| Suffolk County, NY | 1,501,373 | 911.72 | 1,646.74 |

| New York | 19,673,174 | 47,125.37 | 417.46 |
| United States | 316,515,021 | 3,532,070.45 | 89.61 |

*Data Source: US Census Bureau, American Community Survey. 2011-15. Source geography: Tract*



**Population, Density (Persons per Sq Mile) by Tract, ACS 2011-15**

- Over 5,000
- 1,001 - 5,000
- 501 - 1,000
- 51 - 500
- Under 51
- No Data or Data Suppressed
- Report Area

## Total Population by Gender

| Report Area | Male | Female | Percent Male | Percent Female |
|---|---|---|---|---|
| Suffolk County, NY | 739,210 | 762,163 | 49.24% | 50.76% |
| New York | 9,541,801 | 10,131,373 | 48.5% | 51.5% |
| United States | 155,734,280 | 160,780,741 | 49.2% | 50.8% |



## Total Population by Age Groups, Total

| Report Area | Age 0-4 | Age 5-17 | Age 18-24 | Age 25-34 | Age 35-44 | Age 45-54 | Age 55-64 | Age 65 |
|---|---|---|---|---|---|---|---|---|
| Suffolk County, NY | 82,232 | 258,004 | 138,167 | 169,208 | 194,315 | 244,867 | 192,685 | 221,895 |
| New York | 1,176,432 | 3,075,342 | 1,985,605 | 2,803,612 | 2,528,797 | 2,819,175 | 2,463,776 | 2,820,435 |
| United States | 19,912,018 | 53,771,807 | 31,368,674 | 42,881,649 | 40,651,910 | 43,895,858 | 39,417,628 | 44,615,477 |



## Total Population by Age Groups, Percent

| Report Area | Age 0-4 | Age 5-17 | Age 18-24 | Age 25-34 | Age 35-44 | Age 45-54 | Age 55-64 | Age 65 |
|---|---|---|---|---|---|---|---|---|
| Suffolk County, NY | 5.48% | 17.18% | 9.2% | 11.27% | 12.94% | 16.31% | 12.83% | 14.78% |
| New York | 5.98% | 15.63% | 10.09% | 14.25% | 12.85% | 14.33% | 12.52% | 14.34% |
| United States | 6.29% | 16.99% | 9.91% | 13.55% | 12.84% | 13.87% | 12.45% | 14.1% |

## Total Population by Race Alone, Total

| Report Area | White | Black | Asian | Native American / Alaska Native | Native Hawaiian / Pacific Islander | Some Other Race | Multiple Races |
|---|---|---|---|---|---|---|---|
| Suffolk County, NY | 1,215,341 | 115,040 | 56,776 | 3,100 | 421 | 74,326 | 36,369 |
| New York | 12,704,637 | 3,070,392 | 1,570,223 | 74,793 | 6,485 | 1,685,765 | 560,879 |
| United States | 232,943,055 | 39,908,095 | 16,235,305 | 2,569,170 | 546,255 | 14,865,258 | 9,447,883 |



## Total Population by Race Alone, Percent

| Report Area | White | Black | Asian | Native American / Alaska Native | Native Hawaiian / Pacific Islander | Some Other Race | Multiple Races |
|---|---|---|---|---|---|---|---|
| Suffolk County, NY | 80.95% | 7.66% | 3.78% | 0.21% | 0.03% | 4.95% | 2.42% |
| New York | 64.58% | 15.61% | 7.98% | 0.38% | 0.03% | 8.57% | 2.85% |
| United States | 73.6% | 12.61% | 5.13% | 0.81% | 0.17% | 4.7% | 2.98% |

## Total Population by Ethnicity Alone

| Report Area | Total Population | Hispanic or Latino Population | Percent Population Hispanic or Latino | Non-Hispanic Population | Percent Population Non-Hispanic |
|---|---|---|---|---|---|
| Suffolk County, NY | 1,501,373 | 267,396 | 17.81% | 1,233,977 | 82.19% |
| New York | 19,673,174 | 3,619,658 | 18.4% | 16,053,516 | 81.6% |
| United States | 316,515,021 | 54,232,205 | 17.13% | 262,282,816 | 82.87% |



## Hispanic Population by Race Alone, Total

| Report Area | White | Black | Asian | Native American / Alaska Native | Native Hawaiian / Pacific Islander | Some Other Race | Multiple Races |
|---|---|---|---|---|---|---|---|
| Suffolk County, NY | 169,987 | 7,721 | 707 | 1,087 | 95 | 70,424 | 17,375 |
| New York | 1,534,119 | 238,579 | 11,687 | 28,469 | 1,729 | 1,584,465 | 220,610 |
| United States | 35,684,777 | 1,122,369 | 181,231 | 490,557 | 46,724 | 14,226,829 | 2,479,718 |



## Hispanic Population by Race Alone, Percent

| Report Area | White | Black | Asian | Native American / Alaska Native | Native Hawaiian / Pacific Islander | Some Other Race | Multiple Races |
|---|---|---|---|---|---|---|---|
| Suffolk County, NY | 63.57% | 2.89% | 0.26% | 0.41% | 0.04% | 26.34% | 6.5% |
| New York | 42.38% | 6.59% | 0.32% | 0.79% | 0.05% | 43.77% | 6.09% |
| United States | 65.8% | 2.07% | 0.33% | 0.9% | 0.09% | 26.23% | 4.57% |

## Non-Hispanic Population by Race Alone, Total

| Report Area | White | Black | Asian | Native American / Alaska Native | Native Hawaiian / Pacific Islander | Some Other Race | Multiple Races |
|---|---|---|---|---|---|---|---|
| Suffolk County, NY | 1,045,354 | 107,319 | 56,069 | 2,013 | 326 | 3,902 | 18,994 |
| New York | 11,170,518 | 2,831,813 | 1,558,536 | 46,324 | 4,756 | 101,300 | 340,269 |
| United States | 197,258,278 | 38,785,726 | 16,054,074 | 2,078,613 | 499,531 | 638,429 | 6,968,165 |



## Non-Hispanic Population by Race Alone, Percent

| Report Area | White | Black | Asian | Native American / Alaska Native | Native Hawaiian / Pacific Islander | Some Other Race | Multiple Races |
|---|---|---|---|---|---|---|---|
| Suffolk County, NY | 84.71% | 8.7% | 4.54% | 0.16% | 0.03% | 0.32% | 1.54% |
| New York | 69.58% | 17.64% | 9.71% | 0.29% | 0.03% | 0.63% | 2.12% |
| United States | 75.21% | 14.79% | 6.12% | 0.79% | 0.19% | 0.24% | 2.66% |

## <u>Change in Total Population</u>

According to the United States Census Bureau Decennial Census, between 2000 and 2010 the population in the report area grew by 73,981 persons, a change of 5.21%. A significant positive or negative shift in total population over time impacts healthcare providers and the utilization of community resources.

| Report Area | Total Population, 2000 Census | Total Population, 2010 Census | Total Population Change, 2000-2010 | Percent Population Change, 2000-2010 |
|---|---|---|---|---|
| Suffolk County, NY | 1,419,369 | 1,493,350 | 73,981 | 5.21% |
| New York | 18,974,502 | 19,378,102 | 403,600 | 2.13% |
| United States | 280,405,781 | 307,745,539 | 27,339,758 | 9.75% |

*Data Source: US Census Bureau, Decennial Census. 2000 - 2010. Source geography: Tract*



**Population Change, Percent by Tract, US Census 2000 - 2010**

- Over 10.0% Increase (   )
- 1.0 - 10.0% Increase (   )
- Less Than 1.0% Change (  /- )
- 1.0 - 10.0% Decrease ( - )
- Over 10.0% Decrease ( - )
- No Population or No Data
- Report Area

## Population Change (2000-2010) by Gender

| Report Area | Male Population Change, Total | Male Population Change, Percent | Female Population Change, Total | Female Population Change, Percent |
|---|---|---|---|---|
| Suffolk County, NY | 39,658 | 5.71% | 34,323 | 4.74% |
| New York | 231,243 | 2.53% | 172,357 | 1.75% |
| United States | 13,738,020 | 10.02% | 13,601,733 | 9.55% |



## Population Change (2000-2010) by Hispanic Origin

| Report Area | Hispanic Population Change, Total | Hispanic Population Change, Percent | Non-Hispanic Population Change, Total | Non-Hispanic Population Change, Percent |
|---|---|---|---|---|
| Suffolk County, NY | 96,828 | 64.81% | -22,848 | -1.8% |
| New York | 549,969 | 19.18% | -146,370 | -0.91% |
| United States | 15,152,943 | 42.93% | 12,099,099 | 4.92% |



## Total Population Change (2000-2010) by Race

| Report Area | White | Black | American Indian / Alaska Native | Asian | Native Hawaiian / Pacific Islander | Other Race | Multiple Race |
|---|---|---|---|---|---|---|---|
| Suffolk County, NY | 5,542 | 12,671 | 1,559 | 16,261 | 11 | 31,090 | 6,847 |
| New York | -152,473 | 60,637 | 24,451 | 375,294 | -50 | 99,989 | -4,251 |
| United States | 12,199,518 | 5,189,316 | 521,420 | 4,433,864 | 141,446 | 3,703,567 | 2,190,889 |

## Percent Population Change (2000-2010) by Race

| Report Area | White | Black | American Indian / Alaska Native | Asian | Native Hawaiian / Pacific Islander | Other Race | Multiple Race |
|---|---|---|---|---|---|---|---|
| Suffolk County, NY | 0.46% | 12.86% | 40.95% | 46.85% | 2.27% | 59.93% | 23.46% |
| New York | -1.18% | 2.01% | 29.65% | 35.92% | -0.57% | 7.45% | -0.72% |
| United States | 5.8% | 15.43% | 22.56% | 43.72% | 47.37% | 24.2% | 32.61% |



## Families with Children

According to the most recent the American Community Survey estimates, 35.72% of all occupied households in the report area are family households with one or more child(ren) under the age of 18.   As defined by the US Census Bureau, a family household is any housing unit in which the householder is living with one or more individuals related to him or her by birth, marriage, or adoption.  A non-family household is any household occupied by the householder alone, or by the householder and one or more unrelated individuals.

| Report Area | Total Households | Total Family Households | Families with Children (Under Age 18) | Families with Children (Under Age 18), Percent of Total Households |
|---|---|---|---|---|
| Suffolk County, NY | 493,849 | 367,526 | 176,421 | 35.72% |
| New York | 7,262,279 | 4,625,960 | 2,227,038 | 30.67% |
| United States | 116,926,305 | 77,260,546 | 37,419,210 | 32% |

*Data Source: US Census Bureau, American Community Survey. 2011-15. Source geography: Tract*



**Households with Children (Age 0-17), Percent by Tract, ACS 2011-15**

- Over 35.0%
- 31.6 - 35.0%
- 28.1 - 31.5%
- Under 28.1%
- No Data or Data Suppressed
- Report Area

## Family Households with Children by Ethnicity Alone

| Report Area | Total Hispanic / Latino | Total Not Hispanic / Latino | Percent Hispanic / Latino | Percent Not Hispanic / Latino |
|---|---|---|---|---|
| Suffolk County, NY | 34,198 | 141,499 | 67.59% | 44.65% |
| New York | 472,036 | 1,746,581 | 61.73% | 45.23% |
| United States | 7,368,807 | 29,905,339 | 66.47% | 45.19% |



## Family Households with Children by Race Alone, Percent

| Report Area | White | Black or African American | Native American / Alaska Native | Asian | Native Hawaiian / Pacific Islander | Some Other Race | Multiple Race |
|---|---|---|---|---|---|---|---|
| Suffolk County, NY | 44.96% | 59.48% | 64.63% | 57% | 33.33% | 75.58% | 65.31% |
| New York | 43.43% | 56.49% | 56.94% | 49.96% | 63.59% | 65.72% | 59.69% |
| United States | 44.84% | 58.53% | 58.95% | 53.79% | 63.99% | 69.84% | 60.42% |



## Family Households with Children by Race Alone, Total

| Report Area | White | Black or African American | Native American / Alaska Native | Asian | Native Hawaiian / Pacific Islander | Some Other Race | Multiple Race |
|---|---|---|---|---|---|---|---|
| Suffolk County, NY | 139,627 | 14,834 | 402 | 7,121 | 35 | 10,255 | 3,423 |
| New York | 1,358,542 | 380,426 | 9,608 | 176,081 | 861 | 241,464 | 51,635 |
| United States | 26,695,072 | 5,170,545 | 330,148 | 2,024,006 | 69,653 | 2,149,449 | 835,273 |



## Female Population

A total of 762,163 females resided in the report area according to the U.S. Census Bureau American Community Survey 2011-15 5-year estimates.   Females represented 50.76% of the total population in the area, which was less than the national average of 50.81%.

| Report Area | Total Population | Female Population | Percent Female Population |
|---|---|---|---|
| Suffolk County, NY | 1,501,373 | 762,163 | 50.76% |
| New York | 19,673,174 | 10,131,373 | 51.5% |
| United States | 316,515,021 | 160,780,741 | 50.8% |

*Data Source: US Census Bureau, American Community Survey. 2011-15. Source geography: Tract*



## Female Population by Ethnicity Alone

| Report Area | Total Hispanic / Latino | Total Not Hispanic / Latino | Percent Hispanic / Latino | Percent Not Hispanic / Latino |
|---|---|---|---|---|
| Suffolk County, NY | 129,425 | 632,738 | 48.4% | 51.28% |
| New York | 1,832,247 | 8,299,126 | 50.62% | 51.7% |
| United States | 26,787,898 | 133,992,843 | 49.39% | 51.09% |



## Female Population by Race Alone, Percent

| Report Area | White | Black or African American | Native American / Alaska Native | Asian | Native Hawaiian / Pacific Islander | Some Other Race | Multiple Race |
|---|---|---|---|---|---|---|---|
| Suffolk County, NY | 50.8% | 52.86% | 50.35% | 51.39% | 66.27% | 46.93% | 49.6% |
| New York | 51.06% | 53.73% | 50.22% | 52.11% | 52.03% | 50.46% | 50.84% |
| United States | 50.6% | 52.25% | 50.43% | 52.56% | 49.92% | 48.56% | 50.19% |



## Female Population by Race Alone, Total

| Report Area | White | Black or African American | Native American / Alaska Native | Asian | Native Hawaiian / Pacific Islander | Some Other Race | Multiple Race |
|---|---|---|---|---|---|---|---|
| Suffolk County, NY | 617,417 | 60,812 | 1,561 | 29,176 | 279 | 34,880 | 18,038 |
| New York | 6,486,824 | 1,649,592 | 37,559 | 818,258 | 3,374 | 850,635 | 285,131 |
| United States | 117,867,375 | 20,851,594 | 1,295,510 | 8,532,627 | 272,704 | 7,218,995 | 4,741,936 |



## Male Population

A total of 739,210 males resided in the report area according to the U.S. Census Bureau American Community Survey 2011-15 5-year estimates.  Males represented 49.24% of the total population in the area, which was greater than the national average of 49.19%.

| Report Area | Total Population | Male Population | Percent Male Population |
|---|---|---|---|
| Suffolk County, NY | 1,501,373 | 739,210 | 49.24% |
| New York | 19,673,174 | 9,541,801 | 48.5% |
| United States | 316,515,021 | 155,734,280 | 49.2% |

*Data Source: US Census Bureau, American Community Survey. 2011-15. Source geography: Tract*



**Male Population, Percent by Tract, ACS 2011-15**

- Over 52.0%
- 50.1 - 52.0%
- 48.1 - 50.0%
- Under 48.1%
- No Male Population Reported
- No Data or Data Suppressed
- Report Area

## Male Population by Ethnicity Alone

| Report Area | Total Hispanic / Latino | Total Not Hispanic / Latino | Percent Hispanic / Latino | Percent Not Hispanic / Latino |
|---|---|---|---|---|
| Suffolk County, NY | 137,971 | 601,239 | 51.6% | 48.72% |
| New York | 1,787,411 | 7,754,390 | 49.38% | 48.3% |
| United States | 27,444,307 | 128,289,973 | 50.61% | 48.91% |



## Male Population by Race Alone, Percent

| Report Area | White | Black or African American | Native American / Alaska Native | Asian | Native Hawaiian / Pacific Islander | Some Other Race | Multiple Race |
|---|---|---|---|---|---|---|---|
| Suffolk County, NY | 49.2% | 47.14% | 49.65% | 48.61% | 33.73% | 53.07% | 50.4% |
| New York | 48.94% | 46.27% | 49.78% | 47.89% | 47.97% | 49.54% | 49.16% |
| United States | 49.4% | 47.75% | 49.57% | 47.44% | 50.08% | 51.44% | 49.81% |



**Male Population by Race Alone, Total**

| Report Area | White | Black or African American | Native American / Alaska Native | Asian | Native Hawaiian / Pacific Islander | Some Other Race | Multiple Race |
|---|---|---|---|---|---|---|---|
| Suffolk County, NY | 597,924 | 54,228 | 1,539 | 27,600 | 142 | 39,446 | 18,331 |
| New York | 6,217,813 | 1,420,800 | 37,234 | 751,965 | 3,111 | 835,130 | 275,748 |
| United States | 115,075,680 | 19,056,501 | 1,273,660 | 7,702,678 | 273,551 | 7,646,263 | 4,705,947 |



## Median Age

This indicator reports population median age based on the 5-year American Community Survey estimate.

| Report Area | Total Population | Median Age |
|---|---|---|
| Suffolk County, NY | 1,501,373 | 40.6 |
| New York | 19,673,174 | 38.1 |
| United States | 316,515,021 | 37.6 |

*Data Source: US Census Bureau, American Community Survey. 2011-15. Source geography: Tract*



**Median Age by Tract, ACS 2011-15**

- Over 45.0
- 40.1 - 45.0
- 35.1 - 40.0
- Under 35.1
- No Data or Data Suppressed
- Report Area

## Population Median Age by Gender

| Report Area | Male | Female |
|---|---|---|
| Suffolk County, NY | 39.1 | 42 |
| New York | 36.5 | 39.7 |
| United States | 36.2 | 38.9 |



## Population Median Age by Race Alone

| Report Area | White | Black or African American | Native American / Alaska Native | Asian | Native Hawaiian / Pacific Islander | Some Other Race | Multiple Race |
|---|---|---|---|---|---|---|---|
| Suffolk County, NY | 43.1 | 33.5 | 33.4 | 35.6 | 26.5 | 29 | 22.9 |
| New York | 41.6 | 35.1 | 34.2 | 36.1 | 31 | 30.4 | 22.7 |
| United States | 40.3 | 33.2 | 32 | 36.3 | 30.3 | 28.6 | 19.6 |



## Population Median Age by Ethnicity

| Report Area | Hispanic / Latino | Not Hispanic / Latino |
|---|---|---|
| Suffolk County, NY | 29.8 | 45.4 |
| New York | 31 | 43 |
| United States | 28.2 | 42.8 |



## Population Under Age 18

An estimated 22.66% of the population in the report area is under the age of 18 according to the U.S. Census Bureau American Community Survey 2011-15 5-year estimates.   An estimated total of 340,236 youths resided in the area during this time period.  The number of persons under age 18 is relevant because this population has unique health needs which should be considered separately from other age groups.

| Report Area | Total Population | Population Age 0-17 | Percent Population Age 0-17 |
| --- | --- | --- | --- |
| Suffolk County, NY | 1,501,373 | 340,236 | 22.66% |
| New York | 19,673,174 | 4,251,774 | 21.61% |
| United States | 316,515,021 | 73,683,825 | 23.28% |

*Data Source: US Census Bureau, American Community Survey. 2011-15. Source geography: Tract*



**Population Age 0-17, Percent by Tract, ACS 2011-15**

Over 26.0%

23.1 - 26.0%

20.1 - 23.0%

Under 20.1%

No Data or Data Suppressed

Report Area

## Population Under Age 18 by Gender

This indicator reports the percentage of population that is under age 18 by gender.

| Report Area | Total Male | Total Female | Percent Male | Percent Female |
|---|---|---|---|---|
| Suffolk County, NY | 174,412 | 165,824 | 23.59% | 21.76% |
| New York | 2,174,625 | 2,077,149 | 22.79% | 20.5% |
| United States | 37,654,776 | 36,029,049 | 24.18% | 22.41% |



## Population Under Age 18 by Ethnicity Alone

This indicator reports the percentage of population that is under age 18 by ethnicity alone.

| Report Area | Total Hispanic / Latino | Total Not Hispanic / Latino | Percent Hispanic / Latino | Percent Not Hispanic / Latino |
|---|---|---|---|---|
| Suffolk County, NY | 83,770 | 256,466 | 31.33% | 20.78% |
| New York | 1,003,408 | 3,248,366 | 27.72% | 20.23% |
| United States | 17,757,463 | 55,926,362 | 32.74% | 21.32% |



## Population Under Age 18 by Race Alone, Percent

This indicator reports the percentage of population that is under age 18 by race alone.

| Report Area | White | Black or African American | Native American / Alaska Native | Asian | Native Hawaiian / Pacific Islander | Some Other Race | Multiple Race |
|---|---|---|---|---|---|---|---|
| Suffolk County, NY | 21.12% | 26.74% | 29.9% | 22.8% | 5.23% | 31.98% | 41.62% |
| New York | 19.65% | 23.84% | 25.07% | 19.57% | 19.78% | 27.49% | 41.41% |
| United States | 21.46% | 26.21% | 27.99% | 20.82% | 27.41% | 30.83% | 46.69% |



## Population Under Age 18 by Race Alone, Total

This indicator reports the proportion of each race (alone) making up the population under age 18.

| Report Area | White | Black or African American | Native American / Alaska Native | Asian | Native Hawaiian / Pacific Islander | Some Other Race | Multiple Race |
|---|---|---|---|---|---|---|---|
| Suffolk County, NY | 256,670 | 30,766 | 927 | 12,946 | 22 | 23,767 | 15,138 |
| New York | 2,496,696 | 732,123 | 18,752 | 307,280 | 1,283 | 463,357 | 232,283 |
| United States | 49,982,166 | 10,457,998 | 719,034 | 3,380,436 | 149,702 | 4,582,944 | 4,411,545 |



## Population Age 0-4

This indicator reports the percentage of children aged 0-4 in the designated geographic area.  This indicator is relevant because it is important to understand the percentage of infants and young children in the community, as this population has unique health needs which should be considered separately from other age groups.

| Report Area | Total Population | Population Age 0-4 | Percent Population Age 0-4 |
|---|---|---|---|
| Suffolk County, NY | 1,501,373 | 82,232 | 5.48% |
| New York | 19,673,174 | 1,176,432 | 5.98% |
| United States | 316,515,021 | 19,912,018 | 6.29% |

*Data Source: US Census Bureau, American Community Survey. 2011-15. Source geography: Tract*



**Population Age 0-4, Percent by Tract, ACS 2011-15**

- Over 7.0%
- 6.1 - 7.0%
- 5.1 - 6.0%
- Under 5.1%
- No Data or Data Suppressed
- Report Area

## Population Age 0-4 by Gender

| Report Area | Total Male | Total Female | Percent Male | Percent Female |
|---|---|---|---|---|
| Suffolk County, NY | 42,071 | 40,161 | 5.69% | 5.27% |
| New York | 601,900 | 574,532 | 6.31% | 5.67% |
| United States | 10,175,713 | 9,736,305 | 6.53% | 6.06% |



## Population Age 0-4 by Ethnicity Alone

| Report Area | Total Hispanic / Latino | Total Not Hispanic / Latino | Percent Hispanic / Latino | Percent Not Hispanic / Latino |
| --- | --- | --- | --- | --- |
| Suffolk County, NY | 26,037 | 56,195 | 9.74% | 4.55% |
| New York | 304,728 | 871,704 | 8.42% | 5.43% |
| United States | 5,130,888 | 14,781,130 | 9.46% | 5.64% |



## Population Age 0-4 by Race Alone, Percent

| Report Area | White | Black or African American | Native American / Alaska Native | Asian | Native Hawaiian / Pacific Islander | Some Other Race | Multiple Race |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Suffolk County, NY | 4.83% | 6.33% | 10.48% | 5.42% | 0% | 10.13% | 14.53% |
| New York | 5.25% | 6.45% | 6.71% | 5.67% | 4.6% | 8.09% | 14.46% |
| United States | 5.68% | 7.04% | 7.31% | 5.58% | 7.4% | 8.71% | 15.2% |



## Population Age 0-4 by Race Alone, Total

| Report Area | White | Black or African American | Native American / Alaska Native | Asian | Native Hawaiian / Pacific Islander | Some Other Race | Multiple Race |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Suffolk County, NY | 58,734 | 7,279 | 325 | 3,077 | 0 | 7,532 | 5,285 |
| New York | 666,508 | 198,075 | 5,018 | 89,047 | 298 | 136,368 | 81,118 |
| United States | 13,238,096 | 2,808,449 | 187,888 | 905,942 | 40,398 | 1,295,210 | 1,436,035 |



## Population Age 5-17

This indicator reports the percentage of youth aged 5-17 in the designated geographic area.  This indicator is relevant because it is important to understand the percentage of youth in the community, as this population has unique health needs which should be considered separately from other age groups.

| Report Area | Total Population | Population Age 5-17 | Percent Population Age 5-17 |
|---|---|---|---|
| Suffolk County, NY | 1,501,373 | 258,004 | 17.18% |
| New York | 19,673,174 | 3,075,342 | 15.63% |
| United States | 316,515,021 | 53,771,807 | 16.99% |

*Data Source: US Census Bureau, American Community Survey. 2011-15. Source geography: Tract*



**Population Age 5-17, Percent by Tract, ACS 2011-15**

- Over 19.0%
- 17.1 - 19.0%
- 15.1 - 17.0%
- Under 15.1%
- No Data or Data Suppressed
- Report Area

### Population Age 5-17 by Gender

| Report Area | Total Male | Total Female | Percent Male | Percent Female |
|---|---|---|---|---|
| Suffolk County, NY | 132,341 | 125,663 | 17.9% | 16.49% |
| New York | 1,572,725 | 1,502,617 | 16.48% | 14.83% |
| United States | 27,479,063 | 26,292,744 | 17.64% | 16.35% |



## Population Age 5-17 by Ethnicity Alone

| Report Area | Total Hispanic / Latino | Total Not Hispanic / Latino | Percent Hispanic / Latino | Percent Not Hispanic / Latino |
|---|---|---|---|---|
| Suffolk County, NY | 57,733 | 200,271 | 21.59% | 16.23% |
| New York | 698,680 | 2,376,662 | 19.3% | 14.8% |
| United States | 12,626,575 | 41,145,232 | 23.28% | 15.69% |



## Population Age 5-17 by Race Alone, Percent

| Report Area | White | Black or African American | Native American / Alaska Native | Asian | Native Hawaiian / Pacific Islander | Some Other Race | Multiple Race |
|---|---|---|---|---|---|---|---|
| Suffolk County, NY | 16.29% | 20.42% | 19.42% | 17.38% | 5.23% | 21.84% | 27.09% |
| New York | 14.41% | 17.39% | 18.36% | 13.9% | 15.19% | 19.4% | 26.95% |
| United States | 15.77% | 19.17% | 20.67% | 15.24% | 20.01% | 22.12% | 31.49% |



## Population Age 5-17 by Race Alone, Total

| Report Area | White | Black or African American | Native American / Alaska Native | Asian | Native Hawaiian / Pacific Islander | Some Other Race | Multiple Race |
|---|---|---|---|---|---|---|---|
| Suffolk County, NY | 197,936 | 23,487 | 602 | 9,869 | 22 | 16,235 | 9,853 |
| New York | 1,830,188 | 534,048 | 13,734 | 218,233 | 985 | 326,989 | 151,165 |
| United States | 36,744,070 | 7,649,549 | 531,146 | 2,474,494 | 109,304 | 3,287,734 | 2,975,510 |



## Population Age 18-64

This indicator reports the percentage of population age 18-64 in the designated geographic area.  This indicator is relevant because it is important to understand the percentage of adults in the community, as this population has unique health needs which should be considered separately from other age groups.

| Report Area | Total Population | Population Age 18-64 | Percent Population Age 18-64 |
|---|---|---|---|
| Suffolk County, NY | 1,501,373 | 939,242 | 62.56% |
| New York | 19,673,174 | 12,600,965 | 64.05% |
| United States | 316,515,021 | 198,215,719 | 62.62% |

*Data Source: US Census Bureau, American Community Survey. 2011-15. Source geography: Tract*



**Population Age 18-64, Percent by Tract, ACS 2011-15**

■ Over 63.0%
■ 60.1 - 63.0%
■ 57.1 - 60.0%
□ Under 57.1%
▨ No Data or Data Suppressed
▭ Report Area

## Population Age 18-64 by Gender

This indicator reports the percentage of population that are at age 18 to 64 by gender. In the report area, 63.48% of male population are at age 18-64, and 61.67% of female population are at age 18-64.

| Report Area | Males Age 18-64 | Females Age 18-64 | Percent of Males Age 18-64 | Percent of Females Age 18-64 |
|---|---|---|---|---|
| Suffolk County, NY | 469,214 | 470,028 | 63.48% | 61.67% |
| New York | 6,178,002 | 6,422,963 | 64.75% | 63.4% |
| United States | 98,539,826 | 99,675,893 | 63.27% | 61.99% |



## Population Age 18-64 by Ethnicity Alone

This indicator reports the percentage of population that are at age 18 to 64 by ethnicity alone. In the report area, 63.27% of Hispanic / Latino population are at age 18-64, and 62.4% of non-Hispanic / Latino population are at age 18-64.

| Report Area | Hispanic / Latino Age 18-64 | Not Hispanic / Latino Age 18-64 | Percent Hispanic / Latino Age 18-64 | Percent Not Hispanic / Latino Age 18-64 |
|---|---|---|---|---|
| Suffolk County, NY | 169,188 | 770,054 | 63.27% | 62.4% |
| New York | 2,325,672 | 10,275,293 | 64.25% | 64.01% |
| United States | 33,119,831 | 165,095,888 | 61.07% | 62.95% |



## Population Age 18-64 by Race Alone, Percent

This indicator reports the percentage of population that are at age 18 to 64 by race alone.

| Report Area | White Age 18-64 | Black or African American Age 18-64 | Native American / Alaska Native Age 18-64 | Asian Age 18-64 | Native Hawaiian / Pacific Islander Age 18-64 | Some Other Race Age 18-64 | Multiple Race Age 18-64 |
|---|---|---|---|---|---|---|---|
| Suffolk County, NY | 62.38% | 63.79% | 61.13% | 67.08% | 94.77% | 64.37% | 53.74% |
| New York | 63.34% | 64.76% | 65.39% | 70.12% | 74.19% | 66.13% | 52.87% |
| United States | 62.42% | 64.03% | 63.39% | 68.43% | 65.73% | 64.46% | 48.52% |



## Population Age 18-64 by Race Alone, Total

This indicator reports the proportion of each race (alone) making up the population aged 18 to 64.

| Report Area | White Age 18-64 | Black or African American Age 18-64 | Native American / Alaska Native Age 18-64 | Asian Age 18-64 | Native Hawaiian / Pacific Islander Age 18-64 | Some Other Race Age 18-64 | Multiple Race Age 18-64 |
|---|---|---|---|---|---|---|---|
| Suffolk County, NY | 758,090 | 73,387 | 1,895 | 38,086 | 399 | 47,841 | 19,544 |
| New York | 8,046,668 | 1,988,276 | 48,908 | 1,101,024 | 4,811 | 1,114,751 | 296,527 |
| United States | 145,398,677 | 25,551,913 | 1,628,598 | 11,110,268 | 359,044 | 9,582,682 | 4,584,537 |



## Population Age 18-24

This indicator reports the percentage of youth aged 18-24 in the designated geographic area.  This indicator is relevant because it is important to understand the percentage of youth in the community, as this population has unique health needs which should be considered separately from other age groups.

| Report Area | Total Population | Population Age 18-24 | Percent Population Age 18-24 |
|---|---|---|---|
| Suffolk County, NY | 1,501,373 | 138,167 | 9.2% |
| New York | 19,673,174 | 1,985,605 | 10.09% |

| United States | 316,515,021 | 31,368,674 | 9.91% |

*Data Source: US Census Bureau, American Community Survey. 2011-15. Source geography: Tract*



**Population Age 18-24, Percent by Tract, ACS 2011-15**

- ▮ Over 11.0%
- ▮ 9.1 - 11.0%
- ▮ 7.1 - 9.0%
- ▮ Under 7.1%
- ▮ No Data or Data Suppressed
- ▯ Report Area

## Population Age 18-24 by Gender

| Report Area | Total Male | Total Female | Percent Male | Percent Female |
|---|---|---|---|---|
| Suffolk County, NY | 71,748 | 66,419 | 9.71% | 8.71% |
| New York | 1,002,737 | 982,868 | 10.51% | 9.7% |
| United States | 16,071,993 | 15,296,681 | 10.32% | 9.51% |



## Population Age 18-24 by Ethnicity Alone

| Report Area | Total Hispanic / Latino | Total Not Hispanic / Latino | Percent Hispanic / Latino | Percent Not Hispanic / Latino |
|---|---|---|---|---|
| Suffolk County, NY | 29,820 | 108,347 | 11.15% | 8.78% |
| New York | 433,239 | 1,552,366 | 11.97% | 9.67% |
| United States | 6,522,443 | 24,846,231 | 12.03% | 9.47% |



## Population Age 18-24 by Race Alone, Percent

| Report Area | White | Black or African American | Native American / Alaska Native | Asian | Native Hawaiian / Pacific Islander | Some Other Race | Multiple Race |
|---|---|---|---|---|---|---|---|
| Suffolk County, NY | 8.51% | 12.09% | 8.68% | 12.8% | 30.88% | 12.05% | 11.52% |
| New York | 9.24% | 11.56% | 12.4% | 10.61% | 15.47% | 12.57% | 12.23% |
| United States | 9.24% | 11.93% | 11.83% | 10.07% | 12.69% | 12.65% | 12.55% |



## Population Age 18-24 by Race Alone, Total

| Report Area | White | Black or African American | Native American / Alaska Native | Asian | Native Hawaiian / Pacific Islander | Some Other Race | Multiple Race |
|---|---|---|---|---|---|---|---|
| Suffolk County, NY | 103,445 | 13,908 | 269 | 7,266 | 130 | 8,958 | 4,191 |
| New York | 1,173,306 | 354,849 | 9,275 | 166,582 | 1,003 | 211,969 | 68,621 |
| United States | 21,534,135 | 4,760,262 | 303,953 | 1,634,373 | 69,339 | 1,880,996 | 1,185,616 |



## Population Age 25-34

This indicator reports the percentage of youth aged 25-34 in the designated geographic area.  This indicator is relevant because it is important to understand the percentage of youth in the community, as this population has unique health needs which should be considered separately from other age groups.

| Report Area | Total Population | Population Age 25-34 | Percent Population Age 25-34 |
|---|---|---|---|
| Suffolk County, NY | 1,501,373 | 169,208 | 11.27% |
| New York | 19,673,174 | 2,803,612 | 14.25% |
| United States | 316,515,021 | 42,881,649 | 13.55% |

*Data Source: US Census Bureau, American Community Survey. 2011-15. Source geography: Tract*



**Population Age 25-34, Percent by Tract, ACS 2011-15**

■ Over 14.0%
■ 12.1 - 14.0%
□ 10.1 - 12.0%
□ Under 10.1%
■ No Data or Data Suppressed
□ Report Area

## Population Age 25-34 by Gender

| Report Area | Total Male | Total Female | Percent Male | Percent Female |
|---|---|---|---|---|
| Suffolk County, NY | 86,792 | 82,416 | 11.74% | 10.81% |
| New York | 1,391,208 | 1,412,404 | 14.58% | 13.94% |
| United States | 21,615,387 | 21,266,262 | 13.88% | 13.23% |



## Population Age 25-34 by Ethnicity Alone

| Report Area | Total Hispanic / Latino | Total Not Hispanic / Latino | Percent Hispanic / Latino | Percent Not Hispanic / Latino |
|---|---|---|---|---|
| Suffolk County, NY | 43,710 | 125,498 | 16.35% | 10.17% |
| New York | 605,822 | 2,197,790 | 16.74% | 13.69% |
| United States | 8,747,116 | 34,134,533 | 16.13% | 13.01% |



## Population Age 25-34 by Race Alone, Percent

| Report Area | White | Black or African American | Native American / Alaska Native | Asian | Native Hawaiian / Pacific Islander | Some Other Race | Multiple Race |
|---|---|---|---|---|---|---|---|
| Suffolk County, NY | 10.46% | 13.06% | 14.19% | 13.73% | 30.88% | 17.65% | 15.16% |
| New York | 13.24% | 14.44% | 13.61% | 17.95% | 21.39% | 17.97% | 14.49% |
| United States | 12.93% | 14.32% | 14.22% | 16.91% | 17.77% | 17.69% | 12.77% |



## Population Age 25-34 by Race Alone, Total

| Report Area | White | Black or African American | Native American / Alaska Native | Asian | Native Hawaiian / Pacific Islander | Some Other Race | Multiple Race |
|---|---|---|---|---|---|---|---|
| Suffolk County, NY | 127,183 | 15,028 | 440 | 7,796 | 130 | 13,118 | 5,513 |
| New York | 1,682,333 | 443,515 | 10,182 | 281,923 | 1,387 | 303,006 | 81,266 |
| United States | 30,122,546 | 5,715,234 | 365,260 | 2,745,437 | 97,065 | 2,629,703 | 1,206,404 |



