# EXHIBIT B

# COME JOIN US
## PUBLIC MEETINGS!

GOVERNOR CUOMO HAS ANNOUNCED $15 MILLION IN CAPITAL FUNDING TO SUPPORT THE CREATION OF A NEW COMMUNITY CENTER FOR SOCIAL SERVICES, RECREATIONAL AND EDUCATIONAL OPPORTUNITIES IN BRENTWOOD AS PART OF AN OVERALL INVESTMENT OF MORE THAN $45 MILLION TO COMBAT GANG VIOLENCE ON LONG ISLAND. THE NEW COMMUNITY CENTER WILL SERVE AS A ONE-STOP SHOP FOR COMMUNITY-BASED ORGANIZATIONS TO PROVIDE AREA YOUTH, INCLUDING MORE THAN 19,000 STUDENTS IN THE BRENTWOOD SCHOOL DISTRICT, WITH YEAR-ROUND RECREATIONAL, HEALTH, AND EDUCATIONAL OPPORTUNITIES.

# WHERE

**BRENTWOOD LIBRARY**
**32 2ND AVENUE**
**BRENTWOOD, NY 11717**





# WHEN

**TUESDAY, JANUARY 22, 7-9PM**
**SATURDAY, JANUARY 26, 10:30AM - NOON**

THE MEETINGS PRESENT THE OPPORTUNITY FOR MEMBERS OF THE PUBLIC TO PROVIDE INPUT ON THE TYPES OF SERVICES AND PROGRAMMING THAT SHOULD BE OFFERED AT THE NEW COMMUNITY CENTER.

FOR ADDITIONAL INFO AND QUESTIONS PLEASE CONTACT
BRENTWOODRECCENTER@DOS.NY.GOV