**EXHIBIT C - Audio File Provided to Court on CD**