# EXHIBIT D



# Suffolk County Police Department
# 3rd Precinct

*Presents*

## "VAMOS A HABLAR - LET'S TALK"

Strengthening relationships between community and the police.

Fortalecimiento de las relaciones entre la comunidad y la policía.

February 25, 2016 – 6 p.m. – 8:00 p.m.
Adelante of Suffolk County, Inc.
83 Carleton Ave, Central Islip



