UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

Ana Flores, Rene Flores, Maria Magdalena Hernandez, Magali Roman, Make the Road New York, and New York Communities for Change,

                              Plaintiffs,

v.

Town of Islip, Islip Town Board, and Suffolk County Board of Elections,

                              Defendants.

18-cv-03549 (ADS) (GRB)

---

## DECLARATION OF PHIL RAMOS

PHIL RAMOS declares pursuant to 28 U.S.C. § 1746:

1. I am submitting this declaration in support of Plaintiffs' application for a preliminary injunction in this case.

2. I am a New York State Assemblyman representing the 6th Assembly District (the "6th District"), which includes all or parts of Brentwood, Central Islip, North Bay Shore, Bay Shore, and Islandia. A map that fairly and accurately depicts the 6th District is attached as **Exhibit A**. The 6th District is majority Latino. There is one representative in the State Assembly for the 6th District and I have served in that position since I was elected in 2002. In 2015, I was appointed by members of the New York State Assembly to be the Deputy Majority Leader of the Assembly. I have also been the Vice Chairman of the Black, Puerto Rican, Hispanic, and Asian Legislative Caucus since 2015.

3. I am Latino. I was born in the Bronx, New York and raised in Brentwood. I have lived in Brentwood all of my life. I raised my two children there and I continue to live

1

there to this day. After I graduated from Brentwood High School, I became a Suffolk County police officer in 1982. In 1987, I was promoted to Detective. I retired from the force in 1999.

4. I was elected to the New York State Assembly to represent the 6th District in 2002 after the districts were redrawn and the 6th District became predominantly Latino. After I was elected, the Latino community in Islip became increasingly important to candidates running for county, state, or federal office. I am called upon virtually every year by candidates who are running for office, including both Latino and non-Latino candidates, to help them earn the "Latino vote" because the Latino community votes cohesively. I help candidates do this through press engagements, speaking on television and at community events, and even by campaigning with them door-to-door.

5. Some of the candidates who I supported in the past for the purpose of delivering the "Latino vote," and who were successfully elected, include the current Suffolk County Executive, Steve Bellone, who was elected in 2012, as well as candidates for New York's 3rd Senate District, which encompasses Brentwood and Central Islip, including Monica Martinez who won in 2018 and Brian Foley who won in 2008. These successful campaigns, and the fact that the candidates approached me to help them campaign for Latino support, demonstrate that the Latino community in Brentwood and Central Islip is politically unified.

6. I have also supported candidates vying for the Latino vote who were not successful on election day, but performed well among Latino voters in the 6th District. For instance, last year in 2018, I supported Liuba Grechen Shirley, who ran for Congress against the long-time incumbent, Peter King. With my assistance, the Latino community in Brentwood and neighboring communities united in support of her candidacy in the general election and she performed well in the 6th District, which I believe contributed to her strong performance.

2

Grechen Shirley's campaign demonstrates that the Latino community in Brentwood and neighboring communities is politically unified.

7. I supported Democrat Phil Nolan in his successful candidacy for Islip Town Supervisor in the 2006 special election following the corruption scandals involving Republican Islip Town Supervisor, Peter McGowan, Nolan's immediate predecessor. I also supported Nolan in his reelection campaign in the 2007 general election, which he won as well.

8. In March 2006, McGowan was arrested and convicted for corruption involving the use of campaign funds. I understand that, among other things, McGowan illegally used over $50,000 in campaign funds for personal expenses. I believe that Nolan would not have won the 2006 special election had it not been for the corruption scandal that soured support for the Republican Party in Islip. I personally observed the political backlash against McGowan and the Republican Party in Islip during that time. I also believe that Nolan benefited from increased Latino turnout, which was due in large part to my efforts. Both the corruption scandal and increased Latino turnout were necessary factors that led to Nolan's success in the 2006 special election.

