# EXHIBIT D



# Assemblyman
# Phil Ramos
Assembly District 6

Home   About   Newsroom   Media   Legislation   Committee Membership   Contact   Important Links

Translate this page



## Assemblyman Ramos Commends Initial Investigation Into Toxic Dumping and Cover-up Scandal, Calls for Unity to Rebuild Community Park

*December 8, 2014*

Brentwood, NY – Assemblyman Philip Ramos (D-Bay Shore) applauded investigators with the Suffolk County District Attorney's office for their exhaustive investigation into the culprits who perpetrated heinous crimes against the communities of Brentwood, Central Islip, Islandia and Deer Park, which has resulted in the first of what could be numerous rounds of criminal indictments.

"This staggering 32 count indictment confirms our worst suspicions, that the Town of Islip, in collusion with politically connected leaders and donors, used Clemente Park in Brentwood as the gateway to a larger conspiracy to dump toxic waste and pocket millions of dollars. It's environmental racism to a horrifying degree."

In January, Assemblyman Ramos was the first official to contact and confront the Town of Islip to complain about the improper work being done at the park and the visibly hazardous quality of the material being used. Newsday reports that the alleged conspirators became concerned at that point and began a large-scale cover-up in which they carted away material and lied to officials and NYS Department of Environmental Conservation investigators. (6 Men Indicted in Islip Dumping Investigation, Newsday, 12/8/14)

"They thought they could get away with dumping toxic garbage in a community of color because it would be the path of least resistance. Our community stood up and shined a harsh light on their activity, and today at least 6 people are paying the price for their terrible crimes."

Assemblyman Ramos is calling on the Town of Islip to engage the broader community including civic leaders, non-profit organizations and elected officials at other levels of government to participate in the visioning process for a new and improved Roberto Clemente Park.

"The legal process is working and we can all take solace in the accountability it has brought, but now is the time we must all move forward together and have the conversation about what our public spaces should be. The Town needs to open up the dialogue with all the stakeholders in Brentwood, Central Islip and North Bay Shore, so when the dust has settled and the ground is clean, we can rebuild bigger and better."

**District Office**
1010 Suffolk Ave.
Brentwood, NY 11717
631-435-3214
*District Office Directions*

**Albany Office**
LOB 648
Albany, NY 12248
518-455-5185
*Albany Office Directions*

### Tweets by @PhilRamos6AD


**Phil Ramos**
@PhilRamos6AD

It was my pleasure to speak with the residents and students of Brentwood High School yesterday on the important issue of CFE funding. We should be doing everything in our power to ensure CI and Brentwood students are getting the funding and education they deserve!
#EquityTourNY

 

Embed     View on Twitter

Assembly Home     Contact Webmaster     Assembly Member Listing