# EXHIBIT E

**Sent:**  Sat, 13 Dec 2014 17:43:16 -0500
**Subject:**  Tuesday's Town Board Meeting / Working Group
**From:**  Daniel Altschuler <daniel.altschuler@maketheroadny.org>
**To:**  "Monica.Martinez@suffolkcountyny.gov" <monica.martinez@suffolkcountyny.gov>, Philip Ramos
<ramosp@assembly.state.ny.us>, Sean Collins <collinss@assembly.state.ny.us>, lisa.pinkard@suffolkcountyny.gov

Dear Assemblyman Ramos and Legislator Martinez,
I hope this finds you both well.  As I mentioned to you both this week, we're going to be pushing at Tuesday's Town Board meeting for the Town to adopt a robust community participation plan that includes forming a truly representative working group to oversee the remediation process and provide community input (as per the DEC's letter). Below is a list of entities, elected officials, and organizations that we think should be part of the working group. Our members will be pushing for their inclusion in the working group at Town Hall on Tuesday, and we would greatly appreciate it if your remarks or submissions to the Town Board or to the press are on the same page.

And, of course, if you have any suggestions related to this list, please share them!

Thanks, as always, for your partnership.

Daniel

* * *
List for Working Group

**1.  Proposed members to serve on the community working group**

      a.  NYS Assemblyman Phil Ramos

      b.  Suffolk County Legislator Monica Martinez

      c.  New York Communities for Change

      d.  Meet the Road New York

      e.  Citizens Campaign for the Environment

      f.  New York Lawyers for the Public Interest

      g.  Brentwood PTSA Council

      h.  Suffolk County Water Authority

      i.  Brentwood School Board

--
Daniel Altschuler
*Long Island Coordinator*
**MAKE THE ROAD NEW YORK**

C: 917-494-5922
1090 Suffolk Ave | Brentwood, NY 11717
Join: www.maketheroadny.org
Follow our work: @maketheroadny

: : : : : : : : : : : : : : : : : : :
*We are preparing our communities for **administrative relief**:*
***Get the facts** ---> respectanddignity.org*
***Administrative Relief Hotline:** 631-231-2220 (Long Island)*

**Estamos preparando nuestras comunidades**
**para la acción ejecutiva sobre inmigración:**
**INFÓRMATE --->** respetoydignidad.org
Línea de acción ejecutiva: 631-231-2220 (Long Island)