# EXHIBIT G

# CONSTITUENT CONTACT

NAME: (LAST, FIRST): ███████████████

ADDRESS: (STREET, ZIP): ███████████ Brentwood NY 11717

PHONE: ███████████████ E-MAIL: _____

DATE: 2/21/18                    TIME: 4:30

NATURE OF CONTACT:  PHONE __✓__   TAPE _____   PERSONAL VISIT _____

FILED BY: Lorraine Rivera

RE: would like something to be done about all
the trash in the community (Brentwood) - any signs
that can be put up or a way to educate the
community or any laws that can be inforced.

↳ Need to call Town of Islip department of
transportation as per Rosy.

FOLLOW UP: _____

Town of Islip - Eviormental control.
631-595-3630
↓ they do have a programe called
garbage & solid waste callection - see attached

provided constituent w/ info attached.
Submitted complaint to Town of Islip
Stated takes 4 weeks to get a status on case.

STATUS:                     2/22 - called dept. trans.
1.) ~~Call needed from~~                           3.) Resolved _____
    (Date call placed)    _____
                          _____             4.) Pending       call ████ when
2.) Letter needed from    _____                (to be followed up by staff)  ~~Town of Islip~~
    (Date letter forwarded) _____               Follow Up Form Letter        gives answer.

REV. 3/2011

# CONSTITUENT CONTACT

NAME: (LAST, FIRST): ▓▓▓▓▓▓▓▓▓▓▓▓▓▓

ADDRESS: (STREET, ZIP): _____ N/A _____

PHONE: ( ) N/A _____     E-MAIL: _____ N/A _____

DATE: 2/22/18     TIME: _____

NATURE OF CONTACT:   PHONE ✓     TAPE _____     PERSONAL VISIT _____

FILED BY: Tatbina _____

RE: Would like the trash removed from the Brentwood community. Specifically from the train station by the Brentwood sign.

_____

_____

_____

_____

_____

_____

_____

FOLLOW UP: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

STATUS:
1.) Call needed from _____
    (Date call placed) _____

2.) Letter needed from _____
    (Date letter forwarded) _____

3.) Resolved _____

4.) Pending _____
    (to be followed up by staff)

Follow Up Form Letter _____

REV. 3/2011

Revised 12/17/2014

# TOWN OF ISLIP DEC
## SPECIFICATIONS FOR SOLID WASTE COLLECTION
All Garbage Must Be Out Before 6:00 A.M. On Collection Day. Use One Curbside Location Only. All Pails Used Must Meet 40 Gallon Regulations.

**DEFINITIONS:**

**INSTRUCTIONS:**

Kitchen Garbage

Any food or non-recyclable food packaging- place in pails, bags or boxes under 50 lbs. each.

Trash/Household

Wood, flooring, tiles, wallboard, carpeting, etc. (Excluding metal materials, see below). All must be securely tied in bundles under 4'x2'x2' and 50lbs. or neatly placed in pails under 50lbs. All glass must be placed in pails or boxes clearly marked **BROKEN GLASS.** Latex paint cans must be dried out and placed in double plastic bags.
**Limit 6 trash/household waste items per collection.**

Yard Waste

**NO GRASS CLIPPINGS WILL BE COLLECTED.** Yard waste consists of: branches, shrubs, leaves, etc. Yard waste must be contained or securely tied. All pails, bags and bundles can not exceed 4'x2'x2' and 50lbs. **Limit 6 yard waste items per collection.**

**SPECIAL NOTE:** There are three special yard waste collection periods in the winter, spring and fall. Prior to these periods, detailed notices with a collection schedule will be mailed to each resident.

Bulk Waste

Furniture, tables, cabinets, bookshelves, passenger car tires without rims, etc.   Wood, such as paneling, shed sections and stockade fencing must be cut under 4'x4' and should not exceed 50lbs.
**NO metal is included within this collection.**   **Limit 3 items per week on last collection day of the week.**

Bulk Metal/
E- Waste

Bulk Metal includes appliances (refrigerator-doors must be removed) bicycle, chain-link fencing (rolled and tied under 4' and 50lbs.), propane tank (valve and stem assembly must be removed), passenger car tires with rims, etc. **Limit 3 items of Bulk Metal every Wednesday.**
Electronic Waste (E-Waste) includes computers, laptops, televisions, monitors, dvd/vcr players, etc. (Metal & E-Waste is automatically collected every Wednesday with a truck separate from the recyclable collection.) **Limit 3 items E-Waste every Wednesday.**
All other metal items including aluminum siding, pipes, etc. must be pailed or bundled under 4'x2'x2' and no heavier than 50lbs. **All other metals pailed or bundled: Limit 6 every Wednesday.**

