UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Ana Flores, Rene Flores, Maria Magdalena Hernandez,
Magali Roman, Make the Road New York, and New York
Communities for Change,

Plaintiffs,

v.

Town of Islip, Islip Town Board, and Suffolk County
Board of Elections,

Defendants.

2:18-cv-03549 (ADS) (GRB)

## DECLARATION OF RENEE ORTIZ

RENEE ORTIZ declares pursuant to 28 U.S.C. § 1746:

1.      I am submitting this declaration in support of Plaintiffs' application for a preliminary injunction in this case.

2.      I was born in West Islip, New York and have lived in Islip for most of my life.  I identify as Latina and speak Spanish.

3.      My father's family has lived in Brentwood since 1948.  My parents lived in Central Islip, and I attended Central Islip public schools.  Growing up in Central Islip and with family in Brentwood, I have always thought of Brentwood, Central Islip, and North Bay Shore as "my community."

4.      I describe Islip as a tale of two towns.  Brentwood, Central Islip, and North Bay Shore, located north of Sunrise Highway, have a large minority population.  The rest of Islip is largely white.  These northern areas are poorer than the rest of Islip, and our problems are different from those in the southern white communities in Islip.  For example, parks are particularly important to our communities in the northern parts of Islip, where, for many kids, the

1

local park is the only safe place to play outside.  Our community struggles with serious gang violence.  And, when it comes to services such as street cleaning, snow plowing, or the quality of our open spaces, our communities are underserved.  Whiter communities south of Sunrise Highway do not have these issues.  Growing up in Islip and seeing this divide first hand made me determined to advocate for my community's needs.

5.      I have worked with youth in the area at Youth Enrichment Services on a volunteer basis throughout college and full time from April 2005 to January 2006, as a community organizer for the Suffolk Community Council from 2000 to 2001, and for the Suffolk County Legislature in roles ranging from legislative aide (2003-2004) to Deputy Clerk (2006-2014).  From January 2004 until April 2005, I was the Director of the Suffolk County Office of Minority Affairs in County Executive Steve Levy's office.  I served on the board of SEPA Mujer, which promotes the advancement of immigrant and Latina women from 2013 to 2016, and on the Board of Directors for Long Island Head Start from 2012 to 2017.  In 2011, I was the Democratic nominee for the Islip Town Board.  I served on the Islip Community Development Agency ("CDA") Board from 2011 to 2018.  After my I lost the election for Town Board, I started a nonprofit community organizing effort called Leadership Towards Empowerment through Education and Partnership ("LEEP").  I am also the Founder and Vice President of the David E. Ortiz Memorial Scholarship Fund, and worked at Suffolk Community College in roles ranging from Assistant Director of Development to the Executive Director at the Center for Social Justice & Human Understanding, Inc.

6.      I worked for County Executive Steve Levy as his Director for Minority Affairs from January 2004 until April 2005, when I decided to resign because of his racist attitude towards the Latino immigrant community.  I took the job hoping to improve the

2

relationship between the Latino community and the County government and to encourage the

County government to better serve the Latino community's needs.  However, it quickly became

apparent to me that Mr. Levy had no interest in listening to my advice on how to improve that

relationship.  I had tried to set up meetings between Mr. Levy and immigration advocacy groups,

which Mr. Levy would not attend.  At best, he would have one of his deputies take the meeting.

However, Mr. Levy would attend meetings with Sachem Quality of Life, which is a hardline

anti-immigrant group, and would attend meetings they organized with the Federation for

American Immigration Reform, which is a white nationalist group.  Over time, I felt in good

conscience I could not represent his office, which is why I left.

