# EXHIBIT C



FLORES000002550