# EXHIBIT E

# The Suffolk County News

(/)



Islip Town Hall

*File photo*

# Public outcry over agency replacements

Story By: **ANTHONY PERROTTA**
5/17/2018

**ISLIP TOWN** - During last month's town board meeting, councilwoman Trish Bergin Weichbrodt presented a pocket resolution that replaced three Community Development Agency board members, including president Renee Ortiz. The resolution was passed, 3-2, with supervisor Angie Carpenter and councilman John Cochrane opposing.

"My issue is not with our being replaced," Ortiz said during this week's meeting. "My issue is with the way this replacement occurred." She explained that the resolution, which wasn't on the board meeting agenda, was a surprise to some of the board members, and the resumes of the individuals who replaced the three former board members were never submitted or vetted prior to or at the meeting. "The timing of these surprise replacements is also questionable since the

CDA is in the middle of preparing for interviews to fill a six-figure-paying executive director position," Ortiz said, adding that the CDA, in its 42 years of existence, has "remained an amazing resource to the Town of Islip in affordable housing and community revitalization."

The former CDA president explained that 80 percent of all the board's funding and resources go to the hamlets of Brentwood, Central Islip and North Bay Shore. "My parents' first home was a CDA home," she said. "So clearly, this organization's work is near and dear to me for many reasons."

Before the surprise replacements were made, Ortiz said that the CDA board members came from diverse backgrounds and represented several hamlets in Islip Town, adding that since her time on the board (which began in 2012), the only town board members who "made it a priority" to attend CDA board meetings and public hearings were Carpenter and Cochrane. "We may not agree on all the issues, but we share a mutual, professional respect, and they have always served as representatives of the entire community of Islip [Town]," Ortiz added. "I certainly cannot say the same for Ms. Bergin Weichbrodt. With this most recent blatant disregard for my community, and on the heels of [her] recent offensive commentary on social media, time and time again [her] actions and comments continue to let my community know that not only [does she] not consider the needs of the hamlets of Brentwood, Central Islip and North Bay Shore, but [she does] not wish to represent us, either."

Ortiz said she hasn't formally met councilman Jim O'Connor and councilwoman Mary Kate Mullen, and hasn't seen them attend events in her community. "But still, I struggle to understand why [they] would support such a divisive move, unless there were promises of rewards made," she added.

Several residents (all from Bay Shore, Brentwood and Central Islip) expressed their disappointment with last month's resolution, including Bay Shore resident Bailey Spahn, who asked Bergin Weichbrodt to resign from her post. Spahn also commended Carpenter and Cochrane for their opposition to the resolution.

Earlier in the afternoon, Pat Montanino, an East Islip resident who regularly speaks during town board meetings, accused Carpenter of being a closet Democrat, set on "making everyone hate the Republicans." Montanino has publicly accused Carpenter, as well as Cochrane and O'Connor, of corruption on numerous occasions. However, she has never publicly spoken out against Bergin Weichbrodt.

The town board then addressed a full agenda of resolutions.

Carpenter was authorized to apply for and accept grant funding from New York State for the Downtown Revitalization Initiative Round 3: Reinvigorate Downtown Central Islip, Main Street Community Enhancements and to execute any and all necessary documents thereto. She was also authorized to enter into an agreement with both Connoisseur Media to produce and

Case 2:18-cv-03549-GRB-ST    Document 45-5   Filed 03/01/19   Page 4 of 13 PageID #: 1321

administer promotional advertisements via radio commercials and on-site appearances to promote town-run festivals, and the Bay Shore Chamber of Commerce to operate a farmers' market at the Dr. George S. King Park on Main Street in Bay Shore.

In addition, Carpenter was authorized to execute a contract for the emergency repair of Long Island MacArthur Airport's main terminal roof, as well as the electrical and security systems due to the life, health, and safety concerns to the traveling public at the airport. The town board also approved to amend the Overtime Application Form contained within the Administrative Procedures Manual, Section 309, in order to "improve accountability and reduce unnecessary costs," according to this month's resolutions.

> *Like what you have read?* **Click here (/subscriptions/subscribe)** *to subscribe to the* **Suffolk County News** *so you can read more stories like this, and find out everything that's going on in your town!*

---

0 Comments    **Suffolk County News**      🔴1 Login ▾

♡ **Recommend**    🐦 Tweet    f Share        Sort by Best ▾

> Start the discussion…

LOG IN WITH      OR SIGN UP WITH DISQUS ❓

> Name

Be the first to comment.

**ALSO ON SUFFOLK COUNTY NEWS**

**Class of 1953 reunites - Suffolk County News**
1 comment • 6 months ago

 **James Bertsch** — Great piece! McManus and Beebe are just two names from this reunion who are the children of earlier descents and who …

**Sisters accept library offer - Suffolk County News**
2 comments • 4 months ago

 **Marnel** — John C. You probably have your head stuck in a hole to notice all the homes n foreclosures in our neighborhood. I assume …

**Students meet with Governor to discuss climate change**
1 comment • 8 months ago

 **zato_ichi** — Climate change is a $29 billion dollar per year RICO style racket, and the biggest scam in history.

**County announces legislation to foster pay equality**
2 comments • 5 months ago

 **Harry** — Without teeth, this law is useless. Employers need to be notified that this is prohibited, and at a minimum pay a fine equivalent to the …

✉ Subscribe    Ⓓ Add Disqus to your siteAdd DisqusAdd    🔒 Disqus' Privacy PolicyPrivacy PolicyPrivacy



## Already a Subscriber?

DOWNLOAD ISSUES (/DOWNLOAD)

## Check out the latest classified ads!



DOWNLOAD (HTTPS://LIADVANCE.BLOB.CORE.WINDOWS.NET/ISSUE-CLASSIFIEDS/1_%20CLASSIFIED%202-14.PDF)



## TRENDING ARTICLES



**Senior townhomes approved**

(/6380/Senior-townhomes-approved)

Case 2:18-cv-03549-GRB-ST Document 45-5 Filed 03/01/19 Page 7 of 13 PageID #: 1324



**Town Board notes**

(/6381/Town-Board-notes)



## Holding the line on firearms

(/6348/Holding-the-line-on-firearms)



## Prepare to be counted

(/6351/Prepare-to-be-counted)



## Claims of inequitable cuts to the arts

(/6354/Claims-of-inequitable-cuts-to-the-arts)



## LATEST



**Capturing the essence of Tibet**

(/6373/Capturing-the-essence-of-Tibet)



**Sewers headed to Oakdale**

(/6375/Sewers-headed-to-Oakdale)

Case 2:18-cv-03549-GRB-ST   Document 45-5   Filed 03/01/19   Page 12 of 13 PageID #: 1329



## A blessing to the community

(/6379/A-blessing-to-the-community)





## Got a News Tip?

SUBMIT (/CONTACT)



## Special Occasion?

CONTACT (/CONTACT)



## Advertise With Us!

CLICK HERE (/ADVERTISING)

# The Suffolk County News

### About

Sayville's newspaper, The Suffolk County News, was founded in 1884 and was originally named the Sayville News. Walter Burling of Southampton was its founder and first editor. He started quite a number of small newspapers on Long Island. Why he started them but didn't remain, we will never know.

### Links

About (/about)
Staff (/staff)
Events (/events)
Advertise (/advertising)
Letters to the Editor (/contact)
Email Us (/contact)

Long Island Advance (https://www.longislandadvance.net)
Islip Bulletin (https://www.islipbulletin.net)
Suffolk County News (https://www.suffolkcountynews.net)

Web Design by Searles Graphics (http://www.searlesgraphics.com/portfolio/web-design)