# EXHIBIT F

Case 2:18-cv-03549-GRB-ST   Document 45-6   Filed 03/01/19   Page 2 of 8 PageID #: 1332



# Opinion: Islip's recent CDA appointments further consolidate power in town

🕒 May 22, 2018

👤 Christopher Verga (https://bayshore.greaterlongisland.com/author/cverga/)

f (https://bayshore.greaterlongisland.com/2018/05/22/42402-opinion-islips-recent-cda-appointments-further-consolidate-power-in-town/?share=facebook&nb=1)

P (https://bayshore.greaterlongisland.com/2018/05/22/42402-opinion-islips-recent-cda-appointments-further-consolidate-power-in-town/?share=pinterest&nb=1)

t (https://bayshore.greaterlongisland.com/2018/05/22/42402-opinion-islips-recent-cda-appointments-further-consolidate-power-in-town/?share=twitter&nb=1)

in (https://bayshore.greaterlongisland.com/2018/05/22/42402-opinion-islips-recent-cda-appointments-further-consolidate-power-in-town/?share=li ate-power-in-

🖨 (https://bay town/#print)

 

(//ad.broadstreetads.com/click/179117/c121085/z60039?)

*Editor's note: This opinion piece was edited slightly from an initial version.*

The Community Development Agency (CDA) within the Town of Islip oversees federal housing funds to combat blighted areas, among other things.

From the budget of $5.6 million dollars, $2.7 million is allocated from federal grants.

These funds assisted in the revitalization of Bay Shore's downtown and extended homeownership opportunities to hundreds of people throughout the years.

Bay Shore, Brentwood, and Central Islip utilize 70 percent of the funds, while 14 percent of the funds are allocated to other sections of the town, mainly north of Sunrise Highway.

No area south of Montauk Highway is qualified to receive these funds and CDA board members have typically hailed from the three main recipient communities, or north of Sunrise Highway. The rationale for selecting people within these areas is because the communities that the CDA is designed to help will be best managed by people that live in these very same communities of need.

April 24, Councilwomen Bergan-Weichbrodt introduced a pocket resolution to have Timothy Morris of Bayport, Jarrett Gandolfo of West Islip and Ryan Kelly of Sayville to replace CDA board members Renee Ortiz of Central Islip, Ramon Colon of Bay Shore, and Steve Raccuglia of Ronkonkoma.

The final vote was passed with Councilwomen Bergan-Weichrodt, Councilwomen Mullen, and Councilman O'Connor voting in favor and Supervisor Carpenter and Councilman Cochrane voting against.

All three new CDA board members are from high-income areas that do not qualify for any of the CDA   Cavanagh.

(//ad.broadstreetads.com/click/179117/c121085/z60039?)

These new replacements, including the town supervisor and board, further consolidate all legislative power in the town to six hamlets making up a population of 55,774 people living south of Sunrise Highway. The town population within the other 24 hamlets is 335,543 people.

At the May 15 Town Board meeting, Renee Ortiz confronted the council about her replacements stating:

"My issue is not being replaced but the way it occurred and who replaced us. The resolution was not on the board meeting agenda, no resumes of the replacements were submitted nor were the replacements vetted. I am not naïve to the game of politics. I understand deals were made but this should not take precedent over the oath you have taken for this office. Back door deals should never come before fairly representing all the constituents of your town."

In a follow-up interview, Ortiz stated: "The newly appointed CDA members have no experience in community development."

Photo: Main Street just west of Islip Town Hall in Islip. (file photo)



### Christopher Verga (https://bayshore.greaterlongisland.com/author/cverga/)

*Christopher Verga, Ed.D, is a local historian and American history lecturer at Suffolk County Community College. He's also the author of Bay Shore (2017) and Civil Rights on Long Island (2016), which are both part of the Images of America series.*

 

(//ad.broadstreetads.com/click/179117/c121085/z60039?)



See what everyone is talking about! Go visit the Blaze Pizza locations in Bay Shore or West Babylon today. (//ad.broadstreetads.com/click/131476/c112635/z6003



(https://www.facebook.com/elpilonbayshore/)



(//ad.broadstreetads.com/click/179117/c121085/z60039?)



**verde kitchen & cocktails**
🌿

Lunch at Verde is Torta a big deal… . Tortas · Guacamole · Salsas · Mexico City Street Tacos · Ensaladas · Sopa · Antojitos …

(//ad.broadstreetads.com/click/139502/c105482/z6003





(//ad.broadstreetads.com/click/179117/c121085/z60039?)


(https://www.toastcoffeehouse.com/)

**BUILDING THE PERFECT LOBSTER ROLL AT SALT & BARREL IN BAY SHORE**



00:00  02:57

(http://villageidiotirishpub.com/)

## SIGN UP FOR NEWSLETTERS

**Email address:** Your email address

Sign up

## ARCHIVES



Select Month

(//ad.broadstreetads.com/click/179117/c121085/z60039?)

(https://greaterlongisland.com/)

Developed By Rain Maker Media (http://rainmakermediany.com/) - All rights Reserved.



(//ad.broadstreetads.com/click/179117/c121085/z60039?)