# EXHIBIT G

**To:** RLOrtiz211@aol.com
**Subject:** URGENT! Online Petition *****ACTION REQUIRED****
**From:** "Renee L. Ortiz" <rlortiz211@aol.com>
**Sent:** Sat, 5 May 2012 10:56:42 -0400 (EDT)

Dear Friends & Neighbors:
Please read information below regarding an on line petition to address some cuts to important Islip Town services that will impact our community greatly. We hope you will join us In asking the Town of Islip for a fair opportunity to have our voices heard on this issue.

-Renee
"A community is like a ship; everyone ought to be prepared to take the helm." - Henrik Ibsen

------------------------------------------------------------------------
------------------------------------------------------------------

Dear All-

As many of you have read in Newsday, Islip Town is considering tremendous cuts to the Human Services Department which is home to an
excellent drug rehabilitation program called Access/Accesso and a teen parenting program as well.

With such short notice on such a dramatic action, we are petitioning to request that the public hearing be rescheduled or kept open to allow the working community that this affects a respectable time frame to speak on the issue.

Please forward this to your friends, family and contacts. Our goal is to attain 250 signatures to back us up when we speak to the Board.

We need support from the community to have a reasonable "squeak" to get oiled.

--
Regards,

April Ortiz
Leadership Towards Empowerment through Education and Leadership (LEEP)
My Linkd In Professional Profile

--
Regards,

April OrtizMy Linkd In Professional Profile

--
- Renee Ortiz

"A community is like a ship; everyone ought to be prepared to take the helm." - Henrik Ibsen