**EXHIBIT H**

From: Ted Hesson <thesson@longislandwins.com>
Sent: Tue, 8 May 2012 10:01:44 -0400
Subject: Re: URGENT: Online Petition *****ACTION REQUIRED****
To: Daniel Altschuler <daniel.altschuler@maketheroadny.org>

OK, great

On Tue, May 8, 2012 at 9:12 AM, Daniel Altschuler <daniel.altschuler@maketheroadny.org> wrote:

she got someone already.

On Tue, May 8, 2012 at 9:11 AM, Ted Hesson <thesson@longislandwins.com> wrote:

Who is doing the translation at our event? Renee Ortiz is looking for someone for a hearing today and needs them ASAP

---------- Forwarded message ----------
From: **Renee L. Ortiz** <rlortiz211@aol.com>
Date: Mon, May 7, 2012 at 9:54 PM
Subject: URGENT: Online Petition *****ACTION REQUIRED****
To: thesson@longislandwins.com, luis.valenzuela@yahoo.com

Ted & Dr. V: Please note this petition. There is special concern regarding the inconvenient time of this public hearing tomorrow. The cuts that are being proposed will heavily impact the most vulnerable residents of the Town of Islip. I have received several calls from Spanish Speaking clients of these programs and many are working folks who can't make a mid-afternoon hearing to speak on vital services they rely on that could be lost. Finally, I have reached out to several folks to ask if they could be available for translation for those Spanish Speaking residents who can make tomorrow's hearing. One of these was Berta Cevallo, but none of the people I reached out to could make it. I know it's last minute, but if you have any idea's on someone who could make them self available to translate at tomorrow's hearing, it would be so appreciated by these residents. This Town administration does not appear to be very sensitive to the more vulnerable parts of this Islip Community nor do I think for a second they would ensure translation services were available at their meetings.

```
Dear Friends & Neighbors:
Please read information below regarding an on line petition  to address
some cuts to important Islip Town services that will impact our
community greatly.  We hope you will join us In asking the Town of
Islip for a fair opportunity to have our voices heard on this issue.

-Renee
"A community is like a ship; everyone ought to be prepared to take the helm." - Henrik Ibsen




Dear All-

As many of you have read in Newsday, Islip Town is considering
tremendous cuts to the Human Services Department which is home to an
excellent drug rehabilitation program called Access/Accesso and a teen
parenting program as well.

With such short notice on such a dramatic action, we are petitioning to
request that the public hearing be rescheduled or kept open to allow
the working community that this affects a respectable time frame to
speak on the issue.
```

```
Please forward this to your friends, family and contacts. Our goal is
to attain 250 signatures to back us up when we speak to the Board.


We need support from the community to have a reasonable "squeak" to get
oiled.


Link to Petition:

http://www.change.org/petitions/tom-crocci-town-of-islip-supervisor-and-all-council-members-
reschedule-or-extend-public-hearing-3#
--
Regards,

April Ortiz
Leadership Towards Empowerment through Education and Leadership (LEEP)
My Linkd In Professional Profile
```

--
Online Editor / Long Island Wins

SUNY College @ Old Westbury
Long Island Wins
PO Box 210
Old Westbury, NY 11568-0410
516-333-7495 (o)
516-506-3447 (c)

--
Daniel Altschuler
Coordinator, Long Island Civic Engagement Table
917-494-5922
www.licivicengagement.org
Facebook: Long Island Civic Engagement Table
Twitter: @licivicengage

--
Online Editor / Long Island Wins

SUNY College @ Old Westbury
Long Island Wins
PO Box 210
Old Westbury, NY 11568-0410
516-333-7495 (o)
516-506-3447 (c)

Case 2:18-cv-03549-GRB-ST   Document 45-8   Filed 03/01/19   Page 4 of 4 PageID #: 1345