# **EXHIBIT I**

| | |
|---|---|
| **Subject:** | Fwd: Update about 'Demand Islip Town Board re-open Roberto Clemente Pools' on Change.org |
| **From:** | Daniel Altschuler <daniel.altschuler@gmail.com> |
| **Sent:** | Fri, 23 Aug 2013 16:32:16 -0600 |
| **To:** | "daniel.altschuler@maketheroadny.org" <daniel.altschuler@maketheroadny.org> |

Sent from my iPhone

Begin forwarded message:

> **From:** Renee Ortiz <mail@change.org>
> **Date:** August 22, 2013, 6:27:00 PM MDT
> **To:** daniel.altschuler@gmail.com
> **Subject: Update about 'Demand Islip Town Board re-open Roberto Clemente Pools' on Change.org**
> **Reply-To:** "Change.org" <no-reply@change.org>
>
>
> After many meetings, speaking out at public hearings & nearly 600 signatures on this petition, there still has been no progress on the re-opening of Roberto Clemente Park Pool. After many discussions with Town officials, promises were made that have not been kept. It was understood that after obtaining a $300K grant from the Islip CDA for repairs & improvements to the pool, Roberto Clemente Park Pool would not open for this summer season so that work could begin on the pool. In the meantime, Casamento Park Pool would remain open. Since May, when the initial inspection of the pool took place NO WORK has begun on Roberto Clemente pools & we have not received any clear answers as to when it will. Now the community action group, NY Communities for Change are joining us in our fight to get our pools re-opened as promised. Please see info below regarding the next Town Board meeting. This will be an opportunity to join us in speaking out once again on this issue:
>
> Attention residents of Brentwood, Central Islip and Town of Islip!
> Do you know the status of the repairs for Clemente Park and the swimming pools?
> The whole summer has gone by without any notice or progress on repairs! The Town needs to tell us when the park will be opened!
> Join your neighbors at a Town of Islip Board Meeting
> Tuesday, August 27th 2pm at 655 Main Street!
>
> If West Islip, Oakdale, and Hauppauge have fully operating parks, we deserve a clean and fully operating Roberto Clemente Park in Brentwood!
>
> Questions? Contact Ishraq Ali of NY Communities for Change (631) 220-8712 www.nycommunities.org
>
> This message was sent by Renee Ortiz using the Change.org system. You received this email because you signed a petition started by Renee Ortiz on Change.org: "Demand Islip Town Board re-open Roberto Clemente and Casamento Pools." Change.org does not endorse contents of this message.
>
> View the petition | Reply to this message via Change.org
>
> Unsubscribe from updates about this petition

.