# EXHIBIT J

**change.org**     Start a petition    My petitions    Browse    Membership          🔍    Log in

# Demand the Islip Town re-open Roberto Clemente and Casamento Pools



🔒 **Petition Closed**

This petition had 596 supporters

 Demand Islip Town Board re-open Roberto Clemente and Casamento…

**f Share on Facebook**

f  Send a Facebook message

✉  Send an email to friends

🐦  Tweet to your friends

🔗  Copy link

👤 Renee Ortiz started this petition to Islip Town Councilman Anthony Senft (Liason to TOI Parks Dept.) Islip Town Board

Dear Islip Resident,

Thank you for being an active member of our community. Recently, our elected officials at the Islip Town Board voted to close the pools at Roberto Clemente Park in Brentwood and Casamento Park in West Islip,without the input of our hardworking residents. Further, the Town of Islip Board increased funding to pools inmore affluent communities.

We pay taxes, and use the pools the same as all other residents. When cuts are made to services in one part of town, yet others receive more funding for the same services, it is time stand up

2/15/2019 11:46 AM

We pay taxes, and use the pools the same as all other residents. When cuts are made to services in one part of town, yet others receive more funding for the same services, it is time stand up and speak out for the rights of all residents in our community. By signing this petition you are stating to the Town of Islip town board that you demand to have funding restored to Roberto Clemente and Casamento Pools, and unfair cuts to our services will not be tolerated! Thank you for your standing up for your community!

## Updates

### No Movement By Town on Our Pools

After many meetings, speaking out at public hearings & nearly 600 signatures on this petition, there still has been no progress on the re-opening of Roberto Clemente Park Pool. After many discussions with Tow…



**Renee Ortiz**
5 years ago

### More than 500 signatures but we still need more to fight for our pools!

Thanks to everyone who signed in support of this petition & the fight to re-open our Town Pools at Casamento & Roberto Clemente Parks but the fig…



**Renee Ortiz**
6 years ago

500 supporters                                          6 years ago

2/15/2019 11:47 AM

## Updates

### No Movement By Town on Our Pools

After many meetings, speaking out at public hearings & nearly 600 signatures on this petition, there still has been no progress on the re-opening of Roberto Clemente Park Pool. After many discussions with Tow…

 **Renee Ortiz**
5 years ago

### More than 500 signatures but we still need more to fight for our pools!

Thanks to everyone who signed in support of this petition & the fight to re-open our Town Pools at Casamento & Roberto Clemente Parks but the fig…

 **Renee Ortiz**
6 years ago



500 supporters                                    6 years ago

Renee Ortiz started this petition                  6 years ago

## Reasons for signing

 **joseph fritz** · 6 years ago

my late brother Nick Fritz has a soccer field at the Clemente Park. Nick was killed in Viet Nam and this soccer field was named for him by Supervisor Frank Jones.

♡ 7  ·  Report

 **Lorraine Booker** · 6 years ago

For over 30 years I have lived in this community and the parks have always been an integral part of it. My children who are now adults spent many happy times there. Why do taxes go up with diminished services. This cycle must end.

♡ 4  ·  Report

2/15/2019 11:48 AM

**change.org**     Start a petition    My petitions    Browse    Membership       🔍   Log in

‹   **Demand the Islip Town re-open Roberto Clemente and Casamento Pools**
596 supporters

## Reasons for signing

See why other supporters are signing, why this petition is important to them, and share your reason for signing (this will mean a lot to the starter of the petition).

 **gail bloomfield**
5 years ago

Not every family in West Islip can afford a pool of their own. What are for taxes for anyway? Are we now in West Islip the "have and have nots" Wealthy and middle class. No I mean Wealthy and working poor! Makes my blood boil!

♡ 0                                                                 Report

 **gail bloomfield**
5 years ago

I pay enormous property tax with no accessible pool? No wonder our children and grand children are leaving the island. We are becoming a society of the "have and have nots" If you can afford an in ground pool in West Islip, that's great. What about the rest of us taxpayers? Last year my husband... _Read more_

♡ 0                                                                 Report

 **Tamara Clark**
5 years ago

Because my children have been playing there for years. we want our children out of the street and somewhere safe and contained. we now have to go to Central Islip.

♡ 0                                                                 Report

 **Rosa Quiles**
6 years ago

Brentwood Community used this recreational facility formany years. Maintenance of the pool was not adequate and was the cause of its closing. No plans have been made to fix it as of yet (August, 2013) This community pays taxes for recreational facilities.

