UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Ana Flores, Rene Flores, Maria Magdalena Hernandez,
Magali Roman, Make the Road New York, and New York
Communities for Change,

Plaintiffs,

v.

2:18-cv-03549 (ADS) (GRB)

Town of Islip, Islip Town Board, and Suffolk County
Board of Elections,

Defendants.

## DECLARATION OF SAMUEL GONZALEZ

SAMUEL GONZALEZ declares pursuant to 28 U.S.C. § 1746:

1.  I am submitting this declaration in support of Plaintiffs' motion for a preliminary injunction in this case.  I give this declaration based on personal knowledge.

2.  I am a resident of Brentwood, New York.  I have been involved with unions since 1984, when I began working as a shop steward.  I am currently the president of the International Brotherhood of Electrical Workers Local 1430, which has around 1,500 members across Long Island, New York City, Westchester County, and parts of Connecticut and New Jersey.  In 2012, I ran in the Democratic primary for State Assembly.  In 2017, I was the Democratic nominee for the Islip Town Board.  I am currently the Democratic nominee for the Ninth Legislative District in Suffolk County Legislature, which includes Brentwood, Central Islip, and North Bay Shore.  I am also a member of the Islip Democratic Committee and a member of the Brentwood Chamber of Commerce.

3.  I never thought I would be involved in politics.  However, in or around 2012, my daughter was enrolled in a two-year Boards of Cooperative Educational Services

1

program at Brentwood High School that provided vocational culinary training.  The program was going to be reduced to one year.  I was upset about this cut, which I thought would take away important educational and vocational programs from Brentwood students, and it prompted me to get involved in politics.  In 2012, I ran in the Democratic primary for the State Assembly and lost to Phil Ramos, the incumbent.

4.      In 2017, I learned from my membership in the Islip Democratic Committee that the Democratic Committee was looking for candidates for the Islip Town Board. I wanted to run because I wanted to represent the minority community in Islip.  A minority candidate has never sat on the Town Board.  I told the Democratic Committee that I would run with or without their endorsement, because I thought it was vitally important for a minority to run. Every time I went to a Board meeting and looked up, I did not see someone   Ultimately, the Democratic party decided to support my campaign.

5.      I worked extremely hard during my campaign.  I knocked on doors all over Islip, in both Latino and white areas of Town.  I attended every event I could in order to interact with as many voters as possible.  I went to every town hall, every "meet the candidates" event, and every meet-and-greet.  In contrast, Jim O'Connor, who ended up beating me, only attended a few of the meet-and-greet events for candidates.  To my knowledge, he never campaigned in Brentwood, Central Islip, or North Bay Shore.

6.      I found campaigning in Islip to be very difficult.  The Town is so large that it is difficult for a candidate to visit and connect with voters in every community.  It requires extensive resources to campaign over such a large area.

7.      I won the support of voters in Brentwood, Central Islip, and North Bay Shore by a landslide.  I received 23,302 votes across the Town and my running mate, Jason

2

Fenley, received 22,820 votes.  However, we were defeated by Trish Bergin Weichbrodt, who received 32,244 votes, and Jim O'Connor, who received 30,104 votes.   I am eager to serve my community, which is why I have chosen to run for the Suffolk County Legislature.  But I would never choose to run for the Town Board again, because I know I could never win under the at-large structure.

8.      My opponents repeatedly used explicit or implicit racial appeals in their campaigns.  During my 2017 campaign, Jim O'Connor sent out a mailer with the slogan, "Why Jim O'Connor? Because He's One of Us."  **Exhibit A** is a true and correct copy of the mailer, which was sent out to voters during the 2017 campaign.  I interpreted the slogan on O'Connor's mailer to be a calculated and deliberate appeal to race, because it implied that voters should support Jim O'Connor because he was white, unlike me.  In his 2015 campaign for Suffolk County Executive, Jim O'Connor campaigned on a promise to have I.C.E. on speed dial.

9.      Similarly, Trish Bergin Weichbrodt said of me at an event, "He lives in Central Islip.  He's not from here.  He doesn't understand what our concerns are, in this part of the town."  A supporter captured a video of Bergin Weichbrodt making the comment and turned it into a short video clip for my campaign.  **Exhibit B** is a true and correct copy of the campaign video clip.  I understood Ms. Bergin Weichbrodt's statement to be a reference to more than just the part of Islip where I live; I understood her to be referring to the color of my skin and my last name.  I thought her comment was intended to divide voters along racial lines.

