# EXHIBIT B - Video File Provided to Court on CD