# EXHIBIT C



It's time for Republican Steve Flotteron to be our Suffolk County Legislator!

- Steve Flotteron Supports... Federal Task Force actions to fight MS-13 and other Gangs throughout Suffolk County.
- Steve Flotteron Supports... Tougher sentences for drug dealers to combat the Heroin epidemic and protect our families.
- Steve Flotteron Supports... Tighter control of our borders to stop the flow of Heroin and Gang members (MS-13) into our neighborhoods.

steveflotteron.com

Elect Republican Steve Flotteron on Nov. 7



Under the Democrats Control, Suffolk County has been a "Sanctuary County" and suffered the most MS-13 Gang Killings and highest Opioid Death Rate in New York State!