UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

Ana Flores, Rene Flores, Maria Magdalena Hernandez, Magali Roman, Make the Road New York, and New York Communities for Change,

                      Plaintiffs,

v.

Town of Islip, Islip Town Board, and Suffolk County Board of Elections,

                      Defendants.

2:18-cv-03549 (ADS) (GRB)

## DECLARATION OF RICARDO MONTANO

RICARDO MONTANO declares pursuant to 28 U.S.C. § 1746:

1. I am submitting this declaration in support of Plaintiffs' motion for a preliminary injunction in this case.

2. I am an attorney and the former Suffolk County Legislator from the 9th District. I was elected and began serving in 2004 after court-mandated redistricting. I held this position until 2013. I am a resident of Brentwood, New York, a hamlet of Islip.

3. I was born in the Bronx, New York and later moved to Kew Gardens, Queens. In 1964, my parents moved to Brentwood, and I attended the last two weeks of the eighth grade and then all of ninth grade at Brentwood Middle School. I also attended tenth grade at Brentwood High School. I returned to the Bronx, where I graduated from DeWitt Clinton High School.

4. I attended Bronx Community College and then transferred to City College where I graduated in 1972. I went on to attend law school at Temple University, graduating in 1975. Following law school, I became an Assistant District Attorney in Philadelphia and then a

litigator for the U.S Equal Employment Opportunity Commission. I remained at the Commission, but transferred to its New York location around 1979. In 1981, I moved to Central Islip, and I was appointed Executive Director of the Suffolk County Human Rights Commission. I stayed at the Commission for almost eight years, after which I went into private practice. I maintained my legal offices in the Brentwood/Central Islip area. From 1999 until 2003, I was an Assistant Attorney General for the State of New York. In 2008, I bought a home in Brentwood, which is where I currently live.

5. In 2003, my daughter was the lead plaintiff in a lawsuit against the Suffolk County Legislature alleging that the County failed to redraw district lines following the 2000 Census, and that the redistricting maps that the County eventually drew violated the Voting Rights Act. The lawsuit resulted in the creation of Suffolk County's 9th Legislative District, to which I was elected Legislator to five consecutive terms (2003–2013). The 9th District encompasses Central Islip, Brentwood, and North Bay Shore and is majority Latino. A fair and accurate representation of the 9th Legislative District as of January 1, 2014 is attached as **Exhibit A**.

6. I started handing out election leaflets for my father who was a New York State Assemblyman, and I have been involved in government and politics ever since. I have also run in many elections at the Town, County, and State level, all of which have been to represent Islip or a section of Islip. I understand from personal experience the way that campaigns are run in Suffolk County and in Islip, and what it takes to win them.

7. After my election to County Legislature in 2003, I ran unopposed in my re-election campaigns in 2005, 2007, 2009, and 2011. In 2013, I was opposed in the Democratic Primary for Legislator and was unsuccessful. In 2006, I ran for the State Senate in the 3rd

Senate District and was unsuccessful in the Democratic Primary. In 2012, I ran for the State Senate in the 4th State Senate District, and I was the Democratic nominee, but I was unsuccessful in the general election. In 2015, I ran for Islip Town Supervisor and was unsuccessful in the Democratic primary. I am therefore deeply familiar with the Latino community in Islip and what it is like to run a campaign directed at the voters there and the unique challenges it presents.

8. As an elected representative from a majority Latino district to a governmental body that is elected by single-member districts, I know that single-member districts would be beneficial to the whole Town of Islip, especially the Latino community. I experienced this first-hand as a Legislator: I lived in the community that I served, which I believe made me a better advocate for the issues facing my constituents, who were predominantly members of the Latino community. In contrast, none of the current Town Board members is Latino, let alone a resident of the predominantly Latino neighborhoods in Islip. Each and every current Board member lives south of Sunrise Highway, close to the shore, and far away from where I live.

9. Members of the Town Board are successfully elected by the white majority each and every year, which outweighs the voting power of the Latino minority under an at-large structure. No Latino has ever been elected to the Town Board, and the few who have run have all lost. However, Latino voters in Islip do have the power to elect representatives of their choice at other levels of government when they make up a majority-minority district. I am one example of a representative who was elected this way.

