UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Ana Flores, Rene Flores, Maria Magdalena Hernandez, Magali Roman, Make the Road New York, and New York Communities for Change,

                           Plaintiffs,

v.

Town of Islip, Islip Town Board, and Suffolk County Board of Elections,

                           Defendants.

2:18-cv-03549 (ADS) (GRB)

## **DECLARATION OF WILLIAM GARBARINO**

William Garbarino, pursuant to the provisions of 28 U.S.C. § 1746, declares as follows:

1. I am a resident of Sayville, New York. I am submitting this declaration in to authenticate certain documents that I produced in response to **Exhibit A**, which is the subpoena I received on December 18, 2018, to produce documents in this case.

2. I am currently the Chairman of the Islip Republican Committee, and have been the Chairman since 2016. I am also a practicing attorney at the Law Offices of William R. Garbarino in Sayville, New York.

3. On January 21, 2019, I produced documents in response to the subpoena. Each and every document attached as an exhibit to this declaration is a true and correct copy of documents I produced, unless stated otherwise. I correspond using a few email domains. When I correspond as the Islip Republican Committee Chairman, I use "isliphqchairman@yahoo.com" ("Committee Email"), which I send and receive emails from and which I control. I also control and maintain "chairman@islip.gop," which I use on occasion. When I correspond personally, I

use "williamrgarbarino@hotmail.com" ("Personal Email"), which I send and receive emails from and which I control. I use both of these email domains on a regular basis.

**Islip Republican Committee Website**

    4.  The Islip Republican Committee has a website (the "Website") that can be found at https://www.isliptownrepublicans.com. Committee staff maintain the Website on a regular basis under my supervision, and I have access to revise and edit the Website.

    5.  **Exhibit B** is a series of screenshots from the Website. **Exhibit B**, page 1, is a screenshot of numerous individuals standing in front of a Frontier Airlines airplane with the title, "Supervisor Angie Carpenter & Town Council welcome Frontier Airlines to MacArthur." **Exhibit B**, page 2, is a screenshot of President Donald Trump speaking at Suffolk Community College in Brentwood, New York, in front of a group of Suffolk County Police Officers with the title, "President Trump comes to Brentwood to address the issue of Gangs & Violence." **Exhibit B**, page 3, is a screenshot of Senators Tom Croci and Phil Boyle walking near a highway with the title, "Senators Croci & Boyle Secure State Funding to Fix the Oakdale Merge." **Exhibit B**, page 4, is a screenshot of New York State Assemblymen Al Graf and Andrew Garbarino speaking at an event with the title, "Assembly Members Graf & Garbarino leading the charge to fix education." **Exhibit B**, page 5, is a screenshot of the Suffolk Young Republican's Executive Board. **Exhibit B**, page 6, is a screenshot of federal Republican representatives including President Trump, Vice President Mike Pence, Paul Ryan and Congressman Peter King celebrating St. Patrick's Day.

    6.  **Exhibit C** is a screenshot of the 2017 Republican Candidates for office in Islip. The candidates included Ray Perini for Suffolk County District Attorney, Larry Zacarese for Suffolk County Sheriff, Trish Bergin and Jim O'Connor for Islip Town Council, James

Malone and Al Graf for District Court Judge, and Anthony Piccirillo, Douglas E. King, Tom Cilmi, and Steven Flotteron for Suffolk County Legislature.

7. **Exhibit D** is a series of screenshots of current and former Republican officials who have or currently represent Islip in various capacities.

**The Republican Candidate Slating Process for Islip Town Council**

8. As the Chairman of the Islip Republican Committee, I oversee the process of screening potential candidates who wish to run on the Republican ticket for local elections, including the Islip Town Council. have an open screening process that allows anyone to apply. Candidates are screened for all available seats. In 2017, we screened 17 candidates for two available Islip Town Board seats. We conduct an open interview that any registered Republican can attend to see and ask questions of the candidates and they also have the opportunity to rate each candidate, and candidates can make opening and closing statements. In 2017, I remember about eighty voters attended the screening event for Town candidates. Then an executive committee of about eighteen Republican Committee members meet to select the candidates to nominate. Candidates who are not nominated can choose to run in a primary election if they still want to run.

9. **Exhibit E** is a collection of emails that I received in 2017 for the position of Town Council member.

