# EXHIBIT B

Case 2:18-cv-03549-GRB-ST   Document 48-2   Filed 03/01/19   Page 2 of 7 PageID #: 1435






Supervisor Angie Carpenter & Town Council welcome Frontier Airlines to MacArthur!

Stay connected with email updates!

Subscribe

➔ Chairman William R. Garbarino   ✉ chairman@islip.gop

**Islip Town**
*Republican Committee*

🏠 Home   ⊙ About ⌄   👥 Get Involved   ✉ Contact   🗋 Donate

f  🐦  ✉  👥 Get Involved





Senators Croci & Boyle Secure State Funding to Fix the Oakdale Merge



Assembly Members Graf & Garbarino leading the charge to fix education

















President Trump & VP Pence celebrate St. Patrick's Day with Congressman Pete King