# EXHIBIT C



# Your 2017 Republican Candidates

## Suffolk County District Attorney & Sheriff Candidates



**Ray Perini**
Suffolk County District Attorney

A Devoted Family Man. Ray has been a Huntington resident for 40 years. He married Dr. Carole Traffley in June…
View Profile



**Larry Zacarese**
Suffolk County Sheriff

Lawrence (Larry) Zacarese was born in Suffolk County and has called it his home for more than forty years.  Larry…
View Profile

## Islip Town Council Candidates



**Trish Bergin**
Islip Town Councilwoman

Councilwoman Trish Bergin Weichbrodt is a life-long resident of the Town of Islip, currently residing in East Islip with her…
View Profile



**Jim O'Connor**
Islip Town Councilman

View Profile

## District Court Judge Candidates



**James Malone**
District Court Judge

View Profile



**Al Graf**
District Court Judge

Long Island native Al Graf was elected to represent the people of the 5th District in the New York State…
View Profile

## Suffolk County Legislature Candidates



**Anthony Piccirillo**
Suffolk County Legislator, District 8

Anthony is a lifelong resident in Suffolk County, in the 8th Legislative District. He was raised in Holbrook with his…
View Profile



**Douglas E. King**
Suffolk County Legislator, District 9

Douglas E. King – Born and raised on Long Island, Doug has always been dedicated to advocating for others and making…
View Profile



**Tom Cilmi**
Suffolk County Legislator, District 10

Conservative Principles based on Faith, Family & Community Elected to his first term as a Suffolk County Legislator on November…
View Profile



**Steven J. Flotteron**
Suffolk County Legislator, District 11

I am and always have been a "Citizen Public Servant".  I am a successful private businessman, innovator and a proven…
View Profile

Volunteer with the Islip Town Republican Committee!   **GET INVOLVED**



**ISLIP TOWN REPUBLICAN COMMITTEE**

- Chairman William R. Garbarino
- Islip Town Republican Committee
- 39 Third Avenue, Bay Shore, NY 11706
- (631) 665-5532
- chairman@islip.gop
- www.islip.gop

http://t.co/UFDq8dojm7
6 days ago
Follow @IslipTownGOP

© 2019 · Islip Town Republican Committee
Powered by Smith Media Strategies

Home   About   Elected Officials   Your 2017 Republican Candidates   Republican Clubs   Get Involved   Contact   Donate