# EXHIBIT D

Chairman William R. Garbarino ☐ chairman@islip.gop

# Home  q About ☐  ☐ Get Involved  ☐ ☐  ☐ Contact  ☐ ☐  ☐ Get Involved  ☐ Donate

**Islip Town**
*Republican Committee*

Home ☐Elected Officials

## Elected Officials

## Islip Town's Republican Federal Representatives



**Donald J. Trump**
President

Donald J. Trump is the 45th President of the United States. He believes the United States has incredible potential and...
View Profile

**Mike Pence**
Vice President

Michael R. Pence is the 48th and current Vice President of the United States. Michael R. Pence was born in...
View Profile



**Peter King**
United States Congressman

Congressman Peter T. King, a Republican, is serving his twelfth term in the U.S. House of Representatives, being re-elected in...
View Profile



**Lee Zeldin**
United States Congressman

Congressman Lee Zeldin grew up in Suffolk County, New York, where he graduated from William Floyd High School in Mastic...
View Profile

## Islip Town's Republican New York State Representatives



Phil Boyle
New York State Senator

22Literally a life-long resident of New York's Fourth State Senate District, Phil Boyle was born in Southside Hospital and grew up...
View Profile



Tom Croci
New York State Senator

Former Islip Town Supervisor, Tom Croci, graduated from Connetquot High School in 1990 and attended James Madison University, earning a...
View Profile



Andrew Raia
New York State Assemblyman

Andrew Raia of East Northport is a lifelong resident of Huntington and served as the New York State Assemblyman for...
View Profile



Andrew Garbarino
New York State Assemblyman

Andrew Garbarino was elected to serve the constituents of the 7th Assembly District on November 6, 2012. His district includes...
View Profile



Alfred C. Graf
New York State Assemblyman

Long Island native Al Graf was elected to represent the people of the 5th District in the New York State...
View Profile



Mike Fitzpatrick
New York State Assemblyman

Michael J. Fitzpatrick was elected to the New York State Assembly, on November 5, 2002, representing the 8th Assembly District....
View Profile

# Islip Town's Republican Suffolk County Representatives



**John M. Kennedy, Jr.**
Suffolk County Comptroller

John M. Kennedy, Jr. was elected Suffolk County Comptroller this past November taking office January 1, 2015. As Chief Fiscal...
View Profile



**Tom Cilmi**
Suffolk County Legislator

Suffolk County Legislator Tom Cilmi graduated from West Babylon High School in 1982 and received a B.S. in Business Administration...
View Profile



**Tom Barraga**
Suffolk County Legislator

Thomas F. Barraga, (Republican, Conservative, Independent) was born in Brooklyn, New York, on April 23, 1943. He attended St. Joseph's...
View Profile



**Sheriff Vincent F. DeMarco**

Vincent DeMarco
Suffolk County Sheriff

Sheriff Vincent F. DeMarco is a lifelong resident of Suffolk County. He earned his Bachelor of Arts Degree in Economics...
View Profile

# Town of Islip's Republican Town Representatives

Case 2:18-cv-03549-GRB-ST   Document 48-4   Filed 03/01/19   Page 5 of 6 PageID #: 1447



**John C. Cochrane, Jr.**
Islip Town Councilman

Captain John C. Cochrane, Jr. was born in Bay Shore, New York. Upon graduation from Bay Shore Public Schools, he...
View Profile



**Trish Bergin Weichbrodt**
Islip Town Councilwoman

Councilwoman Trish Bergin Weichbrodt is a life-long resident of the Town of Islip, currently residing in East Islip with her...
View Profile



**Alexis Weik**
Islip Town Tax Receiver



**Steve Flotteron**
Islip Town Councilman

Steven J. Flotteron has been a resident of Islip Town since 1995 and currently resides in Brightwaters with his wife...
View Profile



**Olga H. Murray**
Islip Town Clerk



**Angie Carpenter**
Islip Town Supervisor

Angie Carpenter is a public servant whose impact resonates well beyond her role as Islip Town Supervisor. Even prior to...
View Profile

**Mary Kate Mullen**
Islip Town Councilwoman

Councilwoman Mary Kate Mullen grew up in Huntington,

New York and graduated from St. Anthony's High School in South Huntington.…
View Profile

Town Clerk, Olga H. Murray, was born on March 13, 1962. She spent her childhood growing up in Valley Stream,…
View Profile

Alexis Weik has served as Deputy Receiver of Taxes under the previous long-time Receiver, Virginia E. Allen. The duties of…
View Profile

Volunteer with the Islip Town Republican Committee!

GET INVOLVED

http://t.co/UFDq8dojm7

6 days ago

Follow @IslipTownGOP

ISLIP TOWN REPUBLICAN COMMITTEE

Chairman William R. Garbarino
Islip Town Republican Committee
39 Third Avenue, Bay Shore, NY 11706
(631) 665-5532
chairman@islip.gop
www.islip.gop

© 2019 · Islip Town Republican Committee
Powered by Smith Media Strategies

