# EXHIBIT E

Candidate Positions and Resumes

From: isliphq.chairman (isliphq@yahoo.com)
To: williamrgarbarino@hotmail.com
Date: Monday, March 13, 2017, 2:39 PM EDT

| Name | Position | Resume |
|---|---|---|
| Ray Perini | District Attorney | no |
| William T. Ferris III | District Attorney | no |
| Robert Biancavilla | District Attorney | no |
| John Halverson | District Attorney | no |
| Edward Friedland | District Attorney | no |
| Andrew A. Crecca | District Attorney | no |
| Patrick O'Connell | District Attorney | no |
| Alfred C. Graf | Sheriff | no |
| Vincent DeMarco | Sheriff | no |
| Fred Sales | Sheriff | no |
| Lawrence Zacarese | Sheriff | no |
| Patrick O'Farrell | Sheriff | no |
| Phil Boyle | Sheriff | no |
| Trish Bergin Weichbrodt | Town Council | no |
| Steven D. Gellar | Town Council | yes |
| Douglas E. King | Town Council | no |
| Gaetano Leggio | Town Council | yes |
| Joseph Doscher | Town Council | yes |
| James Dowling Sr. | Town Council | no |
| Ginny Fields | Town Council | no |
| James P. O'Connor | Town Council | yes |
| Anthony Piccurillo | S.C. Legislator LD 8 | yes |
| Jamie Ann Hechtman-Ulloa | S.C. Legislator LD 8 | yes |
| Michael McElwee | S.C. Legislator LD 11 | yes |
| Steven J. Flotteron | S.C. Legislator LD 11 | no |
| Edward Wiggins | NYS Assembly AD 9 | yes |

## Town ^_Council^_ Resumes

From: isliphq.chairman (isliphq@yahoo.com)

To: williamrgarbarino@hotmail.com

Date: Tuesday, April 18, 2017, 3:35 PM EDT

We have received resumes from the following for Town Council screening on Saturday:
Trish Bergin Weichbrodt
Kenneth C. Weeks
Donna deLuca Periconi
Ginny Fields
James J. Dowling
Joseph Doscher
Guy Leggio
James P. O'Connor
Steven D. Gellar
Douglas E. King
John W. Bugler
Mary Calamia

FLORES000003702

Case 2:18-cv-03549-GRB-ST  Document 48-5  Filed 03/01/19  Page 4 of 5 PageID #: 1452

## Town ^_Council^_ Resumes

From: isliphq.chairman (isliphq@yahoo.com)

To: williamrgarbarino@hotmail.com

Date: Wednesday, April 19, 2017, 3:47 PM EDT

We received the following resumes for Town Council today:
Thomas F. O'Hara
Jonathan R. Bloom
John M. Lorenzo

FLORES000003701

Case 2:18-cv-03549-GRB-ST   Document 48-5   Filed 03/01/19   Page 5 of 5 PageID #: 1453

## Town ^_Council^_ Resumes

From: isliphq.chairman (isliphq@yahoo.com)
To: williamrgarbarino@hotmail.com
Date: Thursday, April 20, 2017, 4:05 PM EDT

We received resumes for Town Council screening from:

Steven Behan
Edward Wiggins

FLORES000003700