# EXHIBIT F

Subscribe    Past Issues                                             Transl

Committee Member, tonight, Wednesday March 31 is the Town Republican Convention.

View this email in your browser





## Town Convention Tonight!

Dear Committee Member,

This is just a reminder that the **Islip Town Republican Convention is tonight, Wednesday March 31, 2017, at 7:00pm at Islip Town Republican Headquarters at 39 Third Avenue, Bay Shore**.

You should have received a notice in the mail with proxy forms. Please be sure to hand in your proxy at the convention if you haven't handed it in already.

Hope to see you tonight as we select our great candidates for this year's election!

Respectfully,

*Bill Garbarino*

Chairman William Garbarino
Islip Town Republican Committee

FLORES000003599