# EXHIBIT G

Subscribe Past Issues Transl

Weekly Events List from the Islip Republican Committee. View this email in your browser

# Islip GOP Events for the Week of Monday, April 17th - Sunday, April 23rd

---

## Wednesday, April 19, 2017

**South Shore Republican Club Meeting Mixer!**

**7:00pm at Maxwell's 501 Main Street, Islip**

"The South Shore Republican Club will be meeting this Wednesday and Board of Elections Commissioner Nick LaLota will share stats on the Presidential, County, and Islip Races. Please join us for a fun, relaxing, and informative night! Bring a Friend!" - *Anna Cilmi, President*

## Saturday, April 22, 2017

**Screening for Islip Town Council Candidates**

**10:00am at Islip Town Republican HQ, 39 Third Ave, Bay Shore**

Attention All Islip Town Republican Committee Members! Join us for the screening for Islip Town Council Candidates. Your input and feedback is always valued when it comes time to select the candidates that we nominate. Join us at 10:00am and bring your questions for those looking to run on the Republican Line for Islip Town Council.

*Copyright © 2017 Islip Town Republican Committee, All rights reserved.*

Want to change how you receive these emails?
ISLIP TOWN REPUBLICAN COMMITTEE GENERAL EMAIL LIST
You can update your preferences or unsubscribe from this list