# EXHIBIT I

## Palm Card

Steve Starlust <stevestarlust@optonline.net>
Mon 7/3/2017, 7:32 PM
To: James O'Connor <joconnor@maroneyoconnorllp.com>; Bill Garbarino <WilliamRGarbarino@hotmail.com>
Cc: Andrew R. Garbarino <andrewrgarbarino@gmail.com>

📎 1 attachments (3 MB)
OConnor Palm 2017_Paragon.pdf;

Jim-

Here's your palm card.

Would like to order Wednesday for fundraiser delivery.

Let me know if ok.

thanx


Steve Starlust
Pres./ CEO

PARAGON Advertising
44 East Main St.
East Islip, NY 11730
631.969.0185
stevestarlust@optonline.net

"*I'm experienced in business with a background in government. I look forward to bringing common sense back to the Town Board and putting Islip residents first.*"

# Elect Jim O'Connor

## ISLIP TOWN COUNCILMAN

O'Connor2017.com

Republican ★ Conservative ★ Reform

Paid for by Friends of Jim O'Connor

FLORES000003481

## Jim O'Connor fundraiser (new media)

**Steve Starlust** <stevestarlust@optonline.net>
Fri 6/30/2017, 7:27 PM
To: Bill Garbarino <WilliamRGarbarino@hotmail.com>; Doug Smith <doug@dougsmith.us>
Cc: Andrew R. Garbarino <andrewrgarbarino@gmail.com>; Jay Bowers <jbowers523@aol.com>

📎 1 attachments (821 KB)
web Fundraiser _ JO'Connor.pdf;

Hi

I've enclosed Jim O'Connor's invite for his fundraiser which will hit in mail tomorrow & Monday.

Enclosed is PDF version for email attachments & jpeg for blasts (Doug).

Enjoy your Holiday.

thanx


Steve Starlust
Pres./ CEO

PARAGON Advertising
44 East Main St.
East Islip, NY 11730
631.969.0185
stevestarlust@optonline.net

FLORES000003482

✯ ✯ ✯ ✯ ✯ ✯ ✯ ✯ ✯ ✯ ✯ ✯ ✯ ✯ ✯ ✯ ✯ ✯ ✯ ✯

*Please join us for a special* Campaign Kick Off *in honor of*

TOWN COUNCIL CANDIDATE

# JIM O'CONNOR

## WEDNESDAY, JULY 12th • 6-8 PM



*Lands' End* 80 BROWNS RIVER RD • SAYVILLE, NY

$100 PER PERSON  ✯  $75 COMMITTEE PERSONS

PLEASE RETURN THE ENCLOSED RSVP BY FRIDAY, JULY 7TH



REPUBLICAN • CONSERVATIVE

✯ ✯ ✯ ✯ ✯ ✯ ✯ ✯ ✯ ✯ ✯ ✯ ✯ ✯ ✯ ✯ ✯ ✯ ✯ ✯

---

TOWN COUNCIL CANDIDATE

# JIM O'CONNOR                                                    *Rsvp*

☐ **Yes,** _____ will attend. Enclosed find a check in the amount of $ _____

☐ **Yes,** I would like to be a Event Sponsor, enclosed is a donation of:

    _____ $250 (Silver sponsor) *includes 2 tickets*
    _____ $500 (Gold sponsor) *includes 4 tickets*
    _____ $1,000 (Platinum sponsor) *includes 10 tickets*

☐ I am unable to attend. Please find my contribution in the amount of $ _____

Name _____

Address _____

City _____ State _____ Zip _____

Tel _____ email _____

Make Checks payable to: Friends of Jim O'Connor

Bring to event or mail to: PO Box 101, Bayport, NY 11705

*Contributions are not tax deductible*

Bergin / O'Connor lawn sign

Steve Starlust <stevestarlust@optonline.net>
Wed 9/27/2017 8 07 PM
To Bill Garbarino <WilliamRGarbarino@hotmail com> Jay Bowers <jbowers523@aol com>
Cc Dominic Lettieri <dom4311@aol com>  Andrew R Garbarino <andrewrgarbarino@gmail com>

