# EXHIBIT J

Subscribe        Past Issues                                                                                          Transl

Committee Member, our elected officials need your support!          View this email in your browser





# Fighting for Long Island

Dear Committee Member,

I just wanted to make sure you received an invitation to our upcoming fundraiser. Please join the Islip Town Republican Committee on Wednesday, October 12th -- at the special Committee price of $75 per person -- as we honor our 2016 candidates.

We need your support to ensure that our great state and federal elected officials win in November so they can go back down to Washington and up to Albany to keep **fighting for Long Island!**

Thank you for all that you are doing to help. Hope to see you there.

Respectfully,

**Bill Garbarino**

Chairman William R. Garbarino
Islip Town Republican Committee

FLORES000003648

Subscribe    Past Issues    Transl



## ISLIP TOWN REPUBLICAN COMMITTEE

WILLIAM R. GARBARINO · CHAIRMAN

*INVITES YOU TO JOIN US FOR*

# A SALUTE TO GREATNESS

### SALUTING
### OUR 2016 REPUBLICAN CANDIDATES

★

### RECOGNIZING OUR
### FEDERAL, STATE, COUNTY & TOWN ELECTED OFFICIALS

# WEDNESDAY OCTOBER 12th
# 6-8PM

## Captain Bill's Restaurant

### 122 Ocean Avenue • Bay Shore
### $125 per person

Committee People ★ Zone Leaders ★ Government Employees
$75 per person

*Sponsorships Available*

★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★

### JOIN US TO SUPPORT YOUR 2016 REPUBLICAN CANDIDATES

UNITED STATES CONGRESSMEN
**PETER KING ★ LEE ZELDIN**

NY STATE SENATORS
**PHIL BOYLE ★ TOM CROCI**

NY STATE ASSEMBLYMEN
**ANDREW GARBARINO ★ AL GRAF**

FLORES000003649

Case 2:18-cv-03549-GRB-ST   Document 48-9   Filed 03/01/19   Page 4 of 71 PageID #: 1473

**Subscribe**    **Past Issues**    **Transl**

Please join us for the November Meeting of the Bay
Shore/Brightwaters Republican Club.    View this email in your browser





# Bay Shore/Brightwaters Republican Club
# Meeting Tonight at 6pm at Islip HQ

Dear Fellow Committee Member,

The next meeting of the Bay Shore Brightwaters Republican Club is TONIGHT,
Tuesday November 15th.

The refreshments at 6pm and the meeting at 6:30pm. Councilman Steve
Flotteron will be our guest speaker and will be updating on on the Town of Islip
and of course we will be celebrating the BIG, I mean HUGE win for President
elect Trump.  It is going to be GREAT!

***Brett Roberts***

Bay Shore/Brightwaters Republican Club

FLORES000003633

Bay Shore/Brightwaters Republican Club Me...  ; Tonight          https://us14.cam     n-archive.com/?e=[UNIQID]&u=a9bf4a6a...

Subscribe     Past Issues                                                          Transl

# Bay Shore/Brightwaters Republican Club

### Tuesday, November 15th at Islip Republican HQ

### 39 Third Avenue, Bay Shore, NY

### 6:00 pm  Refreshments & Networking

### 6:30 pm Meeting Begins



### Please join us for discussion
### with Councilman Steve Flotteron.
### We will be discussing various local
### issues as well as the historic election results.

### Everyone is welcome, bring your
### friends and neighbors.

*Pease join us for a fun, informative evening.*



  

1/2/2019, 11:46 AM

FLORES000003634

Case 2:18-cv-03549-GRB-ST   Document 48-9   Filed 03/01/19   Page 6 of 71 PageID #: 1475

Subscribe     Past Issues                      Transl

Weekly Events List from the Islip Republican Committee.     <u>View this email in your browser</u>





# Islip GOP Events for the Week of Monday, Dec 12 - Sunday, Dec 18

Dear Friend,

Enclosed please find a weekly event listing from the Islip Town Republican Committee. Going forward a weekly email will be sent out listing out events from the Islip Republican Committee, fundraisers for our elected officials and candidates, as well as dates and times from the meeting of our many Republican Clubs across the Town of Islip.

Respectfully,

**Bill Garbarino**

Chairman William R. Garbarino
Islip Town Republican Committee

---

# Tuesday, December 13, 2016
## The Bay Shore-Brightwaters Republican Club Holiday Happy Hour
"Please join us on Tuesday, December 13th at Verde Kitchen & Cocktails at 70 East Main Street in Bay Shore for a Holiday Happy Hour from 5:30 to 7pm

FLORES000003630

tacos & quesadillas." - Brett Roberts, Club President

# Wednesday, December 14, 2016
## Fundraiser Supporting Islip Town Councilman Steve Flotteron

Support Islip Town Councilman Steve Flotteron at his fundraiser at the Victorian Room at 36 W. Main Street, Bay Shore from 6:00pm - 8:00pm. Tickets are $75 per person with a discounted rate of $50 for Committee Members. Make all checks payable to "Friends of Steven J. Flotteron"

FLORES000003631

Subscribe    Past Issues    Transl



*You're Invited To The*

# *Holiday Fundraiser*

### *Honoring*

### *Councilman*
## *Steven J. Flotteron*

## *December 14, 2016*
## *6:00 pm to 8:00 pm*

*The Victorian Room*
36 W Main St. • Bay Shore, NY 11706



*Thank You!*

**Suggested Donation: $75**
*(committee members & workers: $50)*

**Friend: $250        Sponsor: $500        VIP: $1,000**

☐ *Yes! I/We would like to attend.* (*Number attending:* ____)

☐ *Donation $75 (committee members/workers: $50)* ☐ *Friend $250* ☐ *Sponsor $500* ☐ *VIP $1,000* ☐ *Other $_____*

☐ *No, I/We are unable to attend, but enclosed please find my/our contribution of $_____.*

*Name_____*

*Address_____*

*City_____ State_____ Zip Code_____*

*Phone_____ E-mail_____*

*Please make checks payable to:* **Friends of Steven J. Flotteron**
Contributions are not tax deductible for income tax purposes.
P.O. Box 5668 Bay Shore, NY 11706 • Call Debbie For Inquiries - 631-553-9239

12:16

  

FLORES000003632

Case 2:18-cv-03549-GRB-ST   Document 48-9   Filed 03/01/19   Page 9 of 71 PageID #: 1478

Subscribe    Past Issues    Transl

Weekly Events List from the Islip Republican Committee.    View this email in your browser





# Islip GOP Events for the Week of
# Monday, Feb 13th - Sunday, Feb 19th

## Wednesday, February 15, 2017
### South Shore Republican Club - February Meeting
**7:00pm at Islip Republican HQ, 39 Third Avenue, Bay Shore**
"Come on down for a night of pizza and politics as Councilman Steve Flotteron
swears in the 2017 Board." - *Anna Cilmi, President*

## Thursday, February 16, 2017
### Councilwoman Trish Bergin Weichbrodt's 2017 Campaign Kickoff!
**6pm - 8pm at Shandon Court, 115 East Main Street, East Islip**
Your support at Islip Town Councilwoman Trish Bergin Weichbrodt's 2017
Campaign Kickoff Fundraiser is critical to ensuring we continue to move the
town forward on behalf of all Islip Taxpayers. Please join us.

