# EXHIBIT L

## from fran bodkin

rene bodkin <rene49pow@yahoo.com>
Wed 6/20/2018, 9:34 AM
To: william garbarino <williamrgarbarino@hotmail.com>

Our friend Brewington is suing the Town to force councilmanic seats. I have been begging you for 3 years to start a process to find Republican Hispanics. If you guys don't act soon you are going to have a severe problem in Islip Town.  No more excuses about Tom Croci.  My $500 toward a luncheon is still available. You haven't got a chance against Brewington. Everyone on the Town Board lives south of the Sunrise Highway.  You haven't got a chance!!!!! unless you do something right away.
Fran