# EXHIBIT N

## The special election

rene bodkin <rene49pow@yahoo.com>
Mon 12/3/2018, 9:48 PM
To: william garbarino <williamrgarbarino@hotmail.com>

Bill

In January of 1978, Ed Koch resigned his seat in Congress to run for Mayor. That left a seat in the Silk Stocking District as it was called open and one of the partners in the firm I was working for was Bill Green. He decided to run in a special election February 14, 1978. Because the Democrats couldn't make up their minds what they wanted to do we didn't have an official candidate until January 25. The Democrat was Bella Abzug.

They asked me to run the phone campaign which I agreed to do. Every afternoon after the market closed, 50 to 100 NYSE clerks and volunteers came up to our offices at 120 Broadway around the corner from the Stock Exchange and ground out 10,000 phone calls every night.

Bill won the election and I furthered my education in politics. We did two things very right. We ran the phone campaign every night including Saturday and Sunday and we bought the sides of every bus on the east side of Manhattan and put Bill's posters on them.

It didn't hurt that Bill was the smartest guy running (cum laude Harvard undergrad, cum laude Harvard law school) He also became the wealthiest member of Congress when he was elected)

You need to spend some money on this one just to let everyone know that it won't be cheap to run against the Islip Town Republican Committee as just happened. That means you have to start buying air time on radio and TV and you have to start getting signs up which means you have to have a candidate by December 15th and they better be good. Find out who runs the American Legion Post or the VFW in Brentwood or Central Islip (whichever makes more sense) and drive over in the next 2 days and buy him lunch.

This will keep your lawyer friend at bay as he tries to force councilmanic districts. The sooner we get going on this the better because if we lose this we are going to lose the town.

Fran

FLORES000003395