UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Ana Flores, Rene Flores, Maria Magdalena Hernandez, Magali Roman, Make the Road New York, and New York Communities for Change,<br><br>        Plaintiffs,<br><br>      v.<br><br>Town of Islip, Islip Town Board, and Suffolk County Board of Elections,<br><br>        Defendants. | 2:18-cv-03549 (ADS) (GRB) |

### **DECLARATION OF GREGORY F. LAUFER**

GREGORY F. LAUFER declares pursuant to 28 U.S.C. § 1746:

1. I am a partner with the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, and I represent plaintiffs Ana Flores, Rene Flores, Maria Magdalena Hernandez, Magali Roman, Make the Road New York, and New York Communities for Change (together, "Plaintiffs") in the above-captioned action. I submit this declaration in support of Plaintiffs' motion for a preliminary injunction, dated March 1, 2018.

2. Attached as **Exhibit A** is a true and correct copy of a newspaper article published in *Newsday* on October 25, 2016 by Joye Brown titled, "Islip managers' raises legal, but not transparent."

3. Attached as **Exhibit B** is a true and correct copy of a newspaper article published in *The Islip Bulletin* on March 10, 2016 by Rick Chalifoux titled, "Automatic raises for town board approved."

4.  Attached as **Exhibit C** is a true and correct copy of a newspaper article published in *Riverhead News-Review* on December 10, 2015 by Tim Gannon titled, "Town Board member calls for a raise – for the Town Board."

5.  Attached as **Exhibit D**, is a true and correct copy of a newspaper article published in *Newsday* on November 8, 2018 by Antonio Planas and Rachelle Blidner titled, "Islip Town Board approve $234M budget that carries slight tax increase for homeowners."

6.  Attached as **Exhibit E**, are true and correct excerpts from select portions of the deposition of Nick LaLota, from February 21, 2019 in Hempstead, New York.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at: New York, New York

March 1, 2019

_____
Gregory F. Laufer