# EXHIBIT C

# RIVERHEAD NEWS-REVIEW

Write the Editor   Send Us a Tip   Advertise   Classifieds   Contact   TR Digital

News   Government   Police   Education   Sports   Opinion   Community   Obituaries   Events   Eat & Drink   Real Estate   Stay & Play   Shop

**Featured Story**

## Town Board member calls for a raise — for the Town Board

by Tim Gannon  |  12/10/2015 5:44 PM

Tweet



Fresh on the heels of an Empire Center report that said that Riverhead Police salaries are 30 percent higher than the state average, and a Newsday report that ranked Riverhead's police chief as the highest paid employee in Suffolk County in 2014, Riverhead Councilman John Dunleavy is calling for a salary increase for some employees on Howell Avenue: himself and the rest of the Town Board.

At Thursday's Town Board work session, Mr. Dunleavy submitted a draft resolution that calls for all elected officials in the town to get a cost of living increase annually in an amount not less than the Consumer Price Index.

These salary increases would be effective for 2017.

"Where the heck did this come from?" Supervisor Sean Walter asked as he read the resolution.

"It came from me," Mr. Dunleavy said. He added that Town Board members have not received a raise in six years.

"Everybody says this is the poorest town in Suffolk County or on Long Island, yet our supervisor is the highest paid supervisor in Suffolk County," Mr. Dunleavy said.

"No, I'm not," responded Mr. Walter, whose annual salary as supervisor is $115,148.

Mr. Dunleavy then produced a list of Long Island supervisors and mayors and their salaries from Monday's Newsday article — though missed the fact that Huntington Supervisor Frank Petrone surpassed Mr. Walter's salary.

"I didn't set my salary," Mr. Walter said.

Mr. Dunleavy said Riverhead has the lowest paid council members.

**Recent Posts**

Riverhead MTAS to hold final fundraiser at Polish Hall

Suffolk Theater 'in jeopardy' without a green room, owner says

Cops: Man attacked, robbed on Union Avenue in Riverhead

Former Riverhead EMT lands gig as co-host of Discovery Channel…

Town names Wading River street in honor of Thomas Lateulere

Riverhead Ford seeks to clear 187K square feet of woodland

Mixed reviews for downtown apartments dubbed Riverview Lofts

Councilman Dunleavy, reaching term limit, seeks supervisor seat

Riverhead commission moves to landmark more properties

Cops: Four store clerks arrested for underage alcohol sales

Riverhead card store sells $27K Take 5 ticket

Riverhead Ciderhouse seeks OK for outdoor music

Southampton Blotter: Minor car crash leads to DWAI arrest

Cornell program promotes buying local fish

BJ's Wholesale Club plans Route 58 gas station

Riverhead Blotter: Man charged with DWI in Aquebogue

Riverhead Newsletter Sign Up

Your Email Address....   GO

**northforker**


Goldberg's Bagels opens in Greenport
Eat


Peconic River Salt opening in Riverhead
Breathe


5 things to do on the North Fork this weekend
North Fork


North Fork yard sales: Aug. 4, 5 & 6
North Fork

"Well, I'll vote against it," Mr. Walter said of the resolution calling for annual raises. "If you can get three votes (on the Town Board), go ahead."

The supervisor said Riverhead doesn't have the lowest paid council members either, citing Southold Town.

Southold has Town Trustees who make about $19,000 and town Council members who make about $34,000. Mr. Dunleavy said Riverhead's board members handle the functions of both a councilperson and a Trustee.

Riverhead's council members earn $48,955, although Councilwoman Jodi Giglio makes $47,598 because she declined to take a raise several years ago. Town Board positions are technically part-time jobs, while the role of supervisor is a full-time one.

A quick check of 2016 budgets of Long Island towns shows that two other towns pay their council members less than Riverhead.

Southold Council members make $34,390 per year and Shelter Island's make $37,704.

The highest is Islip, at $77,200.

Mr. Dunleavy said board members can refuse the raise if they don't want it.

Councilman Jim Wooten was the only other board member present Thursday, as Ms. Giglio and Councilman George Gabrielsen were absent. He said, "that gallon of milk and loaf of bread costs more than it did eight years ago, yet you're taking on the same money … I'm just saying, I can understand why legislators do that."

