# EXHIBIT E

```
 1                  N. LaLota
 2           UNITED STATES DISTRICT COURT
 3           EASTERN DISTRICT OF NEW YORK
    -------------------------------------------------------x
 4  ANA FLORES, RENE FLORES, MARIA MAGDALENA HERNANDEZ, MAGALI
    ROMAN, MAKE THE ROAD NEW YORK, and NEW YORK COMMUNITIES
 5  FOR CHANGE,
 6              Plaintiffs,        Case No.
                                   18-CV-3549(E.D.N.Y.)
 7          vs.
 8  TOWN OF ISLIP, ISLIP TOWN BOARD, and SUFFOLK COUNTY BOARD
    OF ELECTIONS,
 9
                Defendants.
10  -------------------------------------------------------x
11
12
13
14
15
16           VIDEOTAPED DEPOSITION OF
17              NICHOLAS LALOTA
18            Hempstead, New York
19            February 21, 2019
20
21
22
23  Reported by:
24  THOMAS A. FERNICOLA, RPR
25  JOB NO. 156227
```

1                    N. LaLota

2

3

4

5                 February 21, 2019

6                   9:30 a.m.

7

8

9          VIDEOTAPED DEPOSITION of NICHOLAS LALOTA, held

10    at The Law Offices of Law Offices of Frederick K.

11    Brewington, 556 Peninsula Boulevard, Hempstead, New

12    York, before Thomas A. Fernicola, a Registered

13    Professional Reporter and Notary Public of the State of

14    New York.

15

16

17

18

19

20

21

22

23

24

25

1                    N. LaLota

2    A P P E A R A N C E S:

3

4            PAUL, WEISS, RIFKIND, WHARTON & GARRISON

5            Attorneys for the Plaintiff(s)

6                1285 Avenue of the Americas

7                New York, New York  10019

8        BY:  MICHAEL PERNICK, ESQ.

9                ALEXANDER ATKINS, ESQ.

10

11

12           LAW OFFICES OF FREDERICK K. BREWINGTON

13           Attorneys for the Plaintiff(s)

14               556 Peninsula Blvd

15               Hempstead, New York  11550

16       BY:   TRICIA LINDSAY, ESQ.

17

18

19

20

21

22

23

24

25

1                        N. LaLota

2    A P P E A R A N C E S (Cont'd):

3

4            Sinnreich Kosakoff & Messina

5            Attorneys for the Town of Islip

6                 267 Carleton Avenue

7                 Central Islip, New York  11722

8            BY:  VINCENT MESSINA, ESQ.

9

10

11           SUFFOLK COUNTY DEPARTMENT OF LAW

12           Attorneys for the Suffolk County Board of

13           Elections

14                H. Lee Dennison Building

15                100 Veterans Memorial Highway

16

17                Hauppauge, New York  11788

18           BY:  DANIEL FURSHPAN, ESQ.

19

20

21

22

23

24

25

1                        N. LaLota

2     A P P E A R A N C E S (Cont'd):

3

4

5             STEVEN LOSQUADRO, ESQ.

6             Attorneys for the Witness

7                 649 Route 25A

8                 Rocky Point, New York  11778

9

10

11

12

13

14

15    ALSO PRESENT:

16             KEVIN MARTH, Videographer.

17

18

19

20

21

22

23

24

25

N. LaLota

1

2    sorts of projects; that if that area had a

3    councilmanic district where one council member

4    was accountable to that local area, those

5    voices would be less likely to be drowned out.

6        Q    Do you believe that the at-large

7    structure limits access to the candidate's

8    slating process for political parties?

9        A    Could you reframe the question?

10       Q    Sure.

11            Is it difficult for individuals who

12   are not connected to the political party to

13   secure the nomination for a seat in the Town

14   of Babylon?

15       A    I could tell you from my experience

16   as Commission of the Board of Elections that a

17   council district would have a smaller

18   signature requirement to get one's name onto a

19   ballot.

20            I think it's been estimated that if

21   there were council districts in Babylon, there

22   would be a 500-signature requirement to get

23   one's name onto the ballot, but at an at-large

24   system, there's 1,250 signatures or so.

25            I may be a couple hundred off on

                          N. LaLota

1

2    that, but the number required is much greater,

3    which dissuades a lot of local voices from

4    getting involved.

5         Q     A moment ago you talked about how a

6    ward-based system increases accountability and

7    can allow elected officials to provide better

8    services; is that right?

9         A     Yes.

10        Q     Are there any other reasons why

11   those public-policy observations apply

12   exclusively to Babylon and would not also

13   apply to other towns with at-large structures

14   like the Town of Islip?

15        A     I think it's fair to say that one's

16   knowledge of the stoplights, traffic lights

17   and potholes relative to where they live, that

18   that approach is right in Babylon and it could

19   be right in other towns as well.

20        Q     And Babylon and Islip, in terms of

21   population, are they roughly the same size?

22        A     I understand Islip to have a larger

23   population, maybe 20 percent more.

24        Q     Have you been quoted in news

25   articles regarding your support for districts

                        N. LaLota

1

2    quoting as saying:

3              "It's just simply not transparent.

4    Neither the public nor the press really has

5    the opportunity to understand how taxpayer

6    money is being spent."

7              Do you see that, sir?

8        A    I do.

9        Q    Did you say that?

10       A    Yes.

11       Q    Do you believe there's a

12   relationship between the lack of a

13   transparency and the at-large structure?

14       A    Yes.  I think it takes a couple

15   steps to get there, though.  I think that this

16   really just reiterates what I said earlier.

17             In Babylon, there's an at-large

18   system controlled by a supervisor who is

19   concurrently the political party chairman.

20   Because of that, there's a tendency for that

21   chairman to put folks on the Town Board who

22   won't question his initiatives.

23             So in Babylon, that dynamic leads to

24   a lack of transparency, a lack of dialogue,

25   which is not productive to the taxpayers, in

1                      N. LaLota

2        my opinion.

3                      (Plaintiff's Exhibit 4, Document

4              Flores 2663, was marked for

5              identification.)

6        BY MR. PERNICK:

7              Q      You've been handed Plaintiff's

8        Exhibit 4, which is marked Flores 2663.

9                      Can you identify this as an email

10       that you sent to Chairman@SuffolkCountyGOP.com

11       on July 2, 2018, with the Subject:  "Council

12       District Palm Card"?

13             A      Yes.

14             Q      Whose email address is

15       Chairman@SuffolkCountyGOP.com?

16             A      The chairman, John Jay LaValle.

17             Q      What is his role?

18             A      He is a Chairman of the Suffolk

19       County Republican Committee.

20             Q      In this email, were you providing

21       language to be used on Palm cards?

22             A      Yes.

23             Q      These were Palm cards for your

24       efforts to secure council districts in

25       Babylon, correct?

1                     N. LaLota

2      A      They were intended to be Palm cards.

3  My understanding is the Palm cards never got

4  printed.

5      Q      Did you write this language?

6      A      Yes.

7      Q      In the section of your email

8  regarding Slide 1, you write:

9             "Candidates for Town Council aren't

10 really democratically-elected.  Rather,

11 candidates are hand picked by one man."

12            Do you see that?

13     A      Yes.

14     Q      In Babylon, would this mean that

15 people who are not connected to the Democrat

16 party establishment would have difficulty

17 getting on the slate?

18     A      Yes.

19            May I ask clarify that?  You say

20 "slate."  I answered the question if it meant

21 ballot.  I'm not sure what you meant by

22 "slate."

23     Q      "Ballot's" fine.

24            What do you understand the word

25 "slate" to mean?

N. LaLota

1

2    A    A slate is typically a group of

3  candidates a party would endorse to either

4  compete in the primary and/or general

5  election.

6    Q    Does the at-large structure make it

7  more difficult for a candidate to get on the

8  slate?

9    A    Would you repeat the question?

10    Q    Does the at-large structure make it

11  more difficult for a candidate to get on the

12  party's slate?

13    A    It depends who the candidate is.

14    Q    In Babylon, is it more difficult for

15  certain candidates to get on the slate because

16  of the at-large structure?

17        MR. MESSINA:  I'm going to object.

18    What slate are we talking about?  There's

19    different slates.

20        MR. PERNICK:  Sure, I'll clarify.

21    Q    Is it difficult to get on the Town

22  Democratic slate in the Town of Babylon

23  because of the at-large structure?

24    A    I don't think I can answer that

25  "yes" or "no."  I can answer it in a different

                          N. LaLota

1   way, if you'd like.

3        Q     Go ahead.

4        A     My understanding of how the Democrat

5   party candidates are selected in the Town of

6   Babylon is the Democrat party chairman Rich

7   Schaffer nominates the individual, and that

8   individual winds up on the ballot

9   subsequently.

10              It's not organic.  It's not like a

11  civic association president or a school board

12  member or somebody in between approaches the

13  committee and says "I want to be the

14  candidate," and they say yes.  It's much more

15  top-down, from my understanding.

16       Q     So individuals who are not connected

17  to the Democrat party establishment, is it

18  more difficult for them to get on the slate?

19       A     Yes.

20       Q     On this email, do you see towards

21  the bottom of the section regarding Slide 1,

22  the paragraph that starts with "red tape," you

23  write:

24              "When constituents of one hamlet

25  have a problem with taxes, trash pickup,

                        N. LaLota

1

2    potholes, street lights or a zoning issue,

3    they do not have a single council member to

4    hold accountable."

