UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANA FLORES, RENE FLORES, MARIA MAGDALENA HERNANDEZ, MAGALI ROMAN, MAKE THE ROAD NEW YORK, AND COMMUNITIES FOR CHANGE,<br><br>Plaintiffs,<br><br>v.<br><br>TOWN OF ISLIP, ISLIP TOWN BOARD, and SUFFOLK COUNTY BOARD OF ELECTIONS,<br><br>Defendants. | Case No. 2:18-cv-03549 |

## DECLARATION OF CAROL CHARCHALIS

1.　I am employed by the Town of Islip as Deputy Commissioner of Parks, Recreation and Cultural Affairs, a position I have held since late 2012. I submit this declaration in support of Defendant Town of Islip and Islip Town Board's opposition to Plaintiffs' motion for a preliminary injunction.

2.　Before I became Deputy Commissioner of Parks, Recreation and Cultural Affairs, I was the Deputy Commissioner of Human Services from approximately 2006 to 2012. I was also briefly the Acting Commissioner of Human Services for approximately 10 months in 2012. I was Acting Deputy Commissioner of Human Services from 2005 to 2006, Secretary to the Commissioner from approximately 2004 to 2005, a Budget Technician for the Town of Islip from approximately 2003 to 2004, and a Neighborhood Aide for the Town of Islip from approximately 2002 to 2003.

3.　In my current role, I am responsible for, among other things, overseeing Islip's

1

various programs for senior citizens, which serve approximately 1,700 senior citizens throughout Islip. I report directly to Thomas Owens, the Commissioner of the Department of Parks, Recreation and Cultural Affairs. Approximately 30 individuals in the Senior Citizen Division report to me.

**Islip's Programs for Senior Citizens**

4. Islip provides programming for senior citizens at centers located in six hamlets: (a) the Caesar Trunzo Senior Center at 16 Second Avenue, Brentwood; (b) the Central Islip Center at 555 Clayton Street in Central Islip; (c) the Joyce Fitzpatrick Center at 50 Irish Lane in East Islip; (d) the Oakdale Center at 963 Montauk Highway in Oakdale; (e) the Ronkonkoma Senior Center at 299 Rosevale Avenue in Ronkonkoma; and (f) the West Islip Center at 90 Higbie Lane in West Islip.

5. The senior center located in Central Islip is temporarily closed, as it will undergo renovations including a new roof, interior tiles and lighting, and the seniors served at this center are being served across the parking lot at the recreation center.

6. The Caesar Trunzo Senior Center in Brentwood is one of the most popular centers and has probably the most visitors on a daily basis. We hold our annual health fair at the Caesar Trunzo Center, which provides health information and free flu shots to seniors. We also have bocce and billiard tournaments at the Caesar Trunzo Center (as well as at the Joyce Fitzpatrick Center). We offer free art instruction at three centers, Caesar Trunzo being one of them.

7. Islip's senior programs include Nutrition Programs (home-delivered and congregate), Exercise Programs, the Residential Repair Program, Expanded In-Home Services for the Elderly Program ("EISEP"), and our Transportation Program, which provides seniors with rides to our senior centers, medical appointments and local supermarkets. Free

interpretation services are available upon request to seniors at no cost in conjunction with Islip's senior programming. A true and correct flier in Spanish and English advertising Islip's senior programs is attached hereto as **Charchalis Decl. Ex. A**. In addition, there are Town employees who are able to provide translation services on an as-needed basis. I am unaware of any situation where a senior citizen was turned away from one of the Town's senior programs because of a language barrier.

*Senior Citizen Meal Programs*

8. Islip runs two nutrition programs for seniors: the Congregate Meal Program, which offers a hot lunch to residents age 60 and over at Islip's senior centers, and a Home Delivered Meal Program. While there is no cost for the meals, there is a suggested donation of $2.00 per meal. The programs are funded in part by the U.S. Administration for Community Living through the New York State Office for the Aging, and the Suffolk County Office for the Aging.

9. Seniors who want to participate in the Congregate Meal Program must make lunch reservations at one of the Town's senior centers. The Town provides transportation to and from the senior centers for meals.

10. Islip also runs a Home Delivered Meal Program, which delivers frozen meals once a week to seniors who are unable to prepare meals and do not have someone to assist them. Currently, 379 seniors are registered to receive home delivered meals, and there is a waiting list for those wishing to be added to the program. Nearly half of these seniors reside in Bay Shore, Central Islip and Brentwood.

