# Exhibit A

Town of Islip
Department of Parks, Recreation and Cultural Affairs
Division of Cultural Affairs and Senior Citizen Services
(631)224-5340

# Town of Islip Senior Citizen Programs and Services

Programs and Services are available to Town of Islip residents 60 years of age and older. For those individuals who have limited English proficiency (LEP), we have a language interpretation service available, at no cost to the senior citizen.

**Senior Citizen Centers** - The Town of Islip has 6 Senior Citizen Centers that serve as a location for social, cultural and educational programs. The centers also offer the Congregate Meal Program in which they provide a hot meal. Reservations for a meal must be made in advance with the Senior Center Staff. Door to door transportation is available. There is a suggested meal contribution of $2.00. All contributions are voluntary and anonymous. No one shall be denied a meal due to their inability to contribute. Persons with self-declared incomes at or above 185% of the federal poverty level are encouraged to make a contribution equal to the actual cost of the meal. Contributions are used to expand the program.
**Caesar Trunzo Senior Center** – (631)436-6072 - 16 Second Avenue, Brentwood
**Central Islip Senior Center** – (631)595-3508 - 555 Clayton St., Central Islip (open for senior club meetings, call in advance)
**Joyce Fitzpatrick Senior Center** – (631)224-5396 - 50 Irish Lane, East Islip
**Oakdale Senior Center** – (631)472-7023 - 963 Montauk Highway, Oakdale
**Ronkonkoma Senior Center** - (631)467-3324 - 22 Lakecrest Lane, Ronkonkoma, enter Rosevale Ave.
**West Islip Senior Center** – (631)893-8932 - 90 Higbie Lane, West Islip

**Transportation Services** - Transportation is provided to medical facilities and government buildings located within the Town of Islip for those who have no access to private or public transportation and cannot afford private taxi fare. Transportation for food shopping is also available. A voluntary contribution of $2.00 per trip is appreciated. Please call (631)224-5686 for more information.

**Residential Repair Program** – A program that provides minor home repairs to a senior homeowner. Materials are furnished by the homeowner, labor is provided by residential repair staff, at no cost. Contributions are appreciated. This program is partially funded by the Suffolk County Office for the Aging and the New York State Office for the Aging.

**Expanded In-Home Services for the Elderly Program (EISEP)** – This program is designed to assist with managing housekeeping, laundry, food shopping, and errands. Cost is based on a sliding scale fee, depending on income. Contact Suffolk County Office for the Aging (631)853-8200,
for more information.

The programs are funded by the U.S. Administration for Community Living through New York State Office for the Aging, and Suffolk County Office for the Aging.

**Senior Citizen Identification Card** - This card is free for those 60 years and older and is available at Brookwood Hall, 50 Irish Lane, East Islip. The card allows access to Islip Town parks, beaches and marinas and reduced fees to Islip pools and golf courses.  This card may also be used as identification to obtain a reduced senior fare on buses. The card is also attainable through the mail - send a copy of your driver's license to Brookwood Hall and ID card will be mailed to you.

**"*It's Never Too Late News*"** – A bi-monthly newsletter that informs seniors of the services available to them, as well as, the events taking place at the senior centers.

Municipal de Islip
Departamento de Parques, Recreación y Asuntos Culturales
La División de Asuntos Culturales y Servicios de Ancianos
(631)224-5340

## Programas y Servicios Para los Ancianos

Programas y servicios están disponibles para los residentes del municipio de Islip 60 años de edad y mayores. Para aquellas personas que tienen un limitado dominio del inglés (LEP), tenemos un servicio de interpretación disponible, sin costo alguno para los ancianos.

**Centros de Ancianos** – El municipio de Islip tiene seis Centros de Ancianos que sirven como un lugar para programas sociales, culturales y educativos. Los centros también ofrecen el programa de comida se congregan en las que proporcionan una comida caliente. Reservas para una comida deben hacerse por adelantado con el personal del centro superior. Transporte de puerta a puerta está disponible. Hay una contribución de comida sugerido de $2.00 para el programa de nutrición de ancianos. Todas las contribuciones son voluntarias y anónimas. Nadie se le negará una comida debido a su incapacidad de contribuir. Las personas con rentas autoproclamadas en o por encima del 185% del nivel federal de pobreza son alentadas a hacer una contribución equivalente al coste real de la comida. Todas las contribuciones se utilizan para ampliar el programa. Programas de Nutrición son parcialmente financiados por la Oficina Del Condado de Suffolk para el Envejecimiento, la Oficina Estatal de Nueva York para el Envejecimiento y la Administración Estadounidense para la Comunidad Que Viven.

**Caesar Trunzo Senior Center** – (631) 436-6072 - 16 Second Avenue, Brentwood
**Central Islip Senior Center** – (631) 595-3508 - 555 Clayton Street, Central Islip (abierta por tiempos limitados)
**Joyce Fitzpatrick Senior Center** – (631) 224-5396 - 50 Irish Lane, East Islip
**Oakdale Senior Center** – (631) 472-7023 - 963 Montauk Highway, Oakdale
**Ronkonkoma Senior Center** – (631) 467-3324 - 22 Lakecrest Lane, Ronkonkoma (entrada por la Rosevale Avenue)
**West Islip Senior Center** – (631) 893-8932 - 90 Higbie Lane, West Islip

**Servicios de Transporte** – Transporte es disponible a instalaciones médicas y edificios de gobierno, ubicados en el municipio de Islip para aquellos que no tienen acceso al transporte público o privado y no puede pagar la tarifa de taxi privado. También hay transporte para comprar comida. Se aprecia una contribución voluntaria de $2.00 por viaje. Por favor llame al (631) 224-5686 para obtener más información.

**El programa de reparaciones residencial** – Un programa que ofrece pequeñas reparaciones a la casa a un propietario anciano. Materiales son equipados por el propietario, mano de obra es proporcionada por residencial reparación personal, sin costo alguno. Las contribuciones son apreciadas. Este programa es financiado parcialmente por la oficina del Condado de Suffolk para el envejecimiento y la oficina estatal de Nueva York del envejecimiento.

**Servicios ampliados en el hogar para el programa de ancianos (EISEP)** – Este programa está diseñado para ayudar con el manejo de limpieza, lavandería, compras de comida y recados. Costo se basa en una tarifa de escala móvil, dependiendo de ingresos. Póngase en contacto con la oficina del Condado de Suffolk para el envejecimiento (631) 853-8200, para obtener más información.

**Tarjeta de identificación de Ancianos** – Esta tarjeta de identificación gratuita está disponible en la división de asuntos culturales y servicios de Ancianos, 50 Irish Lane, East Islip. La tarjeta permite el acceso a los parques, playas y tarifas reducidas a las piscinas y campos de golf que están localizados en municipio de Islip. Esta tarjeta puede utilizarse como identificación para obtener una tarifa reducida en los autobuses. La tarjeta también está disponible a través del correo – envíe una copia de su licencia de conducir o prueba de edad y residencia a la dirección de arriba y la tarjeta será enviada a usted.

**"Nunca son tardes las Noticias"** – Un boletín bimensual que informa a las personas mayores de los servicios disponibles para ellos, así como, los eventos que tienen lugar en los centros de ancianos.

Fondos provistos por la Administración para la Vida Comunitaria a través de la Oficina de
Envejecimiento del Estado de Nueva York y la Oficina de Envejecimiento del Condado de Suffolk