# Exhibit B

Town of Islip
Department of Parks, Recreation and Cultural Affairs
Division of Cultural Affairs and Senior Citizen Services
(631)595-3510



## Town of Islip Senior Citizen Nutrition Programs

Nutrition programs are available to Town of Islip residents 60 years of age and older. For those individuals who have limited English proficiency (LEP), we have a language interpretation service available, at no cost to the senior citizen.

**Senior Citizen Centers/ Congregate Meal Program** - The Town of Islip has 6 Senior Citizen Centers that serve as a location for social, cultural and educational programs. The centers offer the Congregate Meal Program in which they provide a hot, nutritious meal. Reservations for a meal must be made in advance with the senior center staff. Door to door transportation may be available.

**Nutrition Site locations:**
<u>Caesar Trunzo Senior Center</u> – (631)436-6072 - 16 Second Avenue, Brentwood
<u>Central Islip Senior Center</u> – (631)595-3508 - 555 Clayton St., Central Islip (open on a limited basis)
<u>Joyce Fitzpatrick Senior Center</u> – (631)224-5396 - 50 Irish Lane, East Islip
<u>Oakdale Senior Center</u> – (631)472-7023 - 963 Montauk Highway, Oakdale
<u>Ronkonkoma Senior Center</u> - (631)467-3324 - 22 Lakecrest Lane, Ronkonkoma (entrance on Rosevale Avenue)
<u>West Islip Senior Center</u> – (631)893-8932 - 90 Higbie Lane, West Islip

**Home Delivered Meal Program** - This service delivers five frozen meals, once a week to the resident's home. Senior must be unable to prepare meals, and have no one available to assist them. A senior who is recuperating from an illness or accident may be placed on the program on temporary basis. Eligible participants must have the ability to heat the meal in the oven or the microwave. An in-home assessment is necessary to determine eligibility for the program.
Call (631)595-3510, to be placed on the waiting list.

There is a suggested meal contribution of $2.00 for the senior nutrition programs. No one shall be denied a meal due to their inability to contribute. Persons with self- declared incomes at or above 185% of the federal poverty level are encouraged to make a contribution equal to the actual cost of the meal. All contributions are used to expand the program.

Nutrition Programs are partially funded by the U.S. Administration for Community Living through the New York State Office for the Aging, and the Suffolk County Office for the Aging

Municipal de Islip
Departamento de Parques, Recreación y Asuntos Culturales
La División de Asuntos Culturales y Servicios de Ancianos
(631)595-3510



## Programas de Nutrición de Ancianos

Programas de nutrición están disponibles para los residentes del municipio de Islip 60 anos de edad y mayores. Para aquellas personas que tienen un limitado dominio del inglés (LEP), tenemos un servicio de interpretación disponible, sin costo alguno para los ancianos. Programas de nutrición son parcialmente financiados por la oficina del Condado de Suffolk para el envejecimiento, la oficina estatal de Nueva York para el envejecimiento y el Departamento de salud y servicios humanos.

**Centros de ancianos/Congrégate programa de comidas** – El municipio de Islip tiene seis Centros de Ancianos que sirven como un lugar para programas sociales, culturales y educativos. Los centros ofrecen el programa de comida Congrégate en el que proporcionan una comida caliente y nutritiva. Se aprecia una contribución voluntaria de $2.00 por comida. Reservas para una comida deben hacerse por adelantado con el personal del centro de ancianos. Transporte de puerta a puerta está disponible.
**Locales de Nutrición:**
<u>**Caesar Trunzo Senior Center**</u> **– (631) 436-6072 - 16 Second Avenue, Brentwood**
<u>**Central Islip Senior Center**</u> **– (631) 595-3508 - 555 Clayton Street, Central Islip (abierta por tiempos limitados)**
<u>**Joyce Fitzpatrick Senior Center**</u> **– (631) 224-5396 - 50 Irish Lane, East Islip**
<u>**Oakdale Senior Center**</u> **– (631) 472-7023 - 963 Montauk Highway, Oakdale**
<u>**Ronkonkoma Senior Center**</u> **– (631) 467-3324 - 22 Lakecrest Lane, Ronkonkoma (entrada por la Rosevale Avenue)**
<u>**West Islip Senior Center**</u> **– (631) 893-8932 - 90 Higbie Lane, West Islip**

**Programa de comidas a la Casa** – Este servicio ofrece cinco comidas congeladas, una vez por semana a la casa de los residentes. El anciano debe ser incapaz de preparar las comidas y que no haiga nadie disponible para ayudarles. Un anciano que se este recuperando de una enfermedad o accidente puede colocarse en el programa sobre una base temporal. Los participantes elegibles deben tener la capacidad de calentar la comida en el horno o el microondas. Se aprecia una contribución voluntaria de $2.00 por comida, las contribuciones son confidenciales, nadie se le negará el servicio si no se hace ninguna contribución. Una evaluación en el hogar es necesaria para determinar la elegibilidad para el programa. Llame al (631) 595-3510, para colocarse en la lista de espera.
Hay una contribución de comida sugerido de $2.00 para el programa de nutrición de ancianos. Todas las contribuciones son voluntarias y anónimas. Nadie se le negará una comida debido a su incapacidad de contribuir. Las personas con rentas autoproclamadas en o por encima del 185% del nivel federal de pobreza son alentadas a hacer una contribución equivalente al coste real de la comida. Todas las contribuciones se utilizan para ampliar el programa.

Fondos provistos por la Administración para la Vida Comunitaria a través de la Oficina de Envejecimiento del Estado de Nueva York y la Oficina de Envejecimiento del Condado de Suffolk