# Exhibit C

# Calling all town residents 60 years of age or older!

The following are just some of the Residential Repair Services we provide:

## WE INSTALL!
- Door locks
- Safety rails for tubs & toilets
- Shades & curtain rods
- Screens & air conditioners in Spring, and remove them in Fall

## WE PAINT!
- Rooms in the interior of your house
- Exterior doors

## WE CLEAN!
- Gutters - from early Spring until early Fall *(first floor only)*

## RESIDENTIAL REPAIR PROGRAM

The senior citizen is responsible for parts & supplies only.

There is **NO CHARGE** for labor.

**Work requiring plumbing and electric skills is not provided.**

For more information, call Residential Repair **631-224-5424**

Funding provided by the Administration for Community Living through the New York State Office for the Aging and the Suffolk County Office for the Aging

# Llamando a todos los residentes de la ciudad mayores de 60 años de edad!

*Los siguientes son sólo algunos de los Servicios Residenciales que ofrecemos:*

## INSTALAMOS!

- Cerraduras de puertas
- Rieles de seguridad para bañeras y sanitarios
- Persianas y barras de cortina
- Pantallas y aire acondicionados en primavera y remover en el otoño

## PINTAMOS!

- Habitaciones en el interior de su casa
- Y las puertas exteriores

## LIMPIAMOS!

- Canalones-desde principios de primavera hasta principios del otoño (sólo en el primer piso)

## PROGRAMA DE REPARACIONESR ESIDENCIALES

El jubilado es responsable de partes y suministros sólo.

No hay Ningún Cargó por mano de obra.

Trabajo de fontanería y eléctrico que requieren conocimientos no se proporciona.

Para obtener más información, por favor llame a Reparacion Residencial en **631-224-5424**

Fondos provistos por la Administración para la Vida Comunitaria a través de la Oficina de Envejecimiento del Estado de Nueva York y la Oficina de Envejecimiento del Condado de Suffolk