# Exhibit D

# How to Obtain your Recreation Card

Anyone 12 and older must obtain a Town of Islip Recreation Card to register for programs and admission to Town facilities. Senior Citizens 60 years and older may obtain a **FREE Senior Citizen card**, which takes the place of a Recreation Card and is good for life. Applications for Senior Cards are available and accepted at all Senior and Recreation Centers. Cards will be mailed within two weeks.

Please note that we require New York State Driver's License or a New York State Non-Driver Photo ID <u>and</u> a current proof of residency to purchase a Recreation Card. Proof of residency may be any one of the following: utility bill, telephone bill, tax bill, charge card bill, vehicle registration, medical bill, notarized/imprinted rent receipt, a bank statement or a withholding form. You may obtain your card at the locations listed below. We also offer a Family Plan whereby when one family member purchases a Recreation Card, cards for additional family members are half price. All cards must be purchased at the same time to take advantage of this money-saving offer.

**The cost of the card is $30, and it is valid for two calendar years from the date of purchase.**

**Non-resident Recreation Cards are available for use at Ronkonkoma Beach only**. The cost is **$50 and is valid for two years** from purchase and must be purchased at Brookwood Hall 8:30 a.m. to 4:45 p.m. weekdays only.

## Where to go to get your card...

**Brentwood Recreation Center**
99 Third Avenue, Brentwood
(631) 436-6070

**Brookwood Hall**
Department of Parks & Recreation
50 Irish Lane, East Islip
(631) 224-5431

**Greenbelt Recreation Center**
281 Patchogue Holbrook Rd, Holtsville
(631) 472-7040

**Ronkonkoma Beach Center**
299 Rosevale Avenue, Ronkonkoma
(631) 467-3308

**West Islip Community Center**
90 Higbie Lane, West Islip
(631) 893-8933



**For questions regarding Islip Resident Boat Launching Permits, contact: Parks and Recreation Department at 631-224-5648.**

Angie M. Carpenter, Supervisor
TOWN BOARD
Trish Bergin Weichbrodt • John C. Cochrane, Jr. • Mary Kate Mullen • James P. O'Conner
Olga H. Murray, Town Clerk • Alexis Weik, Receiver of Taxes



# Como Obtener Su Targeta De Recreacion

Cualquier persona de 12 anos a adulto tiene que obtener una Tarjeta de Recreacion del Pueblo delslippara poder registrarse a programas y admisiones de las facilidades. Los ciudadanos de la tercera edad de 60 años en adelante pueden obtener una tarjeta de Senior Citizen **SIN COSTO**. Use esta tarjeta en lugar de una tarjeta de recreación. Sin fecha de vencimiento para la tarjeta. Las solicitudes para Senior Cards están disponibles y son aceptadas en todos los Senior and Recreation Centers. Las tarjetas se enviarán por correo dentro de dos semanas.

Por favor noten que es requisito de tener Licensia de conducir, la pruebas de residencia (New York State) para podercomprar la Tarjeta de Recreacion. Prueba de residencia pueden ser las siguientes uno: cuenta de utilidad, cuenta de telefono, cuenta de impuesto, cuenta de tarjeta de credito, registracion de vehiculo, cuenta dedoctor, recibo de renta notarizado, cuenta de banco o formulario de retenimiento. Usted puede obtener sutarjeta en la localidades mencionadas en la parte de abajo.

Tambien ofrecemos un plan familiar por donde un miembro de la familia obtiene una Tarjeta deRecreacion, y para los otros miembros de familia son a mitad de precio. Todas las tarjetas tienen que sercompradas al mismo tiempo para poder aprovechar de esta oferta economica.

**El Costo de la tarjeta es $30.00 y es valida por dos anos de la fecha en que se compro.**

**La Tarjeta de Recreacion para los no-residentesson disponibles para el uso de la playa de Ronkonkoma solamente.** El costo es $50.00 y es valida por dos anos de la fecha en que se compro y tiene que ser comprada enBrookwood Hall. 8:30 a.m. - 4:45 p.m.; dias de la semana solomente.

## donde para obtener su tarjeta...

**Brentwood Recreation Center**
99 Third Avenue, Brentwood
(631) 436-6070

**Brookwood Hall**
Department of Parks & Recreation
50 Irish Lane, East Islip
(631) 224-5431

**Greenbelt Recreation Center**
281 Patchogue Holbrook Rd, Holtsville
(631) 472-7040

**Ronkonkoma Beach Center**
299 Rosevale Avenue, Ronkonkoma
(631) 467-3308

**West Islip Community Center**
90 Higbie Lane, West Islip
(631) 893-8933



**Para preguntas sobre los permisos de las rampas de botes llamaral Departamento de Recreation a 631-224-5648.**

Angie M. Carpenter, Supervisor
TOWN BOARD
Trish Bergin Weichbrodt • John C. Cochrane, Jr. • Mary Kate Mullen • James P. O'Conner
Olga H. Murray, Town Clerk • Alexis Weik, Receiver of Taxes