UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ANA FLORES, RENE FLORES, MARIA MAGDALENA HERNANDEZ, MAGALI ROMAN, MAKE THE ROAD NEW YORK, AND COMMUNITIES FOR CHANGE,

        Plaintiffs,

v.

TOWN OF ISLIP, ISLIP TOWN BOARD, and SUFFOLK COUNTY BOARD OF ELECTIONS,

        Defendants.

Case No. 2:18-cv-03549

## DECLARATION OF ANTHONY J. D'AMICO

1. I am the Commissioner of the Department of Public Safety Enforcement for the Town of Islip, a position I have held since 2017. I submit this declaration in support of Defendants Town of Islip's and Islip Town Board's opposition to Plaintiffs' motion for a preliminary injunction.

2. I have had a connection to the Town of Islip ever since I can remember. I was born in Bay Shore and lived most of my life in East Islip. I currently live in the Islip section of the hamlet of Holbrook.

3. I have worked for the Town of Islip in various capacities since shortly after I retired from the NYPD in October 2010. From May 2012 to March 2013, I was a part-time assistant town attorney for the Town of Islip. In March 2013, I transitioned to the Public Safety Department where I focused on managing Islip's recovery efforts following Hurricane Sandy, and coordination with FEMA. In March 2017, I was promoted to Commissioner of the

Department of Public Safety Enforcement, which is my current position.

4. I have participated in a number of the Town's community organizations, including the Rotary Club of Islip and the East Islip Chamber of Commerce. The Rotary Club meets once per week and its members volunteer throughout the town. For example, Rotary Club members visit local schools to read to children, work with special-needs children at summer camps and raise money to help children who are less fortunate than others. The Chamber of Commerce is made up of local business and civic leaders who network and volunteer in the community in a number of ways, such as by hosting holiday gatherings and street fairs.

**Islip's Department of Public Safety Enforcement**

5. As Commissioner, I manage the overall operation of the Department of Public Safety. I report directly to the Town Supervisor, Angie Carpenter. I meet with Ms. Carpenter almost every Monday morning to discuss public safety. Ordinarily, I oversee close to one hundred employees year-round, but that number increases to approximately two hundred during the summer time.

6. Islip's Department of Public Safety includes the Divisions of Public Safety, Code Enforcement, Fire Prevention, Hazardous Materials Response Team, Office of Emergency Management, Parking Violations Bureau and Harbor Patrol. The Department of Public Safety Enforcement helps ensure the protection, safety and security of Town-owned facilities including parks, marinas and municipal properties through the use of park rangers, fire marshals, and code enforcement officers, among others. Additionally, Public Safety Enforcement maintains a 24/7 communication center (which we call "dispatch") that transmits critical information to Town Peace Officers, Fire Prevention and hazardous materials response personnel. The Peace Officers go through extensive training, including ethical-awareness training to ensure that their duties are

2

performed in a non-biased manner.

7. As the Department of Public Safety Enforcement for the Town of Islip, when people call us for help, we provide that service regardless of race, ethnicity or anything else. To that end, the Department employs individuals who speak Spanish, including dispatcher Margaret Rivera, Park Ranger Robert Kuehn, as well as Cesar Benevides, and Juan Beciana and Alan Fajardo in Code Enforcement, should the need arise to translate information to or from a constituent.

**The Divisions of Public Safety Enforcement**

8. The Department's Park Rangers, while not police officers, are uniformed peace officers that patrol Town parks, marinas, parking lots, buildings and provide security at Town Board meetings. The Park Rangers also respond to complaints for things such as graffiti, abandoned cars and signs that have been knocked over due to storm conditions. Complaints are not prioritized from hamlet to hamlet; however, to the extent one complaint involves bodily injury while another involves damage to property, the personal injury complaint would be prioritized. Park Rangers have authority to make arrests and issue summonses for offenses committed in front of them on Town property, but any other reported offense or crime is relayed to the Suffolk County Police Department. It is extremely rare for the Park Rangers to make an arrest.

9. Our Park Rangers are required to attend a peace officer academy, they have attended training with the Suffolk County Department of Probation to learn about indicators of gang activity, including specific signs and markings, and some have gone through a police academy with the Suffolk County Police department. Recently, we put a class of Park Rangers through a peace officer academy with a New York State Department of Criminal Justice Services-approved curriculum made up of approximately four weeks of training, not including

3

firearms training.

10. If, in the course of patrolling Town property or in response to a complaint on Town property, a Park Ranger observes graffiti that is gang-related or related to bias or hate speech, the Park Ranger will contact the Suffolk County Police Department to document and investigate. Following any police investigation, the Department of Public Safety will ask the Department of Public Works or the Parks Department to remove the markings. We endeavor to have all graffiti removed as soon as possible once the SCPD has advised us that we can remove it. While I have seen gang-related graffiti in Brentwood, Central Islip, North Bay Shore and South Bay Shore, graffiti is generally seen and reported throughout Islip.

