# Exhibit A

Division of Fire Prevention Complaints by Hamlet
2014-YTD

| Complaints | 2014 | 2015 | 2016 | 2017 | 2018 | 2019* |
|---|---|---|---|---|---|---|
| Bay Shore | 198 | 179 | 253 | 240 | 186 | 35 |
| Bayport | 19 | 11 | 22 | 15 | 20 | 4 |
| Bohemia | 31 | 20 | 33 | 55 | 53 | 8 |
| Brentwood | 89 | 100 | 165 | 128 | 93 | 18 |
| Central Islip | 131 | 152 | 200 | 148 | 149 | 30 |
| East Islip | 27 | 17 | 41 | 21 | 46 | 6 |
| Great River | 1 | 2 | 0 | 2 | 1 | 0 |
| Hauppauge | 17 | 12 | 28 | 36 | 28 | 1 |
| Holbrook | 38 | 34 | 59 | 34 | 31 | 6 |
| Holtsville | 9 | 3 | 5 | 3 | 4 | 0 |
| Islip | 41 | 33 | 57 | 40 | 49 | 9 |
| Islip Terrace | 22 | 28 | 35 | 28 | 20 | 5 |
| Oakdale | 22 | 23 | 34 | 50 | 17 | 2 |
| Ronkonkoma | 41 | 46 | 74 | 89 | 51 | 6 |
| Sayville | 34 | 17 | 33 | 34 | 36 | 4 |
| West Islip | 59 | 27 | 51 | 55 | 51 | 5 |
| West Sayville | 7 | 10 | 4 | 9 | 2 | 0 |
| Fire Island | 4 | 12 | 2 | 3 | 4 | 0 |
| Other | 5 | 2 | 6 | 2 | 7 | 0 |

*YTD 3/22/19 @ 1300 hours