# Exhibit B

# 2017 SUMMARY REPORT & 2018 GOALS



DIVISION OF CODE ENFORCEMENT

Jason Mesvetta, Chief Town Investigator
2017

## **Division of Code Enforcement**



# Table of Contents

| Topic | | Pages |
|---|---|---|
| 1. | 10 Code Enforcement Division Accomplishments 2017 & 10 Objectives for 2018 | *2 - 7* |
| | • 2017 Accomplishments | |
| | • Open action items - Goals remaining from 2017 | |
| | • 2018 Goals | |
| | • Six month and twelve month goals | |
| 2. | Enforcement and Revenue | *8 - 25* |
| 3. | Staff Roster | *26 - 27* |
| 4. | Training | *28* |
| 5. | Summary | *29 - 30* |
| 6. | Attachment A. | *31 - 34* |
| 7. | Attachment B. | *35 - 38* |

2017 SUMMARY REPORT & 2018 GOALS

## 1.   Division of Code Enforcement Accomplishments & Objectives

**2017 Division of Code Enforcement Accomplishments**

1. The Division of Code Enforcement was removed from the Department of Public Safety Enforcement in 2016. 2017 was the first full year in which the division was settled into the Department of the Town Attorney.
2. 3,742 Appearance tickets were served by enforcement agents of the Division of Code Enforcement
   - 806 less appearance tickets served than 2016, an approximate 18 % decrease.
3. A concerted effort with the Division of Law Enforcement to maintain sentencing standards for Division of Code Enforcement produced prosecutions resulted in $1,141,615 in 5th District Court fines received, a decrease of less than 1% equal to $1,720 less than 2016.
4. The Division of Code Enforcement received $703,903.23 in fees for Sign Permits, Rental Occupancy Permits, and Violation Searches, an increase of $39,951.25 over 2016.  There was no increase to fee schedules in 2017, and there has not been an increase to any Division of Code Enforcement fees in over 15 years.
5. The enforcement of Article IV of Chapter 6A – Residential Property Maintenance of the Town of Islip resulted in the service of 1,017 appearance tickets.
6. Illegal multiple family dwelling enforcement results include:
   - 616 new complaints were investigated which alleged illegal multiple family dwellings
   - 165 appearance tickets were issued for violations of §68-25B(1) Change of Use
   - 114 appearance tickets were issued for violations of §68-602 Accessory Apartment Permit required
   - 13 appearance tickets were issued for violations of §68-605 Accessory Apartment prohibited (shed, detached garage, etc.)
7. Non-complaint enforcement conducted in 2017 included the following initiatives:
   - The Quality of Life Enforcement Initiative which was conducted from Memorial Day through Labor Day by part time Town Investigators & full time Town Investigators using overtime
     - i. 257 appearance tickets were issued for Town of Islip Code violations
     - ii. The labor cost for this initiative was $11,696.48. The associated fine revenue was $34,300, $22,603.52 over cost.
   - The Expired Rental Occupancy Permit Enforcement Initiative by Town Investigators using overtime
     - i. 136 expired permits were investigated, 42 appearance tickets were issued, 66 Rental Occupancy Permits were renewed or closed.
     - ii. As of January 30th 2018,[1] 70% of the prosecutions associated with this initiative have been concluded, with combined revenue of permit fees and fines imposed has reached $29,100.00 and generated $23,538.04 more than the overtime cost.
8. Post-prosecution Investigation initiative results include:
   - Two full time Town Investigators were assigned to investigate previously prosecuted cases which included a conditions of discharge agreement as part of the conviction or sentence.  This is the fourth year of this initiative.
   - Chief Investigator Mistretta assisted in the investigation of Post-prosecution cases.
   - 503 declarations of delinquency were processed against non-compliant defendants in 2017, compared to 565 in 2016. The volume of delinquency proceedings has dropped since 2015, while closed cases have increased possibly indicating an increase in compliance and decrease in repetitive delinquency.
9. College Woods community enforcement
   - 100% of complaints were investigated

---

[1] The entirety of this report will include fines imposed for appearance tickets issued in 2017 for which prosecutions were concluded through January 2018 (not including potential delinquency proceedings).

2 | P a g e
Jason Mistretta, Chief Town Investigator
U:\DOCE Management docs\2017 Annual Report DOCE Management Meetings\DOCE 2018 annual Summary report for 2017.final.confidential.docx

# 1.   Division of Code Enforcement Accomplishments & Objectives – continued

## 2017 Division of Code Enforcement Accomplishments continued

10. Pool Enforcement initiative results include:
    - 100% of the 138 complaints were investigated.
    - An expedited enforcement policy remains in force which includes the immediate assignment of complaints, and two-week District court return dates for appearance tickets issued for pool related violations.
    - Seasonal Enforcement Training of the Division of Code Enforcement staff was conducted on June 6th 2017 ensuring adherence to the established enforcement policy and heightened awareness.
    - 254 appearance tickets were served for pool related violations.

11. The Division of Code Enforcement investigative chain of command, reporting to Assistant Town Attorney Valletti, and staff budget remained unchanged.

    - The Division of Code Enforcement staff as of 12/31/17 consisted of:
        i. Chief Town Investigator
        ii. Principal Town Investigator
        iii. Two (2) Senior Town Investigators
            1. One (1) Senior Town Investigator remained assigned to the Building Division (Bahnsen)
        iv. Ten (10) full time Town Investigators
            1. One (1) full time Investigator was assigned to the Building Division (Eckert)
            2. Two (2) full time Investigator positions were open
            3. One (1) full time Investigator was dedicated to Sign Ordinance Enforcement (Dooley)
            4. Two (2) full time Investigators were dedicated to post prosecution investigations (Cruz & Benavides)
        v. Three (3) part time Investigators (Lyon, Liguori & Rudiger)
        vi. One (1) part time Sign Inspector (McCaffery)
        vii. One (1) part time Code Enforcement Officer (Mendez)

12. Building Division expired/abandoned permit enforcement initiative:
    - Senior Investigator Bahnsen remained on assignment in the Building Division for all of 2017 and has worked to resolve expired and abandoned Building Division permits.
    - Investigator Eckert was also assigned to this initiative throughout 2017, issuing 217 appearance tickets and closing 121 cases.
    - 510 failed permits have been resolved in 2016 as a result of this initiative, yielding fees of $510,378.

3 | P a g e
Jason Mistretta, Chief Town Investigator
U:\DOCE Management docs\2017 Annual Report DOCE Management Meetings\DOCE 2018 annual Summary report for 2017.final.confidential.docx

2017 SUMMARY REPORT & 2018 GOALS

## 1.      Division of Code Enforcement Accomplishments & Objectives – continued

### 2017 Division of Code Enforcement Accomplishments continued

13. 912 hours of accredited education were attended by Division of Code Enforcement staff to obtain and/or maintain New York State Code Enforcement Official Certification compliance.
14. The percentage of Town Investigators who are commissioned as Notary Publics increased to 60%, short of the goal set for 2017 of 85%.
15. Daily "turn-out" meetings in which supervisory Investigators meet with the entire group of enforcement agents to discuss topics, provide direction, and answer questions, continued through 2017.
16. A Fleet management program within the division was maintained which tracks the assignment, availability, up fitting, and maintenance/repairs of the division vehicles.
    • 2 new Ford Interceptor SUV's were added to the fleet.
17. Maintained cooperation with the Suffolk County Police Department's community orientated enforcement units through routine attendance of community meeting with 3rd & 5th Precinct personnel which ensured the effective communication of information related to mutual interests.
18. Our policy was maintained which ensures that constituent complaints which alleged Division of Code Enforcement employee misconduct are documented, investigated and concluded.

Jason Mistretta, Chief Town Investigator
U:\DOCE Management docs\2017 Annual Report DOCE Management Meetings\DOCE 2018 annual Summary report for 2017.final.confidential.docx

2017 SUMMARY REPORT & 2018 GOALS

# 1.    Division of Code Enforcement Accomplishments & Objectives – continued

## Open action items from 2017

1. The establishment of the Division of Code Enforcement Administrative and Enforcement Manuals is still pending approval by the Town Attorney.
2. Standardized initiation and basic training for new Division of Code Enforcement Staff is still pending the approval of the Division Enforcement Manual.  Training remains a nebulous process that includes field training with experienced Investigators, the Senior and Principal Investigator.
3. Professional Development Training including management and supervision training for Supervisory Investigators has yet to occur.
4. The hiring of budgeted positions and the recovery staff assigned to non-divisional functions to increase resources to be utilized for investigations related to:
   - Complaint investigations
   - The existing Post-prosecution enforcement
   - Creation of enforcement units related to:
     - Quality of Life complaints
     - Housing complaints
     - Warrant investigations
       - Search warrant applications
       - Communicating issued warrants to the SCPD for defendants who fail to appear in court
   - Non-complaint based enforcement
5. There has been no progress in expanding the use of mobile technology to reduce the dependence of Town Investigators on the traditional office environment.
6. Improve equipment
   - Vehicles – replace obsolete vehicles and procure vehicles to meet staff level
     - Vehicles V622 & V623, both Interceptor SUV's, were added to the fleet this year.  Additional vehicles are required to eliminate antiquated vehicles that are unreliable and negatively affect productivity.  The fleet still contains 7 vehicles that are more than 10 years old and have excessively high mileage.
   - Communications – portable radios for assignment to all full time Investigators
     - Radios were not assigned in 2017, however at the time of the drafting of this report, all enforcement staff have been assigned a portable radio (Motorola model # XPR7550e).  Each unit has its own charger and all permanently assigned vehicles and most pool vehicles have chargers installed.
7. Code/Policy Amendments
   - Transfer of Sign Permit issuing to the Division of Building or conduct a thorough review of the sign permitting process to create formal policies/procedures and have proposed amendments to the Town of Islip Code Amendment **Article XXIX Signs** adopted to increase the fine schedule for violations
     - While it did not occur in 2017, Sign permitting responsibilities were transferred to the Department of Planning and Development on January 16th 2018.
8. The development and implementation of an effective records retention and file management system had not yet occurred and is still necessary.

# 1.   Division of Code Enforcement Accomplishments & Objectives – continued

### Goals set for January – June 2018

Administrative
- Publish divisional administrative and enforcement manuals
- Develop a standardized orientation and basic training for new Division of Code Enforcement Staff
- Maintain cooperation with the Suffolk County Police Department's community orientated enforcement and support units
- Increase fees for Rental Occupancy Permits and 3rd Party Violation Search Reports (property owners receive reports free of charge).
- Develop of an effective records retention and file management system that allows records to be removed from the basement of 28 Nassau Avenue
- Conduct monthly training of enforcement staff

Personnel
- Plan and schedule for 100% annual New York State Code Enforcement Official training compliance
- Schedule routine monthly training for the enforcement agents of the Division of Code Enforcement focusing on topics such as such as seasonal condition enforcement, new policies or technology, legal aspects, and professional development.
- Fill budgeted positions to increase staffing to be utilized for investigations related to:
  - Complaint investigations
  - Post-prosecution investigations
- Restore the internship program which utilized advanced Law Students to review and edit accusatory instruments and affidavits, and assist Code and Law Enforcement personnel with district court proceedings.

