UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANA FLORES, RENE FLORES, MARIA MAGDALENA HERNANDEZ, MAGALI ROMAN, MAKE THE ROAD NEW YORK, AND COMMUNITIES FOR CHANGE,<br><br>Plaintiffs,<br><br>v.<br><br>TOWN OF ISLIP, ISLIP TOWN BOARD, and SUFFOLK COUNTY BOARD OF ELECTIONS,<br><br>Defendants. | Case No. 2:18-cv-03549 |

## DECLARATION OF LISSETTE BARRIOS-REYES

1. I am the Director of Constituent Services for the Town of Islip. I have held the position since November 2013. I submit this declaration in support of Defendants Town of Islip's and Islip Town Board's opposition to Plaintiffs' motion for a preliminary injunction.

2. I have worked for the Town of Islip for 10 years. During my time working for the Town, I have held positions in the Division of Human Services and the Office of the Town Supervisor.

3. Constituent Services is in the Office of the Town Supervisor and is designed to address constituent concerns and liaise between Town departments. Constituent Services has four other employees, all of whom report to me. I, in turn, report directly to the Town Supervisor, Angie Carpenter, or members of her staff. Complaints received in Constituent Services – whether submitted by email, phone, letter, or in person – are tracked in order to ensure that the complaints are addressed properly. We record the constituent's address, last name,

phone number, the nature of his or her complaint and any other relevant information. Once a complaint is recorded, the complaint is forwarded to the relevant department to be addressed. We also receive many complaints that are not issues to be addressed by the Town of Islip. In those instances, we work to provide the complaining residents with the appropriate contact information outside of the Town.

4. Based upon my experience in Constituent Services, I have not seen a difference in the treatment of complaints depending on where the complaining resident resides. Complaints from Brentwood, Central Islip and Bay Shore are treated the same as complaints received from other hamlets.

5. At times before and since I started working for the Town of Islip, I have worked in Brentwood. I recall that when I worked there, I noticed potholes on Suffolk Avenue, Fifth Avenue and Wicks Road. But the Town of Islip is not responsible for these roads (or any other County or State roads). If we receive a complaint in Constituent Services regarding potholes on County or State roads, we direct the complaining individual to contact the County or State and provide contact information for the County or State.

6. I also provide translation and interpretation services for the Town of Islip. For instance, when a resident calls Constituent Services to make a complaint in Spanish, I am available to speak with them regarding their complaint. I also assist other Town departments when they need Spanish interpretation or translation. I also am present at every Town Board meeting (unless I am on vacation or sick) and, if an individual requires Spanish interpretation, I am available to provide it.

7. During the clean-up after the incident at Roberto Clemente Park, the Town placed me at the Caesar Trunzo Brentwood Senior Center on Tuesdays from 8:30 a.m. to 10:30 a.m. and

Thursdays from 1:00 p.m. to 3:00 p.m. to answer residents' questions or address any concerns – in either English or Spanish. I remained at the Center for months, no one approached me for assistance regarding the Park.

I declare under penalty of perjury that the foregoing is true and correct.

                                                   _____
                                                   Lissette Barrios-Reyes

Executed at:   Islip, New York
                April 4, 2019