UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANA FLORES, RENE FLORES, MARIA MAGDALENA HERNANDEZ, MAGALI ROMAN, MAKE THE ROAD NEW YORK, AND NEW YORK COMMUNITIES FOR CHANGE,<br><br>Plaintiffs,<br><br>v.<br><br>TOWN OF ISLIP, ISLIP TOWN BOARD, SUFFOLK COUNTY BOARD OF ELECTIONS,<br><br>Defendants. | Case No. 2:18-cv-03549 (ADS) (GRB) |

## **DECLARATION OF LOUIS K. FISHER**

LOUIS K. FISHER declares pursuant to 28 U.S.C. § 1746:

1.      I am a partner with the law firm of Jones Day, and I represent Defendants Town of Islip and Islip Town Board ("Islip") in this matter. I submit this declaration in support of Islip's preliminary injunction opposition, dated April 4, 2019.

2.      Exhibit A, attached hereto, contains total population, voting age population, citizen voting age population, and citizen under 18 population data for the Town of Islip obtained from the U.S. Census Bureau, ACS 1-year estimates, Tables B05003, B05003H, and B05003I, along with a replication of the parts of the tables from which the data were obtained.

3.      Exhibit B, attached hereto, contains data for the Town of Islip obtained from the U.S. Census Bureau, ACS 5-year estimates, Table B03001, along with a replication of the parts of the table from which the data were obtained.

4.      Exhibit C, attached hereto, contains poverty data for the United States and the Town of Islip obtained from the U.S. Census Bureau, ACS 1-year estimates, Tables C17001,

C17001B, C17001D, C17001H, and C17001I, along with a replication of the parts of the tables from which the data were obtained.

5.  Exhibit D, attached hereto, contains median household income data for the United States and the Town of Islip obtained from the U.S. Census Bureau, ACS 1-year estimates, Tables B19013, B19013B, B19013D, B19013H, and B19013I, along with a replication of the parts of the tables from which the data were obtained.

6.  Exhibit E, attached hereto, contains income and unemployment data for the Town of Islip obtained from the U.S. Census Bureau, ACS 5-year estimates, Tables S1903 and S2301, along with a replication of the parts of the tables from which the data were obtained.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 4, 2019.

_____
Louis K. Fisher