**EXHIBIT A**

| Total Population, Town of Islip 2010-2017 | | | |
|---|---|---|---|
| | | Non-Latino White | Latino |
| 2015 One-Year ACS | | 57.23% | 28.07% |
| Total population: | 336,142 | 192,388 | 94,368 |
| 2016 One-Year ACS | | 52.91% | 33.98% |
| Total population: | 333,743 | 176,581 | 113,398 |
| 2017 One-Year ACS | | 52.23% | 34.53% |
| Total population: | 333,701 | 174,303 | 115,233 |
| (U.S. Census Bureau, ACS 1-year estimates, Tables B05003, B05003H, B05003I) | | | |

| Voting Age Population, Town of Islip, 2010-2017 | | | |
|---|---|---|---|
| | | Non-Latino White | Latino |
| 2015 One-Year ACS | | 59.80% | 26.09% |
| Total VAP: | 257,844 | 154,186 | 67,263 |
| 2016 One-Year ACS | | 55.62% | 31.28% |
| Total VAP: | 257,296 | 143,118 | 80,482 |
| 2017 One-Year ACS | | 54.53% | 32.51% |
| Total VAP: | 257,121 | 140,215 | 83,584 |
| (U.S. Census Bureau, ACS 1-year estimates, Tables B05003, B05003H, B05003I) | | | |

| Citizen Voting Age Population, Town of Islip, 2010-2017 | | | |
|---|---|---|---|
| | | Non-Latino White | Latino |
| 2015 One-Year ACS | | 68.06% | 17.91% |
| Total CVAP: | 223,333 | 152,003 | 40,005 |
| 2016 One-Year ACS | | 63.88% | 22.95% |
| Total CVAP: | 221,395 | 141,429 | 50,806 |
| 2017 One-Year ACS | | 60.75% | 25.91% |
| Total CVAP: | 228,156 | 138,613 | 59,124 |
| (U.S. Census Bureau, ACS 1-year estimates, Tables B05003, B05003H, B05003I) | | | |

| Citizen Population Under 18 Years, Town of Islip, 2010-2017 | | | |
|---|---|---|---|
| | | Non-Latino White | Latino |
| 2015 One-Year ACS | | 53.05% | 31.95% |
| Total Below 18: | 74,101 | 39,312 | 23,674 |
| 2016 One-Year ACS | | 52.22% | 41.49% |
| Total Below 18 | 73,468 | 38,366 | 30,481 |
| 2017 One-Year ACS | | 51.51% | 39.01% |
| Total Below 18 | 73,355 | 37,783 | 28,616 |
| (U.S. Census Bureau, ACS 1-year estimates, Tables B05003, B05003H, B05003I) | | | |

