**EXHIBIT B**

| Total Population, Town of Islip, 2013-2017 | | | |
|---|---|---|---|
| Group | Number | % of Total Population | % of all Hispanics |
| Total Population | 335,302 | 100.0% | -- |
| Total Hisp. | 103,245 | 30.8% | 100.0% |
| Mexican | 4,616 | 1.4% | 4.5% |
| Puerto Rican | 21,506 | 6.4% | 20.8% |
| Dominican | 10,714 | 3.2% | 10.4% |
| Central American: | 44,742 | 13.3% | 43.3% |
| *Guatemalan* | *4,174* | *1.2%* | *4.0%* |
| *Honduran* | *6,134* | *1.8%* | *5.9%* |
| *Salvadoran* | *33,461* | *10.0%* | *32.4%* |
| South American: | 15,491 | 4.6% | 15.0% |
| *Colombian* | *4,452* | *1.3%* | *4.3%* |
| *Ecuadoran* | *5,126* | *1.5%* | *5.0%* |
| *Peruvian* | *4,160* | *1.2%* | *4.0%* |
| Other Hispanic | 6,176 | 1.8% | 6.0% |
| (U.S. Census Bureau, ACS 5-year estimates, Table B03001) *"Other Hispanic" includes smaller categories under 1,500 total population.* | | | |

| B03001 - Hispanic or Latino Origin by Specific Origin - 2013-2017 ACS 5-Year Estimates | Islip town, Suffolk County, New York | |
|---|---|---|
| | Estimate | Margin of Error |
| Total: | 335,302 | +/-46 |
| Not Hispanic or Latino | 232,057 | +/-3,045 |
| Hispanic or Latino: | 103,245 | +/-3,051 |
| Mexican | 4,616 | +/-1,180 |
| Puerto Rican | 21,506 | +/-1,894 |
| Cuban | 1,467 | +/-433 |
| Dominican (Dominican Republic) | 10,714 | +/-2,563 |
| Central American: | 44,742 | +/-3,229 |
| Costa Rican | 247 | +/-132 |
| Guatemalan | 4,174 | +/-1,200 |
| Honduran | 6,134 | +/-2,027 |
| Nicaraguan | 220 | +/-160 |
| Panamanian | 351 | +/-246 |
| Salvadoran | 33,461 | +/-2,548 |
| Other Central American | 155 | +/-161 |
| South American: | 15,491 | +/-1,840 |
| Argentinean | 633 | +/-297 |
| Bolivian | 132 | +/-129 |
| Chilean | 403 | +/-222 |
| Colombian | 4,452 | +/-794 |
| Ecuadorian | 5,126 | +/-1,159 |
| Paraguayan | 31 | +/-36 |
| Peruvian | 4,160 | +/-807 |
| Uruguayan | 294 | +/-281 |
| Venezuelan | 128 | +/-69 |
| Other South American | 132 | +/-125 |
| Other Hispanic or Latino: | 4,709 | +/-744 |
| Spaniard | 1,319 | +/-394 |
| Spanish | 394 | +/-213 |
| Spanish American | 16 | +/-25 |
| All other Hispanic or Latino | 2,980 | +/-565 |