**EXHIBIT C**

| **Poverty by Race/Ethnicity** | |
|---|---|
| | |
| **Islip town, Suffolk County, New York** | |
| **Income below poverty level** | |
| Entire town | 7.3% |
| Non-Hispanic White | 4.9% |
| Asian-American | 3.9% |
| Hispanic | 10.5% |
| Black | 16.9% |
| | |
| **United States** | |
| **Income below poverty level** | |
| Total Population | 13.4% |
| Non-Hispanic White | 9.6% |
| Asian-American | 11.1% |
| Hispanic | 19.4% |
| Black | 23.0% |
| (U.S. Census Bureau, 2017 ACS 1-Year Estimates, Tables C17001, C17001B, C17001D, C17001H, and C17001I) | |

| C17001 - Poverty Status in the Past 12 Months by Sex by Age - 2017 ACS 1-Year Estimates | United States | | Islip town, Suffolk County, New York | |
|---|---|---|---|---|
| | Estimate | Margin of Error | Estimate | Margin of Error |
| **Total:** | 317,741,588 | +/-22,450 | 330,392 | +/-1,325 |
| **Income in the past 12 months below poverty level:** | 42,583,651 | +/-241,032 | 24,279 | +/-4,719 |
| Male: | 19,004,547 | +/-118,098 | 10,184 | +/-2,248 |
| Under 18 years | 6,833,247 | +/-68,045 | 2,520 | +/-1,338 |
| 18 to 64 years | 10,502,650 | +/-57,548 | 6,689 | +/-1,425 |
| 65 years and over | 1,668,650 | +/-21,890 | 975 | +/-457 |
| Female: | 23,579,104 | +/-139,006 | 14,095 | +/-3,422 |
| Under 18 years | 6,519,955 | +/-66,412 | 3,612 | +/-1,449 |
| 18 to 64 years | 14,146,027 | +/-79,985 | 8,939 | +/-2,153 |
| 65 years and over | 2,913,122 | +/-28,128 | 1,544 | +/-679 |
| **Income in the past 12 months at or above poverty level:** | 275,157,937 | +/-244,815 | 306,113 | +/-5,017 |
| Male: | 136,664,063 | +/-124,820 | 152,016 | +/-3,788 |
| Under 18 years | 30,200,442 | +/-65,878 | 35,262 | +/-3,420 |
| 18 to 64 years | 86,080,347 | +/-66,924 | 99,845 | +/-3,596 |
| 65 years and over | 20,383,274 | +/-28,653 | 16,909 | +/-1,908 |
| Female: | 138,493,874 | +/-143,379 | 154,097 | +/-4,886 |
| Under 18 years | 28,899,281 | +/-62,689 | 33,956 | +/-3,351 |
| 18 to 64 years | 85,059,160 | +/-86,013 | 97,158 | +/-3,456 |
| 65 years and over | 24,535,433 | +/-31,421 | 22,983 | +/-1,998 |

| C17001B - Poverty Status in the Past 12 Months by Sex by Age - 2017 ACS 1-Year Estimates (Black or African American Alone) | United States | | Islip town, Suffolk County, New York | |
|---|---|---|---|---|
| | Estimate | Margin of Error | Estimate | Margin of Error |
| **Total:** | 39,704,014 | +/-70,538 | 36,315 | +/-5,034 |
| **Income in the past 12 months below poverty level:** | 9,122,033 | +/-90,063 | 6,153 | +/-3,012 |
| Male: | 3,997,611 | +/-45,377 | 2,565 | +/-1,539 |
| Under 18 years | 1,684,656 | +/-28,964 | 584 | +/-934 |
| 18 to 64 years | 2,055,281 | +/-29,337 | 1,820 | +/-798 |
| 65 years and over | 257,674 | +/-8,087 | 161 | +/-174 |
| Female: | 5,124,422 | +/-55,334 | 3,588 | +/-2,077 |
| Under 18 years | 1,661,509 | +/-29,387 | 1,316 | +/-1,002 |
| 18 to 64 years | 2,975,456 | +/-32,483 | 1,617 | +/-953 |
| 65 years and over | 487,457 | +/-10,890 | 655 | +/-407 |
| **Income in the past 12 months at or above poverty level:** | 30,581,981 | +/-95,513 | 30,162 | +/-4,792 |
| Male: | 14,604,865 | +/-54,531 | 16,507 | +/-3,238 |
| Under 18 years | 3,446,903 | +/-25,056 | 3,537 | +/-1,615 |
| 18 to 64 years | 9,617,846 | +/-42,222 | 12,084 | +/-2,276 |
| 65 years and over | 1,540,116 | +/-10,838 | 886 | +/-429 |
| Female: | 15,977,116 | +/-59,055 | 13,655 | +/-2,422 |
| Under 18 years | 3,324,150 | +/-29,720 | 3,368 | +/-1,208 |
| 18 to 64 years | 10,462,179 | +/-38,073 | 9,402 | +/-1,906 |
| 65 years and over | 2,190,787 | +/-12,244 | 885 | +/-365 |

