**EXHIBIT D**

| **Income by Race/Ethnicity** | |
|---|---|
| | |
| **Islip town, Suffolk County, New York** | |
| **Median Household Income** | |
| Entire town | 92,955 |
| Non-Hispanic White | 98,400 |
| Asian-American | 93,798 |
| Hispanic | 86,572 |
| Black | 79,605 |
| | |
| **United States** | |
| **Median Household Income** | |
| Total Population | 60,336 |
| Non-Hispanic White | 65,845 |
| Asian-American | 83,456 |
| Hispanic | 49,793 |
| Black | 40,232 |
| (U.S. Census Bureau, 2017 ACS 1-Year Estimates, Tables B19013, B19013B, B19013D, B19013H, B19013I) | |

| B19013 - Median Household Income in the Past 12 Months (In 2017 Inflation-Adjusted Dollars) - 2017 ACS 1-year estimates | United States | | Islip town, Suffolk County, New York | |
|---|---|---|---|---|
| | Estimate | Margin of Error | Estimate | Margin of Error |
| Median household income in the past 12 months (in 2017 inflation-adjusted dollars) | 60,336 | +/-86 | 92,955 | +/-5,864 |

| B19013B - Median Household Income in the Past 12 Months (In 2017 Inflation-Adjusted Dollars) - 2017 ACS 1-year estimates (Black or African American Alone) | United States | | Islip town, Suffolk County, New York | |
|---|---|---|---|---|
| | Estimate | Margin of Error | Estimate | Margin of Error |
| Median household income in the past 12 months (in 2017 inflation-adjusted dollars) | 40,232 | +/-193 | 79,605 | +/-22,614 |

| B19013D - Median Household Income in the Past 12 Months (In 2017 Inflation-Adjusted Dollars) - 2017 ACS 1-year estimates (Asian Alone) | United States | | Islip town, Suffolk County, New York | |
|---|---|---|---|---|
| | Estimate | Margin of Error | Estimate | Margin of Error |
| Median household income in the past 12 months (in 2017 inflation-adjusted dollars) | 83,456 | +/-765 | 93,798 | +/-27,905 |

| B19013H - Median Household Income in the Past 12 Months (In 2017 Inflation-Adjusted Dollars) - 2017 ACS 1-year estimates (White Alone, Not Hispanic) | United States | | Islip town, Suffolk County, New York | |
|---|---|---|---|---|
| | Estimate | Margin of Error | Estimate | Margin of Error |
| Median household income in the past 12 months (in 2017 inflation-adjusted dollars) | 65,845 | +/-127 | 98,400 | +/-7,961 |

| B19013I - Median Household Income in the Past 12 Months (In 2017 Inflation-Adjusted Dollars) - 2017 ACS 1-year estimates (Hispanic or Latino) | United States | | Islip town, Suffolk County, New York | |
|---|---|---|---|---|
| | Estimate | Margin of Error | Estimate | Margin of Error |
| Median household income in the past 12 months (in 2017 inflation-adjusted dollars) | 49,793 | +/-257 | 86,572 | +/-10,928 |