**EXHIBIT E**

| **Median income in the past 12 months (in 2016 inflation-adjusted dollars), United States** ||
|---|---:|
| Households | 55,322 |
| (U.S. Census Bureau, ACS 5-year estimates, Table S1903) ||

| **Unemployment Status, United States** ||
|---|---:|
| Population 16 years and over | 7.4% |
| (U.S. Census Bureau, ACS 5-year estimates, Table S2301) ||

| S2301 - Employment Status - 2012-2016 ACS 5-Year Estimates | United States | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Total | | Labor Force Participation Rate | | Employment/Population Ratio | | Unemployment rate | |
| Subject | Estimate | Margin of Error | Estimate | Margin of Error | Estimate | Margin of Error | Estimate | Margin of Error |
| **Population 16 years and over** | 253,323,709 | +/-16,057 | 63.50% | +/-0.1 | 58.40% | +/-0.1 | 7.40% | +/-0.1 |
| **AGE** | | | | | | | | |
| 16 to 19 years | 17,061,952 | +/-14,972 | 37.60% | +/-0.1 | 28.70% | +/-0.1 | 22.90% | +/-0.1 |
| 20 to 24 years | 22,612,610 | +/-8,925 | 74.00% | +/-0.1 | 63.30% | +/-0.1 | 12.90% | +/-0.1 |
| 25 to 29 years | 21,993,022 | +/-5,368 | 82.20% | +/-0.1 | 74.30% | +/-0.1 | 8.40% | +/-0.1 |
| 30 to 34 years | 21,404,885 | +/-5,525 | 82.20% | +/-0.1 | 75.80% | +/-0.1 | 6.90% | +/-0.1 |
| 35 to 44 years | 40,548,400 | +/-7,337 | 82.40% | +/-0.1 | 77.10% | +/-0.1 | 5.90% | +/-0.1 |
| 45 to 54 years | 43,460,466 | +/-7,401 | 80.20% | +/-0.1 | 75.70% | +/-0.1 | 5.50% | +/-0.1 |
| 55 to 59 years | 21,291,513 | +/-19,417 | 72.10% | +/-0.1 | 68.30% | +/-0.1 | 5.20% | +/-0.1 |
| 60 to 64 years | 18,770,229 | +/-19,695 | 55.50% | +/-0.1 | 52.90% | +/-0.1 | 4.80% | +/-0.1 |
| 65 to 74 years | 26,355,308 | +/-4,931 | 25.50% | +/-0.1 | 24.30% | +/-0.1 | 4.60% | +/-0.1 |
| 75 years and over | 19,825,324 | +/-3,840 | 6.30% | +/-0.1 | 6.00% | +/-0.1 | 4.30% | +/-0.1 |
| | | | | | | | | |
| **RACE AND HISPANIC OR LATINO ORIGIN** | | | | | | | | |
| White alone | 189,677,981 | +/-39,450 | 63.20% | +/-0.1 | 58.90% | +/-0.1 | 6.30% | +/-0.1 |
| Black or African American alone | 31,045,496 | +/-15,693 | 62.30% | +/-0.1 | 53.60% | +/-0.1 | 13.30% | +/-0.1 |
| American Indian and Alaska Native alone | 1,959,200 | +/-11,733 | 58.50% | +/-0.2 | 50.20% | +/-0.3 | 13.50% | +/-0.2 |
| Asian alone | 13,575,762 | +/-12,221 | 64.80% | +/-0.1 | 60.90% | +/-0.1 | 5.70% | +/-0.1 |
| Native Hawaiian and Other Pacific Islander alone | 426,398 | +/-3,322 | 66.80% | +/-0.5 | 58.60% | +/-0.6 | 10.50% | +/-0.5 |
| Some other race alone | 11,008,322 | +/-57,881 | 69.30% | +/-0.1 | 62.70% | +/-0.1 | 9.20% | +/-0.1 |
| Two or more races | 5,630,550 | +/-46,616 | 65.30% | +/-0.2 | 57.50% | +/-0.2 | 10.90% | +/-0.1 |
| | | | | | | | | |
| Hispanic or Latino origin (of any race) | 39,103,605 | +/-5,624 | 67.30% | +/-0.1 | 61.10% | +/-0.1 | 8.70% | +/-0.1 |
| White alone, not Hispanic or Latino | 163,840,347 | +/-10,929 | 62.70% | +/-0.1 | 58.60% | +/-0.1 | 5.90% | +/-0.1 |
| | | | | | | | | |
| **Population 20 to 64 years** | 190,081,125 | +/-11,414 | 77.00% | +/-0.1 | 71.30% | +/-0.1 | 6.90% | +/-0.1 |
| **SEX** | | | | | | | | |
| Male | 94,402,464 | +/-6,587 | 82.00% | +/-0.1 | 75.40% | +/-0.1 | 7.00% | +/-0.1 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Female** | 95,678,661 | +/-7,279 | 72.20% | +/-0.1 | 67.20% | +/-0.1 | 6.70% | +/-0.1 |
|   With own children under 18 years | 33,911,314 | +/-148,778 | 73.00% | +/-0.1 | 67.70% | +/-0.1 | 7.10% | +/-0.1 |
|     With own children under 6 years only | 7,874,167 | +/-64,906 | 70.60% | +/-0.2 | 64.50% | +/-0.2 | 8.30% | +/-0.1 |
|     With own children under 6 years and 6 to 17 years | 6,807,403 | +/-14,358 | 64.60% | +/-0.2 | 58.70% | +/-0.2 | 8.90% | +/-0.1 |
|     With own children under 6 to 17 years only | 19,229,744 | +/-88,613 | 77.00% | +/-0.1 | 72.20% | +/-0.1 | 6.10% | +/-0.1 |
| | | | | | | | | |
| **POVERTY STATUS IN THE PAST 12 MONTHS** | | | | | | | | |
|   Below poverty level | 25,836,367 | +/-137,645 | 51.30% | +/-0.1 | 37.90% | +/-0.1 | 25.90% | +/-0.1 |
|   At or above the poverty level | 160,488,971 | +/-147,538 | 82.50% | +/-0.1 | 78.00% | +/-0.1 | 4.90% | +/-0.1 |
| | | | | | | | | |
| **DISABILITY STATUS** | | | | | | | | |
|   With any disability | 19,669,373 | +/-47,104 | 41.10% | +/-0.1 | 34.80% | +/-0.1 | 15.10% | +/-0.1 |
| | | | | | | | | |
| **EDUCATIONAL ATTAINMENT** | | | | | | | | |
|   Population 25 to 64 years | 167,468,515 | +/-13,943 | 77.40% | +/-0.1 | 72.40% | +/-0.1 | 6.10% | +/-0.1 |
|     Less than high school graduate | 19,478,050 | +/-102,525 | 60.50% | +/-0.1 | 53.70% | +/-0.1 | 11.20% | +/-0.1 |
|     High school graduate (includes equivalency) | 43,788,541 | +/-171,266 | 72.60% | +/-0.1 | 66.60% | +/-0.1 | 8.00% | +/-0.1 |
|     Some college or associate's degree | 50,987,681 | +/-46,416 | 79.10% | +/-0.1 | 73.60% | +/-0.1 | 6.20% | +/-0.1 |
|     Bachelor's degree or higher | 53,214,243 | +/-268,171 | 86.10% | +/-0.1 | 82.80% | +/-0.1 | 3.40% | +/-0.1 |

