UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANA FLORES, RENE FLORES, MARIA MAGDALENA HERNANDEZ, MAGALI ROMAN, MAKE THE ROAD NEW YORK, AND COMMUNITIES FOR CHANGE,<br><br>Plaintiffs,<br><br>v.<br><br>TOWN OF ISLIP, ISLIP TOWN BOARD, and SUFFOLK COUNTY BOARD OF ELECTIONS,<br><br>Defendants. | Case No. 2:18-cv-03549 |

### DECLARATION OF BELINDA ALVAREZ-GRONEMAN

1. My name is Belinda Alvarez-Groneman. I submit this declaration in support of Defendants Town of Islip's and the Islip Board's opposition to Plaintiffs' motion for a preliminary injunction.

2. I served as a member of the Suffolk County Police Department from 1981 to 1999. I joined the Suffolk County Police Department in 1981 as a Community Service Aide, and became a Police Officer in 1985. In 1997, I was selected as one of two special assistants to Police Commissioner John Gallagher to assist with the recruiting of diverse police officers.

3. I have been actively involved in Hispanic outreach programs in Islip for decades and am aware of the Town of Islip's support of these programs and the Hispanic community in general. I have been involved with many organizations and groups that aim to assist Hispanics in Islip, including the Suffolk County Executive's Hispanic Advisory Board, the Suffolk Hispanic Society, the Long Island Hispanic Chamber of Commerce, the National Conference of

Puerto Rican Women, the Town of Islip Anti-Bias Committee, the Islip Town Youth Board, Adelante, and Pronto of Long Island ("Pronto"). I have received numerous awards for my dedication and commitment to the Hispanic community in Suffolk County.

4. Pronto was established in St. Anne's Church in Brentwood in 1969, with the goal of helping Suffolk County's homeless and needy, particularly Hispanics and African-Americans. Pronto focuses its efforts on Bay Shore, Brentwood and Central Islip. Pronto has helped Islip residents with obtaining food, clothing, furniture, health and educational services and has also assisted individuals in making mortgage payments for nearly fifty years. My mother, Nilda Alvarez, started volunteering with Pronto in 1987. My mother became Pronto's Executive Director in 1989 and held that position until 2004.

5. I have also been involved with Pronto for many years and served as its Board President from 2010 to 2016. While I was Board President, Pronto distributed thousands of food packages and clothing to families and individuals who were without food following Hurricane Sandy. The Town of Islip recognized us for this work with an award.

6. The Town of Islip and the Islip Town Board have always been incredibly supportive of Pronto. Supervisor Angie Carpenter, and former Supervisors Tom Croci, Phil Nolan and Pete McGowan, have all responded to Pronto's calls for assistance. Supervisor Carpenter has never refused to provide assistance and Town resources when Pronto requested them. For example, the Town and Ms. Carpenter, in particular, were instrumental in the construction of a new, much larger, facility for Pronto in Bay Shore in 2005. Similarly, when Pronto organized a free shuttle bus service for a Fourth of July show in 2011, the Town of Islip and then Supervisor Phil Nolan assisted Pronto in getting the necessary permit.

7. Supervisor Carpenter is often at Pronto events. In November 2013 – on the one-year anniversary of my mother's death – Pronto's food pantry was dedicated to my mother, honoring her commitment to the charity, and Ms. Carpenter attended.

8. I have also been involved with the Puerto Rican/Hispanic Day Parade in Islip for many years. The Town has always been willing to help with the Puerto Rican/Hispanic Day Parade with respect to obtaining permits, setting up the portable stage, delivering barriers for crowd control, and supplying requisite staff and crews for the cleanup. Supervisor Carpenter was so helpful, in fact, that she was selected as the recipient of the 2015 Puerto Rican/Hispanic Day Parade Presidential Award.

9. The Town of Islip has also recognized Hispanic Heritage Month. Every year, the Town Board organizes a ceremony during Hispanic Heritage Month that recognizes exceptional Hispanic residents and their contributions to the Islip community.

10. I am also a Chairperson and member-at-large at the Islip Hope for Food charity. Islip Hope for Food supplies food for the needy, and has historically been run out of the Town's Supervisor's Office. Every year, Islip Hope for Food collects turkeys for less fortunate families throughout Islip to allow them to celebrate Thanksgiving. The Town of Islip has always donated turkeys and provided hundreds of Thanksgiving Day baskets, providing more baskets than requested without fail. In 2017 alone, the Town of Islip donated 836 "Boxes of Love" and 751 turkeys. Thanks to these donations, we were able to set a new record in 2017. In 2018, the Town of Islip set yet another record when it donated 884 boxes and 766 turkeys.

11. I also have served as the Chairperson of the Town of Islip Youth Board for many years. The Town of Islip Youth Board reaches out to young people throughout Islip, and is particularly focused on Brentwood and Central Islip.

12. In 2010, the Town of Islip built and opened the Shipwreck Cove Spray Park at the Bay Shore Town Dock. This park is popular with the Hispanic community. During the time that the Roberto Clemente Pool was closed, the Town of Islip provided busing service to a number of other pools and recreational programs, including Shipwreck Cove Spray Park.

I declare under penalty of perjury that the foregoing is true and correct.

Belinda Alvarez-Groneman

Executed at: North Babylon, New York
April 4, 2019