UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANA FLORES, RENE FLORES, MARIA MAGDALENA HERNANDEZ, MAGALI ROMAN, MAKE THE ROAD NEW YORK, AND COMMUNITIES FOR CHANGE,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>TOWN OF ISLIP, ISLIP TOWN BOARD, and SUFFOLK COUNTY BOARD OF ELECTIONS,<br><br>　　　　　Defendants. | Case No. 2:18-cv-03549 |

## DECLARATION OF ANGIE M. CARPENTER

1. I am the Supervisor for the Town of Islip, a position I have held since 2015.

2. I have been a public servant in Suffolk County for more than 25 years. From February 1993 to December 31, 2005, I served as Suffolk County Legislator for the 11th District, which, during my tenure, included Brentwood. In November 2005, I was elected to serve as Suffolk County Treasurer. I served as Suffolk County Treasurer until I was appointed Supervisor of the Town of Islip after former supervisor Tom Croci was elected to the New York State Senate in January 2015. I took a substantial cut in pay to take the job of Supervisor, but was thrilled to come home and serve the Town where I have lived for more than 50 years.

3. In November 2015, I was elected to a four-year term as Supervisor. I am currently running for re-election.

4. In Islip, the Supervisor and four Councilpersons comprise the voting body of the Town Board, which has jurisdiction over the Town's governmental affairs, enacts legislation,

1

approves the Town budget, levies taxes and provides local services. As Supervisor, I directly oversee the following divisions: Constituent Services, Information Technology, Personnel and Labor Relations, Community and Media Relations, the Islip Environmental Council, Purchasing and the Youth Bureau.

**Islip's At-Large Voting System**

5. Islip has used the at-large system to elect its Supervisor and Board for decades. In the at-large system, the Supervisor and the Councilpersons are elected by voters town-wide. Therefore, I serve, and am elected by, the entire Town.

6. In my view, the at-large system is preferable to a system where the town is divided into districts, often referred to as a councilmanic district or ward system. Based on my experience, the at-large system is superior and far more equitable to councilmanic districts because when elected officials are elected by a portion of a town's residents, as opposed to the town as a whole, the elected official likely becomes overly focused on their own district without considering the welfare of the Town as a whole. Further, the at-large system allows for more public access to elected officials, as residents can bring their concerns to any elected official.

7. Islip voters rejected councilmanic districts in a referendum held on April 4, 2006. More than 50 percent of voters opposed changing to councilmanic districts.

8. I understand that Plaintiffs in this action claim that the at-large system leaves minority communities in Islip, such as those in Brentwood and Central Islip, unrepresented and underserved in Islip. I wholeheartedly disagree based on my years of public service. Any allegation that I do not represent my minority constituents living in Brentwood, Central Islip, North Bay Shore or any other area in Islip, has no basis and conflicts with my decades of service to, and involvement with all of my constituents, including those in minority communities.

9. I am proud of my long history representing and supporting my constituents in minority communities. When I was a legislator in the 11th District, I fought against redistricting efforts that would have severed Brentwood from my district. I believed then — as I do now — in the Brentwood community, and that as an elected official representing Brentwood I could — and did — work with the community to improve it for all. That is why I have spent so much energy over the course of my career to improve Brentwood, as well as the other areas I represent.

10. I have been involved in civic activities in Islip, including those focused on serving residents in Brentwood and Central Islip, for decades. I am a founding board member, past secretary and past treasurer of Youth Enrichment Services ("YES"), a not-for-profit corporation that serves the needs of youth in West Islip, Bay Shore, Brentwood and Central Islip. YES's programming for youth includes, among other things, free prevention workshops related to substance abuse, violence and bullying. I have also served on the Advisory Board of Pronto of Long Island, which was founded in Brentwood, and which was instrumental in having a permanent building erected, replacing the converted garage they were working in. I have worked with Adelente of Suffolk County, headquartered in Central Islip, among other civic activities.

11. In addition, I have been involved with the Brentwood Chamber of Commerce for 25 years. For the past four years, I have given the State of the Town address to the Brentwood Chamber of Commerce.

12. In 2015, I was selected as the 2015 Presidential Award Recipient for the Puerto Rican/Hispanic Day Parade held in Brentwood. I am also an Honorary Member of the Brentwood Legion Ambulance, which provides emergency services to Brentwood residents.