## Population Age 35-44

This indicator reports the percentage of youth aged 25-34 in the designated geographic area.  This indicator is relevant because it is important to understand the percentage of youth in the community, as this population has unique health needs which should be considered separately from other age groups.

| Report Area | Total Population | Population Age 35-44 | Percent Population Age 35-44 |
|---|---|---|---|
| Suffolk County, NY | 1,501,373 | 194,315 | 12.94% |
| New York | 19,673,174 | 2,528,797 | 12.85% |
| United States | 316,515,021 | 40,651,910 | 12.84% |

*Data Source: US Census Bureau, American Community Survey. 2011-15. Source geography: Tract*



**Population Age 35-44, Percent by Tract, ACS 2011-15**

- Over 14.0%
- 12.1 - 14.0%
- 10.1 - 12.0%
- Under 10.1%
- No Data or Data Suppressed
- Report Area

## Population Age 35-44 by Gender

| Report Area | Total Male | Total Female | Percent Male | Percent Female |
|---|---|---|---|---|
| Suffolk County, NY | 95,962 | 98,353 | 12.98% | 12.9% |
| New York | 1,239,681 | 1,289,116 | 12.99% | 12.72% |
| United States | 20,230,555 | 20,421,355 | 12.99% | 12.7% |



## Population Age 35-44 by Ethnicity Alone

| Report Area | Total Hispanic / Latino | Total Not Hispanic / Latino | Percent Hispanic / Latino | Percent Not Hispanic / Latino |
|---|---|---|---|---|
| Suffolk County, NY | 43,702 | 150,613 | 16.34% | 12.21% |
| New York | 525,931 | 2,002,866 | 14.53% | 12.48% |
| United States | 7,861,007 | 32,790,903 | 14.5% | 12.5% |



## Population Age 35-44 by Race Alone, Percent

| Report Area | White | Black or African American | Native American / Alaska Native | Asian | Native Hawaiian / Pacific Islander | Some Other Race | Multiple Race |
|---|---|---|---|---|---|---|---|
| Suffolk County, NY | 12.64% | 13.34% | 14.19% | 15.36% | 7.6% | 16.59% | 10.5% |
| New York | 12.26% | 12.95% | 13.08% | 15.75% | 15.84% | 15.23% | 10.53% |
| United States | 12.48% | 13.1% | 13.03% | 16.57% | 14.34% | 15.69% | 9.57% |



**Population Age 35-44 by Race Alone, Total**

| Report Area | White | Black or African American | Native American / Alaska Native | Asian | Native Hawaiian / Pacific Islander | Some Other Race | Multiple Race |
|---|---|---|---|---|---|---|---|
| Suffolk County, NY | 153,622 | 15,348 | 440 | 8,723 | 32 | 12,331 | 3,819 |
| New York | 1,557,029 | 397,766 | 9,781 | 247,349 | 1,027 | 256,809 | 59,036 |
| United States | 29,082,218 | 5,228,805 | 334,769 | 2,690,663 | 78,356 | 2,332,490 | 904,609 |



## Population Age 45-54

This indicator reports the percentage of youth aged 45-54 in the designated geographic area.  This indicator is relevant because it is important to understand the percentage of youth in the community, as this population has unique health needs which should be considered separately from other age groups.

| Report Area | Total Population | Population Age 45-54 | Percent Population Age 45-54 |
|---|---|---|---|
| Suffolk County, NY | 1,501,373 | 244,867 | 16.31% |
| New York | 19,673,174 | 2,819,175 | 14.33% |
| United States | 316,515,021 | 43,895,858 | 13.87% |

*Data Source: US Census Bureau, American Community Survey. 2011-15. Source geography: Tract*



**Population Age 45-54, Percent by Tract, ACS 2011-15**

- Over 17.0%
- 15.1 - 17.0%
- 13.1 - 15.0%
- Under 13.1%
- No Data or Data Suppressed
- Report Area

## Population Age 45-54 by Gender

| Report Area | Total Male | Total Female | Percent Male | Percent Female |
|-------------|-----------|--------------|--------------|----------------|
| Suffolk County, NY | 120,800 | 124,067 | 16.34% | 16.28% |
| New York | 1,369,873 | 1,449,302 | 14.36% | 14.31% |
| United States | 21,623,393 | 22,272,465 | 13.88% | 13.85% |



## Population Age 45-54 by Ethnicity Alone

| Report Area | Total Hispanic / Latino | Total Not Hispanic / Latino | Percent Hispanic / Latino | Percent Not Hispanic / Latino |
|---|---|---|---|---|
| Suffolk County, NY | 33,892 | 210,975 | 12.67% | 17.1% |
| New York | 451,369 | 2,367,806 | 12.47% | 14.75% |
| United States | 6,120,657 | 37,775,201 | 11.29% | 14.4% |



## Population Age 45-54 by Race Alone, Percent

| Report Area | White | Black or African American | Native American / Alaska Native | Asian | Native Hawaiian / Pacific Islander | Some Other Race | Multiple Race |
|---|---|---|---|---|---|---|---|
| Suffolk County, NY | 16.93% | 15.33% | 13.61% | 14.36% | 16.86% | 12.06% | 10.79% |
| New York | 14.78% | 14.47% | 15.22% | 14.2% | 14.14% | 12.49% | 9.07% |
| United States | 14.3% | 13.63% | 13.53% | 13.82% | 12.1% | 11.73% | 7.91% |



## Population Age 45-54 by Race Alone, Total

| Report Area | White | Black or African American | Native American / Alaska Native | Asian | Native Hawaiian / Pacific Islander | Some Other Race | Multiple Race |
|---|---|---|---|---|---|---|---|
| Suffolk County, NY | 205,697 | 17,639 | 422 | 8,152 | 71 | 8,963 | 3,923 |
| New York | 1,878,025 | 444,421 | 11,383 | 222,949 | 917 | 210,627 | 50,853 |
| United States | 33,307,553 | 5,439,046 | 347,623 | 2,243,797 | 66,082 | 1,744,299 | 747,458 |



## Population Age 55-64

This indicator reports the percentage of youth aged 45-54 in the designated geographic area.  This indicator is relevant because it is important to understand the percentage of youth in the community, as this population has unique health needs which should be considered separately from other age groups.

| Report Area | Total Population | Population Age 55-64 | Percent Population Age 55-64 |
|---|---|---|---|
| Suffolk County, NY | 1,501,373 | 192,685 | 12.83% |
| New York | 19,673,174 | 2,463,776 | 12.52% |
| United States | 316,515,021 | 39,417,628 | 12.45% |

*Data Source: US Census Bureau, American Community Survey. 2011-15. Source geography: Tract*



**Population Age 55-64, Percent by Tract, ACS 2011-15**

- Over 15.0%
- 13.1 - 15.0%
- 11.1 - 13.0%
- Under 11.1%
- No Data or Data Suppressed
- Report Area

## Population Age 55-64 by Gender

| Report Area | Total Male | Total Female | Percent Male | Percent Female |
|---|---|---|---|---|
| Suffolk County, NY | 93,912 | 98,773 | 12.7% | 12.96% |
| New York | 1,174,503 | 1,289,273 | 12.31% | 12.73% |
| United States | 18,998,498 | 20,419,130 | 12.2% | 12.7% |



## Population Age 55-64 by Ethnicity Alone

| Report Area | Total Hispanic / Latino | Total Not Hispanic / Latino | Percent Hispanic / Latino | Percent Not Hispanic / Latino |
|---|---|---|---|---|
| Suffolk County, NY | 18,064 | 174,621 | 6.76% | 14.15% |
| New York | 309,311 | 2,154,465 | 8.55% | 13.42% |
| United States | 3,868,608 | 35,549,020 | 7.13% | 13.55% |



## Population Age 55-64 by Race Alone, Percent

| Report Area | White | Black or African American | Native American / Alaska Native | Asian | Native Hawaiian / Pacific Islander | Some Other Race | Multiple Race |
|---|---|---|---|---|---|---|---|
| Suffolk | 13.84% | 9.97% | 10.45% | 10.83% | 8.55% | 6.02% | 5.77% |

| County, NY | | | | | | | |
|---|---|---|---|---|---|---|---|
| New York | 13.82% | 11.33% | 11.08% | 11.6% | 7.36% | 7.85% | 6.55% |
| United States | 13.46% | 11.05% | 10.78% | 11.06% | 8.82% | 6.69% | 5.72% |



## Population Age 55-64 by Race Alone, Total

| Report Area | White | Black or African American | Native American / Alaska Native | Asian | Native Hawaiian / Pacific Islander | Some Other Race | Multiple Race |
|---|---|---|---|---|---|---|---|
| Suffolk County, NY | 168,143 | 11,464 | 324 | 6,149 | 36 | 4,471 | 2,098 |
| New York | 1,755,975 | 347,725 | 8,287 | 182,221 | 477 | 132,340 | 36,751 |
| United States | 31,352,225 | 4,408,566 | 276,993 | 1,795,998 | 48,202 | 995,194 | 540,450 |



## Population Age 65

An estimated 14.78% of the population in the report area is age 65 or older according to the U.S. Census Bureau American Community Survey 2011-15 5-year estimates.   An estimated total of 221,895 older adults resided in the area during this time period.  The number of persons age 65 or older is relevant because this population has unique health needs which should be considered separately from other age groups.

| Report Area | Total Population | Population Age 65 | Percent Population Age 65 |
|---|---|---|---|
| Suffolk County, NY | 1,501,373 | 221,895 | 14.78% |
| New York | 19,673,174 | 2,820,435 | 14.34% |
| United States | 316,515,021 | 44,615,477 | 14.1% |

*Data Source: US Census Bureau, American Community Survey. 2011-15. Source geography: Tract*



**Population Age 65 , Percent by Tract, ACS 2011-15**

- Over 20.0%
- 16.1 - 20.0%
- 12.1 - 16.0%
- Under 12.1%
- No Data or Data Suppressed
- Report Area

## Population Age 65  by Gender

This indicator reports the percentage of population that are at age 65  by gender. In the report area, 11.61% of male population are at age 65 , and 16.57% of female population are at age 65 .

| Report Area | Total Male | Total Female | Percent Male | Percent Female |
|---|---|---|---|---|
| Suffolk County, NY | 85,809 | 126,311 | 11.61% | 16.57% |
| New York | 1,054,976 | 1,631,261 | 11.06% | 16.1% |
| United States | 17,538,907 | 25,075,799 | 11.26% | 15.6% |



## Population Age 65 by Ethnicity Alone

This indicator reports the percentage of population that are at age 65  by ethnicity alone. In the report area, 5.4% of Hispanic / Latino population are at age 65 , and 16.81% of non Hispanic / Latino population are at age 65 .

| Report Area | Total Hispanic / Latino | Total Not Hispanic / Latino | Percent Hispanic / Latino | Percent Not Hispanic / Latino |
|---|---|---|---|---|
| Suffolk County, NY | 14,438 | 207,457 | 5.4% | 16.81% |
| New York | 290,578 | 2,529,857 | 8.03% | 15.76% |
| United States | 3,354,911 | 41,260,566 | 6.19% | 15.73% |



## Population Age 65 by Race Alone, Percent

| Report Area | White | Black or African American | Native American / Alaska Native | Asian | Native Hawaiian / Pacific Islander | Some Other Race | Multiple Race |
|---|---|---|---|---|---|---|---|
| Suffolk County, NY | 16.5% | 9.46% | 8.97% | 10.12% | 0% | 3.66% | 4.64% |
| New York | 17.01% | 11.4% | 9.54% | 10.31% | 6.03% | 6.39% | 5.72% |
| United States | 16.13% | 9.77% | 8.62% | 10.75% | 6.87% | 4.71% | 4.78% |



## Population Age 65 by Race Alone, Total

| Report Area | White | Black or African American | Native American / Alaska Native | Asian | Native Hawaiian / Pacific Islander | Some Other Race | Multiple Race |
|---|---|---|---|---|---|---|---|
| Suffolk County, NY | 200,581 | 10,887 | 278 | 5,744 | 0 | 2,718 | 1,687 |
| New York | 2,161,273 | 349,993 | 7,133 | 161,919 | 391 | 107,657 | 32,069 |
| United States | 37,562,212 | 3,898,184 | 221,538 | 1,744,601 | 37,509 | 699,632 | 451,801 |



## Population with Any Disability

This indicator reports the percentage of the total civilian non-institutionalized population with a disability. This indicator is relevant because disabled individuals comprise a vulnerable population that requires targeted services and outreach by providers.

| Report Area | Total Population (For Whom Disability Status Is Determined) | Total Population with a Disability | Percent Population with a Disability |
|---|---|---|---|
| Suffolk County, NY | 1,486,195 | 138,837 | 9.34% |
| New York | 19,427,310 | 2,159,439 | 11.12% |
| United States | 311,516,332 | 38,601,898 | 12.39% |



Percent Population with a Disability

■ Suffolk County, NY (9.34%)
■ New York (11.12%)
■ United States (12.39%)

Data Source: US Census Bureau, American Community Survey. 2011-15. Source geography: Tract



**Disabled Population, Percent by Tract, ACS 2011-15**

- Over 18.0%
- 15.1 - 18.0%
- 12.1 - 15.0%
- Under 12.1%
- No Data or Data Suppressed
- Report Area

## Population with Any Disability by Gender

| Report Area | Total Male | Total Female | Percent Male | Percent Female |
|---|---|---|---|---|
| Suffolk County, NY | 67,289 | 71,548 | 9.2% | 9.48% |
| New York | 982,796 | 1,176,643 | 10.47% | 11.71% |
| United States | 18,587,228 | 20,014,670 | 12.22% | 12.56% |



## Population with Any Disability by Age Group, Percent

| Report Area | Under Age 18 | Age 18 - 64 | Age 65 |
| --- | --- | --- | --- |
| Suffolk County, NY | 2.87% | 7.14% | 29.18% |
| New York | 3.76% | 8.63% | 33.94% |
| United States | 4.1% | 10.27% | 36.02% |



## Population with Any Disability by Age Group, Total

| Report Area | Under Age 18 | Age 18 - 64 | Age 65 |
| --- | --- | --- | --- |
| Suffolk County, NY | 9,757 | 66,603 | 62,477 |
| New York | 159,565 | 1,075,396 | 924,478 |
| United States | 3,013,318 | 19,985,588 | 15,602,992 |



## Population with Any Disability by Ethnicity Alone

| Report Area | Total Hispanic / Latino | Total Not Hispanic / Latino | Percent Hispanic / Latino | Percent Not Hispanic / Latino |
|---|---|---|---|---|
| Suffolk County, NY | 16,783 | 122,054 | 6.32% | 10% |
| New York | 372,162 | 1,787,277 | 3.71% | 11.28% |
| United States | 4,647,776 | 33,954,122 | 2.92% | 13.16% |



## Population with Any Disability by Race Alone, Percent

| Report Area | White | Black or African American | Native American / Alaska Native | Asian | Native Hawaiian / Pacific Islander | Some Other Race | Multiple Race |
|---|---|---|---|---|---|---|---|
| Suffolk County, NY | 9.63% | 10.65% | 16.19% | 5.39% | 3.02% | 5.94% | 8.21% |
| New York | 11.68% | 12.16% | 16.05% | 6.34% | 10.58% | 9.52% | 10.35% |
| United States | 12.83% | 13.94% | 16.49% | 6.74% | 10.02% | 7.99% | 10.96% |



## Population with Any Disability by Race Alone, Total

| Report Area | White | Black or African American | Native American / Alaska Native | Asian | Native Hawaiian / Pacific Islander | Some Other Race | Multiple Race |
|---|---|---|---|---|---|---|---|
| Suffolk County, NY | 115,955 | 12,003 | 501 | 3,055 | 12 | 4,379 | 2,932 |
| New York | 1,467,190 | 364,382 | 11,824 | 99,219 | 669 | 158,835 | 57,320 |
| United States | 29,469,861 | 5,387,115 | 412,973 | 1,088,575 | 53,484 | 1,172,064 | 1,017,826 |



## Population in Limited English Households

This indicator reports the percentage of the population aged 5 and older living in Limited English speaking households.  A "Limited English speaking household" is one in which no member 14 years old and over (1) speaks only English at home or (2) speaks a language other than English at home and speaks English "Very well."  This indicator is significant as it identifies households and populations that may need English-language assistance.

| Report Area | Total Population Age 5 | Linguistically Isolated Population | Percent Linguistically Isolated Population |
|---|---|---|---|
| Suffolk County, NY | 1,419,141 | 68,052 | 4.8% |
| New York | 18,496,742 | 1,416,355 | 7.66% |
| United States | 296,603,003 | 13,540,408 | 4.57% |

Percent Linguistically Isolated Population

Suffolk County, NY (4.8%)
New York (7.66%)
United States (4.57%)

Data Source: US Census Bureau, American Community Survey. 2011-15. Source geography: Tract



**Population in Linguistically Isolated Households, Percent by Tract, ACS 2011-15**

Over 3.0%

1.1 - 3.0%

0.1 - 1.1%

No Population in Linguistically Isolated Households

No Data or Data Suppressed

Report Area

## Population with Limited English Proficiency

This indicator reports the percentage of the population aged 5 and older who speak a language other than English at home and speak English less than "very well."  This indicator is relevant because an inability to speak English well creates barriers to healthcare access, provider communications, and health literacy/education.

| Report Area | Population Age 5 | Population Age 5 with Limited English Proficiency | Percent Population Age 5 with Limited English Proficiency |
|---|---|---|---|
| Suffolk County, NY | 1,419,141 | 133,576 | 9.41% |
| New York | 18,496,742 | 2,491,216 | 13.47% |
| United States | 296,603,003 | 25,410,756 | 8.57% |

Percent Population Age 5 with Limited English Proficiency



■ Suffolk County, NY (9.41%)
■ New York (13.47%)
■ United States (8.57%)

Data Source: US Census Bureau, American Community Survey. 2011-15. Source geography: Tract

**Population with Limited English Proficiency, Percent by Tract, ACS 2011-15**

■ Over 4.0%
■ 2.1 - 4.0%
■ 1.1 - 2.0%
■ Under 1.1%
■ No Data or Data Suppressed
□ Report Area

## Population with Limited English Proficiency by Ethnicity Alone

| Report Area | Total Hispanic / Latino | Total Not Hispanic / Latino | Percent Hispanic / Latino | Percent Not Hispanic / Latino |
|---|---|---|---|---|
| Suffolk County, NY | 89,473 | 44,103 | 37.07% | 3.74% |
| New York | 1,213,586 | 1,277,630 | 36.61% | 8.42% |
| United States | 15,846,293 | 9,564,463 | 32.27% | 3.86% |



## Population with Limited English Proficiency by Race Alone, Percent

| Report Area | White | Black or African American | Native American / Alaska Native | Asian | Native Hawaiian / Pacific Islander | Some Other Race | Multiple Race |
|---|---|---|---|---|---|---|---|
| Suffolk County, NY | 5.72% | 0.57% | 0.04% | 1.45% | 0% | 2.96% | 0.81% |
| New York | 7.76% | 1.55% | 0.1% | 5.36% | 0.01% | 5.25% | 0.67% |
| United States | 5.97% | 0.5% | 0.08% | 2.43% | 0.03% | 2.3% | 0.26% |



## Population with Limited English Proficiency by Race Alone, Total

| Report Area | White | Black or African American | Native American / Alaska Native | Asian | Native Hawaiian / Pacific Islander | Some Other Race | Multiple Race |
|---|---|---|---|---|---|---|---|
| Suffolk County, NY | 66,158 | 6,590 | 469 | 16,786 | 57 | 34,179 | 9,337 |
| New York | 933,708 | 186,395 | 12,183 | 645,824 | 730 | 631,628 | 80,748 |
| United States | 13,108,814 | 1,097,868 | 176,558 | 5,331,938 | 68,442 | 5,051,093 | 576,043 |



## Population with Limited English Proficiency by Language Spoken at Home (4-Category)

| Report Area | Spanish | Other Indo-European Languages | Asian and Pacific Island Languages | Other Languages Island Languages |
|---|---|---|---|---|
| Suffolk County, NY | 91,441 | 27,071 | 13,788 | 1,276 |
| New York | 1,241,285 | 631,892 | 528,306 | 89,733 |
| United States | 16,305,893 | 3,442,377 | 4,781,210 | 881,276 |



## Indo-European Language Speaking Population by Language Spoken at Home, Part 1

| Report Area | French or French Creole | Italian | Portuguese | German | Yiddish | West Germanic Languages | Scandinavian Languages | Greek |
|---|---|---|---|---|---|---|---|---|
| Suffolk County, NY | 5,555 | 3,724 | 1,436 | 129 | 152 | 39 | 117 | 1,146 |
| New York | 99,695 | 54,759 | 14,126 | 2,539 | 54,567 | 4,505 | 920 | 19,043 |
| United States | 592,482 | 177,024 | 251,806 | 105,577 | 57,092 | 76,541 | 12,442 | 74,712 |



## Indo-European Language Speaking Population by Language Spoken at Home, Part 2

| Report Area | Russian | Polish | Serbo-Croatian | Other Slavic Languages | Armenian | Persian | Gujarati | Hindi | Urdu | Other Indic Languages | All Other Indo-European Languages |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Suffolk County, NY | 1,303 | 3,879 | 472 | 1,108 | 891 | 545 | 651 | 938 | 2,652 | 1,664 | 670 |
| New York | 127,831 | 39,008 | 12,509 | 16,929 | 9,467 | 9,512 | 6,630 | 16,328 | 29,864 | 84,408 | 29,252 |
| United States | 411,921 | 221,222 | 96,852 | 121,444 | 157,885 | 153,523 | 134,908 | 149,009 | 127,248 | 360,123 | 160,566 |



## Asian and Pacific Island Language Speaking Population by Language Spoken at Home

| Report Area | Chinese | Japanese | Korean | Vietnamese | Hmong | Khmer / Cambodian | Thai | Tagalog | Laotian | Other Pacific Islander Languages | Other Asian Languages |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Suffolk County, NY | 5,948 | 413 | 2,213 | 760 | 0 | 131 | 233 | 1,147 | 66 | 59 | 2,818 |
| New York | 361,074 | 16,414 | 61,639 | 13,450 | 27 | 2,002 | 5,005 | 21,035 | 1,645 | 4,781 | 41,234 |
| United States | 1,726,921 | 192,039 | 613,011 | 859,295 | 94,102 | 112,275 | 82,428 | 538,482 | 72,145 | 165,443 | 325,069 |



## Other Language Speaking Population by Language Spoken at Home

| Report Area | Navajo | Other Native North American Languages | Hungarian | Arabic | Hebrew | African Languages | All Other Languages |
|---|---|---|---|---|---|---|---|
| Suffolk County, NY | 0 | 18 | 79 | 535 | 112 | 336 | 196 |
| New York | 0 | 824 | 4,445 | 36,876 | 12,999 | 30,696 | 3,893 |
| United States | 32,732 | 28,578 | 23,364 | 386,037 | 33,939 | 315,638 | 60,988 |



## Population Geographic Mobility

This indicator reports information about population in-migration by assessing changes in residence within a one year period.  Of the 1,486,683 persons residing in the report area, an estimated 2.26% relocated to the area, according to the latest American Community Survey 5-year estimates.  Persons who moved to a new household from outside of their current county of residence, from outside their state of residence, or from abroad are considered part of the in-migrated population.  Persons who moved to a new household from a different household within their current county of residence are not included.

| Report Area | Total Population | Population In-Migration | Percent Population In-Migration |
|---|---|---|---|
| Suffolk County, NY | 1,486,683 | 33,585 | 2.26% |
| New York | 19,451,274 | 893,052 | 4.59% |
| United States | 312,784,059 | 19,121,884 | 6.11% |

*Data Source: US Census Bureau, American Community Survey. 2011-15. Source geography: Tract*



**Population Migrated from Outside of the County, State, or Country, Percent of Total Population by Tract, ACS 2011-15**

- ■ Over 8.0%
- ▨ 5.1 - 8.0%
- ▨ 2.1 - 5.0%
- □ Under 2.1%
- ■ No Data or Data Suppressed
- ▣ Report Area

## Population In-Migration by Ethnicity Alone

| Report Area | Total Hispanic / Latino | Total Not Hispanic / Latino | Percent Hispanic / Latino | Percent Not Hispanic / Latino |
|---|---|---|---|---|
| Suffolk County, NY | 6,916 | 26,669 | 2.64% | 0.56% |
| New York | 154,667 | 738,385 | 4.34% | 0.97% |
| United States | 2,752,551 | 16,369,333 | 5.17% | 1.06% |



## Population In-Migration by Race Alone, Total

| Report Area | White | Black or African American | Native American / Alaska Native | Asian | Native Hawaiian / Pacific Islander | Some Other Race | Multiple Race |
|---|---|---|---|---|---|---|---|
| Suffolk County, NY | 21,993 | 3,463 | 117 | 4,400 | 123 | 2,671 | 818 |
| New York | 546,422 | 132,291 | 4,062 | 107,821 | 684 | 69,327 | 32,445 |
| United States | 13,590,371 | 2,501,724 | 171,745 | 1,370,585 | 39,943 | 728,786 | 718,730 |



**Population In-Migration by Race Alone, Percent**

| Report Area | White | Black or African American | Native American / Alaska Native | Asian | Native Hawaiian / Pacific Islander | Some Other Race | Multiple Race |
|---|---|---|---|---|---|---|---|
| Suffolk County, NY | 1.83% | 3.05% | 3.84% | 7.82% | 29.22% | 3.66% | 2.31% |
| New York | 4.34% | 4.36% | 5.5% | 6.94% | 10.64% | 4.18% | 5.96% |
| United States | 5.9% | 6.35% | 6.77% | 8.53% | 7.41% | 4.98% | 7.85% |



## Foreign-Born Population

This indicator reports the percentage of the population that is foreign-born.  The foreign-born population includes anyone who was not a U.S. citizen or a U.S. national at birth.  This includes any non-citizens, as well as persons born outside of the U.S. who have become naturalized citizens.  The native U.S. population includes any person born in the United States, Puerto Rico, a U.S. Island Area (such as Guam), or abroad of American (U.S. citizen) parent or parents.  The latest figures from the U.S. Census Bureau show that 227,324 persons in the report area are of foreign birth, which represents 15.14% of the report area population.  This percentage is greater than the national rate of 13.18%.

| Report Area | Total Population | Naturalized U.S. Citizens | Population Without U.S. Citizenship | Total Foreign-Birth Population | Foreign-Birth Population, Percent of Total Population |
|---|---|---|---|---|---|
| Suffolk County, NY | 1,501,373 | 115,242 | 112,082 | 227,324 | 15.14% |
| New York | 19,673,174 | 2,375,214 | 2,047,527 | 4,422,741 | 22.48% |
| United | 316,515,021 | 19,448,227 | 22,269,193 | 41,717,420 | 13.18% |

| States | | | | | |
|--------|--|--|--|--|--|

*Data Source: US Census Bureau, American Community Survey. 2011-15. Source geography: Tract*



**Foreign-Born Population (Non-Citizen or Naturalized), Percent by Tract, ACS 2011-15**

- Over 5.0%
- 2.1 - 5.0%
- 1.1 - 2.0%
- Under 1.1%
- No Data or Data Suppressed
- Report Area

## Foreign-Born Population by Ethnicity Alone

| Report Area | Total Hispanic / Latino | Total Not Hispanic / Latino | Percent Hispanic / Latino | Percent Not Hispanic / Latino |
|-------------|--------------------------|------------------------------|----------------------------|--------------------------------|
| Suffolk County, NY | 97,458 | 113,891 | 41.11% | 9.11% |
| New York | 1,325,301 | 2,889,747 | 39.48% | 18.12% |
| United States | 18,444,116 | 20,824,724 | 37.48% | 8.09% |



## Foreign-Born Population by Race Alone, Percent

| Report Area | White | Black or African American | Native American / Alaska Native | Asian | Native Hawaiian / Pacific Islander | Some Other Race | Multiple Race |
|---|---|---|---|---|---|---|---|
| Suffolk County, NY | 9.06% | 20.42% | 19.32% | 68.89% | 93.85% | 52.06% | 19.14% |
| New York | 12.08% | 27.41% | 21.03% | 71.9% | 35.64% | 45.21% | 21.45% |
| United States | 8.21% | 8.34% | 6.19% | 66.62% | 21.65% | 42.91% | 9.56% |



## Foreign-Born Population by Race Alone, Total

| Report Area | White | Black or African American | Native American / Alaska Native | Asian | Native Hawaiian / Pacific Islander | Some Other Race | Multiple Race |
|---|---|---|---|---|---|---|---|
| Suffolk County, NY | 111,150 | 22,390 | 705 | 35,207 | 122 | 36,885 | 4,890 |
| New York | 1,541,991 | 826,069 | 14,249 | 1,017,455 | 2,390 | 718,152 | 94,742 |
| United States | 18,650,570 | 3,203,416 | 155,034 | 9,657,447 | 108,355 | 6,747,032 | 746,984 |



## Hispanic Population

The estimated population that is of Hispanic, Latino, or Spanish origin in the report area is 267,396.  This represents 17.81% of the total report area population, which is greater than the national 17.13% rate.  Origin can be viewed as the heritage, nationality group, lineage, or country of birth of the person or the person's parents or ancestors before their arrival in the United States. People who identify their origin as Hispanic, Latino, or Spanish may be of any race.

| Report Area | Total Population | Non-Hispanic Population | Percent Population Non-Hispanic | Hispanic or Latino Population | Percent Population Hispanic or Latino |
|---|---|---|---|---|---|
| Suffolk County, NY | 1,501,373 | 1,233,977 | 82.19% | 267,396 | 17.81% |
| New York | 19,673,174 | 16,053,516 | 81.6% | 3,619,658 | 18.4% |
| United States | 316,515,021 | 262,282,816 | 82.87% | 54,232,205 | 17.13% |

*Data Source: US Census Bureau, American Community Survey. 2011-15. Source geography: Tract*



**Population, Hispanic or Latino, Percent by Tract, ACS 2011-15**

- Over 10.0%
- 5.1 - 10.0%
- 2.1 - 5.0%
- Under 2.1%
- No Hispanic Population Reported
- No Data or Data Suppressed
- Report Area

## Hispanic Population by Gender

| Report Area | Total Male | Total Female | Percent Male | Percent Female |
|---|---|---|---|---|
| Suffolk County, NY | 137,971 | 129,425 | 51.6% | 48.4% |
| New York | 1,787,411 | 1,832,247 | 49.38% | 50.62% |
| United States | 27,444,307 | 26,787,898 | 50.61% | 49.39% |



## Hispanic Population by Race Alone, Percent

| Report | White | Black or African | Native American / | Asian | Native Hawaiian / | Some | Multiple |
|---|---|---|---|---|---|---|---|

| Area | | American | Alaska Native | | Pacific Islander | Other Race | Race |
|---|---|---|---|---|---|---|---|
| Suffolk County, NY | 63.57% | 2.89% | 0.41% | 0.26% | 0.04% | 26.34% | 6.5% |
| New York | 42.38% | 6.59% | 0.79% | 0.32% | 0.05% | 43.77% | 6.09% |
| United States | 65.8% | 2.07% | 0.9% | 0.33% | 0.09% | 26.23% | 4.57% |



## Hispanic Population by Race Alone, Total

| Report Area | White | Black or African American | Native American / Alaska Native | Asian | Native Hawaiian / Pacific Islander | Some Other Race | Multiple Race |
|---|---|---|---|---|---|---|---|
| Suffolk County, NY | 169,987 | 7,721 | 1,087 | 707 | 95 | 70,424 | 17,375 |
| New York | 1,534,119 | 238,579 | 28,469 | 11,687 | 1,729 | 1,584,465 | 220,610 |
| United States | 35,684,777 | 1,122,369 | 490,557 | 181,231 | 46,724 | 14,226,829 | 2,479,718 |



## Hispanic Population by Age Group

| Report Area | Age 0-4 | Age 5-17 | Age 18-24 | Age 25-34 | Age 35-44 | Age 45-54 | Age 55-64 | Age 65 |
|---|---|---|---|---|---|---|---|---|
| Suffolk County, NY | 26,037 | 57,733 | 29,820 | 43,710 | 43,702 | 33,892 | 18,064 | 14,438 |
| New York | 304,728 | 698,680 | 433,239 | 605,822 | 525,931 | 451,369 | 309,311 | 290,578 |
| United States | 5,130,888 | 12,626,575 | 6,522,443 | 8,747,116 | 7,861,007 | 6,120,657 | 3,868,608 | 3,354,911 |



## Urban and Rural Population

This indicator reports the percentage of population living in urban and rural areas. Urban areas are identified using population density, count, and size thresholds. Urban areas also include territory with a high degree of impervious surface (development). Rural areas are all areas that are not urban.

| Report Area | Total Population | Urban Population | Rural Population | Percent Urban | Percent Rural |
|---|---|---|---|---|---|
| Suffolk County, NY | 1,493,350 | 1,454,506 | 38,844 | 97.40% | 2.60% |
| New York | 19,378,102 | 17,028,105 | 2,349,997 | 87.87% | 12.13% |
| United States | 312,471,327 | 252,746,527 | 59,724,800 | 80.89% | 19.11% |

*Data Source: US Census Bureau, Decennial Census. 2010. Source geography: Tract*



**Urban Population, Percent by Tract, US Census 2010**

- 100% Urban Population
- 90.1 - 99.9%
- 50.1 - 90.0%
- Under 50.1%
- No Urban Population
- No Data or Data Suppressed
- Report Area

## Rural Population, Total by Age Group

| Report Area | Population Under Age 18 | Population Age 18-64 | Population Age 65 |
|---|---|---|---|
| Suffolk County, NY | 7,742 | 23,372 | 7,730 |
| New York | 528,470 | 1,468,953 | 352,574 |
| United States | 13,907,394 | 36,734,957 | 9,082,449 |



## Rural Population, Percent by Age Group

| Report Area | Population Under Age 18 | Population Age 18-64 | Population Age 65 |
|---|---|---|---|
| Suffolk County, NY | 2.16% | 2.50% | 3.83% |
| New York | 12.22% | 11.81% | 13.47% |
| United States | 18.52% | 18.69% | 22.26% |



## Rural Population, Total by Race Alone

| Report Area | White | Black or African American | Native American / Alaska Native | Asian | Native Hawaiian / Pacific Islander | Some Other Race | Multiple Race |
|---|---|---|---|---|---|---|---|
| Suffolk County, NY | 35,451 | 948 | 303 | 601 | 19 | 960 | 562 |
| New York | 2,228,751 | 39,611 | 15,034 | 17,480 | 614 | 17,001 | 31,506 |
| United States | 52,457,879 | 3,533,008 | 1,043,048 | 399,200 | 40,683 | 1,242,870 | 1,008,112 |



## Rural Population, Percent by Race Alone

| Report Area | White | Black or African American | Native American / Alaska Native | Asian | Native Hawaiian / Pacific Islander | Some Other Race | Multiple Race |
|---|---|---|---|---|---|---|---|
| Suffolk County, NY | 2.94% | 0.85% | 5.65% | 1.18% | 3.84% | 1.16% | 1.56% |
| New York | 17.49% | 1.29% | 14.06% | 1.23% | 7.00% | 1.18% | 5.38% |
| United States | 23.17% | 8.97% | 35.33% | 2.72% | 7.53% | 6.41% | 11.04% |



## Veteran Population

This indicator reports the percentage of the population age 18 and older that served (even for a short time), but is not currently serving, on active duty in the U.S. Army, Navy, Air Force, Marine Corps, or the Coast Guard, or that served in the U.S. Merchant Marine during World War II.

| Report Area | Total Population Age 18 | Total Veterans | Veterans, Percent of Total Population |
|---|---|---|---|
| Suffolk County, NY | 1,160,575 | 74,323 | 6.4% |
| New York | 15,397,847 | 828,586 | 5.38% |
| United States | 241,816,698 | 20,108,332 | 8.32% |

*Data Source: US Census Bureau, American Community Survey. 2011-15. Source geography: Tract*



**Veterans, Percent of Total Population by Tract, ACS 2011-15**

- Over 13%
- 11.1 - 13.0%
- 9.1 - 11.0%
- Under 9.1%
- No Data or Data Suppressed
- Report Area

## Veteran Population by Gender

| Report Area | Male | Female | Percent Male | Percent Female |
|---|---|---|---|---|
| Suffolk County, NY | 70,895 | 3,428 | 12.56% | 0.57% |
| New York | 777,623 | 50,963 | 10.59% | 0.63% |
| United States | 18,529,804 | 1,578,528 | 15.81% | 1.27% |



## Veteran Population by Age Group, Total

| Report Area | Age 18-34 | Age 35-54 | Age 55-64 | Age 65-74 | Age 75 |
|---|---|---|---|---|---|
| Suffolk County, NY | 3,832 | 12,877 | 12,999 | 21,124 | 23,491 |
| New York | 58,941 | 169,077 | 154,036 | 205,453 | 241,079 |
| United States | 1,710,712 | 4,903,001 | 4,137,171 | 4,760,174 | 4,597,274 |



## Veteran Population by Age Group, Percent

| Report Area | Age 18-34 | Age 35-54 | Age 55-64 | Age 65-74 | Age 75 |
| --- | --- | --- | --- | --- | --- |
| Suffolk County, NY | 1.25% | 2.93% | 6.75% | 17.1% | 23.89% |
| New York | 1.24% | 3.16% | 6.25% | 13.36% | 18.8% |
| United States | 2.33% | 5.82% | 10.5% | 18.94% | 23.6% |



**GREATEST NEEDS DATA:**

## Social Economic Factors

Economic and social insecurity often are associated with poor health.  Poverty, unemployment, and lack of educational achievement affect access to care and a community's ability to engage in healthy behaviors.  Without a network of support and a safe community, families cannot thrive. Ensuring access to social and economic resources provides a foundation for a healthy community.