9. I believe that Nolan, along with his two running mates, John H. Edwards and Gene Parrington, would not have been successful in the November 2007 general election had it not been for the McGowan corruption scandal, which was still fresh in voters' memories. In addition, I believe Nolan benefited from his incumbency during the 2007 general election. Nolan and his running mates lost reelection to the Republican slate in 2011.

10. I believe that single-member districts are necessary for the minority communities in the Town of Islip because they would allow minorities to elect a candidate of their choice who can represent their particular needs at the most local level. The current at-large

structure ensures that every Town Board member, including the Town Supervisor, is elected by the white majority. Right now, most of my constituents do not even know who their Town-elected officials are, and they feel as though they are not a priority of the Town.

11.   Efforts in the past to create single-member districts in Islip, such as the referendum in 2006, were opposed by the political establishment. The Republican Party, which controlled Islip at the time, opposed districts. I believe that the Republican Party's opposition to districts was based entirely on its desire to maximize political power.

12.   I have heard some members of the political establishment in Islip argue that the at-large election structure provides for a better form of representative government because it creates the opportunity for constituents to turn to multiple representatives for help instead of just one. Speaking as an elected official and policymaker with over sixteen years of experience, this argument is meritless. The opportunity to turn to multiple representatives means nothing to my constituents, because under the current structure, they do not have any Town representatives who they feel that they are able to call on for assistance. Four representatives who do not advocate for a community is less beneficial than one representative who fights for the issues that matter to a particular community.

13.   None of the current Town Board members live in Brentwood or Central Islip. As an elected official who is Latino and who has lived in Brentwood all of my life, I understand how important it is to have representatives in government who actually live in the community that they represent. I believe that I have been reelected many times because I understand and respond to the issues that diverse communities in the 6th District face.

14. In 2014, Roberto Clemente Park was completely closed as a result of the illegal dumping of toxic waste by construction companies. It is the most egregious example of environmental racism that I have ever witnessed.

15. On January 21, 2014, while I was driving past Roberto Clemente Park, I saw garbage trucks driving through the park and I saw piles of sand and debris mixed with what looked like garbage. This concerned me, so I called the acting Town Supervisor, Eric Hofmeister. I reported what I saw, and he assured me that the Town would look into the issue. Shortly after that, it became public that construction companies had been illegally dumping toxic waste in the park.

16. The community, including myself, learned through news reports around May 2014 that District Attorney Thomas Spota had opened an investigation and discovered that, in addition to the Datre and Daytree construction companies that actually carried out the dumping, Town Parks Department employees, Joseph Montuori and Brett Robinson, were somehow involved. **Exhibit B** is an article published in Newsday on May 11, 2014, written by Sarah Armaghan and Sarah Crichton titled, "Islip Town Knew About Dumping at Roberto Clemente Park, Records Show," which informed me and the community about these developments. I am quoted in the article saying that I had observed "fill that was coming into the park and that appeared to have garbage mixed in."

17. After the park closed, which was nearly six months after the dumping began, I became involved in efforts to clean up the park and work to reopen it. I immediately joined efforts with the New York State Department of Environmental Conservation to evaluate the effects of the dumping and what kind of work was necessary to fix the damage. One of the first things I learned in those early months was that the levels of toxicity in the soil and water in

5

the park were high, and I feared for the health of my family and my constituents who used the park while the dumping was going on.

18.     **Exhibit C** is an article published in Newsday on May 12, 2014 written by Sarah Crichton and Sarah Armaghan titled, "Probe into Dumping at Brentwood Park Set to Widen, Says Source." The picture in the article depicts me standing with Monica Martinez among a crowd of our constituents wearing medical face masks at a rally in front of Roberto Clemente Park. I am quoted in the article questioning, "What precautions did they take to protect our neighborhood from further exposure?" Members of the community, including myself, learned through news reports like the one in **Exhibit C** that owners of the Datre and Daytree construction companies responsible for the dumping were not only prominent fundraisers in the Town and contractors for the Town, but one of its owners, Thomas Datre Sr., was a member of the Town Plumbers' Examining Board. Based on these reports, I believe that the Town was aware of the dumping that took place at Roberto Clemente Park while it was going on, and prior to the park's closing in January 2014.