WRAP/
Recyclables

**NO recyclables will be collected in plastic bags.** Recyclables including paper, magazines, newspapers and corrugated cardboard will be collected one week. The next week, collection includes plastic containers marked 1 & 2, food cans, beverage cans & bottles, glass bottles and jars.   All items must be placed in a container not exceeding 50lbs. **Unlimited recyclables are collected every Wednesday (see your WRAP calendar for alternating schedule.)**

**THERE WILL BE NO COLLECTION ON THE FOLLOWING HOLIDAYS:**
New Year's Day-Memorial Day-Independence Day-Labor Day-Thanksgiving Day-Christmas Day
Any questions? Please call (631) 595-3630

Revised 12/17/2014

# TOWN OF ISLIP DEC
## SPECIFICATIONS FOR SOLID WASTE COLLECTION
## IN LARGE BLACK PAIL AREA

## All Garbage Must Be Out Before 6:00 A.M. On Collection Day. Use One Curbside Location Only.   All Black Pails Must Be Free Of Any Obstruction.

**DEFINITIONS:**

**INSTRUCTIONS:**

**Kitchen Garbage**
Black pail is for kitchen garbage only (any food or non-recyclable food packaging).   **NO Yard Waste - NO Grass - NO Trash.**   **Black pail will be collected on both collection days.**

**Trash/Household**
Clothes, wood, flooring, tiles, wallboard, carpeting, concrete, etc.   All must be securely tied in bundles under 4'x2'x2' and 50lbs. or neatly placed in pails under 50lbs. All glass must be placed in pails or boxes clearly marked **BROKEN GLASS**. Latex paint cans must be dried out and placed in double plastic bags. All pails used for trash can be no larger than 40 gallons in size. **Limit 12 bundles or pails PER LAST COLLECTION DAY OF THE WEEK.**

**Yard Waste**
**NO GRASS CLIPPINGS WILL BE COLLECTED.**   Yard waste consists of branches, shrubs, leaves, etc.   Yard waste placed in pails or bags can not exceed 4' and 50lbs.   All bundles must be securely tied no larger than 4'x2'x2' and under 50lbs.   All pails used for yard waste can be no larger than 40 gallons in size.   **Limit 12 bags, pails or bundles PER FIRST COLLECTION DAY OF THE WEEK.**

**SPECIAL NOTE:** There are three special yard waste collection periods in the winter, spring and fall. Prior to these periods, detailed notices with a collection schedule will be mailed to each resident.

**Bulk Waste**
Furniture, tables, cabinets, bookshelves, passenger car tires without rims, etc.   Wood, such as paneling, shed sections and stockade fencing must be cut under 4'x4' and should not exceed 50lbs.
**NO metal is included within this collection.   Limit 3 items per week on last collection day of the week.**

**Bulk Metal/ E- Waste**
Bulk Metal includes appliances (refrigerator-doors must be removed) bicycle, chain-link fencing (rolled and tied under 4' and 50lbs.), propane tank (valve and stem assembly must be removed), passenger car tires with rims, etc. **Limit 3 items of Bulk Metal every Wednesday.**
Electronic Waste (E-Waste) includes computers, laptops, televisions, monitors, dvd/vcr players, etc. (Metal & E-Waste is automatically collected every Wednesday with a truck separate from the recyclable collection.) **Limit 3 items E-Waste every Wednesday.**
All other metal items including aluminum siding, pipes, etc. must be pailed or bundled under 4'x2'x2' and no heavier than 50lbs. **All other metals pailed or bundled: Limit 6 every Wednesday.**

**WRAP/ Recyclables**
**NO recyclables will be collected in plastic bags.** Recyclables including paper, magazines, newspapers and corrugated cardboard will be collected one week. The next week, collection includes plastic containers marked 1 & 2, food cans, beverage cans & bottles, glass bottles and jars. All items must be placed in a container not exceeding 50lbs.   **Unlimited recyclables are collected every Wednesday (see your WRAP calendar for alternating schedule.)**

**THERE WILL BE NO COLLECTION ON THE FOLLOWING HOLIDAYS:**
New Year's Day-Memorial Day-Independence Day-Labor Day-Thanksgiving Day-Christmas Day
Any questions? Please call (631) 595-3630