       7.     In 2011, I was approached by Islip Town Supervisor Phil Nolan and Joe

Hagelmann, the former Islip Town Democratic party leader, who asked me if I would run for

Town Clerk.  I was interested in representing my community in Town government, but I did not

want the Town Clerk position because it would not allow me the ability to make policy or vote

on substantive matters.  I viewed the Town Clerk as a figurehead role, in which I would be

unable to advocate for my community.  I felt I was asked in order to add "color" to the

Democratic ticket.  The other Democratic candidates who ran in the 2011 election, Phil Nolan,

Gene Parrington, Ginny Fields, and Diane Rossi-Fontanna, were all white and from areas in Islip

south of Sunrise Highway.

       8.     I expressed interest to Mr. Nolan's campaign staff in running for one of

the Town Board seats instead of the Town Clerk position, because I believed that I could make a

larger difference for my community in that role.  Mr. Nolan's campaign staff were initially

opposed to supporting me as a Town Board candidate, but after I told them repeatedly that I was

not interested in running for Town Clerk, they decided to select me as a candidate for the Town

Board.  I knew that the only way I could be the Democratic nominee for Town Board was if I was part of Mr. Nolan's "slate."  I was the first candidate of color to run for a Town Board seat as the nominee of a major party in the history of Islip.

9.      As part of Mr. Nolan's slate, I shared funds and resources with the other Democrats on the ticket, and most of the funding for my campaign was provided by Mr. Nolan. Mr. Nolan's campaign staff pressured me to campaign primarily in Brentwood, Central Islip, and North Bay Shore.  I understood that the reason they wanted me to limit my campaigning to these predominantly minority communities was because they thought white voters who mainly live in other areas of Islip would not respond well to a Latina candidate.  I knew from my experience living in Islip and working in the community that my race would be a significant issue in the campaign and that there were voters who likely would not vote for me because of it, but I wanted to campaign as broadly as possible in order to try my best to win.

10.     I believe that Mr. Nolan's campaign staff did not think I would win the election, because they knew that under an at-large system I could not win without the support of voters in the majority-white parts of the Town and that I was unlikely to get that support.  I think instead they selected me as one of the Town Board nominees primarily to increase minority turnout in Brentwood, Central Islip, and North Bay Shore in order to boost the chances for the entire Democratic slate.  I believe that this reasoning is why they pressured me to campaign primarily in Brentwood, Central Islip, and North Bay Shore.

11.     Ultimately I received 20,617 votes and my running mate Gene Parrington received 20,748 votes.  We lost to the Republican candidates, John Cochrane, who received 26,536 votes, and Anthony Senft, who received 26,380 votes.  Both of the winning candidates

4

were white.  John Cochrane lives in Brightwaters and Anthony Senft lives in East Islip.  Both

live south of Sunrise Highway.

12.     Latino turnout was higher within Brentwood, Central Islip, and North Bay

Shore in 2011, when I was a candidate, than in 2009 or 2007.  I believe the increased turnout was

a direct result of my candidacy.  Notwithstanding increases in Latino turnout, I did not come

close to winning the race.  I do not think it is possible for a Latino candidate to win an at-large

race in the Town of Islip.  By design, a candidate has to be able to attract votes from the whiter,

wealthier parts of the Town, and based on my experience, those voters generally will not support

a Latino candidate.

13.     After I lost my election, I decided that I would never again run for the Islip

Town Board or any at-large Town election, because I knew that a Latina such as myself would

not be able to win.

14.     Race plays a significant role in Islip politics.  During my candidacy for the

Town Board in 2011, I interviewed for an endorsement from the Independence Party.  The

people who screened me told me they had heard that I was Jewish and asked how someone with

the last name Ortiz could be Jewish.  I shared that my mother's maiden name was Letterman.

They told me I would be more electable if I ran under that name rather than Ortiz.  I left the

meeting abruptly without their endorsement.