♡ 0                                                                 Report

2/15/2019 11:48 AM



**patricia ventura**
6 years ago

Beacause I have a wonderful kids that deserve their summer fun and upgraded pools in town. Also because the taxes are high.

♡ 0                                                                                    Report

**patricia ventura**
6 years ago

I just wish that soon when the pools reopen they can upgradge the pools like North Babylon pools with kid water slides and restaurant because the casamento pool is a very depresing place we deserve the best because we live in one of the best towns and we pay too much taxes for nothing so… Read more

♡ 0                                                                                    Report

**Wanda Alarms**
6 years ago

Very good pool

♡ 0                                                                                    Report

**Sandra Castillo**
6 years ago

I've been coming to this pool for the past 2 years and it is clean, not crowded, and the staff and the patrons that visit are all very nice and friendly.

♡ 0                                                                                    Report

**gomba zeca**
6 years ago

BESTTTTTTTTTTTTTTTTTTTTTTTTTTTTTTTTTTTTTTTTTTTTTTTTTTTTTTTTTT TTTTTTTTTTTTTTTTTTTTTTTTTTTTTTTTTTTTTTTTTTTTTTTTTTTTTTTTTTTTT TTTTTTTTTTTTTTTTTTTTTTTTTTTTTTTTTTTTTTTTTTTTTTTTT… Read more

♡ 0                                                                                    Report

**kathy mornacco**
6 years ago

best pool.

♡ 0                                                                                    Report

2/15/2019 11:48 AM



**caca caca**
6 years ago

ili

♡ 0                                                                    Report

**noah james**
6 years ago

i love this place dont get abonded

♡ 0                                                                    Report

**Katherine Fiallo**
6 years ago

is the best one for a family

♡ 0                                                                    Report

**Moses Santiago**
6 years ago

After playin in the park with my nephews and nieces, we would love to take a dip, before heading home.

♡ 0                                                                    Report

**Elsie DeStefano**
6 years ago

I grew up playing handball in casamento park in west Islip. as an Islip resident I believe the funds should be spent where it's intended. Do not close the pools. the pool keep the children cool in the summer time and off the streets. please do not close the public pools. if you must close pools the... Read more

♡ 0                                                                    Report

**N Weber**
6 years ago

Families need a place to go. And the increase of taxes and decrease in community recreation has to STOP!

♡ 0                                                                    Report

2/15/2019 11:48 AM



**Caroline Shelton**
6 years ago

Because my grand kids use the park and pool area and so do I . There basketball teams play on the field in the summer . It is a clean and safe place for them to go and play and swim.

♡ 0                                                                                              Report

**clare gude**
6 years ago

we need places for the childern to enjoy the outdoors

♡ 0                                                                                              Report

**Irene Cruz**
6 years ago

I grew up in Brentwood and still have family there.

♡ 0                                                                                              Report

**Vladimir Salomon**
6 years ago

I grew up in Brentwood and the pools at Roberto Clemente were a big part of my childhood.

♡ 0                                                                                              Report

**jolene rivera-ward**
6 years ago

because our children need a place that they can go to in the summer

♡ 0                                                                                              Report

**Colleen Slavin**
6 years ago

I feel all families need a place to go and why shoulld they have to travel so far to other areas when they have it in their area but the county just does not want to provide it!!!!

♡ 0                                                                                              Report

2/15/2019 11:49 AM



**Janette Zayas-Casas**
6 years ago

We've paid taxes for over 20 years and see our town recently fall into disrepair. I have seen vandalism, illegal housing, etc. yet the town thinks it's a good idea to take yet another place away that is a refuge for our children. A place to provide a distraction from the daily grind and stresses our... Read more

♡ 0                                                                                          Report

**Bob Kuchler**
6 years ago

I grew up in Queens my Aunt lived in West Islip and I would come out in the summers to stay with her and my cousins she would take us there. Casamento is where I learned how to swim. When my wife and I got married and started a family we took our children to Casamento to learn how to swim... Read more

♡ 0                                                                                          Report

**AJ Woodson**
6 years ago

This is very important to the community, too many place of my youth or closed and the youth now have less and less place to go, to keep them busy and out of trouble.

♡ 0                                                                                          Report

**Kerrie Wells**
6 years ago

I grew up going to this pool my kids grew up going to this pool. I still go and would love to for many more years.