10.      Other candidates in Islip have also used racial appeals in their political campaigns.  I remember in 2017, former Town Board member Steve Flotteron campaigned for County Legislature and sent a mailer depicting tattooed MS-13 members, which I understood to

3

be a clear appeal to the worst kind of racial stereotypes.  **Exhibit C** is a true and correct copy of the mailer I saw from Mr. Flotteron's campaign in 2017.

11.     Many voters refused to consider voting for me because I am Latino. When I campaigned in areas south of Sunrise Highway, which are predominantly white, I was spat at, told to "go the f*** home," and to "go back to your country" by potential voters.

12.     I believe that it is impossible to win a seat on the Town Board without the support of the white communities in Islip.  I do not think any Latino candidate could win their support.  I believe I could have easily won an election in a district comprised of voters from Brentwood, Central Islip, and North Bay Shore.

13.     I first became aware of a potential issue at Roberto Clemente Park in 2013.  My wife and I live near the park and we had adopted a parcel of land near the park and our house as part of the "Keep Islip Clean" program, which asks residents to take responsibility for maintaining parts of Islip.  One morning while cleaning the parcel, I saw bulldozers tearing up soccer fields in Roberto Clemente Park.  I knew at the time that the park's soccer fields were scheduled to be redone, but I saw bulldozing that I thought went beyond the area in which the work was authorized to occur.  I have a relationship with John Cochrane, who serves on the Town Board, so I called to inform him.  Councilman Cochrane came to the park to investigate.

14.     Shortly after this incident, I saw trucks coming to the park again to deposit materials.  This time they were dumping debris.  I again called Councilman Cochrane to alert him.  However, the dumping continued throughout the summer.  I later learned that they were dumping toxic materials.  I was shocked and appalled, and concerned for my health and the health of my children and grandchildren, with whom I used to play in the Park.  The loss of the park impacted my life, and the lives of others in my community in Brentwood.  I used to play

there with my grandchildren.  Without the park, children in Brentwood did not have a safe place to play.

15.     Roberto Clemente Park remained closed from 2014 until the summer of 2018.  The Town's response to the dumping was characterized by delays.  The Town delayed in informing the community of the issue.  It delayed in closing the park when Town Board members knew that dumping had occurred.  The Town delayed in cleaning the park and in reopening the park.

16.     The Town's neglect of the minority community extends past Roberto Clemente Park.  The Town treats the minority communities in Brentwood, Central Islip, and North Bay Shore differently when it comes to issues such as road repairs, snow removal, and garbage pickup.

17.     For example, Washington Avenue, a major street that runs through Brentwood, had been covered in large potholes for years until it was repaved recently.  When it rained, parts of the street would flood.  The road remained neglected until 2017, when the Town received complaints from organizers of the St. Patrick's Day Parade that the poor road conditions would create challenges for the parade, at which point the Town finally addressed the poor conditions of the street.

18.     There are dramatic differences in snow removal between the communities north and south of Sunrise Highway.  Streets in the white communities in the south part of Islip get plowed first, and more extensively, than streets in the Latino communities in the north part of Islip.  Driving through Brentwood from my home to the Long Island Expressway normally takes 15 minutes.  After a snowstorm, it often takes me closer to 45 minutes, because the snow is

generally not properly removed from the streets in Brentwood.  In the streets south of Sunrise Highway, the snow is removed quickly and it is easy to drive.

19.     Likewise, the quality of garbage removal in Brentwood is abysmal.  After the trucks come to pick up trash in Brentwood, they leave garbage all over the street.  By contrast, I do not see the same issue when I drive through the communities south of Sunrise Highway.

20.     Based on my experience running for Town Board and conversations I have had with Latino voters, Latino voters are often apathetic about supporting candidates for Town Board because they feel that the candidates they support have no chance of winning Town Board seats.  Latino voters just do not believe that they can have their voice heard at the Town level.

21.     When I was running for Town Board, my campaign staff told me they had received calls from voters stating that there were Latino voters who had been improperly asked for identification at a poll site in North Bay Shore.

22.     If the Town Board were elected by single-member districts, a candidate supported by Latino voters could win an election.  The Latino community would know that someone in Town government represents their interests and is on their side.  The community would become more empowered because they would finally have a voice at the table.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on February 26, 2019.

SAMUEL GONZALEZ

6