10. Prior to the 2009 Town Board elections, I was informed that former Town Supervisor Phil Nolan, along with the Suffolk County Democratic Party and the Islip Democratic

Party, would support a minority candidate for the Town Board. However, Supervisor Nolan did not make good on his promise and there ended up being a Democratic primary between two slates of candidates: Jim Morgo and Chris Bodkin (both white) on one slate, versus two candidates from Brentwood, Alonzo Jacobs (African American) and Joseph Fritz (white) on the other. Supervisor Nolan chose to support the Morgo-Bodkin slate, which went on to win the primary and lose the general election.

11. In 2003, when I was elected to the Suffolk County Legislature, the Latino community became a majority of the voting population in the 9th Legislative District. Since then, voters in the 9th District have only elected Latino candidates to represent them in the Legislature. I believe that one of the reasons I ran unopposed by a Republican candidate in 2005, 2007, 2009, and 2011 was because I was the candidate of choice in a majority Latino district and could not be defeated.

12. I know what it is like to run a campaign on a Town-wide basis. In 2015, I ran in the Democratic primary for Islip Town Supervisor against Tom Licari. Campaigning on a Town-wide basis was incredibly difficult, if not physically impossible, because of the amount of geographic ground that needed to be covered. It is also expensive. In my own primary for instance, I could not raise enough funds to run a campaign that covered all of Islip, so I focused my efforts on the Brentwood, Central Islip, and North Bay Shore communities. I believe that I lost the primary in large part due to the fact that my opponent, Tom Licari, had the financial backing and support of the Democratic Party and outspent me significantly.

13. Candidates for the Town Board who are from, and have the support of, the majority white communities in Islip only need to campaign for votes in those communities to get elected because they only need a majority of the vote to win. Thus, if Latinos are to have any

chance at being elected to the Town Board, they not only have to marshal the Latino community vote, but they must also campaign across Islip's white communities to flip votes in their favor, which is costly, time-prohibitive, and more importantly, unlikely to occur.

14. I believe that campaigning for a seat at a district level results in running a campaign differently. Candidates are better able to meet their constituents, relate to their concerns, and get elected on the basis that they will address those concerns. When candidates have to campaign on an at-large basis, it is challenging to create the organizational capacity to do large-scale outreach and raise the funds necessary to meet such a significant number of constituents and to identify issues that resonate with all of them. It is nearly impossible to do so without major sources of financial backing. These are just some of the reasons why running for the Islip Town Board is a losing race for Latino candidates.

15. When Renee Ortiz, who was my former aide in the Legislature, approached me in 2011 and said that she was running for Town Board, I told her that it was a losing race. I explained to her that then-Supervisor Nolan, who was running for reelection, was probably using her to help him earn the Latino vote. I said this to her because I knew from my own campaigns that if Nolan was seen campaigning in Brentwood, Central Islip, and North Bay Shore, he could lose the white vote, which he of course needed in order to win the general election. Ortiz was a sacrificial candidate to further Nolan's attempt to be elected among Latino voters, and he was defeated anyway. In fact, I believe that Ortiz earned approximately 4,500 fewer votes than Supervisor Nolan did. The at-large election structure makes it nearly impossible for a Latino candidate to get elected, and even worse, creates a situation where Latino candidates are co-opted for the purpose of helping other candidates earn the Latino vote without those candidates ever having to campaign or build ties in the Latino community.

16. Latinos need representation in government to advocate for their needs. When I became a Legislator beginning in 2004, Steve Levy was the County Executive. Levy is well-known for his anti-immigrant and anti-Latino policies and rhetoric when he was the County Executive. For example, Levy advocated for policies that would allow County police officers to act like they were immigration officers and raid homes where illegal immigrants were believed to be living, or arbitrarily ask for identification. He also advocated for a police crackdown on unlicensed drivers, which targeted immigrants (most of whom in Suffolk County are Latino), who might not have licenses. In effect, the crackdown gave police officers a basis upon which to target Latinos by their appearance.

17. I vociferously opposed these policies both in the Legislature and at the State level. I believe that had I not been in the Legislature to oppose or weaken these proposed policies and measures, that they would have passed without any opposition. I believe this because I observed in other contexts that my colleagues in the Democratic Caucus in the County Legislature, even if they disagreed with Levy, did not stand up to him. As a result, I held private meetings with Levy and Assemblyman Phil Ramos about Levy's policies, but to no avail.