    (a)   **Exhibit E**, FLORES000003703, is an email that I sent from my Committee Email to my Personal Email on March 13, 2017, regarding the Republican Candidates for elected positions in Suffolk County, including Town Council. The email indicates which candidates provided resumes.

    (b)   **Exhibit E**, FLORES000003702, is an email that I sent from my Committee Email to my Personal Email on April 18, 2017, regarding the

3

          Republican candidates for Islip Town Council. The email indicates that resumes were received for all of the candidates listed.

(c)     **Exhibit E**, FLORES000003701, is an email that I sent from my Committee Email to my Personal Email on April 19, 2017, regarding the Republican candidates for Islip Town Council. The email indicates that resumes were received for all of the candidates listed.

(d)     **Exhibit E**, FLORES000003700, is an email that I sent from my Committee Email to my Personal Email on April 20, 2017, regarding the Republican candidates for Islip Town Council. The email indicates that resumes were received for all of the candidates listed.

10.     **Exhibit F**, FLORES000003599, is an email sent to Islip Republican Committee members reminding them about the Islip Town Republican Convention that was held on March 31, 2017 at the Islip Town Republican Headquarters located at 39 Third Avenue, Bay Shore, NY 11706. At the convention, candidates for available positions, including Islip Town Board, are officially nominated.

11.     **Exhibit G**, FLORES000003744–45, is an email sent to advertise the Islip GOP events for the week of April 17 through April 23, 2016 including a screening event for Islip Town Council candidates held on April 22, 2017 at the Islip Republican Headquarters located at 39 Third Avenue, Bay Shore, NY 11706. At the screening event, the resumes that are referenced in **Exhibit E,** FLORES000003700–03, were available for review.

12.     For the Town Board 2017 election, Jim O'Connor and Trish Bergin Weichbrodt were nominated at the Islip Republican Party convention for Islip Town Council.

**The Role of the Islip Republican Committee in Approving Campaign Advertisements and Materials**

13. As the Chairman of the Islip Republican Party, I am asked to review campaign materials on occasion for Republican candidates running for Town and County-elected positions in Islip. Candidates frequently ask for my opinion on their flyers and advertisements in connection with their campaigns. I typically have minor comments that I communicate back to the campaigns or the people they have hired, such as Steven Starlust, to create their campaign materials.

   (a)   **Exhibit I**, FLORES000003480, is an email that I received to my Personal Email from Steve Starlust attaching Jim O'Connor's palm card depicted on FLORES000003480.

   (b)   **Exhibit I**, FLORES000003482–83, is an email that I received to my Personal Email from Steve Starlust on June 30, 2017, enclosing an invitation to a fundraiser that Jim O'Connor held in the summer of 2017.

   (c)   **Exhibit I**, FLORES000003459, is an email from Steve Starlust to my Personal Email on September 27, 2017 asking for approval for a lawn sign for Trish Bergin Weichbrodt's and Jim O'Connor's campaigns for Islip Town Councilmember.

   (d)   **Exhibit I**, FLORES000003456, is an email from Jim O'Connor to my Personal Email attaching a campaign mailer for his Town Council campaign. **Exhibit I**, FLORES0000057–58 is the mailer the Jim O'Connor attached to this email. I did not respond with any comments on this mailer.

  (e)  **Exhibit I**, FLORES000003452–53, is an email from Steve Starlust to my Personal Email about a mailer featuring Trish Bergin Weichbrodt and Jim O'Connor about Island Hills.

**Islip Republican Committee Event Calendar**

  14.  **Exhibit J** is a collection of correspondence and flyers that were sent on behalf of the Islip Republican Party by a member of the Republican Committee staff at my direction. These emails are sent to Republican supporters and Committee members who have expressed an interest in being contacted by the party. The campaign events and flyers referenced in these emails are organized by the respective campaigns. I personally attend Republican Committee events and most Republican candidate events. **Exhibit J** includes the events sponsored by or advertised by the Islip Republican Committee since late 2016. Specifically:

  (a)  **Exhibit J**, FLORES000003648, is an email sent to Islip Republican Committee members advertising the event referred to in FLORES000003649 for a fundraiser recognizing the federal, state, county, and town Republican elected officials, which was held on October 12, 2016 at Captain Bill's Restaurant located at 122 Ocean Avenue, Bay Shore, NY 11708. The event was sponsored by the Islip Republican Committee.