Here s the design

250 signs with Frames 16 x 26  would be  $4 59 ea plus delivery & tax

Let me know if it s approved


thanx
Steve Starlust
Pres / CEO

PARAGON Advertising
44 East Main St
East Islip, NY 11730
631 969 0185
stevestarlust@optonline net



https //outlook live com/mail/id/AQMkADAwATY3ZmYAZS05NjQxLTA0ZjUtMDACLTAwCgBGAAAD3j6AbFqe40mcciFYENyN9wcAFiskJjC1vUWA%2B   1/

FLORES000003459

## O'Connor Mail Pieces #1 and #2

James O'Connor <JOConnor@maroneyoconnorllp.com>
Mon 10/16/2017, 2:18 PM
To: williamrgarbarino@hotmail.com <williamrgarbarino@hotmail.com>; Andrew Garbarino <andrewrgarbarino@gmail.com>
Cc: JHB <jbowers523@aol.com>

📎 2 attachments (3 MB)
OConnor_Mailer_2_Final.pdf; OConnor_Malier_1_Final.pdf;

Andrew & Bill –

See attached.

Thanks,

Jim


James P. O'Connor
**MARONEY O'CONNOR LLP**
11 Broadway, Suite 831
New York, NY  10004
212.509.2009 (x102)
Fax: 212.504.2754
E-Mail: joconnor@maroneyoconnorllp.com

FLORES000003456

# HERE IS JIM O'CONNOR

*Candidate for Islip Town Council*

**JIM O'CONNOR IS A REPUBLICAN WHO Wants to Reduce the Size of Government.**

**JIM O'CONNOR IS A CONSERVATIVE WHO Believes in Personal Responsibility.**

**JIM O'CONNOR IS A BUSINESSMAN WHO Stands behind Free Market Enterprise.**

**JIM O'CONNOR IS A HUSBAND & FATHER WHO Has Faith in Traditional Family Values.**

# EXPERIENCE... *Working for You!*

## PLEASE VOTE on NOV. 7th.

REPUBLICAN ✦ CONSERVATIVE ✦ INDEPENDENCE ✦ WOMEN'S EQUALITY

**WHY JIM O'CONNOR? BECAUSE HE'S ONE OF US!**

FLORES000003457

Non-Profit Org.
U.S. Postage
**PAID**
Permit #559
Hicksville, NY

NYRSC • 315 State Street, Albany New York, 12210

PAID FOR BY THE NEW YORK REPUBLICAN STATE COMMITTEE. NOT AT TAXPAYER EXPENSE.

# ELECT JIM O'CONNOR
## ISLIP TOWN COUNCILMAN

### Jim O'Connor — will use his experience to...

* **Cut Taxes** for the Hard-Working Islip Residents.
* **Reduce Wasteful Government Spending.**
* **Bring Additional Common Sense** to the Islip Town Board.
* **Help Streamline Islip Government,** Making It More Efficient.
* **Make Islip A Place Where our Children Can Raise Their Kids.**

*"Please join me in supporting Jim O'Connor... his experience, respect, and common sense will serve our residents well as we strive to maintain our AAA bond rating and continue to improve the quality of life in our Town of Islip."*

— Angie Carpenter, Islip Town Supervisor



*Jim O'Connor is one of us who is experienced in both business and government.* My wife and I have chosen to raise our family in Islip because it is a great community with so much to offer. I hope to earn your trust and vote because I will fight for you to preserve our quality of life in Islip.

 Follow Jim on Facebook

## TUESDAY NOV. 7TH
## ELECT JIM O'CONNOR

REPUBLICAN • CONSERVATIVE • INDEPENDENCE • WOMEN'S EQUALITY

FLORES000003458

## Island Hills revised

**Steve Starlust** <stevestarlust@optonline.net>
Tue 10/31/2017, 12:44 PM
To: Andrew R. Garbarino <andrewrgarbarino@gmail.com>
Cc: Bill Garbarino <WilliamRGarbarino@hotmail.com>





Steve Starlust

Pres./ CEO

PARAGON Advertising
44 East Main St.
East Islip, NY 11730
631.969.0185
stevestarlust@optonline.net

FLORES000003453