FLORES000003615

Subscribe    Past Issues        Transl



## Thursday, February 16, 2017

**Suffolk County Young Republicans Meeting**

**7:00pm at Flanagans Pub, 451 Hawkins Avenue, Lake Ronkonkoma**

"Join us for the February Meeting of the Suffolk County Young Republicans! All

FLORES000003616

Subscribe    Past Issues    Transl

*- Lindsay Blaszcyk, President*



  

Copyright © 2017 Islip Town Republican Committee, All rights reserved.

Want to change how you receive these emails?
ISLIP TOWN REPUBLICAN COMMITTEE GENERAL EMAIL LIST
You can update your preferences or unsubscribe from this list



FLORES000003617

Subscribe     Past Issues                       Transl

Committee Member, help us keep the momentum going in 2017!      <u>View this email in your browser</u>





## Let's Keep the Momentum Going!

Dear Committee Member,

After President Donald Trump's stunning election victory and record numbers across the Town of Islip, I am happy to report we are entering the 2017 election year with tremendous momentum leading up to our Town and County races this year!

I would therefore invite you to join us for the **2017 Campaign Kickoff event for Councilwoman Trish Bergin-Weichbrodt.**

Trish was elected in 2009, a time -- I'm sure you remember well -- where the Democrats controlled nearly every elected position across Islip Town. Thanks to your hard work, we won big that year which has helped to propel us to where we are today.

This year your support is **even more critical** to ensure that Supervisor Angie Carpenter continues to have a strong Republican majority, to keep delivering results for Islip taxpayers.

Below, please find the details for her upcoming event on **February 16th from 6-8pm at Shandon Court in East Islip** at the special Committee Member price

FLORES000003621

**Subscribe**      **Past Issues**                                                              **Transl**

Respectfully,

*Bill Garbarino*

William R. Garbarino, Chairman
Islip Town Republican Committee

FLORES000003622

Tremendous Momentum!                                https://us14.cam...aa-archive.com?e=[UNIQID]&u=a9bf4a6a...

Subscribe      Past Issues                                                          Transl

Please Join:

**BILL Garbarino**
Islip Republican Chairman

**Frank MacKay**
NYS Independence Chairman

**John Flynn**
Islip Conservative Chairman

to re-elect
Islip Councilwoman
*Trish Bergin Weichbrodt*
6pm-8pm
**Thursday February 16, 2017**
Shandon Court
115 East Main Street
East Islip, NY

I will be attending.  #Guests _____ @  $125.00 pp.  $75.00 for workers & volunteers

I will not be attending, and wish to contribute anyway

GOLD SPONSOR $1,000.00
SILVER SPONSOR $500.00
BRONZE SPONSOR $250.00

Please make checks payable to:
Friends for Trish Bergin
PO Box 405 East Islip, NY 11730

Paid for by: Friends for Trish Bergin. Donations are not tax deductible

  

FLORES000003623

Subscribe | Past Issues

Transl

Friend, join us in honoring strong Republican Leadership from the White House to Town Hall!

View this email in your browser

# ISLIP REPUBLICAN COMMITTEE



## Thursday Night

Dear Friend,

This Thursday April 6th we will be holding our United We Stand Spring Fundraiser in honor of strong and successful Republican leadership from the White House to Town Hall.

Below please find details for the event which will be held at the **Irish Coffee Pub at 131 Carleton Avenue in East Islip** on **Thursday April 6th from 6-8pm.**

Hope to see you there!

Respectfully,

***Bill Garbarino***

William R. Garbarino, Chairman
Islip Town Republican Committee

FLORES000003608



FLORES000003609

Subscribe        Past Issues

Transl

  

*Copyright © 2017 Islip Town Republican Committee, All rights reserved.*

Want to change how you receive these emails?
ISLIP TOWN REPUBLICAN COMMITTEE EMAIL LIST
You can update your preferences or unsubscribe from this list



FLORES000003610



FLORES000003489

## Fw: Invite

**William Garbarino**
Tue 2/14/2017, 3:09 PM
**To:** James Bowers <jbowers523@aol.com>

📎 1 attachments (2 MB)
ITRC invite_PARAGON.pdf;

**WILLIAM R. GARBARINO, ESQ.**
The Law Offices of William R. Garbarino
40 Main Street
Sayville, NY 11782
(631) 563-4411 (o)
(631) 563-4435 (f)

**CONFIDENTIALITY NOTICE; ATTORNEY WORK PRODUCT; DO NOT FORWARD WITHOUT PERMISSION**

The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain information that is privileged, confidential and exempt from disclosure under applicable law. Unintended transmission shall NOT constitute a waiver of the attorney/client privilege or any other privilege. If the reader of this message is not the intended recipient, you are hereby notified that any review, retransmission, conversion to hard copy, copying, reproduction, circulation, publication, dissemination or other use of, or taking of any action, or omission to take action, in reliance upon this communication by persons or entities other than the intended recipient is expressly prohibited. If you have received this communication in error, please notify us immediately by telephone at (631) 563-4411, and delete the message and any material attached thereto from any computer, disk drive, diskette, or other storage device or media. Thank you.

---

**From:** Steve Starlust <stevestarlust@optonline.net>
**Sent:** Saturday, February 11, 2017 12:41 PM
**To:** Bill Garbarino
**Cc:** Andrew R. Garbarino
**Subject:** Invite

Hi Bill

Want to do back that has the White House & Trump / Pence image that says

UNITED WE STAND  A Tribute to Successful Republican Leadership.

front says Islip Leadership.

(can be ready Monday)

What's your feedback?

need date & place.

Angie's having a fundraiser on the 8th.

FLORES000003490

. Making a fundraiser for Judge Morris for March 30th at Lily Flanigans

Talk soon.


Steve Starlust
Pres./ CEO

PARAGON Advertising
44 East Main St.
East Islip, NY 11730
631.969.0185
stevestarlust@optonline.net

FLORES000003491

South Shore Republican Club & Screening! https://mailchi '901daee30700/south-shore-republican-club-s

Weekly Events List from the Islip Republican Committee.          <u>View this email in your browser</u>





# Islip GOP Events for the Week of
# Monday, April 17th - Sunday, April 23rd

## Wednesday, April 19, 2017
### South Shore Republican Club Meeting Mixer!
**7:00pm at Maxwell's 501 Main Street, Islip**
"The South Shore Republican Club will be meeting this Wednesday and Board of Elections Commissioner Nick LaLota will share stats on the Presidential, County, and Islip Races. Please join us for a fun, relaxing, and informative night! Bring a Friend!" - *Anna Cilmi, President*

## Saturday, April 22, 2017
### Screening for Islip Town Council Candidates
**10:00am at Islip Town Republican HQ, 39 Third Ave, Bay Shore**
Attention All Islip Town Republican Committee Members! Join us for the screening for Islip Town Council Candidates. Your input and feedback is always valued when it comes time to select the candidates that we nominate. Join us at 10:00am and bring your questions for those looking to run on the Republican Line for Islip Town Council.