"Do you think we deserve it?" Mr. Walter asked Mr. Dunleavy.

"I think we deserve it," Mr. Dunleavy responded. "Some people are going to hate me, and some people are going to like me."

Next year's Town Board will have three retired town police officers who, in addition to collecting salaries, will also be earning pensions. According to the Empire Center's SeeThroughNY.com, Mr. Dunleavy earned a $34,285 pension this year and Mr. Wooten earned $45,556. Mr. Hubbard retired this year; his information is not on the website.

Mr. Walter agreed to let the resolution go to a vote Tuesday, and predicted it would be a story in Newsday.

The supervisor said the reason the Huntington supervisor's salary, along with those of supervisors and mayors in Nassau County, is so high, is because they have these type of annual cost of living salary increases built into their budgets.

The issue is expected to come up for a vote at Tuesday's board meeting, which starts at 7 p.m. in Town Hall.

Comments

comments

John DunLeavy, pay raise, Town Board, Town Hall

Find A Pro                                    See More >

Kitchens
**Cusumano Custom Homes &**
🌐 View Page

Electricians
**Buchanan Electric**

---

**Trump calls for eradication of MS-13 gang Friday in Brentwood**

**Riverhead Town Board members raise concerns on EPCAL housing**

**Town: No more events at LI Sports Park until site plan…**

**Maureen's Haven finds success in Housing First model**

---

**Recent Facebook Posts**

Crescent Duck Farm unveils waste storage facility to protect water quality
Suffolk County provided $250,000 in matching funds toward the nearly $800,000 total cost, the lion's share of which was taken on by the Aquebogue..
3   0 · 1 hour ago

Editorial: A new, yet familiar, candidate emerges for Riverhead supervisor
"The councilman would be better served to focus on his current position than to waste time on another foolish attempt to circumvent the term-limit..
1   0 · 3 hours ago

Peconic River Salt opening in Riverhead | Northforker
There you will find a salt cave — a room lined with Himalayan salt blocks and covered in a floor of salt — and two rooms containing a float..
117   39 · 6 hours ago

Riverhead MTAS to hold final fundraiser at Polish Hall
A condition of turning the money over to the town is that the facility be named the Duke Lucas Welcoming Center, after Ms. Lucas' 11-year-old..
42   1 · 10 hours ago

Suffolk Theater 'in jeopardy' without a green room, owner says
The owner of the Suffolk Theater is asking Riverhead Town officials to approve a 576-square-foot 'temporary trailer' for use as a green room.
17   11 · 23 hours ago

FLORES000000308

 View Page

Find us on Facebook

Tree Service
**Chris Mohr Landscaping &**

Cutchogue
 22155 County Rd. 48

Electricians
**Ocean Electric**

Southhampton
 158 County Road 39

**< Previous Post**
Cuomo: Common Core overhaul starts now with new standards

**Next Post >**
Cops: More charges brought against suspect in Flanders car break-ins

Similiar Articles


**Crescent Duck Farm unveils waste storage facility to protect water quality**
by Kelly Zegers   08/04/17 2:00pm
Crescent Duck Farm, the last of its kind on Long Island, has a new 26,000 square foot solid waste storage...
Read More


**Riverhead MTAS to hold final fundraiser at Polish Hall**
by Tim Gannon   08/04/17 5:20am
A visit to the Riverhead Town Animal Shelter in 2011 motivated Denise Lucas to get involved in creating a better...
Read More


**Suffolk Theater 'in jeopardy' without a green room, owner says**
by Tim Gannon   08/03/17 5:25pm
The future of the Suffolk Theater on Main Street in Riverhead is "in jeopardy" unless it gets a new green...
Read More

Load More Articles

| Riverhead News Review | Topics | | northforker | More | |
|---|---|---|---|---|---|
| Suffolk Times | News | Government | Events | Classifieds | About Us |
| Riverhead News-Review | Police | Education | Eat & Drink | Write the Editor | Advertise with Us |
| Shelter Island Reporter | Sports | Opinion | Real Estate | Send Us a Tip | Contact |
| northforker | Community | Obituaries | Stay & Play | | |
| | | | Shop | | |

FLORES000000309