5        A    I see that.

6        Q    Do you agree that at-large districts

7    make it more difficult to hold council members

8    accountable?

9        A    Yes.

10       Q    Further down under Slide 2, you

11   write:

12            "Each council district will likely

13   be comprised of two to three hamlets each,

14   with each council member elected from within

15   the community who best understands their

16   needs."

17            Do you see that?

18       A    I do see it.

19       Q    Do you agree that council districts

20   allow voters to elect candidates from their

21   community who better understand their needs?

22       A    Yes.

23       Q    In the next paragraph, you write:

24            "If the council member responds well

25   to his or her district's needs, they'll likely

                    N. LaLota

1

2    earn re-election.  If not, the new

3    smaller-sized districts will give voters a

4    real ability to select a new representative."

5            Do you see that?

6        A     I see it.

7        Q     And you agree that council districts

8    make it easier for voters to elect

9    representatives who are more responsive and to

10   vote out representatives who are not

11   responsive?

12       A     Yes.

13       Q     Do any of these public policy

14   arguments apply exclusively to Babylon or

15   would they apply equally to Babylon and Islip?

16       A      Though I think politics has a

17   tendency to make each individual situation

18   different, I think the general proposition of

19   smaller districts making elected officials

20   more accountable is adaptable to a number of

21   towns.

22       Q     Including Islip?

23       A     Yes.

24       Q     At the bottom of the page, you

25   wrote:

                           N. LaLota

1

2        A       I do.

3        Q       Please turn to the attachment.  What

4    do you recognize this to be?

5                Withdrawn.

6                Do you recognize this document?

7        A       I do.

8        Q       What do you recognize this to be?

9        A       A petition for council districts for

10   the Town of Babylon.

11       Q       Can you identify this as the

12   petition that was used to collect signatures

13   in order to get the ward system proposition on

14   the ballot in 2016?

15       A       With some confidence, I can.  There

16   were a number of petitions.  One of them was

17   flawed in structure and it was revised

18   subsequently.  I don't know if this was the

19   revised one or if this was the one used in

20   2016 or not.

21               (Plaintiff's Exhibit 9, Document

22       Flores 2740, was marked for

23       identification.)

24   BY MR. PERNICK:

25       Q       You were handed Plaintiff's

1                    N. LaLota

2    Exhibit 9, which is marked Flores 2740?  Do

3    you recognize this document?

4        A     I do.

5        Q     Can you tell us what this document

6    is?

7        A     It's the petition used in 2016.

8        Q     Is this the same petition that we

9    were just looking at in the previous exhibit?

10       A     Yes.

11       Q     But in Exhibit 9, the petition has

12   been filled in the signatures; is that

13   correct?

14       A     Yes.

15       Q     Who is allowed to sign the petition?

16       A     Anybody who is registered to vote in

17   the Town of Babylon.

18       Q     Who is allowed to collect signatures

19   and serve as a witness to those signatures?

20       A     I believe any registered voter in

21   the State of New York.

22       Q     Please turn to the page that is

23   stamped on the bottom 2894.

24       A     I'm there.

25       Q     Do you recognize this as the same

1                    N. LaLota

2    2016 petition?

3        A     Yes.

4        Q     Who was the witness to these

5    petition signatures?

6        A     Dimitrios Lagias.

7        Q     Do you know who that is?

8        A     Yes.

9        Q     Who is that?

10       A     He goes by Jimmy Lagias, and he

11   works with me at the Board of Elections.

12       Q     What town did Mr. Lagias live in at

13   the time he was witness to these signatures?

14       A     I don't know where he lives.

15       Q     Do you see he wrote his address as I

16   believe it's 137 Woodland Avenue, Great River,

17   New York 17722?

18       A     I do see that.

19       Q     Do you have any reason to believe

20   that address is incorrect?

21       A     Yes.  I understand that he has lived

22   a number of places.  I neither know that's

23   where he lives or doesn't live.

24       Q     Do you see at the bottom he wrote

25   "Islip" with his signature?

1                          N. LaLota

2        A       Yes.

3        Q       Do you have any reason to believe he

4   did not live in the Town of Islip at the time?

5        A       Like I said, I understand he has

6   moved a couple of times recently.  I can't

7   confirm where Jimmy Lagias lives or doesn't

8   live.  I'm not trying to be evasive.

9        Q       At the time of the petition, do you

10  have any reason to believe that did he not

11  live in Islip?

12       A       Same answer.

13       Q       Do you know that he lived in Islip

14  at some point in time?

15       A       I don't know.

16       Q       Do you think he's lying on the

17  petition?

18               MR. LOSQUADRO:  Same objection as

19       presented earlier.

20       A       Do I have a reason to believe he's

21  lying?

22       Q       Correct.

23       A       No.

24       Q       Could you turn to 2911?

25       A       Okay.

1                          N. LaLota

2        Q      Do you recognize this as the same

3   petition?

4        A      Yes.

5        Q      Who is the witness to these petition

6   signatures?

7        A      Arthur Laufer.

8        Q      Do you know who that is?

9        A      I do.

10       Q      Who is he?

11       A      He's an employee of the Board of

12  Elections and a West Islip resident.

13       Q      And West Islip is within the Town of

14  Islip?

15       A      It is.

16       Q      I'm going to introduce another

17  exhibit.  Please leave this out for a moment.

18              (Plaintiff's Exhibit 10, Document,

19       was marked for identification.)

20  BY MR. PERNICK:

21       Q      You were you handed Exhibit 10.  Do

22  you recognize this document?

23       A      I do.

24       Q      What do you recognize this document

25  to be?

                        N. LaLota

1

2      A      A list of Town of Islip Republican

3   Committeemen elected in 2017.

4      Q      I'll represent for the record this

5   document was provided to us by the Board of

6   Elections this morning.

7             Is there any reason why this

8   document would be inaccurate?

9      A      No.

10     Q      What is the purpose of the Town of

11  Islip Republican Committee?

12     A      To support candidates for public

13  office who share in the Republican party

14  principles.

15     Q      Do members of the committee have any

16  official authority?

17     A      Yes.

18     Q      What is that authority?

19     A      At conventions, they have a

20  statutory authority to support candidates who

21  can have the Republican party's designation.

22     Q      What do you mean by "support"?

23     A      I mean that in those designation

24  conventions, that slates of candidates are

25  presented.  And in order for those slates to

1                    N. LaLota

2     be adopted by the committee, committeemen and

3     women have to vote for those individuals.

4         Q     Do members of the committee play a

5     role in selecting party leadership?

6         A     Yes.

7         Q     Do members of the committee play a

8     role in selecting candidates?

9         A     Yes.

10        Q     If you go to page 9, you see under

11    ED208 the name Arthur Laufer?

12        A     I see that.

13        Q     Do you believe that's the same

14    Arthur Laufer who witnessed the petition page

15    we were just looking at?

16        A     Yes.

17              MR. MESSINA:  Did you say 209?

18              MR. PERNICK:  209.

19              MR. MESSINA:  Do you want to take

20        another look?

21              MR. PERNICK:  I apologize, 208.

22              THE WITNESS:  We see Counsel

23        Messina's name on page 8.

24    BY MR. PERNICK:

25        Q     In Exhibit 9, could you turn to the

                        N. LaLota

1

2    page that is Bates stamped Flores 2920?

3         A     I'm there.

4         Q     Do you recognize as the same 2016

5    petition?

6         A     I do.

7         Q     Who was the witness to these

8    petition signatures?

9         A     I don't recognize nor can I really

10   make out the name.  John N...

11        Q     I believe it's John L-u-q-u-e-r,

12   III.  Do you know who that is?

13        A     I do not.

14        Q     What town did Mr. Luquer live in at

15   the time he was witness to these signatures?

16        A     This petition says that he lived in

17   West Islip.

18        Q     Please turn back to the committee

19   list, Exhibit 10.  On page 3 next to ED58, do

20   you see the second name, it says John N.

21   Luquer, III?

22        A     I do.

23        Q     Do you believe this to be the same

24   John N. Luquer, III, who witnessed the

25   signature page that you're looking at?

                        N. LaLota

1
2          MR. MESSINA:  Objection to form.  He
3     already answered that he didn't know who
4     John N. Luquer, III was so how can he know
5     if it's the same one when he doesn't know
6     the first one?
7          Q     Do you have any reason to believe
8     that John N. Luquer, at 62 Sutton Court, West
9     Islip, New York 11795 on the committee list is
10    a different John Luquer than the John N.
11    Luquer, III, who lives at 62 Sutton Court,
12    West Islip, New York, on the petition?
13         A     No.
14         Q     Please turn back to the page Bates
15    stamped Flores 2745.  Do you recognize this to
16    be the same 2016 petition?
17         A     Yes.
18         Q     Who was the witness to these
19    petition signatures?
20         A     Edward Wiggins.
21         Q     Do you know who that is?
22         A     Yes.
23         Q     Could you explain who that is?
24         A     He is an executive committee member
25    of the Babylon Town Republican Committee.

                        N. LaLota

1

2        Q      Do you know what town he lived in at

3    the time he signed these petitions?

4        A      I do not.

5        Q      Do you see where it says

6    Lindenhurst, New York beneath his signature?

7        A      Yes.

8        Q      This is dated 8/30/2016.  Do you see

9    that?

10       A      Yes.

11       Q      Do you know where Mr. Wiggins lives

12   today?

13       A      I believe he lives in West Islip, in

14   the Town of Islip.