11. Eligible seniors can receive a total of five meals weekly from the Congregate Meal Program, the Home Delivered Meal Program or a combination of the two. Information about the Town's senior nutrition programs is available to residents in both English and Spanish.

3

A true and correct copy of a flier advertising the Town's Congregate Meal Program and the Home Delivered Meal Program for seniors is attached hereto as **Charchalis Decl. Ex. B**.

*Residential Repair Program*

12. Islip runs a Residential Repair Program to assist residents 60 and older with light repair work including painting, gutter cleaning, installing air-conditioning units, door locks and safety rails for toilets and bathtubs. While the labor is free, the resident must provide parts and supplies. The program is funded by the U.S. Administration for Community Living through the New York State Office for the Aging, and the Suffolk County Office for the Aging.

13. Information about the Residential Repair Program is available to residents in both English and Spanish. A true and correct copy of a flier advertising the Residential Repair Program for seniors is attached hereto as **Charchalis Decl. Ex. C**.

*Expanded In-Home Services for the Elderly*

14. In conjunction with the Suffolk County Office of Aging, Islip runs an Expanded In-Home Services for the Elderly Program ("EISEP"), which assists seniors who want to stay in their homes, but need help with everyday activities (for example cleaning the house, preparing light meals shopping, and laundry) and are not eligible for Medicaid. The Suffolk County Office of Aging provides Islip with a list of individuals to service as part of this program.

**Parks and Recreation**

15. My department also makes the recreation services available to all Islip residents. We ask that residents obtain recreation cards. A true and correct copies of the flier regarding recreation cards in English and Spanish is attached hereto as **Charchalis Decl. Ex. D**.

**Access/Acceso**

16. I became familiar with the Access/Acceso program when I worked for the Town's

4

Department of Human Services. The Department of Human Services was eliminated in 2012 and some services provided were transferred to the Parks and Recreation Department or to other outside organizations.

17. Access/Acceso provided alcohol and drug abuse counseling as well as educational services to Islip residents and their families in both group and individualized sessions. It had two locations: 401 Main Street in Islip and 452 Suffolk Avenue in Brentwood. Staff for Access/Acceso included counselors, two part-time psychiatrists and nurses and clerical support staff. Counseling services were offered in English and Spanish.

18. In 2011, Access/Acceso had 598 clients and offered 9,865 units of service at the Islip location. In the same year, the program had 696 clients and offered 15,230 units of service at the Brentwood location. The majority of Access/Acceso's clients were attending the programs pursuant to a court order.

19. In 2012, the Access/Acceso program was wound down. The program's clients were all transferred to two social service agencies: Family Service League in Bay Shore and Outreach in Brentwood, who received the state/county grants to fund that program that the Town of Islip had previously received.

20. I was involved in the wind-down of Access/Acceso, and personally worked, hand-in-hand with the director of the program, for six months to make sure that each individual receiving services from Access/Acceso was transferred to Family Service League or Outreach. Outreach even took over the Brentwood offices of Acceso, allowing participants to attend the program in the same location and continue to receive counseling services in Spanish.

21. Since the 1980s, the Town of Islip Youth Bureau has partnered Youth Enrichment Services ("YES"), a not-for-profit corporation that serves the needs of vulnerable youth

throughout Islip, including Brentwood, Central Islip and Bay Shore. The Town provides numerous resources to YES, including in-kind office and program space in Brentwood and Central Islip, insurance coverage, payroll assistance and use of Youth Bureau vehicles to transport youth to various activities. In my opinion, without the support of the Town, YES would not be able to serve as many young people as it does.

22. The Town's Drug and Alcohol Division provided adult and youth drug prevention education including adult community education held at Dowling College in Oakdale and programs for school-aged children. Programs conducted at local school districts included "Choices," a 10-week program using role-playing, small group exercises and classroom games to present age-appropriate information about drugs and alcohol. The program "Just Say No to Drugs" provided students with age appropriate information to help them understand the negative impacts of substance abuse.

23. When the Department of Human Services closed, the drug prevention funding went to YES. YES now provides education regarding substance abuse and substance abuse prevention workshop to school districts, parents and other organizations.

I declare under penalty of perjury that the foregoing is true and correct.

*Carol Charchalis*
Carol Charchalis

Executed at:   Islip, New York
April 4, 2019