11. There is an important distinction between the Suffolk County Police Department and the Park Rangers of the Department of Public Safety. The Suffolk County Police Department is responsible for investigating all crime within Suffolk County, including the Town of Islip. To the extent the Park Rangers observe or learn of any crime being committed on Town property, they will contact the Suffolk County Police Department to investigate the crime. To the extent necessary, the Park Rangers will provide any information or assistance that they can to the Suffolk County Police Department's investigation.

12. The Department of Public Safety Harbor Patrol plays a similar role to the Park Rangers, but in the marinas and harbors of the Town of Islip. The Harbor Patrol enforces Town of Islip code requirements (such as "no wake" zones). For more serious offenses or crimes, the Harbor Patrol will contact the marine unit of the Suffolk County Police Department.

13. The Parking Violations Bureau is divided into two segments: (a) ticket writers that are vested with authority to issue parking summonses and (b) hearing officers that administer proceedings related to those summonses. While the ticket writers generally have

autonomy with respect to areas of the Town that they patrol each day, they will ordinarily patrol congested areas like train stations during the day and restaurants and bars at night.

14. The Fire Marshals investigate complaints related to the Town and State fire codes, conduct regular inspections to ensure that buildings are in compliance with the State code, and review and sign off on building permits. As a result of an inspection or in response to a complaint, the Fire Marshals have authority to write summonses and tickets to enforce the Town and State fire codes. With respect to complaints, the Fire Marshals address each one with the utmost care and dedication, regardless of the hamlet or village from which it originates. A true and correct copy of a summary of Islip fire prevention complaints from 2014 through March 22, 2019, organized by hamlet, is appended hereto as **D'Amico Decl. Ex. A**. With respect to inspections, every three years the Fire Marshals are required by state law to inspect commercial buildings for compliance with the fire code.

15. Fire Marshals also evaluate and collaborate with the Town Attorney's Office on securing vacant, unsecured properties known as "zombie homes." Zombie homes are not specific to any one hamlet or village and can pop up anywhere in Islip. Ordinarily, Public Safety learns about the existence of a zombie home because a fire or police department will call the Town to report it. The Fire Marshals then visit the property, take photographs, and ask the Town Attorney's Office to seek authority from the Town Board to board up, secure and clean the house. Once the Town Board votes in favor of securing the home, a contractor is sent out to board up the offending structure and clean up the surrounding property.

16. The Division of Code Enforcement was repositioned from the Town Attorney's Office to the Department of Public Safety Enforcement on January 1, 2019. The Division of Code Enforcement is responsible for the investigation and enforcement of State and Town code

violations that occur at residential properties, such as single family and two-family dwellings and vacant lots. The Division of Code Enforcement issues rental occupancy permits for single and two family dwellings and sign permits for all signs that require a permit. The Division's plain-clothes investigators enforce code provisions related to a variety of issues, including tall grass, unregistered vehicles in driveways or on lawns, swimming pools without permits, outdoor storage issues and illegal apartments. While investigators are usually prompted to act based on constituent complaints, last summer they instituted a quality-of-life initiative and pursued violations, such as high grass, on their own accord. The Division of Code Enforcement tracks complaints by address, dates, the alleged violation, any tickets and resolution of the cited issues. The Division of Code Enforcement summarizes its work in a report at the end of each year. True and correct copies of these Summary Reports for 2017 and 2018 are appended hereto as **D'Amico Decl. Exs. B and C.**

17. The Department of Public Safety also addresses the many abandoned vehicles on the streets of the Town of Islip. If an abandoned car is reported or noticed by one of the Parking Enforcement ticket officers or Park Rangers, it will be towed back to the Town's impound lot. 300 to 400 abandoned vehicles are impounded by the Town annually. If vehicles are not claimed, they will be auctioned and sold.

18. The Hazardous Materials Response Team of the Department of Public Safety responds to calls, often from the fire departments or Suffolk County Police Department, when there has been a spill of hazardous materials or an unknown chemical. For example, the Hazardous Materials Response Team would respond to a car accident in which oil was spilled on the road.

19. The Office of Emergency Management also falls within my area of responsibility.

The Office of Emergency Management works closely with FEMA on residual projects related to the hurricanes and storms and briefs the Town on impending coastal storms and snowstorms. Members of the Office of Emergency Management are also occasionally invited to State-run emergency preparedness forums to help educate residents about storm-readiness.

I declare under penalty of perjury that the foregoing is true and correct.

                                                Anthony J. D'Amico

Executed at:   Islip, New York
                    April 4, 2019