Enforcement
- Complaint Investigations
  - 100% investigation of Z07 swimming pool related complaints
  - 100% investigation of all complaints for properties located within the College Woods Community
  - 50% investigation of all Z06 residential change of use complaints received

Facilities/Equipment/Technology
- Expand use of mobile technology and reduce the dependence of Town Investigators on the traditional office environment
  - Fleet
    - Continue to replace obsolete vehicles in the fleet
    - Increase number of vehicles in the fleet
    - Ensure status of equipment in vehicles coincides with reduction of traditional office environment

- Code Amendments
  - Amendments to Article L "Rental Dwelling Units" to ensure that existing practice is consistent with Town of Islip Code requirements

6 | P a g e
Jason Mistretta, Chief Town Investigator
U:\DOCE Management docs\2017 Annual Report DOCE Management Meetings\DOCE 2018 annual Summary report for 2017.final.confidential.docx

2017 SUMMARY REPORT & 2018 GOALS

# 1.   Division of Code Enforcement Accomplishments & Objectives – continued

### Goals set for July – December 2018

#### Administrative
- Develop a standardized orientation and basic training for new Division of Code Enforcement Staff
- Implement an effective records retention and file management system that allows records to be removed from the basement of 28 Nassau Avenue
- Conduct monthly training of enforcement staff

#### Personnel
- 100% New York State Code Enforcement Official training compliance
- 75% of the Investigator staff commissioned as Notary Publics

#### Enforcement
- Complaint Investigations
  - 100% investigation of Z07 swimming pool related complaints
  - 100% investigation of all complaints for properties located within the College Woods Community
  - 50% investigation of all Z06 residential change of use complaints received
- Annual appearance ticket service increase 10% = approximately 375
- Annual filings of Declarations of Delinquency increase of 10% = approximately 50

#### Facilities/Equipment/Technology
- Improve physical work environment
  - Renovate bathrooms
  - Renovate kitchenette
  - Multi-function room
    - Replace rotted wall and transom windows
    - Install cabinets and counter for break room functions
  - Continue re-painting the office
  - Repair all double hung windows, most of which cannot be opened due to worn hardware
  - Replace flooring
  - Replace office chairs
  - Replace dilapidated desks
- Consider and plan for renovations to increase room for Investigators
  - Alter 2nd floor management office

#### Code Amendments
  - none

2017 SUMMARY REPORT & 2018 GOALS

## 2.   **Enforcement and Revenue**

### **2017 Division of Code Enforcement – Appearance Ticket Summary**

| Appearance Tickets | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bay Shore | 96 | 99 | 73 | 47 | 72 | 27 | 62 | 114 | 93 | 49 | 95 | 29 | 856 |
| Bayport | 0 | 1 | 0 | 1 | 0 | 6 | 0 | 10 | 8 | 0 | 8 | 1 | 35 |
| Bohemia | 4 | 1 | 8 | 1 | 0 | 15 | 10 | 7 | 16 | 4 | 5 | 3 | 74 |
| Brentwood | 114 | 87 | 135 | 40 | 76 | 81 | 138 | 154 | 30 | 78 | 59 | 33 | 1025 |
| Central Islip | 84 | 65 | 134 | 70 | 25 | 64 | 41 | 28 | 58 | 110 | 81 | 42 | 802 |
| East Islip | 16 | 18 | 11 | 0 | 6 | 3 | 6 | 10 | 15 | 17 | 1 | 2 | 105 |
| Great River | 1 | 2 | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 2 | 0 | 0 | 7 |
| Hauppauge | 10 | 2 | 0 | 3 | 0 | 6 | 4 | 7 | 4 | 3 | 3 | 2 | 44 |
| Holbrook | 6 | 2 | 5 | 1 | 4 | 3 | 19 | 13 | 8 | 3 | 5 | 6 | 75 |
| Holtsville | 0 | 2 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 3 |
| Islip | 9 | 4 | 17 | 6 | 5 | 13 | 8 | 7 | 12 | 22 | 11 | 5 | 119 |
| Islip Terrace | 6 | 13 | 19 | 7 | 8 | 1 | 7 | 14 | 4 | 15 | 8 | 3 | 105 |
| Oakdale | 1 | 8 | 12 | 8 | 10 | 5 | 10 | 23 | 0 | 2 | 5 | 5 | 89 |
| Ronkonkoma | 8 | 16 | 17 | 36 | 7 | 7 | 17 | 21 | 34 | 2 | 3 | 15 | 183 |
| Sayville | 5 | 1 | 7 | 6 | 18 | 5 | 2 | 14 | 0 | 2 | 6 | 2 | 68 |
| West Islip | 5 | 4 | 14 | 3 | 9 | 6 | 31 | 13 | 31 | 9 | 4 | 6 | 135 |
| West Sayville | 3 | 1 | 5 | 2 | 0 | 0 | 2 | 0 | 0 | 1 | 0 | 1 | 15 |
| Fire Island | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| Other | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | | | | | | | |
| 2017 DOCE Total | 369 | 326 | 459 | 231 | 240 | 242 | 359 | 435 | 313 | 319 | 294 | 155 | 3742 |
| 2016 DOCE Total | 231 | 377 | 393 | 490 | 489 | 549 | 400 | 513 | 304 | 271 | 266 | 260 | 4543 |
| 2015 DOCE Total | 290 | 359 | 436 | 485 | 367 | 450 | 385 | 354 | 368 | 262 | 260 | 301 | 4317 |
| 2014 DOCE Total | 353 | 397 | 423 | 401 | 456 | 479 | 451 | 309 | 458 | 396 | 357 | 316 | 4796 |
| 2013 Investigator Total | 256 | 172 | 220 | 335 | 301 | 297 | 308 | 256 | 230 | 304 | 354 | 254 | 3287 |
| 2012 Investigator Total | 117 | 167 | 156 | 129 | 176 | 170 | 165 | 148 | 196 | 178 | 105 | 130 | 1837 |
| 2011 Investigator Total | 241 | 220 | 245 | 240 | 183 | 183 | 175 | 266 | 154 | 160 | 130 | 119 | 2316 |
| 2010 Investigator Total | 242 | 212 | 303 | 316 | 231 | 240 | 201 | 239 | 240 | 202 | 210 | 173 | 2809 |
| 2009 Investigator Total | 180 | 142 | 159 | 228 | 208 | 194 | 244 | 270 | 365 | 386 | 269 | 259 | 2904 |
| | | | | | | | | | | | | | |
| Appearance Tickets +/- 2017 vs. 2016 | 138 | -51 | 66 | -259 | -249 | -312 | -41 | -78 | 9 | 48 | 28 | -105 | -806 |

| Declaration of Delinquency requests | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017 | 40 | 53 | 48 | 51 | 33 | 42 | 40 | 38 | 22 | 44 | 62 | 30 | 503 |
| 2016 | 88 | 48 | 65 | 34 | 45 | 64 | 35 | 49 | 45 | 38 | 27 | 27 | 565 |
| 2015 | 31 | 33 | 58 | 71 | 61 | 59 | 31 | 49 | 61 | 77 | 58 | 94 | 683 |
| 2014 | 26 | 12 | 20 | 25 | 7 | 5 | 8 | 39 | 23 | 37 | 22 | 44 | 268 |
| + / - 2017 - 2016 | -44 | 5 | -17 | 17 | -12 | -22 | 5 | -11 | -23 | 6 | 35 | 3 | -58 |

2017 SUMMARY REPORT & 2018 GOALS

## 2.    Enforcement and Revenue - continued

### 2017– Division of Code Enforcement – Closed Complaints & Cases

**Complaints Received and Closed in the Same Calendar Year**

| YEAR | Total Complaints | Total Closed /% | Total Z06 received | Z06 Closed/ % |
|------|------------------|-----------------|--------------------|---------------|
| **2017** | **3685** | **1258/34%** | **1023** | **135/13%** |
| 2016 | 4083 | 1501/37% | 1141 | 255/22% |
| 2015 | 3934 | 1792/46% | 1097 | 298/27% |
| 2014 | 3997 | 1898/47% | 1078 | 251/23% |
| 2013 | 5479 | 2988/55% | 1160 | 339/29% |
| 2012 | 6381 | 3752/58% | 1196 | 399/33% |
| 2011 | 6946 | 4671/67% | 1347 | 656/46% |
| 2010 | 5022 | 3703/73% | 1419 | 734/52% |

**Cases Closed by Date of Action**

| YEAR | Appearance tickets | Close Cases |
|------|--------------------|-------------|
| **2017** | **3742** | **3259** |
| 2016 | 4543 | 3496 |
| 2015 | 4317 | 3823 |
| 2014 | 4796 | 2988 |
| 2013 | 3287 | 1940 |
| 2012 | 1837 | 1474 |
| 2011 | 2316 | 1499 |
| 2010 | 2809 | 1425 |

**Complaints Satisfied by Date of Action**

| YEAR | Z06 | All |
|------|-----|-----|
| **2017** | **393** | **2162** |
| 2016 | 582 | 2652 |
| 2015 | 568 | 2823 |
| 2014 | 764 | 2217 |
| 2013 | 674 | 3851 |
| 2012 | 940 | 5549 |
| 2011 | 926 | 5718 |
| 2010 | 888 | 5657 |

*Prior to 2012 the Bureau of Fire Prevention & Ordinance Inspectors were part of the Division of Code Enforcement.

**Prior to 2013 all cases were reflective of a complaint, subsequent to 2012 cases and complaints could be acted upon separately.

9 | P a g e
Jason Mistretta, Chief Town Investigator
U:\DOCE Management docs\2017 Annual Report DOCE Management Meetings\DOCE 2018 annual Summary report for 2017.final.confidential.docx

2017 SUMMARY REPORT & 2018 GOALS

## 2.   **Enforcement and Revenue - continued**

**2017 Division of Code Enforcement Revenue – Fees**

| 2017 | Sign Permit | Rental Occupancy Permits | | Violation Searches* | Misc. | Total $ |
|---|---|---|---|---|---|---|
| | | Single Family | Two Family | | | |
| January | $ 1,514.00 | $ 25,750.00 | $ 7,500.00 | $ 23,250.00 | $    - | $  58,014.00 |
| February | $ 1,152.52 | $ 25,500.00 | $ 5,500.00 | $ 20,900.00 | $    - | $  53,052.52 |
| March | $ 4,032.80 | $ 35,750.00 | $ 9,000.00 | $ 26,346.73 | $ (498.00) | $  74,631.53 |
| April | $ 1,340.00 | $ 28,250.00 | $ 11,000.00 | $ 24,950.00 | $    - | $  65,540.00 |
| May | $ 2,178.16 | $ 20,500.00 | $ 4,000.00 | $ 27,250.00 | $ (250.00) | $  53,678.16 |
| June | $ 4,008.80 | $ 15,500.00 | $ 7,500.00 | $ 28,400.00 | $    - | $  55,408.80 |
| July | $ 2,938.80 | $ 21,250.00 | $ 9,000.00 | $ 26,300.00 | $ (250.00) | $  59,238.80 |
| August | $ 4,026.50 | $ 19,500.00 | $ 5,500.00 | $ 27,150.00 | $ (200.00) | $  55,976.50 |
| September | $ 3,452.22 | $ 23,750.00 | $ 6,500.00 | $ 23,600.00 | $    - | $  57,302.22 |
| October | $ 4,329.04 | $ 27,750.00 | $ 10,000.00 | $ 28,000.00 | $    - | $  70,079.04 |
| November | $ 1,987.66 | $ 19,750.00 | $ 7,500.00 | $ 21,500.00 | $    - | $  50,737.66 |
| December | $ 1,044.00 | $ 22,500.00 | $ 9,500.00 | $ 17,200.00 | $    - | $  50,244.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Totals | $ 32,004.50 | $ 285,750.00 | $ 92,500.00 | $ 294,846.73 | $ (1,198.00) | $ 703,903.23 |
| 2017 Monthly Average | $ 2,667.04 | $ 23,812.50 | $ 7,708.33 | $ 24,570.56 | $ (99.83) | $ 58,658.60 |
| 2016 Monthly Average | $ 3,811.00 | $ 24,104.17 | $ 5,750.00 | $ 21,703.67 | $ (39.50) | $ 55,329.34 |
| 2015 Monthly Average | $ 2,185.02 | $ 24,083.33 | $ 7,187.50 | $ 18,277.50 | $ (104.17) | $ 51,629.18 |

2017 SUMMARY REPORT & 2018 GOALS

## 2.   Enforcement and Revenue - continued

### Annual Fees Collected - Division of Code Enforcement

|  | SIGN PERMITS | SINGLE FAMILY RENTAL PERMITS | TWO FAMILY RENTAL PERMITS | VIOLATION SEARCHES | MISC. FOR CODE ENFORCEMENT | TOTAL |
|---|---|---|---|---|---|---|
| 2017 | $ 32,004.50 | $ 285,750.00 | $ 92,500.00 | $ 294,846.73 | $ (1,198.00) | $ 703,903.23 |
| 2016 | $ 45,731.98 | $ 289,250.00 | $ 69,000.00 | $ 260,444.00 | $ (474.00) | $ 663,951.98 |
| 2015 | $ 26,220.28 | $ 289,000.00 | $ 86,250.00 | $ 219,330.00 | $ (1,250.00) | $ 619,550.28 |
| 2014 | $ 28,365.54 | $ 267,285.00 | $ 78,700.00 | $ 194,850.00 | $ - | $ 569,200.54 |
| 2013 | $ 26,433.06 | $ 226,140.00 | $ 72,260.00 | $ 203,750.00 | $ 3,195.00 | $ 531,778.06 |
| 2012 | $ 21,754.58 | $ 283,940.00 | $ 90,000.00 | $ 191,825.00 | $ 7,057.00 | $ 594,576.58 |
| 2011 | $ 34,664.90 | $ 242,310.00 | $ 97,000.00 | $ 160,400.00 | $ 8,170.00 | $ 542,544.90 |
| 2010 | $ 29,243.17 | $ 220,000.00 | $ 58,000.00 | $ 189,800.00 | $ 18,270.00 | $ 515,313.17 |
| 2009 | $ 21,723.24 | $ 216,770.00 | $ 89,860.00 | $ 206,050.00 | $ 31,750.00 | $ 566,153.24 |
| 2008 | $ 17,348.90 | $ 203,370.00 | $ 49,010.00 | $ 210,050.00 | $ 30,330.00 | $ 510,108.90 |
| 2007 | $ 14,307.88 | $ 211,560.00 | $ 89,500.00 | $ 310,350.00 | $ 11,370.00 | $ 637,087.88 |
| 2006 | $ 22,976.42 | $ 166,050.00 | $ 55,330.00 | $ 413,200.00 | $ 5,415.00 | $ 662,971.42 |

| Average | $ 26,731.20 | $ 241,785.42 | $ 77,284.17 | $ 237,907.98 | $ 9,386.25 | $ 593,095.02 |
|---|---|---|---|---|---|---|

Jason Mistretta, Chief Town Investigator
U:\DOCE Management docs\2017 Annual Report DOCE Management Meetings\DOCE 2018 annual Summary report for 2017.final.confidential.docx

## 2.   **Enforcement and Revenue - continued**

### 2017 Division of Code Enforcement Revenue - Fines

In 2017, 5th District Court fine revenue was $1,141,615, which decreased from 2016 by only $1,720.00.  Judgments collected resulting from fines not paid to the court in a timely manner reached $272,550.72 in 2017, more than 60% more than 2016, as a result of the use of collections services.  This revenue combined was more than $1.4 million.