| B05003 - Sex by Age by Nativity and Citizenship Status - ACS 1-Year Estimates | 2017 Islip town, Suffolk County, New York | | 2016 Islip town, Suffolk County, New York | | 2015 Islip town, Suffolk County, New York | |
|---|---|---|---|---|---|---|
| | Estimate | Margin of Error | Estimate | Margin of Error | Estimate | Margin of Error |
| Total: | 333,701 | +/-40 | 333,743 | +/-68 | 336,142 | +/-96 |
| Male: | 163,831 | +/-3,563 | 162,454 | +/-3,289 | 163,036 | +/-3,857 |
| Under 18 years: | 38,578 | +/-3,519 | 37,789 | +/-3,402 | 39,815 | +/-3,598 |
| Native | 36,403 | +/-3,629 | 35,241 | +/-3,326 | 36,905 | +/-3,287 |
| Foreign born: | 2,175 | +/-1,054 | 2,548 | +/-909 | 2,910 | +/-1,027 |
| Naturalized U.S. citizen | 620 | +/-415 | 1,053 | +/-626 | 955 | +/-547 |
| Not a U.S. citizen | 1,555 | +/-975 | 1,495 | +/-841 | 1,955 | +/-1,022 |
| 18 years and over: | 125,253 | +/-3,438 | 124,665 | +/-2,931 | 123,221 | +/-3,378 |
| Native | 92,149 | +/-4,766 | 90,214 | +/-4,211 | 90,392 | +/-3,993 |
| Foreign born: | 33,104 | +/-3,591 | 34,451 | +/-3,202 | 32,829 | +/-2,940 |
| Naturalized U.S. citizen | 17,467 | +/-2,507 | 15,703 | +/-2,056 | 14,515 | +/-1,997 |
| Not a U.S. citizen | 15,637 | +/-2,499 | 18,748 | +/-3,261 | 18,314 | +/-2,839 |
| Female: | 169,870 | +/-3,562 | 171,289 | +/-3,288 | 173,106 | +/-3,850 |
| Under 18 years: | 38,002 | +/-3,329 | 38,658 | +/-2,701 | 38,483 | +/-2,648 |
| Native | 36,276 | +/-3,365 | 36,188 | +/-2,793 | 35,540 | +/-2,636 |
| Foreign born: | 1,726 | +/-936 | 2,470 | +/-820 | 2,943 | +/-1,224 |
| Naturalized U.S. citizen | 56 | +/-89 | 986 | +/-420 | 701 | +/-470 |
| Not a U.S. citizen | 1,670 | +/-939 | 1,484 | +/-751 | 2,242 | +/-1,123 |
| 18 years and over: | 131,868 | +/-3,296 | 132,631 | +/-3,687 | 134,623 | +/-3,231 |
| Native | 101,692 | +/-4,356 | 97,578 | +/-3,987 | 101,647 | +/-4,147 |
| Foreign born: | 30,176 | +/-2,941 | 35,053 | +/-2,498 | 32,976 | +/-2,860 |
| Naturalized U.S. citizen | 16,848 | +/-2,226 | 17,900 | +/-2,258 | 16,779 | +/-2,069 |
| Not a U.S. citizen | 13,328 | +/-2,216 | 17,153 | +/-2,372 | 16,197 | +/-2,535 |

| B05003H - Sex by Age by Nativity and Citizenship Status (White Alone, Not Hispanic or Latino) - ACS 1-Year Estimates | 2017 Islip town, Suffolk County, New York | | 2016 Islip town, Suffolk County, New York | | 2015 Islip town, Suffolk County, New York | |
|---|---|---|---|---|---|---|
| | Estimate | Margin of Error | Estimate | Margin of Error | Estimate | Margin of Error |
| Total: | 185,960 | +/-2,814 | 188,851 | +/-2,799 | 191,599 | +/-2,787 |
| Male: | 90,778 | +/-1,851 | 92,051 | +/-1,653 | 93,820 | +/-1,664 |
| Under 18 years: | 19,329 | +/-848 | 19,364 | +/-780 | 20,041 | +/-896 |
| Native | 19,150 | +/-834 | 19,197 | +/-780 | 19,942 | +/-885 |
| Foreign born: | 179 | +/-124 | 167 | +/-127 | 99 | +/-62 |
| Naturalized U.S. citizen | 145 | +/-120 | 132 | +/-125 | 60 | +/-52 |
| Not a U.S. citizen | 34 | +/-35 | 35 | +/-38 | 39 | +/-39 |
| 18 years and over: | 71,449 | +/-1,454 | 72,687 | +/-1,333 | 73,779 | +/-1,261 |
| Native | 68,431 | +/-1,522 | 69,669 | +/-1,288 | 70,998 | +/-1,261 |
| Foreign born: | 3,018 | +/-359 | 3,018 | +/-333 | 2,781 | +/-281 |
| Naturalized U.S. citizen | 2,147 | +/-283 | 2,212 | +/-290 | 1,982 | +/-235 |
| Not a U.S. citizen | 871 | +/-206 | 806 | +/-182 | 799 | +/-180 |
| Female: | 95,182 | +/-1,501 | 96,800 | +/-1,777 | 97,779 | +/-1,736 |
| Under 18 years: | 18,551 | +/-753 | 19,103 | +/-803 | 19,374 | +/-845 |
| Native | 18,382 | +/-732 | 18,933 | +/-802 | 19,210 | +/-837 |
| Foreign born: | 169 | +/-113 | 170 | +/-104 | 164 | +/-112 |
| Naturalized U.S. citizen | 106 | +/-89 | 104 | +/-83 | 100 | +/-97 |
| Not a U.S. citizen | 63 | +/-72 | 66 | +/-59 | 64 | +/-62 |
| 18 years and over: | 76,631 | +/-1,158 | 77,697 | +/-1,443 | 78,405 | +/-1,416 |
| Native | 72,967 | +/-1,148 | 73,964 | +/-1,482 | 74,929 | +/-1,358 |
| Foreign born: | 3,664 | +/-325 | 3,733 | +/-417 | 3,476 | +/-367 |
| Naturalized U.S. citizen | 2,625 | +/-270 | 2,652 | +/-355 | 2,449 | +/-284 |
| Not a U.S. citizen | 1,039 | +/-224 | 1,081 | +/-207 | 1,027 | +/-216 |