| C17001D - Poverty Status in the Past 12 Months by Sex by Age - 2017 ACS 1-Year Estimates (Asian Alone) | United States | | Islip town, Suffolk County, New York | |
|---|---|---|---|---|
| | Estimate | Margin of Error | Estimate | Margin of Error |
| **Total:** | 17,880,798 | +/-38,882 | 8,209 | +/-1,917 |
| **Income in the past 12 months below poverty level:** | 1,975,913 | +/-42,207 | 324 | +/-247 |
| Male: | 914,962 | +/-21,229 | 286 | +/-261 |
| Under 18 years | 199,963 | +/-9,403 | 0 | +/-200 |
| 18 to 64 years | 604,474 | +/-15,130 | 243 | +/-241 |
| 65 years and over | 110,525 | +/-4,005 | 43 | +/-70 |
| Female: | 1,060,951 | +/-25,508 | 38 | +/-63 |
| Under 18 years | 184,391 | +/-9,287 | 38 | +/-63 |
| 18 to 64 years | 703,824 | +/-17,850 | 0 | +/-200 |
| 65 years and over | 172,736 | +/-6,018 | 0 | +/-200 |
| **Income in the past 12 months at or above poverty level:** | 15,904,885 | +/-45,977 | 7,885 | +/-1,903 |
| Male: | 7,540,058 | +/-25,306 | 3,590 | +/-918 |
| Under 18 years | 1,602,379 | +/-14,275 | 419 | +/-316 |
| 18 to 64 years | 5,094,955 | +/-16,983 | 2,693 | +/-703 |
| 65 years and over | 842,724 | +/-6,713 | 478 | +/-289 |
| Female: | 8,364,827 | +/-30,149 | 4,295 | +/-1,194 |
| Under 18 years | 1,575,681 | +/-15,210 | 846 | +/-411 |
| 18 to 64 years | 5,686,156 | +/-22,648 | 2,889 | +/-809 |
| 65 years and over | 1,102,990 | +/-8,038 | 560 | +/-277 |

| C17001H - Poverty Status in the Past 12 Months by Sex by Age - 2017 ACS 1-Year Estimates (White Alone, Not Hispanic) | United States | | Islip town, Suffolk County, New York | |
|---|---|---|---|---|
| | Estimate | Margin of Error | Estimate | Margin of Error |
| **Total:** | 192,792,530 | +/-30,633 | 172,534 | +/-7,899 |
| **Income in the past 12 months below poverty level:** | 18,604,468 | +/-135,496 | 8,485 | +/-1,793 |
| Male: | 8,282,234 | +/-69,711 | 3,658 | +/-847 |
| Under 18 years | 2,100,267 | +/-35,670 | 796 | +/-568 |
| 18 to 64 years | 5,192,193 | +/-43,615 | 2,117 | +/-611 |
| 65 years and over | 989,774 | +/-15,996 | 745 | +/-451 |
| Female: | 10,322,234 | +/-77,972 | 4,827 | +/-1,289 |
| Under 18 years | 1,962,352 | +/-28,876 | 959 | +/-650 |
| 18 to 64 years | 6,610,628 | +/-53,243 | 3,101 | +/-832 |
| 65 years and over | 1,749,254 | +/-19,459 | 767 | +/-455 |
| **Income in the past 12 months at or above poverty level:** | 174,188,062 | +/-144,178 | 164,049 | +/-7,914 |
| Male: | 86,623,003 | +/-73,443 | 79,049 | +/-4,134 |
| Under 18 years | 16,655,596 | +/-40,363 | 16,258 | +/-2,160 |
| 18 to 64 years | 53,721,240 | +/-44,315 | 50,190 | +/-3,327 |
| 65 years and over | 16,246,167 | +/-18,869 | 12,601 | +/-1,510 |
| Female: | 87,565,059 | +/-84,182 | 85,000 | +/-4,797 |
| Under 18 years | 15,846,630 | +/-35,051 | 15,773 | +/-2,143 |
| 18 to 64 years | 52,677,823 | +/-55,845 | 51,071 | +/-3,393 |
| 65 years and over | 19,040,606 | +/-21,091 | 18,156 | +/-1,759 |

| C17001I - Poverty Status in the Past 12 Months by Sex by Age - 2017 ACS 1-Year Estimates (Hispanic or Latino) | United States | | Islip town, Suffolk County, New York | |
|---|---|---|---|---|
| | Estimate | Margin of Error | Estimate | Margin of Error |
| **Total:** | 57,679,289 | +/-17,723 | 114,413 | +/-7,449 |
| **Income in the past 12 months below poverty level:** | 11,173,521 | +/-98,188 | 11,994 | +/-4,028 |
| **Male:** | 5,023,471 | +/-48,725 | 4,644 | +/-2,049 |
| Under 18 years | 2,467,058 | +/-34,177 | 1,684 | +/-1,227 |
| 18 to 64 years | 2,274,000 | +/-26,866 | 2,960 | +/-1,061 |
| 65 years and over | 282,413 | +/-9,208 | 0 | +/-200 |
| **Female:** | 6,150,050 | +/-60,612 | 7,350 | +/-2,710 |
| Under 18 years | 2,344,266 | +/-34,971 | 1,880 | +/-1,153 |
| 18 to 64 years | 3,355,404 | +/-34,106 | 5,109 | +/-1,934 |
| 65 years and over | 450,380 | +/-9,731 | 361 | +/-323 |
| **Income in the past 12 months at or above poverty level:** | 46,505,768 | +/-102,514 | 102,419 | +/-7,938 |
| **Male:** | 23,906,201 | +/-54,280 | 52,719 | +/-4,409 |
| Under 18 years | 6,863,476 | +/-36,025 | 14,318 | +/-2,013 |
| 18 to 64 years | 15,549,971 | +/-30,153 | 35,328 | +/-3,689 |
| 65 years and over | 1,492,754 | +/-12,216 | 3,073 | +/-969 |
| **Female:** | 22,599,567 | +/-61,650 | 49,700 | +/-4,776 |
| Under 18 years | 6,597,068 | +/-33,372 | 13,125 | +/-2,467 |
| 18 to 64 years | 14,114,587 | +/-36,033 | 33,311 | +/-3,108 |
| 65 years and over | 1,887,912 | +/-11,818 | 3,264 | +/-804 |