| S1903 - Median Income in the Past 12 Months (In 2016 Inflation-Adjusted Dollars) - 2012-2016 ACS 5-Year Estimates | United States | | | |
|---|---|---|---|---|
| | Total | | Median income (dollars) | |
| Subject | Estimate | Margin of Error | Estimate | Margin of Error |
| **Households** | 117,716,237 | +/-222,078 | 55,322 | +/-120 |
| **One race--** | | | | |
| White | 77.30% | +/-0.1 | 59,083 | +/-134 |
| Black or African American | 12.20% | +/-0.1 | 36,651 | +/-99 |
| American Indian and Alaska Native | 0.70% | +/-0.1 | 38,502 | +/-403 |
| Asian | 4.40% | +/-0.1 | 76,667 | +/-256 |
| Native Hawaiian and Other Pacific Islander | 0.10% | +/-0.1 | 54,993 | +/-996 |
| Some other race | 3.40% | +/-0.1 | 41,927 | +/-137 |
| Two or more races | 1.90% | +/-0.1 | 50,513 | +/-269 |
| | | | | |
| **Hispanic or Latino origin (of any race)** | 12.50% | +/-0.1 | 44,254 | +/-157 |
| **White alone, not Hispanic or Latino** | 68.90% | +/-0.1 | 61,018 | +/-107 |
| | | | | |
| **HOUSEHOLD INCOME BY AGE OF HOUSEHOLDER** | | | | |
| 15 to 24 years | 3.90% | +/-0.1 | 27,317 | +/-90 |
| 25 to 44 years | 32.80% | +/-0.1 | 60,648 | +/-193 |
| 45 to 64 years | 39.30% | +/-0.1 | 67,021 | +/-220 |
| 65 years and over | 24.00% | +/-0.1 | 40,135 | +/-60 |
| | | | | |
| **FAMILIES** | | | | |
| Families | 77,608,829 | +/-218,458 | 67,871 | +/-212 |
| With own children of householder under 18 years | 43.30% | +/-0.1 | 64,379 | +/-357 |
| With no own children of householder under 18 years | 56.70% | +/-0.1 | 70,096 | +/-124 |
| Married-couple families | 73.20% | +/-0.2 | 81,917 | +/-160 |
| Female householder, no husband present | 19.50% | +/-0.1 | 32,955 | +/-71 |
| Male householder, no wife present | 7.30% | +/-0.1 | 46,401 | +/-116 |
| | | | | |
| **NONFAMILY HOUSEHOLDS** | | | | |
| Nonfamily households | 40,107,408 | +/-32,057 | 33,158 | +/-71 |
| Female householder | 53.40% | +/-0.1 | 29,092 | +/-63 |
| Living alone | 45.10% | +/-0.1 | 25,806 | +/-44 |
| Not living alone | 8.30% | +/-0.1 | 56,633 | +/-204 |
| Male householder | 46.60% | +/-0.1 | 39,137 | +/-107 |
| Living alone | 36.10% | +/-0.1 | 33,622 | +/-96 |
| Not living alone | 10.50% | +/-0.1 | 62,464 | +/-234 |
| | | | | |
| **PERCENT ALLOCATED** | | | | |
| Household income in the past 12 months | 32.40% | (X) | (X) | (X) |
| Family income in the past 12 months | 33.00% | (X) | (X) | (X) |
| Nonfamily income in the past 12 months | 29.70% | (X) | (X) | (X) |