**Islip's Division of Constituent Services**

13. One of my priorities as Supervisor is ensuring that all constituents have a point of contact with me and the Town. The Division of Constituent Services serves as a liaison between

3

my office and residents, and assists Islip residents with any concerns or problems they may experience with Town services. Since 2013, Lissette Barrios-Reyes, who speaks English and Spanish, has served as Director of Constituent Services. Ms. Barrios-Reyes' responsibilities include assisting residents who call the Town. Ms. Barrios-Reyes, along with employees in the Department of Public Works, maintains a database of communications from constituents that includes information about the communication and the outcome.

14. When an individual contacts the Division of Constituent Services, Ms. Barrios-Reyes inputs the detail of the issue raised into a database. The entry usually identifies the individual contacting the town and that individual's contact information, the issue raised, the action taken in response to the contact, and indicates when the matter is considered closed.

15. Ms. Barrios-Reyes is also available to assist other Town departments in communicating with Spanish speakers when a Spanish speaking employee is unavailable in that particular department. In addition, Ms. Barrios-Reyes attends meetings of the Board to translate if an interpreter is needed.

16. When residents have complaints about services the Town provides or contracts to provide, such as street repair, lighting, snow removal, or garbage collection, the Town's goal is to address the issue in a timely manner. I do not believe that the quality of services that the Town provides or contracts to provide is inferior in some hamlets as compared to others….it is equal across the Town.

**Islip's Youth Bureau**

17. As Supervisor, I directly oversee the Town's Youth Bureau. The Youth Bureau works with three non-profit agencies to provide services for Islip residents under the age of 21 all over Islip. These partner agencies are South Shore Community Organization, YES, and Youth &

Family Counseling Program, all of which provide programing at various locations throughout Islip.

18. YES serves youth in West Islip, Bay Shore, Brentwood and Central Islip, Holbrook, Islip, East Islip, Connetquot and Sayville. Islip Town supports YES by providing office space for the organization, as well as space for its programming in various locations throughout Islip. In addition, Islip provides YES with funds to operate, which are ultimately repaid to the Town after the agency's grants are awarded.

19. YES's programming for youth includes, among other things, counseling, tutoring, mentoring, summer programs and free prevention workshops related to substance abuse, violence and bullying. In addition, YES provides after-school programming at a variety of locations including North, South, East and West Middle Schools in Brentwood and Cordello Middle School, Mulligan Middle School and Ralph G. Reed Middle School, all in Central Islip.

20. In its 2017 Annual Report, YES reported that it had 437,899 contacts with the 9,267 youth that were served that year. Nearly 48% of youth served were Hispanic with approximately 47% residing in Central Islip and 17% residing in Brentwood. A true and correct copy of YES's 2017 Annual Report, which is publicly available, is attached as **Carpenter Decl. Ex. A**.

**The Remediation and Improvement of Roberto Clemente Park**

21. When I became Supervisor, remediating and improving Roberto Clemente Park ("Clemente" or the "Park") was my highest priorities. The Park occupies approximately 30 acres on the west side of Broadway, north of West 18th Street, south of Nolin Street in Brentwood, and Timberline Drive borders the park to the west. The Park is an important asset to the Brentwood community and the entire Town of Islip.

22. Islip had just commenced the remediation process when I became Supervisor, and approximately 40,000 tons of toxic debris had to be removed from the Park. The illegal dumping of the toxic material was a crime and the perpetrators were prosecuted by the Suffolk County District Attorney's Office.

23. Although I was not Supervisor when the dumping was uncovered, I understand that after the Town learned about the illegal dumping on May 5, 2014, the Town was ordered to close Clemente on that date and hired an Environmental Consultant, within 24 hours. True and correct copies of the some of the Town Board's updates to residents regarding the cleanup are appended hereto as **Carpenter Decl. Exs. B, C, D, E, F, G, H, I and J**.

24. I worked with individuals from the New York Department of Environmental Conservation ("NY DEC") and the County with respect to the remediation and improvements to the Park. Islip was required to present a work plan for the remediation of the Park to the NY DEC. I understand that the draft plan was also reviewed by the New York State Department of Labor, New York State Department of Health, Suffolk County Department of Health Services and Suffolk County Water Authority. In addition, public comment on the plan was considered.

25. The NY DEC required revisions to the work plan before it was approved on January 14, 2015. The plan provided for a comprehensive cleanup and community involvement, including monitoring wells, air monitoring stations, sampling, the use of screens and fencing to control dust and a Community Participation Plan, which required the establishment of a working group comprised of government representatives and local residents to keep the community informed of the cleanup progress.

26. NY DEC and the Town held various public meetings concerning the work plan and the remediation at which public comment was invited. The public was provided information

on the remediation on both the NY DEC and the Town's websites and hard copy materials were available at the Brentwood Public Library.