### *Hunger/Food Insecurity*

Hunger and food access can affect families in numerous ways. Lack of food can increase malnutrition in children, which can defer healthy development and put them at risk for early mortality. Access to healthy foods, while promoting a better diet, also lowers one's risk for obesity and other diet related chronic illnesses. The proximity to grocery stores and healthy food retailers is also key; having those establishments close by also promote healthier eating habits.

**Socio-economic Factors**

Approximately 32.6% of children who attend public school in Suffolk County qualify for free/reduced price lunch. The percentage of children who qualify for free/reduced lunch has been increasing since 2014. It is important to note this as it provides information of a vulnerable population that is more likely to have multiple health access, health status, and social support needs.

In Suffolk County, 6.37% of the population experience food insecurity. Of this percentage, children under 18 years old experience 15.2% of food insecurity. Although these families may be receiving public assistance, 49% of food insecurity is experienced by children who are ineligible for assistance, based on household income relative to the maximum income-to-poverty ratio for assistance programs.

Supplemental Nutrition Assistance Program (SNAP) serves 8.6% of Suffolk County households, as noted by the Small Area Income Poverty Estimates. This percentage of families is increasing, and is up 6% from 2006.

**Physical Environment**

In Suffolk County communities, families have a wider access to fast food restaurants, which are labeled as "limited-service establishments," as compared to full service grocery stores. Per 100,000 population there are 89.33 fast food restaurants, a figure that has been on the rise since 2010. On the same scale in comparison, there are only 34.42 grocery stores, which is at stagnant growth.

While some families are able to receive SNAP benefits and other food assistance, of the 34.42 grocery stores, only 5.11 are SNAP-Authorized retailers, and 9.8 are WIC-Authorized. This puts many families in Suffolk County at a disadvantage as it limits their food access.

### *2014 Community Needs Assessment, Suffolk County, NY – Delivery System Reform Incentive Program (DSRIP) – Population Findings, With a Special Emphasis on Medicaid Recipients and Uninsured Residents*

**Food Deserts/Low Food Access**
US Department of Agriculture data show that 4.6% of Suffolk County population (representing over 68,350 residents) have low food access or live in a "food desert," meaning that they do not live near a supermarket or large grocery store.
- Less favorable than statewide findings.
- More favorable than national findings.



**Population With Low Food Access**
(Percent of Population in Low-Income Areas Who Are Far From a Supermarket or Large Grocery Store, 2010)

68,352 low-income individuals have low food access

Sources: • US Department of Agriculture, Economic Research Service, USDA - Food Access Research Atlas (FARA). 2010.
• Retrieved August 2014 from Community Commons at Http://www.chna.org.
Notes: • This indicator reports the percentage of the population living in census tracts designated as food deserts. A food desert is defined as low-income areas where a significant number or share of residents is far from a supermarket, where "far" is more than 1 mile in urban areas and more than 10 miles in rural areas. This indicator is relevant because it highlights populations and geographies facing food insecurity.

### NYSCAA Community Commons Needs Assessment Tool:

## Children Eligible for Free/Reduced Price Lunch

Within the report area 80,272 public school students or 32.6% are eligible for Free/Reduced Price lunch out of 246,245 total students enrolled. This indicator is relevant because it assesses vulnerable populations which are more likely to have multiple health access, health status, and social support needs. Additionally, when combined with poverty data, providers can use this measure to identify gaps in eligibility and enrollment.

| Report Area | Total Students | Number Free/Reduced Price Lunch Eligible | Percent Free/Reduced Price Lunch Eligible |
|---|---|---|---|
| Suffolk County, NY | 246,245 | 80,272 | 32.6% |
| New York | 2,720,046 | 1,384,268 | 50.89% |
| United States | 50,436,641 | 26,213,915 | 52.12% |

Data Source: National Center for Education Statistics, NCES - Common Core of Data. 2014-15. Source geography: Address

Percent Students Eligible for Free or Reduced Price Lunch

Suffolk County, NY (32.6%)
New York (50.89%)
United States (52.12%)

**Students Eligible for Free or Reduced-Price Lunch, NCES CCD 2014-15**

- Under 90.1%
- 75.1% - 90.0%
- 50.1% - 75.0%
- 20.1% - 50.0%
- Under 20.1%
- Not Reported
- Report Area

Children Eligible for Free Lunch (Alone) by Year, 2009-10 through 2012-13

The table below shows local, state, and National trends in student free and reduced lunch eligibility.
*Note: Data for the 2011-12 school year are omitted due to lack of data for some states.*

| *Report Area* | *2010-11* | *2012-13* | *2013-14* | *2014-15* |
|---|---|---|---|---|
| *Suffolk County, NY* | *24.25%* | *29.29%* | *24.94%* | *32.6%* |

| | | | | |
|---|---|---|---|---|
| New York | 48.32% | 47.89% | 50.24% | 50.89% |
| United States | 48.15% | 51.32% | 51.99% | 51.8% |



## *Food Insecurity Rate*

*This indicator reports the estimated percentage of the population that experienced food insecurity at some point during the report year.  Food insecurity is the household-level economic and social condition of limited or uncertain access to adequate food.*

| Report Area | Total Population | Food Insecure Population, Total | Food Insecurity Rate |
|---|---|---|---|
| Suffolk County, NY | 1,500,373 | 95,540 | 6.37% |
| New York | 19,746,227 | 2,672,460 | 13.5% |
| United States | 318,198,163 | 47,448,890 | 14.91% |

*Data Source: Feeding America. 2014. Source geography: County*

*Percentage of Total Population with Food Insecurity*

- Suffolk County, NY (6.37)
- New York (13.5)
- United States (14.91)



**Food Insecure Population, Percent by County, Feeding America 2014**

- Over 18.0%
- 15.1 - 18.0%
- 12.1 - 15.0%
- Under 12.1%
- Report Area

### Food Insecurity - Food Insecure Children

*This indicator reports the estimated percentage of the population under age 18 that experienced food insecurity at some point during the report year. Food insecurity is the household-level economic and social condition of limited or uncertain access to adequate food.*

| Report Area | Population Under Age 18 | Food Insecure Children, Total | Child Food Insecurity Rate |
|---|---|---|---|
| Suffolk County, NY | 350,498 | 53,280 | 15.2% |
| New York | 4,239,262 | 938,610 | 22.14% |
| United States | 73,580,326 | 17,284,530 | 23.49% |

### Food Insecurity - Food Insecure Population Ineligible for Assistance

*This indicator reports the estimated percentage of the total population and the population under age 18 that experienced food insecurity at some point during the report year, but are ineligible for State or Federal nutrition assistance. Food insecurity is the household-level economic and social condition of limited or uncertain access to adequate food.  Assistance eligibility is determined based on household income of the food insecure households relative to the maximum income-to-poverty ratio for assistance programs (SNAP, WIC, school meals, CSFP and TEFAP).*

| Report Area | Food Insecure Population, Total | Percentage of Food Insecure Population Ineligible for Assistance | Food Insecure Children, Total | Percentage of Food Insecure Children Ineligible for Assistance |
|---|---|---|---|---|
| Suffolk County, NY | 105,500 | 41% | 53,280 | 49% |

| New York | 2,739,920 | 27% | | 938,610 | 31% |
| United States | 48,770,990 | 29% | | 17,284,530 | 31% |





## Population Receiving SNAP Benefits (ACS)

*This indicator reports the estimated percentage of households receiving the Supplemental Nutrition Assistance Program (SNAP) benefits.  This indicator is relevant because it assesses vulnerable populations which are more likely to have multiple health access, health status, and social support needs; when combined with poverty data, providers can use this measure to identify gaps in eligibility and enrolment.*

*Percent Households Receiving SNAP Benefits*

| Report Area | Total Households | Households Receiving SNAP | Percent Households Receiving SNAP |
|---|---|---|---|



|  |  | Benefits | Benefits |
|---|---|---|---|
| *Suffolk County, NY* | 493,849 | *32,108* | *6.5%* |
| *New York* | 7,262,279 | *1,120,886* | *15.43%* |
| *United States* | 116,926,305 | *15,399,651* | *13.17%* |

*Data Source: US Census Bureau, American Community Survey. 2011-15. Source geography: Tract*

🟩 Suffolk County, NY (6.5%)
🟧 New York (15.43%)
🟦 United States (13.17%)

### Households Receiving SNAP Benefits, Percent by Tract, ACS 2011-15

*Over 19.0%*

*14.1 - 19.0%*

*9.1 - 14.0%*

*Under 9.1%*

*No Data or Data Suppressed*

☐ Report Area

### Households Receiving SNAP Benefits by Race/Ethnicity, Percent

| Report Area | Total Population | Non-Hispanic White | Black | Asian | American Indian / Alaska Native | Other Race | Multiple Race | Hispanic / Latino |
|---|---|---|---|---|---|---|---|---|
| *Suffolk County, NY* | 6.5% | 3.89% | 19.98 | 5.29% | 22.22% | 16.31% | 12.16% | 13.41% |
| *New York* | 15.43% | 8.03% | 28.46 | 13.52% | 29.64% | 37.17% | 24.56% | 32.33% |
| *United States* | 13.17% | 8.06% | 28.31 | 7.59% | 26.64% | 24.32% | 20.21% | 22.48% |



### Households Receiving SNAP Benefits by Race/Ethnicity, Total

| Report Area | Non-Hispanic White | Black | Asian | American Indian / Alaska Native | Other Race | Multiple Race | Hispanic / Latino |
|---|---|---|---|---|---|---|---|
| Suffolk County, NY | 16,503 | 6,489 | 768 | 178 | 2,498 | 797 | 7,933 |
| New York | 405,894 | 303,367 | 65,897 | 7,803 | 182,867 | 33,662 | 347,437 |
| United States | 7,306,499 | 4,016,335 | 384,763 | 219,187 | 953,688 | 431,645 | 3,239,275 |



## Population Receiving SNAP Benefits (SAIPE)

*This indicator reports the average percentage of the population receiving the Supplemental Nutrition Assistance Program (SNAP) benefits between the months of July 2012 and July 2013.  This indicator is relevant because it assesses vulnerable populations which are more likely to have multiple health access, health status, and social support needs; when combined with poverty data, providers can use this measure to identify gaps in eligibility and enrollment.*



Percent Population Receiving SNAP Benefits

| Report Area | Total Population | Population Receiving SNAP Benefits | Percent Population Receiving SNAP Benefits |
|---|---|---|---|
| *Suffolk County, NY* | 1,471,675 | 127,048 | *8.6%* |
| *New York* | 19,266,331 | 3,056,529 | *15.9%* |
| *United States* | 310,899,910 | 46,412,427 | *14.9%* |

🟩 Suffolk County, NY (8.6%)
🟧 New York (15.9%)
🟦 United States (14.9%)

*Data Source: US Census Bureau, Small Area Income  Poverty Estimates. 2014.*
*Source geography: County*



### Population Receiving SNAP Benefits, Percent by County, SAIPE 2014

- 🟫 *Over 22.0%*
- 🟧 *14.1 - 22.0%*
- 🟨 *6.1 - 14.0%*
- ⬜ *Under 6.1%*
- 🟦 *No Data or Data Suppressed*
- ▭ *Report Area*

### Percent Population Receiving SNAP Benefits by Year, 2006 through 2014

| Report Area | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|---|---|---|---|
| *Suffolk County, NY* | 2.63% | 2.92% | 3.34% | 4.6% | 5.93% | 6.85% | 7.77% | 8.07% | 8.63% |
| *New York* | 9.56% | 10.08% | 11.64% | 14.03% | 15.62% | 16.21% | 16.47% | 16.39% | 15.86% |
| *United States* | 9% | 9.38% | 10.68% | 12.94% | 14.47% | 15.14% | 15.46% | 15.13% | 14.93% |

## Physical Environment

*A safe, clean environment that provides access to healthy food and recreational opportunities is important to maintaining and improving community health.*

## Food Access - Fast Food Restaurants

*This indicator reports the number of fast food restaurants per 100,000 population.   Fast food restaurants are defined as limited-service establishments primarily engaged in providing food services (except snack and nonalcoholic beverage bars) where patrons generally order or select items and pay before eating.  This indicator is relevant because it provides a measure of healthy food access and environmental influences on dietary behaviors.*

| Report Area | Total Population | Number of Establishments | Establishments, Rate per 100,000 Population |
|---|---|---|---|
| *Suffolk County, NY* | *1,493,350* | *1,334* | *89.33* |
| *New York* | *19,378,102* | *16,922* | *87.33* |
| *United States* | *312,846,570* | *233,392* | *74.6* |

*Data Source: US Census Bureau, County Business Patterns. Additional data analysis by CARES. 2015. Source geography: County*



*Fast Food Restaurants, Rate (Per 100,000 Pop.) by ZCTA, CBP 2015*

Over 100.0
75.1 - 100.0
50.1 - 75.0
Under 50.1
No Fast Food Restaurants
Report Area

*Fast Food Restaurants,*
*Rate per 100,000 Population by Year, 2010 through 2015*

| Report Area | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 |
|---|---|---|---|---|---|---|
| Suffolk County, NY | 77.74 | 82.1 | 85.04 | 86.99 | 87.99 | 89.33 |
| New York | 74.27 | 75.86 | 81.93 | 83.06 | 85.03 | 86.68 |
| United States | 69.14 | 70.04 | 72.84 | 73.68 | 74.07 | 75.59 |



## Food Access - Food Desert Census Tracts

*This indicator reports the number of neighborhoods in the report area that are within food deserts.*

| Report Area | Total Population (2010) | Food Desert Census Tracts | Other Census Tracts | Food Desert Population | Other Population |
|---|---|---|---|---|---|
| Suffolk County, NY | 1,493,350 | 164 | 158 | 810,683 | 682,667 |
| New York | 19,378,102 | 907 | 4,000 | 4,097,890 | 15,280,212 |
| United States | 308,745,538 | 27,527 | 45,337 | 129,885,212 | 178,860,326 |

*Data Source: US Department of Agriculture, Economic Research Service, USDA - Food Access Research Atlas. 2015.*





**Food Desert Census Tracts, 1 Mi. / 10 Mi. by Tract, FARA 2015**

■ *Food Desert*

□ *Not a Food Desert*

■ *No Data*

▢ *Report Area*

## *Food Access - Grocery Stores*

*This indicator reports the number of grocery stores per 100,000 population. Grocery stores are defined as supermarkets and smaller grocery stores primarily engaged in retailing a general line of food, such as canned and frozen foods; fresh fruits and vegetables; and fresh and prepared meats, fish, and poultry.   Included are delicatessen-type establishments.  Convenience stores and large general merchandise stores that also retail food, such as supercenters and warehouse club stores are excluded.  This indicator is relevant because it provides a measure of healthy food access and environmental influences on dietary behaviors.*

| Report Area | Total Population | Number of Establishments | Establishments, Rate per 100,000 Population |
|---|---|---|---|
| Suffolk County, NY | 1,493,350 | 514 | 34.42 |
| New York | 19,378,102 | 10,540 | 54.39 |
| United States | 312,846,570 | 66,284 | 21.19 |

Grocery Stores, Rate (Per 100,000 Population)

■ Suffolk County, NY (34.42)
■ New York (54.39)
■ United States (21.19)

*Data Source: US Census Bureau, County Business Patterns. Additional data analysis by CARES. 2015. Source geography: County*



***Grocery Stores and Supermarkets, Rate (Per 100,000 Pop.) by ZCTA, CBP 2015***

■ *Over 35.0*
■ *25.1 - 35.0*
■ *15.1 - 25.0*
■ *Under 15.1*
□ *No Grocery Stores*
▭ *Report Area*

### *Grocery Stores and Supermarkets, Rate per 100,000 Population by Year, 2010 through 2015*

| Report Area | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 |
|---|---|---|---|---|---|---|
| Suffolk County, NY | 34.75 | 34.95 | 33.82 | 33.62 | 34.22 | 34.42 |
| New York | 47.91 | 49.33 | 51.8 | 52.8 | 53.27 | 54.39 |
| United States | 20.85 | 20.85 | 21.39 | 21.47 | 21.37 | 21.47 |



## _Food Access - Low Food Access_

_This indicator reports the percentage of the population living in census tracts designated as food deserts.   A food desert is defined as a low-income census tract (where a substantial number or share of residents has low access to a supermarket or large grocery store.  This indicator is relevant because it highlights populations and geographies facing food insecurity._

| Report Area | Total Population | Population with Low Food Access | Percent Population with Low Food Access |
|---|---|---|---|
| _Suffolk County, NY_ | _1,493,350_ | _405,246_ | _27.14%_ |
| _New York_ | _19,378,102_ | _2,249,710_ | _11.61%_ |
| _United States_ | _308,745,538_ | _69,266,771_ | _22.43%_ |

_Data Source: US Department of Agriculture, Economic Research Service, USDA - Food Access Research Atlas. 2015. Source geography: Tract_

Percent Population with Low Food Access



■ _Suffolk County, NY (27.14%)_
■ _New York (11.61%)_
■ _United States (22.43%)_



**Population with Limited Food Access, Percent by Tract, FARA 2015**

- Over 50.0%
- 20.1 - 50.0%
- 5.1 - 20.0%
- Under 5.1%
- No Low Food Access
- Report Area

## Food Access - Low Income  Low Food Access

| Report Area | Total Population | Low Income Population | Low Income Population with Low Food Access | Percent Low Income Population with Low Food Access |
|---|---|---|---|---|
| Suffolk County, NY | 1,493,350 | 281,594 | 63,921 | 22.7% |
| New York | 19,378,102 | 6,129,825 | 461,750 | 7.53% |
| United States | 308,745,538 | 106,758,543 | 20,221,368 | 18.94% |

Data Source: US Department of Agriculture, Economic Research Service, USDA - Food Access Research Atlas. 2015. Source geography: Tract

Percent Low Income Population with Low Food Access

0      50%

- Suffolk County, NY (22.7%)
- New York (7.53%)
- United States (18.94%)



*Population with Limited Food Access, Low Income, Percent by Tract, FARA 2015*

- *Over 50.0%*
- *20.1 - 50.0%*
- *5.1 - 20.0%*
- *Under 5.1%*
- *No Low Food Access*
- *Report Area*

## Food Access - Modified Retail Food Environment Index

*This indicator reports the percentage of population living in census tracts with no or low access to healthy retail food stores. Figures are based on the CDC Modified Retail Food Environment Index. For this indicator, low food access tracts are considered those with index scores of 10.0 or less.*

| Report Area | Total Population | Percent Population in Tracts with No Food Outlet | Percent Population in Tracts with No Healthy Food Outlet | Percent Population in Tracts with Low Healthy Food Access | Percent Population in Tracts with Moderate Healthy Food Access | Percent Population in Tracts with High Healthy Food Access |
|---|---|---|---|---|---|---|
| Suffolk County, NY | 1,493,350 | 0.14% | 19.89% | 41.94% | 34.82% | 3.21% |
| New York | 19,378,105 | 0.63% | 15.3% | 46.46% | 33.53% | 4.3% |
| United States | 312,474,470 | 0.99% | 18.63% | 30.89% | 43.28% | 5.02% |

*Data Source: Centers for Disease Control and Prevention, Division of Nutrition, Physical Activity, and Obesity. 2011. Source geography: Tract*



**Modified Retail Food Environmental Index Score by Tract, DNPAO 2011**

- Index Score Over 30 (High Access)
- Index Score 15 - 30 (Moderate Access)
- Index Score 5 - 15 (Low Access)
- Index Score Under 5 (Poor Access)
- No Healthy Retail Food Outlet (No Access)
- No Retail Food Outlets Present (Food Desert)
- Report Area

## Population with Low or No Healthy Food Access, Racial Disparity Index

| Report Area | Disparity Index Score (0 = No Disparity; 1 - 15 = Some Disparity; Over 15 = High Disparity) |
| --- | --- |
| Suffolk County, NY | 10.70 |
| New York | 16.06 |
| United States | 16.59 |



### *Population with Low or No Healthy Food Access by Race/Ethnicity, Percent*

| Report Area | Total Population | Non-Hispanic White | Non-Hispanic Black | Non-Hispanic Asian | Non-Hispanic American Indian / Alaska Native | Non-Hispanic Other | Multiple Race | Hispanic or Latino |
|---|---|---|---|---|---|---|---|---|
| Suffolk County, NY | 61.82 | 59.81% | 72.14% | 58.85% | 77.39% | 64.19% | 66.47% | 70.24% |
| New York | 62.18 | 55.55% | 72.46% | 59.52% | 66.43% | 65.54% | 66.07% | 79.59% |
| United States | 52.02 | 49.33% | 64.15% | 51.26% | 54.56% | 57.92% | 53.64% | 54.98% |



### *Population with Low or No Healthy Food Access by Race/Ethnicity, Total*

| Report Area | Non-Hispanic White | Non-Hispanic Black | Non-Hispanic Asian | Non-Hispanic American Indian / Alaska Native | Non-Hispanic Other | Multiple Race | Hispanic or Latino |
|---|---|---|---|---|---|---|---|
| Suffolk County, NY | 668,875 | 67,275 | 20,218 | 2,307 | 1,423 | 12,282 | 104,947 |
| New York | 6,533,130 | 2,038,073 | 616,556 | 34,874 | 49,483 | 241,905 | 2,282,341 |
| United States | 95,978,903 | 21,776,320 | 5,189,224 | 1,128,698 | 270,921 | 2,468,453 | 19,410,660 |



## Food Access - SNAP-Authorized Food Stores

*This indicator reports the number of SNAP-authorized food stores as a rate per 10,000 population.   SNAP-authorized stores include grocery stores as well as supercenters, specialty food stores, and convenience stores that are authorized to accept SNAP (Supplemental Nutrition Assistance Program) benefits.*

| Report Area | Total Population | Total SNAP-Authorized Retailers | SNAP-Authorized Retailers, Rate per 10,000 Population |
|---|---|---|---|
| Suffolk County, NY | 1,493,350 | 763 | 5.11 |
| New York | 19,320,388 | 18,708 | 9.68 |
| United States | 312,411,142 | 258,959 | 8.29 |

*Data Source: US Department of Agriculture, Food and Nutrition Service, USDA - SNAP Retailer Locator. Additional data analysis by CARES. 2016. Source geography: Tract*



SNAP-Authorized Retailers, Rate
(Per 10,000 Population)

■ *Suffolk County, NY (5.11)*
■ *New York (9.68)*
■ *United States (8.29)*



**SNAP-Authorized Retailers Access, Rate per 10,000 Population by Tract, USDA 2016**

■ Over 12.0

■ 6.1 - 12.0

□ Under 6.0

□ No SNAP-Authorized Retailers

■ No Population or No Data

□ Report Area

## Food Access - WIC-Authorized Food Stores

*This indicator reports the number of food stores and other retail establishments per 100,000 population that are authorized to accept WIC Program (Special Supplemental Nutrition Program for Women, Infants, and Children) benefits and that carry designated WIC foods and food categories.  This indicator is relevant because it provides a measure of food security and healthy food access for women and children in poverty as well as environmental influences on dietary behaviors.*

| Report Area | Total Population (2011 Estimate) | Number WIC-Authorized Food Stores | WIC-Authorized Food Store Rate (Per 100,000 Pop.) |
| --- | --- | --- | --- |
| Suffolk County, NY | 1,498,822 | 147 | 9.8 |
| New York | 19,768,812 | 4,979 | 25.1 |
| United States | 318,921,538 | 50,042 | 15.6 |

*WIC-Authorized Food Stores, Rate (Per 100,000 Population)*

0        30

■ Suffolk County, NY (9.8)
■ New York (25.1)
■ United States (15.6)

*Data Source: US Department of Agriculture, Economic Research Service, USDA - Food Environment Atlas. 2011. Source geography: County*



**WIC-Authorized Stores, Rate (Per 100,000 Pop.) by County, FEA 2011**

■ Over 30.0

■ 15.1 - 30.0

■ Under 15.1

■ No WIC-Authorized Retailers

■ No Data or Data Suppressed

□ Report Area

## *Child Care*

According to the Child Care Council of Suffolk County's 2014 report, child care is an essential part of the Long Island economy. The child care industry allows parents to work and earn a living, while employing nearly 9,000 child care employees. High-quality child care also helps children develop positive social, emotional and academic skills that prepare them to be successful in school. Unfortunately many families are still unable to access high-quality child care on Long Island due to high costs or lack of availability. There is extensive research to support the need for high-quality child care from a child development perspective. There is also a fiscal benefit to creating a stronger early learning system that addresses the existing gaps and establishes a fair and efficient way to pay for quality care. - Nancy Rauch Douzinas, Rauch Foundation (The Child Care Industry, An Integral Part of Long Island's Economy, 2014)

## Who's Minding the Kids?: Meeting Challenges … Creating Opportunities For Quality Child Care and Early Learning In Suffolk County - A Report to the Suffolk County Legislature By the Welfare to Work Commission

### Rising Child-Care Costs on Long Island: Impacts on Families

In early March, 2014, Senator Kirsten Gillibrand issued a press release; "Child Care Costs Rising $730 Each Year in New York" documenting that the cost of child care on Long Island is increasing $468 per year. "Now the average family spends approximately $15,444 per year for an infant, $13,000 for a toddler and $13,624 for a school-age child" the Senator's press release stated. Chart 6 shows the rising cost of child care in Nassau and Suffolk Counties

**Chart 6[1]**

**Long Island Child Care-Costs Per Year**

| County | Under Age 2 | Age 3 -5 | Age 6 -12 | Average Increase |
|--------|-------------|----------|-----------|------------------|
| **Nassau** | $15,444.00 | $13,000.00 | $13,624.00 | $303.33 |
| **Suffolk** | $15,444.00 | $13,000.00 | $13,624.00 | $632.67 |

---

[1] http://www.gillibrand.senate.gov/imo/media/doc/ChildCare.pdf

Senator Gillibrand has stated "as parents are paying a bigger slice of their income each year for child care and forced to make difficult decisions to afford it."

### Reductions in Government Funding of Child Care

Shea Levin offered this observation in her testimony about our nation's approach to child care: "American families get little support in paying for child care compared to families in other rich democracies."[2] NYSUT President Richard Iannuzzi offered a similar observation, "We see data on how Europeans do well in education. They have a mentality on the importance of education and of teachers."[3]  With an aversion to taxes and social programs of all kinds that far exceeds other industrial democracies, the United States trails in its publicly-funded child-care programs. Chart 8 compares the child-care costs paid out-of-pocket by American parents with a number of other industrial democracies.

### Chart 8[4]
**Parent Share of Child-Care Costs, By Country**

| Country | Approximate Parent Share of Child-Care Costs |
|---------|----------------------------------------------|
| United States | 60% |
| Australia | 31% |
| France | 27% for children 0-3; free for children 3-6 |
| Italy | 18% for children 0-3; free for children 3-6 |
| Finland | 15% |
| Germany | 14% |
| Sweden | 9% |

### Chart 9

### Reductions in U.S. Child-Care Spending[5]

**Child care assistance spending in 2012 fell to a 10-year low.**

- Total spending on child care assistance—including combined child care and TANF [welfare] funds—was $11.4 billion, the lowest level since 2002.
- Spending within [the federal] Child Care Development Block Grant (CCDBG) fell to the lowest level since 2002.
- Federal TANF funds used for child care fell to the lowest level since 1998.

**The number of children receiving CCDBG-funded child care fell to a 14-year low.**

- A monthly average of 1.5 million children received CCDBG-funded child care, the smallest number of children served since 1998.

---

[2] Levin, Ibid.

[3] Iannuzzi, Op. Cit.

[4] Every Child Matters. *Homeland Insecurity: Why New Investments in Children and Youth Must be a Priority for Candidates,* 2012, P. 16.

[5] Matthews, Hanna and Stephanie Schmit. *Child Care Assistance Spending and Participation in 2012 – A Record Low*. CLASP, February, 2014

- About 263,000 fewer children received CCDBG-funded child care in 2012 than in 2006.

**Total combined child care spending (including federal and state CCDBG and TANF [welfare]funds) fell from $12.9 billion in 2011 to $11.4 billion in 2012**, the most recent year for which data are available This was the lowest level of spending since 2002. While the bulk of the decline was the result of decreased spending in CCDBG, spending reductions in the TANF program in 2012 and in previous years contributed significantly.

**Total spending in 2012 included:**

- $8.6 billion in state and federal CCDBG funds;
- $1.2 billion in federal TANF funds spent directly on child care; and
- $1.6 billion in additional state TANF MOE [Maintenance of Effort – the State's contribution].

## New York State's Flawed CCBG Formula

As the Commission reported in the 2012 "Struggling in Suburbia" Suffolk poverty report as well as in several previous child-care reports, Suffolk County has been penalized by the New York State formula used to determine each county's Child Care Block Grant (CCBG) allocation. In a January, 2014 letter from DSS Commissioner John O'Neill to Acting OCFS Commissioner Sheila Poole, Commissioner O'Neill pointed out that Suffolk lost over $5 million dollars in CCBG funds between 2006 and 2012.[6] These State CCBG reductions compound the federal CCDBG reductions described above and have had an extremely negative impact on Suffolk's working- poor parents who need the CCBG subsidy to help pay their burdensome child-care costs.

The New York State Office of Children and Families Services Child Care Block Grant (CCBG) funds Suffolk County's child-care programs. About 75% of these funds are directed to families who are required to receive child care such as Temporary Assistance to Needy Families (TANF) welfare recipients, the number of whom increased dramatically during the Great Recession. The remaining 25% of CCBG funds are directed at helping working-poor parents pay for child-care services. Yet, during the Great Recession, CCBG funds for Suffolk County's child- care program have been cut by over $5 million.  These CCBG reductions took place while the Suffolk County Department of Social Services increased the number of children served from 3,627 in 2009 to more than 5,900 in 2011. Part of this dramatic increase in the number of children served was the result of a DSS decision to apply federal stimulus funds to meet the actual demand for child care in Suffolk, a decision that had negative consequences which will be discussed below.[7]

As a result of the CCBG reductions, DSS was forced in 2012 to devastate many working-poor families who rely on the CCBG subsidy by:

- Increasing the amount of the child-care co-payments parents must contribute from 15% to 30% of the child-care costs;

---

[6] O'Neill, John, Commissioner, SCDSS. Letter to Sheila Poole, Acting Commissioner, New York State Office of Children and Family Services, January 24, 2014.
[7] *Struggling in Suburbia*, Op. Cit.

- Decreasing the child-care subsidy eligibility level for working-poor families from 200% of the Federal Poverty Level (FPL) to 100% of the FPL which in 2012 was $23,050 for a family of four;
- Eliminating subsidized child care for 2,254 children of working-poor families in 2012;
- Closing the subsidized child-care program to any new working-poor families.[8]

The Commission, a noted above, reported in "Struggling in Suburbia" that 200% of Federal Poverty Level ($47,100 for a family of four in 2014) is the "true" poverty level for Long Island.

OCFS based the CCBG reductions on an allocations formula that penalized SCDSS for using federal stimulus ARRA (American Relief and Recovery Act) funds to increase Suffolk's subsidized child-care rolls, despite being authorized to do so in Local Commissioners Memoranda 09-OCFS-LCM-14 and 10-OCFS-LCM-14, issued in 2009 and again in 2010. The outdated OCFS formula applies a four year average of CCBG fund usage by a county to determine its current CCBG allocation.  It thereby did not take into account the use of ARRA stimulus funds which OCFS authorized to meet the actual demand for child care in Suffolk County.[9]

In 2013, Suffolk County Executive Steve Bellone, with DSS, was able to add $3.5 million in County funds to child care due to a decrease in the number of TANF recipients of child care, and with OCFS adding almost $995,000 to the Suffolk CCBG allocation for 2013-2014, DSS was able to restore eligibility for the child-care subsidy to 150% of FPL, add 1,058 children to the subsidized child-care rolls since February 2013 and lower the family co-pay from 30% to 20%. However, as Commissioner O'Neill stated in his letter, DSS is "currently serving 2,392 non-Temporary Assistance children [i.e., children in working-poor families], 1,386 (37%) fewer than the 3,778 children served in January 2012" when the eligibility for the child-care subsidy was last at 200% of Federal Poverty Level.[10]

Having documented in his letter Suffolk's changing demographics, including a rise in the immigrant population as well as a significant increase in low-income families, Commissioner O'Neill went on to again request a change in the CCBG funding formula:

> "The methodology currently in use is based on the average level of annual child-care claims for the prior four Federal Fiscal years as well as the rollover of unspent NYS CCBG funds. This simplistic methodology does not account for districts' differential need for subsidized child care services based on the changing demographics of its residents through time, with some districts experiencing a disproportionate increase in the number and percentage of low-income families and children…. The current methodology also fails to take into account increases to the cost of child care (i.e. property taxes and utilities) which could be disproportionate across districts and reduces the number of children that can be served at the same funding level. Additionally, it penalizes districts that cannot quickly increase their child-care caseload and concomitant expenditure levels in response to an increase in its CCBG allocation or other time-limited funds. This results in districts under spending their CCBG allocation as

---

[8] Ibid.
[9] Ibid.
[10] O'Neill OCFS letter, Op. Cit.

… happened in Suffolk during federal fiscal years 2009-2010 and 2010-2011 when the County worked to maximize use of time-limited federal ARRA funds."[11]

## NYSCAA Community Commons Needs Assessment Tool:

### _Head Start_

_This indicator reports the number and rate of Head Start program facilities per 10,000 children under age 5. Head Start facility data is acquired from the US Department of Health and Human Services (HHS) 2015 Head Start locator.  Population data is from the 2010 US Decennial Census._



Head Start Programs Rate (Per 10,000 Children Under Age 5)

| Report Area | Total Children Under Age 5 | Total Head Start Programs | Head Start Programs, Rate (Per 10,000 Children) |
|---|---|---|---|
| Suffolk County, NY | 85,984 | 22 | 2.44 |
| New York | 1,155,822 | 780 | 6.11 |
| United States | 20,426,118 | 17,442 | 7.62 |

■ Suffolk County, NY (2.44)
■ New York (6.11)
■ United States (7.62)

_Data Source: US Department of Health Human Services, Administration for Children and Families. 2014. Source geography: Point_



● **Head Start Facilities, All Facilities, ACF 2014**

▢ Report Area

---
[11] Ibid.,

## *Transportation*

Decreased access to transportation associated with poverty creates barriers to obtain help from the very community-based programs designed to assist this segment of the population. For many, transportation is a major obstacle to access to food and services. Long Island residents need transportation options in order to go to work or school, shop and conduct personal business, access services, take advantage of recreational opportunities, and participate in other community activities. Today, the automobile is the predominant mode of travel in suburban Long Island. Despite the fact that Nassau and Suffolk counties are served by an extensive network of roadways and fixed route rail and bus services, as well as demand response transportation services, some of Long Islanders continue to experience a lack of mobility. These individuals do not have access to a car, are unable to use the rail and bus systems (due to a disability, a lack of a means of traveling to a rail station or bus stop, income limitations, or the need to travel when fixed route services are not in operation), and have no demand responsive option available to them (such services are often limited to specific geographic areas, eligible riders, and/or eligible trip types). (New York Metropolitan Transportation Council, 2007)

Data included in this assessment includes:

- o Households with no motor vehicle: 5.39%
- o Use of public transportation: 6.54% (very low utilization)

Long Island Index:

- Long Island Railroad added 1.6 million passengers in 2013, while bus ridership declined in Suffolk County.
  - o Why is this important?
    - ▪ Reduce traffic congestion
    - ▪ Provide quicker access to jobs
    - ▪ Reduce air pollution and help to improve the overall livability of our communities

In July 2017, Governor Andrew M. Cuomo announced that $5.6 billion will be allocated for the transformation of the Long Island Rail Road to strengthen the region's transportation infrastructure. In recent years, the Long Island Rail Road has had issues of punctuality, overcrowding, reliability, cancelations, and price increases, which have led to rider dissatisfaction. According to the Long Island Index "For the 100 years leading up to World War II, the Long Island Rail Road was the region's mother road, the primary mover of people and goods around the Island and to and from New York City. That changed as post-war housing developers strayed ever farther afield from the LIRR's tracks, creating a new transportation paradigm in which the car was king. As train ridership slowed, investment followed suit, leaving us with a transit system that is better equipped for the first half of the 20th Century than the start of the 21st."