19.     I publicly criticized the Town for using Roberto Clemente Park as a dumping ground and for its lack of transparency concerning the involvement of Town employees. For example, **Exhibit D** is a press release issued from my office on December 8, 2014, after a thirty-two count indictment was returned against six men involved in the dumping, including members of the Datre family and Town employees Joseph Montuori and Brett Robinson. In the release, I stated that the indictments confirmed "our worst suspicions, that the Town of Islip, in collusion with politically connected leaders and donors, used Clemente Park in Brentwood as the gateway to a larger conspiracy to dump toxic waste and pocket millions of dollars. It's environmental racism to a horrifying degree."

6

20. **Exhibit E** is an email that I received from Daniel Altschuler at Make the Road New York ("MRNY") on December 13, 2014, just before the indictments were handed down, about advocating for "robust community participation" in a "plan that includes forming a truly representative working group to oversee the remediation process and provide community input." I became part of that working group because I knew that without it, there would not be sufficient minority representation in the cleanup process with the Town.

21. The closing of Roberto Clemente Park, one of the largest parks in the minority community in Islip that had varied types of recreation, was devastating both to me personally as a resident of Brentwood who used the park, and also to the people in the 6th District. My constituents, many of whom cannot afford to pay for recreation, relied on the park for free services.

22. In 2013, the Town voted to defund two of the five public pools in Islip; the pool in Roberto Clemente Park and Casamento Pool, both of which serve the residents in Central Islip, Brentwood, and North Bay Shore. Casamento Pool reopened in the summer of 2013, but the pool in Roberto Clemente Park did not reopen until the very end of the summer of 2018. Meanwhile, there are numerous public pools in the other parts of Islip that serve white residents that remained open during this period. Unlike the white communities, where many residents own private pools, very few of the constituents in the 6th District own private pools, and therefore must rely on the public ones. In January 29, 2013, I spoke at a Town Board meeting criticizing the pool closures. The Town explained to me and the other members of the audience that the pools were closed due to budget cuts as a result of Superstorm Sandy. All of the other public pools in other areas of Islip remained open.

23. The 6th District is also home to a disproportionate number of undesirable environmental waste sites. I consider the high concentration of undesirable waste sites within a predominantly Latino community to be environmental racism. MacKenzie Chemical Works is the only Superfund site in Islip, and it is located in a residential part of Central Islip. All five of Islip's Brownfield sites are located in the 6th District. There is also a gravel mine in North Bay Shore that blows sand into residents' homes, most of which are occupied by Latinos and were built prior to the gravel mine being opened.

24. **Exhibit F** is an article published in Newsday on July 25, 2014 written by Sophia Chang and Khloe Metz titled, "Residents Angry About Illegal Dumping Block Garbage Trucks in Brentwood." After learning that Diamond Trucking was transporting garbage from the East End of Long Island to the garbage plant in Brentwood, I went to the plant and laid my body down on the street, in civil disobedience, to block the trucks from dumping garbage in my community. I did this to protest against the harms that the dumping and transportation was having on my community, including pollution, health risks, and foul odors. The picture in the article depicts me arguing with an employee of Diamond Trucking at the Elm Freight Handlers garbage processing plant in Brentwood. After this demonstration, and to my knowledge, the transportation of garbage from the East End stopped.

25. In March 2015, the Town voted to place a scrap metal processing facility in a residential area of Brentwood on Emjay Boulevard, which I opposed because, once again, the Town was advocating for more waste, trucks, and tons of materials to be transported through the streets of the Latino community. I spoke out against the creation of the facility at a demonstration at Islip Town Hall to protest zoning approval for the facility. But the Town Board unanimously voted to grant a zoning change application so that the facility could be built. The

decision was appealed to the Zoning Board of Appeals because the facility also needed a variance since the site was within 500 feet of residential areas. Thankfully, the facility was never built.