15.     Moreover, I have also seen numerous mailers sent out to voters in Islip

that rely on racist stereotypes. For example, in 2017 Town Board Member Jim O'Connor's

campaign sent a mailer that reads "Why Jim O'Connor? Because He's One of Us."  I received a

copy of this mailer from a friend who lives south of Sunrise Highway in Islip.  I asked some

friends from Brentwood and Central Islip if Mr. O'Connor's campaign had sent them a copy of

5

the mailer, but they did not receive a copy.  I also did not receive a copy of this mailer at my home in Central Islip.  I believe that this mailer was not sent to the primarily Latino parts of Islip.  When I saw the mailer, I felt that Mr. O'Connor was making it clear that he did not consider me to be a part of his community, and that he had no interest in being a part of my community.  It is a feeling that I am familiar with from living in Islip.  I felt that Mr. O'Connor was not speaking to me in this mailer, and that he had no interest in speaking to me or to other Latinos.  **Exhibit A** is a true and correct copy of the mailer from Jim O'Connor's 2017 campaign for Town Board.

    16.  Additionally, I have seen copies of mailers sent to Islip voters that rely on racist stereotypes about the Latino community in Islip being composed of gang members.  For example, former Town Board member Steve Flotteron's 2017 campaign for County Legislature sent a mailer depicting tattooed MS-13 members.  **Exhibit B** is a true and correct copy of the mailer I saw from Mr. Flotteron's campaign in 2017.  I found out about this mailer through social media and through texts with friends who had seen the mailer.  I viewed this to be an effort to scare white voters into voting for him.  I was furious that my councilman would send something so hateful and ignorant, and that perpetuated the stereotype that all Latinos are gang members.  I also believe the mailer was also only sent to white communities, because I did not receive the mailer, nor did any of my neighbors in Brentwood, North Bay Shore, and Central Islip receive it.  My white friends in other communities did receive the mailer.  The New York Republican State Committee also distributed a similar mailer in 2017, which I also viewed as an attempt to play to racist stereotypes.  **Exhibit C** is a true and correct copy of the mailer the New York Republican State Committee distributed in 2017.

17.     After I lost my campaign for Town Board, Islip Town Supervisor Phil Nolan appointed me to a vacant seat on the Town of Islip Community Development Agency Board in December 2011 in order to serve the remaining term for that seat. The CDA is a non-profit within the Town of Islip that helps connect Islip residents with affordable housing options on an income-based scale. For example, a typical CDA project would be to renovate foreclosed homes and then hold a housing lottery to help first-time buyers purchase a home. The CDA also works to revitalize and renovate small businesses. The vast majority of the CDA's work is in Brentwood, Central Islip, and North Bay Shore. My parents' first home, and the house where I grew up, was bought with help from the CDA. For me, I felt like I was coming full circle.

18.     The CDA Board has five seats, and I was one of three Latino members of the  CDA Board. The Latino members were myself, Ramon Colon, and Manuel Troche. The other members of the board were Steve Raccuglia and the CDA Chairperson, Debra Cavanagh.

19.     After the term I was appointed to fill had expired, Town Supervisor Angie Carpenter promised me that she would reappoint me to the CDA Board. I spoke with Ms. Carpenter in early 2018 about the fact that my term had expired, and she told me that she was having some political difficulties and wanted to wait to schedule the vote. In the meantime, I continued to serve as a holdover member, along with Mr. Colon and Mr. Raccuglia, whose terms also expired.

20.     In early 2018, the CDA Board was searching for a new CDA Executive Director. This was a highly paid position, and we had engaged in a national search. We had narrowed our search to several qualified candidates and were about to begin interviews. However, at a CDA Board meeting shortly after we had selected our list of candidates to interview, Ms. Cavanagh informed the CDA Board that she had been asked by a Republican

committeeperson that we consider James Bowers for the job.  Mr. Bowers was the Vice

Chairman of the Republican Party and a legislative aide to Jim O'Connor.  My colleagues on the

CDA Board and I agreed that we were not interested in interviewing Mr. Bowers for the position

because we had completed our national search.