♡ 0                                                                                          Report

**Richard Plotner**
6 years ago

When my granddaughter comes to town and when we want to go to the pool it is nearby that is why we moved to Bay Shore

♡ 0                                                                                          Report

**Nancy Kuchler**
6 years ago

I grew up in West Islip and as a child my father would take me there to play ball and thats where I lesrned how to ride my bike. Now that im married with three kids I used to take my children there thats where my kids went for swimming lesson we spent my weekends as a family at Casamemto... Read more

♡ 0                                                                                          Report

2/15/2019 11:49 AM



♡ 0                                                                Report

**oneyris lopez**
6 years ago

This pool is the most special pool to me. I been going there since, i was little girl. I not gonna let the government save money to destroy our dreams of having fun in the summer. The should aleast think about the childern around us. It's not just about saving money,it's about having fun and... Read more

♡ 0                                                                Report

**Tracy Wood**
6 years ago

I grew up going to these pools, its a place to cool off and have fun and meet other kids. This is a place for kids to go and have fun why must you take away all the good things that are out there. If you keep closing things these kids will have nothing to look forward to and have nothing but trouble... Read more

♡ 0                                                                Report

**Olga Ramirez**
6 years ago

It is important for our children.

♡ 0                                                                Report

**veronica chacon**
6 years ago

this is where my children enjoy their summers and stay clear of any troubling situations that may arise on the streets.

♡ 0                                                                Report

**Lisa Francis**
6 years ago

Where will all the children go & what will they do? Closing these pools are the begining steps toward pre-teen/teen pregnany. Think about it- when children (this targeted age group) are bored they will explore other things.

♡ 0                                                                Report

**Jean Lederer**
6 years ago

I live in Brentwood and agree our children need a safe and healthy place for recreation during the summer months when school is not in session!

♡ 0                                                                Report

2/15/2019 11:49 AM



**Rosemarie Figlia**
6 years ago

Recreational programs and socail facilities in a community provide positive influences and a unified community.

♡ 0                                                                 Report

**miriam corr**
6 years ago

Help to prevent violence among teen agers

♡ 0                                                                 Report

**eileen christie**
6 years ago

recreational facilities that are near to the towns people are healthy ways to interact with one another

♡ 0                                                                 Report

**Catherine Fitzgibbon**
6 years ago

The people in our neighborhood need a place to enjoy the summer hours.

♡ 0                                                                 Report

**mary f. sheppard**
6 years ago

healthy recreation/wholesome involvement in community

♡ 0                                                                 Report

**marion defeis**
6 years ago

all should have access to summer fun that pools provide

♡ 0                                                                 Report

**Caryn brennan**
6 years ago

Those of limited means need access to recreational facilities.

♡ 0                                                                 Report

2/15/2019 11:50 AM



**Nancy Fackner**
6 years ago

All Children and families need a safe, affordable park/pool for recreation.

♡ 0                                                                 Report

**Mary Ann Cashin**
6 years ago

Children and their families need a place outdoors to swim and play and enjoy nature and one another.

♡ 0                                                                 Report

**Janine Morgan**
6 years ago

These are in my local community! The other pools are further away from me.

♡ 0                                                                 Report

**Fahusto Flores**
6 years ago

It is a nice please where my children can play and have phisical activities that can no be done in my house. Also it let them socialize with our neighbors' children.

♡ 0                                                                 Report

**Eileen Brennan**
6 years ago

It is imperative that we provide our children recreation... Read more

♡ 0                                                                 Report

**christopher bodkin**
6 years ago

The closing of these two pools is unforgivable. It means that thousands of people, mostly kids, will be shut out of one of the most enjoyable Summer events, swimming. What an awful thing to perpetrate on the people of the surrounding communities !! I am sure, with a little effort, the money can... Read more

♡ 0                                                                 Report

**Wallace Lopez**
6 years ago

This is not only the part I enjoyed and went to as a young kid but now my little nieces enjoy the park as well. My family has a lot of friends that we've been seeing for many years at the park.

♡ 0                                                                 Report

2/15/2019 11:50 AM



♡ 0                                                                                                    Report

**jessica acosta**
6 years ago

I really like the park its not much but my daughter enjoys it. Th handball park give our kids something
to do and it keeps them out trouble. I used th pools for the first time last year and we had a great time.
Its clean and its a good price. I think u should reconsider ur decision if u get ri o it it forcing... Read more

♡ 0                                                                                                    Report

**RICHARD DECOTEAU**
6 years ago

Our three children use this facility every summer.

♡ 0                                                                                                    Report

**JOSEPHINE WINIAWSKI**
6 years ago

My son has gone every year to Casamento because he loves it& if there is no pool, we will have to look
elsewhere.

♡ 0                                                                                                    Report

**Tara White**
6 years ago

Every child needs something to keep them off the streets ..