18. I also publicly opposed Levy. For example, I filed an injunction against the County Legislature after the "Brian Beedenbender Bill" was introduced in early 2008 with Levy's support. The bill, which required licensed contractors to verify their workers' legal status, specifically targeted immigrant workers in the County. I filed the injunction even though it meant suing my own colleagues. The injunction resulted in a public debate and a procedural vote among the whole Legislature, which resulted in a tie and ultimately required me to continue litigating in the Appellate Division, Second Department.

19. Furthermore, I believe that Levy's rhetoric emboldened violence against Latinos in Suffolk County. In particular, I remember when Marcelo Lucero, an Ecuadoran immigrant, was murdered on November 8, 2008 in Patchogue by a group of teenagers. When the teenagers were arrested, they told police officers that they were out to hunt Latinos. I believe that these teenagers were fueled and motivated by the anti-immigration claims made by elected politicians like Levy. **Exhibit B** is an article published in the *New York Times* on November 13, 2008 titled, "A Killing in a Town Where Latinos Sense Hate" written by Kirk Semple, which I recall reading.

20. In today's climate of increased attention to immigration and border security, of which President Donald Trump's rhetoric is strikingly similar to Levy's, the Latino community needs a representative at the local level, now more than ever, who can oppose the same types of measures that I did when I was in the Legislature.

21. When I ran for the State Senate in 2012, there were negative campaign advertisements on television accusing me of supporting sexual predators moving into voters' neighborhoods, which I believe played into the racial stereotype that Latinos are criminals or support criminals. The advertisements exploited the fact, as a Legislator, I advocated that shelter and sober homes be located throughout Suffolk County neighborhoods on a fair and equitable basis.

22. The Town Board is currently not responsive to the needs of the Latino community, and this can be seen in the differences in the level and quality of municipal services in the minority communities in Islip compared to communities south of Sunrise Highway. The Town even neglects its own property when it is located in the Latino areas of Islip, which I have observed as a resident of Brentwood. I live on a Town road where an abandoned vehicle has

been parked there for over a year. When I walk my dog, I am forced to walk out into traffic to go around the vehicle and other vehicles that are parked there. I have also observed large potholes and poor street lighting in Brentwood. When I go to other parts of Town for dinner, I never see conditions like these.

23. In fact, as a Legislator, I frequently had to step in to perform the function of the Town in responding to constituent complaints even though they were not within the jurisdiction of the County Legislature. Constituents, Latino and non-Latino, came to my office expressing resentment that Brentwood and Central Islip were always last to receive basic services provided by the Town, whether it be garbage cleanup or snow plowing, which they believed was because the community was a minority area.

24. The roads in Brentwood and Central Islip are also not maintained like they are in other parts of Islip. As a Legislator, I received complaints every winter and after every snowstorm from constituents whose roads were not plowed. It became routine for me or my office to have to call the Town to send someone out to plow. Had my office not called the Town and made demands, I do not think the roads would have been timely cleared.

25. Latino constituents in particular, raised their complaints with my office because the Town either did not respond to them or because they simply did not have a relationship with anyone in Town government. Just like me, my Latino constituents look at the names of the Town Board members imprinted on their recycling bins or in the booklets distributed by the Town, and hardly know who they are. I had a strong relationship with the Latino constituents who came to my office with their issues, not only because I am Latino, but because I also lived in the same community as they did and was personally affected by many of the same issues that they came to me to resolve.

26. As a Legislator, I also secured approximately $200,000 through Downtown Redevelopment monies early on in my tenure as Legislator for the Town to revitalize Ross Memorial Park in Brentwood. Despite securing these funds, I pass by the Park on a regular basis, and it looks essentially the same. I believe that a Town Board member from the Latino community would have been familiar with Ross Memorial Park and more likely to have ensured that the project was completed satisfactorily.

27. Ultimately, I believe that single-member districts are a good thing for all of the people in Islip. In fact, when I was the Head of the Human Rights Commission, I recall that the Town designated certain geographic areas for each Board member to be responsible for.

28. Being an elected official from a district instills a sense of pride on an individual community level and creates stronger connections between the elected officials and the constituents they represent. From a practical standpoint, with an at-large structure, candidates for Town Board do not need the Latino vote, though sizeable, to get elected. It is not surprising that members of the Latino community in Islip feel like they have been neglected by the Town for so long.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at: Brentwood, New York

February 27, 2019.

_____
RICARDO MONTANO