  (b)  **Exhibit J**, FLORES000003633, is an email sent to Islip Republican Committee members advertising the event referred to in FLORES000003634. The event was a discussion with Islip Town Councilman Steve Flotteron about local issues and the November 2016 election results, and it was held on November 15, 2016 at the Islip

6

       Republican headquarters, located at 39 Avenue, Bay Shore, NY 11706. The event was sponsored by the Bay Shore/Brightwaters Republican Club.

(c)   **Exhibit J**, FLORES000003630–31, is an email sent to advertise the Islip GOP events for the week of December 12 through December 18, 2016, which refers to a holiday fundraiser on FLORES000003633 hosted by Town Councilman, Steven Flotteron, which was held on December 14, 2016 at the Victorian Room, located at 36 W. Main Street, Bay Shore, NY 11706.

(d)   **Exhibit J**, FLORES000003615, is an email sent to advertise the Islip GOP events for the week of February 13 through February 19, 2017. The email refers to the 2017 Campaign Kickoff event on FLORES000003616 for Councilwoman Trish Bergin Weichbrodt, which was held on February 16, 2017, at Shandon Court, 115 E. Main Street, East Islip, NY. The event was sponsored by myself, Frank MacKay, the New York State Independence Chairman, and John Flynn, the Islip Conservative Chairman. **Exhibit J**, FLORES000003621–22, is an email sent to Islip Republican Committee members urging them to attend the Kickoff. The email also references an event that was held on February 16, 2017 for the Suffolk County Young Republicans Meeting at Flanagans Pub, located at 451 Hawkins Avenue, Lake Ronkonkoma, NY 11779. FLORES000003617 is a picture of members of the Suffolk County Young Republicans.

7

(e) **Exhibit J**, FLORES000003608, is an email sent to advertise the event referred to in FLORES000003609 for a fundraiser in honor of strong and successful Republican leadership "from White House to Town Hall," which was held on April 6, 2017 at the Irish Coffee Pub located at 131 Carleton Avenue, East Islip, NY 11730. A complete copy of the flyer of this event can be found in **Exhibit J**, FLORES000003489, which was created by Steve Starlust, President of Paragon Advertising referred to in the emails in **Exhibit J**, FLORES000003490–91. The event was sponsored by the Islip Republican Committee.

(f) **Exhibit J**, FLORES000003744–45, is an email that sent to advertise the Islip GOP events for the week of April 17 through April 23, 2017, including an event that was held on April 19, 2017 for the South Shore Republican Club Meeting Mixer at Maxwell's located at 501 Main Street, Islip, New York 11751. At this meeting, Board of Elections Commissioner, Nick LaLota, shared statistics on the Presidential, County, and Islip races.

(g) **Exhibit J**, FLORES000003597, is an email that sent to advertise the Islip GOP events for the week of June 26 through July 2, 2017, including an event that was held on June 27, 2017 hosted by the Bay Shore-Brightwaters Republican Club at the Islip Republican headquarters, located at 39 Avenue, Bay Shore, NY 11706. At this event, Jim O'Connor, a candidate for Islip Town Council at the time, kicked off the election campaign season.

(h) **Exhibit J**, FLORES000003578, is an email sent to advertise the event on FLORES000003579 for the Kickoff event for Jim O'Connor's campaign for Islip Town Council, held on July 12, 2017 at Land's End, located at 80 Brown's River Road, Sayville, NY 11782.

(i) **Exhibit J**, FLORES000003471, is an email sent to advertise the Islip GOP events for the week of July 24 through July 30, 2017, including the event referred to in FLORES000003473 for Doug King's campaign for Suffolk County Legislature in the 9th District, which was held on July 25, 2017 at Knights of Columbus, located at 1341 5th Avenue, Bay Shore, NY 11706. The email also refers to the event on FLORES000003475 for an Emergency Blood Drive, hosted by Senator and former Town Supervisor, Tom Croci, which was held on July 28, 2017, at the Brentwood Legion Ambulance located at 23 Third Avenue, Brentwood, NY 11717.

(j) **Exhibit J**, FLORES000003683, is an email sent to advertise the Islip GOP events for the week of August 28 through September 3, 2017, including the event referred to in FLORES000003684 for a fundraiser for Doug King's campaign for Suffolk County Legislator in the 9th District at the American Legion Hall, which was held on August 28, 2017, located at 198 1st Street, Brentwood, NY 11717.