1/2/2019, 12:07 PM

FLORES000003744

**Subscribe**    **Past Issues**    Transl

  

*Copyright © 2017 Islip Town Republican Committee, All rights reserved.*

Want to change how you receive these emails?
ISLIP TOWN REPUBLICAN COMMITTEE GENERAL EMAIL LIST
You can update your preferences or unsubscribe from this list



.                                              .

FLORES000003745

Subscribe    Past Issues    Transl

Kick off the Summer with the Islip Town Republican Committee!    View this email in your browser



# REPUBLICAN COMMITTEE

# Islip GOP Weekly
# Monday, June 26th - Sunday, July 2nd

## Tuesday, June 27, 2017
### Bay Shore-Brightwaters Republican Club June Meeting
### 6pm - Islip Republican Headquarters, 39 Third Avenue, Bay Shore
"Join us for our monthly meeting. 6:00pm Refreshments, Meeting begins at 6:30pm, at this important meeting we are kicking off the election campaign season. Our speaker will be Jim O'Connor, candidate for Islip Town Council. Please come and bring your friends and family." - Brett Roberts, President

## Tuesday, June 27, 2017
### Assemblyman Andrew Garbarino's Craft Beer & Wine Festival!
### 6pm - 8pm - Land's End, 80 Brown's River Road, Sayville
Join us for Assemblyman Andrew Garbarino's 5th Annual Craft Beer & Wine Festival! $100 per person, Beer, Wine & Food. Casual Attire. Sponsorships Available!

FLORES000003597

Subscribe     Past Issues                                        Transl

# NYS Assemblyman Andrew R. Garbarino

Tuesday, June 27, 2017
6 - 8pm

### Land's End
80 Brown's River Road, Sayville NY 11782

**$100.00 Suggested Donation**
*Sponsorships Available

CASUAL ATTIRE

FOOD, BEER, WINE

  

Please make checks payable to:
Friends of Andrew Garbarino
PO BOX 101
Bayport, NY 11705
for more information, please call (631) 747-4262

__Yes, I will be able to attend. ___ tickets X $100 = ____ enclosed.
__No, I will not be able to attend, but would like to make a contribution of $___ enclosed.

SPONSORSHIPS

NAME: _____     ____$1,500 "IPA" Sponsor (7 Tickets)
COMPANY: _____     ____$1,000 "WHEAT" Sponsor (5 Tickets)
E-MAIL: _____     ____$500 "STOUT" Sponsor (2 Ticket)
                                          ____$250 "LAGER" Sponsor (1 Ticket)

Please make checks payable to: Friends of Andrew Garbarino
Political contributions are not tax deductible

  

Copyright © 2017 Islip Town Republican Committee, All rights reserved.

FLORES000003598

Case 2:18-cv-03549-GRB-ST    Document 48-9    Filed 03/01/19    Page 25 of 71 PageID #: 1494

**Subscribe**     **Past Issues**                                                      **Transl**

Support Jim O'Connor for Islip Town Council!              <u>View this email in your browser</u>





Dear Friend,

Please join us on tonight, **Wednesday, July 12th from 6:00pm - 8:00pm** at **Land's End in Sayville** to Kickoff **Jim O'Connor's campaign for Islip Town Council.**

It is critical that we work as hard as we can to send Jim O'Connor to the Islip Town Board. I know Jim will be an unyielding advocate for all Islip residents and taxpayers. Please join us at this important event!

Respectfully,

*Bill Garbarino*

William R. Garbarino, Chairman
Islip Town Republican Committee

---

1/2/2019, 12:24 PM

FLORES000003578

Case 2:18-cv-03549-GRB-ST   Document 48-9   Filed 03/01/19   Page 26 of 71   PageID #: 1405

*Please join us for a special* **Campaign Kick Off** *in honor of*

TOWN COUNCIL CANDIDATE

# JIM O'CONNOR



## WEDNESDAY, JULY 12th • 6–8PM

*Lands End* 80 BROWNS RIVER RD. - SAYVILLE, NY



$100 PER PERSON ★ $75 COMMITTEE PERSONS
PLEASE RETURN THE ENCLOSED RSVP BY FRIDAY, JULY 7TH

REPUBLICAN ▸ CONSERVATIVE

★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★

# JIM O'CONNOR                                    *Rsvp*

☐ **Yes,** _____ will attend. Enclosed find a check in the amount of $_____

☐ **Yes,** I would like to be a Event Sponsor, enclosed is a donation of:
  _____ $250 (Silver sponsor) *includes 2 tickets*
  _____ $500 (Gold sponsor) *includes 5 tickets*
  _____ $1,000 (Platinum sponsor) *includes 10 tickets*

  I am unable to attend. Please find my contribution in the amount of $_____

Name_____

Address_____

City_____ State_____ Zip_____

Tel_____ email_____

Make Checks payable to: Friends of Jim O'Connor
Bring to event or mail to: PO Box 101, Bayport, NY 11705

Contributions are not tax deductible

  

FLORES000003579

## This Week: Help Us Take Back the County!

Chairman Bill Garbarino <chairman@islip.gop>
Mon 7/24/2017, 12:19 PM
To: Bill <williamrgarbarino@hotmail.com>

*Your Islip Republican Weekly Events!*                    View this email in your browser



## Monday, July 24th - Sunday, July 30th

## Tuesday, July 25, 2017
### Steve Flotteron For Legislator Fundraiser
**6pm - 8pm @ Fatfish Wine Bar & Bistro, 28 Cottage Ave, Bay Shore**
"Join us as we support our very own Islip Town Councilman Steve Flotteron in his race to become our next Suffolk County Legislator! Tickets are $75 each, $50 for Committeemen & Volunteers! Join us!" - *Chairman Bill Garbarino*

FLORES000003471

1/2/2019                                    Mail - William Garbarino - Outloo



## Tuesday, July 25, 2017
### Doug King for Suffolk County Legislator Campaign Kickoff - Believe!
7pm - 9pm @ Knights of Columbus, 1341 5th Avenue, Bay Shore

"Join us in support of Community Leader Doug King in his race for Suffolk County Legislator. Doug is a man of integrity and he will bring strong ethical leadership back to the 9th district! Tickets are $75 per person and $50 for Committee Members & Volunteers. Join us!" - *Chairman Bill Garbarino*