15              (Plaintiff's Exhibit 11, Document

16       Flores 3800, was marked for

17       identification.)

18   BY MR. PERNICK:

19       Q      We're done with Exhibit 9, but you

20   should keep Exhibit 10 out.  We're going to

21   come back to that.

22              You were handed Plaintiff's

23   Exhibit 11, which is marked Flores 3800.  Can

24   you identify this as an email that you sent to

25   numerous "bcc" recipients on September 1,

1                        N. LaLota

2      call one person on those "potholes, stopsign,

3      street light" sort of issues.

4              That when an individual who was

5      knocking on the door was trying to sell this

6      concept, and we saw many emails that

7      articulated what the concept was, that once

8      the voter understood what it was, they were

9      generally supportive of it.

10         Q    When you were going door to door,

11     did you talk only to Republicans?

12         A    No.  The effort was broad-based.  It

13     wasn't partisan.  It wasn't targeted based

14     upon any party or no party.

15         Q    Is it your impression that both

16     Democrats, Republicans and Independents gave

17     you this positive feedback at the door?

18         A    Yes.

19         Q    Let's look at some more petitions.

20              (Plaintiff's Exhibit 14, Document

21         Flores 3301, was marked for

22         identification.)

23     BY MR. PERNICK:

24         Q    You were handed Plaintiff's

25     Exhibit 14, which is marked Flores 3301.  Do

1                          N. LaLota

2    you recognize this document?

3        A      Yes.

4        Q      Can you tell me what this document

5    is?

6        A      It's a ward system petition.

7        Q      Is this the petition that you used

8    in 2017?

9        A      I see a couple of 2018 dates so it

10   may have been 2017 and 2018.

11       Q      This is how the document was

12   produced to us.  Do you have any reason to

13   believe that these are not accurate copies of

14   the petitions?

15       A      I have no reason to believe they are

16   inaccurate.

17       Q      Could you turn to the page that is

18   stamped 3311, please.

19              MR. MESSINA:  Counsel, just to

20       clarify, you said these are the documents

21       produced to you.  By whom?

22              MR. PERNICK:  By Mark Gallo.

23       A      I'm at 3311.

24       Q      Do you recognize this document?

25       A      I do.

N. LaLota

1

2      Q      Is this the same 2017 petition that

3   we were looking at in the previous exhibit?

4      A      Yes.

5      Q      Who was the witness to these

6   petitions?

7      A      Judy Lambiase.

8      Q      Do you know who that is?

9      A      I do.

10      Q      Who is she?

11      A      She works with me at the Board of

12   Elections.

13      Q      What town did Ms. Lambiase live in

14   at the time she was witness to these

15   petitions?

16      A      Bay Shore, the Town of Islip.

17      Q      If you go back to Exhibit 10, and

18   you go to ED34, the second name is Judith E.

19   Lambiase.  Do you see that?

20      A      I do.

21      Q      Is that the same Judy Lambiase who

22   witnessed these petitions?

23      A      Being that I used to be her paperboy

24   back in the day, yes, I know that she lives at

25   this address.

                        N. LaLota

1

2      Q     So that's a yes?

3      A     It is.

4            MR. MESSINA:  I'll stipulate to

5      that.  She used to work for me at one time

6      too.

7            MR. PERNICK:  It's a small world.

8      Q     Can you turn to the page Bates

9  stamped 3366?

10     A     I'm at 3366.

11     Q     Who was the witness to these

12  petition signatures?

13     A     Edward Wiggins.

14     Q     Do you see the address he signed as

15  27 Crag Court, West Islip?

16     A     I do.

17     Q     West Islip is in the Town of Islip,

18  correct?

19     A     It is.

20     Q     It appears that Mr. Wiggins moved

21  from Lindenhurst to West Islip at some time

22  between the previous petition that we looked

23  at, and this one which appears to be dated

24  7/7/2018 based on the context; is that right?

25     A     That it appears that way, yes.

1                         N. LaLota

2          Q       Do you know if Mr. Wiggins is

3     involved in Islip politics?

4          A       I don't know what his involvement

5     is, if any, in Islip politics.

6          Q       Even though he moved to Islip, he

7     came back to support the Babylon referendum

8     effort?

9          A       My understanding is he never

10    discontinue his support of Babylon Republican

11    politics.

12         Q       Can you turn to 3380?

13         A       I'm at 3380.

14         Q       Who is the witness to these

15    patients?

16         A       Dimitrios Lagias.

17         Q       It's the same Dimitrios Lagias who

18    we observed in the 2016 effort?

19         A       Yes.

20         Q       Again, he wrote his address as Great

21    River in the Town of Islip?

22         A       He did.

23         Q       Let's move on.

24

25

1                    N. LaLota

2              (Plaintiff's Exhibit 15, Document

3         Flores 3065, was marked for

4         identification.)

5    BY MR. PERNICK:

6         Q     You were handed Exhibit 15 which is

7    Flores 3065.  Do you recognize this document?

8         A     I do.

9         Q     If you flip through it, is this the

10   same 2017 petition that we were looking at

11   previously?

12        A     It appears so.

13        Q     Please turn to the page stamped

14   3067.

15        A     Okay.

16        Q     Who is the witness to these

17   signatures?

18        A     John N. Luquer, III.

19        Q     Just to be clear, you don't know who

20   that is?

21        A     I do not.

22        Q     But it says here he lives in West

23   Islip?

24        A     It does.

25        Q     His name appears in the committee

                        N. LaLota

1    person list that we were looking at?

3        A      Yes.   There is a John N. Luquer, III

4    in the committee list.

5        Q      Please turn to 3069.  Who is the

6    witness to these petition signatures?

7        A      Ralph A. Appea.

8        Q      Do you know who that is?

9        A      I do.

10       Q      Who is he?

11       A      I know him to be a Babylon

12   Republican who works at the Suffolk OTB.

13       Q      Do you know what town Mr. Appea

14   lived in at the time that he was witness to

15   these signatures?

16       A      I don't know.

17       Q      Do you see here he wrote his address

18   as 30 West Shope [sic] Road, Oakdale, New

19   York?

20       A      I think it's "Shore," but yes.

21       Q      West Shore Road, Oakdale, New York.

22              Oakdale is a hamlet of Islip?

23       A      It is.

24       Q      Do you have any reason to believe

25   that this address is incorrect?

1                    N. LaLota

2      A      No.

3      Q      Did you ever know Mr. Appea to live

4   in Islip?

5      A      No.  I don't know where he lived or

6   where he lives.

7      Q      Please turn to the next page, 3071.

8      A      Okay.

9      Q      This is the same 2017 petition,

10  right?

11     A      The signatures were collected in

12  2017, yes.

13     Q      Who is the witness to this petition?

14     A      Ryan S. -- I can't make out the last

15  name.

16     Q      Skelly?  Do you know who that is?

17     A      I do not.

18     Q      What town did Mr. Skelly list as his

19  address on this petition?

20     A      The hamlet he indicates he lives in

21  is Brentwood.

22     Q      Brentwood is a hamlet of Islip,

23  correct?

24     A      It is.

25     Q      Let's turn to 3073.  This is the

1                    N. LaLota

2    same 2017 petition?

3        A      It is.

4        Q      Who is the witness to this petition?

5        A      Robert Moro is the witness who

6    indicates he lives in Sayville in the Town of

7    Islip.

8        Q      Do you know who Mr. Moro is?

9        A      I do not.

10       Q      Can you turn back to the committee

11   person list, Exhibit 10?

12       A      Okay.

13       Q      On page 5 under ED106, do you see

14   Robert Moro's name there?

15       A      I do.

16       Q      Does the address on the committee

17   person list match the address on the petition

18   signature?

19       A      No.  It doesn't have Apartment K-4

20   on the petition.

21       Q      The address on the committee person

22   list says 218 Lakeland Avenue, Apartment K-4,

23   Sayville, New York 11782, correct?

24       A      Yes.

25       Q      The address on the petition is 218

Page 87

1                    N. LaLota

2    Lakeland Avenue, Sayville?

3        A    Yes.

4        Q    Do you have any reason to believe

5    that this is not the same person?

6        A    I do not.

7             (Plaintiff's Exhibit 16, Document

8        Flores 3128, was marked for

9        identification.)

10   BY MR. PERNICK:

11       Q    You were handed Plaintiff's

12   Exhibit 16, which is marked Flores 3128.  Do

13   you recognize this document?

14       A    I do.

15       Q    Was this document?

16       A    It looks like the council district

17   petition for Babylon that was collected in

18   both 2017 and 2018.

19       Q    This is the same petition that we've

20   been looking at?

21       A    I believe so, yes.

22       Q    Can you turn to 3142, please?

23       A    I'm there.

24       Q    This is the same petition?

25       A    It is.

                        N. LaLota

1

2      Q      Who was the witness to this

3  petition?

4      A      Annamaria Curella.

5      Q      Do you know who that is?

6      A      I do.

7      Q      Who is it?

8      A      She works for the County Clerk's

9  Office, I believe.

10      Q      What town did Ms. Curella live in at

11  the time she was witness to these signatures?

12      A      She says she's at 27 Crag Court in

13  West Islip.

14      Q      And West Islip is a hamlet of Islip?

15      A      It is.

16      Q      Can you turn to 3166?

17      A      Okay.

18      Q      Do you recognize this as the same

19  2017 petition?

20      A      I do.

21      Q      Who was the witness to this

22  petition?