The amount of fines imposed in district court in the calendar year for Division of Code Enforcement violations was $1,254,225.

This achievement is the direct result of focused case management, enforcement action and partnership with the Division of Law Enforcement.

| Year | Fines Collected | # of A.T.s | Average Fine |
|------|----------------|------------|--------------|
| 2006 | $ 426,000.00 | 2478 | $ 171.91 |
| 2007 | $ 369,000.00 | 2184 | $ 168.96 |
| 2008 | $ 322,000.00 | 2294 | $ 140.36 |
| 2009 | $ 578,000.00 | 3718 | $ 155.46 |
| 2010 | $ 601,165.00 | 3624 | $ 165.88 |
| 2011 | $ 323,450.00 | 3090 | $ 104.68 |
| 2012 | $ 528,944.00 | 2533 | $ 208.82 |
| 2013 | $ 693,080.00 | 3934 | $ 176.18 |
| 2014 | $ 1,329,773.00 | 5464 | $ 243.37 |
| 2015 | $ 1,390,623.00 | 4708 | $ 295.37 |
| 2016 | $ 1,143,335.00 | 5032 | $ 227.21 |
| 2017 | $ 1,141,615.00 | 4,417 | $ 258.46 |
| **Average** | $ 737,248.75 | 3625 | $ 193.06 |

The District Court fines recorded below are reported within the month collected by the court.

| | 2017 | 2016 | YTD 2016/2017 +/- |
|---------|------|------|-------------------|
| January | $ 79,670 | $ 66,775 | $ 12,895 |
| February | $ 89,475 | $ 56,160 | $ 33,315 |
| March | $ 101,820 | $ 62,125 | $ 39,695 |
| April | $ 74,985 | $ 94,980 | $ (19,995) |
| May | $ 101,040 | $ 84,315 | $ 16,725 |
| June | $ 107,220 | $ 129,830 | $ (22,610) |
| July | $ 80,574 | $ 116,700 | $ (36,126) |
| August | $ 117,681 | $ 114,764 | $ 2,917 |
| September | $ 104,200 | $ 120,246 | $ (16,046) |
| October | $ 113,665 | $ 120,460 | $ (6,795) |
| November | $ 80,565 | $ 102,325 | $ (21,760) |
| December | $ 90,720 | $ 74,655 | $ 16,065 |
| Total | $ 1,141,615 | $ 1,143,335 | $ (1,720) |

2017 SUMMARY REPORT & 2018 GOALS

## 2.   **Enforcement and Revenue - continued**

### **Division of Code Enforcement Revenue – Fines continued**

Average fine revenue per Investigator

In 2017, the average fine revenue for each appearance ticket prosecuted in 5th District Court was increased by $31.25, from $227.21 to $258.46.  However, the average fine revenue generated by an Investigator decreased as result of a significant decrease in the total amount of appearance tickets issued by the division.  Issued appearance tickets were down by an average of 73 appearance tickets per enforcement agent.

| **2017   Investigators statistics** | |
|---|---|
| Enforcement Staff (Including Supervisory & Part Time) | 17 |
| Total 5th District Court appearance tickets served | 4417 |
| Total 5th District Court fine revenue | $1,141,615.00 |
| Average fine per appearance ticket served | $258.46 |
| Average total of appearance tickets served per Investigator | 220 |
| Average fine revenue per Investigator | $56,861.20 |

| **2016   Investigators statistics** | |
|---|---|
| Enforcement Staff (Including Supervisory & Part Time) | 15.5 |
| Total 5th District Court appearance tickets served | 5032 |
| Total 5th District Court fine revenue | $1,143,335.00 |
| Average fine per appearance ticket served | $227.21 |
| Average total of appearance tickets served per Investigator | 293 |
| Average fine revenue per Investigator | $66,572.53 |

| **2015   Investigators statistics** | |
|---|---|
| Enforcement Staff (Including Supervisory & Part Time) | 15.5 |
| Total 5th District Court appearance tickets served | 4708 |
| Total 5th District Court fine revenue | $1,390,623.00 |
| Average fine per appearance ticket served | $295.37 |
| Average total of appearance tickets served per Investigator | 279 |
| Average fine revenue per Investigator | $ 82,408.23 |

## 2.   Enforcement and Revenue - continued

### 2017 Division of Code Enforcement Complaint Records

2017 Division of Code Enforcement complaints by type and month

| 2017 | | Jan. | Feb. | March | April | May | June | July | Aug. | Sept. | Oct. | Nov. | Dec. | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| H01 | Article L - Rental Occupancy Permit | 3 | 2 | 7 | 11 | 7 | 10 | 5 | 9 | 6 | 3 | 2 | 0 | 65 |
| RPM02 | Residential Property Maintenance- Litter | 12 | 10 | 20 | 28 | 23 | 32 | 23 | 21 | 14 | 13 | 18 | 10 | 224 |
| RPM03 | Residential Property Maintenance-Habitable Space Requirements | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| RPM04 | Residential Property Maintenance- Exterior Structure | 1 | 0 | 5 | 3 | 8 | 4 | 5 | 7 | 4 | 2 | 1 | 2 | 42 |
| RPM05 | Residential Property Maintenance- Roof | 5 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 3 | 0 | 9 |
| RPM06 | Residential Property Maintenance- Smoke Alarms | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 |
| RPM07 | Residential Property Maintenance- Plumbing issues | 2 | 1 | 3 | 1 | 1 | 0 | 2 | 0 | 0 | 0 | 1 | 0 | 11 |
| RPM08 | Residential Property Maintenance- No water | 0 | 1 | 4 | 1 | 2 | 2 | 4 | 0 | 2 | 0 | 1 | 0 | 17 |
| RPM09 | Residential Property Maintenance- Interior Maintenance | 3 | 0 | 0 | 0 | 3 | 2 | 0 | 2 | 0 | 0 | 1 | 0 | 11 |
| RPM10 | Residential Property Maintenance- Sewage | 0 | 0 | 0 | 0 | 2 | 3 | 0 | 1 | 0 | 0 | 1 | 0 | 7 |
| RPM11 | Residential Property Maintenance- No Water/Hot Water Supply | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 0 | 0 | 5 |
| RPM12 | Residential Property Maintenance- No Heat/hot water 9/15-5/31 | 13 | 5 | 4 | 1 | 0 | 0 | 1 | 0 | 2 | 3 | 4 | 10 | 43 |
| RPM13 | Residential Property Maintenance- Electrical system | 1 | 1 | 0 | 0 | 1 | 3 | 1 | 0 | 2 | 0 | 1 | 4 | 14 |
| RPM14 | Residential Property Maintenance- Appliance maintenance | 1 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 3 |
| RPM18 | Residential Property Maintenance- Carbon Monoxide Alarms | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| RPM20 | Residential Property Maintenance- Sidewalk Obstructions | 1 | 0 | 2 | 2 | 5 | 3 | 8 | 3 | 7 | 6 | 1 | 3 | 41 |
| RPM30 | Residential Property Maintenance- Excessive Vegetation | 2 | 0 | 2 | 1 | 125 | 194 | 87 | 75 | 46 | 9 | 2 | 2 | 545 |
| RPM99 | Residential Property Maintenance- Miscellaneous | 2 | 4 | 6 | 10 | 3 | 8 | 2 | 5 | 5 | 3 | 2 | 0 | 50 |
| S99 | Sign | 2 | 0 | 1 | 2 | 2 | 10 | 2 | 12 | 2 | 3 | 0 | 2 | 38 |
| Z01 | Outdoor Storage | 53 | 77 | 36 | 43 | 62 | 62 | 61 | 90 | 105 | 43 | 35 | 19 | 686 |
| Z03 | Sight Obstruction | 6 | 0 | 0 | 0 | 3 | 10 | 8 | 22 | 10 | 7 | 4 | 3 | 73 |
| Z04 | Fence/Walls | 2 | 6 | 3 | 6 | 10 | 7 | 2 | 3 | 3 | 3 | 5 | 2 | 52 |
| Z05 | Building Division Permit Required | 12 | 10 | 21 | 27 | 18 | 21 | 12 | 14 | 14 | 14 | 9 | 10 | 182 |
| Z06 | Change of Use - housing | 82 | 65 | 80 | 96 | 105 | 100 | 85 | 106 | 93 | 86 | 66 | 59 | 1023 |
| Z07 | Swimming Pool related | 5 | 6 | 6 | 8 | 28 | 22 | 29 | 22 | 5 | 5 | 2 | 0 | 138 |
| Z08 | Equine Violations | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 2 | 0 | 3 | 0 | 7 |
| Z09 | Poultry | 2 | 1 | 1 | 2 | 0 | 2 | 3 | 3 | 3 | 2 | 0 | 2 | 21 |
| Z10 | Pigeons | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |
| Z11 | Restrictive Covenants | 0 | 0 | 0 | 1 | 0 | 0 | 1 | 0 | 0 | 2 | 11 | 1 | 16 |
| Z12 | Commercial Vehicle Parking | 2 | 12 | 5 | 3 | 12 | 16 | 13 | 12 | 10 | 4 | 1 | 6 | 96 |
| Z14 | Change of Use - Land | 1 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |
| Z15 | Improper Boat Storage | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Z16 | Light Emanating | 3 | 1 | 1 | 2 | 2 | 3 | 3 | 3 | 0 | 1 | 2 | 2 | 23 |
| Z17/Z18 | Re-grading/Clearing | 0 | 0 | 1 | 2 | 4 | 3 | 1 | 2 | 2 | 0 | 2 | 0 | 17 |
| Z19 | Prohibited Uses | 4 | 9 | 6 | 15 | 10 | 8 | 6 | 8 | 8 | 2 | 7 | 5 | 88 |
| Z21 | Curb Cut Permit Requirements | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Z23 | Graffiti | 3 | 1 | 0 | 0 | 4 | 1 | 0 | 1 | 5 | 1 | 1 | 0 | 17 |
| Z25 | Peddler | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 |
| Z26 | Snow removal/Sidewalk Obstruction | 6 | 10 | 1 | 1 | 2 | 1 | 1 | 18 | 0 | 0 | 0 | 0 | 40 |
| Z99 | Miscellaneous Zoning | 0 | 4 | 0 | 0 | 0 | 7 | 0 | 8 | 10 | 4 | 6 | 7 | 46 |
| TOTAL | | 235 | 228 | 217 | 272 | 453 | 539 | 372 | 449 | 363 | 216 | 192 | 149 | 3661 |