| B05003I - Sex by Age by Nativity and Citizenship Status (Hispanic or Latino) - ACS 1-Year Estimates | 2017 Islip town, Suffolk County, New York | | 2016 Islip town, Suffolk County, New York | | 2015 Islip town, Suffolk County, New York | |
|---|---|---|---|---|---|---|
| | Estimate | Margin of Error | Estimate | Margin of Error | Estimate | Margin of Error |
| Total: | 115,233 | +/-7,591 | 113,398 | +/-7,342 | 94,368 | +/-7,253 |
| Male: | 57,942 | +/-4,417 | 58,194 | +/-4,289 | 47,738 | +/-4,329 |
| Under 18 years: | 16,466 | +/-2,104 | 16,413 | +/-2,427 | 13,805 | +/-2,854 |
| Native | 14,429 | +/-2,027 | 14,522 | +/-2,391 | 11,817 | +/-2,422 |
| Foreign born: | 2,037 | +/-1,038 | 1,891 | +/-899 | 1,988 | +/-1,046 |
| Naturalized U.S. citizen | 536 | +/-394 | 577 | +/-383 | 289 | +/-274 |
| Not a U.S. citizen | 1,501 | +/-967 | 1,314 | +/-825 | 1,699 | +/-1,018 |
| 18 years and over: | 41,476 | +/-3,632 | 41,781 | +/-3,183 | 33,933 | +/-2,822 |
| Native | 18,116 | +/-2,884 | 16,790 | +/-2,886 | 11,572 | +/-2,280 |
| Foreign born: | 23,360 | +/-3,149 | 24,991 | +/-3,310 | 22,361 | +/-2,655 |
| Naturalized U.S. citizen | 10,317 | +/-2,016 | 8,915 | +/-1,682 | 7,690 | +/-1,503 |
| Not a U.S. citizen | 13,043 | +/-2,287 | 16,076 | +/-3,298 | 14,671 | +/-2,636 |
| Female: | 57,291 | +/-4,331 | 55,204 | +/-3,831 | 46,630 | +/-3,985 |
| Under 18 years: | 15,183 | +/-2,547 | 16,503 | +/-2,375 | 13,300 | +/-2,277 |
| Native | 13,595 | +/-2,476 | 14,642 | +/-2,516 | 11,482 | +/-1,880 |
| Foreign born: | 1,588 | +/-928 | 1,861 | +/-755 | 1,818 | +/-1,092 |
| Naturalized U.S. citizen | 56 | +/-89 | 740 | +/-398 | 86 | +/-147 |
| Not a U.S. citizen | 1,532 | +/-931 | 1,121 | +/-722 | 1,732 | +/-1,096 |
| 18 years and over: | 42,108 | +/-2,924 | 38,701 | +/-2,654 | 33,330 | +/-2,776 |
| Native | 21,741 | +/-3,201 | 14,753 | +/-2,207 | 12,919 | +/-2,239 |
| Foreign born: | 20,367 | +/-2,429 | 23,948 | +/-2,332 | 20,411 | +/-2,622 |
| Naturalized U.S. citizen | 8,950 | +/-1,643 | 10,348 | +/-1,955 | 7,824 | +/-1,577 |
| Not a U.S. citizen | 11,417 | +/-1,934 | 13,600 | +/-2,268 | 12,587 | +/-2,416 |