27. I understand that from the very beginning of the clean-up effort, the Town's communication with the Brentwood community was at the forefront of the Town's response to the illegal dumping. The Town provided the Brentwood community with updates on the remediation and its progress in Spanish and English through the Town's website, email, by door-to-door handouts, direct mail and through the local media. *See, e.g.*, Exs. C, D, F, G and H. The Town also maintained a dedicated toll-free number with pre-recorded updates on the cleanup progress in English and Spanish.

28. During the cleanup, the Town stationed Ms. Barrios-Reyes from Constituent Services at the Caesar Trunzo Brentwood Senior Center to address any constituents' questions or concerns. I understand that minimal, if any, residents with questions or concerns about the clean-up came in to see Ms. Barrios-Reyes at the Senior Center, nor were there any calls to the special hotline, separate from the number with pre-recorded updates, that the Town devoted to the clean-up, although both were advertised on the Town's website and in updates to community members.

29. Islip carefully followed NY DEC guidelines to ensure the clean-up process was completed properly. It was also important to me to decrease the disruption to the community as much as possible during this process. For example, the Town required the contractors involved in the remediation to stage their trucks away from residential roads. We also directed the contractors to only drive on certain residential streets on certain days so the contractors' equipment was not constantly on one particular residential street.

30. The Town endeavored to re-open the Park as quickly as possible. On July 31,

2017, NY DEC permitted the Town to do so. The improved park now includes a brand new pool, discussed in more detail below, refurbished bathrooms, a changing building, new landscaping, sunshades and lounge chairs. In addition, the Park's basketball courts were renovated, new picnic tables and benches were added and fencing was improved.

31. A celebration for Islip's 335th birthday, a free family fun day at Roberto Clemente Park, is scheduled for August 29, 2019.

32. The Town is in the process of providing further improvements for the Park. For example, last summer the Town broke ground on a new 7,100 square-foot spray park that will incorporate a splash pad with zero-depth entry into two age-appropriate pool areas. Assemblyman Phil Ramos secured $2 million in state funding to help offset the cost of the project.

33. In addition, based on the requests of community members, the Town plans to build a skate park on the east side of the Park, which is in the initial stages. I met with members of the community to gather input on what would best serve the skating community.

34. I am proud of the current state of the Park and the Town's efforts to deliver an exceptional recreation space back to the community.

**The Pool at Roberto Clemente Park**

35. I understand that prior to my becoming Supervisor, the pool at the Roberto Clemente Park (the "Pool") and the Casamento Pool in West Islip were closed beginning in the summer of 2013 for financial reasons as unexpected repairs were needed in the wake of Hurricane Sandy. Casamento Pool opened for the summer of 2014, but the Pool at Robert Clemente Park remained closed because the illegal dumping required the entire Park, which included the Pool, to be closed until the NY DEC permitted the Park to reopen.

36. I understand that because the Pool was closed, the Town offered Brentwood

8

residents a special slate of summer programs for the 2014 season including special Saturday hours at the Brentwood Recreation Center. In addition, the Town provided Brentwood residents with a free bus service with stops including Casamento Pool in West Islip (where Brentwood residents pay a reduced rate) and Bay Shore's spray park. In order to provide adequate bus service and ensure that only Brentwood residents rode the free bus, the Town required residents to register for a free bus pass ID card. This ID card was similar to the Town of Islip recreation cards required to register for recreation programming.

37. The Town was not permitted to begin work on the Pool until the NY DEC permitted the Town to re-open the Park. Shortly after the Park opened on July 31, 2017, the Board awarded a $2.78 million contract to renovate the Pool. The Town had hoped that the project would be completed by the start of summer 2018. However, unexpected delays including weather conditions and the weak structural integrity of the walls of the Pool, which had to be replaced down to the floor, pushed the opening of the Pool into August of 2018.

38. A grand re-opening celebration was held the evening of August 27, 2018, and it was exciting to see hundreds of people attend the event, including members of the Brentwood Fire Department who cooked hot dogs, volunteers from YES who did face painting, Parks and Recreation staff providing arts and crafts and games for the kids, capped off with a family movie night.

39. During the process of rebuilding the Pool, the Town provided the community with updates, including videos posted online that showed progress being made. The Town also informed the community about the pool's progress via the media and at Town Board meetings.

**Recent Grants For Improvements in Central Islip, Brentwood**

40. As Supervisor, part of my job is improving all areas of Islip including Central

9

Islip and Brentwood.  One way the Town achieves this goal is by securing grant funding for improvement projects. For example, among other grants, the Town competed for and received a $10 million state grant to revitalize Central Islip, a $15 million state grant is in the works for a community hub in Brentwood, and funds to assist in addressing abandoned properties sometimes called "zombie" homes.