## Households with No Motor Vehicle

*This indicator reports the number and percentage of households with no motor vehicle based on the latest 5-year American Community Survey estimates.*

| Report Area | Total Occupied Households | Households with No Motor Vehicle | Percentage of Households with No Motor Vehicle |
|---|---|---|---|
| Suffolk County, NY | 493,849 | 26,630 | 5.39% |
| New York | 7,262,279 | 2,132,048 | 29.36% |
| United States | 116,926,305 | 10,628,474 | 9.09% |

*Data Source: US Census Bureau, American Community Survey. 2011-15. Source geography: Tract*

Percentage of Households with No Motor Vehicle

- Suffolk County, NY (5.39%)
- New York (29.36%)
- United States (9.09%)



**Households with No Vehicle, Percent by Tract, ACS 2011-15**

- Over 8.0%
- 6.1 - 8.0%
- 4.1 - 6.0%
- Under 4.1%
- No Data or Data Suppressed
- Report Area

### Households with No Motor Vehicle by Tenure

| Report Area | Owner-Occupied Households with No Vehicle | Percentage of Owner-Occupied Households with No Vehicle | Renter-Occupied Households with No Vehicle | Percentage of Renter-Occupied Households with No Vehicle |
|---|---|---|---|---|
| Suffolk County, NY | 10,619 | 2.71% | 16,011 | 4.08% |
| New York | 371,196 | 9.53% | 1,760,852 | 45.21% |
| United States | 2,498,250 | 3.34% | 8,130,224 | 10.88% |



## _Use of Public Transportation_

_This indicator reports the percentage of population using public transportation as their primary means of commute to work. Public transportation includes buses or trolley buses, streetcars or trolley cars, subway or elevated rails, and ferryboats._

| Report Area | Total Population Employed Age 16 | Population Using Public Transit for Commute to Work | Percent Population Using Public Transit for Commute to Work |
| --- | --- | --- | --- |
| _Suffolk County, NY_ | _721,417_ | _47,169_ | _6.54%_ |
| _New York_ | _9,064,986_ | _2,521,039_ | _27.81%_ |
| _United States_ | _143,621,171_ | _7,362,038_ | _5.13%_ |

_Data Source: US Census Bureau, American Community Survey. 2011-15. Source geography: Tract_

_Percent Population Using Public Transit for Commute to Work_

- 🟥 _Suffolk County, NY (6.54%)_
- 🟧 _New York (27.81%)_
- 🟦 _United States (5.13%)_



***Workers Traveling to Work Using Public Transit, Percent by Tract, ACS 2011-15***

- *Over 4.0%*
- *1.1 - 4.0%*
- *0.1 - 1.0%*
- *No Workers Using Public Transit*
- *No Data or Data Suppressed*
- *Report Area*

## Long Island Index:



Deferred capacity investments on the Long Island Rail Road limit Long Island's growth.

**Due to constraints in track capacity...**

- City-bound peak-hour service on several branch lines is at maximum capacity.
- LIRR service is less reliable* than NJTransit or Metro-North due to limited operational flexibility.
- There are gaps of up to 70 minutes in daily reverse-commute service to many Long Island employment centers.

The absence of reliable eastbound train service to Long Island during peak commute times greatly reduces the feasibility of reverse commuting to Long Island. The gap in service prevents many New York metro area workers who rely on transit from working on Long Island, even though their skills may be well-aligned with the needs of Long Island businesses.

* Reliability measured by on-time performance using most recent indicators from MTA Long Island Rail Road, MTA Metro-North Railroad, and NJTransit.
Source: How the Long Island Rail Road Could Shape The Next Economy, Long Island Index / RPA, January 2013; HR&A Advisors. Image: Joe Shlabotnik, Flickr

HR&A Advisors, Inc.                    The Economic and Fiscal Impacts of LIRR Third Track | 13

## Percent Change in Ridership, 2011-2012



Source: MTA, NJ Transit, Suffolk County and Westchester County Bee Line; compiled by RPA



### Percent Change in Ridership
2012-2013



\* Includes Huntington Area Rapid Transit
Source: MTA, NJ Transit, Suffolk County and Weschester County Bee Line

## *Housing*

According to the Suffolk County Consolidated Plan Housing Market Analysis, the most common housing type throughout Suffolk County is the owner-occupied, single family detached home. Countywide, 82% of units are single-family detached and there is a high rate of owner occupancy at 82%. The remaining 18% of the housing stock is rental housing.

The County has been impacted by the recent housing crisis. Median sale prices declined from their peak in 2007. The rash of foreclosures that followed caused homeowners to abandon their properties which carried mortgages greater than the value of their home. While this provided a potential opportunity for new homebuyers to acquire these now affordable homes, high down payment and credit standards became obstacles to ownership. In response, Suffolk County has established the Suffolk County Land Bank, which in collaboration with the NYS Attorney General's office, acquires, rehabilitates and sells designated foreclosed homes in Suffolk County at an affordable price. However, high taxes and utility costs continue to contribute to the lack of affordable housing in the County.

The areas most impacted by the foreclosure crisis have also seen large declines in home purchase lending due to lenders tightening underwriting requirements. Areas with high foreclosure concentrations and low lending levels were most often areas of high Black and Latino homeownership.  Suffolk County's three "majority–minority" zip codes were also its most impacted zip codes (Central Islip, Brentwood, and Wyandanch).  Black homeowners are 18 times more likely than a White, non-Hispanic homeowner to live in one of the county's three most impacted zip codes.  (Empire Justice 2013 - The Long Island Foreclosure Crisis).

The foreclosure crisis has created a significant threat to the asset wealth and economic stability of these minority communities.  As a result, EOC of Suffolk, Inc. is collaborating with local housing counseling agencies to assist with the recovery of these communities, which has been slow.  Some key findings cited in a 2013 report published by Empire Justice Center titled, *"Long Island Communities Trying to Recover from the Foreclosure Crisis Lack Access to Mortgage Lending"* highlighted some of the causes of this: low income applicants in Nassau County were denied 40% of the time and 2.7 times more than the average for all applicants; Blacks and Latino borrowers made (8,933); in Nassau County, 22% of Black applicants were denied home purchase loans, while 26% were denied in Suffolk County.

The recovery of these communities will be contingent upon all local community based housing counseling agencies on Long Island working together towards the common goal of creating and restoring asset wealth and economic stability by providing comprehensive housing counseling's services to these minority communities.

Similarly, rent prices continue to increase. As people are priced out of the housing market, and/or want to downsize, Long Islanders look to rental properties as an affordable solution. Demographics and national research suggests that this trend will continue and the demand for rental housing will increase.

The housing cost burden to both renters and owners in all income categories is great. The Housing Needs Summary Table (p. 129) shows the numbers to be significant in the 30-80% AMI categories of owners and renters who are paying greater than 30% and greater than 50% of their income on housing costs. This continues to be a challenge for the Consortium and the County. We continue to address the high cost of housing with a variety of approaches toward affordability and strategies to combat barriers to that goal. (Suffolk County Consolidated Plan Housing Market Analysis, OMB Control # 2506-0117 exp. 7/31/2015)

Also, according to the Housing Market Analysis of the Suffolk County Consolidated Plan 2015, "demographic changes occurring within Suffolk County over the past two decades have created a new housing demand profile that includes a higher proportion of smaller, multi-family units, a higher proportion of rental units, and more units that are priced at levels that are affordable to households earning under $75,000 annually."

Initially in 2000, EOC of Suffolk, Inc. developed its housing program to provide decent and affordable housing opportunities to low income minority individuals and families.  The Agency developed 18 affordable homes for low income, first-time homebuyers utilizing HOME and NYS Affordable Housing Corp. funds, and continues to provide homebuyer and mortgage default counseling to over 3,000 individuals and families. Despite these efforts, there continues to be an overwhelming need for affordable housing on Long Island.

Data included in this assessment:
- Cost Burdened Households (Over 30% of Income): 44.66%
- Income Levels in Suffolk County
- Households with Public Assistance Income: 10,857
- HUD Program Utilization
- Housing Unit Age: Median Year 1968
- Mortgage Lending: Loan Originations, Rate per 100,000 Population: 125.89

- Overcrowded Housing Units: 12,500 overcrowded units of 424,067 total

- Percent Occupied Housing Units with One or More Substandard Conditions: 44.35%

- Vacant Housing Units: 76,345 of 570,194 total (13.39%)

## Empire State Justice: The Long Island Foreclosure Crisis 2013

<u>**Over 25%**</u> **of NY Homeowners at Risk of Foreclosure Live on Long Island**

◼ **159,357** 90-day PFF Notices were sent in the state in the first half of 2012:

**25.7%** (40,915) of those were from Long Island:

◼ *10.2 % were from Nassau County (16,175)*

◼ *15.5 % were from Suffolk County (24,740)*

**27.1%** were from New York City

**47.2%** were from the rest of the state



# Home Purchase Lending – Current low levels indicate difficulties in absorbing foreclosed properties as they

**From 2006 to 2011, home purchase lending declined by 60% in Nassau County...**

**... and by 70% in Suffolk County**







In the central parts of the Town of Islip and in two areas of the Town of Babylon, over 60% of the conventional home purchase loans made in 2006 were high-cost loans.

Avg % loans that are high cost in Suffolk County: 37%
Avg % loans that are high cost on Long Island: 35%

% of loans that are high cost
- 0 - 15%
- 16 - 30%
- 31 - 45%
- 46 - 60%
- 61 - 82%
- No information
- Suffolk County Towns

Note: Includes conventional home purchase loans on owner-occupied 1-4 family site-built units

© 2012, Empire Justice Center; www.empirejustice.org

Sources: FFIEC (2006, 2010), Census (2000), ESRI (2008)





**Disparate Impact**

*Half of Minority Owners Are in the 10 Most Impacted Areas*

- **26,186**   90-Day PFF Notices were sent in Suffolk County in the first half of 2012

  - *10 of 94* zip codes in the county account for

    *34.5%* of those notices

❑   Those ―top 10‖ zip codes (ranked using the race-neutral   ―impact score‖) include:

■   *49.3%* of all Black and Hispanic homeowners in the county, but in contrast only ☐*10.9%* of the White, non-Hispanic homeowners

**Disparate Impact**

*Top 3 "Minority" = Top 3 Most Impacted*

■   **Central Islip, Brentwood** and **Wyandanch** are the *only* three zip codes in Suffolk County that are ―majority-minority‖

■   Those three zip codes rank as the ***TOP THREE*** most impacted zip codes using the ***race-neutral*** ―impact score‖

■   ***Two thirds of all Black and Latino homeowners*** in Suffolk County live in the top 19 zip codes (out of 94) ranked for foreclosure impact.

**Disparate Impact**

*Black vs. White Homeowners:   27% vs. 1.5%*

☐Looking at **Black Homeowners** alone . . .

❑     *27%* of *all* Black homeowners in Suffolk County live in ***the top 3 (out of 94) zip codes***

❑     In contrast, only *1.5%* of the White, non-Hispanic homeowners live in those same three zip codes

❑     A Black homeowner is ***18 times more likely*** than a White, non Hispanic homeowner to live in one of these top three impacted areas.

## NYSCAA Community Commons Needs Assessment Tool:

### Housing Cost Burden (30%)

*This indicator reports the percentage of the households where housing costs exceed 30% of total household income.  This indicator provides information on the cost of monthly housing expenses for owners and renters. The information offers a measure of housing affordability and excessive shelter costs. The data also serve to aid in the development of housing programs to meet the needs of people at different economic levels.*

| Report Area | Total Households | Cost Burdened Households (Housing Costs Exceed 30% of Income) | Percentage of Cost Burdened Households (Over 30% of Income) |
|---|---|---|---|
| *Suffolk County, NY* | *493,849* | *220,553* | *44.66%* |
| *New York* | *7,262,279* | *2,952,089* | *40.65%* |
| *United States* | *116,926,305* | *39,670,109* | *33.93%* |

Percentage of Households where Housing Costs Exceed 30% of Income

■ *Suffolk County, NY (44.66%)*
■ *New York (40.65%)*
■ *United States (33.93%)*

*Data Source: US Census Bureau, American Community Survey. 2011-15. Source geography: Tract*



**Cost Burdened Households (Housing Costs Exceed 30% of Household Income), Percent by Tract, ACS 2011-15**

■ *Over 35.1%*
■ *28.1 - 35.0%*
■ *21.1 - 28.0%*
□ *Under 21.1%*
■ *No Data or Data Suppressed*
□ *Report Area*

Cost Burdened Households by Tenure, Total

*This data shows the number of households that spend more than 30% of the household income on housing costs. In the report area, there were 220,553 cost burdened households according to the U.S. Census Bureau American Community Survey (ACS) 200-2015 5-year estimates. The data for this indicator is only reported for*

*households where household housing costs and income earned was identified in the American Community Survey.*

| Report Area | Cost Burdened Households | Cost Burdened Rental Households | Cost Burdened Owner Occupied Households (With Mortgage) | Cost Burdened Owner Occupied Households (With No Mortgage) |
|---|---|---|---|---|
| Suffolk County, NY | 220,553 | 56,338 | 127,702 | 36,513 |
| New York | 2,952,089 | 1,709,640 | 935,995 | 306,454 |
| United States | 39,670,109 | 20,210,842 | 15,648,374 | 3,810,893 |



### Cost Burdened Households by Tenure, Percent

*This data shows the percentage of households by tenure that are cost burdened. Cost burdened rental households (those that spent more than 30% of the household income on rental costs) represented 55.53% of all of the rental households in the report area, according to the U.S. Census Bureau American Community Survey (ACS) 2010-2015 5-year estimates. The data for this indicator is only reported for households where tenure, household housing costs, and income earned was identified in the American Community Survey.*

| Report Area | Rental Households | Percentage of Rental Households that are Cost Burdened | Owner Occupied Households (With Mortgage) | Percentage of Owner Occupied Households w/ Mortgages that are Cost Burdened | Owner Occupied Households (No Mortgage) | Percentage of Owner Occupied Households w/o Mortgages that are Cost Burdened |
|---|---|---|---|---|---|---|
| Suffolk County, NY | 101,459 | 55.53% | 273,748 | 46.65% | 118,642 | 30.78% |
| New York | 3,367,557 | 50.77% | 2,462,215 | 38.01% | 1,432,507 | 21.39% |

| United States | 42,214,214 | 47.88% | 48,414,291 | 32.32% | 26,297,800 | 14.49% |



## Income - Families Earning Over $75,000

*In the report area, 65.92%, or 242,271 families report a total annual income of $75,000 or greater. Total income includes all reported income from wages and salaries as well as income from self-employment, interest or dividends, public assistance, retirement, and other sources. As defined by the US Census Bureau, a family household is any housing unit in which the householder is living with one or more individuals related to him or her by birth, marriage, or adoption.  A non-family household is any household occupied by the householder alone, or by the householder and one or more unrelated individuals.*

| Report Area | Total Families | Families with Income Over $75,000 | Percent Families with Income Over $75,000 |
| --- | --- | --- | --- |
| Suffolk County, NY | 367,526 | 242,271 | 65.92% |
| New York | 4,625,960 | 2,227,355 | 48.15% |
| United States | 77,260,546 | 33,885,974 | 43.86% |

**Percent Families with Income Over $75,000**

- Suffolk County, NY (65.92%)
- New York (48.15%)
- United States (43.86%)

*Data Source: US Census Bureau, American Community Survey. 2011-15. Source geography: Tract*



*Family Income Over $75,000, Percent by Tract, ACS 2011-15*

*Over 55.0%*

*40.1 - 55.0%*

*25.1 - 40.0%*

*Under 25.1%*

*No Data or Data Suppressed*

*Report Area*

## Families with Income Over $75,000 by Race Alone, Total

| Report Area | White | Black or African American | Native American / Alaska Native | Asian | Native Hawaiian / Pacific Islander | Some Other Race | Multiple Race |
|---|---|---|---|---|---|---|---|
| Suffolk County, NY | 212,995 | 12,994 | 258 | 8,147 | 36 | 5,318 | 2,523 |
| New York | 1,720,549 | 227,852 | 4,632 | 162,843 | 428 | 77,765 | 33,286 |
| United States | 28,042,926 | 2,361,904 | 146,020 | 2,093,849 | 40,088 | 681,144 | 520,043 |



## *Families with Income Over $75,000 by Race Alone, Percent*

| Report Area | White | Black or African American | Native American / Alaska Native | Asian | Native Hawaiian / Pacific Islander | Some Other Race | Multiple Race |
|---|---|---|---|---|---|---|---|
| Suffolk County, NY | 68.59% | 52.1% | 41.48% | 65.21% | 34.29% | 39.2% | 48.14% |
| New York | 55.01% | 33.83% | 27.45% | 46.21% | 31.61% | 21.17% | 38.48% |
| United States | 47.1% | 26.74% | 26.07% | 55.65% | 36.83% | 22.13% | 37.62% |



## **Families with Income Over $75,000 by Ethnicity Alone**

| Report Area | Total Hispanic / Latino | Total Not Hispanic / Latino | Percent Hispanic / Latino | Percent Not Hispanic / Latino |
|---|---|---|---|---|
| Suffolk County, NY | 24,914 | 342,612 | 49.24 | 108.1 |
| New York | 214,478 | 4,411,482 | 28.05 | 114.25 |
| United States | 2,923,317 | 74,337,229 | 26.37 | 112.33 |



## Income - Inequality (GINI Index)

*This indicator reports income inequality using the Gini coefficient.   Gini index values range between zero and one. A value of one indicates perfect inequality where only one house-hold has any income. A value of zero indicates perfect equality, where all households have equal income.*
*Index values are acquired from the 2011-15 American Community Survey and are not available for custom report areas or multi-county areas.*

| Report Area | Total Households | Gini Index Value |
|---|---|---|
| Suffolk County, NY | 493,849 | 0.43 |
| New York | 7,262,279 | 0.51 |
| United States | 116,926,305 | 0.48 |

*Data Source: US Census Bureau, American Community Survey. 2011-15. Source geography: Tract*



*Gini Index Value*

■ *Suffolk County, NY (0.43)*
■ *New York (0.51)*
■ *United States (0.48)*



*Income Inequality (GINI), Index Value by Tract, ACS 2011-15*

- *Over 0.460*
- *0.431 - 0.460*
- *0.401 - 0.430*
- *Under 0.401*
- *No Data or Data Suppressed*
- *Report Area*

## Income - Median Family Income

*This indicator reports median family income based on the latest 5-year American Community Survey estimates.  A family household is any housing unit in which the householder is living with one or more individuals related to him or her by birth, marriage, or adoption.  Family income includes the incomes of all family members age 15 and older.*

| Report Area | Total Family Households | Average Family Income | Median Family Income |
|---|---|---|---|
| Suffolk County, NY | 367,526 | $124,208 | $102,582 |
| New York | 4,625,960 | $100,948 | $71,913 |
| United States | 77,260,546 | $88,153 | $66,011 |

*Data Source: US Census Bureau, American Community Survey. 2011-15. Source geography: Tract*

Median Family Income

0     20000

- Suffolk County, NY (102,582)
- New York (71,913)
- United States (66,011)



**Median Family Income by Tract, ACS 2011-15**

■ Over $65,000

■ $55,001 - $65,000

■ $45,001 - $55,000

■ Under $45,001

■ No Data or Data Suppressed

□ Report Area

## Median Family Income by Family Composition

| Report Area | Married-Couple Families without Children | Married-Couple Families with Children | Single-Males without Children | Single-Males with Children | Single Females without Children | Single Females with Children |
|---|---|---|---|---|---|---|
| Suffolk County, NY | $109,772 | $121,868 | $80,221 | $57,958 | $72,336 | $43,002 |
| New York | $86,415 | $95,817 | $58,927 | $40,238 | $49,616 | $26,347 |
| United States | $76,158 | $85,393 | $52,072 | $38,140 | $43,324 | $24,433 |



### *Median Family Income by Race / Ethnicity of Householder*

| Report Area | Non-Hispanic White | Black | Asian | American Indian / Alaska Native | Native Hawaiian / Pacific Islander | Other Race | Multiple Race | Hispanic / Latino |
|---|---|---|---|---|---|---|---|---|
| *Suffolk County, NY* | *$110,469* | *$77,341* | *$101,576* | *$53,864* | *no data* | *$59,965* | *$70,015* | *$73,823* |
| *New York* | *$86,512* | *$51,442* | *$67,863* | *$41,722* | *$39,663* | *$37,303* | *$56,111* | *$43,693* |
| *United States* | *$74,738* | *$43,060* | *$84,964* | *$43,635* | *$56,928* | *$41,106* | *$56,749* | *$44,580* |



Median Family Income by Race / Ethnicity of Householder

## <u>Income - Per Capita Income</u>

*The per capita income for the report area is $37,633. This includes all reported income from wages and salaries as well as income from self-employment, interest or dividends, public assistance, retirement, and other sources. The per capita income in this report area is the average (mean) income computed for every man, woman, and child in the specified area.*

| Report Area | Total Population | Total Income ($) | Per Capita Income ($) |
|---|---|---|---|
| *Suffolk County, NY* | *1,501,373* | *$56,502,228,600* | *$37,633* |
| *New York* | *19,673,174* | *$653,862,345,400* | *$33,236* |
| *United States* | *316,515,021* | *$9,156,731,836,300* | *$28,929* |



Per Capita Income ($)

■ *Suffolk County, NY (37,633)*
■ *New York (33,236)*
■ *United States (28,929)*

*Data Source: US Census Bureau, American Community Survey. 2011-15. Source geography: Tract*



*Per Capita Income by Tract, ACS 2011-15*

- Over 30,000
- 25,001 - 30,000
- 20,001 - 25,000
- Under 20,001
- No Data or Data Suppressed
- Report Area

## *Per Capita Income by Race Alone*

| Report Area | White | Black or African American | Native American / Alaska Native | Asian | Native Hawaiian / Pacific Islander | Some Other Race | Multiple Race |
|---|---|---|---|---|---|---|---|
| Suffolk County, NY | $40,907 | $24,932 | $33,629 | $22,970 | $35,098 | $17,594 | $16,923 |
| New York | $39,177 | $21,942 | $31,379 | $19,441 | $28,195 | $16,137 | $18,989 |
| United States | $31,801 | $19,378 | $33,069 | $17,367 | $20,735 | $15,480 | $16,164 |



## *Per Capita Income by Ethnicity Alone*

| Report Area | Hispanic / Latino | Not Hispanic / Latino |
|---|---|---|
| Suffolk County, NY | $21,500 | $41,130 |
| New York | $18,967 | $36,454 |
| United States | $16,674 | $31,464 |



## Income - Public Assistance Income

*This indicator reports the percentage households receiving public assistance income. Public assistance income includes general assistance and Temporary Assistance to Needy Families (TANF). Separate payments received for hospital or other medical care (vendor payments) are excluded. This does not include Supplemental Security Income (SSI) or noncash benefits such as Food Stamps.*

| Report Area | Total Households | Households with Public Assistance Income | Percent Households with Public Assistance Income |
|---|---|---|---|
| Suffolk County, NY | 493,849 | 10,857 | 2.2% |
| New York | 7,262,279 | 246,652 | 3.4% |
| United States | 116,926,305 | 3,223,786 | 2.76% |



*Data Source: US Census Bureau, American Community Survey. 2011-15. Source geography: Tract*



**Households with Public Assistance Income, Percent by Tract, ACS 2011-15**

- Over 3.0%
- 2.1 - 3.0%
- 1.1 - 2.0%
- Under 1.1%
- No Data or Data Suppressed
- Report Area

## Average Public Assistance Dollars Received

| Report Area | Total Households Receiving Public Assistance Income | Aggregate Public Assistance Dollars Received | Average Public Assistance Received (in USD) |
|---|---|---|---|
| Suffolk County, NY | 10,857 | 48,148,800 | $4,434 |
| New York | 246,652 | 970,973,700 | $3,936 |
| United States | 3,223,786 | 11,251,713,900 | $3,490 |



## Housing - Assisted Housing

*This indicator reports the total number of HUD-funded assisted housing units available to eligible renters as well as the unit rate (per 10,000 total households).*

| Report Area | Total Housing Units (2010) | Total HUD-Assisted Housing Units | HUD-Assisted Units, Rate per 10,000 Housing Units |
|---|---|---|---|
| Suffolk County, NY | 569,985 | 13,341 | 234.06 |
| New York | 8,108,103 | 601,503 | 741.85 |
| United States | 133,341,676 | 5,005,789 | 375.41 |

*Data Source: US Department of Housing and Urban Development. 2016. Source geography: County*



HUD-Assisted Units, Rate per 10,000 Housing Units

- Suffolk County, NY (234.06)
- New York (741.85)
- United States (375.41)



**Assisted Housing Units, All by Tract, HUD 2016**

- Over 60
- 31 - 60
- 11 - 30
- 1 - 10
- No Units
- Report Area

### Assisted Housing Units - HUD Programs - by Assistance Program

| Report Area | Housing Choice Voucher Units | Project-Based Section 8 Units | Section 236 Units (Federal Housing Authority Projects) | Public Housing Authority Units | Section 202 Units (Supportive Housing for the Elderly) | Section 811 Units (Supportive Housing for Persons with Disabilities) | Other Multi-Family Program Units (RAP, SUP, Moderate Rehab, Etc.) |
|---|---|---|---|---|---|---|---|

| Suffolk County, NY | 9,213 | 2,615 | 1 | 400 | 639 | 473 | 0 |
|---|---|---|---|---|---|---|---|
| New York | 255,597 | 103,893 | 12,813 | 208,811 | 13,203 | 1,963 | 5,223 |
| United States | 2,474,400 | 1,243,178 | 33,100 | 1,074,437 | 124,704 | 34,463 | 31,612 |



### Assisted Housing Units - HUD Programs - by Assistance Program

This indicator reports the number of assisted units in each program type as a proportion of the total state share.

| Report Area | All Units | Housing Choice Voucher Units | Project-Based Section 8 Units | Section 236 Units (Federal Housing Authority Projects) | Public Housing Authority Units | Section 202 Units (Supportive Housing for the Elderly) | Section 811 Units (Supportive Housing for Persons with Disabilities) | Other Multi-Family Program Units (RAP, SUP, Moderate Rehab, Etc.) |
|---|---|---|---|---|---|---|---|---|
| Suffolk County, NY | 2.22% | 3.60% | 2.52% | 0.01% | 0.19% | 4.84% | 24.10% | 0% |



## _Housing - Housing Unit Age_

_This indicator reports, for a given geographic area, the median year in which all housing units (vacant and occupied) were first constructed.  The year the structure was built provides information on the age of housing units. These data help identify new housing construction and measures the disappearance of old housing from the inventory, when used in combination with data from previous years. This data also serves to aid in the development of formulas to determine substandard housing and provide assistance in forecasting future services, such as energy consumption and fire protection._

| Report Area | Total Housing Units | Median Year Structures Built |
|---|---|---|
| Suffolk County, NY | 570,194 | 1968 |
| New York | 8,171,725 | 1956 |
| United States | 133,351,840 | 1976 |

_Data Source: US Census Bureau, American Community Survey. 2011-15. Source geography: Tract_



_Median Year Structure Built by Tract, ACS 2011-15_

- _Newer than 1985_
- _1976 - 1985_
- _1966 - 1975_
- _Older than 1966_
- _No Data or Data Suppressed_
- _Report Area_

### *All Housing Units by Age (Time Period Constructed), Total*

| Report Area | Before 1960 | 1960-1979 | 1980-1999 | 2000-2010 | After 2010 |
|---|---|---|---|---|---|
| Suffolk County, NY | 192,729 | 221,480 | 109,329 | 43,726 | 2,930 |
| New York | 4,589,844 | 1,846,290 | 1,116,583 | 549,482 | 69,526 |
| United States | 38,911,269 | 35,522,494 | 36,968,463 | 19,861,107 | 2,088,507 |

### *All Housing Units by Age (Time Period Constructed), Percentage*

| Report Area | Before 1960 | 1960-1979 | 1980-1999 | 2000-2010 | After 2010 |
|---|---|---|---|---|---|
| Suffolk County, NY | 33.8% | 38.84% | 19.17% | 7.67% | 0.51% |
| New York | 56.17% | 22.59% | 13.66% | 6.72% | 0.85% |
| United States | 29.18% | 26.64% | 27.72% | 14.89% | 1.57% |

### *Owner-Occupied Housing Units by Age, Total*

| Report Area | Before 1960 | 1960-1979 | 1980-1999 | 2000-2010 | After 2010 |
|---|---|---|---|---|---|
| Suffolk County, NY | 135,427 | 162,759 | 66,870 | 25,556 | 1,778 |
| New York | 2,072,892 | 921,983 | 612,950 | 258,931 | 27,966 |
| United States | 21,070,863 | 19,021,025 | 21,343,090 | 12,030,832 | 1,246,281 |

### *Owner-Occupied Housing Units by Age, Percentage*

| Report Area | Before 1960 | 1960-1979 | 1980-1999 | 2000-2010 | After 2010 |
|---|---|---|---|---|---|
| Suffolk County, NY | 34.51% | 41.48% | 17.04% | 6.51% | 0.45% |
| New York | 53.22% | 23.67% | 15.74% | 6.65% | 0.72% |
| United States | 28.2% | 25.46% | 28.57% | 16.1% | 1.67% |

### *Renter-Occupied Housing Units by Age, Total*

| Report Area | Before 1960 | 1960-1979 | 1980-1999 | 2000-2010 | After 2010 |
|---|---|---|---|---|---|
| Suffolk County, NY | 32,034 | 221,480 | 23,441 | 10,727 | 711 |
| New York | 2,004,783 | 1,846,290 | 368,221 | 209,449 | 38,038 |
| United States | 12,748,132 | 35,522,494 | 11,203,453 | 5,318,407 | 762,087 |

### Renter-Occupied Housing Units by Age, Percentage

| Report Area | Before 1960 | 1960-1979 | 1980-1999 | 2000-2010 | After 2010 |
|-------------|-------------|-----------|-----------|-----------|------------|
| Suffolk County, NY | 31.57% | 34.05% | 23.1% | 10.57% | 0.7% |
| New York | 59.53% | 22.18% | 10.93% | 6.22% | 1.13% |
| United States | 30.2% | 28.86% | 26.54% | 12.6% | 1.81% |

## Housing - LIHTC

The Low Income Housing Tax Credit (LIHTC) program gives State and local LIHTC-allocating agencies the equivalent of nearly $8 billion in annual budget authority to issue tax credits for the acquisition, rehabilitation, or new construction of rental housing targeted to lower-income households. This indicator reports the total number of housing units benefiting from Low Income Housing Tax Credits.

| Report Area | LIHTC Properties | LIHTC Units |
|-------------|------------------|-------------|
| Suffolk County, NY | 35 | 3,492 |
| New York | 3,254 | 220,538 |
| United States | 43,092 | 2,784,155 |

Data Source: US Department of Housing and Urban Development. 2014. Source geography: County



**Low Income Housing Tax Credit (LIHTC) Units, Total by Tract, HUD 2014**

- Over 200
- 101 - 200
- 51 - 100
- 1 - 50
- No LIHTC Units
- Report Area

## Housing - Mortgage Lending

Lending institutions must report all loans for home purchases, home improvements, and mortgage refinancing based on the Home Mortgage Disclosure Act (HMDA) of 1975. This indicator displays information derived from the 2014 HMDA loan-level data files.

| Report Area | Total Population (2010) | Number of Home Loans Originated | Loans Originations, Approval Rate | Loan Originations, Rate per 100,000 Population |
|---|---|---|---|---|
| Suffolk County, NY | 1,493,350 | 18,800 | 48.5% | 125.89 |
| New York | 19,378,102 | 198,770 | 51.16% | 102.57 |
| United States | 312,470,869 | 5,959,108 | 51.57% | 190.71 |

*Home Loan Origination Rate*



■ *Suffolk County, NY (125.89)*
■ *New York (102.57)*
■ *United States (190.71)*

*Data Source: Federal Financial Institutions Examination Council, Home Mortgage Disclosure Act. Additional data analysis by CARES. 2014.*

**All Home Loan Originations, Rate per 10,000 Population by Tract, HMDA 2014**

■ *Over 360.0*
■ *240.1 - 360.0*
■ *170.1 - 240.0*
■ *100.1 - 170.0*
□ *Under 100.0*
■ *No Originations*
▨ *Report Area*

## Home Purchase Loan Originations by Loan Type

*This indicator reports the total number of home purchase loan originations by loan type.  Types reported in the HMDA flat files include: Loans insured by the Federal Housing Administration (FHA loans); Loans insured by the Veterans Administration (VA loans); Farm Service Agency / Rural Housing Service loans (FHS/RHS); and Conventional loans (any loan other than FHA, VA, FSA, or RHS).*

| Report Area | Total Conventional Loans | Total FHA Loans | Total VA Loans | Total FSA/RHA Loans |
|---|---|---|---|---|
| Suffolk County, NY | 15,203 | 2,975 | 619 | 3 |
| New York | 165,521 | 24,163 | 6,872 | 2,214 |
| United States | 4,544,119 | 787,974 | 491,987 | 135,028 |



## Home Purchase Loan Originations by Loan Amount

*This indicator reports the total number and percentage of home purchase loan originations, grouped by loan amount.*

| Report Area | Under $60,000 | Under $60,000 | $60,000 - $119,999 | $60,000 - $119,999 | $120,000 - $199,999 | $120,000 - $199,999 | $200,000 or More | $200,000 or More |
|---|---|---|---|---|---|---|---|---|
| Suffolk County, NY | 99 | 0.91% | 457 | 4.19% | 1,431 | 13.13% | 8,913 | 81.77% |
| New York | 5,554 | 4.77% | 21,617 | 18.58% | 24,090 | 20.7% | 65,103 | 55.95% |
| United States | 203,473 | 6.28% | 618,748 | 19.1% | 966,072 | 29.82% | 1,451,453 | 44.8% |



### *Home Purchase Loan Originations by Race/Ethnicity*

*This indicator reports the total number and percentage of home purchase loan originations, grouped by the primary applicant's race and ethnicity.  Co-applicant race and ethnicity is not considered.*

| Report Area | Non-Hispanic White | Non-Hispanic White | Non-Hispanic Black | Non-Hispanic Black | Non-Hispanic Other | Non-Hispanic Other | Hispanic or Latino | Hispanic or Latino |
|---|---|---|---|---|---|---|---|---|
| *Suffolk County, NY* | *7,894* | *80.75%* | *422* | *4.32%* | *408* | *4.17%* | *1,037* | *10.61%* |
| *New York* | *80,116* | *77.07%* | *5,494* | *5.29%* | *11,504* | *11.07%* | *6,511* | *6.26%* |
| *United States* | *2,250,318* | *77.28%* | *155,681* | *5.35%* | *204,727* | *7.03%* | *289,036* | *9.93%* |



### *Housing - Overcrowded Housing*

*This indicator reports data on overcrowded housing from the latest 5-year American Community Survey.  The Census Bureau has no official definition of crowded units, but this report considers units with more than one occupant per room to be crowded.*

| Report Area | Total Occupied Housing Units | Overcrowded Housing Units | Percentage of Housing Units Overcrowded |
|---|---|---|---|
| *Suffolk County, NY* | *424,067* | *12,500* | *2.95%* |
| *New York* | *5,051,775* | *364,815* | *7.22%* |

Percentage of Housing Units Overcrowded



| United States | 90,647,126 | 3,889,851 | 4.29% |

Suffolk County, NY (2.95%)
New York (7.22%)
United States (4.29%)

*Data Source: US Census Bureau, American Community Survey. 2011-15. Source geography: Tract*



**Overcrowded Housing (Over 1 Person/Room), Percent by Tract, ACS 2011-15**

- Over 4.0%
- 2.1 - 4.0%
- 1.1 - 2.0%
- Under 1.1%
- No Data or Data Suppressed
- Report Area

## Households by Occupancy (Persons per Room), Total

| Report Area | Less Than 0.51 | 0.51 - 1.00 | 1.01 - 1.50 | 1.51 - 2.00 | Over 2.00 |
|---|---|---|---|---|---|
| Suffolk County, NY | 342,883 | 142,013 | 8,443 | 2,713 | 728 |
| New York | 4,676,712 | 2,221,271 | 232,807 | 91,692 | 33,046 |
| United States | 82,226,320 | 30,132,068 | 2,700,932 | 843,390 | 308,388 |



### Households by Occupancy (Persons per Room), Percentage of Total Occupied Households

| Report Area | Less Than 0.51 | 0.51 - 1.00 | 1.01 - 1.50 | 1.51 - 2.00 | Over 2.00 |
|---|---|---|---|---|---|
| Suffolk County, NY | 69.02% | 28.59% | 1.7% | 0.55% | 0.15% |
| New York | 64.46% | 30.61% | 3.21% | 1.26% | 0.46% |
| United States | 70.76% | 25.93% | 2.32% | 0.73% | 0.27% |



## Housing - Substandard Housing

This indicator reports  the number and percentage of owner- and renter-occupied housing units having at least one of the following conditions: 1) lacking complete plumbing facilities, 2) lacking complete kitchen facilities, 3) with 1.01 or more occupants per room, 4) selected monthly owner costs as a percentage of household income greater than 30%, and 5) gross rent as a percentage of household income greater than 30%.  Selected conditions provide information in assessing the quality of the housing inventory and its occupants. This data is used to easily identify homes where the quality of living and housing can be considered substandard.

| Report Area | Total Occupied Housing Units | Occupied Housing Units with One or More Substandard Conditions | Percent Occupied Housing Units with One or More Substandard Conditions |
|---|---|---|---|
| Suffolk County, NY | 493,849 | 219,030 | 44.35% |
| New York | 7,262,279 | 3,039,118 | 41.85% |
| United States | 116,926,305 | 40,585,236 | 34.71% |