26. There is a long history of discriminatory policies targeting the minority community in Suffolk County. In the late 1980s and early 1990s, when I was a police officer, legislators in Suffolk County advocated for "English-only" laws that would have required all dealings with the government to be conducted in English. These extreme laws would have actually prohibited a Spanish-speaking government employee from speaking to a constituent who could only speak Spanish.

27. When Steve Levy was the Suffolk County Executive from 2004 until 2012, he advocated for policies and espoused rhetoric that were decisively anti-immigrant and anti-Latino. In 2006, Levy said that children of undocumented immigrants were "anchor babies" and that births by mothers who were illegal residents were bankrupting Southampton Hospital's maternity ward.

28. On almost every Election Day since I became an Assemblyman, I have learned of voting-related issues faced by Latino, African American, and Muslim voters in the 6th District. I have personally observed people intimidate voters by campaigning too close to polls located in communities where the voters are predominantly Latino. I have also personally observed official poll workers at North Middle School in Brentwood where many Latinos vote, improperly and illegally turn voters away without offering them the option to cast an affidavit ballot. I have called the Board of Elections on multiple occasions to alert them to these issues and my staff calls the Board of Elections regularly to alert them to these issues as well.

29. On Election Day in 2016 around rush hour, I observed that the corner of Suffolk Avenue and Brentwood Road was blocked by construction, causing major traffic jams and delays. I became concerned that constituents would not be able to get to the polls with enough time to vote as a result of the traffic. I made calls to both the Town and the County to understand what was going on and what could be done to open up the lanes of traffic. I also had multiple conversations that day with Magdalena Hernandez and Walter Barrientos at MRNY about this issue. After a few hours, the traffic lanes were opened.

30. My constituents in the 6th District frequently turn to me for assistance with issues that are within the purview of the Town. I am forced to get involved in Town issues on behalf of my constituents regularly because the Town is generally dismissive of concerns raised by Latino residents, and because many of my constituents have concluded that any attempts to seek assistance from the Town would be fruitless. I work hard to respond to every constituent complaint that comes to my office, but I should not have to do work that should be handled at the Town level.

31. **Exhibit G**, page one, is a constituent complaint that my office received on February 21, 2018. One of my aides completed this form at or near the time that the constituent called and made the complaint, and it is the regular practice of my office to make and keep Constituent Contact forms. The constituent lives in Brentwood. In the complaint, the constituent asks that something be done about all of the trash in Brentwood. My aide made a note that our office should call the Town of Islip's Department of Transportation, and the Complaint Contract form notes that this call was made. My aide also notes the number for the Town's Office of Environmental Control that has a garbage program. My aide notes that the constituent was provided with the documentation in **Exhibit G**, pages three and four. Finally,

my aide notes that a complaint was submitted to the Town of Islip and wrote that it would "take[] 4 weeks to get a status on case."

32. **Exhibit G**, page two, is a constituent complaint that my office received on February 22, 2018. One of my aides completed this form at or near the time that the constituent called and made the complaint, and it is the regular practice of my office to make and keep Constituent Contact forms. In the complaint, the constituent asked that trash be removed from the Brentwood community, specifically from the train station by the Brentwood sign.

33. I have witnessed the relationship between the police and the Latino community in Islip from all angles, since I grew up in Brentwood and was also a police officer in the Third Precinct there. When I was growing up, I witnessed police abuse against members of the Latino community. As a police officer, I was the President of the Police Hispanic Society, which brought legal action against the Suffolk County Police Department for incidents of discrimination and racism within the department. As an Assemblyman, I worked with MRNY to address police tactics that target the Latino community, such as aggressive traffic ticketing, troubling reports that police officers do not take complaints made by Latinos seriously, and reports that police routinely ask Latino victims for their identification. These practices discourage Latinos from calling the police.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 25, 2019.

*Philip Ramos*

PHIL RAMOS