       21.    On April 24, 2018, I received a call from Ms. Cavanagh informing me that

the Town Board had voted to replace me and two of my colleagues on the CDA Board with three

white men who lived in the white communities in Islip, effective immediately.  I was shocked

and devastated.  Ms. Cavanagh told me, and I later learned from newspaper articles and

comments from friends, that during a Town Board meeting, Trish Bergin Weichbrodt, Jim

O'Connor, and Mary Kate Mullen had brought up an additional item that had not been on the

meeting agenda.  They voted, over objections from John Cochrane and Angie Carpenter, to

remove Mr. Colon, Mr. Raccuglia, and me from the CDA Board and to replace us with Timothy

Morris of Bayport, Jarrett Gandolfo of West Islip, and Ryan Kelly of Sayville.  Mr. Cochrane

and Ms. Carpenter were not even given the resumes of the candidates before they were asked to

vote on appointing them.  Mr. Gandolfo is the chief of staff to State Assemblyman Andrew

Garbarino, whose father, William Garbarino, is the Chairman of the Islip Town Republican

Party.

       22.    In July of 2018, Mr. Bowers was selected as the CDA Executive Director.

       23.    Neither Mr. Morris, nor Mr. Gandolfo, nor Mr. Kelly had ever attended a

CDA meeting during the past seven years while I was serving the agency.  Moreover, Trish

Bergin Weichbrodt, Jim O'Connor, and Mary Kate Mullen had also all never attended a CDA

meeting during my time on the CDA Board.  To me, this seemed like Islip Town Board members

trying to advance their own interests and the interests of their friends at the expense of the Latino

community.  The Town Board's Decision to remove me and my colleagues from the CDA

Board, and replace us with their political allies who were all white and lack experience in

community development, is an example of the political patronage and self-dealing that

characterizes the Islip Republican Party, and is emblematic of the culture of corruption in Islip

politics.

        24.      The new appointments to the CDA Board were controversial and covered

widely in the local press.  **Exhibit D** is a true and correct copy of an article from *Newsday* by

Rachelle Blidner from May 6, 2018 entitled "Islip Split on Community Development Agency

Appointments."  I was interviewed for the article, and Ms. Blidner quoted me saying that I was

concerned about the changes to the Board because it left the Board with just one woman and one

person of color.  **Exhibit E** is a true and correct copy of an article from the *Suffolk County News*

by Anthony Perrotta from May 17, 2018 entitled "Public Outcry over Agency Replacements."

During an interview, I told Mr. Perrotta that I found the decision surprising and that I objected to

the way that Mr. Colon, Mr. Raccuglia, and I were replaced because it seemed to me that our

replacements were timed to allow the new CDA members to appoint a new CDA Executive

Director.  **Exhibit F** is a true and correct copy of an opinion article by Christopher Verga entitled

"Islip's Recent CDA Appointments further Consolidate Power in Town" from *Greater Bay

Shore*, a news website.  I told Mr. Verga in an interview that I was concerned about the fact that

the new Board members had no experience in community development, and that I felt that the

Town Board members had put their political interests above the interests of the Town, and

particularly above the interests of Brentwood, Central Islip, and North Bay Shore, where the

CDA did most of its work.

25.     This incident was not the first time the Town has ignored the needs of the Latino community in order to prioritize other interests.  The Town has repeatedly tried to cut programs that primarily serve the Latino community with little to no notice to the Latino community, while continuing to fund programs or services for the white community.

26.     In 2012, the Town cut the budget of the Human Services Department, which had a severe impact on the funding for a drug rehabilitation program called "Access/Accesso" and a teen parenting program.  My understanding is that the Latino community were the primary users of these programs.  I first found out about these cuts from other members of the activist community, who had heard from individuals who had been attending Accesso programs that staffers said the program was going to be shut down.  I later learned that the Town Board had decided not to renew the funding for the programs at a Town Board meeting.  **Exhibit G** is a true and correct copy of an email I sent on May 5, 2012, circulating an online petition against the cuts, in an effort to inform and organize the community in response.