♡ 0                                                                                                    Report

**cheryl jacobsen**
6 years ago

This is a part that has been there forever. I grew up in Bay Shore and it hold many memories. Even
though I am no longer in that area my kids still will occasionally play sports games there. The parks
keep the kids off the street and involved in sports tennis wall ball and basketball. What the... Read more

♡ 0                                                                                                    Report

**Alvin Scott**
6 years ago

This was my firrst field trip as a child, My son, daughter go there for PAL. It is a nice park, we do not
have many.

♡ 0                                                                                                    Report

**Serge de Coteau**

2/15/2019 11:50 AM



**Sonya de Coteau**
6 years ago

My children have benefitted from the free swimming program at Roberto Clemente Park. It is a program that we have looked forward to every summer.

♡ 0                                                                                            Report

**Patricia Ryan**
6 years ago

Families and children need recreational sites. Kepp these open.

♡ 0                                                                                            Report

**Wanita Cuffie**
6 years ago

i frequent those parks every summer with my boys

♡ 0                                                                                            Report

**Giovanny Oliveros**
6 years ago

Also, in order to curb the increasingly disturbance turn to drugs, removing activities like these in high-diversity areas is a stupid move. We want to keep them away from drugs, not shut down programs that will leave them with nothing to do but drugs for whatever recreational habit they turn too.

♡ 0                                                                                            Report

**Giovanny Oliveros**
6 years ago

For kids underfunded in the Town of Islip, this will be just another blow to them. Don't take away their pools from them. After Croci dared to announce a 65% tax hike to fund Islip, I don't see why there are more cutbacks. Croci, and other school districts throughout the Town should not be... Read more

♡ 0                                                                                            Report

**Giovanny Oliveros**
6 years ago

Brentwood and other areas with high racial diversity in the TOI are seriously underfunded as it is. It's not understandable how Islip, Sayville, and Hauppauge and other low-diversity areas received TOI debris removal before nearly the two months I waited for my debris removed. Brentwood... Read more

♡ 0                                                                                            Report



**Kendra Cornejo**
6 years ago

Brentwood and the surrounding towns are low funded areas in general. It is unfair for the local governments to continue putting this community's needs on the back burner because we are poor minorities. I am an American born citizen of Latin American descent. I go to Brown... Read more

♡ 0                                                                                    Report

**Tom Travis**
6 years ago

These parks are important to the children of the community. At a time when we are trying to provide wholesome activities for youth as an alternative to drugs and gangs, it seems shortsighted to close these parks. Not to mention the perception that parks for the more affluent communities... Read more

♡ 0                                                                                    Report

**Carole Jackson**
6 years ago

THE CHILDREN IN ISLIP TOWNSHIP, AND THAT INCLUDES THE HAMLETS OF BAYSHORE, BRENTWOOD, CENTRAL ISLIP AND WEST ISLIP ALSO NEED A PLACE TO RUN, JUMP, PLAY, SWIM AND HAVE FUN. WHAT DO YOU WANT THEM TO DO? DO YOU WANT THEM TO HANG... Read more

♡ 0                                                                                    Report

**Heath Alston**
6 years ago

Community development is an important issue. Our Pools and recreational facilities help to aid in the development of our children and their future children by bringing everyone together and helping to build the rapport in the community. It provides employment which helps to stimulate our... Read more

♡ 0                                                                                    Report



**Ruth ANn Quintyne**
6 years ago

Kids and Families need places to go together as families. My kids logged many hours in Casemento pool when they were younger . Let the children swim in a safe enviornment!!!

♡ 0                                                                                    Report



**Lauren Reid**
6 years ago

This is the only public pool in my neighborhood.

♡ 0                                                                                    Report



2/15/2019 11:51 AM



**Febe Garcia**
6 years ago

Its the nearest pools that our kids can enjoy during the summer.

♡ 0                                                                      Report

**Elvis Morales**
6 years ago

This was my first job growing up. I worked for the town as a camp counselor. Great place, great memories and i would hate to see the next generation deprived of that.

♡ 0                                                                      Report

**Joseph Olmedo**
6 years ago

Just another Tea Party bash, this time affecting the children of the Town of Islip.

♡ 0                                                                      Report

**Shadrack Boakye**
6 years ago

Closing this pool may drive alot of children to make very poor choices over the summer.

♡ 0                                                                      Report

**Janis Ellis-Smith**
6 years ago

I do not have a pool at my home. As an Islip resident, with a 14 year old child, we've always taken full advantage of the town pools for affordable swimming lessons and recreation. It would be a disservice to the community to remove this privaledge!!