(k) **Exhibit J**, FLORES000003572, is an email sent to advertise the Islip GOP events for the week of September 4 through September 12, 2017, including an event supporting the reelection of Town Councilwoman Trish

9

Bergin Weichbrodt, which was held on September 7, 2017 at the Snapper Inn, located at 500 Shore Drive, Oakdale, NY 11769.

(l) **Exhibit J**, FLORES000003559, is an email sent to advertise the Islip GOP events for the week of September 18 through September 24, 2017, including the event referred to in FLORE000003560 supporting Jim O'Connor in his campaign for Islip Town Board, which was held on September 18, 2017 at Captain Bill's, located at 122 Ocean Avenue, Bay Shore, NY 11706. The event was sponsored by current Town Supervisor, Angie Carpenter. The email also refers to an event on FLORE000003561 for a fundraiser for Ray Perini for Suffolk County District Attorney, which was held on September 18, 2017 located at 381 Ocean Avenue, Islip, NY 11751. The email also refers to an event on FLORE000003561–62 sponsored by the South Shore Republican Club to meet the November 2017 candidates including Jim O'Connor and Trish Bergin Weichbrodt, which was held on September 20, 2017 at Islip Republican Headquarters located at 39 Third Avenue, Bay Shore, NY 11706. Finally, the email refers to an event on FLORE000003562 sponsored by the Suffolk County Young Republicans for a meeting with Ray Perini, candidate for Suffolk County District Attorney, which was held on September 21, 2017 at Flanagan's Pub located at 451 Hawkins Avenue, Lake Ronkonkoma, NY 11779.

(m) **Exhibit J**, FLORES000003552, is an email sent to advertise the Town of Islip Republican Committee weekly events for the week of September 25

        through October 1, 2017, including an event referred to in FLORES000003553 for the Islip Republican Committee Campaign Kickoff event featuring Republican candidates for Islip Town Council, which was held on September 26, 2017 at Captain Bill's, located at 122 Ocean Avenue, Bay Shore, NY 11706. The email also refers to an event on FLORES000003554 for a golf outing to support candidate for Suffolk County Comptroller, John Kennedy, which was held on September 28, 2017 at Willow Creek Golf Club, located at One Clubhouse Drive, Mt. Sinai, NY 11765.

(n)   **Exhibit J**, FLORES000003544, is an email sent to advertise the Town of Islip Republican Committee weekly events for the week of October 1 through October 8, 2017, including an event referred to in FLORES000003546 for a pre-election feast to support Ray Perini for Suffolk County District Attorney, which was held on October 11, 2017 at Tango Argentinian Steakhouse, located at 99 West Suffolk Avenue, Central Islip, NY 11722.

(o)   **Exhibit J**, FLORES000003535, is an email sent to advertise the Town of Islip Republican Committee weekly events for the week of October 23 through October 29, 2017, including Meet the Candidates event referred to in FLORES000003536, which was held on October 24, 2017 at the Islip Republican Headquarters, located at 39 Third Avenue, Bay Shore, NY 11706. Some of the candidates who attended this event included Trish Bergin Weichbrodt and James O'Connor, who were running for Islip

11

        Councilperson. The event was sponsored by the Bay Shore/Brightwaters Republican Club.

(p)   **Exhibit J**, FLORES000003538, is an email sent to advertise the Town of Islip Republican Committee weekly events for Election Week 2017, including an Election Night watch party, which was held on November 7, 2017 at Islip Republican Headquarters, located at 39 Third Avenue, Bay Shore, NY 11706. The event was sponsored by the Islip Republican Committee. FLORES000003539 depicts the full slate of 2017 Republican candidates for office including Town Councilmember candidates.

(q)   **Exhibit J**, FLORES000003526, is an email sent to Islip Republican Committee members advertising the event referred to in FLORES000003527 for the Islip Republican Holiday Party hosted by myself and Town Supervisor, Angie Carpenter, which was held on December 11, 2017 at Captain Bill's, located at 122 Ocean Avenue, Bay Shore, NY 11708. This event was sponsored by the Islip Republican Committee.

(r)   **Exhibit J**, FLORES000003449–51, refers to a cocktail reception hosted by Islip Town Councilwoman, Mary Kate Mullen, which was held on March 28, 2018 at the Irish Coffee Pub, located at 131 Carleton Avenue, East Islip, NY 11730.