FLORES000003472



## Wednesday, July 26, 2017
### An Evening with Anthony Piccirillo
**6pm - 8pm @ Mannino's Restaurant, 1575 Montauk Highway, Oakdale**
"Join us in support of Anthony Piccirillo for Suffolk County Legislator! This year
is our opportunity to take back the 8th Legislative District with an individual that
will fight day in and day out for the best interests and people of this community.
Please join us at this important event!" - *Chairman Bill Garbarino*

FLORES000003473



## Friday, July 28, 2017
### Emergency Blood Drive hosted by Senator Tom Croci!
**2pm - 8pm @ Brentwood Legion Ambulance, 23 Third Ave, Brentwood**
"This summer blood donations are critically low leading to an emergency blood shortage. Our community hospitals are desperate for our help. That is why I am hosting an Emergency Blood Drive on Friday, July 28, 2017 at the Brentwood Legion Ambulance Company." - NYS Senator Tom Croci

FLORES000003474

# Brentwood Legion Ambulance
# Senator Tom Croci
# Community Blood Drive



## Date: Friday, July 28, 2017
## Time: 2:00pm to 8:00pm
## Place: Brentwood Legion Ambulance
## 29 Third Avenue, Brentwood

### ALL DONORS WILL RECEIVE A PAIR OF METS
### TICKETS TO A 2017 HOME GAME
(Voucher will be emailed to donor)

Your donation will help to save up to THREE lives.

Our community hospitals need your help.

Please share this lifesaving gift!

Thank you for caring!



**Eligibility Criteria:**
- Bring ID with signature or photo.
- Minimum weight 110 lbs.
- Age 16 – 75 (16 year olds must have parental permission.
-  Age 76 and over need doctor's note)
- Eat well (low fat) & drink fluids
- No tattoos for past 12 months

For questions concerning medical eligibility call 1-800-688-0900.

For more information or
to make an appointment
please contact: Doreen at 516-478-5031

**Long Island** *Blood Services*

  

*Copyright © 2017 Islip Town Republican Committee, All rights reserved*

You are receiving this email because you are a Committee Member of the Islip Town Republican
Committee.

**Our mailing address is:**

FLORES000003475

Islip Town Republican Committee
39 Third Avenue
Bay Shore, NY 11706

Add us to your address book

Want to change how you receive these emails?
Islip Town Republican Committee Email List
You can update your preferences or unsubscribe from this list



FLORES000003476

## This Week: Support Doug King for Legislator

Chairman Bill Garbarino <chairman@islip.gop>
Mon 8/28/2017, 3:04 PM
**To:** williamrgarbarino@hotmail.com <williamrgarbarino@hotmail.com>

*Your Islip Republican Weekly Events!*                    View this email in your browser



## Monday, August 28th - Sunday, September 3rd

## Tuesday, August 29, 2017
**Doug King for Suffolk County Legislator Fundraiser**
**6pm - 8pm @ American Legion Hall, 198 First Street, Brentwood**
This is the year that we are going to take back the 9th Legislative District with
our great candidate Doug King! Join us as we support Doug King's campaign.
$75 per person, with a special discounted rate of $50 for Committee Members.

FLORES000003683



  

FLORES000003684

*Copyright © 2017 Islip Town Republican Committee, All rights reserved.*
You are receiving this email because you are a Committee Member of the Islip Town Republican
Committee.

**Our mailing address is:**
Islip Town Republican Committee
39 Third Avenue
Bay Shore, NY 11706

Add us to your address book


Want to change how you receive these emails?
Islip Town Republican Committee Email List
You can update your preferences or unsubscribe from this list



FLORES000003685

*Your Islip Republican Weekly Events!*                    View this email in your browser



## Monday, Sept. 4th - Tuesday, Sept. 12th

## Thursday, September 7, 2017

### Councilwoman Trish Bergin-Weichbrodt Fundraiser

**6pm - 8pm @ Snapper Inn, 500 Shore Drive, Oakdale**

Join us in support of Councilwoman Trish Bergin-Weichbrodt. She is a proven
leader in our town and has been a strong fighter and voice for Islip Taxpayers.

FLORES000003572

Tuesday September 12th Republican Primary Election! Join us as we discuss
our Get Out the Vote Efforts. As always, new members welcome! - President
John Coughlin

## Saturday, September 9, 2017
### GET OUT THE VOTE for PRIMARY DAY
**9:30am @ Islip Republican Headquarters, 39 Third Avenue, Bay Shore**
**CALLING ALL VOLUNTEERS & COMMITTEE MEMBERS!** Join us as we
hold one last push for the Republican Primary Election on Tuesday September
12th. We will be hitting small numbers of doors with election material ahead of
the election. Please give us just a few hours of your time this weekend.

## Tuesday, September 12, 2017
### REPUBLICAN PRIMARY DAY
**6am - 9pm @ Your Regular Polling Place**
Please vote in the Countywide Republican Primary  for New York State Senator
Phil Boyle for Suffolk County Sheriff & (for 11th Legislative District Residents)
Islip Councilman Steve Flotteron for Suffolk County Legislator!

  

Copyright © 2017 Islip Town Republican Committee, All rights reserved.

Want to change how you receive these emails?
Islip Town Republican Committee Email List
You can update your preferences or unsubscribe from this list



FLORES000003573

Subscribe    Past Issues                                                    Transl

*Your Islip Republican Weekly Events!*                    View this email in your browser



## Monday, Sept. 18th - Sunday, Sept. 24th

## Monday, September 18, 2017
### Jim O'Connor for Islip Town Council Fundraiser
**6pm - 8pm @ Captain Bill's, 122 Ocean Ave. Bay Shore**
Join us in support of Jim O'Connor for Islip Town Council. He is a proven leader in business and will bring another strong voice for Islip Taxpayers to the Town.

FLORES000003559

Case 2:18-cv-05549-GRB-ST   Document 48-9   Filed 03/01/19   Page 39 of 71 PageID #: 1508

Subscribe    Past Issues    Transl

ISLIP TOWN SUPERVISOR
# ANGIE CARPENTER

CORDIALLY INVITES YOU TO SUPPORT

# JIM O'CONNOR
CANDIDATE FOR ISLIP TOWN BOARD

## MONDAY, SEPTEMBER 18, 2017

### COCKTAILS & BUFFET
6:00 PM TO 8:00 PM

### CAPT. BILL'S
122 OCEAN AVENUE, BAY SHORE, NY 11706
(631) 665-6262

## SPONSORSHIPS AVAILABLE

FOR MORE INFORMATION EMAIL
OCONNORFORISLIP@GMAIL.COM

$150 PER PERSON

**Monday, September 18, 2017**

FLORES000003560

Subscribe          Past Issues                                                              Transl

**Doors Open 7:30pm - Kickoff 8:30pm @ 381 Ocean Avenue, Islip**

Join us for a Monday Night Football Campaign Fundraiser in support of Ray
Perini for Suffolk County District Attorney.