23      A      Artie Faufer.

24      Q      And the same Artie Laufer who we saw

25  in the previous petition and the committee

                        N. LaLota

1
2    person list?

3        A     Yes, sir.

4        Q     He lives in West Islip in the Town

5    of Islip?

6        A     Yes.

7        Q     Please turn to 3199.  Do you

8    recognize this as the same 2017 petition?

9        A     I do.

10       Q     Who is the witness to these petition

11   signatures?

12       A     Neil Rosenberg.

13       Q     Do you know who Neil Rosenberg is?

14       A     I do.

15       Q     Who is he?

16       A     He is an employee at the Suffolk

17   County Board of Elections.

18       Q     What hamlet did Mr. Rosenberg live

19   in at the time he was a witness to these

20   signatures?

21       A     He says Ronkonkoma.

22       Q     Ronkonkoma is a hamlet of Islip,

23   correct?

24       A     It is.

25       Q     Do you have any reason to believe he

                              N. LaLota

1

2    does not live in Islip?

3         A     I have no reason to not believe

4    that.

5         Q     If you go back to Exhibit 10 and go

6    to page 2, ED25, do you see Neil Rosenberg's

7    name there?

8         A     I do.

9         Q     Does the address 2188 Pine Avenue,

10   Ronkonkoma, New York, on the committee person

11   list match the address on the petition?

12        A     It does.

13             MR. MESSINA:  Counsel, in the

14        interest of brevity, you seem to have a

15        few of these.  Why don't we compile a

16        list?  We can stipulate as to whether or

17        not they're on both documents and what

18        addresses they put on those documents.

19             The witness has no individual

20        knowledge of anything.  In fact, doesn't

21        know many of these people.

22             MR. PERNICK:  We're almost done.

23             We are done.

24   BY MR. PERNICK:

25        Q     So we've just identified a number of

1                    N. LaLota

2    9700.

3        Q     What's the population roughly of the

4    Town of Babylon?

5        A     I don't know offhand.  I would guess

6    225,000 or so.

7        Q     What's the population of the Town of

8    Islip with respect to the population of

9    Babylon?

10       A     I think it's 20 or 30 percent

11   bigger.

12       Q     Mr. Messina asked you about your

13   position, that there's a lower bar to

14   candidates running when there are districts.

15   And you explained this was due to the reduced

16   petitioning requirement; is that right?

17       A     Would you rephrase the question?

18       Q     Mr. Messina asked you about your

19   position, that there's a lower bar to

20   candidates running.  Do you remember that?

21       A     In council districts by definition

22   there would be less signatures required.  So

23   if that's the bar you're referring to, the

24   answer is yes.

25       Q     Is it also the case that smart

```
1                      N. LaLota
2              MR. FURSHPAN:  I think if at in time
3         you feel uncomfortable and wish that
4         Mr. Losquadro be here, you'll let us know
5         and we'll just come back another time.
6              THE WITNESS:  I'm okay with that.
7    BY MR. PERNICK:
8         Q    The Board of Elections has
9    experienced administering special elections,
10   correct?
11        A    Yes.
12        Q    During your time at the Board of
13   Elections, how many times has the BOE
14   administered a special election?
15        A    In my five years, maybe five or ten.
16        Q    Do you know if the Board of
17   Elections has administered special elections
18   prior to that?
19        A    Yes.
20        Q    Do you know how many in the last,
21   let's say, 20 years?
22        A    If I had to guess, we'd average one
23   or two special elections per year.
24        Q    And is the Board of Elections
25   currently administering a special election?
```

Page 163

N. LaLota

1    Federal -- are connected by the County Board

2    of Elections in a bipartisan manner, and its

3    processes are implemented by both

4    commissioners in a bipartisan basis.

5           That situation doesn't exist when we

6    are acting as a vendor or an advisee to school

7    board elections or library district elections

8    or fire district elections where the clerk

9    maintains that authority.

10   Q     So for the purpose of the rest of my

11   questions today when I refer to an election,

12   I'll be referring to the set of elections that

13   you have authority over unless I say

14   otherwise.  Do you understand?

15   A     Okay.

16   Q     Is it fair to say the Board of

17   Elections has experienced administering or

18   exercising its authority over elections that

19   have districts at multiple levels of

20   government?

21   A     It is fair.

22   Q     Are you familiar with the objective

23   of our lawsuit?

24   A     I think so.

Page 179

                        N. LaLota

1
2        noted on the record, but please refrain
3        from speaking objections.
4    BY MR. PERNICK:
5        Q      Are you aware of any technical
6    reasons why it would be impossible to blackout
7    a particular election using a marker or other
8    device?
9        A      No.
10       Q      So it would be possible?
11              MR. FURSHPAN:   Objection.
12       A      It would be possible.
13       Q      If the court were to cancel the
14   Islip Town Board election one week before the
15   primary, and there were other elections on the
16   ballot at that time, it would be possible to
17   administer that; is that correct?
18       A      What is the "that" in that sentence?
19       Q      The election, the remaining
20   elections.
21       A      Yes, with the caveat being the voter
22   confusion issue.  That if there's an office up
23   for election on the ballot where the votes
24   won't actually be counted, that's not in the
25   spirit of how the Suffolk County Board of

Page 180

                         N. LaLota

1

2    Elections or probably any Board of Elections

3    throughout the State of New York conducts

4    their elections.

5              We go out of our way to reduce voter

6    confusion, and having offices on the ballot

7    where the votes won't actually be counted is

8    definitely in the realm of confusing voters.

9        Q    Understood.

10             So aside from voter-confusion

11   issues, are there other reasons why the Board

12   of Elections would have issues with

13   implementing an election -- excuse me --

14   implementing a court order canceling the Islip

15   primary if the court order were issued one

16   week before the election?

17       A    I can't think of any as I sit here

18   right now.

19             MR. FURSHPAN:  I'm going to object

20        to that question.  It was previously asked

21        and answered.

22       Q    Now, let's turn to the other

23   scenario where the Islip primary is the only

24   primary on the ballot and the court cancels

25   the primary four weeks prior to the election.

1           N. LaLota

2

3           C E R T I F I C A T E

4

5    STATE OF NEW YORK   )

6                        ) ss.:

7    COUNTY OF NEW YORK  )

8

9         I, THOMAS A. FERNICOLA, Registered

10   Reporter and Notary Public within and for

11   the State of New York, do hereby certify

12   that the within is a true and accurate

13   transcript of the proceedings held on

14   February 21, 2019.

15        That I am not related to any of the

16   parties to this action by blood or

17   marriage; and that I am in no way

18   interested in the outcome of this matter.

19        IN WITNESS WHEREOF, I have hereunto

20   set my hand this 22nd day of February

21   2019.

22

23   _____

24        THOMAS A. FERNICOLA, RPR

25

1                          N. LaLota

2       ----------------------- INDEX -------------------

3    ATTORNEY                                      PAGE

4    Mr. Pernick                                      7

5    Mr. Messina                                    121

6    Mr. Pernick                                    149

7    Mr. Messina                                    156

8    Mr. Messina                                    243

9    Mr. Furshpan                                   257

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 264

1                      N. LaLota

2    ----------------------- EXHIBITS ------------------

3    PLAINTIFF'S

4    DESCRIPTION                            PAGE   LINE

5    Exhibit 1 Newsday article dated        20       4

6    August 31, 2016,

7    Exhibit 2 Email Flores 3786,           27       5

8    Exhibit 3 Newsday article from         30      18

9    January 16, 2018,

10   Exhibit 4 Document Flores 2663,        34       3

11   Exhibit 5 Document Flores 3783,        42       4

12   Exhibit 6 Document Flores 3102,        45      15

13   Exhibit 7 Document,                    50      16

14   Exhibit 8 Document Flores 3759,        62       3

15   Exhibit 9 Document Flores 2740,        63      21

16   Exhibit 10 Document,                   67      18

17   Exhibit 11 Document Flores 3800,       72      15

18   Exhibit 12 Document Flores 3802,       73      25

19   Exhibit 13 Document Flores 3825,       76      10

20   Exhibit 14 Document Flores 3301,       78      20

21   Exhibit 15 Document Flores 3065,       82      24

22   Exhibit 16 Document Flores 3128,       87       7

23   Exhibit 17 Document Flores 4088,       92      22

24   Exhibit 18 Document Flores 2649,       98       8

25   Exhibit 19 Document Flores 4074,      104       2

1                       N. LaLota

2       --------------- EXHIBITS (Cont'd) ----------------

3       PLAINTIFF'S

4       DESCRIPTION                           PAGE     LINE

5       Exhibit 20 Document Flores 3813,      109       16

6       Exhibit 21 Document Flores 3798,      110       12

7       Exhibit 22 Document Flores 3912,      115       15

8       Exhibit 23 Document Flores 4067,      118        2

9       Exhibit 24 Document,                  160        8

10      Exhibit 25 Document,                  203       21

11      Exhibit 26 Document,                  231       24

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 266

```
 1                    ERRATA SHEET
 2   Case Name:
 3   Deposition Date:
 4   Deponent:
 5   Pg.   No.  Now Reads      Should Read   Reason
 6   ___   ___  _____     _____    _____
 7   ___   ___  _____     _____    _____
 8   ___   ___  _____     _____    _____
 9   ___   ___  _____     _____    _____
10   ___   ___  _____     _____    _____
11   ___   ___  _____     _____    _____
12   ___   ___  _____     _____    _____
13   ___   ___  _____     _____    _____
14   ___   ___  _____     _____    _____
15   ___   ___  _____     _____    _____
16   ___   ___  _____     _____    _____
17   ___   ___  _____     _____    _____
18   ___   ___  _____     _____    _____
19   ___   ___  _____     _____    _____
20
                                 _____
21
                                 Signature of Deponent
22
     SUBSCRIBED AND SWORN BEFORE ME
23   THIS ____ DAY OF _____, 2019.
24   _____
25   (Notary Public)   MY COMMISSION EXPIRES:_____
```

# Exhibit 4

12/26/2018                                                Yahoo Mail - ^_Council^_ district palm card design

## ^_Council^_ district palm card design

From:  Nicholas LaLota (lalota@yahoo.com)

To:    chairman@suffolkcountygop.com

Date:  Monday, July 2, 2018, 5:07 PM EDT

Side 1:

Status Quo: "At-Large System"

With the current "At-large" system, Babylon Town currently has four Council Members, who are charged with representing the Town's 130,000 voters.