2017 SUMMARY REPORT & 2018 GOALS

## 2.    Enforcement and Revenue - continued

### 2017 Division of Code Enforcement Complaint Records

2013-2017 Complaints by type comparison

| Complaint Code | Complaint Type | 2013 | 2014 | 2015 | 2016 | 2017 | Average |
|---|---|---|---|---|---|---|---|
| H01 | Article L - Rental Occupancy Permit | 201 | 123 | 122 | 35 | 65 | 109 |
| H99 | Misc. Housing | 48 | 32 | 86 | | | 78 |
| RPM03 | Residential Property Maintenance-Habitable Space Requirements | | | | 4 | 2 | 3 |
| RPM04 | Residential Property Maintenance- Exterior Structure | | | | 62 | 42 | 52 |
| RPM05 | Residential Property Maintenance- Roof | | | | 7 | 9 | 8 |
| RPM06 | Residential Property Maintenance- Smoke Alarms | | | | 6 | 1 | 4 |
| RPM07 | Residential Property Maintenance- Plumbing issues | | | | 12 | 11 | 12 |
| RPM08 | Residential Property Maintenance- No water | | | | 25 | 17 | 21 |
| RPM09 | Residential Property Maintenance- Interior Maintenance | | | | 10 | 11 | 11 |
| RPM10 | Residential Property Maintenance- Sewage | | | | 17 | 7 | 12 |
| RPM11 | Residential Property Maintenance- No Water/Hot Water Supply | | | | 5 | 5 | 5 |
| RPM12 | Residential Property Maintenance- No Heat/hot water 9/15-5/31 | | | | 33 | 43 | 38 |
| RPM13 | Residential Property Maintenance- Electrical system | | | | 9 | 14 | 12 |
| RPM14 | Residential Property Maintenance- Appliance maintenance | | | | 3 | 3 | 3 |
| RPM18 | Residential Property Maintenance- Carbon Monoxide Alarms | | | | 0 | 1 | 1 |
| RPM20 | Residential Property Maintenance- Sidewalk Obstructions | | | | 35 | 41 | 38 |
| RPM99 | Residential Property Maintenance- Miscellaneous | | | | 48 | 545 | 297 |
| S99 | Sign | 78 | 14 | 21 | 29 | 50 | 38 |
| Z01 | Outdoor Storage | 339 | 429 | 455 | 583 | 38 | 369 |
| RPM02/Z02 | Residential Property Maintenance- Litter | 68 | 123 | 248 | 347 | 686 | 294 |
| Z03 | Sight obstructions | 104 | 127 | 66 | 87 | 73 | 91 |
| Z04 | Fence | 28 | 27 | 52 | 87 | 52 | 49 |
| Z05 | Building Division Permit Required | 298 | 265 | 199 | 213 | 182 | 231 |
| Z06 | Change of Use - housing | 1160 | 1074 | 1099 | 1141 | 1023 | 1099 |
| Z07 | Pool related | 267 | 141 | 176 | 185 | 138 | 181 |
| Z08/Z09 | Poultry | 22 | 16 | 21 | 36 | 7 | 20 |
| Z10 | Pigeons | 6 | 5 | 2 | 0 | 21 | 7 |
| Z11 | Restrictive covenants | 18 | 8 | 5 | 1 | 3 | 7 |
| Z12 | Commercial vehicle parking | 105 | 214 | 164 | 122 | 16 | 124 |
| Z15 | Improper boat storage | 3 | 0 | 1 | 4 | 96 | 21 |
| Z16 | Light emanating | 9 | 9 | 17 | 10 | 3 | 10 |
| Z17/Z18 | Re-grading/clearing | 19 | 24 | 28 | 13 | 0 | 17 |
| Z19 | Prohibited uses | 164 | 169 | 174 | 122 | 23 | 130 |
| RPM/Z20 | Residential Property Maintenance- Sidewalk Obstructions | 18 | 36 | 70 | 47 | 17 | 38 |
| Z21 | Curb cut | 5 | 2 | 6 | 0 | 88 | 20 |
| Z23 | Graffiti | 51 | 65 | 39 | 56 | 0 | 42 |
| Z26 | Snow Removal | 2 | 75 | 105 | 0 | 17 | 40 |
| RPM30/Z30 | Residential Property Maintenance- Excessive Vegetation High grass | 513 | 558 | 466 | 578 | 1 | 423 |
| Z99 | misc. zoning | 476 | 384 | 309 | 106 | 40 | 263 |
| | other | 14 | 81 | 16 | 5 | 46 | 37 |
| TOTAL | | 4016 | 4001 | 3947 | 4083 | 3661 | 3946 |

2017 SUMMARY REPORT & 2018 GOALS

## 2.    Enforcement and Revenue – continued

**2017 Hamlet Complaint and Enforcement Analysis**

### 2017 Complaints and Closing Actions by Hamlet

All Complaints (including Z06)

Illegal Multiple Dwelling (Z06) Complaints - §68-25B(1)

| Hamlet | Complaints Closed in 2017 | % of Complaints Closed in 2017 | Cases Closed 2017 | % of Cases Closed in 2017 | Complaints Received in 2017 | % of Complaints Received in 2017 | Z06 Complaints Closed in 2017 | % of Closed Z06 Cases in 2017 | Z06 Cases Closed 2017 | % of Closed Z06 Cases in 2017 | Z06 Complaints Received in 2017 | % of Z06 Complaints Received in 2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bay Shore | 410 | 18.82% | 601 | 18.44% | 677 | 18.49% | 92 | 23.35% | 31 | 16.94% | 219 | 21.41% |
| Bayport | 43 | 1.97% | 69 | 2.12% | 56 | 1.53% | 9 | 2.28% | 7 | 3.80% | 13 | 1.27% |
| Bohemia | 59 | 2.70% | 88 | 2.70% | 67 | 1.83% | 5 | 1.27% | 3 | 1.60% | 15 | 1.47% |
| Brent-wood | 368 | 16.90% | 571 | 17.50% | 682 | 18.63% | 81 | 20.56% | 33 | 18.03% | 267 | 26.09% |
| Central Islip | 503 | 23.10% | 670 | 20.55% | 800 | 21.85% | 90 | 22.84% | 47 | 26.68% | 192 | 18.77% |
| East Islip | 73 | 3.36% | 134 | 4.11% | 111 | 3.03% | 10 | 2.54% | 4 | 2.19% | 25 | 2.44% |
| Great River | 10 | 0.46% | 16 | 0.49% | 14 | 0.38% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| Haup-pauge | 43 | 1.97% | 81 | 2.48% | 74 | 2.02% | 6 | 1.53% | 4 | 2.19% | 14 | 1.36% |
| Holbrook | 72 | 3.31% | 117 | 3.59% | 136 | 3.71% | 10 | 2.54% | 4 | 2.19% | 31 | 3.03% |
| Holtsville | 11 | 0.51% | 11 | 0.34% | 13 | 0.35% | 1 | 0.25% | 0 | 0.00% | 6 | 0.59% |
| Islip | 113 | 5.19% | 174 | 5.33% | 188 | 5.14% | 21 | 5.33% | 18 | 9.84% | 34 | 3.32% |
| Islip Terrace | 55 | 2.53% | 94 | 2.88% | 111 | 3.03% | 8 | 2.03% | 4 | 2.19% | 30 | 2.93% |
| Oakdale | 56 | 2.57% | 100 | 3.07% | 118 | 3.22% | 7 | 1.78% | 6 | 3.28% | 21 | 2.05% |
| Ronkon-koma | 147 | 6.75% | 213 | 6.53% | 223 | 6.09% | 26 | 6.60% | 9 | 4.92% | 58 | 5.67% |
| Sayville | 70 | 3.21% | 100 | 3.07% | 130 | 3.55% | 13 | 3.30% | 4 | 2.19% | 36 | 3.52% |
| West Islip | 121 | 5.55% | 191 | 5.86% | 228 | 6.23% | 13 | 3.30% | 9 | 4.92% | 53 | 5.18% |
| W. Sayville | 15 | 0.69% | 22 | 0.67% | 17 | 0.46% | 2 | 0.50% | 0 | 0.00% | 7 | 0.68% |
| other | 9 | 0.41% | 8 | 0.25% | 16 | 0.44% | 0 | 0.00% | 0 | 0.00% | 2 | 0.19% |
| Total | 2178 | 100.0% | 3260 | 100.0% | 3661 | 100.0% | 394 | 100.0% | 183 | 101.0% | 1023 | 100.0% |

Jason Mistretta, Chief Town Investigator
U:\DOCE Management docs\2017 Annual Report DOCE Management Meetings\DOCE 2018 annual Summary report for 2017.final.confidential.docx

2017 SUMMARY REPORT & 2018 GOALS

## 2.   Enforcement and Revenue – continued

## 2017 Hamlet Complaint and Enforcement Analysis

All Complaints (including Z06)    Illegal Multiple Dwelling (Z06) Complaints – §68-25B(1)

| Hamlet | Appearance Tickets Issued 2017 | % of 2017 Appearance Tickets issued | D.O.D. Requests All Types | % of D.O.D. Requests All Types | Complaints Received in 2017 | % of Complaints Received in 2017 | 68-25B(1) A.T.s Issued 2017 | % of 68-25B(1) AT's Issued | D.O.D. Requests Z06 Only | % D.O.D. Requests Z06 | Z06 Complaints Received in 2017 | % of Z06 Complaints Received 2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bay Shore | 861 | 22.95% | 100 | 22.98% | 677 | 18.49% | 45 | 19.15% | 100 | 80.0% | 219 | 21.41% |
| Bayport | 35 | 0.90% | 9 | 2.07% | 56 | 1.53% | 1 | 0.43% | 0 | 0.0% | 13 | 1.27% |
| Bohemia | 74 | 1.97% | 15 | 3.45% | 67 | 1.83% | 0 | 0.00% | 0 | 0.0% | 15 | 1.47% |
| Brent-wood | 1027 | 27.38% | 109 | 25.06% | 682 | 18.63% | 61 | 25.96% | 10 | 8.0% | 267 | 26.09% |
| Central Islip | 799 | 21.30% | 89 | 20.46% | 800 | 21.85% | 34 | 14.47% | 9 | 7.2% | 192 | 18.77% |
| East Islip | 105 | 2.80% | 12 | 2.76% | 111 | 3.03% | 3 | 1.28% | 0 | 0.0% | 25 | 2.44% |
| Great River | 7 | 0.18% | 2 | 0.46% | 14 | 0.38% | 0 | 0.00% | 0 | 0.0% | 0 | 0.00% |
| Haup-pauge | 47 | 1.25% | 7 | 1.61% | 74 | 2.02% | 0 | 0.00% | 1 | 0.8% | 14 | 1.36% |
| Holbrook | 75 | 1.99% | 23 | 5.29% | 136 | 3.71% | 0 | 0.00% | 0 | 0.0% | 31 | 3.03% |
| Holtsville | 3 | 0.09% | 1 | 0.23% | 13 | 0.35% | 1 | 0.43% | 0 | 0.0% | 6 | 0.59% |
| Islip | 120 | 3.20% | 2 | 0.46% | 188 | 5.14% | 12 | 5.10% | 0 | 0.0% | 34 | 3.32% |
| Islip Terrace | 105 | 2.80% | 4 | 0.92% | 111 | 3.03% | 12 | 5.10% | 0 | 0.0% | 30 | 2.93% |
| Oakdale | 89 | 2.37% | 1 | 0.23% | 118 | 3.20% | 9 | 3.83% | 0 | 0.0% | 21 | 2.05% |
| Ronkon-koma | 183 | 4.88% | 8 | 1.84% | 223 | 6.09% | 36 | 15.32% | 1 | 0.8% | 58 | 5.67% |
| Sayville | 68 | 1.81% | 3 | 0.69% | 130 | 3.55% | 18 | 7.65% | 1 | 0.8% | 36 | 3.52% |
| West Islip | 136 | 3.62% | 41 | 9.46% | 228 | 6.23% | 3 | 1.28% | 2 | 1.6% | 53 | 5.18% |
| W. Sayville | 15 | 0.39% | 8 | 1.84% | 17 | 0.46% | 0 | 0.00% | 1 | 0.8% | 7 | 0.68% |
| other | 2 | 0.05% | 1 | 0.23% | 16 | 0.44% | 0 | 0.00% | 0 | 0.0% | 2 | 0.19% |
| Total | 3751 | 100% | 435 | 100% | 3661 | 100% | 235 | 100% | 125 | 100% | 1023 | 100% |

Jason Mistretta, Chief Town Investigator
U:\DOCE Management docs\2017 Annual Report DOCE Management Meetings\DOCE 2018 annual Summary report for 2017.final.confidential.docx

2017 SUMMARY REPORT & 2018 GOALS

## 2.   **Enforcement and Revenue - continued**

### **2017 Annual Summary of Complaints & Actions with Hamlet Comparison Details**

In 2017, the Division of Code Enforcement primarily conducted enforcement actions as a result responding to complaints received which alleged violations of Town of Islip code at residential properties.  The Central Complaint Bureau recorded 3685 complaints which alleged violations for which the Division of Code Enforcement has enforcement responsibility.  In addition to the complaints received in 2017, other enforcement activity was conducted based on complaints and cases initiated in prior years and limited non-complaint based enforcement initiatives.

**General Performance Measures**

The enforcement action taken by the Division of Code Enforcement can be measured in complaint and case volume processed and investigated, closed cases and satisfied complaints, appearance tickets served, and delinquency proceedings filed.

Complaint- A complaint is generated upon receipt of an allegation of code violations.  Complaints are primarily received from constituents but may also be reported by municipal employees, both from within the Town of Islip or outside of the Town of Islip, who identify or receive complaints of alleged violations in their official capacity.   Complaints may be satisfied administratively or after a case is generated and the investigation is completed.