*$10 Million Grant to Revitalize Central Islip*

41. Three years ago, I spearheaded the Town's first application to secure a grant from the New York State Department of Economic Development as part of its Downtown Revitalization Initiative ("DRI").  The DRI funds projects that increase economic vitality and growth in downtown areas.  Islip's application sought funds for the revitalization of Central Islip's downtown.

42. While Islip did not receive the grant in 2016 or 2017, last year, we were successful in securing a $10 million grant to revitalize Central Islip's downtown, beating out 23 other municipalities.  Generally speaking, the grant may be used to revitalize the Carleton Avenue corridor in Central Islip, to enhance connections to the Central Islip LIRR station and to create opportunities for transit-oriented development.

43. Community stakeholders were intimately involved in proposing plans for the grant as required by the DRI.  A local planning committee, of which I am co-chair, includes Town representatives, as well as leaders from the community, civic organizations, businesses and the Regional Economic Development Council, and was charged with reviewing project ideas.

44. I attended various public planning meetings, including a meeting of about 200

people held last November at Central Islip High School, to brainstorm project ideas. The Local Planning Committee (LPC) presented 14 proposals to the Board on March 25. The current proposals include a new community park, a historical walking trail, new mixed-use apartment buildings and enhanced streetscapes. After the LPC selected proposals to submit to the State, State officials will determine which projects to fund.

*$15 Million for a Community Hub in Brentwood*

45. In October 2018, Governor Cuomo announced that $15 million would be dedicated to build a community hub in Brentwood. The community hub will be a place where children can receive help with school work, counseling and mental health services. In addition, the hub will offer recreation such as performing arts spaces, athletic facilities, and provide space for afterschool and evening youth programs for children in the Brentwood School District.

*Grants to Improve Vacant Properties*

46. I understand that Plaintiffs allege that the Town has failed to address the problem of vacant, or "zombie" homes, which are often hazardous eyesores. As Supervisor, I have worked to reduce the number of blighted properties in Islip, including in Central Islip and Brentwood. In the last four years, the Town Board has authorized the cleanup and securing of hundreds of these properties across the Town.

47. In 2016, the town received a $339,100 grant from New York State to address zombie homes. As a result of the grant, among other things, the Town was able to hire an assistant town attorney to work with code enforcement to address vacant homes in Islip and take the legal steps necessary to force owners to rehabilitate the home or demolish the structure.

48. The Town recently applied to the State for a second grant to address vacant properties after it was announced that the State would provide a total of $9 million to rehabilitate

11

vacant homes.  As of today, the State has not notified us if we will receive additional funds.

*Other Grants Funding Projects in Brentwood and Central Islip*

49.    The Town has also received, and in some cases matched, grants relating to a variety of recent projects in Brentwood and Central Islip including the following examples:

- Creation of a Village Green on the northeast corner of Wheeler Road at Suffolk Avenue in Central Islip ($120,000);

- Street lights on Fourth Street between the Long Island Railroad Station and Second Avenue and lights on Second Avenue between Fourth Street and Brentwood Street ($82,000);

- Streetlights and brick pavers/stamped concrete along Carleton Avenue between Clayton Street and Brightside Avenue in Central Islip ($174,000);

- Renovations to Ross Memorial Park in Brentwood ($250,000);

- Installation of sidewalks and bike routes along Audwin Drive in Central Islip so that students can walk or bike to nearby schools, homes and community centers safely ($358,022);

- Brentwood improvements including repaving the parking lot of Brentwood Recreation Center, a bike path, and improvements to sidewalks ($2 million); and

- Improvements to Brentwood infrastructure including paving to Washington Boulevard from Suffolk Avenue to Expressway Drive, and 12 new drainage structures to alleviate flooding issues ($850,000).

**Community Development Board**

50.    The Islip Community Development Board is an independent board of the Community Development Agency ("CDA") made up of unpaid volunteers who oversee affordable housing and public service programs in the Town of Islip. The CDA administers federal housing funds and provides a lottery for first-time home buyers.

51.    On April 24, 2018, the Town Board voted 3-2 to appoint three new members to the CDA's board in a last-minute resolution.

52.    I voted against these appointments.

I declare under penalty of perjury that the foregoing is true and correct.

*Angie M. Carpenter*
Angie M. Carpenter

Executed at: Islip, New York
April 4, 2019