Percent Occupied Housing Units with One or More Substandard Conditions

- Suffolk County, NY (44.35%)
- New York (41.85%)
- United States (34.71%)

Data Source: US Census Bureau, American Community Survey. 2011-15. Source

*geography: Tract*



**Substandard Housing Units, Percent of Total by Tract, ACS 2011-15**

- Over 34.0%
- 28.1 - 34.0%
- 22.1 - 28.0%
- Under 22.1%
- No Data or Data Suppressed
- Report Area

## Substandard Housing: Number of Substandard Conditions Present

| Report Area | No Conditions | One Condition | Two or Three Conditions | Four Conditions |
|---|---|---|---|---|
| Suffolk County, NY | 55.65% | 42.62% | 1.73% | 0% |
| New York | 58.15% | 38.68% | 3.16% | 0.01% |
| United States | 65.29% | 32.63% | 2.07% | 0.01% |

## Substandard Housing: Households Lacking Complete Plumbing Facilities

*Complete plumbing facilities include: (a) hot and cold running water, (b) a flush toilet, and (c) a bathtub or shower. All three facilities must be located inside the house, apartment, or mobile home, but not necessarily in the same room. Housing units are classified as lacking complete plumbing facilities when any of the three facilities is not present.*

| Report Area | Total Occupied Housing Units | Housing Units Lacking Complete Plumbing Facilities | Housing Units Lacking Complete Plumbing Facilities, Percent |
|---|---|---|---|
| Suffolk County, NY | 493,849 | 1,810 | 0.37% |
| New York | 7,262,279 | 33,021 | 0.45% |
| United States | 116,926,305 | 508,997 | 0.44% |



### Substandard Housing: Households Lacking Complete Kitchen Facilities

*A unit has complete kitchen facilities when it has all three of the following facilities: (a) a sink with a faucet, (b) a stove or range, and (c) a refrigerator. All kitchen facilities must be located in the house, apartment, or mobile home, but they need not be in the same room. A housing unit having only a microwave or portable heating equipment such as a hot plate or camping stove should not be considered as having complete kitchen facilities. An icebox is not considered to be a refrigerator.*

| Report Area | Total Occupied Housing Units | Housing Units Lacking Complete Kitchen Facilities | Housing Units Lacking Complete Kitchen Facilities, Percent |
|---|---|---|---|
| *Suffolk County, NY* | *570,194* | *7,467* | *1.31%* |
| New York | 8,171,725 | 169,864 | 2.08% |
| United States | 133,351,840 | 3,903,896 | 2.93% |



### Substandard Housing: Households Lacking Telephone Service

*A telephone must be in working order and service available in the house, apartment, or mobile home that allows the respondent to both make and receive calls.  Households that have cell-phones (no land-line) are counted as having telephone service available.  Households whose service has been discontinued for nonpayment or other reasons are not counted as having telephone service available.*

| Report Area | Total Housing Units Lacking Telephone Service | Total Housing Units Lacking Telephone Service | Owner-Occupied Units Lacking Telephone Service | Owner-Occupied Units Lacking Telephone Service | Renter-Occupied Units Lacking Telephone Service | Renter-Occupied Units Lacking Telephone Service |
|---|---|---|---|---|---|---|
| Suffolk County, NY | 4,780 | 0.97% | 2,399 | 0.61% | 2,381 | 2.35% |
| New York | 170,406 | 2.35% | 44,128 | 1.13% | 126,278 | 3.75% |
| United States | 2,896,405 | 2.48% | 1,197,760 | 1.6% | 1,698,645 | 4.02% |



## <u>Housing - Vacancy Rate</u>

*This indicator reports the number and percentage of housing units that are vacant.  A housing unit is considered vacant by the American Community Survey if no one is living in it at the time of interview. Units occupied at the time of interview entirely by persons who are staying two months or less and who have a more permanent residence elsewhere are considered to be temporarily occupied, and are classified as "vacant."*



| Report Area | Total Housing Units | Vacant Housing Units | Vacant Housing Units, Percent |
|---|---|---|---|
| Suffolk County, NY | 570,194 | 76,345 | 13.39% |
| New York | 8,171,725 | 909,446 | 11.13% |
| United States | 133,351,840 | 16,425,535 | 12.32% |

*Data Source: US Census Bureau, American Community Survey. 2011-15. Source geography: Tract*

**Percent**

- Suffolk County, NY (13.39%)
- New York (11.13%)
- United States (12.32%)

**Vacant Housing Units, Percent by Tract, ACS 2011-15**

- Over 20.0%
- 14.1 - 20.0%
- 8.1 - 14.0%
- Under 8.1%
- No Data or Data Suppressed
- Report Area

### Vacant Housing Units by Housing Market Classification, Total

| Report Area | Vacant Housing Units, for Sale | Vacant Housing Units, for Rent | Vacant Housing Units, for Other Use |
|---|---|---|---|
| Suffolk County, NY | 8,225 | 5,929 | 62,191 |
| New York | 108,153 | 194,029 | 607,264 |
| United States | 2,120,851 | 3,565,741 | 10,738,943 |



### Vacant Housing Units by Housing Market Classification, Percent

| Report Area | Vacant Housing Units, for Sale | Vacant Housing Units, for Rent | Vacant Housing Units, for Other Use |
|---|---|---|---|
| Suffolk County, NY | 2.05% | 5.52% | 44.89% |
| New York | 2.7% | 5.45% | 40.04% |
| United States | 2.76% | 7.79% | 39.53% |



## *Access to Healthcare*

According to the Suffolk County Department of Health Services Community Health Assessment, the "lack of appropriate primary care, including recommended screening and preventive services, have an increased effect on poor health outcomes."

Out of pocket expenses and fragmented systems deter people from seeking early intervention or preventive services. Increased costs with low living wages impact the ability of residents to pay. Barriers to healthcare also include health insurance status, literacy, time constraints, language and difficult system organization.

EOC's role in addressing the issue includes its participation in DSRIP and Health Home Care Coordination. These programs look at the following: lack of insurance coverage, difficulty accessing healthcare, primary care utilization, emergency room utilization, assisting individuals navigate the healthcare system and manage illness.

Data included in this assessment:

- Population receiving Medicaid: 183, 069 out of 1,486,195 Total Population (For Whom Insurance Status is Determined)
- Barriers to Access
- Type of Care Most Difficult to Access
- Uninsured Population by Age
- Access to Care:
  - Dentists: 78.52 in 2015 Dentists, Rate per 100,000 Population
  - Dental Care Utilization: Percent Adults with No Dental Exam: 24.1%
  - Primary Care: 88.29 in 2014 Primary Care Physicians, Rate per 100,000 Population
  - Percent Adults Without Any Regular Doctor: 18.34% (Higher than State rate)
  - Percent Mothers with Late or No Prenatal Care: 24.16% (Higher percentage than both State and US)
  - Preventable Hospital Events: Ambulatory Care Sensitive Condition Discharge Rate: 54.3 (Higher than US rate)

## *2014 Community Needs Assessment, Suffolk County, NY – Delivery System Reform Incentive Program (DSRIP) – Population Findings, With a Special Emphasis on Medicaid Recipients and Uninsured Residents*

**Health Service Access and Perceptions of Quality/Adequacy - Findings from the PRC Population and Key Informant Surveys**

Medicaid recipients and those without health insurance experience greater barriers to care than those with private health insurance. A total of 43.8% of the Suffolk County Total Population adults report some type of difficulty or delay in obtaining healthcare services in the past year. This is comparable to national findings. In the Target Population, 2 in 3 adults (66.6%) report some type of difficulty or delay in obtaining healthcare services in the past year. This is much less favorable than countywide findings and is highest in the Southwest submarket. Overall, the greatest access barriers in the Target Population are related to the cost of prescription drugs and doctor visits, and in getting an appointment.

## Experienced Difficulties or Delays of Some Kind in Receiving Needed Healthcare in the Past Year



Sources: • 2014 Community Health Surveys, Professional Research Consultants, Inc. [Item 175]
• 2013 PRC National Health Survey, Professional Research Consultants, Inc.

Notes: • Asked of all respondents.
• Represents the percentage of respondents experiencing one or more barriers to accessing healthcare in the past 12 months.



PRC Community Health Needs Assessment
Suffolk County, NY

# Barriers to Access



Access to primary care is limited. Overall, In Suffolk County in 2011, there are 1,273 primary care physicians, translating to a rate of 84.9 primary care physicians per 100,000 residents. This is well below the primary care physician-to-population ratio found statewide, and comparable to national statistics. This rate has remained largely stable over the past ten years.



### Access to Primary Care
(Number of Primary Care Physicians per 100,000 Population, 2011)

Sources:
- US Department of Health & Human Services, Health Resources and Services Administration, Area Health Resource File: 2011.
- Retrieved August 2014 from Community Commons at http://www.chna.org.

Notes:
- This indicator is relevant because a shortage of health professionals contributes to access and health status issues.

Only 62.8% of the Suffolk County Medicaid/Self-pay population have a specific source of care, while many (29.1%) report having multiple ED visits in the last year. Compared to those with private insurance, Medicaid and uninsured populations are far less likely to receive regular dental or vision care.

#### Key Information Input
Key Informants perceived behavioral healthcare as the most difficult to access, followed by substance abuse treatment and primary care.

| Type of Care Most Difficult to Access (Among Those Characterizing Access to Healthcare as a "Major Problem") | | | | |
|---|---|---|---|---|
| **Type of Care** | Most Difficult to Access | Second-Most Difficult to Access | Third-Most Difficult to Access | Total Mentions |
| **Behavioral Health** | 44.4% | 13.5% | 8.3% | 28 |

| | | | | |
|---|---|---|---|---|
| **Substance Abuse Treatment** | 13.3% | 24.3% | 13.9% | 20 |
| **Primary Care** | 11.1% | 8.1% | 19.4% | 15 |
| **Specialty Care** | 11.1% | 18.9% | 8.3% | 15 |
| **Dental Care** | 8.9% | 16.2% | 11.1% | 14 |
| **Chronic Disease** | 0.0% | 10.8% | 16.7% | 10 |
| **Elder Care** | 4.4% | 2.7% | 5.6% | 5 |
| **Urgent Care** | 0.0% | 2.7% | 11.1% | 5 |
| **Pain Management** | 4.4% | 2.7% | 2.8% | 4 |
| **Palliative Care** | 2.2% | 0.0% | 0.0% | 1 |
| **Safe Housing** | 0.0% | 0.0% | 2.8% | 1 |

In the high need areas (Brentwood/Bay Shore/Central Islip/Huntington Station; Riverhead/Hampton Bays; and Patchogue), the clinics run by Suffolk County or Hudson River Healthcare provide some degree of access, but there is still high ED usage and barriers to primary care access. For example, in Riverhead, most use the Peconic Bay Medical Center ED as a PCP clinic. This is partly because the Riverhead County clinic does not accept walk-in appointments and has limited hours. In Hampton Bays, there are no primary care clinics and few PCPs that are willing to see Medicaid patients. Efforts are being made to increase access. In Brentwood/Huntington Station, for example, the close linkage between Huntington Hospital and the County-run Brentwood Family Health Center allows for easier access to PCP follow-up appointments. There is also a local EMS-run pilot that uses paramedics to provide home visits.

Specialty care is also a problem is these high need areas. Interviews with providers revealed that there are long waiting times for specialty care and few providers willing to accept Medicaid. Specialty services that are particularly difficult to access include psychiatry, orthopedics, endocrinology, oncology, cardiology, nephrology, and urology.

### Perceptions of Healthcare Quality/Adequacy

Over one-half of Suffolk County Total Population adults (57.3%) rate the overall healthcare services available in their community as "excellent" or "very good." Another 31.9% gave "good" ratings. In the Target Population, only 41.7% of adults rate the overall healthcare services available in the community as "excellent" or "very good." Another 34.6% gave "good" ratings.

## Rating of Overall Healthcare Services Available in the Community

(Suffolk County, 2014)



**Total Population, Adults 18+**



**Target (Medicaid/Self-Pay) Population**

Sources: ● 2014 Community Health Surveys, Professional Research Consultants, Inc. [Item 7]
Notes: ● Asked of all respondents.

However, 10.8% of County Total Population residents characterize local healthcare services as "fair" or "poor." This is more favorable than reported nationally. In the Target Population, 23.7% of adults rate local healthcare services as "fair" or "poor." This is more than twice the countywide prevalence. There are no significant differences by subarea.



## Perceive Local Healthcare Services as "Fair/Poor"



Sources: • 2014 Community Health Surveys, Professional Research Consultants, Inc. [Item 7]
• 2013 PRC National Health Survey, Professional Research Consultants, Inc.
Notes: • Asked of all respondents.

Uninsured adults in Suffolk County are more critical of local healthcare services. In contrast, adults with private coverage are least likely to give low ratings of local services.



## Perceive Local Healthcare Services as "Fair/Poor"
(By Insurance Type, Suffolk County 2014)



Sources: • 2014 Community Health Surveys, Professional Research Consultants, Inc. [Item 7]
Notes: • Asked of all respondents.
• Medicare and Private Insurance respondents are taken from the random countywide sample; Self-Pay and Medicaid respondents are from targeted patient sample.

## *NYSCAA Community Commons Needs Assessment Tool:*

## *Insurance - Population Receiving Medicaid*

*This indicator reports the percentage of the population with insurance enrolled in Medicaid (or other means-tested public health insurance). This indicator is relevant because it assesses vulnerable populations which*

*are more likely to have multiple health access, health status, and social support needs; when combined with poverty data, providers can use this measure to identify gaps in eligibility and enrollment.*



| Report Area | Total Population (For Whom Insurance Status is Determined) | Population with Any Health Insurance | Population Receiving Medicaid | Percent of Insured Population Receiving Medicaid |
|---|---|---|---|---|
| Suffolk County, NY | 1,486,195 | 1,360,772 | 183,069 | 13.45% |
| New York | 19,427,310 | 17,550,259 | 4,536,870 | 25.85% |
| United States | 311,516,332 | 271,070,101 | 57,557,806 | 21.23% |

**Percent of Insured Population Receiving Medicaid**

- ▇ Suffolk County, NY (13.45%)
- ▇ New York (25.85%)
- ▇ United States (21.23%)

*Data Source: US Census Bureau, American Community Survey. 2011-15. Source geography: Tract*

**Insured, Medicaid / Means-Tested Coverage, Percent by Tract, ACS 2011-15**

- ▇ Over 25,0%
- ▇ 20.1 - 25.0%
- ▇ 15.1 - 20.0%
- ▇ Under 15.1%
- ▇ No Data or Data Suppressed
- ▢ Report Area

## Population Receiving Medicaid by Age Group, Percent

| Report Area | Under Age 18 | Age 18 - 64 | Age 65 |
|---|---|---|---|
| Suffolk County, NY | 21.07% | 9.7% | 9.81% |
| New York | 40.16% | 18.58% | 19% |
| United States | 37.9% | 12.12% | 14.09% |



## Population Receiving Medicaid by Age Group, Total

| Report Area | Under Age 18 | Age 18 - 64 | Age 65 |
|---|---|---|---|
| Suffolk County, NY | 71,596 | 90,469 | 21,004 |
| New York | 1,704,124 | 2,315,177 | 517,569 |
| United States | 27,872,020 | 23,582,701 | 6,103,085 |



## Insurance - Uninsured Adults

*The lack of health insurance is considered a key driver of health status.*

*This indicator reports the percentage of adults age 18 to 64 without health insurance coverage. This indicator is relevant because lack of insurance is a primary barrier to healthcare access including regular primary care, specialty care, and other health services that contributes to poor health status.*



| Report Area | Total Population Age 18 - 64 | Population with Medical Insurance | Percent Population With Medical Insurance | Population Without Medical Insurance | Percent Population Without Medical Insurance |
|---|---|---|---|---|---|
| Suffolk County, NY | 926,162 | 847,447 | 91.5% | 78,715 | 8.5% |
| New York | 12,277,679 | 11,029,445 | 89.83% | 1,248,234 | 10.17% |
| United States | 194,584,952 | 168,884,012 | 86.79% | 25,700,940 | 13.21% |

*Data Source: US Census Bureau, Small Area Health Insurance Estimates. 2015. Source geography: County*

**Percent Population Age 18-64 Without Medical Insurance**

- Suffolk County, NY (8.5%)
- New York (10.17%)
- United States (13.21%)

**Uninsured Population, Age 18-64, Percent by County, SAHIE 2015**

- Over 27.0%
- 22.1 - 27.0%
- 17.1 - 22.0%
- Under 17.1%
- No Data or Data Suppressed
- Report Area

**Uninsured Population Age 18 - 64 by Race / Ethnicity, Percent**

| Report Area | Non-Hispanic White | Non-Hispanic Black | Hispanic / Latino |
|---|---|---|---|
| New York | 6.05% | 11% | 20.79% |
| United States | 8.93% | 15.42% | 27.61% |



**Uninsured Population Age 18 - 64, Percent by Year, 2010 through 2015**

| Report Area | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 |
|---|---|---|---|---|---|---|
| Suffolk County, NY | 14.6% | 14% | 14.2% | 13.4% | 10.70% | 8.5% |
| New York | 16.87% | 16.26% | 15.64% | 15.33% | 12.39% | 10.17% |
| United States | 21.52% | 21.11% | 20.76% | 20.44% | 16.37% | 13.21% |



## Insurance - Uninsured Children

*The lack of health insurance is considered a key driver of health status.*

*This indicator reports the percentage of children under age 19 without health insurance coverage.  This indicator is relevant because lack of insurance is a primary barrier to healthcare access including regular primary care, specialty care, and other health services that contributes to poor health status.*

| Report Area | Total Population Under Age 19 | Population with Medical Insurance | Percent Population With Medical Insurance | Population Without Medical Insurance | Percent Population Without Medical Insurance |
|---|---|---|---|---|---|
| Suffolk County, NY | 345,411 | 336,013 | 97.28% | 9,398 | 2.72% |
| New York | 4,362,823 | 4,247,239 | 97.35% | 115,584 | 2.65% |
| United States | 76,217,025 | 72,369,595 | 94.95% | 3,847,430 | 5.05% |

*Percent Population Under Age 19 Without Medical Insurance*

- Suffolk County, NY (2.72%)
- New York (2.65%)
- United States (5.05%)

*Data Source: US Census Bureau, Small Area Health Insurance Estimates. 2014. Source geography: County*



**Uninsured Population, Age 0-18, Percent by County, SAHIE 2014**

- Over 10.0%
- 8.1 - 10.0%
- 6.1 - 8.0%
- Under 6.1%
- No Data or Data Suppressed
- Report Area

## Uninsured Population Under Age 18, Percent by Year, 2010 through 2015

| Report Area | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 |
|---|---|---|---|---|---|---|
| Suffolk County, NY | 14.6% | 14% | 14.2% | 13.4% | 10.70% | 8.5% |

| | | | | | | |
|---|---|---|---|---|---|---|
| *New York* | *16.87%* | *16.26%* | *15.64%* | *15.33%* | *12.39%* | *10.17%* |
| *United States* | *21.52%* | *21.11%* | *20.76%* | *20.44%* | *16.37%* | *13.21%* |



## _Insurance - Uninsured Population_

*The lack of health insurance is considered a key driver of health status.*

*This indicator reports the percentage of the total civilian non-institutionalized population without health insurance coverage. This indicator is relevant because lack of insurance is a primary barrier to healthcare access including regular primary care, specialty care, and other health services that contributes to poor health status.*

| *Report Area* | *Total Population (For Whom Insurance Status is Determined)* | *Total Uninsured Population* | *Percent Uninsured Population* |
|---|---|---|---|
| *Suffolk County, NY* | *1,486,195* | *125,423* | *8.44%* |
| *New York* | *19,427,310* | *1,877,051* | *9.66%* |
| *United States* | *311,516,332* | *40,446,231* | *12.98%* |



*Percent Uninsured Population*

■ *Suffolk County, NY (8.44%)*
■ *New York (9.66%)*
■ *United States (12.98%)*

*Data Source: US Census Bureau, American Community Survey. 2011-15. Source geography: Tract*



**Uninsured Population, Percent by Tract, ACS 2011-15**

- Over 20.0%
- 15.1 - 20.0%
- 10.1 - 15.0%
- Under 10.1%
- No Data or Data Suppressed
- Report Area

## Uninsured Population by Gender

| Report Area | Total Male | Total Female | Percent Male | Percent Female |
|---|---|---|---|---|
| Suffolk County, NY | 72,441 | 52,982 | 9.91% | 7.02% |
| New York | 1,072,464 | 804,587 | 11.43% | 8.01% |
| United States | 21,731,700 | 18,714,531 | 14.29% | 11.74% |



*Uninsured Population by Age Group, Percent*

| Report Area | Under Age 18 | Age 18 - 64 | Age 65 |
|---|---|---|---|
| Suffolk County, NY | 3.46% | 12.04% | 0.65% |
| New York | 3.6% | 13.62% | 1% |
| United States | 6.47% | 18.12% | 0.96% |



*Uninsured Population by Age Group, Total*

| Report Area | Under Age 18 | Age 18 - 64 | Age 65 |
|---|---|---|---|
| Suffolk County, NY | 11,748 | 112,283 | 1,392 |
| New York | 152,678 | 1,697,153 | 27,220 |
| United States | 4,756,380 | 35,276,066 | 413,785 |



### Uninsured Population by Ethnicity Alone

| Report Area | Total Hispanic / Latino | Total Not Hispanic / Latino | Percent Hispanic / Latino | Percent Not Hispanic or Latino |
|---|---|---|---|---|
| Suffolk County, NY | 55,469 | 69,954 | 20.88% | 5.73% |
| New York | 661,514 | 1,215,537 | 18.48% | 7.67% |
| United States | 13,784,869 | 26,661,362 | 25.76% | 10.33% |



### Uninsured Population by Race Alone, Percent

| Report Area | Non-Hispanic White | Black or African American | Native American / Alaska Native | Asian | Native Hawaiian / Pacific Islander | Some Other Race | Multiple Race |
|---|---|---|---|---|---|---|---|
| Suffolk County, NY | 4.98% | 9.42% | 16.61% | 10.91% | 44.47% | 25.6% | 14.6% |
| New York | 5.98% | 10.92% | 17.78% | 13.01% | 15.03% | 21.63% | 10.8% |
| United States | 9.01% | 15.25% | 25.04% | 12.51% | 15.38% | 28.85% | 11.87% |



### Uninsured Population by Race Alone, Total

| Report Area | Non-Hispanic White | Black or African American | Native American / Alaska Native | Asian | Native Hawaiian / Pacific Islander | Some Other Race | Multiple Race |
|---|---|---|---|---|---|---|---|
| Suffolk County, NY | 51,562 | 10,615 | 514 | 6,182 | 177 | 18,862 | 5,214 |
| New York | 660,810 | 327,146 | 13,097 | 203,736 | 951 | 360,996 | 59,849 |
| United States | 17,527,458 | 5,893,638 | 627,102 | 2,020,682 | 82,052 | 4,232,966 | 1,102,953 |



## Clinical Care

*A lack of access to care presents barriers to good health.  The supply and accessibility of facilities and physicians, the rate of those who are uninsured, financial hardship, transportation barriers, cultural competency, and coverage limitations affect access.*

*Rates of morbidity, mortality, and emergency hospitalizations can be reduced if community residents access services such as health screenings, routine tests, and vaccinations.  Prevention indicators can call attention to a lack of access or knowledge regarding one or more health issues and can inform program interventions.*

### Access to Dentists

*This indicator reports the number of dentists per 100,000 population.  This indicator includes all dentists - qualified as having a doctorate in dental surgery (D.D.S.) or dental medicine (D.M.D.), who are licensed by the state to practice dentistry and who are practicing within the scope of that license.*

| Report Area | Total Population, 2015 | Dentists, 2015 | Dentists, Rate per 100,000 Pop. |
|---|---|---|---|
| Suffolk County, NY | 1,501,587 | 1,179 | 78.52 |
| New York | 19,795,791 | 15,530 | 78.5 |
| United States | 321,418,820 | 210,832 | 65.6 |

*Data Source: US Department of Health  Human Services, Health Resources and Services Administration, Area Health Resource File. 2015. Source geography: County*



Dentists, Rate per 100,000 Pop.

- Suffolk County, NY (78.52)
- New York (78.5)
- United States (65.6)



**Access to Dentists, Rate per 100,000 Pop. by County, AHRF 2015**

- Over 50.0
- 35.1 - 50.0
- 20.1 - 35.0
- Under 20.1
- No Dentists
- Report Area

*Access to Dentists, Rate (Per 100,000 Pop.) by Year, 2010 through 2015*

*This indicator reports the rate of dentists per 100,000 population by year.*

| Report Area | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 |
|---|---|---|---|---|---|---|
| Suffolk County, NY | 73.4 | 74.4 | 75 | 77.3 | 78.4 | 78.5 |
| New York | 72.9 | 74.3 | 75.6 | 76.6 | 78.2 | 78.5 |
| United States | 58.9 | 60.3 | 61.7 | 63.2 | 64.7 | 65.6 |



## Access to Primary Care

*This indicator reports the number of primary care physicians per 100,000 population.  Doctors classified as "primary care physicians" by the AMA include: General Family Medicine MDs and DOs, General Practice MDs and DOs, General Internal Medicine MDs and General Pediatrics MDs. Physicians age 75 and over and physicians practicing sub-specialties within the listed specialties are excluded. This indicator is relevant because a shortage of health professionals contributes to access and health status issues.*

| Report Area | Total Population, 2014 | Primary Care Physicians, 2014 | Primary Care Physicians, Rate per 100,000 Pop. |
|---|---|---|---|
| Suffolk County, NY | 1,502,968 | 1,327 | 88.29 |
| New York | 19,746,227 | 22,113 | 112 |
| United States | 318,857,056 | 279,871 | 87.8 |

Primary Care Physicians, Rate per 100,000 Pop.

🟥 Suffolk County, NY (88.29)
🟧 New York (112)
🟦 United States (87.8)

*Data Source: US Department of Health  Human Services, Health Resources and Services Administration, Area Health Resource File. 2014. Source geography: County*

*Page **170** of **262***



**Access to Primary Care Physicians, Rate per 100,000 Pop. by County, AHRF 2014**

- Over 80.0
- 60.1 - 80.0
- 40.1 - 60.0
- Under 40.1
- No Primary Care Physicians or No Data
- Report Area

### Access to Primary Care, Rate (Per 100,000 Pop.) by Year, 2004 through 2014

*This indicator reports the rate of primary care physicians per 100,000 population by year.*

| Report Area | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Suffolk County, NY | 81.8 | 82.85 | 83.89 | 84.09 | 80.08 | 80.34 | 82.23 | 84.93 | 86.38 | 88.68 | 88.29 |
| New York | 114.41 | 113.87 | 113.84 | 113.19 | 111.37 | 107.95 | 105.7 | 109.58 | 110.75 | 111.64 | 111.99 |
| United States | 80.76 | 80.94 | 80.54 | 80.38 | 80.16 | 82.22 | 84.57 | 85.83 | 86.66 | 87.76 | 87.77 |



## *Dental Care Utilization*

*This indicator reports the percentage of adults aged 18 and older who self-report that they have not visited a dentist, dental hygienist or dental clinic within the past year.  This indicator is relevant because engaging in preventive behaviors decreases the likelihood of developing future health problems.   This indicator can also highlight a lack of access to preventive care, a lack of health knowledge, insufficient provider outreach, and/or social barriers preventing utilization of services.*

**Percent Adults Without Recent Dental Exam**



| Report Area | Total Population (Age 18 ) | Total Adults Without Recent Dental Exam | Percent Adults with No Dental Exam |
|---|---|---|---|
| *Suffolk County, NY* | *1,118,469* | *269,451* | *24.1%* |
| *New York* | *14,954,839* | *4,065,428* | *27.2%* |
| *United States* | *235,375,690* | *70,965,788* | *30.2%* |

- Suffolk County, NY (24.1%)
- New York (27.2%)
- United States (30.2%)

*Data Source: Centers for Disease Control and Prevention, Behavioral Risk Factor Surveillance System. Additional data analysis by CARES. 2006-10. Source geography: County*



**Adults Age 18  Without Dental Exam in Past 12 Months, Percent by County, BRFSS 2006-10**

- *Over 42.0%*
- *34.1 - 42.0%*
- *26.1 - 34.0%*
- *Under 26.1%*
- *No Data or Data Suppressed*
- *Report Area*

## **Adults Without Recent Dental Exam by Gender**

| Report Area | Total Male | Total Female | Percent Male | Percent Female |
|---|---|---|---|---|
| New York | 2,096,641 | 1,932,789 | 29.95% | 24.66% |
| United States | 36,311,042 | 34,083,921 | 32.3% | 28.12% |



**Adults Without Recent Dental Exam by Race / Ethnicity, Percent**

| Report Area | Non-Hispanic White | Non-Hispanic Black | Non-Hispanic Other Race | Hispanic or Latino |
|-------------|--------------------|--------------------|-------------------------|--------------------|
| New York | 24.9% | 31.84% | 28.87% | 30.94% |
| United States | 26.96% | 38.11% | 29.23% | 38.33% |



## _Facilities Designated as Health Professional Shortage Areas_

_This indicator reports the number and location of health care facilities designated as "Health Professional Shortage Areas" (HPSAs), defined as having shortages of primary medical care, dental or mental health providers.  This indicator is relevant because a shortage of health professionals contributes to access and health status issues._

| Report Area | Primary Care Facilities | Mental Health Care Facilities | Dental Health Care Facilities | Total HPSA Facility Designations |
|---|---|---|---|---|
| Suffolk County, NY | 1 | 1 | 1 | 3 |
| New York | 85 | 96 | 97 | 278 |
| United States | 3,599 | 3,171 | 3,071 | 9,836 |

_Data Source: US Department of Health  Human Services, Health Resources and Services Administration, Health Resources and Services Administration. April 2016. Source geography: Address_



**Facilities Designated as HPSAs , HRSA HPSA Database April 2016**

- Primary Care
- Mental Health
- Dental Health
- Report Area

## _Federally Qualified Health Centers_

_This indicator reports the number of Federally Qualified Health Centers (FQHCs) in the community.  This indicator is relevant because FQHCs are community assets that provide health care to vulnerable populations; they receive extra funding from the federal government to promote access to ambulatory care in areas designated as medically underserved._

| Report Area | Total Population | Number of Federally Qualified Health Centers | Rate of Federally Qualified Health Centers per 100,000 Population |
|---|---|---|---|
| Suffolk County, NY | 1,493,350 | 9 | 0.6 |

| New York | 19,378,102 | 380 | 1.96 |
| United States | 312,471,327 | 7,646 | 2.45 |

Note: This indicator is compared with the  state average.

Data Source: US Department of Health  Human Services, Center for Medicare  Medicaid Services, Provider of Services File. Dec. 2016. Source geography: Address



■ **Federally Qualified Health Centers, POS Dec. 2016**

▣ Report Area

## <u>Lack of a Consistent Source of Primary Care</u>

*This indicator reports the percentage of adults aged 18 and older who self-report that they do not have at least one person who they think of as their personal doctor or health care provider.  This indicator is relevant because access to regular primary care is important to preventing major health issues and emergency department visits.*



Percent Adults Without Any Regular Doctor

| Report Area | Survey Population (Adults Age 18 ) | Total Adults Without Any Regular Doctor | Percent Adults Without Any Regular Doctor |
| --- | --- | --- | --- |
| Suffolk County, NY | 971,374 | 178,146 | 18.34% |
| New York | 14,707,239 | 2,482,624 | 16.88% |
| United States | 236,884,668 | 52,290,932 | 22.07% |

0      40%

■ *Suffolk County, NY (18.34%)*
■ *New York (16.88%)*
■ *United States (22.07%)*

Data Source: Centers for Disease Control and Prevention, Behavioral Risk Factor Surveillance System. Additional data analysis by CARES. 2011-12. Source geography: County



*No Consistent Source of Primary Care, Percentage of Adults Age 18 by County, BRFSS 2011-12*

- *Over 25.0%*
- *19.1 - 25.0%*
- *13.1 - 19.0%*
- *Under 13.1%*
- *No Data or Data Suppressed*
- *Report Area*

### *Adults Without a Consistent Source of Primary Care, Percent by Race / Ethnicity*

| Report Area | Non-Hispanic White | Non-Hispanic Black | Non-Hispanic Other Race | Hispanic or Latino |
|---|---|---|---|---|
| New York | 12.08% | 18.8% | 24.31% | 28.93% |
| United States | 17.15% | 25.28% | 25.47% | 38.58% |



## Lack of Prenatal Care

*This indicator reports the percentage of women who do not obtain prenatal care during their first trimester of pregnancy.  This indicator is relevant because engaging in prenatal care decreases the likelihood of maternal and infant health risks.   This indicator can also highlight a lack of access to preventive care, a lack of health knowledge, insufficient provider outreach, and/or social barriers preventing utilization of services.*



| Report Area | Total Births | Mothers Starting Prenatal Care in First Semester | Mothers with Late or No Prenatal Care | Prenatal Care Not Reported | Percentage Mothers with Late or No Prenatal Care |
|---|---|---|---|---|---|
| Suffolk County, NY | 70,558 | 48,025 | 17,046 | 5,487 | 24.16% |
| New York | 996,319 | 610,895 | 218,287 | 167,137 | 21.9% |
| United States | 16,693,978 | 7,349,554 | 2,880,098 | 6,464,326 | 17.3% |

*Percentage Mothers with Late or No Prenatal Care*

■ Suffolk County, NY (24.16%)
■ New York (21.9%)
■ United States (17.3%)

*Data Source: Centers for Disease Control and Prevention, National Vital Statistics System. Accessed via CDC WONDER. Centers for Disease Control and Prevention, Wide-Ranging Online Data for Epidemiologic Research. 2007-10. Source geography: County*

**Mothers with Late or No Pre-Natal Care, Percent by County, NVSS 2007-10**

■ Over 35.0%
■ 25.1 - 35.0%
■ 15.1 - 25.0%
■ Under 15.1%
■ No Data or Data Suppressed
▢ Report Area

## <u>Population Living in a Health Professional Shortage Area</u>

*This indicator reports the percentage of the population that is living in a geographic area designated as a "Health Professional Shortage Area" (HPSA), defined as having a shortage of primary medical care, dental or mental health professionals. This indicator is relevant because a shortage of health professionals contributes to access and health status issues.*

*Percentage of Population Living in a HPSA*

| Report Area | Total Area Population | Population Living in a HPSA | Percentage of Population Living in a HPSA |
|---|---|---|---|
| Suffolk County, NY | 1,493,350 | 0 | 0% |

| | | | |
|---|---|---|---|
| New York | 19,378,102 | 4,859,181 | 25.08% |
| United States | 308,745,538 | 102,289,607 | 33.13% |



*Data Source: US Department of Health  Human Services, Health Resources and Services Administration, Health Resources and Services Administration. April 2016. Source geography: HPSA*

- 🟩 *Suffolk County, NY (0%)*
- 🟨 *New York (25.08%)*
- 🟦 *United States (33.13%)*



***Primary Care HPSA Components, Type and Degree of Shortage by Tract / County, HRSA HPSA Database April 2016***

- *Population Group; Over 20.0 FTE Needed*
- *Population Group; 1.1 - 20.0 FTE Needed*
- *Population Group; Under 1.1 FTE Needed*
- *Geographic Area; Over 20.0 FTE Needed*
- *Geographic Area; 1.1 - 20.0 FTE Needed*
- *Geographic Area; Under 1.1 FTE Needed*
- *Report Area*

## <u>Preventable Hospital Events</u>

*This indicator reports the discharge rate (per 1,000 Medicare enrollees) for conditions that are ambulatory care sensitive (ACS).  ACS conditions include pneumonia, dehydration, asthma, diabetes, and other conditions which could have been prevented if adequate primary care resources were available and accessed by those patients.  This indicator is relevant because analysis of ACS discharges allows demonstrating a possible "return on investment" from interventions that reduce admissions (for example, for uninsured or Medicaid patients) through better access to primary care resources.*

| Report Area | Total Medicare Part A Enrollees | Ambulatory Care Sensitive Condition Hospital Discharges | Ambulatory Care Sensitive Condition Discharge Rate |
|---|---|---|---|
| Suffolk County, NY | 169,751 | 9,212 | 54.3 |
| New York | 998,081 | 59,700 | 59.8 |
| United | 29,649,023 | 1,479,545 | 49.9 |

*Preventable Hospital Events, Age-Adjusted Discharge Rate (Per 1,000 Medicare Enrollees)*



- 🟩 *Suffolk County, NY (54.3)*
- 🟨 *New York (59.8)*

| States | | | | United States (49.9) |

*Data Source: Dartmouth College Institute for Health Policy  Clinical Practice, Dartmouth Atlas of Health Care. 2014. Source geography: County*



**Ambulatory Care Sensitive Conditions, Rate (Per 1,000 Medicare Enrollees) by Hospital Service Area, Dartmouth Atlas 2014**

- *Over 100.0*
- *80.1 - 100.0*
- *60.1 - 80.0*
- *Under 60.1*
- *No Data or Data Suppressed*
- *Report Area*