27.     The Town Board held a public hearing to discuss these cuts in the mid-afternoon of May 8, 2012.  The Town did not attempt to make the hearing accessible to the Latino community.  I knew that often the Town did not provide translation at these sorts of meetings, so I made sure that a translator would be in attendance so that members of the Latino community who did not speak or understand English would be able to participate.  **Exhibit H** is a true and correct copy of an email I sent to Ted Hesson from Long Island Wins and Luis Valenzuela on May 7, 2012, in an effort to arrange a translator for the Town Board's hearing.  I was able to provide a translator, but the Town did not provide one.  The Town also held the

event during the mid-afternoon, when workers who work jobs without flexible schedules would not be able to attend.  I noted this issue in the email I sent on May 7, 2012.

28.     Similarly, in 2013, the Town closed two pools: Casamento Pool in West Islip and Roberto Clemente Pool in Brentwood.  These pools primarily serve minority residents of the Town.  The Town kept pools open in whiter and wealthier parts of Islip such as Oakdale and Hauppauge.  The Town never held a community forum or informed the Latino community that it would be closing the two pools before it made the decision to close the pools.  Instead, again, the Town just included the cuts in its proposed budget.

29.     I led a community organizing effort to raise awareness of this issue and advocate for the reopening of the pools.  I spoke to employees of the Islip Parks, Recreation, and Cultural Affairs Department to complain about the fact that these pools were closed.  The Town employees were dismissive of my concerns.  One Parks Department employee told me that I "should have read the budget."

30.     **Exhibit I** is a true and correct copy of an email I sent to Daniel Altschuler of Make the Road New York on August 22, 2013 in an effort to promote community members' attendance at a Town Board meeting on August 27, 2013.  This meeting was also held at 2 p.m. **Exhibit J** is a true and correct copy of a Change.org petition that I created in 2013 to demonstrate public support for re-opening the pools.  This petition received over 500 signatures from members of the community.

31.     I personally called Town Board Member Trish Bergin Weichbrodt about the pool closing on multiple occasions.  I left messages with her staff and voicemails explaining why I was calling and asking her to call me back.  I never received a response.

32.     In 2013, I learned of the dumping in Roberto Clemente Park.  Toxic chemicals were dumped in the Park, making it unusable and dangerous to the residents who lived near it.  I initially learned of the issue from residents in the areas surrounding the Park, who had heard trucks driving into the Park at night and noises that sounded like construction work.

33.     The Town was slow to tell residents who lived near the Park that any dumping had occurred or the extent of the damage.  I attended Town Board meetings to try to understand what was going on, but the Town did not provide us with information or even tell us that the dumping had occurred.  I know that the Town must have had information that they withheld, because the Town was responsible for issuing permits that would authorize vehicles to drive in the Park, and they must have known who received the permits and the reasons they received them.  However, I understood that there had been a change in administrations since the dumping and that the federal government was involved in investigation.  I also understood that Ms. Carpenter had only recently been elected.

34.     I spoke to Ms. Carpenter several times about holding a community forum about the dumping in the park.  Ms. Carpenter told me that she did not have all the information yet, and wanted to wait to hold a meeting until she did.  I believed that she did not have all the information, but still thought it was important to inform the community near the Park of the information she had.  Eventually, after significant pressure from myself and others, the Town finally agreed to hold a community forum, months after the dumping had actually occurred.  However, the forum failed to offer materials in Spanish and the Town did not provide Spanish translation at the meeting.

35.     The Town's neglect of the minority community is pervasive.  I have personally observed significant variations in the quality of roads in the Town of Islip.  North of

Sunrise Highway, in Brentwood, Central Islip, and North Bay Shore, the roads are generally not as well maintained. For example, there are more potholes, and trees on the side of the road are overgrown and obscure street signs. South of the highway, in whiter communities such as East Islip, Brightwaters, or Sayville, the roads are in much better condition.