♡ 0                                                                      Report

**Dennis Basile**
6 years ago

Because timberline park(now known as Roberto Clemente park) was a park I grew up with and despite its bad reputation I had a lot of good memories at. I played years and years of baseball at the fields over there, and can say for numerous summers have used the pools as well because me myself... Read more

♡ 0                                                                      Report

**Blanca Calonge**
6 years ago

We pay a lot taxes and I think is not fair for our children and us.

♡ 0                                                                      Report

2/15/2019 11:51 AM



**Bessi Castellanos**
6 years ago

this is important to me because we enjoy with our children in summer time is not fair to close it because we pay a lot of taxes..

♡ 0                                                                    Report

**andrea izquierdo**
6 years ago

It is important to me because I have Children and they need to recreating in the summer. I don"t have pool in my house and I thin that the comunity needs it too.

♡ 0                                                                    Report

**A Aparicio**
6 years ago

Local parks - with their pools, playgrounds, courts, and fields - mean more than just leisure and recreation for communities like Brentwood, Central Islip, and Bay Shore. While they are certainly places where people go to relax, they are also safe family spaces where people create and help to... Read more

♡ 1                                                                    Report

**Eric Barnes**
6 years ago

Myself and my family use the pool and facilities at Casamento

♡ 0                                                                    Report

**Sean Collins**
6 years ago

It's important that all members of our communities have the same access to town facilities.

♡ 0                                                                    Report

**Caroline Bigelow**
6 years ago

Timberline Park was my families favorite resource in Brentwood for healthy, affordable fun. It is not only nostalgic, but an essential resource to an already underfunded community.

♡ 0                                                                    Report



2/15/2019 11:52 AM



**Caroline Bigelow**
6 years ago

Timberline Park was my families favorite resource in Brentwood for healthy, affordable fun. It is not only nostalgic, but an essential resource to an already underfunded community.

♡ 0
Report

**Barbara christie**
6 years ago

We use the town facilities

♡ 0
Report

**Robert Martinez**
6 years ago

This community desires these pools more than ever. Brentwood and Central Islip require so much more recreational services. These services have been promised for its youth.

♡ 0
Report

**Mary Donlon**
6 years ago

It directly targets the poorer members of our community.

♡ 0
Report

**Kathleen Carberry**
6 years ago

It is essential that working class residents have access tolocal parks and pools during the summer. Children need to learn how to swim and it's a wonderful opportunity for our mixed cultural population to get to know each other.

♡ 0
Report

**KENNETH LINDAHL**
6 years ago

No announcement to residents no public discussion ,no explanation,and we are expected to accept this.......poor public policy.

♡ 0
Report

**raquel carpenter**
6 years ago

This is a great park that is always in use. it makes no sense to close down the pool. The park provides swimming lessons in an area where so many kids would benefit from such a service.

2/15/2019 11:52 AM

 **raquel carpenter**
6 years ago

This is a great park that is always in use. it makes no sense to close down the pool. The park provides swimming lessons in an area where so many kids would benefit from such a service.

♡ 0                                                                                                    Report

 **Georgette Carswell**
6 years ago

I grew up going to summer camp here each year. It was a great experience. As a camper we went on great trips and loved going in the pool. The staff was awesome with all the children. My brother and I had a lot of fun each day. This park is great for children and families in the area.

♡ 0                                                                                                    Report

 **Gary Arnold**
6 years ago

We live in one of the mostly costly areas of the country. Providing parks and pools are just two of the things that we should make available to the many families that make up this township. Giving our children a positive alternative to just hanging out helps to foster positive development.

♡ 0                                                                                                    Report

 **kathy machin**
6 years ago

It is hard to believe that out of all the parks the Islip Town Board closes the two pools located in the township that are located in the neighborhoods that need them the most. This smacks of classicism and racism. Oakdale and Hauppauge were out of the question? Perhaps because your... Read more

♡ 0                                                                                                    Report

 **Lourdes. Bautista**
6 years ago

We need to keep these pools open in our communities. The Brentwood town does not need to be the victim of cuts and family's sacrifice in order to meet deficits. To many family's this is the only source of summer recreations that they can only afford . Not the expensive vacations that others... Read more

♡ 0                                                                                                    Report

 **Anne Marie Farrell**
6 years ago

Having lived in the Town of Islip community for almost 30 years, I know that these pools are invaluable resources for the children, families and entire community. I believe it to be imperative that the Clemente and Casamento Park Pools be kept open rather than those in in areas where children enjoy... Read more

♡ 1                                                                                                    Report

2/15/2019 11:53 AM



♡ 1                                                                                    Report

**Patt English**
6 years ago

We're paying a ridiculous tax increase (28% ?!?!?) and this is what we get as a result?!??! ... Permanent public recreation areas CLOSED?! Here's an idea governer Cuomo ... Are U listening?! ... Stop paying more money for less services and higher teaching salaries (CENTRAL ISLIP) for poor job... Read more

♡ 3                                                                                    Report

**luz ramirez**
6 years ago

healthy entreatainment for all family..