(s)   **Exhibit J**, FLORES000003518, is an email sent to advertise the Town of Islip Republican Committee weekly events for the week of April 23 through April 29, 2018, including an event referred to in

FLORES000003519 for the 2018 Independence Spirit Awards honoring, among others, Town Supervisor Angie Carpenter. The event was held on April 23, 2018 at the Irish Coffee Pub, located at 131 Carleton Avenue, East Islip, NY 11730.

(t) **Exhibit J**, FLORES000003509, is an email sent to advertise the Town of Islip Republican Committee weekly events for the week of May 14 through May 20, 2018, including an event to support Town Councilman, Jim O'Connor referred to in FLORES000003510, which was held on May 15, 2018 at T.J. Finley's Public House, located at 42 East Main Street, Bay Shore, NY 11706. **Exhibit J**, FLORES000003512, is an email sent to friends encouraging them to attend this event because O'Connor had "been working tirelessly on behalf of Islip taxpayers" since he was elected in November 2017.

(u) **Exhibit J**, FLORES000003430, is an email sent to advertise the event referred to in FLORES000003431 for an Oktoberfest Fundraiser for the Islip Republican Committee, which was held on September 26, 2018 at Land's End, located at 80 Brown's River Road, Sayville, NY 11782. The event was sponsored by the Islip Republican Committee.

(v) **Exhibit J**, FLORES000003506, is an email sent to advertise an event referred to in FLORES000003507 for Islip Town Supervisor, Angie Carpenter's, Campaign Kick-off, held on November 28, 2018 at Captain Bill's Restaurant located at 122 Ocean Avenue, Bay Shore, NY 11708.

**Documents Related To This Lawsuit**

15.     **Exhibit L** is an email that I received to my Personal Email on June 20, 2018. In the email, the sender wrote that "Our friends Brewington is suing the Town to force councilmatic seats. I have been begging you for 3 years to start a process to find Republican Hispanics. If you guys don't act soon you are going to have a severe problem in Islip Town. No more excuses about Tom Croci." The sender was referring to Fred Brewington, the lawyer representing the Plaintiffs in this case. The sender wrote to me about starting a process to find Republican Hispanic candidates. At the time, I understood the sender's comment regarding Tom Croci to refer to a suggestion made to speak to Croci because he supposedly had access to a list of individuals who had recently left the military and lived in Brentwood and Central Islip who may be interested in becoming involved as Republican committeemen or candidates. I later learned that Croci had no such list.

16.     **Exhibit M** is an email that Anthony Pancella, Chairman of the Babylon Republican Committee, appears to have sent to Islip Town Supervisor Angie Carpenter on August 17, 2018 inviting her to a petition drive for councilmatic districts in the Town of Babylon. In the email, Mr. Pancella wrote: "Council Districts will help bring more effective government and representative government to the Babylon taxpayers . . . As historian Lord Acton concluded, 'Power tends to corrupt, and absolute power corrupts absolutely.'" On August 18, 2018, Supervisor Carpenter wrote back to my Personal Email, to Mr. Pancella, and to John J. LaValle, Suffolk County Republican Chairman, "You know I am always there for you and the Babylon GOP, but this puts me in a very difficult position. This is a sensitive issue and we are smack in the middle of a very expensive lawsuit and it [sic] Islip residents are involved, it could really hurt us. I'm sure you will understand." At the time, I understood Supervisor Carpenter to be referring to this lawsuit.

17. **Exhibit N** is an email I received to my Personal Email on December 3, 2018 regarding the Suffolk County Legislature special election for the 9th District. The sender wrote that I, as the Islip Republican Committee Chairman, "need to spend some money on this one just to let everyone know that it won't be cheap to run against the Islip Town Republican Committee as just happened . . . ." I understood this part of the email to refer to the Special Election being held in March 2019. The sender also wrote: "Find out who runs the American Legion Post or the VFW in Brentwood or Central Islip (whichever makes more sense) and drive over in the next 2 days and buy him lunch. This will keep your lawyer friend at bay as he tries to force councilmanic districts. The sooner we get on this the better because if we lose this we are going to lose the town." At the time, I understood the sender's reference to my "lawyer friend" to mean Fred Brewington and the references to "forc[ing] councilmanic districts" and "if we lose this we are going to lose the town" to refer to the Town losing this lawsuit.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed at: Sayville, New York

February 27, 2019.

_____
WILLIAM GARBARINO