Please join

# RAY PERINI

FOR SUFFOLK COUNTY DISTRICT ATTORNEY

**For a Monday Night Football Fundraiser**



# GIANTS VS LIONS

Monday, September 18th, 2017
Doors Open 7:30pm
Kickoff 8:30pm

**381 Ocean Avenue, Islip New York 11751**

**18ft Screen!!**

Pub Food, Wings, Beer, Wine, Soda
Indoor Pool bring a bathing suit and towel



$150 Suggested Donation
$100 Committeemen Price/ First Responders/ Veterans
**Sponsorships Available:**
$500 Safety,
$1,500 Interception,
$2,500 Sack,
$5,000 Field Goal,
$10,000 Touchdown
For more information or to RSVP please contact:
DawnMarie at (631) 562-8230 or at info.a.friendsofrayperini.org
Checks Payable to Friends of Ray Perini P.O. Box 5444 Hauppauge, NY 11788

# Wednesday, September 20, 2017

FLORES000003561

Case 2:18-cv-08549-GRB-ST   Document 48-9   Filed 03/01/19   Page 41 of 71 PageID #: 1310

**Subscribe**    **Past Issues**                                                    **Transl**

**7pm @ Islip Republican Headquarters, 39 Third Avenue, Bay Shore**
"Join us Wednesday, September 20th for a meeting of the South Shore
Republican Club.  Come meet our November 2017 candidates. Come on down
for a night of wine & cheese, and politics. Bring a friend!"
- Anna Cilmi, President

Candidates that will be attending:

**Tom Cilmi** - Legislator 10th LD
**Steve Flotteron** - Legislator 11th LD
**Doug King** - Legislator 9th LD
**Anthony Piccirillo** - Legislator 8th LD
**Jim O'Connor** - Islip Town Council
**Trish Bergin-Weichbrodt** - Islip Town Council

## Thursday, September 21, 2017
### Suffolk County Young Republicans Monthly Meeting
### 7pm - 9pm @ Flanagan's Pub, 451 Hawkins Ave, Lake Ronkonkoma
"Join us for the September Meeting of the Suffolk County Young Republicans!
Our Republicnan  Suffolk County District Attorney Candidate Ray Perini will be
our guest speaker. We will also be discussing the upcoming November
election. New members always welcome!" - Lindsay Blasyck, President

  

*Copyright © 2017 Islip Town Republican Committee, All rights reserved.*

Want to change how you receive these emails?
Islip Town Republican Committee Email List
You can update your preferences or unsubscribe from this list

1/2/2019, 12:34 PM

FLORES000003562

Case 2:18-cv-03549-GRB-ST   Document 48-9   Filed 03/01/19   Page 42 of 71 PageID #: 1511

**Subscribe**   **Past Issues**                                            **Transl**

*Your Islip Republican Weekly Events!*                    View this email in your browser



## Monday, Sept. 25th - Sunday, Oct. 1st

# Tuesday, September 26, 2017
## Islip Town Republican Committee Fundraiser
**6pm - 8pm @ Captain Bill's, 122 Ocean Ave. Bay Shore**
Join us for the Islip Town Republican Committee "Campaign Kick-Off" Event
featuring all of our Republican Candidates for public office! Details below.

*(Bay Shore-Brightwaters Republican Club Meeting cancelled to give members
an opportunity to attend this event - next meeting will be October 24th)*

FLORES000003552

Case 2:18-cv-03549-GRB-ST   Document 48-9   Filed 03/01/19   Page 43 of 71 PageID #: 1512

**Subscribe**     **Past Issues**                                                    **Transl**



CHAIRMAN WILLIAM R. GARBARINO AND
THE ISLIP TOWN REPUBLICAN COMMITTEE
CORDIALLY INVITE YOU TO OUR

# "CAMPAIGN KICK-OFF"

FEATURING OUR REPUBLICAN CANDIDATES FOR
SUFFOLK COUNTY SHERIFF
SUFFOLK COUNTY DISTRICT ATTORNEY
SUFFOLK COUNTY LEGISLATURE
ISLIP TOWN COUNCIL
DISTRICT COURT JUDGE

TUESDAY, SEPTEMBER 26, 2017
COCKTAILS AND BUFFET
6PM - 8PM
CAPTAIN BILL'S
122 OCEAN AVENUE, BAY SHORE, NY 11706
$150 PER PERSON
$100 PER COMMITTEE PERSONS/GOVERNMENT EMPLOYEES
SPONSORSHIPS AVAILABLE
PLEASE RSVP BY SEPTEMBER 22
FOR MORE INFORMATION CALL (631) 665-5532





CHAIRMAN WILLIAM R. GARBARINO &
THE ISLIP TOWN REPUBLICAN COMMITTEE

FLORES000003553

Case 2:18-cv-03549-GRB-ST   Document 48-9   Filed 03/01/19   Page 44 of 71 PageID #: 1513

**Subscribe      Past Issues**

Transl

# Thursday, September 28, 2017
## Suffolk County Comptroller John Kennedy "Nine & Dine" Golf Outing

**3pm - 9pm @ Willow Creek Golf Club, 1 Clubhouse Dr, Mount Sinai**

Join Suffolk County Comptroller John M. Kennedy Jr. for the Nine & Dine Invitational Golf Outing and Dinner. A silent auction with signed sports memorabilia from your favorite athletes and sports teams will be held with 100% proceeds going to the 911 Responders Remembered Park.

Tickets & Details: http://www.johnmkennedyjr.com/Golf2017



*Copyright © 2017 Islip Town Republican Committee, All rights reserved.*

Want to change how you receive these emails?
Islip Town Republican Committee Email List
You can update your preferences or unsubscribe from this list

1/2/2019, 12:37 PM

FLORES000003554

Case 2:18-cv-03549-GRB-ST   Document 48-9   Filed 03/01/19   Page 45 of 71 PageID #: 1514

**Subscribe**    **Past Issues**                                                          **Transl**

*Your Islip Republican Weekly Events!*          View this email in your browser



# Monday, Oct 2nd - Sunday, Oct 8th

## Monday, October 2, 2017

### East End Republican Club Meeting - Meet the Candidates Night

**7pm @ Sayville Republican Club Bldg, 80 N. Main Street, Sayville**

"It's coming to the home stretch in this election cycle and we have a great opportunity to capture both the District Attorney & Sheriff's offices this year among other races. Join us to meet all of your Republican Candidates! Come on down, support the club, and the candidates! Refreshments will be served. Bring some friends... the more the merrier!" - *John Coughlin, President*

## Wednesday, October 4, 2017

### Friends of Anthony Piccirillo Pig Roast

**6 - 9pm @ Sayville Republican Club Bldg, 80 N. Main Street, Sayville**

Join us in support of Anthony Piccirillo for Suffolk County Legislator. Join us for a great night of food, music, and fun as we approach the last days of the 2017 campaign season. Details below.