Question: What's worse than one-party rule?
Answer: One-man rule.
Candidates for Town Council aren't really democratically-elected.  Rather, candidates are hand-picked by one man, who concurrently serves as both the Town Supervisor and Party Chairman.  Most other Long Island Towns have laws against holding both roles.

Red Tape.  When constituents of one hamlet have a problem with taxes, trash pickup, potholes, street lights or a zoning issue, they do not have a single Council Member to hold accountable. Rather, hamlets have to navigate a complex system where their voices are made to compete with voices from more than a dozen other hamlets.

(Map of Town with stars where current council members live)

Side 2:

Vote Yes to The Ward System!

With the Ward System, aka "Council Districts," The Town of Babylon will have four locally elected Council Members, accountable to smaller districts of about 32,500 voters.

Each Council District will likely be comprised of 2-3 hamlets each, with each Council Member elected from within the community, who best understands their needs.

It's likely that communities like North Amityville and Wyandanch will get its own Council Member, just as Babylon Village and West Babylon will, too. Voters will be able to get attention to their community's needs; whether its public safety or canal dredging.  If the Council Member responds well to his/her district's needs, they'll likely earn re-election.  If not, the new smaller-sized districts will give voters a real ability to select a new representative.

Of course, existing Council members, can run for Council within their own Council District—so can civic leaders, School Board Members, business owners and community activists!

The Towns of Brookhaven and Hempstead have successfully implemented council districts.



EXHIBIT
4
2-21-19
PENGAD 800-631-6989

FLORES000002663

(Map of town with possible new districts)

FLORES000002664

# Exhibit 7

✈ 📶 ❄                    8:22 PM                    40% 🔋

❮ All Inboxes (9064)                        ⌄ ⌄



Several groups, including Babylon Republicans, are petitioning to get a ward system referendum on the ballot this November. The initiative, if it passes, will implement a ward system in the Town of Babylon that would replace the four at-large seats on the Town Council with four Councilmanic Districts.

**I cannot overstate how crucial this effort is to bring principled Republican leadership into Babylon Town Hall. Creating town council districts throughout Babylon would put Republicans in a position to hold a majority on the town board for the first time in decades.**

In order to advance this initiative and to ensure it gets on November's ballot, Babylon Republicans need our help between now and September 9th. During the next 9 days, we will not be walking door-to-door, but will be joining with our fellow republicans to collect signatures at shopping centers.

Even if you can only give one night, morning, or afternoon of your time, this is a worthwhile effort. Please contact **Mark Gallo, Babylon GOP Executive Director, at (631) 505-7759**. He will be coordinating this effort at Babylon GOP HQ every day.

Thank you for your continued support.

Respectfully,

*Bill Garbarino*

Chairman William Garbarino
Islip Town Republican Committee



Islip Republican Committee | 631-665-5532 | info@IslipGOP.com

    

# Exhibit 10

SUFFOLK COUNTY BOARD OF ELECTIONS

# Republican Party
## County Committee Contest Results - Winners in Primary, Uncontested

## Islip

Feb 14, 2019

| ED# | Name | Address | Mailing Address |
|---|---|---|---|
| 2 | JOHN C COCHRANE JR | 47 WOODLAND DR<br>BRIGHTWATERS NY 11718-1918 | |
| | GIORLANDO PUCCIO | 106 HIAWATHA DR<br>BRIGHTWATERS NY 11718-1824 | |
| 3 | BRIANNE WAKEFIELD | 111 PARK AVE<br>BAY SHORE NY 11706 | |
| | THOMAS WAKEFIELD JR | 111 PARK AVE<br>BAY SHORE NY 11706 | |
| 4 | JOHN A MATTIA | 14 HOWELLS RD<br>BAY SHORE NY 11706-6518 | |
| | STUART T YOUNG | 28 BENJAMIN ST<br>BAY SHORE NY 11706-7208 | |
| 7 | ELIZABETH ALTREUTER | 118 S CLINTON AVE<br>BAY SHORE NY 11706-8605 | |
| | NINA L HOLMES | 483 PINE ACRES BLVD<br>BRIGHTWATERS NY 11718-1218 | |
| 8 | BRETT L ROBERTS | 50 ELM WALK<br>FAIR HARBOR NY 11706 | PO BOX 266<br>OCEAN BEACH NY 11770-0266 |
| 10 | GREGORY P BODKIN | 76 MAPLE ST<br>ISLIP NY 11751-4623 | |
| | ROBIN BRADY | 42 CONNETQUOT RD<br>BAYPORT NY 11705-2112 | |
| 11 | KEITH F RUBY | 16 PLUM PL<br>ISLIP NY 11751-3715 | |
| 12 | MICHAEL A BRANDI | 102A RAILROAD PLZ<br>BAY SHORE NY 11706-7394 | |
| | MARGARET GARBARINO | 54 WIGGINS AVE<br>PATCHOGUE NY 11772-3836 | |
| 13 | PATRICIA BERGIN-WEICHBRODT | 42 THE HELM<br>E ISLIP NY 11730-2916 | |
| | DENNIS MC CARTHY | 51 BERGEN LN<br>BLUE POINT NY 11715-2102 | |
| 14 | SALVATORE MASSA | 15 OAK LN<br>BLUE POINT NY 11715-1715 | |
| | JOHN J PERNICIARO | 5 WYANDANCH AVE<br>E ISLIP NY 11730-2511 | |
| 15 | DINA CICALE | 14 DONNA PL<br>E ISLIP NY 11730-3230 | |
| | TIMOTHY F MORRIS | 157 MC CONNELL AVE<br>BAYPORT NY 11705-1738 | |
| 16 | ANNE S BEDARD | 380 ST JOHNS ST<br>CENTRAL ISLIP NY 11722-3024 | |
| | RICHARD D CLARKE IV | 400 CLAYTON ST<br>CENTRAL ISLIP NY 11722-3004 | |
| 17 | DEBRA A CAVANAGH | 21 WALNUT ST<br>CENTRAL ISLIP NY 11722-4132 | |
| 18 | KATHERINE GARBARINO | 76 COLLINS AVE<br>SAYVILLE NY 11782-3102 | |
| | PATRICK F YOUNG | 1131 SMITHTOWN AVE<br>BOHEMIA NY 11716-2127 | |

EXHIBIT
10
2-21-19
PENGAD 800-631-6989

SUFFOLK COUNTY BOARD OF ELECTIONS

# Republican Party
## County Committee Contest Results - Winners in Primary, Uncontested

# Islip

Feb 14, 2019

| ED# | Name | Address | Mailing Address |
|-----|------|---------|-----------------|
| 19 | BRYAN A BORTZFIELD | 341 MIDDLE RD<br>BAYPORT NY 11705-1901 | |
| | ANDREW R GARBARINO | 234 FAIRVIEW AVE<br>BAYPORT NY 11705-1844 | |
| 20 | EDWARD H MC CARTHY | 102 MADISON ST<br>BLUE POINT NY 11715-1635 | |
| | JAMES J WEIK JR | 278 SAYVILLE BLVD<br>SAYVILLE NY 11782-2012 | |
| 21 | PETER ROGERS | 5 LITTLEWOOD LN<br>BAYPORT NY 11705-1870 | |
| | RICHARD J ZAPOLSKI JR | 15 SUYDAM LN<br>BAYPORT NY 11705-2106 | |
| 22 | ANNE M DANZIGER | 8 WESTMINSTER DR<br>BOHEMIA NY 11716-3969 | |
| 23 | FRANCES V BRECHTER | 124 CAMBRIDGE AVE<br>HOLBROOK NY 11741-3106 | |
| | PAUL J FUSCO | 144 MAYSTRIK AVE<br>HOLBROOK NY 11741-3150 | |
| 24 | DONALD A RETTALIATA JR | 148 S FAIRVIEW AVE<br>BAYPORT NY 11705-2210 | |
| 25 | NEIL A ROSENBERG | 2188 PINE AVE<br>RONKONKOMA NY 11779-6529 | |
| 26 | JOHN C COCHRANE | 80 CONCOURSE E<br>BRIGHTWATERS NY 11718-1511 | |
| | TRACEY E KRUT-LANGE | 83 S WINDSOR AVE<br>BRIGHTWATERS NY 11718-1516 | |
| 28 | PHILIP M BOYLE | 73 S PENATAQUIT AVE<br>BAY SHORE NY 11706-8816 | |
| 31 | CARA K GANDOLFO | 655 MYRTLE AVE<br>W ISLIP NY 11795-3717 | |
| | JARETT C GANDOLFO | 655 MYRTLE AVE<br>W ISLIP NY 11795-3717 | |
| 34 | CHRISTOPHER A CACOPERDO | 83 CLEVELAND ST<br>BAY SHORE NY 11706-5815 | |
| | JUDITH E LAMBIASE | 1341 CHICAGO AVE<br>BAY SHORE NY 11706-4602 | |
| 35 | CHRISTOPHER M DE LUCA | 30 WALL ST<br>E ISLIP NY 11730-1717 | |
| 37 | THOMAS D LUCIANO | 9 RIVERA LN<br>W SAYVILLE NY 11796-1513 | |
| | ELIZABETH ROGERS | 5 LITTLEWOOD LN<br>BAYPORT NY 11705-1870 | |
| 38 | SUSAN L KUBELLE | 64 PINE ST<br>SAYVILLE NY 11782-3208 | |
| | VINCENT F LIGUORI III | 39 RIVER ST<br>SAYVILLE NY 11782-3209 | |
| 39 | ANTOON T BRINKMANN | 83 SEAMAN AVE<br>BAYPORT NY 11705-2015 | |
| | PATRICIA M BRINKMANN | 83 SEAMAN AVE<br>BAYPORT NY 11705-2015 | |