Case – A case is generated when a complaint is assigned for investigation or when an enforcement agent initiates an investigation based on observations made independently from a complaint.

Appearance ticket- An appearance ticket may be created by enforcement agents authorized within TOI §2-2 to initiate prosecution of a code violation.  The service of appearance tickets is the primary method used to attain violation resolution.

Declaration of Delinquency – Declaration of delinquency proceedings are requested to re-establish prosecution when a defendant fails to comply with conditions of discharge imposed during the earlier disposition of an appearance ticket.

18 | P a g e
Jason Mistretta, Chief Town Investigator
U:\DOCE Management docs\2017 Annual Report DOCE Management Meetings\DOCE 2018 annual Summary report for 2017.final.confidential.docx

## 2.   **Enforcement and Revenue - continued**

### **2017 Annual Summary of Complaints & Actions with Hamlet Comparison Details- continued**

#### *Brentwood*

#### Complaints

In 2017, the hamlet of Brentwood was subject to 682 complaints, the 2nd most complaints for an individual hamlet and 18.63% of the total complaints received.

267 were Z06 type complaints, which allege a change of occupancy of a single family dwelling.  These complaints are colloquially known as "illegal multiple family dwellings."  Brentwood received 26.09% of all Z06 type complaints, which is more than any other hamlet.

#### Enforcement Action

Brentwood was subject to issuance of the greatest number of appearance tickets for all types of code violations (1,027) and of change of occupancy violations associated with illegal multiple family dwellings (61).

Brentwood was also the hamlet subject to the most delinquency recommendations for properties which did not comply with district court sentencing conditions.  In 2017, 109 recommendations for delinquency were filed with the Division of Law Enforcement (25.06% of all D.O.D. Recommendations).  Of those recommendations filed, 61 were directly related to change of occupancy violations (25.96% of all change of use delinquency recommendations).

#### Concluded Cases & Complaints

In 2017, 368 complaints (16.9 % of all complaints satisfied) were for properties located in Brentwood.  571 cases were closed for properties located in Brentwood representing 17.5% of all closed cases.  The amount of cases closed for properties in Brentwood was the 2nd most of all hamlets.

81 Z06 type complaints were satisfied related to Brentwood properties in 2017 which represents 20.56% of all satisfied Z06 type complaints.

## 2.   **Enforcement and Revenue - continued**

### **2017 Annual Summary of Complaints & Actions with Hamlet Comparison Details- continued**

*Bay Shore*

**Complaints**

In 2017, the hamlet of Bay Shore was subject to 677 complaints, the highest number of complaints for an individual hamlet (18.49% of total complaints).

219 complaints were Z06 type complaints, which allege the change of occupancy of a single family dwelling.  Bay Shore received 21.41% of all Z06 type complaints received in 2017, which is more than any hamlet other than Brentwood.

**Enforcement Action**

Bay Shore was subject to the 2nd greatest share of appearance tickets for all types of violations (861) and of change of occupancy violations associated with illegal multiple family dwellings (45).

In 2017, 100 delinquency recommendations were filed with the Division of Law Enforcement (22.98% of all D.O.D. recommendations) for properties within Bay Shore.  Of those requests filed, 10 were directly related to change of occupancy violations (28.6% of all change of occupancy delinquency recommendations).

**Concluded Cases & Complaints**

In 2017, 410 complaints (18.82 % of all complaints) satisfied were for properties located in Bay Shore.  601 cases (18.44% of all cases) were closed for properties located in Bay Shore.  The volume of complaints closed for properties in Bay Shore was the 2nd most of all hamlets.

92 Z06 type complaints were satisfied related to Bay Shore properties in 2017 (23.35% of all Z06 complaints).

2017 SUMMARY REPORT & 2018 GOALS

## 2.   **Enforcement and Revenue - continued**

### 2017 Annual Summary of Complaints & Actions with Hamlet Comparison Details- continued

*Central Islip*

**Complaints**

In 2017, Central Islip received the highest volume of total complaints.  Central Islip received 800 total complaints which represents 21.85% of all complaints received.

192 of those complaints were Z06 type complaints which allege the change of use of a single family dwelling.  The hamlet of Central Islip received the 3rd most (26.09%) of all the Z06 type complaints.

**Enforcement Action**

Although Central Islip received the highest volume of complaints, it was subject to less Z06 complaints than Bay Shore and Brentwood.  Z06 complaints receive a higher priority response than most other complaint types and, as a result, Central Islip is subject to less enforcement action than those hamlets.

Central Islip received the the 3rd highest amount of appearance tickets for all types of violations (799) and of change of use violations associated with illegal multiple family dwellings (34).

In 2017, Division of Code Enforcement filed 89 delinquency recommendations with the Division of Law Enforcement (20.46% of all delinquency recommendations).  Of those recommendations, 9 were directly related to change of use violations (25.7% of all change of use delinquency recommendations).

**Concluded Cases & Complaints**

In 2017, 503 complaints (23.1% of complaints for all hamlets) were satisfied for properties located in the hamlet of Central Islip.  670 cases (20.55% of cases for all hamlets) were closed for properties located in Central Islip.  The volume of complaints and cases closed for properties in Central Islip was 3rd most of all hamlets.

Central Islip was subject to the 2nd highest volume of Z06 type complaints, and it was the hamlet for which the 3rd most Z06 type complaints were satisfied. 90 Z06 type complaints were satisfied related to Central Islip properties in 2017 (22.84% of all Z06 complaints).

*Hamlet Enforcement Summary*

The hamlets of Brentwood, Bay Shore, and Central Islip combined were subject to 2159 complaints in 2017, representing 59% of all complaints and 66.3% of all Z06 type complaints.

It is important to note the relationship between Z06 type complaints and the enforcement actions commonly associated with conditions found at properties that have been changed in use from a single family dwelling.  There are typically numerous violations associated with change of occupancy complaints, e.g. constructed alterations to the plumbing system(s), interior and exterior alterations to the dwelling, rental occupancy, and property maintenance deficiencies.  As a result, the amount of violations often accompanying Z06 complaints, in conjunction with the fact that the Division of Code Enforcement is almost entirely responsive to complaints, the properties within the hamlets of Brentwood, Bay Shore, and Central Islip were the subject of 2,687 appearance tickets (71.6%), 298 delinquency recommendations (68.5%), 1,281 satisfied complaints (58.8%) and 1,842 closed cases (56.5%).

21 | P a g e
Jason Mistretta, Chief Town Investigator
U:\DOCE Management docs\2017 Annual Report DOCE Management Meetings\DOCE 2018 annual Summary report for 2017.final.confidential.docx

## 2.    Enforcement and Revenue – continued

### 2017 Enforcement Initiatives

In 2017, the Division of Code Enforcement conducted investigations and enforcement actions which were primarily complaint based; however, there were two distinct enforcement initiatives conducted in 2017 which were not complaint based.  The enforcement initiatives intended to target specific conditions not effectively addressed based solely on constituent complaints.  The initiatives were crafted to be measurable throughout execution, ensuring both efficacy and efficiency of the violation resolution.

The Quality of Life Enforcement Initiative (attachment A) was implemented by an approved directive on June 6th 2017.  The Expired Rental Occupancy Permit Enforcement Initiative was implemented in the form of an approved directive on June 21st 2016 (attachment B).

### *The Quality of Life Enforcement Initiative*

The Quality of Life Enforcement Initiative was conducted from Memorial Day through Labor Day by full time Investigators using overtime and part time Town Investigators.  The hamlets were rotated week to week and the Investigators conducted patrol enforcement throughout the summer.

Information was posted on the Town of Islip website reminding residents of their responsibility to maintain their properties in compliance with the Town of Islip Code and advising them to expect focused enforcement throughout the summer.

The Division of Code Enforcement issued 257 appearance tickets for alleged violations of Chapter 6A Residential Property Maintenance, outdoor storage of unregistered vehicles, and the parking of commercial vehicles.

As of January 2018, approximately 82% of the cases prosecuted related to these violations have been concluded, resulting in $34,300.00 in fine revenue.  The overall labor cost of this initiative was approximately $11,696.48, yielding $22,603.52 in positive revenue while addressing 257 individual violations.  These violations would likely have remained unaddressed if not for this initiative.

| W/E | Initiative | # AT | Max. Fine | Actual Fine | Permit Fees | Total Revenue | Personnel Est. Cost | $ +/- |
|---|---|---|---|---|---|---|---|---|
| 6/9/2017 | QOL | 12 | $ 23,000.00 | $ 2,300.00 | $ - | $ 2,300.00 | (704.00) | $ 1,596.00 |
| 6/24/2017 | QOL | 21 | $ 48,000.00 | $ 3,300.00 | | $ 3,300.00 | (766.68) | $ 2,533.32 |
| 7/1/2017 | QOL | 25 | $ 55,000.00 | $ 4,150.00 | $ - | $ 4,150.00 | (794.48) | $ 3,355.52 |
| 7/8/2017 | QOL | 11 | $ 20,000.00 | $ 750.00 | $ - | $ 750.00 | (577.08) | $ 172.92 |
| 7/15/2017 | QOL | 13 | $ 34,000.00 | $ 2,400.00 | $ - | $ 2,400.00 | (753.08) | $ 1,646.92 |
| 7/22/2017 | QOL | 18 | $ 41,000.00 | $ 3,400.00 | $ - | $ 3,400.00 | (819.20) | $ 2,580.80 |
| 7/29/2017 | QOL | 18 | $ 38,000.00 | $ 2,650.00 | $ - | $ 2,650.00 | (1,126.96) | $ 1,523.04 |
| 8/5/2017 | QOL | 21 | $ 46,000.00 | $ 3,650.00 | $ - | $ 3,650.00 | (1,259.20) | $ 2,390.80 |
| 8/12/2017 | QOL | 40 | $ 68,000.00 | $ 4,450.00 | $ - | $ 4,450.00 | (1,126.96) | $ 3,323.04 |
| 8/19/2017 | QOL | 36 | $ 84,000.00 | $ 3,400.00 | $ - | $ 3,400.00 | (1,193.08) | $ 2,206.92 |
| 8/26/2017 | QOL | 16 | $ 33,000.00 | $ 1,600.00 | $ - | $ 1,600.00 | (1,382.68) | $ 217.32 |
| 9/2/2017 | QOL | 26 | $ 48,000.00 | $ 2,250.00 | $ - | $ 2,250.00 | (1,193.08) | $ 1,056.92 |
| | Totals | 257 | $ 538,000.00 | $ 34,300.00 | $ - | $ 34,300.00 | (51,696.48) | $ 22,603.52 |

## 2.    Enforcement and Revenue – continued

### 2017 Enforcement Initiatives - continued

#### *The Expired Rental Occupancy Permit Enforcement Initiative*

The Expired Rental Occupancy Permit Enforcement Initiative was conducted throughout the year by Town Investigators utilizing overtime.  The enforcement was coordinated by Clerk/Typist Loretta Quintana, who identified properties for which Rental Occupancy Permits had expired, had not been renewed, and which could not be determined to be compliant administratively.  Four hours of overtime were offered to two Town Investigators each week and each of the Town Investigators were assigned four cases to investigate.

Throughout the year, expired permits were assigned for investigation based on when the permit expired and, when possible, by location.  The enforcement initiative was so effective that all expired Rental Occupancy Permits within the scope of the initiative from the past 2 years had been investigated after approximately 4 months.  From that point forward, we were able to focus our resources on recently expired Rental Occupancy Permits.

In 2017, DOCE investigated 122 properties as a result of the owner failing to renew previously issued Rental Occupancy Permits.  These investigations resulted in the issuance of 42 appearance tickets. Twenty properties were compliant and the permit records associated were properly closed; Rental Occupancy Permits were issued for 51 individual dwelling units.