## Preventable Hospital Events by Year, 2008 through 2012

*Rate of Ambulatory Care Sensitive Condition Discharges (per 1,000 Medicare Part A Beneficiaries)*

| Report Area | 2008 | 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|---|
| Suffolk County, NY | 71.52 | 73.5 | 70.09 | 70.66 | 66.24 |
| New York | 71.87 | 69.07 | 66.29 | 64.78 | 59.15 |
| United States | 70.5 | 68.16 | 66.58 | 64.92 | 59.29 |



## Infant Mortality

*This indicator reports the rate of deaths to infants less than one year of age per 1,000 births.  This indicator is relevant because high rates of infant mortality indicate the existence of broader issues pertaining to access to care and maternal and child health.*



| Report Area | Total Births | Total Infant Deaths | Infant Mortality Rate (Per 1,000 Births) |
|---|---|---|---|
| Suffolk County, NY | 87,940 | 369 | 4.2 |
| New York | 1,242,740 | 6,711 | 5.4 |
| United States | 20,913,535 | 136,369 | 6.5 |
| HP 2020 Target | | | <= 6.0 |

*Data Source: US Department of Health  Human Services, Health Resources and Services Administration, Area Health Resource File. 2006-10. Source geography: County*



**Infant Mortality, Rate (Per 1,000 Live Births) by County, AHRF 2006-10**

- Over 10.0
- 8.1 - 10.0
- 5.1 - 8.0
- Under 5.1
- No Data or Data Suppressed
- Report Area

## Infant Mortality Rate (Per 1,000 Live Births) by Race / Ethnicity

| Report Area | Non-Hispanic White | Non-Hispanic Black | Non-Hispanic Asian | Non-Hispanic American Indian / Alaskan Native | Hispanic or Latino |
|---|---|---|---|---|---|
| Suffolk County, NY | 3.3 | 9.7 | no data | no data | 5 |
| New York | 4.2 | 10.9 | 3.4 | 8.5 | 5 |
| United States | 5.5 | 12.7 | 4.5 | 8.5 | 5.4 |



## *Low Birth Weight*

*This indicator reports the percentage of total births that are low birth weight (Under 2500g).  This indicator is relevant because low birth weight infants are at high risk for health problems.   This indicator can also highlight the existence of health disparities.*

| Report Area | Total Live Births | Low Weight Births (Under 2500g) | Low Weight Births, Percent of Total |
|---|---|---|---|
| *Suffolk County, NY* | *131,327* | *10,112* | *7.7%* |
| *New York* | *1,752,058* | *143,669* | *8.2%* |
| *United States* | *29,300,495* | *2,402,641* | *8.2%* |
| *HP 2020 Target* | | | *<=  7.8%* |

*Data Source: US Department of Health  Human Services, Health Indicators Warehouse. Centers for Disease Control and Prevention, National Vital Statistics System. Accessed via CDC WONDER. 2006-12. Source geography: County*

*Percent Low Birth Weight Births*

- 🟩 *Suffolk County, NY (7.7%)*
- 🟧 *New York (8.2%)*
- 🟦 *United States (8.2%)*



**Low Birth Weight, Percent of Live Births by County, NVSS 2006-12**

- Over 10.0%
- 8.1 - 10.0%
- 6.1 - 8.0%
- Under 6.1%
- No Data or Data Suppressed
- Report Area

## Babies Born with Low Birth Weight, Percent by Race / Ethnicity

| Report Area | Non-Hispanic White | Non-Hispanic Black | Non-Hispanic Asian or Pacific Islander | Hispanic or Latino |
|---|---|---|---|---|
| Suffolk County, NY | 7.1% | 13.5% | 9% | 6.9% |
| New York | 6.9% | 12.6% | 8% | 7.8% |
| United States | 7.2% | 13.6% | 8.2% | 7% |



**Babies Born with Low Birth Weight, Percent by Time Period, 2002-2008 through 2006-2012**

| Report Area | 2002-2008 | 2003-2009 | 2004-2010 | 2005-2011 | 2006-2012 |
|---|---|---|---|---|---|
| Suffolk County, NY | 7.4% | 7.5% | 7.6% | 7.6% | 7.7% |
| New York | 8.1% | 8.2% | 8.2% | 8.2% | 8.2% |
| United States | 8.1% | 8.1% | 8.2% | 8.2% | 8.2% |



## Poor Dental Health

*This indicator reports the percentage of adults age 18 and older who self-report that six or more of their permanent teeth have been removed due to tooth decay, gum disease, or infection.  This indicator is relevant because it indicates lack of access to dental care and/or social barriers to utilization of dental services.*

| Report Area | Total Population (Age 18 ) | Total Adults with Poor Dental Health | Percent Adults with Poor Dental Health |
|---|---|---|---|
| Suffolk County, NY | 1,118,469 | 135,495 | 12.1% |
| New York | 14,954,839 | 2,353,069 | 15.7% |
| United States | 235,375,690 | 36,842,620 | 15.7% |



Percent Adults with Poor Dental Health

■ Suffolk County, NY (12.1%)
■ New York (15.7%)
■ United States (15.7%)

*Data Source: Centers for Disease Control and Prevention, Behavioral Risk Factor Surveillance System. Additional data analysis by CARES. 2006-10. Source geography: County*



**Adults Age 18 Without Dental Exam in Past 12 Months, Percent by County, BRFSS 2006-10**

- Over 42.0%
- 34.1 - 42.0%
- 26.1 - 34.0%
- Under 26.1%
- No Data or Data Suppressed
- Report Area

## Adults with Poor Dental Health (6 Teeth Removed), Percent by Race / Ethnicity

| Report Area | Non-Hispanic White | Non-Hispanic Black | Non-Hispanic Other Race | Hispanic or Latino |
|---|---|---|---|---|
| New York | 15.88% | 22.19% | 10.68% | 11.69% |
| United States | 16.04% | 21.6% | 12.11% | 10.31% |



## Poor General Health

*Within the report area 11.4% of adults age 18 and older self-report having poor or fair health in response to the question "Would you say that in general your health is excellent, very good, good, fair, or poor?". This indicator is relevant because it is a measure of general poor health status.*

| Report Area | Total Population Age 18 | Estimated Population with Poor or Fair Health | Crude Percentage | Age-Adjusted Percentage |
|---|---|---|---|---|
| *Suffolk County, NY* | *1,127,303* | *128,513* | *11.4%* | *11.4%* |
| *New York* | *14,954,839* | *2,318,000* | *15.5%* | *15%* |
| *United States* | *232,556,016* | *37,766,703* | *16.2%* | *15.7%* |

*Data Source: Centers for Disease Control and Prevention, Behavioral Risk Factor Surveillance System. Accessed via the Health Indicators Warehouse. US Department of Health  Human Services, Health Indicators Warehouse. 2006-12. Source geography: County*

**Percent Adults with Poor or Fair Health (Age-Adjusted)**

0    25%

- *Suffolk County, NY (11.4%)*
- *New York (15%)*
- *United States (15.7%)*



**Adults with Poor or Fair Health, Percent by County, BRFSS 2006-12**

- *Over 22.0%*
- *16.1 - 22.0%*
- *12.1 - 16.0%*
- *Under 12.1%*
- *No Data or Data Suppressed*
- *Report Area*

## *Mental Health Services*

Mental health disorders are often times chronic conditions that require immediate medical attention at the onset and on-going treatment thereafter. Currently there are strong statistical correlations between: lack of health insurance, poverty levels, and parental education when behavioral and mental health disorders and/or issues are observed in children.  Approximately 50% of students aged 14 & older with a mental illness drop out of high school.  An alarming number – 70% of youth in local and state juvenile justice systems have a mental illness, at least 20% with a serious mental illness (CDC, 2016).

### *2014 Community Needs Assessment, Suffolk County, NY – Delivery System Reform Incentive Program (DSRIP) – Population Findings, With a Special Emphasis on Medicaid Recipients and Uninsured Residents*

**Mental Health -- Findings from the PRC Population and Key Informant Surveys**

Mental health is a state of successful performance of mental function, resulting in productive activities, fulfilling relationships with other people, and the ability to adapt to change and to cope with challenges. Mental health is essential to personal well-being, family and interpersonal relationships, and the ability to contribute to community or society.  Mental disorders are health conditions that are characterized by alterations in thinking, mood, and/or behavior that are associated with distress and/or impaired functioning. Mental disorders contribute to a host of problems that may include disability, pain, or death. Mental illness is the term that refers collectively to all diagnosable mental disorders.

Mental disorders are among the most common causes of disability. The resulting disease burden of mental illness is among the highest of all diseases. According to the national Institute of Mental Health (NIMH), in any given year, an estimated 13 million American adults (approximately 1 in 17) have a seriously debilitating mental illness. Mental health disorders are the leading cause of disability in the United States and Canada, accounting for 25% of all years of life lost to disability and premature mortality. Moreover, suicide is the 11th leading cause of death in the United States, accounting for the deaths of approximately 30,000 Americans each year.

Mental health and physical health are closely connected. Mental health plays a major role in people's ability to maintain good physical health. Mental illnesses, such as depression and anxiety, affect people's ability to participate in health-promoting behaviors. In turn, problems with physical health, such as chronic diseases, can have a serious impact on mental health and decrease a person's ability to participate in treatment and recovery.

   -*Healthy People 2020 (www.healthypeople.gov)*

**Self-Reported Mental Health Status**

A total of 63.9% of Suffolk County Total Population adults rate their overall mental health as "excellent" or "very good." Another 23.6% gave "good" ratings of their own mental health status. In the Target Population, 42.5% of Suffolk County adults gave "excellent/very good" ratings of their mental health. Another 31.6% gave "good" ratings of their own mental health status.



## Self-Reported Mental Health Status
(Suffolk County, 2014)

**Total Population, Adults 18+**

**Target (Medicaid/Self-Pay) Population**

Sources: ● 2014 Community Health Surveys, Professional Research Consultants, Inc. [Item 103]
Notes: ● Asked of all respondents.



## Self-Reported Mental Health Status

Sources: ● 2014 Community Health Surveys, Professional Research Consultants, Inc. [Item 103]
         ● 2013 PRC National Health Survey, Professional Research Consultants, Inc.
Notes: ● Asked of all respondents.

Viewed by healthcare coverage, the prevalence of "fair/poor" mental health is highest in the Medicaid population and similarly high in the self-pay and Medicare segments.  It is notably low among those with private insurance.



## Self-Reported Mental Health Status
(By Insurance Type, Suffolk County 2014)

Sources:  •  2014 Community Health Surveys,  Professional Research Consultants, Inc.  [Item 103]
Notes:  •  Asked of all respondents.
•  Medicare and Private Insurance respondents are taken from the random countywide sample; Self-Pay and Medicaid respondents are from targeted patient sample.

### Depression

A total of 18.7% of Suffolk County Total Population adults have been diagnosed by a physician as having a depressive disorder (such as depression, major depression, dysthymia, or minor depression).  This is similar to national findings.  A total of 27.4% of adults in the Target Population have been diagnosed with a depressive disorder. It is less favorable than the countywide figure and statistically similar by subarea.



## Have Been Diagnosed With a Depressive Disorder

Sources: •  2014 Community Health Surveys,  Professional Research Consultants, Inc.  [Item 106]
•  2013 PRC National Health Survey, Professional Research Consultants, Inc.
Notes:  •  Asked of all respondents.
•  Depressive disorders include depression, major depression, dysthymia, or minor depression.

Medicaid recipients have a much higher prevalence of diagnosed depression than uninsured respondents or those with private insurance (Medicare recipients appear to have a similarly high prevalence).



## Have Been Diagnosed With a Depressive Disorder
### (By Insurance Type, Suffolk County 2014)

Sources: • 2014 Community Health Surveys, Professional Research Consultants, Inc. [Item 106]
Notes: • Asked of all respondents.
• Medicare and Private Insurance respondents are taken from the random countywide sample; Self-Pay and Medicaid respondents are from targeted patient sample.
• Depressive disorders include depression, major depression, dysthymia, or minor depression.

### Suicide

Between 2009 and 2011, there was an annual average age-adjusted suicide rate of 8.2 deaths per 100,000 population in Suffolk County. This is higher than the statewide rate and lower than the national rate. It satisfies the Healthy People 2020 target of 10.2 or lower.



## Suicide: Age-Adjusted Mortality
### (2009-2011 Annual Average Deaths per 100,000 Population)
### Healthy People 2020 Target = 10.2 or Lower

Sources: • CDC WONDER Online Query System. Centers for Disease Control and Prevention, Epidemiology Program Office, Division of Public Health Surveillance and Informatics. Data extracted August 2014.
• US Department of Health and Human Services. Healthy People 2020. December 2010. http://www.healthypeople.gov [Objective MHMD-1]
Notes: • Deaths are coded using the Tenth Revision of the International Statistical Classification of Diseases and Related Health Problems (ICD-10).
• Rates are per 100,000 population; age-adjusted to the 2000 U.S. Standard Population.
• Local, state and national data are simple three-year averages.

**Mental Health Treatment**

Among Total Population adults with a diagnosed depressive disorder, 88.5% acknowledge that they have sought professional help for a mental or emotional problem. This is higher than the national figure.  It is lower in the Target Population (73.6%).



### NYSCAA Community Commons Needs Assessment Tool:

## Access to Mental Health Providers

*This indicator reports the rate of the county population to the number of mental health providers including psychiatrists, psychologists, clinical social workers, and counsellors that specialize in mental health care.*

| Report Area | Estimated Population | Number of Mental Health Providers | Ratio of Mental Health Providers to Population (1 Provider per x Persons) | Mental Health Care Provider Rate (Per 100,000 Population) |
|---|---|---|---|---|
| *Suffolk County, NY* | *1,502,939* | *3,580* | *419.8* | *238.2* |
| *New York* | *19,746,147* | *47,032* | *419.8* | *238.1* |
| *United States* | *317,105,555* | *643,219* | *493* | *202.8* |

*Mental Health Care Provider Rate (Per 100,000 Population)*

■ *Suffolk County, NY (238.2)*
■ *New York (238.1)*
■ *United States (202.8)*

*Data Source: University of Wisconsin Population Health Institute, County Health Rankings. 2016. Source geography: County*



***Access to Mental Health Care Providers, Rank by County, CHR 2016***

- *1st Quartile (Top 25%)*
- *2nd Quartile*
- *3rd Quartile*
- *4th Quartile (Bottom 25%)*
- *Bottom Quintile (Rhode Island Only)*
- *No Data or Data Suppressed; -1*
- *Report Area*

## *Lack of Social or Emotional Support*

*This indicator reports the percentage of adults aged 18 and older who self-report that they receive insufficient social and emotional support all or most of the time.  This indicator is relevant because social and emotional support is critical for navigating the challenges of daily life as well as for good mental health.   Social and emotional support is also linked to educational achievement and economic stability.*

| Report Area | Total Population Age 18 | Estimated Population Without Adequate Social / Emotional Support | Crude Percentage | Age-Adjusted Percentage |
|---|---|---|---|---|
| Suffolk County, NY | 1,127,303 | 240,116 | 21.3% | 21.2% |
| New York | 14,954,839 | 3,574,207 | 23.9% | 23.9% |
| United States | 232,556,016 | 48,104,656 | 20.7% | 20.7% |

*Percent Adults Without Adequate Social / Emotional Support (Age-Adjusted)*



- *Suffolk County, NY (21.2%)*
- *New York (23.9%)*
- *United States (20.7%)*

*Data Source: Centers for Disease Control and Prevention, Behavioral Risk Factor Surveillance System. Accessed via the Health Indicators Warehouse. US Department of Health  Human Services, Health Indicators Warehouse. 2006-12. Source geography: County*



**Inadequate Social/Emotional Support, Percent of Adults Age 18  by County, BRFSS 2006-12**

- Over 23.0%
- 19.1 - 23.0%
- 15.1 - 19.0%
- Under 15.1%
- No Data or Data Suppressed
- Report Area

## *Mortality - Suicide*

*This indicator reports the rate of death due to intentional self-harm (suicide) per 100,000 population.  Figures are reported as crude rates, and as rates age-adjusted to year 2000 standard.  Rates are resummarized for report areas from county level data, only where data is available.  This indicator is relevant because suicide is an indicator of poor mental health.*

| Report Area | Total Population | Average Annual Deaths, 2010-2014 | Crude Death Rate (Per 100,000 Pop.) | Age-Adjusted Death Rate (Per 100,000 Pop.) |
|---|---|---|---|---|
| Suffolk County, NY | 1,498,803 | 144 | 9.61 | 9.2 |
| New York | 19,563,312 | 1,660 | 8.49 | 8.1 |
| United States | 313,836,267 | 40,466 | 12.89 | 12.5 |
| *HP 2020 Target* | | | | <= 10.2 |

*Data Source: Centers for Disease Control and Prevention, National Vital Statistics System. Accessed via CDC WONDER. 2010-14. Source geography: County*

**Suicide, Age-Adjusted Death Rate (Per 100,000 Pop.)**

- Suffolk County, NY (9.2)
- New York (8.1)
- United States (12.5)



**Suicide Mortality, Age Adj. Rate (Per 100,000 Pop.) by County, NVSS 2010-14**

- Over 20.0
- 16.1 - 20.0
- 12.1 - 16.0
- Under 12.1
- Data Suppressed (<20 Deaths)
- Report Area

### *Suicide Mortality, Age-Adjusted Rate (Per 100,000 Pop.) by Gender*

| Report Area | Male | Female |
|---|---|---|
| Suffolk County, NY | 14.4 | 4.3 |
| New York | 13.1 | 3.6 |
| United States | 20.2 | 5.3 |



*Suicide Mortality, Age-Adjusted Rate (Per 100,000 Pop.) by Race / Ethnicity*

| Report Area | Non-Hispanic White | Non-Hispanic Black | Asian or Pacific Islander | American Indian / Alaskan Native | Hispanic or Latino |
|---|---|---|---|---|---|
| Suffolk County, NY | 10.7 | 5.3 | no data | no data | 4.5 |
| New York | 10.2 | 4.2 | 5.5 | no data | 4.6 |
| United States | 15.7 | 5.6 | 6 | 11 | 5.9 |



*Suicide Mortality, Age-Adjusted Rate (Per 100,000 Pop.)*
*by Year, 2003 through 2014*

| Report Area | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| New York | 5.9 | 6 | 6 | 6.7 | 7.1 | 7.1 | 7 | 7.7 | 8.2 | 8.3 | 8.1 | 8.1 |
| United States | 10.8 | 11 | 10.9 | 11 | 11.3 | 11.6 | 11.8 | 12.1 | 12.3 | 12.6 | 12.6 | 13 |



## Depression (Medicare Population)

*This indicator reports the percentage of the Medicare fee-for-service population with depression.*

| Report Area | Total Medicare Beneficiaries | Beneficiaries with Depression | Percent with Depression |
|---|---|---|---|
| Suffolk County, NY | 190,226 | 25,903 | 13.6% |
| New York | 1,847,784 | 275,420 | 14.9% |
| United States | 34,096,898 | 5,537,063 | 16.2% |

*Data Source: Centers for Medicare and Medicaid Services. 2014. Source geography: County*



Percentage of Medicare Beneficiaries with Depression

■ Suffolk County, NY (13.6%)
■ New York (14.9%)
■ United States (16.2%)



**Beneficiaries with Depression, Percent by County, CMS 2014**

- ■ *Over 18.0%*
- ■ *15.1 - 18.0%*
- ■ *12.1 - 15.0%*
- ■ *Under 12.1%*
- ■ *No Data or Data Suppressed*
- ⬚ *Report Area*

### Percentage of Medicare Population with Depression by Year, 2010 through 2014

*This indicator reports the percentage trend of the Medicare fee-for-service population with depression over time.*

| Report Area | Percent 2010 | Percent 2011 | Percent 2012 | Percent 2013 | Percent 2014 |
|---|---|---|---|---|---|
| Suffolk County, NY | 11.66% | 12.52% | 13.06% | 13.29% | 13.62% |
| New York | 13.17% | 14.06% | 14.38% | 14.58% | 14.91% |
| United States | 13.97% | 15.02% | 15.50% | 15.87% | 16.24% |



## *Employment/Job Training*

Unlike the recession of the early 1990s which significantly impacted Suffolk (including the loss of much of the defense-related manufacturing sector), the most recent recession spared the County. As Long Island's economy has recovered, Suffolk County has accounted for a larger portion of economic growth than Nassau County.

The continued development of available land in Suffolk is one of the major contributors to the county's current growth. Suffolk is also relying on its research and engineering opportunities in order to further develop the biotechnology and high-technology industries.

Along with Suffolk's great potential for continued growth, the county also manages its share of challenges. Several communities have aging downtown districts which have lost their retail bases and have faltering infrastructures. Rising housing costs and property taxes have created a shortage of affordable housing for those looking to move into or remain in Suffolk. In addition, traffic congestion has become a major issue. As the population and number of motor vehicles have increased, it is without similar growth in its mass transit options. A heavy reliance on cars and trucks also increases the impact of higher energy costs on consumer and business spending in Suffolk. (State of New York Comptroller – Economic Trends in Suffolk County, 2007) These factors prohibit or limit the ability to access employment opportunities.

According to the Suffolk County Department of Labor, unemployment in Suffolk County in September 2017 was 4.3%, down from 4.6% in August and down from 4.4% in September 2016. The Nassau Suffolk area unemployment rate in September was 4.2%, down from 4.4% in August. The area's unemployment rate in September 2016 was 4.3%. Even though the rates seem to be decreasing, community stakeholders and consumers indicated it as an area of concern. The need for available jobs and job training is still prevalent.

Data in this assessment includes:
- o   Labor Force Data
- o   Suffolk County Unemployment Rate
- o   Education Levels
  - ▪   Population with Associates Level Degree or Higher: 43.01%
  - ▪   Population with Bachelor's Degree or Higher: 34.01%
  - ▪   Population with no HS Diploma: 10.07%
    - •   By gender:

- o Male: 10.07%
- o Female: 9.48%
- By ethnicity:
  - o Hispanic/Latino: 30.54%
  - o Not Hispanic/Latino: 6.44%
- By race:
  - o White: 8.08%
  - o Black or African American: 12.59%
  - o Native American/ Alaska American: 15.18%
  - o Asian: 8.76%
  - o Native Hawaiian/ Pacific Islander: 0%
  - o Other: 39.97%
  - o Multiple Races: 28.91%
- o Poverty- Children Below 100% FPL: 8.74% (population under 18 in poverty)
- o Poverty- Children Below 200% FPL: 22.47% (population under 18 in poverty)
- o Poverty- Population Below 100% FPL: 7.02%
- o Poverty- Population Below 185% FPL: 16.42%
- o Poverty- Population Below 200% FPL: 18.33%
- o Poverty- Population Below 50% FPL: 3.16%
- o Unemployment Rate: 4.5%

## US Department of Labor: Bureau of Labor Statistics:

## Nassau-Suffolk, NY

**Nassau County-Suffolk County, NY**

| Data Series | Back Data | Apr 2017 | May 2017 | June 2017 | July 2017 | Aug 2017 | Sept 2017 |
|---|---|---|---|---|---|---|---|
| Labor Force Data | | | | | | | |
| Civilian Labor Force[1] | | 1,470.8 | 1,477.5 | 1,511.6 | 1,520.3 | 1,500.3 | (P) 1,494.5 |
| Employment[1] | | 1,413.5 | 1,420.3 | 1,448.2 | 1,452.6 | 1,433.9 | (P) 1,431.5 |
| Unemployment[1] | | 57.3 | 57.3 | 63.4 | 67.7 | 66.4 | (P) 63.0 |
| Unemployment Rate[2] | | 3.9 | 3.9 | 4.2 | 4.5 | 4.4 | (P) 4.2 |

| Nonfarm Wage and Salary Employment | | | | | | | |
|---|---|---|---|---|---|---|---|
| Total Nonfarm[3] | 📈 | 1,337.6 | 1,354.8 | 1,373.9 | 1,357.0 | 1,345.2 | (P) 1,343.5 |
| 12-month % change | 📈 | 1.1 | 1.5 | 1.5 | 1.0 | 0.6 | (P) 0.7 |
| Mining, Logging, and Construction[3] | 📈 | 76.2 | 79.9 | 79.2 | 82.1 | 80.2 | (P) 78.0 |
| 12-month % change | 📈 | -1.2 | 1.7 | 0.1 | 1.5 | -1.2 | (P) -2.9 |
| Manufacturing[3] | 📈 | 70.5 | 70.2 | 70.8 | 70.1 | 70.2 | (P) 70.2 |
| 12-month % change | 📈 | -1.1 | -1.7 | -1.5 | -2.4 | -2.5 | (P) -2.5 |
| Trade, Transportation, and Utilities[3] | 📈 | 273.7 | 276.1 | 281.1 | 274.2 | 273.0 | (P) 274.6 |
| 12-month % change | 📈 | 0.9 | 1.0 | 1.2 | 0.1 | -0.3 | (P) -0.1 |
| Information[3] | 📈 | 19.1 | 19.1 | 19.2 | 19.3 | 19.0 | (P) 18.7 |
| 12-month % change | 📈 | -3.0 | 7.9 | -2.5 | -1.5 | -1.0 | (P) -2.6 |
| Financial Activities[3] | 📈 | 70.6 | 70.9 | 71.8 | 73.0 | 72.5 | (P) 72.5 |
| 12-month % change | 📈 | -2.2 | -2.2 | -2.0 | -0.4 | -1.0 | (P) -0.1 |
| Professional and Business Services[3] | 📈 | 178.6 | 180.3 | 181.7 | 180.6 | 179.9 | (P) 179.7 |
| 12-month % change | 📈 | 1.9 | 2.3 | 1.5 | 0.6 | 0.4 | (P) 0.7 |
| Education and Health Services[3] | 📈 | 270.6 | 271.3 | 268.2 | 264.6 | 263.2 | (P) 268.8 |
| 12-month % change | 📈 | 3.2 | 3.7 | 3.7 | 2.9 | 2.5 | (P) 3.7 |
| Leisure and Hospitality[3] | 📈 | 119.0 | 125.9 | 137.6 | 142.8 | 141.8 | (P) 128.8 |
| 12-month % change | 📈 | 1.4 | 0.6 | 3.2 | 2.4 | 3.1 | (P) 1.6 |
| Other Services[3] | 📈 | 58.4 | 59.5 | 61.6 | 59.9 | 59.5 | (P) 59.7 |
| 12-month % change | 📈 | -1.4 | -0.5 | 1.8 | 1.4 | 1.0 | (P) 1.2 |
| Government[3] | 📈 | 200.9 | 201.6 | 202.7 | 190.4 | 185.9 | (P) 192.5 |
| 12-month % change | 📈 | 1.5 | 1.6 | 1.2 | 1.0 | 0.5 | (P) 0.2 |

| Consumer Price Index: New York-Northern NJ-Long Island, NY-NJ-CT-PA | | | | | | | |
|---|---|---|---|---|---|---|---|
| CPI-U, All items[4] | 📈 | 267.948 | 268.183 | 268.666 | 268.051 | 268.657 | 270.059 |
| CPI-U, All items, 12-month % change[4] | | 2.0 | 1.8 | 1.8 | 1.6 | 1.7 | 2.1 |
| CPI-W, All items[5] | 📈 | 262.486 | 262.825 | 263.205 | 262.577 | 263.489 | 265.291 |
| CPI-W, All items, 12-month % change[5] | | 2.0 | 2.0 | 1.9 | 1.7 | 2.0 | 2.4 |

Footnotes
(1) Number of persons, in thousands, not seasonally adjusted.
(2) In percent, not seasonally adjusted.
(3) Number of jobs, in thousands, not seasonally adjusted. See ABOUT THE DATA.
(4) All Urban Consumers, base: 1982-84=100, not seasonally adjusted.
(5) Urban Wage Earners and Clerical Workers, base: 1982-84=100, not seasonally adjusted.
(P) Preliminary

Data extracted on: November 01, 2017

Source: U.S. Bureau of Labor Statistics

Note: More data series, including additional geographic areas, are available through the "Databases & Tables" tab at the top of this page.

## Suffolk County Department of Labor:

LICENSING & CONSUMER AFFAIRS

# October 2017

### Suffolk Labor Force[1]

|  | Sept 17 | Aug 17 | Sept 16 |
|---|---|---|---|
| Civilian Labor Force (000) | 785.9 | 790.2 | 772.4 |
| Employment (000) | 752.3 | 753.9 | 738.7 |
| Unemployment (000) | 33.6 | 36.3 | 33.7 |
| Unemployment Rate (%) | 4.3 | 4.6 | 4.4 |

### Township Unemployment Rate (%)

| Babylon | 4.7 | 5.2 | 4.8 |
|---|---|---|---|
| Brookhaven | 4.3 | 4.8 | 4.5 |
| Huntington | 4.0 | 4.0 | 4.0 |
| Islip | 4.3 | 4.8 | 4.4 |
| Lindenhurst Village | 4.6 | 5.3 | 4.6 |
| Riverhead | 4.4 | 4.4 | 4.6 |
| Smithtown | 4.0 | 4.0 | 4.0 |
| Southampton | 3.8 | 3.8 | 4.0 |

### Non-farm Employment (Long Island in thousands)[2]

| Total | 1,343.5 | 1,345.2 | 1,334.7 |
|---|---|---|---|
| Natural Resources, Mining & Construction | 78.0 | 80.2 | 80.3 |
| Manufacturing | 70.2 | 70.2 | 72.0 |
| Wholesale Trade | 70.3 | 71.0 | 69.8 |
| Retail Trade | 159.1 | 161.9 | 161.4 |
| Transportation, Warehousing & Utilities | 45.2 | 40.1 | 43.6 |
| Information | 18.7 | 19.0 | 19.2 |
| Financial Activities | 72.5 | 72.5 | 72.6 |
| Professional & Business Services | 179.7 | 179.9 | 178.5 |
| Education & Health Services | 268.8 | 263.2 | 259.3 |
| Leisure & Hospitality | 128.8 | 141.8 | 126.8 |
| Other Services | 59.7 | 59.5 | 59.0 |
| Government | 192.5 | 185.9 | 192.2 |

### Regional Economic Trends

| Unemployment Rate NY State (%) | 4.9 | 4.8 | 4.9 |
|---|---|---|---|
| Unemployment Rate NY City (%) | 5.1 | 4.9 | 5.3 |
| Unemployment Rate Nassau Co (%) | 4.1 | 4.2 | 4.1 |
| Consumer Price Index NY Area (1982-84:100) | 270.0 | 268.6 | 264.6 |

### National Economic Trends

| Unemployment Rate (%)[3] | 4.2 | 4.4 | 4.9 |
|---|---|---|---|
| Consumer Price Index (1982-84:100) | 246.8 | 245.5 | 241.4 |

Notes: (1) By place of residence. (2) By place of business. (3) Seasonally adjusted; civilian labor force.
Sources:  U.S. Department of Labor and N.Y.S. Department of Labor.

## NYSCAA Community Commons Needs Assessment Tool:

### *Population with Associate's Level Degree or Higher*

*43.01% of the population aged 25 and older, or 439,954 have obtained an Associate's level degree or higher. This indicator is relevant because educational attainment has been linked to positive health outcomes.*



Percent Population Age 25 with Associate's Degree or Higher

| Report Area | Total Population Age 25 | Population Age 25 with Associate's Degree or Higher | Percent Population Age 25 with Associate's Degree or Higher |
|---|---|---|---|
| Suffolk County, NY | 1,022,970 | 439,954 | 43.01% |
| New York | 13,435,795 | 5,740,475 | 42.73% |
| United States | 211,462,522 | 79,981,739 | 37.82% |

🟩 *Suffolk County, NY (43.01%)*
🟨 *New York (42.73%)*
🟦 *United States (37.82%)*

*Data Source: US Census Bureau, American Community Survey. 2011-15. Source geography: Tract*

**Population with an Associate Level Degree or Higher, Percent by Tract, ACS 2011-15**

🟥 *Over 32.0%*
🟧 *26.1 - 32.0%*
🟨 *20.1 - 26.0%*
⬜ *Under 20.1%*
⬜ *No Data or Data Suppressed*
🟥 *Report Area*

### *Population with Bachelor's Degree or Higher*

*34.01% of the population aged 25 and older, or 347,926 have obtained an Bachelor's level degree or higher. This indicator is relevant because educational attainment has been linked to positive health outcomes.*

*Percent Population Age 25 with Bachelor's Degree or Higher*

| Report Area | Total Population Age 25 | Population Age 25 with Bachelor's Degree or Higher | Percent Population Age 25 with Bachelor's Degree or Higher |
|---|---|---|---|
| Suffolk County, NY | 1,022,970 | 347,926 | 34.01% |
| New York | 13,435,795 | 4,596,124 | 34.21% |
| United States | 211,462,522 | 62,952,272 | 29.77% |



■ Suffolk County, NY (34.01%)
■ New York (34.21%)
■ United States (29.77%)

Data Source: US Census Bureau, American Community Survey. 2011-15. Source geography: Tract

**Population with a Bachelor's Degree or Higher, Percent by Tract, ACS 2011-15**

■ Over 23.0%
■ 18.1 - 23.0%
■ 13.1 - 18.0%
□ Under 13.1%
■ No Data or Data Suppressed
▢ Report Area

## Population with No High School Diploma

*Within the report area there are 102,990 persons aged 25 and older without a high school diploma (or equivalency) or higher. This represents 10.07% of the total population aged 25 and older. This indicator is relevant because educational attainment is linked to positive health outcomes (Freudenberg Ruglis, 2007).*

| Report Area | Total Population Age 25 | Population Age 25 with No High School Diploma | Percent Population Age 25 with No High School Diploma |
|---|---|---|---|
| Suffolk County, NY | 1,022,970 | 102,990 | 10.07% |
| New York | 13,435,795 | 1,930,117 | 14.37% |

Percent Population Age 25 with No High School Diploma



■ Suffolk County, NY (10.07%)

| United States | 211,462,522 | 28,229,094 | 13.35% |
|---|---|---|---|

🟨 New York (14.37%)
🟦 United States (13.35%)

*Data Source: US Census Bureau, American Community Survey. 2011-15. Source geography: Tract*



**Population with No High School Diploma (Age 25 ), Percent by Tract, ACS 2011-15**

🟥 *Over 21.0%*

🟧 *16.1 - 21.0%*

🟨 *11.1 - 16.0%*

⬜ *Under 11.1%*

⬛ *No Data or Data Suppressed*

🟥 *Report Area*

## Population with No High School Diploma by Gender

| Report Area | Total Male | Total Female | Percent Male | Percent Female |
|---|---|---|---|---|
| Suffolk County, NY | 52,747 | 50,243 | 10.7% | 9.48% |
| New York | 934,359 | 995,758 | 14.68% | 14.08% |
| United States | 14,322,194 | 13,906,900 | 14.04% | 12.71% |



### Population with No High School Diploma by Ethnicity Alone

| Report Area | Total Hispanic / Latino | Total Not Hispanic / Latino | Percent Hispanic / Latino | Percent Not Hispanic / Latino |
|---|---|---|---|---|
| Suffolk County, NY | 46,975 | 56,015 | 30.54% | 6.44% |
| New York | 721,850 | 1,208,267 | 33.07% | 10.74% |
| United States | 10,512,401 | 17,716,693 | 35.1% | 9.76% |



### Population with No High School Diploma by Race Alone, Percent

| Report Area | White | Black or African American | Native American / Alaska Native | Asian | Native Hawaiian / Pacific Islander | Some Other Race | Multiple Race |
|---|---|---|---|---|---|---|---|
| Suffolk County, NY | 8.08% | 12.59% | 15.18% | 8.76% | 0% | 39.97% | 28.91% |
| New York | 9.86% | 17.91% | 25.68% | 21.92% | 19.48% | 37.29% | 20.96% |
| United States | 11.35% | 16.25% | 20.9% | 14.02% | 13.9% | 40.67% | 13.96% |



***Population with No High School Diploma by Race Alone, Total***

| Report Area | White | Black | Asian | Native American / Alaska Native | Native Hawaiian / Pacific Islander | Some Other Race | Multiple Races |
|---|---|---|---|---|---|---|---|
| *Suffolk County, NY* | *69,084* | *8,860* | *3,204* | *289* | *0* | *16,626* | *4,927* |
| *New York* | *890,493* | *355,243* | *240,307* | *12,011* | *818* | *376,763* | *54,482* |
| *United States* | *18,321,493* | *4,011,131* | *1,573,206* | *323,223* | *45,490* | *3,417,017* | *537,534* |



## *Poverty - Children Below 100% FPL*

*In the report area 8.74% or 29,249 children aged 0-17 are living in households with income below the Federal Poverty Level (FPL).  This indicator is relevant because poverty creates barriers to access including health services, healthy food, and other necessities that contribute to poor health status.*



Percent Population Under Age 18 in Poverty

■ *Suffolk County, NY (8.74%)*
■ *New York (22.24%)*
■ *United States (21.73%)*

| Report Area | Total Population | Population Under Age 18 | Population Under Age 18 in Poverty | Percent Population Under Age 18 in Poverty |
|---|---|---|---|---|
| *Suffolk County, NY* | *1,471,614* | *334,513* | *29,249* | *8.74%* |
| *New York* | *19,164,034* | *4,182,128* | *929,921* | *22.24%* |
| *United States* | *308,619,550* | *72,540,829* | *15,760,766* | *21.73%* |