36. In early 2012, I collaborated with a number of my friends in Islip to conduct informal "experiments" on the Town's response rate to complaints about potholes and road repairs. I sat with my friend, Sandra Gil, as she called the Town about a gaping pothole outside her home on Jewel Avenue in Brentwood. We called the Town around March 2012, but the pothole was not fixed until the summer. At the same time, white friends of mine who lived in white communities called the Town about road repair issues. I learned that one of my friends called about a pothole in West Islip and it was fixed within two weeks. Based on numerous informal experiments such as these, it has become apparent to me that the Town is significantly more responsive to complaints about road repairs from white residents living in predominantly white communities than complaints from Latino residents living in predominantly Latino communities.

37. The Town similarly neglects the Latino community with respect to snow plowing. I personally observed this on my own street, Connetquot Avenue, each winter for the 15 years I lived there. Connetquot Avenue runs north-south, starting in East Islip and continuing up into Central Islip, where I lived. After snowstorms, my section of Connetquot Avenue in Central Islip would not get plowed quickly, and when the plows did eventually come, the work was sloppy and rushed. Meanwhile, in the southern parts of Connetquot Avenue in East Islip, which is whiter and wealthier than Central Islip, the road would always be plowed thoroughly and quickly after snowstorms. Driving around Islip after snowstorms, I have

13

frequently seen stark differences between the streets in the south of the Town, which get plowed

swiftly and thoroughly, and the streets in the north of the Town, which get plowed slowly or

sloppily, if they even get plowed at all.  I can literally see more blacktop as I drive south along

Connetquot Avenue after the street has been plowed.  To my knowledge, there is no reason why

the south of the Town should be plowed more quickly or thoroughly.

38.     This neglect of the Latino community is perpetuated and exacerbated by

conditions that make it difficult for Latinos in Islip to vote.  I have volunteered as an Election

Day poll watcher for many years.  In this role, I receive calls from voters who are experiencing

issues with voting and I visit poll sites to personally observe the voting process.  Over the years I

have regularly visited polling places in Brentwood and Central Islip and saw a lack Spanish

translators, notwithstanding the very large Spanish-speaking population in these communities.

On Election Day of November 2017, I recall that there was no translation at my personal polling

site, Mulvey Elementary School in Central Islip.  I observed a Spanish-speaking voter ask for

translation help, but she was told that no translators were available.

39.     On Election Day of November 2018, I received a call from a voter at

Cordello Avenue Elementary School in Central Islip.  The voter told me that the site was so

packed that voters could not walk around the gym to vote.  I immediately went to the site, where

I personally observed poll workers hovering over voters and looking at their ballots as voters

tried to select candidates.  A number of voters told me that they felt uncomfortable and

intimidated by the actions of these poll workers.

40.     In my years as a poll watcher, I have also received calls from Latino and

African-American voters who were asked for identification.  I have received calls from voters

who were denied access to ballots in Spanish.  I remember in particular that I received a call in

14

2016 from an elderly individual who spoke only Spanish who wanted his daughter to accompany him into the voting booth to help him with an electronic ballot, but was told by poll workers that she could not assist him.

41.     Having representation on the Islip Town Board would be vital for my community, which has struggled in resolving problems we have had with the Town.  If someone from my community was on the Town Board, we would not be left in the dark they way we were with the pool closings and park dumping.  There would be a voice on the Town Board that would be able to engage in debate with the Town Board members about issues important to the Latino community, and provide a perspective that would disrupt the cronyism that stems from the current Town Board members only representing one part of the Town's interests.  I think that over time, having a voice represent the Latino community could impact the snow plowing and road maintenance issues by providing some transparency about how the Town makes those decisions and agitating for better services.  I also think that it would make campaigns easier and fairer, because it would allow candidates to focus their message and advocate for the community in a single district.  Districts would give a Latino candidates a real chance at winning a seat in Islip, rather than just being a token candidate to draw out the minority vote, as I was in 2011.  I strongly support councilmanic districts to give the Latino community a voice in Islip.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at:  Raleigh, North Carolina

February 28, 2019

_____
RENEE ORTIZ

15