♡ 1                                                                                    Report

**Cheryl Campbell**
6 years ago

The children and people of this community need to have recreational choices that are affordable and productive

♡ 1                                                                                    Report

**Norman Daniels**
6 years ago

Our children need recreation outlets in the community!

♡ 1                                                                                    Report

**Katherine Werner**
6 years ago

My family use to live in Brentwood and we use to be members of the pool. My children learned to swim in those pools. If we didn't have Timberline Park they might not have learned to swim. We did nopt have our own pool and could not afford to pay for private lessons. I am a teacher in the district... Read more

♡ 1                                                                                    Report

**James Cornigans**
6 years ago

Young people need a parkwhether it be water or land, to relax, to run to swim, or just to gather for exercise and fresh air. Some people, young and not so young, require a location outside their property to gather to meet friends, to baby-sit their young. Also, there are a number of people who... Read more

♡ 1                                                                                    Report

2/15/2019 11:53 AM



**Herbert Herrera**
6 years ago

My Town

♡ 1                                                                     Report

---

**nelson torres jr**
6 years ago

i was raised in north bay shore and both parks were a part of my childhood. as an adult i still bring my kids there and i also play softball at both parks. the pools at clemente park formerly timberline and all the different sports that casamento had to offer kept us of the street as adolecents… Read more

♡ 1                                                                     Report

---

**john rugel**
6 years ago

The safe places that one can take their children are getting fewer and fewer, by removing these parks it puts or children to greater risk.

♡ 1                                                                     Report

---

**Kenneth Gee**
6 years ago

We are fast losing the places that encourage community activities and overall unity. Parks are a cornerstone of local neighborhoods, otherwise more kids will stay home and do nothing.

♡ 1                                                                     Report

---

**Patricia Rowan**
6 years ago

Youngsters need activities during summer vacation

♡ 1                                                                     Report

---

**Doddie Benton**
6 years ago

Our community needs low cost family activities especially during the summer. Closing these pools will cause over crowding at the other public pools

♡ 1                                                                     Report

---

**Carlos Cruz**
6 years ago

Staple in the community. Helps keep kids off the street on on the courts of Casamento where countless leagues and teams practice. It would be a shame to take away another place for our kids to go.

♡ 1                                                                     Report

2/15/2019 11:54 AM



**laurie salvatore**
6 years ago

For 10 years I have used Casamento pool with my children. This is a resource that allows my children to have fun and excersise over the summer months. Not everyone can afford camp.

♡ 1                                                                                                    Report

**FLO PIESCO**
6 years ago

kids need a safe, enjoyable place to go in the summer

♡ 1                                                                                                    Report

**Ellen Edelstein**
6 years ago

These are highly utilized community assets and they should be maintained.

♡ 1                                                                                                    Report

**Sean Amato**
6 years ago

I grew up 3 blocks away from timberline park on claywood drive, best times i had with friends and family were at that park, when i come home to brentwood to visit i always bring my kids to that park and tell them this is where daddy used to play when he was younger..

♡ 1                                                                                                    Report

**Maria Ortiz**
6 years ago

i have children who enjoy the pools

♡ 1                                                                                                    Report

**Mark Wilson**
6 years ago

What is the reason to close a public pool????

♡ 1                                                                                                    Report

**Carmela Artusa**
6 years ago

These kids need somewhere to go so they do not get into trouble

♡ 1                                                                                                    Report

Erica Lopez

2/15/2019 11:54 AM



**Erica Lopez**
6 years ago

this is a community park which has served many for years, a place where families come to enjoy themselves on hot summer days. It is also a place where youth can develop, work and grow. We need places like this to help keep kids off the streets, first it'll be this and next they'll be getting… Read more

♡ 1                                                                                    Report

**casey acosta**
6 years ago

These park pools keep all the kids out of trouble in the summer providing a fun safe environment.

♡ 1                                                                                    Report

**AMADOR SANTIAGO**
6 years ago

Because this will keep them safe instead of being in the street where they can get in trouble or hurt. This is a place where the kids of the community come together and builds face to face communicate and great memories.