FLORES000003544

Case 2:18-cv-03549-GRB-ST   Document 48-9   Filed 03/01/19   Page 46 of 71 PageID #: 1515



## *Upcoming Events on the Horizon...*

## Wednesday, October 11, 2017
**Pre-Election Feast Fundraiser supporting Ray Perini for District Attorney**
**5:30 - 8pm @ Tango Argentinian Steakhouse, 99 W Suffolk Ave, Central Islip**
Please Join Ray Perini for a Pre-Election Feast  Fundraiser to help put him over
the top in the Race for District Attorney. For more information or to RSVP
please contact DawnMarie (631)562-8230 or at info@friendsofrayperini.org

FLORES000003545

Case 2:18-cv-03549-GRB-ST   Document 48-9   Filed 03/01/19   Page 47 of 71 PageID #: 1516

**Subscribe**      **Past Issues**                                          **Transl**

# You Are Cordially Invited To Attend a Pre-election FEAST

# RAY PERINI

## FOR SUFFOLK COUNTY DISTRICT ATTORNEY

Wednesday October 11th, 2017
5:30pm – 8:00pm

## Tango Argentinian Steakhouse

99 W Suffolk Avenue
Central Islip, NY 11722

\* \* \*

Suggested Donations $175
GOP Committee People, Veterans, CO's,
Deputy Sheriffs, Police, EMS and Fire Suggested Donation$100

Sponsorships Available:

$1,000 Bronze, $2,500 Silver, $5,000 Gold, $10,000 Platinum

For more information or to RSVP please contact:
DawnMarie at (631) 562-8230 or at info@friendsofrayperini.org
**LET'S PUT RAY OVER THE TOP!**

Paid for by Friends of Ray Perini
friendsofrayperini.org facebook.com/RAYPERINIFORSUFFOLKDISTRICTATTORNEY

---

# Thursday, October 12, 2017
## "Homestretch" Fundraiser Supporting Steve Flotteron
### 6 - 8pm @ Captain Bill's, 122 Ocean Avenue, Bay Shore

FLORES000003546

Case 2:18-cv-03549-GRB-ST   Document 48-9   Filed 03/01/19   Page 48 of 71 PageID #: 1517

**Subscribe**     **Past Issues**                                                           **Transl**

Steve was victorious in his Primary Election, now we need to bring his campaign home! Join us for this important event. Details Below.



## SPONSORSHIP OPPORTUNITIES

For more info contact:
Debbie at 631.553.9239

☐ **GOLD SPONSOR** $2,500 *(Includes 12 tickets)*     ☐ **SILVER SPONSOR** $1,000 *(Includes 5 tickets)*
☐ **BRONZE SPONSOR** $500 *(Includes 2 tickets)*     ☐ **TICKETS:** $125 *(Committeeperson & Volunteers $75)*
☐ **YES, I'll be at the Event;** Enclosed is $_____ for _____ tickets.
☐ **I'M UNABLE TO ATTEND,** but would like to contribute $_____

Amount Enclosed $ _____

Name _____ Company _____

Address _____

City _____ State _____ Zip _____

Business Phone _____ Home Phone _____

Email _____

**Please make checks payable to: Friends of Steve Flotteron**    Return to: PO Box 5668, Bay Shore, NY 11706
PLEASE BE ADVISED THAT POLITICAL CONTRIBUTIONS ARE NOT TAX DEDUCTIBLE FOR FEDERAL INCOME TAX PURPOSES.

FLORES000003547

Case 2:18-cv-03549-GRB-ST   Document 48-9   Filed 03/01/19   Page 49 of 71 PageID #: 1518

**Subscribe**      **Past Issues**                                              **Transl**

*Your Islip Republican Weekly Events!*                    View this email in your browser



# Monday, Oct 23rd- Sunday, Oct 29th

## Tuesday, October 24, 2017
### Bay Shore - Brightwaters Republican Club
### 6pm @ Islip Republican HQ, 39 Third Ave, Bay Shore

"Join us for our Meet the Candidates Night! Everyone is invited to attend, bring your
relatives and friends, and think of good questions for all of the candidates"

*- Brett Roberts, President*

FLORES000003535

Case 2:18-cv-03549-GRB-ST   Document 48-9   Filed 03/01/19   Page 50 of 71 PageID #: 1519

Subscribe        Past Issues                                          Transl

# Bay Shore/Brightwaters Republican Club
# MEET THE CANDIDATES NIGHT
### Tuesday, October 24th at Islip Republican HQ
### 39 Third Avenue, Bay Shore, NY

### TIME:  6:00 pm
#### Scheduled to Attend

**Ray Perini**
For Suffolk County
District Attorney

**Larry Zacarese**
for Suffolk County Sheriff

**Trish Bergin-Weichbrodt**
For Islip Councilperson

**James O'Connor**
For Islip Councilperson

**Anthony Piccirillo**
For Suffolk County Legislator
8th Legislative District

**Doug King**
For Suffolk County Legislator
9th Legislative District

**Tom Cilmi**
For Suffolk County Legislator
10th Legislative District

**Steve Flotteron**
For Suffolk County Legislator
10th Legislative District

*Light refreshments will be served.*

*Please join us for a fun,*  *informative evening.*

---

## Saturday, October 28, 2017
### Suffolk County Young Republicans Ray Perini/Larry Zacarese Blitz
10:30am @ 1311 Middle Country Road, Centereach

FLORES000003536

Case 2:18-cv-03549-GRB-ST   Document 48-9   Filed 03/01/19   Page 51 of 71 PageID #: 1520

**Subscribe**          **Past Issues**          **Transl**

of our ticket: Ray Perini for District Attorney, and Larry Zacarese for Sheriff. We will also be campaigning for Suffolk County Legislator Tom Muratore, YR Anthony Piccirillo for County Legislator, Al Graf for District Court Judge, and other down ballot candidates!! A light breakfast will be provided to all volunteers!" - *Dawn Marie Kuhn, Vice President, Suffolk County Young Republicans*

      

*Copyright © 2017 Islip Town Republican Committee, All rights reserved.*

Want to change how you receive these emails?
Islip Town Republican Committee Email List
You can update your preferences or unsubscribe from this list



FLORES000003537

Case 2:18-cv-03549-GRB-ST   Document 48-9   Filed 03/01/19   Page 52 of 71 PageID #: 1321

Subscribe     Past Issues                                         Transl

*Your Islip Republican Weekly Events!*                    View this email in your browser



## *Election Week 2017!*

## Saturday, November 4, 2017

Islip Town Republican Committee Weekend Crash Program!

9:30am @ Islip Republican Headquarters, 39 Third Avenue, Bay Shore

Join us for our annual Islip Town Republican Committee Crash Program! We will work to get our message out across the Town of Islip and ensure that we continue to have good principled Republican Leadership! **All Committee Members are asked to attend, volunteers as always are welcomed!**

## Sunday, November 5, 2017

FREE Sen. Caesar Trunzo Memorial Volunteer Appreciation Breakfast

9:00am - 11:30am @ Marconi Manor, 333 Moffitt Blvd, Islip

Join us for our annual 2017 FREE Senator Caesar Trunzo Memorial Volunteer Appreciation Breakfast. Each year we join together with our Candidates and Elected Officials as a THANK YOU for all of our dedicated volunteers and Committee Members. Please join us!