SUFFOLK COUNTY BOARD OF ELECTIONS

# Republican Party
## County Committee Contest Results - Winners in Primary, Uncontested

## Islip

Feb 14, 2019

| ED# | Name | Address | Mailing Address |
|-----|------|---------|-----------------|
| 40 | ANNA CILMI | 14 BOYD AVE<br>BAY SHORE NY 11706-8908 | |
| | THOMAS CILMI | 14 BOYD AVE<br>BAY SHORE NY 11706-8908 | |
| 41 | NOEL P NIXON | 469 ACKERSON BLVD<br>BRIGHTWATERS NY 11718-1718 | |
| 42 | RICHARD C KLEIN | 176 SHADYBROOK LN<br>W ISLIP NY 11795-4602 | |
| 43 | PATRICK O'FARRELL | 1850 N MONROE AVE<br>W ISLIP NY 11795-1921 | |
| | ANTHONY L RIOS | 722 PINE AVE<br>W ISLIP NY 11795-2706 | |
| 44 | PATRICK S FREGA | 1085 NUGENT AVE<br>BAY SHORE NY 11706-1305 | |
| | ANN MARIE VALLONE | 1085 NUGENT AVE<br>BAY SHORE NY 11706-1305 | |
| 45 | MARK MASSA | 151 LOWELL RD<br>SAYVILLE NY 11782-2214 | |
| | BRIAN MORRIS | 102 GREELEY AVE<br>SAYVILLE NY 11782-2632 | |
| 47 | JAMES H BOWERS | 2 LARKSPUR DR<br>W ISLIP NY 11795-3915 | |
| 49 | JANE A CONKLING | 381 GREAT RIVER RD<br>GREAT RIVER NY 11739 | PO BOX 22<br>GREAT RIVER NY 117390022 |
| | HAROLD E SUNDIN | 115 ELDER RD<br>ISLIP NY 11751-4910 | |
| 52 | ERIC M HOFMEISTER | 447 GREENE AVE<br>SAYVILLE NY 11782-3032 | |
| | WILLIAM G MANNIX | 16 HIGH ST<br>SAYVILLE NY 11782-1110 | |
| 53 | CAROL L CHARCHALIS | 30 FAIRVIEW AVE<br>BAYPORT NY 11705-1806 | |
| | PATRICIA LOZIER | 11 KENT CT<br>BAYPORT NY 11705-1872 | |
| 54 | KEVIN M NITZSCHE | 337 THRIFT ST<br>RONKONKOMA NY 11779-6232 | |
| 56 | MICHAEL A MERCURIO | 27 PIPER CT<br>W ISLIP NY 11795-5027 | |
| 57 | JOHN DI CIOCCIO | 857 HAMPSHIRE RD<br>BAY SHORE NY 11706-7632 | |
| | RICHARD M PETERSON | 699 PEASE LN<br>W ISLIP NY 11795-3422 | |
| 58 | DOMINICK LETTIERI | 16 KENT CT<br>W ISLIP NY 11795-2812 | |
| | JOHN N LUQUER III | 62 SUTTON CT<br>W ISLIP NY 11795-3016 | |
| 61 | JOSEPH J MANDANICI | 1 KATHERINE PL<br>OAKDALE NY 11769-1703 | |
| | LYNN ROGERS | 5 LITTLEWOOD LN<br>BAYPORT NY 11705-1870 | |

SUFFOLK COUNTY BOARD OF ELECTIONS

# Republican Party
## County Committee Contest Results - Winners in Primary, Uncontested

## Islip

Feb 14, 2019

| ED# | Name | Address | Mailing Address |
|-----|------|---------|-----------------|
| 62 | THOMAS J PALAZZO | 752 SANDRA AVE<br>W ISLIP NY 11795-2526 | |
| 66 | JOHN P FINNERTY JR | 3 LONGDRIVE CT<br>BAY SHORE NY 11706-7723 | |
| 69 | STEVEN COPPOLA | 1509 WASHINGTON AVE<br>W ISLIP NY 11795-1629 | |
| | MARY FRIEDLAND | 1315 PINE AVE<br>W ISLIP NY 11795-1821 | |
| 70 | MARIA A BARBARA | 19 ROCKET DR<br>ISLIP TERR NY 11752-2911 | |
| | WILLIAM F GORMLEY JR | 75 WOODHOLLOW RD<br>GREAT RIVER NY 11739 | PO BOX 484<br>GREAT RIVER NY 11739-0484 |
| 74 | DORIS KENNEDY | 18 GREEN AVE<br>BAY SHORE NY 11706-8932 | |
| 75 | MARILYN CORALES GOGLAS | 39 OAK ST<br>CENTRAL ISLIP NY 11722-4149 | |
| 76 | STEPHEN E RACH | 132 LORRAINE CIR<br>W SAYVILLE NY 11796-1213 | |
| | MICHAEL R TEANEY | 980 MONTAUK HWY<br>OAKDALE NY 11769-1432 | |
| 77 | THOMAS A BETCHER | 208 DOVECOTE LN<br>CENTRAL ISLIP NY 11722-2410 | |
| 78 | DANIEL J GARBARINO | 3 ACADEMY LN<br>OAKDALE NY 11769 | |
| | KEVIN ROGERS | 8 LITTLEWOOD LN<br>BAYPORT NY 11705-1869 | |
| 79 | EDWARD MC GARR II | 505 SYCAMORE AVE<br>OAKDALE NY 11769-1511 | |
| | JAMES SCHMIDT | 75 OCEAN AVE<br>BLUE POINT NY 11715-2109 | |
| 80 | BARBARA L EHLICH | 1168 BROOKDALE AVE<br>BAY SHORE NY 11706-1831 | |
| 81 | ROBERT ROGERS | 8 LITTLEWOOD LN<br>BAYPORT NY 11705-1869 | |
| | ANDREW T WITTMAN III | 308 LINCOLN AVE<br>SAYVILLE NY 11782-1402 | |
| 87 | NICHOLAS G ANDRONICA | 10 DONNA PL<br>E ISLIP NY 11730-3230 | |
| | PATRICIA M ANDRONICA | 10 DONNA PL<br>E ISLIP NY 11730-3230 | |
| 88 | LAWRENCE P FARRELL | 332 COLLINGTON DR<br>RONKONKOMA NY 11779-4915 | |
| | THEODORE J GUTIERREZ | 385 BOULDER ST<br>RONKONKOMA NY 11779-4908 | |
| 89 | PAUL KRAUSE | 5 SALTMEADOW CT<br>BAYPORT NY 11705-2205 | |
| | DENNIS MAUD | 19 SMITH ST<br>BLUE POINT NY 11715-1703 | |