As of January 2018, 65% of initiative-based prosecutions have concluded, yielding $16,350 in imposed fines.  In addition, DOCE has received $12,750 in permit renewal fees.  The combined revenue to date is $29,100, while the total cost of labor was $5,561.96.  This initiative resulted in the resolution of 71 expired Rental Occupancy Permits while generating a positive revenue of $23,538.04.

| W/E | Initiative | # AT | Max. Fine | Actual Fine | Permit Fees | Total Actual Revenue $ | OT Personnel Est. Cost | $ + or (-) |
|---|---|---|---|---|---|---|---|---|
| 1/14/2017 | Rental | 4 | $ 10,000.00 | $ 2,500.00 | $ 1,500.00 | $ 4,000.00 | $ (379.20) | $ 3,620.80 |
| 1/21/2017 | Rental | 5 | $ 12,000.00 | $ 2,200.00 | $ 250.00 | $ 2,450.00 | $ (379.20) | $ 2,070.80 |
| 2/11/2017 | Rental | 1 | $ 2,500.00 | $ 1,500.00 | $ 2,000.00 | $ 3,500.00 | $ (189.60) | $ 3,310.40 |
| 2/18/2017 | Rental | 1 | $ 2,500.00 | $ 750.00 | $ 750.00 | $ 1,500.00 | $ (195.80) | $ 1,304.20 |
| 4/11/2017 | Rental | 8 | $ 17,000.00 | $ 2,500.00 | $ 1,000.00 | $ 3,500.00 | $ (379.20) | $ 3,120.80 |
| 4/28/2017 | Rental | 5 | $ 11,000.00 | $ 1,500.00 | $ 1,500.00 | $ 3,000.00 | $ (568.80) | $ 2,431.20 |
| 6/17/2017 | Rental | 4 | $ 10,000.00 | $ 2,000.00 | $ 500.00 | $ 2,500.00 | $ (189.60) | $ 2,310.40 |
| 7/1/2017 | Rental | 1 | $ 7,500.00 | $ - | $ 750.00 | $ 750.00 | $ (379.20) | $ 370.80 |
| 7/8/2017 | Rental | 3 | $ 7,500.00 | $ 2,500.00 | $ 500.00 | $ 3,000.00 | $ (189.60) | $ 2,810.40 |
| 7/15/2017 | Rental | 2 | $ 5,000.00 | $ 900.00 | $ 250.00 | $ 1,150.00 | $ (189.60) | $ 960.40 |
| 7/22/2017 | Rental | 0 | $ - | $ - | $ 250.00 | $ 250.00 | $ (189.60) | $ 60.40 |
| 7/29/2017 | Rental | 0 | $ 38,000.00 | $ - | $ 250.00 | $ 250.00 | $ (189.60) | $ 60.40 |
| 8/5/2017 | Rental | 0 | $ - | $ - | $ 250.00 | $ 250.00 | $ (189.60) | $ 60.40 |
| 8/12/2017 | Rental | 1 | $ 2,500.00 | $ - | $ 250.00 | $ 250.00 | $ (189.60) | $ 60.40 |
| 8/19/2017 | Rental | 0 | $ - | $ - | $ 250.00 | $ 250.00 | $ (189.60) | $ 60.40 |
| 9/23/2017 | Rental | 0 | $ - | $ - | $ - | $ - | $ (189.60) | $ (189.60) |
| 10/7/2017 | Rental | 0 | $ - | $ - | $ 750.00 | $ 750.00 | $ (379.20) | $ 370.80 |
| 10/14/2017 | Rental | 0 | $ - | $ - | $ 250.00 | $ 250.00 | $ (189.60) | $ 60.40 |
| 10/21/2017 | Rental | 0 | $ - | $ - | $ 500.00 | $ 500.00 | $ (189.60) | $ 310.40 |
| 11/18/2017 | Rental | 4 | $ 10,000.00 | $ - | $ 500.00 | $ 500.00 | $ (123.48) | $ 376.52 |
| 12/2/2017 | Rental | 3 | $ 7,500.00 | $ - | $ 250.00 | $ 250.00 | $ (379.20) | $ (129.20) |
| 12/8/2017 | Rental | | $ - | $ - | $ - | $ - | $ (189.60) | $ (189.60) |
| 12/6/2017 | Rental | | $ - | $ - | $ - | $ - | $ (123.48) | $ (123.48) |
| 12/22/2017 | Rental | 0 | $ - | $ - | $ 250.00 | $ 250.00 | $ (189.60) | $ 60.40 |
| Totals | | 42 | $ 143,000.00 | $ 16,350.00 | $ 12,750.00 | $ 29,100.00 | $ (5,561.96) | $ 23,538.04 |

## 2.   Enforcement and Revenue – continued

### 2017 Enforcement Initiatives - continued

#### Summary of 2017 Enforcement Initiatives

Each of the above initiatives were demonstrably successful.  DOCE addressed a total of 299 individual violations efficiently and effectively.  Labor cost associated with these initiatives were recovered in fines and fees, generating revenue ($63,400) that amounted to more than three times labor cost ($17,258.44).  The cost benefit of these initiatives will continue to grow as district court proceedings conclude.

Although cost benefits are an important factor in the responsible management and supervision of the division, the primary benefit of these enforcement initiatives should be recognized as the resolution of conditions which diminish public safety and the quality of life of the residents of the Town of Islip.  The initiatives conducted in 2017 identified and addressed violations in each of the hamlets of the Town of Islip, excluding those located on Fire Island.

#### Please see the weekly summary table on the following page

2017 SUMMARY REPORT & 2018 GOALS

## 2. Enforcement and Revenue – continued

### 2017 Enforcement Initiatives - continued

#### Summary of 2017 Enforcement Initiatives

| W/E | Initiative | # AT | Max. Fine | Actual Fine | Permit Fees | Total Actual Revenue $ | Personnel w/OT Est. Cost | $ + or (-) |
|---|---|---|---|---|---|---|---|---|
| 1/14/2017 | Rental | 4 | $ 10,000.00 | $ 2,500.00 | $ 1,500.00 | $ 4,000.00 | (379.20) | $ 3,620.80 |
| 1/21/2017 | Rental | 5 | $ 12,000.00 | $ 2,200.00 | $ 250.00 | $ 2,450.00 | (379.20) | $ 2,070.80 |
| 2/11/2017 | Rental | 1 | $ 2,500.00 | $ 1,500.00 | $ 2,000.00 | $ 3,500.00 | (189.60) | $ 3,310.40 |
| 2/18/2017 | Rental | 1 | $ 2,500.00 | $ 750.00 | $ 750.00 | $ 1,500.00 | (195.80) | $ 1,304.20 |
| 4/11/2017 | Rental | 8 | $ 17,000.00 | $ 2,500.00 | $ 1,000.00 | $ 3,500.00 | (379.20) | $ 3,120.80 |
| 4/28/2017 | Rental | 5 | $ 11,000.00 | $ 1,500.00 | $ 1,500.00 | $ 3,000.00 | (568.80) | $ 2,431.20 |
| 6/9/2017 | QOL | 12 | $ 23,000.00 | $ 2,300.00 | $ - | $ 2,300.00 | (704.00) | $ 1,596.00 |
| 6/17/2017 | Rental | 4 | $ 10,000.00 | $ 2,000.00 | $ 500.00 | $ 2,500.00 | (189.60) | $ 2,310.40 |
| 6/17/2017 | QOL | 0 | $ - | $ - | $ - | $ - | | $ - |
| 6/24/2017 | Rental | | | | | | | $ - |
| 6/24/2017 | QOL | 21 | $ 48,000.00 | $ 3,300.00 | $ - | $ 3,300.00 | (766.68) | 2,533.32 |
| 7/1/2017 | Rental | 1 | $ 7,500.00 | $ - | $ 750.00 | $ 750.00 | (379.20) | $ 370.80 |
| 7/1/2017 | QOL | 25 | $ 55,000.00 | $ 4,150.00 | $ - | $ 4,150.00 | (794.48) | 3,355.52 |
| 7/8/2017 | Rental | 3 | $ 7,500.00 | $ 2,500.00 | $ 500.00 | $ 3,000.00 | (189.60) | $ 2,810.40 |
| 7/8/2017 | QOL | 11 | $ 20,000.00 | $ 750.00 | $ - | $ 750.00 | (577.08) | 172.92 |
| 7/15/2017 | Rental | 2 | $ 5,000.00 | $ 900.00 | $ 250.00 | $ 1,150.00 | (189.60) | $ 960.40 |
| 7/15/2017 | QOL | 13 | $ 34,000.00 | $ 2,400.00 | $ - | $ 2,400.00 | (753.08) | 1,646.92 |
| 7/22/2017 | Rental | 0 | $ - | $ - | $ 250.00 | $ 250.00 | (189.60) | $ 60.40 |
| 7/22/2017 | QOL | 18 | $ 41,000.00 | $ 3,400.00 | $ - | $ 3,400.00 | (819.20) | $ 2,580.80 |
| 7/29/2017 | Rental | 0 | $ - | $ - | $ 250.00 | $ 250.00 | (189.60) | $ 60.40 |
| 7/29/2017 | QOL | 18 | $ 38,000.00 | $ 2,650.00 | $ - | $ 2,650.00 | (1,126.96) | $ 1,523.04 |
| 8/5/2017 | Rental | 0 | $ - | $ - | $ 250.00 | $ 250.00 | (189.60) | $ 60.40 |
| 8/5/2017 | QOL | 21 | $ 46,000.00 | $ 3,650.00 | $ - | $ 3,650.00 | (1,259.20) | $ 2,390.80 |
| 8/12/2017 | Rental | 1 | $ 2,500.00 | $ - | $ 250.00 | $ 250.00 | (189.60) | $ 60.40 |
| 8/12/2017 | QOL | 40 | $ 68,000.00 | $ 4,450.00 | $ - | $ 4,450.00 | (1,126.96) | $ 3,323.04 |
| 8/19/2017 | Rental | 0 | $ - | $ - | $ 250.00 | $ 250.00 | (189.60) | $ 60.40 |
| 8/19/2017 | QOL | 36 | $ 84,000.00 | $ 3,400.00 | $ - | $ 3,400.00 | (1,193.08) | $ 2,206.92 |
| 8/26/2017 | QOL | 16 | $ 33,000.00 | $ 1,600.00 | $ - | $ 1,600.00 | (1,382.68) | $ 217.32 |
| 9/2/2017 | QOL | 26 | $ 48,000.00 | $ 2,250.00 | $ - | $ 2,250.00 | (1,193.08) | $ 3,306.92 |
| 9/23/2017 | Rental | 0 | $ - | $ - | $ - | $ - | (189.60) | $ (189.60) |
| 10/7/2017 | Rental | 0 | $ - | $ - | $ 750.00 | $ 750.00 | (379.20) | $ 370.80 |
| 10/14/2017 | Rental | 0 | $ - | $ - | $ 250.00 | $ 250.00 | (189.60) | $ 60.40 |
| 10/21/2017 | Rental | 0 | $ - | $ - | $ 500.00 | $ 500.00 | (189.60) | $ 310.40 |
| 11/18/2017 | Rental | 4 | $ 10,000.00 | $ - | $ 500.00 | $ 500.00 | (123.48) | $ 376.52 |
| 12/2/2017 | Rental | 3 | $ 7,500.00 | $ - | $ 250.00 | $ 250.00 | (379.20) | $ (129.20) |
| 12/8/2017 | Rental | 0 | $ - | $ - | $ - | $ - | (189.60) | $ (189.60) |
| 12/6/2017 | Rental | 0 | $ - | $ - | $ - | $ - | (123.48) | $ (123.48) |
| 12/22/2017 | Rental | 0 | $ - | $ - | $ 250.00 | $ 250.00 | (189.60) | $ 60.40 |
| Totals | | 299 | $ 643,000.00 | $ 50,650.00 | $ 12,750.00 | $ 63,400.00 | (17,258.44) | $ 46,141.56 |

2017 SUMMARY REPORT & 2018 GOALS

## 3.     Enforcement Personnel

### Enforcement Agent roster for 2017

| NAME | CALL | TITLE | 2016 Employment Dates | In- Service Time (months) | Notes |
|---|---|---|---|---|---|
| FULL TIME STAFF | | | | | |
| JASON MISTRETTA | 107 | Chief Investigator | 1/1/17-12/31/17 | 10.5 | 5/1/2017 – 6/19/17 – FMLA |
| KIM DAVIS | 101 | Principal Investigator | 1/1/17-12/31/17 | 9 | Worker Comp. 1/1/2017 -3/6/2017 |
| ROBIN BAHNSEN | 106 | Senior Investigator | 1/1/17-12/31/17 | 12 | Building Division Initiative |
| SCOTT PALADINI | 114 | Senior Investigator | 1/1/17-12/31/17 | 12 | |
| DAN ECKERT | 104 | Investigator | 1/1/17-12/31/17 | 12 | Building Division Initiative |
| JOSHUA STEWART | 207 | Investigator | 1/1/17-8/21/2017 | 9 | Discipline -Termination |
| LORRAINE KESLER | 112 | Investigator | 1/1/17-12/31/17 | 12 | |
| MARYANN PASQUALINO | 110 | Investigator | 1/1/17-12/31/17 | 12 | |
| SUSAN DOOLEY | 105 | Investigator | 1/1/17-12/31/17 | 12 | |
| LEONARD SCHNALL | 103 | Investigator | 1/1/17-12/31/17 | 12 | |
| JUAN BECIANA | 220 | Investigator (Spanish speaking) | 1/1/17-12/31/17 | 12 | |
| THOMAS BROWN | 111 | Investigator | 2/27/17 -12/31/17 | 10 | |
| JEAN LOUIS | 122 | Investigator | 4/24/2017 – 12/312017 | 8 | |
| MICHAEL CRUZ | 108 | Investigator | 1/1/17-12/31/17 | 12 | |
| CESAR BENEVIDES | 118 | Investigator (Spanish speaking) | 1/1/17-12/31/17 | 12 | |
| ALEX ORTIZ | 115 | Investigator (Spanish speaking) | 1/1/17-4/29/2017 | 4 | Resigned - Brookhaven |
| CRAIG STEPHENS | 111 | Investigator | 1/1/17-2/5/17 | 1 | Resigned - Brookhaven |
| Budgeted Town Investigator | | | | 0 | |
| | | | | 171 | Total Months |
| PART TIME STAFF | | | | | |
| KELLY LYON | 102 | Investigator | 1/1/2017-12/31/2017 | 12 | 20 hours |
| THOMAS LIGUORI | 113 | Investigator | 1/1/2017-12/31/2017 | 12 | 20 hours |
| CYNTHIA MCCAFFERY | 326 | Sign Inspector | 1/1/2017-12/31/2017 | 12 | 17.5 hours |
| CRAIG RUDIGER | 118 | Investigator | 1/1/2017-12/31/2017 | 12 | 20 hours |
| VICTORIA MENDEZ | 320 | Code Enforcement Officer | 8/24/2017–12/31/2017 | 4 | 17.5 hours |
| | | | | 52 | Total Months |