*Data Source: US Census Bureau, American Community Survey. 2011-15. Source geography: Tract*



***Population Below the Poverty Level, Children (Age 0-17), Percent by Tract, ACS 2011-15***

■ *Over 30.0%*
■ *22.6 - 30.0%*
■ *15.1 - 22.5%*
□ *Under 15.1%*
□ *No Population Age 0-17 Reported*
■ *No Data or Data Suppressed*
□ *Report Area*

### *Children in Poverty by Gender*

| Report Area | Total Male | Total Female | Percent Male | Percent Female |
|---|---|---|---|---|
| *Suffolk County, NY* | *14,627* | *14,622* | *8.53%* | *8.96%* |
| *New York* | *471,450* | *458,471* | *22.05%* | *22.43%* |
| *United States* | *8,006,400* | *7,754,366* | *21.61%* | *21.85%* |



## Children in Poverty by Ethnicity Alone

| Report Area | Total Hispanic / Latino | Total Not Hispanic / Latino | Percent Hispanic / Latino | Percent Not Hispanic or Latino |
|---|---|---|---|---|
| Suffolk County, NY | 12,524 | 16,725 | 15.47% | 6.6% |
| New York | 332,002 | 597,919 | 33.8% | 18.69% |
| United States | 5,646,834 | 10,113,932 | 32.29% | 18.37% |



### Children in Poverty by Race Alone, Percent

| Report Area | Non-Hispanic White | Black or African American | Native American / Alaska Native | Asian | Native Hawaiian / Pacific Islander | Some Other Race | Multiple Race |
|---|---|---|---|---|---|---|---|
| Suffolk County, NY | 4.59% | 17.96% | 40.67% | 7.59% | 0% | 21.82% | 13.59% |
| New York | 13.61% | 33.04% | 34.03% | 21.42% | 22.19% | 39.98% | 24.71% |
| United States | 13.07% | 38.31% | 36.05% | 12.9% | 28.12% | 35.88% | 22.39% |



### Children in Poverty by Race Alone, Total

| Report Area | Non-Hispanic White | Black or African American | Native American / Alaska Native | Asian | Native Hawaiian / Pacific Islander | Some Other Race | Multiple Race |
|---|---|---|---|---|---|---|---|
| Suffolk County, NY | 9,343 | 5,328 | 375 | 969 | 0 | 5,016 | 1,972 |
| New York | 281,857 | 235,859 | 6,287 | 65,328 | 269 | 181,652 | 56,233 |
| United States | 4,946,654 | 3,928,519 | 251,937 | 432,552 | 41,057 | 1,615,988 | 970,189 |



## Poverty - Children Below 200% FPL

*In the report area 22.47% or 75,150 children are living in households with income below 200% of the Federal Poverty Level (FPL). This indicator is relevant because poverty creates barriers to access including health services, healthy food, and other necessities that contribute to poor health status.*



Percent Population Under Age 18 at or Below 200% FPL

| Report Area | Total Population Under Age 18 | Population Under Age 18 at or Below 200% FPL | Percent Population Under Age 18 at or Below 200% FPL |
|---|---|---|---|
| Suffolk County, NY | 334,513 | 75,150 | 22.47% |
| New York | 4,182,128 | 1,757,345 | 42.02% |
| United States | 72,540,829 | 31,888,028 | 43.96% |

- Suffolk County, NY (22.47%)
- New York (42.02%)
- United States (43.96%)

*Data Source: US Census Bureau, American Community Survey. 2011-15. Source geography: Tract*



**Population Below 200% Poverty Level, Children (Age 0-17), Percent by Tract, ACS 2011-15**

- *Over 56.0%*
- *47.1 - 56.0%*
- *38.1 - 47.0%*
- *Under 38.1%*
- *No Population Age 0-17 Reported*
- *No Data or Data Suppressed*
- *Report Area*

## Poverty - Population Below 100% FPL

*Poverty is considered a key driver of health status.*

*Within the report area 7.02% or 103,269 individuals are living in households with income below the Federal Poverty Level (FPL). This indicator is relevant because poverty creates barriers to access including health services, healthy food, and other necessities that contribute to poor health status.*

| Report Area | Total Population | Population in Poverty | Percent Population in Poverty |
|---|---|---|---|
| Suffolk County, NY | 1,471,614 | 103,269 | 7.02% |
| New York | 19,164,034 | 3,005,943 | 15.69% |
| United States | 308,619,550 | 47,749,043 | 15.47% |

*Data Source: US Census Bureau, American Community Survey. 2011-15. Source geography: Tract*

**Percent Population in Poverty**

- Suffolk County, NY (7.02%)
- New York (15.69%)
- United States (15.47%)



**Population Below the Poverty Level, Percent by Tract, ACS 2011-15**

- Over 20.0%
- 15.1 - 20.0%
- 10.1 - 15.0%
- Under 10.1%
- No Data or Data Suppressed
- Report Area

## Population in Poverty by Gender

| Report Area | Total Male | Total Female | Percent Male | Percent Female |
|---|---|---|---|---|
| Suffolk County, NY | 45,309 | 57,960 | 6.26% | 7.75% |
| New York | 1,326,089 | 1,679,854 | 14.31% | 16.97% |
| United States | 21,410,511 | 26,338,532 | 14.18% | 16.71% |



### Population in Poverty by Ethnicity Alone

| Report Area | Total Hispanic / Latino | Total Not Hispanic / Latino | Percent Hispanic / Latino | Percent Not Hispanic / Latino |
|---|---|---|---|---|
| Suffolk County, NY | 32,096 | 71,173 | 12.25% | 5.88% |
| New York | 917,179 | 2,088,764 | 25.9% | 13.37% |
| United States | 12,915,617 | 34,833,426 | 24.3% | 13.63% |



### Population in Poverty Race Alone, Percent

| Report Area | White | Black or African American | Native American / Alaska Native | Asian | Native Hawaiian / Pacific Islander | Some Other Race | Multiple Race |
|---|---|---|---|---|---|---|---|
| Suffolk County, NY | 5.59% | 12.9% | 23.88% | 8.64% | 28.03% | 16.32% | 13.85% |
| New York | 11.34% | 23.37% | 27.25% | 18.08% | 23.73% | 29.77% | 21.52% |
| United States | 12.7% | 27% | 28.3% | 12.57% | 20.96% | 26.53% | 19.94% |



## *Population in Poverty by Race Alone, Total*

| Report Area | White | Black or African American | Native American / Alaska Native | Asian | Native Hawaiian / Pacific Islander | Some Other Race | Multiple Race |
|---|---|---|---|---|---|---|---|
| Suffolk County, NY | 66,981 | 14,283 | 739 | 4,520 | 118 | 11,824 | 4,804 |
| New York | 1,404,979 | 691,900 | 19,805 | 278,136 | 1,476 | 492,865 | 116,782 |
| United States | 28,923,918 | 10,321,254 | 702,127 | 2,000,884 | 111,137 | 3,865,363 | 1,824,360 |



## _Poverty - Population Below 185% FPL_

_In the report area 16.42% or 241,577 individuals are living in households with income below 185% of the Federal Poverty Level (FPL). This indicator is relevant because poverty creates barriers to access including health services, healthy food, and other necessities that contribute to poor health status._

| Report Area | Total Population | Population with Income at or Below 185% FPL | Percent Population with Income at or Below 185% FPL |
|---|---|---|---|
| Suffolk County, NY | 1,471,614 | 241,577 | 16.42% |
| New York | 19,164,034 | 5,781,076 | 30.17% |
| United States | 308,619,550 | 97,454,684 | 31.58% |

_Data Source: US Census Bureau, American Community Survey. 2011-15. Source geography: Tract_

Percent Population with Income at or Below 185% FPL

■ _Suffolk County, NY (16.42%)_
■ _New York (30.17%)_
■ _United States (31.58%)_



**_Population Below 185% Poverty Level, Percent by Tract, ACS 2011-15_**

■ _Over 43.0%_
■ _35.1 - 43.0%_
■ _27.1 - 35.0%_
■ _Under 27.1%_
■ _No Data or Data Suppressed_
□ _Report Area_

## _Poverty - Population Below 200% FPL_

_In the report area 18.33% or 269,776 individuals are living in households with income below 200% of the Federal Poverty Level (FPL). This indicator is relevant because poverty creates barriers to access including health services, healthy food, and other necessities that contribute to poor health status._

| Report Area | Total Population | Population with Income at or Below 200% FPL | Percent Population with Income at or Below 200% FPL |
|---|---|---|---|
| Suffolk County, NY | 1,471,614 | 269,776 | 18.33% |
| New York | 19,164,034 | 6,223,229 | 32.47% |
| United States | 308,619,550 | 105,726,604 | 34.26% |

*Percent Population with Income at or Below 200% FPL*

🟩 *Suffolk County, NY (18.33%)*
🟧 *New York (32.47%)*
🟦 *United States (34.26%)*

*Data Source: US Census Bureau, American Community Survey. 2011-15. Source geography: Tract*



**Population Below 200% Poverty Level, Percent by Tract, ACS 2011-15**

▪ *Over 50.0%*
▪ *38.1 - 50.0%*
▪ *26.1 - 38.0%*
▪ *Under 26.1%*
▪ *No Data or Data Suppressed*
▫ *Report Area*

## Poverty - Population Below 50% FPL

*In the report area 3.16% or 46,545 individuals are living in households with income below 50% of the Federal Poverty Level (FPL). This indicator is relevant because poverty creates barriers to access including health services, healthy food, and other necessities that contribute to poor health status.*

| Report Area | Total Population | Population with Income at or Below 50% FPL | Percent Population with Income at or Below 50% FPL |
|---|---|---|---|
| Suffolk County, NY | 1,471,614 | 46,545 | 3.16% |
| New York | 19,164,034 | 1,330,108 | 6.94% |
| United | 308,619,550 | 21,125,395 | 6.85% |

*Percent Population with Income at or Below 50% FPL*

🟩 *Suffolk County, NY (3.16%)*
🟧 *New York (6.94%)*

| States | | | |  United States (6.85%) |

*Data Source: US Census Bureau, American Community Survey. 2011-15. Source geography: Tract*



***Population Below 50% Poverty Level, Percent by Tract, ACS 2011-15***

*Over 9.0%*

*6.1 - 9.0%*

*3.1 - 6.0%*

*Under 3.1%*

*No Data or Data Suppressed*

*Report Area*

## _Unemployment Rate_

*Total unemployment in the report area for the current month was 35,368, or 4.5% of the civilian non-institutionalized population age 16 and older (non-seasonally adjusted). This indicator is relevant because unemployment creates financial instability and barriers to access including insurance coverage, health services, healthy food, and other necessities that contribute to poor health status.*

| Report Area | Labor Force | Number Employed | Number Unemployed | Unemployment Rate |
|---|---|---|---|---|
| Suffolk County, NY | 778,757 | 743,389 | 35,368 | 4.5 |
| New York | 9,650,167 | 9,161,575 | 488,592 | 5.1 |
| United States | 159,581,317 | 151,348,416 | 8,232,901 | 5.2 |



*Unemployment Rate*

*Suffolk County, NY (4.5)*

*New York (5.1)*

*United States (5.2)*

*Data Source: US Department of Labor, Bureau of Labor Statistics. 2017 - March. Source geography: County*



*Unemployment, Rate by County, BLS 2017 - March*

*Average Monthly Unemployment Rate, March 2016 - March 2017*

| Report Area | Mar. 2016 | Apr. 2016 | May 2016 | June 2016 | July 2016 | Aug. 2016 | Sep. 2016 | Oct. 2016 | Nov. 2016 | Dec. 2016 | Jan. 2017 | Feb. 2017 | Mar. 2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Suffolk County, NY* | *4.5* | *4.1* | *3.9* | *4.1* | *4.5* | *4.4* | *4.4* | *4.2* | *4.1* | *4.1* | *4.7* | *4.9* | *4.3* |
| *New York* | *5.1* | *4.6* | *4.3* | *4.7* | *5* | *4.9* | *4.9* | *4.8* | *4.5* | *4.5* | *4.9* | *5* | *4.4* |
| *United States* | *5.1* | *4.7* | *4.5* | *5.1* | *5.1* | *5* | *4.8* | *4.7* | *4.4* | *4.5* | *5.1* | *4.9* | *4.6* |



*Average Annual Unemployment Rate, 2005-2015*

| Report Area | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Suffolk County, NY | 4.2 | 4 | 3.9 | 5 | 7.4 | 7.7 | 7.6 | 7.8 | 6.6 | 5.4 | 4.7 |
| New York | 5 | 4.6 | 4.6 | 5.4 | 8.4 | 8.6 | 8.3 | 8.5 | 7.7 | 6.3 | 5.3 |
| United States | 5.2 | 4.7 | 4.7 | 5.8 | 9.3 | 9.7 | 9 | 8.1 | 7.4 | 6.2 | 5.3 |



## *Gang Prevention Services*

According to the Suffolk County Criminal Justice Coordinating Council's Profile of Gang Members in Suffolk County, "risk factors that predispose many youths to gang membership are also linked to a variety of adolescent problem behaviors, including serious violence and delinquency. The major risk factor domains are individual characteristics, family conditions, school experiences and performance, peer group influences, and the community context. Risk factors predictive of gang membership include prior and/or early involvement in delinquency, especially violence and alcohol/drug use; poor family management and problematic parent-child relations; low school attachment and achievement and negative labeling by teachers; association with aggressive peers and peers who engage in delinquency; and neighborhoods in which large numbers of youth are in trouble and in which drugs and firearms are readily available (Howell and Egley, 2005; see also Esbensen, 2000; Hill et al., 2001; Thornberry, 1998; Wyrick and Howell, 2004)."

- The Suffolk County Youth Board Coordinating Council established the Suffolk County Youth and Justice Committee, a group represented by youth development agencies, community leaders, schools/education, government, law enforcement, probation, health/mental health, parents and youth to establish and implement a comprehensive plan to reduce crime, violence, gang involvement, substance abuse, alcohol and academic failure among school-aged youth and young adults up to the age of 24. Early preventive efforts were suggested and deemed as highly important. Interventions included in the report: Suffolk County Community Based Initiatives, Too Good For Violence EBI program, Council on Thought and Action, SNUG/Cure Violence Program, Suffolk County Police Department Youth Programming, and Trauma Training.

- April 26, 2017 Governor Andrew M. Cuomo launched a new anti-gang initiative on Long Island.

- FBI's Long Island Gang Task Force (LIGTF) (2003) is part of the Safe Streets Task Force network – Federal Safe Streets Violent Crime Initiative (1992)

- Fight continues against street gangs, most notably MS-13, the criminal organization accused of the many recent killings in Suffolk and Nassau Counties. (Newsday: MS-13 on Long Island: What we know about the gang July 18, 2017)
  - o Brentwood, Central Islip, Huntington Station, Hempstead and Freeport
  - o 712 members of the gang in Nassau, of whom 345 are active, according to Acting Nassau County Police Commissioner, Thomas Krumpter.
  - o 400 members in Suffolk County, according to Police Commissioner, Timothy Sini.
  - o 11 murders have been linked to MS-13 gang violence. (Most recent bodies found in Nassau County still under investigation October 29, 2017)

Due to recent murders over the last year, and bodies found, Long Island residents have a lack of sense of safety. This safety concern is an indicator of why Gang Prevention Services were deemed as a need in Suffolk County by EOC stakeholders for the purpose of this assessment.

Other data included in this assessment:

- Violent Crime Rates
- Mortality Rates

## *NYSCAA Community Commons Needs Assessment Tool*

### Violent Crime

*This indicator reports the rate of violent crime offenses reported by law enforcement per 100,000 residents. Violent crime includes homicide, rape, robbery, and aggravated assault.  This indicator is relevant because it assesses community safety.*



Violent Crime Rate (Per 100,000 Pop.)

| Report Area | Total Population | Violent Crimes | Violent Crime Rate (Per 100,000 Pop.) |
|---|---|---|---|
| *Suffolk County, NY* | 1,498,627 | 2,220 | 148.2 |
| *New York* | 19,385,574 | 77,529 | 399.9 |
| *United States* | 306,859,354 | 1,213,859 | 395.5 |

■ Suffolk County, NY (148.2)
■ New York (399.9)
■ United States (395.5)

*Data Source: Federal Bureau of Investigation, FBI Uniform Crime Reports. Additional analysis by the National Archive of Criminal Justice Data.  Accessed via the Inter-university Consortium for Political and Social Research. 2010-12. Source geography: County*



**Violent Crimes, All, Rate (Per 100,000 Pop.) by County, FBI UCR 2010-12**

- Over 380.0
- 260.1 - 380.0
- 180.1 - 260.0
- 100.1 - 180.0
- Under 100.1
- No Data or Data Suppressed
- Report Area

## *Mortality - Homicide*

*This indicator reports the rate of death due to assault (homicide) per 100,000 population. Figures are reported as crude rates, and as rates age-adjusted to year 2000 standard.  Rates are summarized for report areas from county level data, only where data is available.  This indicator is relevant because homicide rate is a measure of poor community safety and is a leading cause of premature death.*

| Report Area | Total Population | Average Annual Deaths, 2010-2014 | Crude Death Rate (Per 100,000 Pop.) | Age-Adjusted Death Rate (Per 100,000 Pop.) |
|---|---|---|---|---|
| Suffolk County, NY | 1,498,803 | 39 | 2.63 | 2.7 |
| New York | 19,563,312 | 761 | 3.89 | 3.9 |
| United States | 313,836,267 | 16,221 | 5.17 | 5.2 |
| HP 2020 Target | | | | <=  5.5 |

*Data Source: Centers for Disease Control and Prevention, National Vital Statistics System. Accessed via CDC WONDER. 2010-14. Source geography: County*

**Homicide, Age-Adjusted Death Rate (Per 100,000 Pop.)**

0        25

- Suffolk County, NY (2.7)
- New York (3.9)
- United States (5.2)



**Homicide Mortality, Age Adj. Rate (Per 100,000 Pop.) by County, NVSS 2010-14**

- *Over 9.0*
- *6.1 - 9.0*
- *3.1 - 6.0*
- *Under 3.1*
- *Data Suppressed (<20 Deaths)*
- *Report Area*

**Homicide Mortality, Age-Adjusted Rate (Per 100,000 Pop.) by Gender**

| Report Area | Male | Female |
|---|---|---|
| Suffolk County, NY | 4.2 | 1.2 |
| New York | 6.3 | 1.5 |
| United States | 8.3 | 2.2 |



*Homicide Mortality, Age-Adjusted Rate (Per 100,000 Pop.) by Race / Ethnicity*

| Report Area | Non-Hispanic White | Non-Hispanic Black | Asian or Pacific Islander | American Indian / Alaskan Native | Hispanic or Latino |
|---|---|---|---|---|---|
| Suffolk County, NY | 1.1 | 12.7 | no data | no data | 3.9 |
| New York | 1.4 | 13.7 | 1.1 | no data | 4 |
| United States | 2.5 | 18.7 | 1.7 | 5.7 | 4.8 |



*Homicide Mortality, Age-Adjusted Rate (Per 100,000 Pop.)*
*by Year, 2003 through 2014*

| Report Area | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| New York | 5 | 4.5 | 4.7 | 5 | 4.4 | 4.6 | 4.4 | 4.6 | 4.3 | 3.7 | 3.5 | 3.4 |
| United States | 6.1 | 5.9 | 6.2 | 6.3 | 6.2 | 5.9 | 5.5 | 5.3 | 5.3 | 5.4 | 5.2 | 5.1 |



## *Substance Abuse*

### *2014 Community Needs Assessment, Suffolk County, NY – Delivery System Reform Incentive Program (DSRIP) – Population Findings, With a Special Emphasis on Medicaid Recipients and Uninsured Residents*

**Substance Abuse - Findings from the PRC Population and Key Informant Surveys**

In 2005, an estimated 22 million Americans struggled with a drug or alcohol problem. Almost 95% of people with substance use problems are considered unaware of their problem. Of those who recognize their problem, 273,000 have made an unsuccessful effort to obtain treatment. These estimates highlight the importance of increasing prevention efforts and improving access to treatment for substance abuse and co-occurring disorders.

Substance abuse has a major impact on individuals, families, and communities. The effects of substance abuse are cumulative, significantly contributing to costly social, physical, mental, and public health problems. These problems include:

- Teenage pregnancy
- Human immunodeficiency virus/acquired immunodeficiency syndrome (HIV/AIDS)
- Other sexually transmitted diseases (STDs)
- Domestic violence
- Child abuse
- Motor vehicle crashes
- Physical fights
- Crime
- Homicide
- Suicide

The field has made progress in addressing substance abuse, particularly among youth. According to data from the national Institute of Drug Abuse (NIDA) Monitoring the Future (MTF) survey, which is an ongoing study of the behaviors and values of America's youth between 2004 and 2009, a drop in drug use (including amphetamines, methamphetamine, cocaine, hallucinogens, and LSD) was reported among students in 8th, 10th, and 12th grades.  Note that, despite a decreasing trend in marijuana use which began in the mid-1990s, the trend has stalled in recent years among these youth.  Use of alcohol among students in these three grades also decreased during this time.

Substance abuse refers to a set of related conditions associated with the consumption of mind- and behavior-altering substances that have negative behavioral and health outcomes. Social attitudes and political and legal responses to the consumption of alcohol and illicit drugs make substance abuse one of the most complex public health issues. In addition to the considerable health implications, substance abuse has been a flash-point in the criminal justice system and a major focal point in discussions about social values: people argue over whether substance abuse is a disease with genetic and biological foundations or a matter of personal choice.

Advances in research have led to the development of evidence-based strategies to effectively address substance abuse. Improvements in brain-imaging technologies and the development of medications that assist in treatment have gradually shifted the research community's perspective on substance abuse. There is now a deeper understanding of substance abuse as a disorder that develops in adolescence and, for some individuals, will develop into a chronic illness that will require lifelong monitoring and care.

Improved evaluation of community-level prevention has enhanced researchers' understanding of environmental and social factors that contribute to the initiation and abuse of alcohol and illicit drugs, leading to a more sophisticated understanding of how to implement evidence-based strategies in specific social and cultural settings.

A stronger emphasis on evaluation has expanded evidence-based practices for drug and alcohol treatment. Improvements have focused on the development of better clinical interventions through research and increasing the skills and qualifications of treatment providers.

  &ndash; Healthy People 2020 (www.healthypeople.gov)

### Current Drinking

A total of 65.3% of Suffolk County Total Population adults had at least one drink of alcohol in the past month. This is above the statewide and national proportion. In the Target Population, 42.6% of adults had at least one drink of alcohol in the past month (current drinkers). This is below the countywide proportion and is highest in the Central North.



**Current Drinkers**

Sources: • 2014 Community Health Surveys; Professional Research Consultants, Inc. [Item 167]
       • Behavioral Risk Factor Surveillance System Survey Data. Atlanta, Georgia. United States Department of Health and Human Services, Centers for Disease Control and Prevention (CDC): 2012 New York data.
       • 2013 PRC National Health Survey, Professional Research Consultants, Inc.

Notes: • Asked of all respondents.
       • Current drinkers had at least one alcoholic drink in the past month.

Current drinking is much higher in the privately insured segment.



Sources: • 2014 Community Health Surveys, Professional Research Consultants, Inc. [Item 167]
Notes: • Asked of all respondents.
• Medicare and Private Insurance respondents are taken from the random countywide sample; Self-Pay and Medicaid respondents are from targeted patient sample.
• Current drinkers had at least one alcoholic drink in the past month.

## Chronic Drinking

A total of 7.4% of County adults averaged two or more drinks of alcohol per day in the past month (chronic drinkers). This is comparable to the national proportion. In the Target Population, 2.1% of adults are chronic drinkers. This is below the countywide proportion, and lowest in the Northwest.



Sources: • 2014 Community Health Surveys, Professional Research Consultants, Inc. [Item 168]
• 2013 PRC National Health Survey, Professional Research Consultants, Inc.
Notes: • Asked of all respondents.
• Chronic drinkers are defined as having 60+ alcoholic drinks in the past month.

Chronic drinking prevalence is highest among adults with private healthcare coverage.



**Chronic Drinkers**
(By Insurance Type, Suffolk County 2014)

Sources: • 2014 Community Health Surveys, Professional Research Consultants, Inc. [Item 168]
Notes: • Asked of all respondents.
• Medicare and Private Insurance respondents are taken from the random countywide sample; Self-Pay and Medicaid respondents are from targeted patient sample.
• Chronic drinkers are defined as having 60+ alcoholic drinks in the past month.

## Binge Drinking

A total of 20.4% of Suffolk County Total Population adults are binge drinkers. This is similar to New York and national findings.  It satisfies the Healthy People 2020 target (24.3% or lower).  In the Target Population, 12.7% of adults are binge drinkers. This is well below the countywide proportion and comparable findings by subarea.



**Binge Drinkers**
Healthy People 2020 Target = 24.4% or Lower

Sources: • 2014 Community Health Surveys, Professional Research Consultants, Inc. [Item 169]
• Behavioral Risk Factor Surveillance System Survey Data.  Atlanta, Georgia.  United States Department of Health and Human Services, Centers for Disease Control and Prevention (CDC); 2012 New York data.
• 2013 PRC National Health Survey, Professional Research Consultants, Inc.
• US Department of Health and Human Services.  Healthy People 2020.  December 2010.  http://www.healthypeople.gov  [Objective SA-14.3]
Notes: • Asked of all respondents.
• Binge drinkers are defined as men having 5+ alcoholic drinks on any one occasion or women consuming 4+ drinks on any one occasion.

Binge drinking is more often noted in the privately insured segment.



**Binge Drinkers**
(By Insurance Type, Suffolk County 2014)
Healthy People 2020 Target = 24.4% or Lower

Sources:
- 2014 Community Health Surveys, Professional Research Consultants, Inc. [Item 155]
- US Department of Health and Human Services. Healthy People 2020. December 2010. http://www.healthypeople.gov [Objective SA-14.3]

Notes:
- Asked of all respondents.
- Medicare and Private Insurance respondents are taken from the random countywide sample; Self-Pay and Medicaid respondents are from targeted patient sample.
- Binge drinkers are defined as men having 5+ alcoholic drinks on any one occasion or women consuming 4+ drinks on any one occasion.

### Age-Adjusted Drug-Induced Deaths

Between 2009 and 2011, there was an annual average age-adjusted drug-induced mortality rate of 14.6 deaths per 100,000 population in Suffolk County. This is well above the statewide and national rates. It fails to satisfy the Healthy People 2020 target (11.3 or lower).



**Drug-Induced Deaths: Age-Adjusted Mortality**
(2009-2011 Annual Average Deaths per 100,000 Population)
Healthy People 2020 Target = 11.3 or Lower

Sources:
- CDC WONDER Online Query System. Centers for Disease Control and Prevention, Epidemiology Program Office, Division of Public Health Surveillance and Informatics. Data extracted August 2014.
- US Department of Health and Human Services. Healthy People 2020. December 2010. http://www.healthypeople.gov [Objective SA-12]

Notes:
- Deaths are coded using the Tenth Revision of the International Statistical Classification of Diseases and Related Health Problems (ICD-10).
- Rates are per 100,000 population, age-adjusted to the 2000 US Standard Population.
- Local, state and national data are simple three-year averages.

### Illicit Drug Use

In the Suffolk County Total Population, 4.5% of adults acknowledge using an illicit drug in the past month. This is comparable to the proportion found nationally and satisfies the Healthy People 2020 target of

7.1% or lower. In the Target Population, 4.2% of adults used an illicit drug in the past month. This is similar to the countywide proportion and favorably low in the Southwest.



Sources: • 2014 Community Health Surveys, Professional Research Consultants, Inc. [Item 67]
        • 2013 PRC National Health Survey, Professional Research Consultants, Inc.
        • US Department of Health and Human Services. Healthy People 2020. December 2010. http://www.healthypeople.gov [Objective SA-13.3]
Notes:   • Asked of all respondents.

Illicit drug use is much more prevalent among Medicare and Medicaid recipients.



Sources: • 2014 Community Health Surveys, Professional Research Consultants, Inc. [Item 67]
        • US Department of Health and Human Services. Healthy People 2020. December 2010. http://www.healthypeople.gov [Objective SA-13.3]
Notes:   • Asked of all respondents.
        • Medicare and Private Insurance respondents are taken from the random countywide sample; Self-Pay and Medicaid respondents are from targeted patient sample.



## Perceptions of Substance Abuse as a Problem in the Community for the Target Population
### (Key Informants, 2014)

■ Major Problem   □ Moderate Problem   ■ Minor Problem   ■ No Problem At All

| 59.6% | 31.3% | 9.1% |
|---|---|---|

Sources:  • PRC Online Key Informant Survey, Professional Research Consultants, Inc.
Notes:  • Asked of all respondents.

## *SAMHSA:*



Current, Binge, and Heavy Alcohol Use among People Aged 12 to 20: 2015

7.7 Million Current Alcohol Users

5.1 Million Binge Alcohol Users (65.7% of Current Alcohol Users)

1.3 Million Heavy Alcohol Users (24.9% of Binge Alcohol Users and 16.4% of Current Alcohol Users)





People Aged 12 or Older Who Needed Substance Use Treatment in the Past Year, by Age Group: 2015



Received Specialty Substance Use Treatment in the Past Year among People Aged 12 or Older Who Needed Substance Use Treatment in the Past Year, by Age Group: 2015

## *NYSCAA Community Commons Needs Assessment Tool:*

## Liquor Store Access

*This indicator reports the number of beer, wine, and liquor stores per 100,000 population, as defined by North American Industry Classification System (NAICS) Code 445310.  This indicator is relevant because it provides*

*a measure of healthy food access and environmental influences on dietary behaviors.*



| Report Area | Total Population | Number of Establishments | Establishments, Rate per 100,000 Population |
|---|---|---|---|
| Suffolk County, NY | 1,493,350 | 324 | 21.70 |
| New York | 19,378,102 | 3,159 | 16.3 |
| United States | 312,846,570 | 33,692 | 10.77 |

*Data Source: US Census Bureau, County Business Patterns. Additional data analysis by CARES. 2015. Source geography: County*

**Liquor Stores, Rate (Per 100,000 Population)**

- Suffolk County, NY (21.70)
- New York (16.3)
- United States (10.77)

**Beer, Wine and Liquor Stores, Rate (Per 100,000 Pop.) by ZCTA, CBP 2015**

- Over 18.0
- 12.1 - 18.0
- 6.1 - 12.0
- Under 6.1
- No Beer, Wine, or Liquor Stores
- Report Area

**Beer, Wine and Liquor Stores, Rate per 100,000 Population by Year, 2010 through 2015**

| Report Area | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 |
|---|---|---|---|---|---|---|
| Suffolk County, NY | 17.28 | 18.15 | 19.22 | 20.49 | 21.23 | 21.7 |
| New York | 13.46 | 14.03 | 14.24 | 15.1 | 15.8 | 16.3 |
| United States | 10.2 | 10.32 | 10.47 | 10.61 | 10.75 | 10.91 |



## Mortality - Drug Poisoning

*This indicator reports the rate of death due to drug overdose per 100,000 population.  Figures are reported as crude rates, and as rates age-adjusted to year 2000 standard.  Rates are re-summarized for report areas from county level data, only where data is available.  This indicator is relevant because suicide is an indicator of poor mental health.*

| Report Area | Total Population | Average Annual Deaths, 2010-2014 | Crude Death Rate (Per 100,000 Pop.) | Age-Adjusted Death Rate (Per 100,000 Pop.) |
|---|---|---|---|---|
| Suffolk County, NY | 1,498,803 | 260 | 17.36 | 17.4 |
| New York | 19,563,312 | 2,044 | 10.45 | 10.1 |
| United States | 313,836,267 | 42,432 | 13.52 | 13.4 |
| HP 2020 Target | | | | <=  10.2 |

Overdose Death, Age-Adjusted Death Rate (Per 100,000 Pop.)

🟥 *Suffolk County, NY (17.4)*
🟨 *New York (10.1)*
🟦 *United States (13.4)*

*Data Source: Centers for Disease Control and Prevention, National Vital Statistics System. Accessed via CDC WONDER. 2010-14. Source geography: County*



**Drug Overdose Mortality, Age Adj. Rate (Per 100,000 Pop.) by County, NVSS 2010-14**

■ Over 25.0
■ 20.1 - 25.0
■ 10.1 - 20.0
■ Under 10.1
■ Data Suppressed (<20 Deaths)
▣ Report Area

*Drug Overdose Mortality, Age-Adjusted Rate (Per 100,000 Pop.) by Year, 2003 through 2014*

| Report Area | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| New York | 5.9 | 6 | 6 | 6.7 | 7.1 | 7.1 | 7 | 7.7 | 8.2 | 8.3 | 8.1 | 11.3 |
| United States | 10.8 | 11 | 10.9 | 11 | 11.3 | 11.6 | 11.8 | 12.1 | 12.3 | 12.6 | 12.6 | 14.7 |



**Health Behaviors**

*Substance abuse contribute to poor health status*

## *Alcohol Consumption*

*This indicator reports the percentage of adults aged 18 and older who self-report heavy alcohol consumption (defined as more than two drinks per day on average for men and one drink per day on average for women). This indicator is relevant because current behaviors are determinants of future health and this indicator may illustrate a cause of significant health issues, such as cirrhosis, cancers, and untreated mental and behavioral health needs.*



Estimated Adults Drinking Excessively (Age-Adjusted Percentage)

■ Suffolk County, NY (18.4%)
■ New York (17.5%)
■ United States (16.9%)

| Report Area | Total Population Age 18 | Estimated Adults Drinking Excessively | Estimated Adults Drinking Excessively (Crude Percentage) | Estimated Adults Drinking Excessively (Age-Adjusted Percentage) |
|---|---|---|---|---|
| Suffolk County, NY | 1,127,303 | 204,042 | 18.1% | 18.4% |
| New York | 14,954,839 | 2,542,323 | 17% | 17.5% |
| United States | 232,556,016 | 38,248,349 | 16.4% | 16.9% |

*Data Source: Centers for Disease Control and Prevention, Behavioral Risk Factor Surveillance System. Accessed via the Health Indicators Warehouse. US Department of Health Human Services, Health Indicators Warehouse. 2006-12. Source geography: County*



**Excessive Drinking, Percent of Adults Age 18  by County, BRFSS 2006-12**

■ *Over 22.0%*
■ *18.1 - 22.0%*
■ *14.1 - 18.0%*
■ *Under 14.1%*
■ *No Data or Data Suppressed*
□ *Report Area*

## *Alcohol Expenditures*

*This indicator reports estimated annual expenditures for alcoholic beverages purchased at home, as a percentage of total household expenditures. This indicator is relevant because current behaviors are determinants of future health and this indicator may illustrate a cause of significant health issues, such as cirrhosis, cancers, and untreated mental and behavioral health needs.  Expenditures data are suppressed for single counties and single-geography custom areas.  Rank data are not available custom report areas or multi-county areas.*

| Report Area | State Rank | Z-Score (US) | Z-Score (State) | Average Expenditures (USD) | Percentage of Food-At-Home Expenditures |
|---|---|---|---|---|---|
| Suffolk County, NY | 17 | 0.07 | -0.08 | suppressed | suppressed |
| New York | no data | 0.19 | 0 | $884.14 | 14.52% |
| United States | no data | no data | no data | $839.54 | 14.29% |

Alcoholic Beverage Expenditures, Percentage of Total Food-At-Home Expenditures

New York (14.52%)
United States (14.29%)

*Data Source: Nielsen, Nielsen SiteReports. 2014. Source geography: Tract*



**Alcoholic Beverage Expenditures, Percent of Food-At-Home Expenditures, National Rank by Tract, Nielsen 2014**

■ *1st Quintile (Highest Expenditures)*
■ *2nd Quintile*
■ *3rd Quintile*
■ *4th Quintile*
■ *5th Quintile (Lowest Expenditures)*
■ *No Data or Data Suppressed*
⬚ *Report Area*

## *Tobacco Expenditures*

*This indicator reports estimated expenditures for cigarettes, as a percentage of total household expenditures. This indicator is relevant because tobacco use is linked to leading causes of death such as cancer and cardiovascular disease.  Expenditures data are suppressed for single counties and single-geography custom areas.  Rank data are not available custom report areas or multi-county areas.  Expenditures data are*

*suppressed for single counties and single-geography custom areas. Rank data are not available custom report areas or multi-county areas.*



| Report Area | State Rank | Z-Score (US) | Z-Score (State) | Average Expenditures (USD) | Percentage of Food-At-Home Expenditures |
|---|---|---|---|---|---|
| Suffolk County, NY | 6 | -0.91 | -0.64 | suppressed | suppressed |
| New York | no data | -0.43 | 0 | $799.63 | 1.45% |
| United States | no data | no data | no data | $822.7 | 1.56% |

*Cigarette Expenditures, Percentage of Total Household Expenditures*

New York (1.45)
United States (1.56)

*Data Source: Nielsen, Nielsen SiteReports. 2014. Source geography: Tract*



**Cigarette Expenditures, Percent of Total Expenditures, National Rank by Tract, Nielsen 2014**

- 1st Quintile (Highest Expenditures)
- 2nd Quintile
- 3rd Quintile
- 4th Quintile
- 5th Quintile (Lowest Expenditures)
- No Data or Data Suppressed
- Report Area

## Tobacco Usage - Current Smokers

*In the report area an estimated 200,660, or 17.8% of adults age 18 or older self-report currently smoking cigarettes some days or every day. This indicator is relevant because tobacco use is linked to leading causes of death such as cancer and cardiovascular disease.*

*Percent Population Smoking Cigarettes (Age-Adjusted)*

| Report Area | Total Population Age 18 | Total Adults Regularly Smoking Cigarettes | Percent Population Smoking Cigarettes (Crude) | Percent Population Smoking Cigarettes (Age-Adjusted) |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| Suffolk County, NY | 1,127,303 | 200,660 | 17.8% | 17.9% |
| New York | 14,954,839 | 2,482,503 | 16.6% | 16.8% |
| United States | 232,556,016 | 41,491,223 | 17.8% | 18.1% |

*Data Source: Centers for Disease Control and Prevention, Behavioral Risk Factor Surveillance System. Accessed via the Health Indicators Warehouse. US Department of Health Human Services, Health Indicators Warehouse. 2006-12. Source geography: County*

■ *Suffolk County, NY (17.9%)*
■ *New York (16.8%)*
■ *United States (18.1%)*



***Current Smokers, Adult, Percent of Adults Age 18 by County, BRFSS 2006-12***

■ *Over 26.0%*
■ *22.1 - 26.0%*
■ *18.1 - 22.0%*
■ *Under 18.1%*
■ *No Data or Data Suppressed*
☐ *Report Area*

## Tobacco Usage - Former or Current Smokers

*In the report area, an estimated 461,040 adults, or 47.27%, report ever smoking 100 or more cigarettes. This indicator is relevant because tobacco use is linked to leading causes of death such as cancer and cardiovascular disease.*

*Percent Adults Ever Smoking 100 or More Cigarettes*



| Report Area | Survey Population (Adults Age 18 ) | Total Adults Ever Smoking 100 or More Cigarettes | Percent Adults Ever Smoking 100 or More Cigarettes |
|---|---|---|---|
| Suffolk County, NY | 975,297 | 461,040 | 47.27% |
| New York | 14,590,036 | 6,228,721 | 42.69% |
| United States | 235,151,778 | 103,842,020 | 44.16% |

■ *Suffolk County, NY (47.27%)*
■ *New York (42.69%)*
■ *United States (44.16%)*

*Data Source: Centers for Disease Control and Prevention, Behavioral Risk Factor Surveillance System. Additional data analysis by CARES. 2011-12. Source geography: County*



***Adults Age 18  Smoking > 99 Cigarettes (Ever), Percent by County, BRFSS 2011-12***

- Over 56.0%
- 48.1 - 56.0%
- 40.1 - 48.0%
- Under 40.1%
- No Data or Data Suppressed
- Report Area

### Adults Ever Smoking 100 or More Cigarettes by Race / Ethnicity, Percent

| Report Area | White (Non-Hispanic) | Black (Non-Hispanic) | Other Race (Non-Hispanic) | Hispanic / Latino |
|---|---|---|---|---|
| New York | 49.13% | 34.02% | 22.15% | 35.49% |
| United States | 48.52% | 38.34% | 31.3% | 34.17% |



## Tobacco Usage - Quit Attempt

*An estimated 71.76% of adult smokers in the report area attempted to quit smoking for at least 1 day in the past year. This indicator is relevant because tobacco use is linked to leading causes of death such as cancer and cardiovascular disease and supporting efforts to quit smoking may increase positive health outcomes.*



| Report Area | Survey Population (Smokers Age 18 ) | Total Smokers with Quit Attempt in Past 12 Months | Percent Smokers with Quit Attempt in Past 12 Months |
|---|---|---|---|
| Suffolk County, NY | 177,402 | 127,313 | 71.76% |
| New York | 2,505,353 | 1,633,370 | 65.20% |
| United States | 45,526,654 | 27,323,073 | 60.02% |

*Percent Smokers with Quit Attempt in Past 12 Months*

- Suffolk County, NY (71.76%)
- New York (65.20%)
- United States (60.02%)

*Data Source: Centers for Disease Control and Prevention, Behavioral Risk Factor Surveillance System. Additional data analysis by CARES. 2011-12. Source geography: County*



**Smokers Who Quit / Attempted to Quit in Past 12 Months, Percent by County, BRFSS 2011-12**

- *Over 64.0%*
- *58.1 - 64.0%*
- *52.1 - 58.0%*
- *Under 52.1%*
- *No Data or Data Suppressed*
- *Report Area*

### Adult Smokers with Quit Attempt in Past 1 Year by Race / Ethnicity, Percent

| Report Area | White (Non-Hispanic) | Black (Non-Hispanic) | Other Race (Non-Hispanic) | Hispanic / Latino |
|---|---|---|---|---|
| New York | 59.43% | 77.85% | 67.44% | 72.58% |
| United States | 56.63% | 70.87% | 62.26% | 65.83% |



## *Homeless Services*

There are many reasons which cause people to become homeless. Addictions and substance abuse, mental illness, broken relationships, and unemployment seem to be the most common. However, many people suffer from other serious setbacks. Most of them have resources to see them through tough times, for example, personal savings and/or family and friends with enough to share. In the absence of an adequate support network, the challenges of life crises can be devastating.