♡ 1                                                                                    Report

**Cheri Torres**
6 years ago

Because I grew up in Brentwood. Brentwood is a closely knit community and needs more recreational places to go for the summer not LESS!

♡ 1                                                                                    Report

**Liz Kobel**
6 years ago

11717

♡ 0                                                                                    Report

**Horacio (Tito) Burrowes III**
6 years ago

The pools at RCP and Casamento is for our children and its importance should never be underscored. Plus we pay for these services with our property taxes that was increased just recently.

♡ 1                                                                                    Report

**Noemi Robinson**
6 years ago

These facilities are a vital source of summer recreation for many families. Learning to swim is often one of the skills that saves a wide range of lives. The number of drownings or near drownings at beaches and pools would be greatly reduced. I have two members of my dance organization who… Read more

♡ 1                                                                                    Report

2/15/2019 11:54 AM



**Laurie Elliott**
6 years ago

Public hearings should be performed at a time (night) convenient to residents. Input from residents should be sought before Board decision. Specific reasons for selecting these pools/parks should be clearly cited.

♡ 1                                                                                                              Report

**Laura Stevenson**
6 years ago

I went to Pre-school there, and also swam for years there on the team and won awards. Also the WI Fire department for years had picnics there and it was always so family oriented. I took tennis lessons in the back, played soccer and softball on teh fields. What a shame for our young kids to lose... Read more

♡ 1                                                                                                              Report

**Marlyn Rivera**
6 years ago

My kids go to Roberto Clemente. How else are they going to utilize their time and enjoy their summer? How could you do this to these kids?

♡ 1                                                                                                              Report

**Fred Ortiz**
6 years ago

Love my children and town...!

♡ 1                                                                                                              Report

**Joanne Gorman**
6 years ago

Kids and family need a safe and constructive form of recreation. The summer should be a time of fun and pools enable kids to spend time enjoying being kids.

♡ 1                                                                                                              Report

**Evelyn Bell**
6 years ago

It is good for our children to have a place to go and have fun. Swimming is not only fun but is a good source of excercise and stimulation for our children.

♡ 1                                                                                                              Report

**Ana Cobo**
6 years ago

This park is one of very few for our community, the town needs to add not take away!

♡ 1                                                                                                              Report

2/15/2019 11:55 AM



**ANNELIESE RODRIGUEZ**
6 years ago

These Pools Are Essential To Our Community. This Is Where Kids Can Take Swimming Lessons, Spend Camp Days At, Spend Family Days At And Go To Get Out Of The Hot Weather. You Take That Away From Our Community, You're FORCING Good People Out Of Our Community & Taking... Read more

♡ 1                                                                                          Report

**Tammy Gonzalez**
6 years ago

My son takes advantage of the summer swim program at the Roberto Clemente pool. It would be a shame to close this facility because there are no places that our children to go in the summer.

♡ 1                                                                                          Report

**BARBEE CHERRY**
6 years ago

Our children need community based activities as well.

♡ 1                                                                                          Report

**Timothy Hoeflich**
6 years ago

Growing up as a kid on Long Island i often had an opportunity to go to our town pool and think it's worth keeping!!!

♡ 1                                                                                          Report

**Dwayne Givens**
6 years ago

Gives kids and teens something positive to do other than being in a gang or getting into trouble.

♡ 1                                                                                          Report

**Allison Connors**
6 years ago

To keep children active, give them a place to go in the summer months and to keep them off the streets.

♡ 1                                                                                          Report

**clinton m williams jr**
6 years ago

because I feel thats it is in the best interest of the kids thats are less fortunate. When in the days when it so hot can be cool down which keeps them from getting in trouble.

♡ 1                                                                                          Report

2/15/2019 11:55 AM



**Joseph Ettari**
6 years ago

I am a former Brentwood resident who learned how to swim and how to be a lifeguard at Timberline Pool. This was the closest pool available to me that offered swimming instruction. It is also the closest public pool available to Brentwood residents today with swimming instruction for yound... Read more

♡ 1                                                                                                   Report



**Nancy Sacks**
6 years ago

These pools serve the lower-income residents of our area whom cannot afford camps and other summer enrichment programs. To deprive Bay Shore residents of this affordable summer recreational activity is deplorable.

♡ 1                                                                                                   Report



**SANDRA GIL**
6 years ago

The closing of these park pools limit our residents the opportunity to access a safe venue to recreation and entertainment. For many town residents, the only option they have.