## Tuesday, November 7, 2017

Election Night 2017 - Join us as we watch the returns!

8:00pm @ Islip Republican Headquarters, 39 Third Avenue, Bay Shore

FLORES000003538

Case 2:18-cv-03549-GRB-ST   Document 48-9   Filed 03/01/19   Page 53 of 71 PageID #: 1522

and county candidates.



  

FLORES000003539

**Subscribe**　　**Past Issues**　　　　　　　　　　　　　　　　　　　**Transl**

*Join us to celebrate the holidays!*　　　　　　　View this email in your browser



## *Join us to celebrate the Holidays!*

Dear Committee Member,

Supervisor Angie Carpenter and I wanted to extend an invitation to you for the
2017 Annual Islip Town Republican Committee Holiday Party. This year the
event will be held on **Monday, December 11th** from **5:30pm to 7:30pm** at
**Captain Bill's.**

Please find the details below. Join us as our elected officials say "Thank You"
for your hard work and for another successful year!

**RSVP to Headquarters by calling (631) 665-5532 or sending an email to**
IslipHQ@yahoo.com.

Hope you can make it. Thank you again for your hard work this year, it really
made the difference.

Respectfully,

*Bill Garbarino*

William R. Garbarino, Chairman
Islip Town Republican Committee

---

　　　　　　　　　　　　　　　　　　　　　　　1/2/2019, 12:59 PM

FLORES000003526

Case 2:18-cv-03549-GRB-ST   Document 48-9   Filed 03/01/19   Page 55 of 71 PageID #: 1524



  

Copyright © 2017 Islip Town Republican Committee, All rights reserved.

Want to change how you receive these emails?
Islip Town Republican Committee Email List
You can update your preferences or unsubscribe from this list

FLORES000003527

Re: Councilwoman Mullen & Suffolk GOP Events!

Nancy <nanseedru77@yahoo.com>
Tue 3/27/2018, 12:33 PM
**To:** Chairman Bill Garbarino <chairman@islip.gop>

Hi, I would like to RSVP for two for tomorrow nights event for Councilwoman Mullen if its not too late? Thanks and Regards, Nancy Schmidt


On Mar 27, 2018 5:59 AM, Chairman Bill Garbarino <chairman@islip.gop> wrote:

View this email in your browser



# Support Councilwoman Mary Kate Mullen!

Dear Nancy schmidt,

Please join us this week in support of Islip Town Councilwoman Mary Kate Mullen. She is a tireless fighter for all Islip taxpayers.

The **Cocktail Reception Event** is this **Wednesday, March 28**, from **6:00pm to 8:00pm** at the **Irish Coffee Pub** at **131 Carleton Avenue, East Islip**. Details below.

We hope to see you there.

Regards,

*Bill Garbarino*

William R. Garbarino, Chairman
Islip Town Republican Committee

FLORES000003449



*Please Join*

# Islip Town Councilwoman
# MARY KATE MULLEN
*at a*

## Cocktail Reception

*Wednesday, March 28, 2018*
*6:00 pm to 8:00 pm*
*at the*
*Irish Coffee Pub*
*131 Carleton Ave.,*
*East Islip, NY 11730*

*$125.00 per person*
*Sponsorships Available*
*RSVP by March 23*

---

### COMMITTEE TO ELECT MARY KATE MULLEN
#### Sponsorship Opportunity:

☐ Bronze - $250 (includes 1 ticket)      ☐ Silver - $500 (includes 2 tickets)
☐ Gold - $750 (includes 4 tickets)       ☐ Platinum - $1000 (includes 6 tickets)

☐ Yes, I will be joining Cocktail Reception on Wednesday, March 28th
   Enclosed is my check for _____ Ticket(s) at $125 each.
☐ No, I am unable to attend, but please accept my contribution of $ _____

Name(s) _____

Email _____

Business Name _____ Telephone _____

Address _____

Town _____ State _____ Zip _____

RSVP by Friday, March 23, 2018
Please make checks payable to: "Committee to Elect Mary Kate Mullen"
Contributions are not tax deductible for Federal Income purposes.

---

**Committee to Elect Mary Kate Mullen**
P.O. Box 31
Bayport, NY 11705

  

*Copyright © 2018 Islip Town Republican Committee. All rights reserved.*
You are receiving this email because you signed up online, at an event, or expressed interest in staying
connected with the Islip Town Republican Committee.

**Our mailing address is:**

FLORES000003450

Islip Town Republican Committee
39 Third Avenue
Bay Shore, NY 11706

[//isliprepublicans us14 list-manage.com/vcard?u=a9bf4a6ae782b6aa1d5152413&id=ff96306a82]Add us
to your address book

Want to change how you receive these emails?
You can update your preferences or unsubscribe from this list



FLORES000003451

**Subscribe**    **Past Issues**                                                  **Transl**

Weekly Events List from the Islip Republican Committee.          View this email in your browser



# Monday, April 23rd - Sunday, April 29th

## Monday, April 23, 2018
### 2018 Independence Spirit Awards!
**6pm at Irish Coffee Pub, 131 Carleton Avenue, East Islip**
Join New York State Independence Party Chairman Frank MacKay as they
honor Islip Town Supervisor Angie Carpenter among others. Here's the
information:

FLORES000003518

Subscribe    Past Issues                                                    Transl

# *2018*

# Independence Spirit Awards

## *Honoring*

**Angie Carpenter**
*Town of Islip Supervisor*

**Errol Toulon**
*Suffolk County Sheriff*

**Dan Levler**
*Suffolk County AME President*

Will be held on

Monday, April 23th, 2018, 6:00 pm to 8:30 pm

### Irish Coffee Pub

131 Carleton Avenue
East Islip, NY 11730

Tickets are $200 per person / $2,000 table of ten

*Sponsorships Available*
Premier $5,000 *(includes 6 tickets)*
Gold $2,500 *(includes 4 tickets)*
Silver $1,500 *(includes 2 tickets)*
Bronze $500 *(sponsor only)*

FLORES000003519

Case 2:18-cv-03549-GRB-ST   Document 48-9   Filed 03/01/19   Page 61 of 71 PageID #: 1530

**Subscribe**  |  **Past Issues**                                                    **Transl**

Weekly Events List from the Islip Republican Committee.        <u>View this email in your browser</u>



# Monday, May 14th - Sunday, May 20th

## Tuesday, May 15, 2018
<u>**Fundraising Reception Honoring Councilman Jim O'Connor**</u>
**6pm - 8pm at T.J. Finley's, 42 E Main Street, Bay Shore**
Please join us for a fundraising reception honoring Islip Town Councilman Jim O'Connor!