SUFFOLK COUNTY BOARD OF ELECTIONS

# Republican Party
## County Committee Contest Results - Winners in Primary, Uncontested

## Islip

Feb 14, 2019

| ED# | Name | Address | Mailing Address |
|---|---|---|---|
| 90 | DEBORAH COPPOLA | 1509 WASHINGTON AVE<br>W ISLIP NY  11795-1629 | |
| | NATALIA COPPOLA | 1509 WASHINGTON AVE<br>W ISLIP NY  11795-1629 | |
| 91 | JAMES P O'CONNOR | 84 WIDGEON CT<br>GREAT RIVER NY  11739 | PO BOX 363<br>GREAT RIVER NY  11739-0363 |
| 95 | THOMAS F O'HARA | 7 ALDEN RD<br>BRENTWOOD NY  11717-2131 | |
| 99 | WILLIAM R GARBARINO | 76 COLLINS AVE<br>SAYVILLE NY  11782-3102 | |
| | PAUL J LA FOUNTAIN | 270 BAYPORT AVE<br>BAYPORT NY  11705-1853 | |
| 101 | JOHN W BUGLER | 20 MINA RD<br>OAKDALE NY  11769-1827 | |
| | DARLEEN A CAMMARATA | 14 RIVERA LN<br>W SAYVILLE NY  11796-1514 | PO BOX 153<br>WEST SAYVILLE NY  117960153 |
| 102 | MATTHEW BRADY | 42 CONNETQUOT RD<br>BAYPORT NY  11705-2112 | |
| 105 | FEDELE T BAUCCIO | 20 ALAN ST<br>E ISLIP NY  11730-2822 | |
| | JANET MASSA | 15 OAK LN<br>BLUE POINT NY  11715-1715 | |
| 106 | RYAN T KELLY | 39 SUNSET DR<br>SAYVILLE NY  11782-2808 | |
| | ROBERT M MARO | 218 LAKELAND AVE # K4<br>SAYVILLE NY  11782-1925 | |
| 108 | LINDA L MISTLER | 8 BELINDA CT<br>SAYVILLE NY  11782-2240 | |
| | RICHARD J SCHWAMB | 759 ROGERS RD<br>BOHEMIA NY  11716-3503 | |
| 109 | STEVEN D GELLAR | 127 BABYLON AVE<br>W ISLIP NY  11795-1231 | |
| 114 | MICHAEL J LA VECCHIA SR | 22 LURCOTT LN<br>CENTRAL ISLIP NY  11722-2415 | |
| | KELLY M SCHAEFFER | 52 MILLER AVE<br>CENTRAL ISLIP NY  11722-1502 | PO BOX 794<br>YAPHANK NY  119800794 |
| 117 | MICHAEL J TOMOSSONE | 597 GRAND BLVD<br>BRENTWOOD NY  11717-7901 | 51 RICHARD BLVD<br>ISLIP TERRACE NY  11752 |
| 118 | MARY C GRAF | 214 CLARINET LN<br>HOLBROOK NY  11741-4604 | |
| | CHARLES M TRUPIA | 58 HAVEN AVE<br>RONKONKOMA NY  11779-5922 | |
| 120 | DAWN MARIE D KUHN | 931 NEMETH ST<br>BOHEMIA NY  11716-2120 | |
| | MICHAEL S SINISKI | 19 ZAVRA ST<br>BOHEMIA NY  11716-1713 | |
| 121 | NANCY DONOHUE | 179 ANCHORAGE DR<br>W ISLIP NY  11795-5006 | |
| 122 | THOMAS J COFFEY | 917 OCEAN AVE<br>BOHEMIA NY  11716-3628 | |

SUFFOLK COUNTY BOARD OF ELECTIONS

# Republican Party
## County Committee Contest Results - Winners in Primary, Uncontested

## Islip

Feb 14, 2019

| ED# | Name | Address | Mailing Address |
|-----|------|---------|-----------------|
| 123 | ARNOLD M BEIN | 882 UNION BLVD<br>W ISLIP NY 11795-3723 | |
| | MARLENE L JOHNSTON | 51 BARDOLIER LN<br>W BAY SHORE NY 11706-7522 | |
| 126 | JEAN M GRAF | 215 CLARINET LN<br>HOLBROOK NY 11741-4603 | |
| | CHARLES T VERMILYEA | 16 ANNANDALE RD<br>HOLBROOK NY 11741-5002 | |
| 127 | STEVEN J FLOTTERON | 280 WOODLAND DR<br>BRIGHTWATERS NY 11718-1921 | |
| | RONALD THOMPSON | 133 WILHERM LN<br>W ISLIP NY 11795-3830 | |
| 129 | KENNETH C GESSECK | 136 CHURCH AVE<br>ISLIP NY 11751-4302 | |
| 130 | KELLY J MURRAY | 56 JONES DR<br>SAYVILLE NY 11782-2805 | |
| | KATHLEEN M RACH | 132 LORRAINE CIR<br>W SAYVILLE NY 11796-1213 | |
| 131 | ADAM E PAPADOULIAS | 27 CANNON DR<br>HOLBROOK NY 11741-5216 | |
| | JOSEPH M VENTRICE | 199 NINA ST<br>HOLBROOK NY 11741-4609 | |
| 132 | DONALD A RETTALIATA | 8 DEMARRE LN<br>BAYPORT NY 11705-2010 | |
| | SHEILA C RETTALIATA | 8 DEMARRE LN<br>BAYPORT NY 11705-2010 | |
| 134 | RICHARD HOFFMANN | 143 WEDGEWOOD DR<br>HAUPPAUGE NY 11788-3417 | |
| 136 | THOMAS B HEMINGWAY | 475 RICHLAND BLVD<br>BRIGHTWATERS NY 11718-1221 | |
| | JOAN MC CARTHY | 51 BERGEN LN<br>BLUE POINT NY 11715-2102 | |
| 137 | DENNIS A BOYLE | 3 FERN PL<br>OAKDALE NY 11769-2007 | |
| | ROBERT J SCHAEFER | 31 MIDDLESEX AVE<br>OAKDALE NY 11769-1917 | |
| 139 | JEANNE CAMPO | 432 ALPHABET ST<br>HOLBROOK NY 11741-5702 | |
| | CAITLIN E GRAF | 214 CLARINET LN<br>HOLBROOK NY 11741-4604 | |
| 140 | BRENDAN R CHAMBERLAIN | 469 GREENBELT PKY<br>HOLTSVILLE NY 11742-2228 | |
| 141 | STEVE DOLER | 23 PAULANNA AVE<br>BAYPORT NY 11705-2127 | |
| | BRUCE P VETRI | 559 LAKEVIEW AVE<br>BAYPORT NY 11705-1205 | |
| 142 | BETH A O'BRIEN | 670 3RD ST<br>RONKONKOMA NY 11779-6329 | |
| | DANIEL R O'BRIEN | 670 3RD ST<br>RONKONKOMA NY 11779-6329 | |

SUFFOLK COUNTY BOARD OF ELECTIONS
# Republican Party
## County Committee Contest Results - Winners in Primary, Uncontested

## Islip

Feb 14, 2019

| ED# | Name | Address | Mailing Address |
|-----|------|---------|-----------------|
| 143 | BRIAN D GUINTA | 50 CEDAR AVE<br>ISLIP NY 11751-3802 | |
| | PETER TAFE | 11 OAKWOOD ST<br>BLUE POINT NY 11715-1115 | |
| 144 | BARBARA A REUSCHLE | 47 MACON AVE<br>SAYVILLE NY 11782-2409 | |
| | JOHN D REUSCHLE | 47 MACON AVE<br>SAYVILLE NY 11782-2409 | |
| 145 | C C CURRAN JR | 155 BAY AVE<br>BAYPORT NY 11705-2004 | |
| | PAMELA J GREENE | 110 CONNETQUOT RD<br>BAYPORT NY 11705-2112 | |
| 147 | ANGIE M CARPENTER | 776 PEASE LN<br>W ISLIP NY 11795-3427 | |
| | FRANCIS J FRANZONE | 1553 N MONROE AVE<br>W ISLIP NY 11795-1918 | |
| 148 | GLEN CARBALLO | 73 40TH ST<br>ISLIP NY 11751-1124 | |
| | KIMBERLY A SCALICE | 119 46TH ST<br>ISLIP NY 11751-1705 | |
| 149 | EDMOND B MC DONALD | 328 2ND AVE<br>BAYPORT NY 11705-1310 | |
| 151 | ROSEMARY E CLAUS | SPRINGMEADOWS AT HAUPPAUGE<br>656 VILLAGE DR<br>HAUPPAUGE NY 11788-3216 | |
| 152 | ANDREW J SCARDINO | 2328 MOTOR PKY<br>RONKONKOMA NY 11779-4852 | |
| 153 | JOHN J FERRARA | 122 CALVERT AVE<br>RONKONKOMA NY 11779-5920 | |
| | JUDY A FERRARA | 122 CALVERT AVE<br>RONKONKOMA NY 11779-5920 | |
| 154 | WILLIAM H MEYER | 1942 LOUIS KOSSUTH AVE<br>RONKONKOMA NY 11779-6423 | |
| | KEVIN S ROSENBERG | 2188 PINE AVE<br>RONKONKOMA NY 11779-6529 | |
| 155 | JOHN J COUGHLIN JR | 295 RAILROAD AVE<br>SAYVILLE NY 11782-2709 | PO BOX 452<br>SAYVILLE NY 11782-0452 |
| | JOHN M VERDONE | 20 EASTOVER RD<br>SAYVILLE NY 11782-1113 | |
| 157 | JONATHON DASARO | 431 CHINA RD<br>SAYVILLE NY 11782-1412 | PO BOX 784<br>SAYVILLE NY 11782-0784 |
| | MATTHEW PARROTT | 97 BAYVIEW AVE<br>BAYPORT NY 11705-2109 | |
| 159 | EDWARD COFFEY | 814 KARSHICK ST<br>BOHEMIA NY 11716-3602 | |
| | JUSTIN A SCHWAMB | 759 ROGERS RD<br>BOHEMIA NY 11716-3503 | |