## 3.     Enforcement Personnel – continued

### Enforcement Resources for 2017

In 2017, the Division of Code Enforcement budgeted for 16 full time enforcement agent positions equal to 192 months of service. An estimated 46.5 months of enforcement agent service were not productive for the Division as positions remained unfilled, assigned to the Building Division, or out of service due to sickness, injury, discipline, and worker's compensation.

| Reason for Loss of Service | Months of Service Lost | % of Total Budget Resources |
|---|---|---|
| Unfilled Budgets Positions | 15 | 8% |
| Discipline | 3 | 1.5% |
| Worker's Compensation/FMLA | 4.5 | 2% |
| Building Division Assignment | 24 | 12.5% |
| Total | 46.5 | 24% |

As a result, 145.5 months of service were dedicated to enforcement and support of enforcement in the Division of Code Enforcement representing 76 % of the overall budgeted resources.

Five additional part time staff members, including three Investigators at 20 hours per week, a Sign Inspector at 17.5 hours per week and Code Enforcement Officer at 17.5 hours per week performed enforcement activity for a total of 52 months of service.

Jason Mistretta, Chief Town Investigator
U:\DOCE Management docs\2017 Annual Report DOCE Management Meetings\DOCE 2018 annual Summary report for 2017.final.confidential.docx

## 4.   <u>**Training Administered in 2017**</u>

In 2017 the Division of Code Enforcement achieved minimum training requirements for New York State Code Enforcement Certification for all personnel.

The divisional training provided this year included Seasonal Condition Enforcement and routine procedural topics.

<u>General Staff</u>

- New York State Code Enforcement Certification
  - In-service training – 100% of all certified staff met minimum requirements
    - 336 hours
  - Basic certification
    - 576 hours
      - Investigator Benavides
      - Sign Inspector McCaffery
      - Investigator T. Brown
      - Investigator J. Louis
- Division of Code Enforcement Training
  - Seasonal Condition Enforcement Training
    - 6/6/17 – Swimming Pool Complaint Investigation & Enforcement
    - 8/15/17 – Back-to-School Sight Triangle and Sidewalk Obstruction Complaint Investigation & Enforcement
    - 9/15/17 – Heat Supply Complaint Investigation & Enforcement
  - Routine Procedural Training
    - 7/20/2017 – Report Writing and Case File Creation & Submission
    - 9/15/2017 – Service – Business Entities
    - 10/13/17 – Appearance Ticket Preparation, Voiding & Documentation
    - 10/13/17 – Service – Natural Person
    - 11/20/17 – Communicating with Dispatch
    - 11/20/17 – Department of Motor Vehicles Records Access
  - Professional Development
    - None

## 5.    Summary

In 2017, the Division of Code Enforcement completed the transition into the Department of the Town Attorney; however, it continues to perform and support inter-departmental functions, including complaint intake and violation reporting for the Division of Fire Prevention.

Town of Islip local law 1-2016 amended the Islip Town Code §50-4.F which removed DOCE from the Department of Public Safety Enforcement and placed it within the Department of the Town Attorney. Since 2003, DOCE has been reorganized from the former Department of Code Enforcement to the Department of the Town Attorney, then to the Department of Public Safety Enforcement and now back to the Department of the Town Attorney. Throughout these changes, DOCE has fallen under the leadership of ten different department heads and a total of twenty-six individuals with management oversight. While the Division has progressed, it is difficult to set long term goals, and it is harder to measure success or learn from failures.

Several goals and objectives were set for the Division to accomplish in 2017 in the last edition of this report. Many of these goals remain outstanding from prior years and have not yet been achieved or, in some instances, even attempted.

Four Town Investigators and one Senior Town Investigator remained dedicated to specialized tasks such as sign enforcement and post prosecution enforcement within DOCE and the Expired Building Permit Enforcement Initiative (outside DOCE). The remaining enforcement staff focused primarily on support and general complaint response functions. Throughout the year, one full time Town Investigator position was not filled and others were vacated by two Town Investigators who resigned and accepted employment at the Town of Brookhaven. One Town Investigator was terminated. DOCE clerical staff consists of a Clerk Typist and Principal Clerk Typist who administrate the Rental Occupancy Permit, Sign Permit, and Violation Reporting functions. Positions which had been budgeted in the past have not been filled.

DOCE's work environment has not been updated or improved. The building wants for maintenance and updating. Presently, full time investigative staff and supervisors are housed on the second floor, while the administrative and part time staff are located on the main floor. Constituent interactions are limited to one common area of the building.

The Division fleet was updated with two new vehicles. Maintaining some of the vehicles in our fleet in an operable condition remains a challenge due to the age and use of said vehicles. There are eight vehicles which are more than ten years old and have in excess of 100,000 miles.

The information technology of DOCE remains a great asset. All field staff are equipped with mobile computers which are network connected and offer coextensive access to information whether remotely or in the office. Most permanently assigned vehicles are equipped with mobile data technology equipment such as laptop docking stations and printers. Most pool vehicles are similarly equipped.

29 | P a g e
Jason Mistretta, Chief Town Investigator
U:\DOCE Management docs\2017 Annual Report DOCE Management Meetings\DOCE 2018 annual Summary report for 2017.final.confidential.docx

## 5.    Summary - continued

Communication is an integral component for the Division. Field staff are provided mobile telephones.  All staff have direct telephone access at their individual work station which includes access to voice messaging.  The use of portable radios by the field staff is limited to the availability of equipment.  No additional radio equipment had been obtained in 2017 and the field staff is limited in access to radio communications; however; as of the drafting of this report, portable radios were issued to all enforcement staff (January 2018).

The primary performance measurements of the Division are complaint response and enforcement action.  In 2017, the Division failed to achieve the goals set in these two categories.

Throughout 2017, DOCE investigated 100% of complaints alleging violations related to swimming pools and within the PPD community of College Woods. 45% of Z06 type complaints related to illegal housing were investigated, down from 64% in 2016.

Conclusive enforcement actions, including the service of appearance tickets and closed complaints and cases, did not exceed the results of 2016 and in some categories decreased substantially.  In 2017, 3,742 appearance tickets were served, 806 less than in 2016.  503 declarations of delinquency were recommended through the Town Attorney's Division of Law Enforcement, 58 less than in 2016.  5,421 combined cases and complaints were closed by the Division of Code Enforcement in 2017, less than in 2016 when 6,605 were closed.

District Court fine revenue collected in 2017 was $1,141,615 and was only $1,720 short of 2016's sum of $1,143,335.  In the past, the Division of Law Enforcement collected judgments without external assistance.  In 2017, for the first time, independent collections agencies were employed and collected judgments increased to $272,550.72, over $100,000 more than 2016.  The average fine per appearance ticket increased this year by $31.25 over 2016, for a total of $258.46 per violation prosecuted.

The Division's 2017 revenue related to Rental Occupancy and Sign Permits, and violation search fees was $703,903.23.

The Division Enforcement Manual is a fully formed document which at this time remains pending management approval.

Mandatory training objectives including New York State Code Enforcement Official certification and continuing education requirements were achieved through 912 hours of New York State approved training.  Divisional training was conducted periodically throughout the year (although not quite each month as intended) and remains the best opportunity to invest in the development of divisional personnel.

In conclusion, while the Division did fall short in reaching most growth and performance goals, a number of important goals were achieved including the recruitment of Spanish speaking candidates, the use of non-complaint based enforcement, and the investigation of 100% of swimming pool related complaints and complaints for properties which fall within the Residential Redevelopment District Community of College Woods in Central Islip.

30 | P a g e
Jason Mistretta, Chief Town Investigator
U:\DOCE Management docs\2017 Annual Report DOCE Management Meetings\DOCE 2018 annual Summary report for 2017.final.confidential.docx

2017 SUMMARY REPORT & 2018 GOALS

Attachment A:



TOWN OF ISLIP

DIVISION OF CODE ENFORCEMENT
28 NASSAU AVENUE
ISLIP, NEW YORK 11751
(631)224-5547/48
(631)224-5756 (FAX)

ANGIE M. CARPENTER
SUPERVISOR

MEA KNAPP
TOWN ATTORNEY

Central Complaints.....(631)224-5460
Housing....................(631)224-5474
Records Access...........(631)224-5475
Fax........ ...............(631)224-5439

June 21st 2016

### Non-Complaint Enforcement Directive – Expired Rental Occupancy Permit Enforcement Initiative

Scope:

This directive is for non-complaint based enforcement of Town of Islip codes related to Rental Occupancy Permits which have expired and for which property owners have failed to respond to final notices for renewal or submission of an affidavit affirming the termination of rental occupancy.

The intent of this initiative is to effectively enforce Rental Occupancy Permit requirements or close expired Rental Occupancy Permit files through investigation.

Any conditions observed while participating in this enforcement initiative which may or may not be related to Rental Occupancy shall be addressed by the issuance of an appearance ticket and processed in accordance with the existing directive.

Description of Assignment:

- This initiative is to be conducted utilizing overtime at a rate of one hour per location (if more time is needed, assignments can be completed during normal shifts utilizing straight time only)
  - Assignments will be provided in a geographically advantageous manner
  - The initiative is to be conducted on a weekly basis as approved by management.
  - Four cases per week will be assigned to each participating Investigator
  - Allotted hours are to be worked in one extension of shift or on Saturday at a time plus ½ rate only
- Non-complaint based cases must be created and all related investigative activity shall be documented in accordance with the established standards, regardless of whether or not violations are identified.
- Appearance tickets are to be prepared for all violations observed and service is to be completed within that 7 days of the observation of the violation.
  - Note the specified presumptive evidence for both Rental Occupancy and Owner's Residence found within The Town of Islip Code, Chapter 68, Article L (see Code Reference below)
- Each prosecution case file resulting from this non-complaint enforcement of any week is to be prepared in the typical prescribed manner and submitted simultaneously, bound together and clearly identified as a "Rental Occupancy Enforcement" file

Special Instructions:

- Any properties found to be vacant and unsecured are to be referred to the Division of Fire Prevention through a supervisory Investigator. A non-complaint based case shall document the observations, photographs, and details of referral.
- Any alteration or maintenance violations shall be addressed through the issuance of appearance tickets
- If no other violations are observed the case shall be submitted to be closed after referral and by documenting the case control number of the Division of Fire Prevention case.

31 | P a g e
Jason Mistretta, Chief Town Investigator
U:\DOCE Management docs\2017 Annual Report DOCE Management Meetings\DOCE 2018 annual Summary report for 2017.final.confidential.docx

2017 SUMMARY REPORT & 2018 GOALS

Eligibility to Participate:

- All full-time Investigators assigned to the Division of Code Enforcement with the following exceptions
  - Investigators who are participating in another enforcement initiative which provides overtime that is exclusive to their unit assignment

Awarding of Assignment:

- This assignment will be offered by Chief Investigator Mistretta on a rotational basis to all full time Investigators utilizing a separate established list. This list will be utilized exclusively for this enforcement initiative, shall offer in order of seniority, as overtime is approved.

| Seniority | Name | Date offered | Participation |
|-----------|------|--------------|---------------|
| 1 | LAURI KESLER | | |
| 2 | JOSHUA STEWART | | |
| 3 | MARYANN PASQUALINO | | |
| 4 | SUSAN DOOLEY | | |
| 5 | LEONARD SCHNALL | | |
| 6 | JUAN BECIANA | | |
| 7 | STEPHEN BADALA | | |
| 8 | CESAR BENEVIDES | | |

Weekly Reporting and Initiative Analysis:

- Chief Investigator Mistretta shall on a weekly basis submit the requisite Overtime Justification and Authorization forms and report appearance ticket, closed permit, renewed permit information within the DOCE Summary Report.
- Periodic analysis of this Enforcement Initiative will be prepared by Chief Investigator Mistretta to measure
  - Cost
  - Appearance ticket issuance
  - Potential and actual fines
  - Rental Occupancy Permits
    - Renewed
    - Closed

**Code Reference:**

**TOWN OF ISLIP CODE**

**Chapter 68 Zoning**

**§ 68-649 Definitions.**
**As used in this article, the following terms shall have the meanings indicated.**
RENT - A return in money, property or other valuable consideration (including payment in kind or for services or other thing of value) for the use and occupancy or the right to the use and occupancy of a dwelling unit, whether or not a legal relationship of landlord and tenant exists between the owner and the occupant or occupants thereof.