Suffolk County has established efforts to transition people off the streets, out of the shelters, and into appropriate permanent housing. Sober homes for recovering addicts, specific housing for those with mental illness, and efforts geared at young adults, are all available, but homelessness is still an issue, as seen in the data in this report, and needs to be addressed.

Children are forced into homelessness for a number of reasons: abandonment, mental health issues, abuse, etc. The problems surrounding teen homelessness are complex and unique to each young person. While the causes that lead a kid to life on the streets are incredibly diverse, there are a few critical issues that often lead a child to the streets.

Many young people age out of foster care at age 18, but are still in need of support and services, that are widely unavailable. These kids are more likely to not have completed high school or received a GED, they often suffer from mental health problems, many are unemployed and live in poverty, and become homeless.

Young people exiting formal custody of the juvenile justice system often face similar problems. They are often returned back to families struggling with domestic violence, substance abuse, mental health disabilities, and poverty. Many are returned to neighborhoods with few supportive programs, high crime rates, and poorly performing schools. Also, lacking the necessary skills when they are released, many youth face unemployment and homelessness upon release.

The lack of a support system and/or caring adult can also lead youth to vulnerable to risky behaviors, trafficking, drug use, gangs, and other adverse situations.

The conditions that homeless young people experience on the streets often have serious and lasting effects including physical and mental health needs.

**Statistics:**

The Department of Housing and Urban Development (HUD) 2016 Annual Homeless Assessment Report was produced by a point-in-time (PIT) estimate on a single night in late January. The following numbers provide a snapshot of homelessness across the United States.

- 549,928 people were experiencing homelessness in the United States.
- Most (68 percent or 373,571 people) were staying in emergency shelters, transitional housing programs or safe havens.
- 32 percent (176,357 people) were staying in unsheltered locations.
- The number of people in unsheltered locations increased by 2 percent (3,089 people) between 2015 and 2016.
- Just under 60 percent of people experiencing homelessness in families were children under 18 years of age.

- 194,716 people were homeless in 61,265 families with children, representing 35 percent of the total homeless population in 2016.

**Youth homelessness by the numbers:**
- There were 35,686 unaccompanied homeless youth, roughly 7 percent of the total homeless population and 10 percent of people experiencing homelessness as individuals.
- Most unaccompanied youth (89 percent, or 31,862 people) were between the ages of 18 and 24. The remaining 11 percent (3,824 people) were under the age of 18.
- Older unaccompanied youth (ages 18 to 24) are somewhat more likely to be unsheltered (47 percent) than unaccompanied youth under 18 (42 percent) and all homeless individuals (44 percent).
- Lesbian, gay, bisexual and transgender (LGBTQ) homeless youth represents up to 40 percent of all young people experiencing homelessness.
- More than half (53%) of all homeless people in families with children were in five states: New York (26% or 51,037 people), California (11% or 20,482 people), Massachusetts (7% or 13,174 people), Florida (5% or 9,358 people), and Texas (4% or 7,163 people).

**New York State Estimates of Homelessness in 2016:**
- 35,315 individuals
- 51,037 people in families with children
- 2,889 unaccompanied youth
- 1,248 veterans
- 4,112 chronically homeless individuals

**Gaps:**
- Lack of sufficient shelters
- Funding streams have diminished outside of NYC
- Tracking of homeless and runaway youth is inconsistent and difficult
- Increased funding is needed for intervention and prevention

Data in this section shows the latest point in time count on January 25, 2017 conducted by the **Long Island Coalition for the Homeless**.

"Each January, the Long Island Coalition for the Homeless coordinates point-in-time counts of sheltered and unsheltered homeless men, women and children in Nassau and Suffolk Counties. Sheltered count numbers include individuals and families who were in emergency shelters and transitional housing for homeless persons on the night of the count. Unsheltered count numbers include "unsheltered" individuals and families who volunteer enumerators interviewed on the day of the count. Unsheltered numbers do not include those who were doubled- or tripled-up, living in substandard conditions, "couch surfing" or facing eviction." (Long Island Coalition for the Homeless)

## Long Island Coalition for the Homeless 2017 Homeless Count Findings:

### Point-in-Time Count NY-603 Nassau, Suffolk Counties/Babylon/Islip/ Huntington CoC

Inventory Count Date: 1/25/2017
Population: Sheltered and Unsheltered Count

**Persons in Households with at least one Adult and one Child**

|  | Sheltered | | Unsheltered | Total |
|---|---|---|---|---|
|  | Emergency | Transitional |  |  |
| Total Number of Households | 770 | 23 | 0 | 793 |
| Total Number of persons (Adults & Children) | 2,871 | 72 | 0 | 2,943 |
| Number of Persons (under age 18) | 1,791 | 41 | 0 | 1,832 |
| Number of Persons (18 - 24) | 209 | 10 | 0 | 219 |
| Number of Persons (over age 24) | 871 | 21 | 0 | 892 |

| Gender (adults and children) | Sheltered | | Unsheltered | Total |
|---|---|---|---|---|
|  | Emergency | Transitional |  |  |
| Female | 1,657 | 43 | 0 | 1,700 |
| Male | 1,213 | 29 | 0 | 1,242 |
| Transgender | 1 | 0 | 0 | 1 |
| Don't identify as male, female, or transgender | 0 | 0 | 0 | 0 |

| Ethnicity (adults and children) | Sheltered | | Unsheltered | Total |
|---|---|---|---|---|
|  | Emergency | Transitional |  |  |
| Non-Hispanic/Non-Latino | 2,288 | 55 | 0 | 2,343 |
| Hispanic/Latino | 583 | 17 | 0 | 600 |

Point-in-Time Count NY-603 Nassau, Suffolk Counties/Babylon/Islip/ Huntington CoC

| Race | Sheltered | | Unsheltered | Total |
|---|---|---|---|---|
| (adults and children) | Emergency | Transitional | | |
| White | 780 | 18 | 0 | 798 |
| Black or African-American | 1,796 | 42 | 0 | 1,838 |
| Asian | 18 | 0 | 0 | 18 |
| American Indian or Alaska Native | 50 | 1 | 0 | 51 |
| Native Hawaiian or Other Pacific Islander | 11 | 0 | 0 | 11 |
| Multiple Races | 216 | 11 | 0 | 227 |

| Chronically Homeless | Sheltered | | Unsheltered | Total |
|---|---|---|---|---|
| (adults and children) | Emergency | Transitional | | |
| Total number of households | 29 | | 0 | 29 |
| Total number of persons | 74 | | 0 | 74 |

Inventory Count Date: 1/25/2017
Population: Sheltered and Unsheltered Count

**Persons in Households with only Children**

| | Sheltered | | | Unsheltered | Total |
|---|---|---|---|---|---|
| | Emergency | Transitional | Safe Haven | | |
| Total Number of Households | 4 | 0 | 0 | 0 | 4 |
| Total Number of children (under age 18) | 4 | 0 | 0 | 0 | 4 |

| Gender | Sheltered | | | Unsheltered | Total |
|---|---|---|---|---|---|
| (adults and children) | Emergency | Transitional | Safe Haven | | |
| Female | 1 | 0 | 0 | 0 | 1 |
| Male | 3 | 0 | 0 | 0 | 3 |
| Transgender | 0 | 0 | 0 | 0 | 0 |
| Don't identify as male, female, or transgender | 0 | 0 | 0 | 0 | 0 |

| Ethnicity | Sheltered | | | Unsheltered | Total |
|---|---|---|---|---|---|
| (adults and children) | Emergency | Transitional | Safe Haven | | |
| Non-Hispanic/Non-Latino | 3 | 0 | 0 | 0 | 3 |
| Hispanic/Latino | 1 | 0 | 0 | 0 | 1 |

Point-in-Time Count NY-603 Nassau, Suffolk Counties/Babylon/Islip/ Huntington CoC

| Race | Sheltered | | Unsheltered | Total |
|---|---|---|---|---|
| (adults and children) | Emergency | Transitional | | |
| White | 3 | 0 | 0 | 0 | 3 |
| Black or African-American | 1 | 0 | 0 | 0 | 1 |
| Asian | 0 | 0 | 0 | 0 | 0 |
| American Indian or Alaska Native | 0 | 0 | 0 | 0 | 0 |
| Native Hawaiian or Other Pacific Islander | 0 | 0 | 0 | 0 | 0 |
| Multiple Races | 0 | 0 | 0 | 0 | 0 |

| Chronically Homeless | Sheltered | | | Unsheltered | Total |
|---|---|---|---|---|---|
| (adults and children) | Emergency | Transitional | Safe Haven | | |
| Total number of persons | 0 | | 0 | 0 | 0 |

Inventory Count Date: 1/25/2017
Population: Sheltered and Unsheltered Count

**Persons in Households without Children**

| | Sheltered | | | Unsheltered | Total |
|---|---|---|---|---|---|
| | Emergency | Transitional | Safe Haven | | |
| Total Number of Households | 800 | 126 | 0 | 60 | 986 |
| Total Number of persons (Adults) | 800 | 126 | 0 | 64 | 990 |
| Number of Persons (18 - 24) | 101 | 10 | 0 | 3 | 114 |
| Number of Persons (over age 24) | 699 | 116 | 0 | 61 | 876 |

| Gender | Sheltered | | | Unsheltered | Total |
|---|---|---|---|---|---|
| (adults and children) | Emergency | Transitional | Safe Haven | | |
| Female | 208 | 27 | 0 | 14 | 249 |
| Male | 590 | 99 | 0 | 50 | 739 |
| Transgender | 2 | 0 | 0 | 0 | 2 |
| Don't identify as male, female, or transgender | 0 | 0 | 0 | 0 | 0 |

| Ethnicity | Sheltered | | | Unsheltered | Total |
|---|---|---|---|---|---|
| (adults and children) | Emergency | Transitional | Safe Haven | | |
| Non-Hispanic/Non-Latino | 682 | 112 | 0 | 56 | 850 |
| Hispanic/Latino | 118 | 14 | 0 | 8 | 140 |

Point-in-Time Count NY-603 Nassau, Suffolk Counties/Babylon/Islip/ Huntington CoC

| Race (adults and children) | Sheltered | | | Unsheltered | Total |
|---|---|---|---|---|---|
| | Emergency | Transitional | Safe Haven | | |
| White | 483 | 74 | 0 | 44 | 601 |
| Black or African-American | 291 | 48 | 0 | 18 | 357 |
| Asian | 2 | 3 | 0 | 0 | 5 |
| American Indian or Alaska Native | 12 | 0 | 0 | 0 | 12 |
| Native Hawaiian or Other Pacific Islander | 4 | 0 | 0 | 0 | 4 |
| Multiple Races | 8 | 1 | 0 | 2 | 11 |

| Chronically Homeless (adults and children) | Sheltered | | | Unsheltered | Total |
|---|---|---|---|---|---|
| | Emergency | Transitional | Safe Haven | | |
| Total number of persons | 47 | | 0 | 20 | 67 |

Date of PIT Count: 1/25/2017
Population: Sheltered and Unsheltered Count

**Total Households and Persons**

| | Sheltered | | | Unsheltered | Total |
|---|---|---|---|---|---|
| | Emergency | Transitional | Safe Haven | | |
| Total Number of Households | 1,574 | 149 | 0 | 60 | 1,783 |
| Total Number of Persons | 3,675 | 198 | 0 | 64 | 3,937 |
| Number of Children (under age 18) | 1795 | 41 | 0 | 0 | 1,836 |
| Number of Persons (18 to 24) | 310 | 20 | 0 | 3 | 333 |
| Number of Persons (over age 24) | 1570 | 137 | 0 | 61 | 1,768 |

**Gender**

| | Sheltered | | | Unsheltered | Total |
|---|---|---|---|---|---|
| | Emergency | Transitional | Safe Haven | | |
| Female | 1866 | 70 | 0 | 14 | 1,950 |
| Male | 1806 | 128 | 0 | 50 | 1,984 |
| Transgender | 3 | 0 | 0 | 0 | 3 |
| Don't identify as male, female, or transgender | 0 | 0 | 0 | 0 | 0 |

**Ethnicity**

| | Sheltered | | | Unsheltered | Total |
|---|---|---|---|---|---|
| | Emergency | Transitional | Safe Haven | | |
| Non-Hispanic/Non-Latino | 2973 | 167 | 0 | 56 | 3,196 |
| Hispanic/Latino | 702 | 31 | 0 | 8 | 741 |

**Race**

| | Sheltered | | | Unsheltered | Total |
|---|---|---|---|---|---|
| | Emergency | Transitional | Safe Haven | | |
| White | 1266 | 92 | 0 | 44 | 1,402 |
| Black or African-American | 2088 | 90 | 0 | 18 | 2,196 |
| Asian | 20 | 3 | 0 | 0 | 23 |
| American Indian or Alaska Native | 62 | 1 | 0 | 0 | 63 |
| Native Hawaiian or Other Pacific Islander | 15 | 0 | 0 | 0 | 15 |
| Multiple Races | 224 | 12 | 0 | 2 | 238 |

Inventory Count Date: 1/25/2017
Population: Sheltered and Unsheltered Count

**Unaccompanied Youth Households**

| | Sheltered | | | Unsheltered | Total |
|---|---|---|---|---|---|
| | Emergency | Transitional | Safe Haven | | |
| Total Number of unaccompanied youth households | 101 | 10 | 0 | 3 | 114 |
| Total number of unaccompanied youth | 105 | 10 | 0 | 3 | 118 |
| Number of unaccompanied children (under age 18) | 4 | 0 | 0 | 0 | 4 |
| Number of unaccompanied young adults (age 18 to 24) | 101 | 10 | 0 | 3 | 114 |

| Gender (unaccompanied youth) | Sheltered | | | Unsheltered | Total |
|---|---|---|---|---|---|
| | Emergency | Transitional | Safe Haven | | |
| Female | 27 | 2 | 0 | 1 | 30 |
| Male | 78 | 8 | 0 | 2 | 88 |
| Transgender | 0 | 0 | 0 | 0 | 0 |
| Don't identify as male, female, or transgender | 0 | 0 | 0 | 0 | 0 |

| Ethnicity (unaccompanied youth) | Sheltered | | | Unsheltered | Total |
|---|---|---|---|---|---|
| | Emergency | Transitional | Safe Haven | | |
| Non-Hispanic/Non-Latino | 89 | 9 | 0 | 2 | 100 |
| Hispanic/Latino | 16 | 1 | 0 | 1 | 18 |

Point-in-Time Count NY-603 Nassau, Suffolk Counties/Babylon/Islip/ Huntington CoC

| Race (unaccompanied youth) | Sheltered | | | Unsheltered | Total |
|---|---|---|---|---|---|
| | Emergency | Transitional | Safe Haven | | |
| White | 63 | 6 | 0 | 3 | 72 |
| Black or African-American | 38 | 4 | 0 | 0 | 42 |
| Asian | 0 | 0 | 0 | 0 | 0 |
| American Indian or Alaska Native | 2 | 0 | 0 | 0 | 2 |
| Native Hawaiian or Other Pacific Islander | 1 | 0 | 0 | 0 | 1 |
| Multiple Races | 1 | 0 | 0 | 0 | 1 |

| Chronically Homeless (unaccompanied youth) | Sheltered | | | Unsheltered | Total |
|---|---|---|---|---|---|
| | Emergency | Transitional | Safe Haven | | |
| Total number of persons | 0 | | 0 | 1 | 1 |

Inventory Count Date: 1/25/2017
Population: Sheltered and Unsheltered Count

**Parenting Youth Households**

| | Sheltered | | Unsheltered | Total |
|---|---|---|---|---|
| | Emergency | Transitional | | |
| Total number of parenting youth households | 209 | 10 | 0 | 219 |
| Total number of persons in parenting youth households | 501 | 24 | 0 | 525 |
| Number of parenting youth (youth parents only) | 209 | 10 | 0 | 219 |
| Number of parenting youth (under age 18) | 0 | 0 | 0 | 0 |
| Number of parenting youth (age 18 to 24) | 209 | 10 | 0 | 219 |
| Number of children with parenting youth (children under age 18 with parents under age 25) | 292 | 14 | 0 | 306 |

| Gender (parenting youth) | Sheltered | | Unsheltered | Total |
|---|---|---|---|---|
| | Emergency | Transitional | | |
| Female | 209 | 10 | 0 | 219 |
| Male | 0 | 0 | 0 | 0 |
| Transgender | 0 | 0 | 0 | 0 |
| Don't identify as male, female, or transgender | 0 | 0 | 0 | 0 |

| Ethnicity (parenting youth) | Sheltered | | Unsheltered | Total |
|---|---|---|---|---|
| | Emergency | Transitional | | |
| Non-Hispanic/Non-Latino | 167 | 8 | 0 | 175 |
| Hispanic/Latino | 42 | 2 | 0 | 44 |

| Race (parenting youth) | Sheltered | | Unsheltered | Total |
|---|---|---|---|---|
| | Emergency | Transitional | | |
| White | 57 | 2 | 0 | 59 |
| Black or African-American | 130 | 6 | 0 | 136 |
| Asian | 1 | 0 | 0 | 1 |
| American Indian or Alaska Native | 4 | 0 | 0 | 4 |
| Native Hawaiian or Other Pacific Islander | 1 | 0 | 0 | 1 |
| Multiple Races | 16 | 2 | 0 | 18 |

| Chronically Homeless (parenting youth) | Sheltered | | Unsheltered | Total |
|---|---|---|---|---|
| | Emergency | Transitional | | |
| Total number of households | 0 | | 0 | 0 |
| Total number of persons | 0 | | 0 | 0 |

# Point-in-Time Subpopulations Summary for NY-603 - Nassau, Suffolk Counties/Babylon/Islip/ Huntington CoC

Date of PIT Count: 1/25/2017
Population: Sheltered and Unsheltered Count

**Other Homeless Subpopulations**

| | Sheltered | | | Unsheltered | Total |
|---|---|---|---|---|---|
| | Emergency | Transitional | Safe Haven | | |
| Adults with a Serious Mental Illness | 78 | 70 | 0 | 18 | 166 |
| Adults with a Substance Use Disorder | 35 | 70 | 0 | 22 | 127 |
| Adults with HIV/AIDS | 2 | 2 | 0 | 0 | 4 |
| Victims of Domestic Violence | 121 | 36 | 0 | 0 | 157 |

# Point-in-Time Count Veterans NY-603 Nassau, Suffolk Counties/Babylon/Islip/ Huntington CoC

Inventory Count Date: 1/25/2017
Population: Sheltered and Unsheltered Count

**Persons in Households with at least one Adult and one Child**

| | Sheltered | | Unsheltered | Total |
|---|---|---|---|---|
| | Emergency | Transitional | | |
| Total Number of Households | 4 | 0 | 0 | 4 |
| Total Number of Persons | 16 | 0 | 0 | 16 |
| Total Number of Veterans | 4 | 0 | 0 | 4 |

| Gender (veterans only) | Sheltered | | Unsheltered | Total |
|---|---|---|---|---|
| | Emergency | Transitional | | |
| Female | 2 | 0 | 0 | 2 |
| Male | 2 | 0 | 0 | 2 |
| Transgender | 0 | 0 | 0 | 0 |
| Don't identify as male, female, or transgender | 0 | 0 | 0 | 0 |

| Ethnicity (veterans only) | Sheltered | | Unsheltered | Total |
|---|---|---|---|---|
| | Emergency | Transitional | | |
| Non-Hispanic/Non-Latino | 4 | 0 | 0 | 4 |
| Hispanic/Latino | 0 | 0 | 0 | 0 |

| Race (veterans only) | Sheltered | | Unsheltered | Total |
|---|---|---|---|---|
| | Emergency | Transitional | | |
| White | 2 | 0 | 0 | 2 |
| Black or African-American | 2 | 0 | 0 | 2 |
| Asian | 0 | 0 | 0 | 0 |
| American Indian or Alaska Native | 0 | 0 | 0 | 0 |
| Native Hawaiian or Other Pacific Islander | 0 | 0 | 0 | 0 |
| Multiple Races | 0 | 0 | 0 | 0 |

| Chronically Homeless (veterans only) | Sheltered | | Unsheltered | Total |
|---|---|---|---|---|
| | Emergency | Transitional | | |
| Total number of households | 0 | | 0 | 0 |
| Total number of persons | 0 | | 0 | 0 |

Inventory Count Date: 1/25/2017
Population: Sheltered and Unsheltered Count

**Persons in Households without Children**

| | Sheltered | | | Unsheltered | Total |
|---|---|---|---|---|---|
| | Emergency | Transitional | Safe Haven | | |
| Total Number of Households | 71 | 63 | 0 | 3 | 137 |
| Total Number of Persons | 71 | 63 | 0 | 3 | 137 |
| Total Number of Veterans | 71 | 63 | 0 | 3 | 137 |

| Gender (veterans only) | Sheltered | | | Unsheltered | Total |
|---|---|---|---|---|---|
| | Emergency | Transitional | Safe Haven | | |
| Female | 0 | 3 | 0 | 0 | 3 |
| Male | 71 | 60 | 0 | 3 | 134 |
| Transgender | 0 | 0 | 0 | 0 | 0 |
| Don't identify as male, female, or transgender | 0 | 0 | 0 | 0 | 0 |

| Ethnicity (veterans only) | Sheltered | | | Unsheltered | Total |
|---|---|---|---|---|---|
| | Emergency | Transitional | Safe Haven | | |
| Non-Hispanic/Non-Latino | 65 | 55 | 0 | 3 | 123 |
| Hispanic/Latino | 6 | 8 | 0 | 0 | 14 |

| Race (veterans only) | Sheltered | | | Unsheltered | Total |
|---|---|---|---|---|---|
| | Emergency | Transitional | Safe Haven | | |
| White | 44 | 39 | 0 | 3 | 86 |
| Black or African-American | 23 | 24 | 0 | 0 | 47 |
| Asian | 0 | 0 | 0 | 0 | 0 |
| American Indian or Alaska Native | 2 | 0 | 0 | 0 | 2 |
| Native Hawaiian or Other Pacific Islander | 0 | 0 | 0 | 0 | 0 |
| Multiple Races | 2 | 0 | 0 | 0 | 2 |

| Chronically Homeless (veterans only) | Sheltered | | | Unsheltered | Total |
|---|---|---|---|---|---|
| | Emergency | Transitional | Safe Haven | | |
| Total number of persons | 11 | | 0 | 1 | 12 |

# Point-in-Time Summary Veterans for NY-603 - Nassau, Suffolk Counties/Babylon/Islip/ Huntington CoC

Date of PIT Count: 1/25/2017
Population: Sheltered and Unsheltered Count

### Total Households and Persons

| | Sheltered | | | Unsheltered | Total |
|---|---|---|---|---|---|
| | Emergency | Transitional | Safe Haven | | |
| Total Number of Households | 75 | 63 | 0 | 3 | 141 |
| Total Number of Persons | 87 | 63 | 0 | 3 | 153 |
| Total Number of Veterans | 75 | 63 | 0 | 3 | 141 |

### Gender

| | Sheltered | | | Unsheltered | Total |
|---|---|---|---|---|---|
| | Emergency | Transitional | Safe Haven | | |
| Female | 2 | 3 | 0 | 0 | 5 |
| Male | 73 | 60 | 0 | 3 | 136 |
| Transgender (male to female) | 0 | 0 | 0 | 0 | 0 |
| Transgender (female to male) | 0 | 0 | 0 | 0 | 0 |

**Ethnicity**

| | Sheltered | | | Unsheltered | Total |
|---|---|---|---|---|---|
| | Emergency | Transitional | Safe Haven | | |
| Non-Hispanic/Non-Latino | 69 | 55 | 0 | 3 | 127 |
| Hispanic/Latino | 6 | 8 | 0 | 0 | 14 |

**Race**

| | Sheltered | | | Unsheltered | Total |
|---|---|---|---|---|---|
| | Emergency | Transitional | Safe Haven | | |
| White | 46 | 39 | 0 | 3 | 88 |
| Black or African-American | 25 | 24 | 0 | 0 | 49 |
| Asian | 0 | 0 | 0 | 0 | 0 |
| American Indian or Alaska Native | 2 | 0 | 0 | 0 | 2 |
| Native Hawaiian or Other Pacific Islander | 0 | 0 | 0 | 0 | 0 |
| Multiple Races | 2 | 0 | 0 | 0 | 2 |

## Summary and Conclusion:

This study is a comprehensive assessment of the needs of the low-income population in throughout Suffolk County, NY. The findings in this report will help guide the Economic Opportunity Council of Suffolk, Inc. in planning and prioritizing of its programming, collaborations/referrals, and related resource development for the next several years.

The Needs Assessment is available on the Economic Opportunity Council of Suffolk, Inc.'s website at: www.eoc-suffolk.com.

## Appendix:

## Community Needs Assessment Survey

## &

## Consumer Satisfaction Survey

**Economic Opportunity Council of Suffolk, Inc.**

**Community Needs Assessment Survey**

1)   What do you see as the greatest needs in your community?

Rate the top five from 1-5, with #1 being the greatest need and #5 being the lowest need:

☐ Hunger/Food Insecurity

☐ Housing

☐ Emergency food, clothing, and shelter

☐ Homeless Services

☐ Energy Services

☐ Quality Education

☐ Employment/Job Training

☐ Financial Literacy

☐ Income Security

☐ Adolescent Pregnancy Prevention

☐ Violence Prevention

☐ Gang Prevention Services

☐ Access to Healthcare

☐ Mental Health Services

☐ Literacy Services

☐ Transportation

☐ Child Care

☐ Youth Services

☐ Senior Services

☐ Legal Services

☐ Reentry Services

☐ Domestic Violence Services

☐ Substance Abuse Services

☐ Other: _____

**Thank you for assisting the Economic Opportunity Council of Suffolk, Inc.**
**Please return this survey by July 17, 2017.**

| **Email:** camato@eoc-suffolk.com | **Fax:** 631-289-2178 |
|---|---|
| **Mail:**    EOC of Suffolk, Inc. , Attn: Cynthia Amato 31 West Main Street, Suite 300, Patchogue, NY 11772 | |

## Economic Opportunity Council of Suffolk, Inc.

## Consumer Satisfaction Survey

1) How did you learn about the agency?
   a. Family/friend
   b. Referred by another agency
   c. Agency brochure
   d. Website/internet
   e. Agency Client
   f. Other

2) What type of assistance did you receive from the agency?
   a. Veterans Services         ☐ Yes
   b. OPWDD Services            ☐ Yes
   c. Health Home Services      ☐ Yes
   d. Housing                   ☐ Yes
   e. DSRIP                     ☐ Yes
   f. Way To Grow Child Care Learning Center        ☐ Yes
   g. Montauk Child Care        ☐ Yes
   h. Central Islip Family Court Nursery        ☐ Yes
   i. Youth & Adolescent Services        ☐ Yes
   j. Family Development Services        ☐ Yes
   k. Reentry Services                   ☐ Yes
   l. Targeted Prevention & Support Services    ☐ Yes
   m. Transportation           ☐ Yes
   n. Central Islip Community Based Initiative       ☐ Yes
   o. Brentwood Community Based Initiative       ☐ Yes
   p. Bellport Community Based Initiative       ☐ Yes

3) Were you satisfied with the services provided?
   a. Yes
   b. No
      i. If no, why?: _____

4) How would you rate the overall quality of the program?
   a. Excellent
   b. Good
   c. Fair
   d. Poor

5) Were you treated with professionalism and courtesy?
   a. Yes
   b. No
      i. If no, why?: _____

6) Was the program staff responsive to any questions or concerns you may have had?

a. Always/Usual
b. Sometimes
c. Seldom/Never

7) Were you informed of the different programs that are offered by the agency?
   a. Yes
   b. No

8) Did you feel your privacy was respected?
   a. Yes
   b. No
      i. If no, why?: _____

9) Were bilingual services or staff available if needed?
   a. Yes
   b. No
   c. Not Applicable

10) Do the hours of operation make it easy to obtain services?
    a. Yes
    b. No
       i. If no, why?: _____

11) Would you refer a family member to our agency?
    a. Yes
    b. No
       i. If no, why?: _____

12) What suggestions do you have to improve the quality of services provided by the agency?
    _____
    _____
    _____

13) What additional individual needs do you have?
    _____
    _____
    _____

14) What do you see as the greatest need in your community? (Select One)

    ☐ Hunger/Food Insecurity
    ☐ Housing
    ☐ Emergency food, clothing, and shelter
    ☐ Homeless Services
    ☐ Energy Services
    ☐ Quality Education
    ☐ Employment/Job Training

☐ Income Security
☐ Adolescent Pregnancy Prevention
☐ Violence Prevention
☐ Gang Prevention Services
☐ Access to Care
☐ Mental Health Services
☐ Literacy Services
☐ Transportation
☐ Child Care
☐ Youth Services
☐ Senior Services
☐ Legal Services
☐ Reentry Services
☐ Domestic Violence Services
☐ Substance Abuse Services
☐ Don't Know
☐ Other: _____

<u>References</u>

- *Demographics:*
  - *US Census Bureau Quick Facts: Suffolk County, NY*
  - *NYSCAA Community Commons Needs Assessment Tool (https://www.communitycommons.org/groups/new-york-state-community-action-association/)*
- *Hunger/Food Insecurity:*
  - *NYSCAA Community Commons Needs Assessment Tool*
- *Child Care:*
  - *Who's Minding the Kids?: Meeting Challenges: Creating Opportunities For Quality Child Care and Early Learning In Suffolk County - A Report to the Suffolk County Legislature by the Welfare to Work Commission*
  - *March, 2014, Senator Kirsten Gillibrand issued a press release; "Child Care Costs Rising $730 Each Year in New York" (http://www.gillibrand.senate.gov/imo/media/doc/ChildCare.pdf)*
  - *NYSCAA Community Commons Needs Assessment Tool*
- *Transportation:*
  - *New York Metropolitan Transportation Council, 2007*
  - *NYSCAA Community Commons Needs Assessment Tool*
- *Housing:*
  - *Empire Justice 2013 - The Long Island Foreclosure Crisis*
  - *Suffolk County Consolidated Plan Housing Market Analysis, OMB Control # 2506-0117 exp. 7/31/2015*
  - *Empire State Justice: The Long Island Foreclosure Crisis 2013*
  - *NYSCAA Community Commons Needs Assessment Tool*
- *Access to Healthcare:*
  - *2014 Community Needs Assessment, Suffolk County, NY – Delivery System Reform Incentive Program (DSRIP)*
  - *NYSCAA Community Commons Needs Assessment Tool*
- *Mental Health Services:*
  - *2014 Community Needs Assessment, Suffolk County, NY – Delivery System Reform Incentive Program (DSRIP)*
  - *NYSCAA Community Commons Needs Assessment Tool*
  - *SAMHSA 2015*

- *Employment/Job Training:*
  - o *State of New York Comptroller – Economic Trends in Suffolk County, 2007*
  - o *Suffolk County Department of Labor*
  - o *US Department of Labor: Bureau of Labor Statistics*
  - o *NYSCAA Community Commons Needs Assessment Tool*
- *Gang Prevention Services:*
  - o *Suffolk County Criminal Justice Coordinating Council's Profile of Gang Members in Suffolk County*
    - ▪ *Howell and Egley, 2005; see also Esbensen, 2000; Hill et al., 2001; Thornberry, 1998; Wyrick and Howell, 2004*
  - o *Suffolk County Youth Board Coordinating Council - Youth and Justice Committee Comprehensive Plan Report 2017*
  - o *Newsday: MS-13 on Long Island: What we know about the gang July 18, 2017)*
  - o *April 26, 2017 Governor Andrew M. Cuomo anti-gang initiative on Long Island*
  - o *FBI's Long Island Gang Task Force (LIGTF) 2003*
  - o *Safe Streets Task Force network – Federal Safe Streets Violent Crime Initiative 1992*
- *Substance Abuse*
  - o *2014 Community Needs Assessment, Suffolk County, NY – Delivery System Reform Incentive Program (DSRIP)*
  - o *NYSCAA Community Commons Needs Assessment Tool*
- *Homeless Services:*
  - o *Department of Housing and Urban Development (HUD) 2016 Annual Homeless Assessment Report*
  - o *Long Island Coalition for the Homeless 2017 Homeless Count Findings*