♡ 1                                                                                                   Report



**juanita alston**
6 years ago

Our children dont have much to do ta fair price to keep them off the streets. the pool is something everyone could agree kept most us out of trouble, I would love for my children and others to have the same opportunity.

♡ 1                                                                                                   Report



**Lynda Perdomo-Ayala**
6 years ago

The lack of constructive activities for children on Long Island are bad enough without there being another facility shut down.

♡ 1                                                                                                   Report



**Ralph Horton**
6 years ago

the closing of these facilities would also eliminate alternatives for our youth in areas already plauged with gang activity

♡ 1                                                                                                   Report

2/15/2019 11:55 AM

**Sandy Leach**
6 years ago

This is a real shame. Many families with children and teens enjoy these wonderful pools and parks during the summer months. In addition, the parks have hosted many community events and movie nights for our Town of Islip residents to enjoy. We work hard to pay our taxes and yet have... Read more

♡ 1                                                                                   Report

**Victoria Ellis**
6 years ago

My children have been going to RC park pool for two years now and love it there, they have met a lot of friends and it is a nice family environment.

♡ 1                                                                                   Report

**maria gonzalez**
6 years ago

Our children and families have very limited access to parks and recreation and we can't afford to loose what little we have.

♡ 1                                                                                   Report

**barbara jones**
6 years ago

because i am a town of islip taxpayer and there is only one park in brentwood close to my home that has a pool and i take my kids to the roberto clemente park in the summer so that they can enjoy the pool.

♡ 1                                                                                   Report

**Tuere Morton**
6 years ago

Maintaining these resources is an investment in ALL our youths' future.

♡ 1                                                                                   Report

**MARY ANN BARONE**
6 years ago

Many seniors make a great deal of use of our parks and it would be taking one more pleasure out of our lives that costs us nothing.

♡ 1                                                                                   Report

**steve garcia**

2/15/2019 11:56 AM



**steve garcia**
6 years ago

Casamento Rocks. used to work there.

♡ 1                                                                                     Report

---



**Eva Greguski**
6 years ago

Generations of my father's family used this park and others in Islip. They learned to swim, play sports and got much-needed fresh air. This is poor planning and shortsighted on the part of the Town Board. Why close one of the busiest parks in one of the neediest parts of the Town? Something is... Read more

♡ 1                                                                                     Report

---



**Chris Burrell**
6 years ago

Grew up in both above towns.. all pools have been a great community recreational activity for all residents whether its keeping in shape by being active, swimming practice or simply a positive pass time to stay out of trouble.. Why would there be a Sudden urge to close these pools... Read more

♡ 1                                                                                     Report

---



**Judi Pashoukos**
6 years ago

The most utilized should not be the first to go. That is just poor planning. Keeping pools open in wealthier areas of town shows the real prejudice that exists in the town.

♡ 2                                                                                     Report

---



**John Santana**
6 years ago

After nearly two years of violence perpetrated against our neighbors (including 11 murders within the tri-hamlet area), local residents banded together to stop the violence and find more positive, healthy outlets for our children. Those included events within and proposed improvements to our... Read more

♡ 1                                                                                     Report

---

**Lorraine Booker**
6 years ago

For over 30 years I have lived in this community and the parks have always been an integral part of it. My children who are now adults spent many happy times there. Why do taxes go up with diminished services. This cycle must end.

♡ 4                                                                                     Report

---

**Vicki Galan**

2/15/2019 11:56 AM

♡ 4                                                                    Report

**Vicki Galan**
6 years ago

We need to keep these pools open so the families in our town have a place to go and enjoy their summers.

♡ 4                                                                    Report

**April Ortiz**
6 years ago

The Clemente pool and Casemento pools have both been a huge part of my childhood, my mom could not afford to do too many activities but we were always at the parks/pools. There are thousands of families just like this and it would be a travesty to close these pools. I take my child to... Read more

♡ 2                                                                    Report

**Christina Betts**
6 years ago

These parks are both dear to me. Growing up in Brentwood my friends and I frequently used these parks to play ball at, and meet for all types of activities. It would be a disservice to our youth to close these parks. Please reconsider the decision to close them.

♡ 4                                                                    Report

**joseph fritz**
6 years ago

my late brother Nick Fritz has a soccer field at the Clemente Park. Nick was killed in Viet Nam and this soccer field was named for him by Supervisor Frank Jones.

♡ 7                                                                    Report

**susan boudreau**
6 years ago

Kids need an outlet and form of entertainment during the summer months.

♡ 2                                                                    Report

**Linda Maerki**
6 years ago

My daughter took her lifeguard certification course at the Clemente pool--

♡ 2                                                                    Report