FLORES000003509

Case 2:18-cv-03549-GRB-ST   Document 48-9   Filed 03/01/19   Page 62 of 71 PageID #: 1531



## Wednesday, May 16, 2018
### South Shore Republican Club Event!

FLORES000003510

Subscribe     Past Issues                                                          Transl

View this email in your browser



## *Support Councilman Jim O'Connor on Tuesday!*

Dear Friend,

Please join us this Tuesday night for a great event honoring Councilman Jim O'Connor who was elected last November and has been working tirelessly on behalf of Islip taxpayers! Details below.

Hope to see you there.

Respectfully,

**Bill Garbarino**

William R. Garbarino, Chairman
Islip Town Republican Committee

FLORES000003512

Case 2:18-cv-03549-GRB-ST   Document 48-9   Filed 03/01/19   Page 64 of 71 PageID #: 1503



1/2/2019, 1:08 PM

FLORES000003513

**Subscribe**     **Past Issues**                                                    **Transl**

You are cordially invited to a Fundraising Event for

# Jim O'Connor - Islip Town Councilman

## SPONSORSHIP OPPORTUNITIES

☐ EVENT SPONSOR: $1,000 (INCLUDES 10 TICKETS)
☐ TICKETS: $100
☐ COMMITTEE/VOLUNTEERS/YR'S $75   ENCLOSED IS $_____ FOR _____ TICKETS.
☐ I'M UNABLE TO ATTEND, BUT WOULD LIKE TO CONTRIBUTE $_____

AMOUNT ENCLOSED $_____

NAME_____ COMPANY_____

ADDRESS_____

CITY_____ STATE_____ ZIP_____

BUSINESS PHONE_____ HOME PHONE_____

EMAIL_____ PLEASE RSVP BY MAY 12

MAKE CHECKS PAYABLE TO: **FRIENDS OF JIM O'CONNOR**
PO BOX 101, BAYPORT, NEW YORK 11705

  

*Copyright © 2018 Islip Town Republican Committee, All rights reserved.*

Want to change how you receive these emails?
Islip Town Republican Committee Email List
You can update your preferences or unsubscribe from this list



FLORES000003514

**Oktoberfest Fundraiser - This Wednesday!**

Chairman Bill Garbarino <chairman@islip.gop>
Sat 9/22/2018, 1:37 PM
**To:** williamrgarbarino@hotmail.com <williamrgarbarino@hotmail.com>

Kick off the Fall with the Islip GOP                    View this email in your browser





# Islip Town
# Republican Committee Oktoberfest

**Wednesday, September 26th**
**OKTOBERFEST Fundraiser**
**6 - 8pm - Land's End**
**80 Browns River Road, Sayville**
Come out and support our strong lineup of candidates as we gear up for
election day!  Enjoy great food, cocktails, and help ensure victory in November!
Details below.

FLORES000003430

Case 2:18-cv-03549-GRB-ST    Document 48-9    Filed 03/01/19    Page 67 of 71 PageID #: 1536



## CHAIRMAN WILLIAM R. GARBARINO AND THE ISLIP TOWN REPUBLICAN COMMITTEE CORDIALLY INVITE YOU TO OUR



# OKTOBERFEST FUNDRAISER

## Wednesday, September 26, 2018
### Cocktails and Buffet 6pm - 8pm
### Land's End • 80 Browns River Road, Sayville

Congressman Peter King and Congressman Lee Zeldin
Senator Phil Boyle and Assemblyman Dean Murray for Senate
Assemblyman Andrew Garbarino and Assemblyman Doug Smith
County Clerk Judy Pascale and County Comptroller John Kennedy
Michael LiPetri for Assembly 9th AD
Assemblyman Andrew Raia and Assemblyman Mike Fitzpatrick

$150 per person
$100 per Committee Persons/Government Employees
SPONSORSHIPS AVAILABLE
Please RSVP by September 12
For more information call (631) 665-5532





*Copyright © 2018 Islip Town Republican Committee, All rights reserved*
You are receiving this email because you are a Committee Member of the Islip Town Republican

FLORES000003431

Case 2:18-cv-03549-GRB-ST   Document 48-9   Filed 03/01/19   Page 68 of 71 PageID #: 1537

Committee

**Our mailing address is:**

Islip Town Republican Committee

39 Third Avenue

Bay Shore, NY 11706


[//isl4prepublicans.us14.list-manage.com/vcard?u=a9bf4a6ae782b6aa1d5152413&id=013d99454b]Add us
to your address book



Want to change how you receive these emails?

ISLIP TOWN REPUBLICAN COMMITTEE EMAIL LIST

You can update your preferences or unsubscribe from this list



FLORES000003432

Case 2:18-cv-03549-GRB-ST   Document 48-9   Filed 03/01/19   Page 69 of 71 PageID #: 1938

Events of the Week!                                    View this email in your browser

**REPUBLICAN COMMITTEE**



# Events you won't want to miss!

## Wednesday, November 28th

**Supervisor Angie Carpenter's 2019 Campaign Kickoff**

**6:00pm - 8:00pm - Captain Bill's**

**122 Ocean Avenue, Bay Shore**

Special Committee Member Price: $50

FLORES000003506

Case 2:18-cv-03549-GRB-ST   Document 48-9   Filed 03/01/19   Page 70 of 71 PageID #: 1839



## Sponsorship Opportunities

☐ **GOLD:** $5,000 *(Includes 8 tickets)*
☐ **SILVER:** $2,500 *(Includes 4 tickets)*
☐ **BRONZE:** $1,000 *(Includes 2 tickets)*
☐ **TICKETS:** $150 – YES, I'll be at the Event; Enclosed is $_____ for _____ tickets.
☐ **I'M UNABLE TO ATTEND,** But would like to contribute  $_____

Amount Enclosed $ _____

Name_____    Company_____

Address_____

City_____    State_____    Zip_____

Business Phone_____    Cell Phone_____

Email _____    **Please RSVP by November 21, 2018**

Make checks payable to: **FRIENDS OF ANGIE CARPENTER**
PO Box 392 West Islip, New York  11795
PLEASE BE ADVISED THAT POLITICAL CONTRIBUTIONS ARE NOT TAX DEDUCTIBLE FOR FEDERAL INCOME TAX PURPOSES

### For More Information Call: (516) 901-3297
### or Email: events@angiecarpenter.com

FLORES000003507

Case 2:18-cv-03549-GRB-ST Document 48-9 Filed 03/01/19 Page 71 of 71 PageID #: 1540

**Subscribe**   **Past Issues**                                                                **Transl**

  

Copyright © 2018 Islip Town Republican Committee, All rights reserved.

Want to change how you receive these emails?
ISLIP TOWN REPUBLICAN COMMITTEE EMAIL LIST
You can update your preferences or unsubscribe from this list



1/2/2019, 1:17 PM

FLORES000003508