SUFFOLK COUNTY BOARD OF ELECTIONS

# Republican Party
## County Committee Contest Results - Winners in Primary, Uncontested

## Islip

Feb 14, 2019

| ED# | Name | Address | Mailing Address |
|---|---|---|---|
| 161 | MICHAEL J SACCA | 165 LOOP DR<br>SAYVILLE NY 11782-1525 | |
| | ALEXIS WEIK | 278 SAYVILLE BLVD<br>SAYVILLE NY 11782-2012 | |
| 162 | RONALD BONANNO | 218 CLARINET LN<br>HOLBROOK NY 11741-4604 | |
| 163 | GUY W GERMANO | 38 AWIXA AVE<br>BAY SHORE NY 11706-8802 | |
| | JOSEPH A MC NULTY | 425 PINE ACRES BLVD<br>BRIGHTWATERS NY 11718-1217 | |
| 164 | GREGORY S HANCOCK | 17 WILLIAM AVE<br>E ISLIP NY 11730-2304 | |
| | RICHARD A SCHWAMB | 759 ROGERS RD<br>BOHEMIA NY 11716-3503 | |
| 165 | ROBERT J IRWIN | 112 LOCUST AVE<br>OAKDALE NY 11769-1614 | |
| | NANCY OAKLEY | 468 LINCOLN AVE<br>SAYVILLE NY 11782-1406 | |
| 166 | CLAUDIA TANTONE | 267 MC CONNELL AVE<br>BAYPORT NY 11705-1740 | |
| | KENNETH C WEEKS | 532 RENEE DR<br>BAYPORT NY 11705-1239 | |
| 169 | GERARD K FULLER | 73 GREENWOOD RD<br>BAY SHORE NY 11706-5024 | |
| | VALERIE L NOGUERAS | 73 GREENWOOD RD<br>BAY SHORE NY 11706-5024 | |
| 171 | STEVEN L BRUNO | 78 BRENTWOOD ST<br>BAY SHORE NY 11706-1921 | |
| 172 | BRYAN T IANNE | 227 SPRINGMEADOW DR # H<br>HOLBROOK NY 11741-4132 | |
| | PETER P PEKRUL | 4 VAL CT<br>HOLBROOK NY 11741-5508 | |
| 173 | CHARLES GRAF | 214 CLARINET LN<br>HOLBROOK NY 11741-4604 | |
| | ROBERT A HOGAN | 16 SANTA ANITA CT<br>HOLBROOK NY 11741-4304 | PO BOX 1146<br>HOLBROOK NY 117411146 |
| 176 | GENEVIEVE N GOGLAS | 39 OAK ST<br>CENTRAL ISLIP NY 11722-4149 | |
| 177 | JOSEPH A STASSI | 123 OLD POST DR<br>HAUPPAUGE NY 11788-3443 | |
| | THERESA STASSI | 123 OLD POST DR<br>HAUPPAUGE NY 11788-3443 | |
| 179 | CHRISTOPHER J GIAMBRONE | 15 MARIA CT<br>HOLBROOK NY 11741-3501 | |
| | VINCENT J MESSINA JR | 275 CLARINET LN<br>HOLBROOK NY 11741-3832 | |
| 180 | GERARD J HULSEN | 148 AVE D<br>HOLBROOK NY 11741-2337 | |
| | KATHRYN O'ROURKE | 12 HORSESHOE DR<br>HOLBROOK NY 11741-1922 | |

SUFFOLK COUNTY BOARD OF ELECTIONS
# Republican Party
## County Committee Contest Results - Winners in Primary, Uncontested

## Islip

Feb 14, 2019

| ED# | Name | Address | Mailing Address |
|---|---|---|---|
| 182 | STEVEN P HYLAND | 15 BAY 1ST ST<br>ISLIP NY 11751-4403 | |
| 184 | MICHAEL J CAHILL | 325 WOODLAND DR<br>BRIGHTWATERS NY 11718-1924 | |
| | JOSEPH V SCHETTINO | 927 GARDINER DR<br>BAY SHORE NY 11706-7602 | |
| 192 | MELINDA A KERRIGAN | 48 ARLINE LN<br>E ISLIP NY 11730-3613 | |
| | CATHERINE RIEDEL | 26 JEFFERSON ST<br>E ISLIP NY 11730-1835 | |
| 193 | ANGEL M RIVERA | 133 GREENWOOD RD<br>BAY SHORE NY 11706-5022 | |
| 195 | THOMAS R PARSON | 55 ACE CT<br>W ISLIP NY 11795-2001 | |
| 197 | JONATHAN R BLOOM | 77 WOODHOLLOW RD<br>GREAT RIVER NY 11739 | PO BOX 76<br>GREAT RIVER NY 11739-0076 |
| | KEVIN J SHIRES | 387 GREAT RIVER RD<br>GREAT RIVER NY 11739 | PO BOX 341<br>GREAT RIVER NY 117390341 |
| 201 | RONALD F DEVINE JR | 408 BAYPORT AVE<br>BAYPORT NY 11705-1404 | |
| 202 | MICHAEL STACK | 2284 5TH AVE<br>RONKONKOMA NY 11779-6207 | |
| 203 | MURIEL A DRISCOLL | 52 MUNSON LN<br>W SAYVILLE NY 11796-1522 | |
| | ROLAND F DRISCOLL | 52 MUNSON LN<br>W SAYVILLE NY 11796-1522 | |
| 208 | ARTHUR L LAUFER JR | 757 PEASE LN<br>W ISLIP NY 11795-3426 | |
| | JOHN A STANTON JR | 65 OAK NECK LN<br>W ISLIP NY 11795-5117 | |
| 210 | ERIC S BUEHLER | 31 CORNELL ST<br>ISLIP NY 11751-2129 | |
| | KEVIN T GLOCK | 277 BROOKVILLE AVE<br>ISLIP NY 11751-1110 | |
| 212 | NICOLE J GRAZIANO | 519 CADMAN RD<br>W ISLIP NY 11795-1301 | |
| | VINCENT M SEPE | 107 DONCASTER AVE<br>W ISLIP NY 11795-1234 | |
| 213 | RYAN MASSA | 15 OAK LN<br>BLUE POINT NY 11715-1715 | |
| | ANTHONY A PICCIRILLO | 80 MIDDLETON RD # 1<br>BOHEMIA NY 11716-3925 | |
| 214 | GEORGE ROGERS | 20 GILLETTE AVE<br>BAYPORT NY 11705-1843 | |
| | JANESSA M TROTTO | 1620 LOUIS KOSSUTH AVE<br>BOHEMIA NY 11716-1512 | |
| 216 | JOSEPH V TREPICCIONE | 127 CASSA LOOP<br>HOLTSVILLE NY 11742 | |
| | MARILYN WENZ | 23 SCOPELITIS CT<br>HOLBROOK NY 11741 | |

SUFFOLK COUNTY BOARD OF ELECTIONS

# Republican Party
## County Committee Contest Results - Winners in Primary, Uncontested

## Islip

Feb 14, 2019

| ED# | Name | Address | Mailing Address |
|-----|------|---------|-----------------|
| 217 | DOUGLAS E KING | 1216 KIRKLAND CT<br>CENTRAL ISLIP NY  11722-4480 | |
| 221 | JOHN J MAREK | 2131 MOTOR PKY<br>HAUPPAUGE NY  11788-5209 | |
| 223 | DOUGLAS M SMITH | 275 S ROBERTS ST<br>HOLBROOK NY  11741-3844 | |
|     | ELIZABETH R SMITH | 275 S ROBERTS ST<br>HOLBROOK NY  11741-3844 | |

# Exhibit 18

12/26/2018                                    Yahoo Mail - Fwd: Babylon ^_Council^_ ^_Districts^_

## Fwd: Babylon ^_Council^_ ^_Districts^_

From:  Nicholas LaLota (lalota@yahoo.com)

To:    callspi@optonline.net; chairman@suffolkcountygop.com

Date:  Saturday, August 18, 2018, 10:01 AM EDT

Begin forwarded message:

> **From:** angiecarp930@aol.com
> **Date:** August 18, 2018 at 09:52:25 EDT
> **To:** info@suffolkcountygop.com
> **Cc:** John jay LaValle <Chairman@suffolkcountygop.com>, William Garbarino <williamRgarbarino@hotmail.com>
> **Subject: Re: Babylon Council Districts**

Tony,

You know I am always there for you and the Babylon GOP, but this puts me in a very difficult position. This is a very sensitive issue and we are smack in the middle of a very expensive lawsuit and it Islip residents are involved, it could really hurt us. I'm sure you will understand.

Warmest regards, Angie

Sent from my iPhone

On Aug 17, 2018, at 5:33 PM, Vice Chairman Anthony Pancella, III <info@suffolkcountygop.com> wrote:



IMPORTANT NEWS FROM THE SUFFOLK GOP

Angie,



EXHIBIT
18
2-21-19

1/3

FLORES000002649

As the Babylon Town Republican Chairman and Vice Chairman of our County's Republican Committee, **I am writing to invite you to a petition drive for Council Districts in the Town of Babylon this Saturday, August 18th at 10am at:**

Athenian Garden Apartments
49 Athens Court  West Babylon, NY 11704

We need your help to get the 2,000+ signatures required to ensure the Babylon Council District referendum is on this November's ballot.

Council Districts will help bring more effective and representative government to the Babylon taxpayers.

Council Districts will also bring a more fiscally responsible and bi-partisan approach to a Town Board that hasn't had a Republican elected to it since Councilwoman Fran Brown won election in 1999.

As historian Lord Acton, concluded, "Power tends to corrupt, and absolute power corrupts absolutely."

I hope to see you on Saturday.  Please reply if you're coming so we can make proper arrangements.  The more, the merrier!


Sincerely,

# Tony

Anthony Pancella, III
Vice Chairman, Suffolk County Republican Committee


Suffolk County Republican Committee
1150 Portion Road, Suite 2, Holtsville, NY 11742


See what's happening on our social sites



FLORES000002650

Suffolk County Republican Committee, 1150 Portion Rd, Suite 2, Holtsville, NY 11742

SafeUnsubscribe™ angiecarp930@aol.com

Forward this email | Update Profile | About our service provider

Sent by info@suffolkcountygop.com in collaboration with



Try it free today

FLORES000002651