RENTAL DWELLING - A dwelling unit established, occupied, used or maintained for rental occupancy.

RENTAL OCCUPANCY - The occupancy or use of a dwelling unit by one or more persons as a home or residence under an arrangement whereby the occupant or occupants thereof pay rent for such occupancy and use.

RENTAL OCCUPANCY PERMIT - A permit which is issued upon application to the Code Enforcement Official and shall be valid for two years from the date of issuance.

**§ 68-650 Rental occupancy permit required.**
A. It shall be unlawful and a violation of this article for any person or entity who or which owns a dwelling unit in the Town to use, establish, maintain, operate, let, lease, rent or suffer or permit or allow the occupancy and use thereof as a rental occupancy by someone other than the owner without first having obtained a valid rental occupancy permit therefor. Failure or refusal to procure a rental occupancy permit hereunder shall be deemed a violation.[Amended 5-21-2013]
B. A rental occupancy permit issued under this article shall only be issued to the owner(s) of the real property at issue.
C. As a rental occupancy permit issued under this article is not transferable, in the event that the ownership of a rental dwelling is transferred, the new owner shall register the property within 30 days of the closing of title pursuant to the requirements set forth in this article. If the rental dwelling is not registered as required by this article, there will be a presumption that said property is being utilized as rental property by the new owner(s) in violation of this article.
D. Exception. Rental units established pursuant to § 68-419.1 and 68-602 do not require a rental occupancy permit as defined in Article XLX. [Added 5-28-2008]
E. No rental occupancy permit shall be granted to a transient rental property. [Added 12-15-2015]

**§ 68-664 Presumptive evidence dwelling unit is rented.**
A. The presence or existence of any of the following shall create a presumption that a dwelling unit is rented:
    (1) The dwelling unit is occupied by someone other than the owner and the owner of the dwelling unit represents, in writing or otherwise, to any person, establishment, business, institution or government agency that he resides at an address other than the dwelling unit in question.
    (2) Persons residing in the dwelling unit represent that they pay rent to the owner of the premises.
    (3) Utilities, cable, telephone or other services are in place or are requested to be installed or used at the dwelling unit in the name of someone other than the owner.
    (4) Testimony by a witness that it is common knowledge in the community that a person other than the owner resides in the dwelling unit.

**§ 68-665 Presumptive evidence of owner's residence.**
A. It shall be presumed that an owner of a dwelling unit does not reside within said dwelling unit if one or more of the following sets forth an address which is different than that of the dwelling unit:
    (1) Voter registration;
    (2) Motor vehicle registration;
    (3) Driver's license; or
    (4) Any other document filed with a public agency.

**§ 68-666 Penalties for offenses.**
[Amended 4-14-2009]

Case 2:18-cv-03549-GRB-ST   Document 87-2   Filed 04/04/19   Page 36 of 40 PageID #: 2094

Any person, association, firm or corporation who or which violates any provision of this article or assists in the violation of any provision of this article shall be guilty of a violation, punishable:

A. By a fine of not less than $750 and not exceeding $2,500 or by imprisonment for a period not to exceed 15 days, or both, for conviction of a first offense.

B. For any second conviction, committed within a period of five years of the first conviction, such violation will be subject to a fine of not less than $2,500 nor more than $5,000 or by imprisonment for a period not to exceed 15 days, or both.

C. For any third or subsequent offense, after having been sentenced two or more times within a period of five years, such violation shall be prosecuted as an unclassified misdemeanor, with a minimum fine of $5,000 and a maximum fine of $10,000 and/or a maximum period of incarceration of one year.

## Chapter 6A Property Maintenance

§ 6A-20 Minimum maintenance standards for residential properties.

*All subsections

2017 SUMMARY REPORT & 2018 GOALS

Attachment B:

### TOWN OF ISLIP



**DIVISION OF CODE ENFORCEMENT**
**28 NASSAU AVENUE**
**ISLIP, NEW YORK 11751**
**(631)224-5547/48**
**(631)224-5756 (FAX)**

**ANGIE M. CARPENTER**
**SUPERVISOR**

**JR DICIOCCIO**
**TOWN ATTORNEY**

Central Complaints....(631)224-5460
Housing....................(631)224-5474
Records Access...........(631)224-5475
Fax...........................(631)224-5439

June 6, 2017

### Non-Complaint Enforcement Directive – Expired Rental Occupancy Permit Enforcement Initiative

Scope:

This directive is for non-complaint based enforcement of Town of Islip codes related to Rental Occupancy Permits which have expired and for which property owners have failed to respond to final notices for renewal or submission of an affidavit affirming the termination of rental occupancy.

The intent of this initiative is to effectively enforce Rental Occupancy Permit requirements or close expired Rental Occupancy Permit files through investigation.

Any conditions observed while participating in this enforcement initiative which may or may not be related to Rental Occupancy shall be addressed by the issuance of an appearance ticket and processed in accordance with the existing directive.

Description of Assignment:

- This initiative is to be conducted utilizing overtime at a rate of one hour per location (if more time is needed, assignments can be completed during normal shifts utilizing straight time only)
  - Assignments will be provided in a geographically advantageous manner
  - The initiative is to be conducted on a weekly basis as approved by management
  - Four cases per week will be assigned to each participating Investigator
  - Allotted hours are to be worked in one extension of shift or on Saturday at a time plus ½ rate only.
- Non-complaint based cases must be created and all related investigative activity shall be documented in accordance with the established standards, regardless of whether or not violations are identified.
- Appearance tickets are to be prepared for all violations observed and service is to be completed within that 7 days of the observation of the violation.
  - Note the specified presumptive evidence for both Rental Occupancy and Owner's Residence found within The Town of Islip Code, Chapter 68, Article L (see Code Reference below)
- Each prosecution case file resulting from this non-complaint enforcement of any week is to be prepared in the typical prescribed manner and submitted simultaneously, bound together and clearly identified as a "Rental Occupancy Enforcement" file.

Special Instructions:

- Any properties found to be vacant and unsecured are to be referred to the Division of Fire Prevention through a supervisory Investigator. A non-complaint based case shall document the observations, photographs, and details of referral.
- Any alteration or maintenance violations shall be addressed through the issuance of appearance tickets.
- If no other violations are observed, the case shall be submitted to be closed after referral and by documenting the case control number of the Division of Fire Prevention case.

Eligibility to Participate:

35 | P a g e
Jason Mistretta, Chief Town Investigator
U:\DOCE Management docs\2017 Annual Report DOCE Management Meetings\DOCE 2018 annual Summary report for 2017.final.confidential.docx

2017 SUMMARY REPORT & 2018 GOALS

- All full-time Investigators assigned to the Division of Code Enforcement with the following exceptions:
  - Investigators who are participating in another enforcement initiative which provides overtime that is exclusive to their unit assignment

Awarding of Assignment:

- This assignment will be offered by Chief Investigator Mistretta on a rotational basis to all full time Investigators utilizing a separate established list. This list will be utilized exclusively for this enforcement initiative, shall offer in order of seniority as overtime is approved.

| Seniority | Name |
|-----------|------|
| 1 | LAURI KESLER |
| 2 | JOSHUA STEWART |
| 3 | MARYANN PASQUALINO |
| 4 | SUSAN DOOLEY |
| 5 | LEONARD SCHNALL |
| 6 | JUAN BECIANA |
| 7 | THOMAS BROWN |
| 8 | JEAN LOUIS |

Weekly Reporting and Initiative Analysis:

- Chief Investigator Mistretta shall on a weekly basis submit the requisite Overtime Justification and Authorization forms and report appearance ticket, closed permit, renewed permit information within the DOCE Summary Report.
- Periodic analysis of this Enforcement Initiative will be prepared by Chief Investigator Mistretta to measure
  - Cost
  - Appearance ticket issuance
  - Potential and actual fines
  - Rental Occupancy Permits
    - Renewed
    - Closed

Jason Mistretta, Chief Town Investigator
U:\DOCE Management docs\2017 Annual Report DOCE Management Meetings\DOCE 2018 annual Summary report for 2017.final.confidential.docx

**Code Reference:**

**TOWN OF ISLIP CODE**

**Chapter 68 Zoning**

**§ 68-649 Definitions.**
**As used in this article, the following terms shall have the meanings indicated.**

RENT - A return in money, property or other valuable consideration (including payment in kind or for services or other thing of value) for the use and occupancy or the right to the use and occupancy of a dwelling unit, whether or not a legal relationship of landlord and tenant exists between the owner and the occupant or occupants thereof.

RENTAL DWELLING - A dwelling unit established, occupied, used or maintained for rental occupancy.

RENTAL OCCUPANCY -The occupancy or use of a dwelling unit by one or more persons as a home or residence under an arrangement whereby the occupant or occupants thereof pay rent for such occupancy and use.

RENTAL OCCUPANCY PERMIT - A permit which is issued upon application to the Code Enforcement Official and shall be valid for two years from the date of issuance.

**§ 68-650 Rental occupancy permit required.**
A. It shall be unlawful and a violation of this article for any person or entity who or which owns a dwelling unit in the Town to use, establish, maintain, operate, let, lease, rent or suffer or permit or allow the occupancy and use thereof as a rental occupancy by someone other than the owner without first having obtained a valid rental occupancy permit therefor. Failure or refusal to procure a rental occupancy permit hereunder shall be deemed a violation.[Amended 5-21-2013]
B. A rental occupancy permit issued under this article shall only be issued to the owner(s) of the real property at issue.
C. As a rental occupancy permit issued under this article is not transferable, in the event that the ownership of a rental dwelling is transferred, the new owner shall register the property within 30 days of the closing of title pursuant to the requirements set forth in this article. If the rental dwelling is not registered as required by this article, there will be a presumption that said property is being utilized as rental property by the new owner(s) in violation of this article.
D. Exception: Rental units established pursuant to § 68-419.1 and 68-602 do not require a rental occupancy permit as defined in Article XLX. [Added 5-28-2008]
E. No rental occupancy permit shall be granted to a transient rental property. [Added 12-15-2015]

**§ 68-664 Presumptive evidence dwelling unit is rented.**
A. The presence or existence of any of the following shall create a presumption that a dwelling unit is rented:
(1) The dwelling unit is occupied by someone other than the owner and the owner of the dwelling unit represents, in writing or otherwise, to any person, establishment, business institution or government agency that he resides at an address other than the dwelling unit in question.
(2) Persons residing in the dwelling unit represent that they pay rent to the owner of the premises.
(3) Utilities, cable, telephone or other services are in place or are requested to be installed or used at the dwelling unit in the name of someone other than the owner.
(4) Testimony by a witness that it is common knowledge in the community that a person other than the owner resides in the dwelling unit.

**§ 68-665 Presumptive evidence of owner's residence.**
A. It shall be presumed that an owner of a dwelling unit does not reside within said dwelling unit if one or more of the following sets forth an address which is different than that of the dwelling unit:
(1) Voter registration;
(2) Motor vehicle registration;
(3) Driver's license; or
(4) Any other document filed with a public agency.

**§ 68-666 Penalties for offenses.**
[Amended 4-14-2009]

Any person, association, firm or corporation who or which violates any provision of this article or assists in the violation of any provision of this article shall be guilty of a violation, punishable:

A. By a fine of not less than $750 and not exceeding $2,500 or by imprisonment for a period not to exceed 15 days, or both, for conviction of a first offense.

B. For any second conviction, committed within a period of five years of the first conviction, such violation will be subject to a fine of not less than $2,500 nor more than $5,000 or by imprisonment for a period not to exceed 15 days, or both.

C. For any third or subsequent offense, after having been convicted two or more times within a period of five years, such violation shall be prosecuted as an unclassified misdemeanor, with a minimum fine of $5,000 and a maximum fine of $10,000 and/or a maximum period of incarceration of one year.

## Chapter 6A Property Maintenance

§ 6A-20 Minimum maintenance standards for residential properties.

*All subsections