# Exhibit A



# Youth Enrichment Services

## YES 2017 Annual Report

**Agency Statistics**

Numbers served (unduplicated):   Youth: 9,267    Adults: 8,570    Money Raised: $364,059.57
Number of Contacts                       Youth: 437,899  Adults: 29,472
Female: 4,639  - 50.06%
Male:   4,628  - 49.94%

**Ethnicity**

| | | |
|---|---:|---:|
| Asian: | 183 | 1.97% |
| Black: | 1,885 | 20.34% |
| Hispanic: | 4,429 | 47.79% |
| Native American: | 20 | .22% |
| Pacific Islander: | 0 | 0% |
| Two or More: | 246 | 2.65% |
| White: | 2,504 | 27.02% |
| **Total** | **9,267** | **100%** |

**Community**

| | | |
|---|---:|---:|
| Bay Shore | 732 | 7.9% |
| Brentwood | 1,583 | 17.08% |
| Central Islip | 4,335 | 46.78% |
| Connetquot | 581 | 6.27% |
| Holbrook | 44 | 0.47% |
| Islip/East Islip | 1149 | 12.4% |
| Sayville/BPBP | 633 | 6.83% |
| West Islip | 210 | 2.27% |
| **Total** | **10,198** | **100%** |

**Age**

| | Total | |
|---|---:|---:|
| 0-4 | 51 | 0.55% |
| 5-9 | 1975 | 21.31% |
| 10-14 | 6,219 | 67.11% |
| 15-17 | 727 | 7.85% |
| 18-20 | 195 | 2.1% |
| **Total** | **9,267** | **100%** |

**Disconnected Youth**

| | |
|---|---:|
| Aging out of Foster Care | 0 |
| Incarcerated Parents | 64 |
| Re-entering | 79 |
| Runaway/Homeless | 285 |
| **Total** | **428** |

**2017 Program Statistics**

| | Individuals Served | |
|---|---:|---:|
| | Youth | Adult |
| Recreation: | 2,156 | |
| Drop In: | 124 | |
| CRP / BW Res: | 69 | |
| YLP: | 18 | |
| Academic Assistance: | 1,822 | |
| Employment: | 665 | |
| Work Readiness Jobs: | 82 | |
| Community / Volunteer Service (WAVE): | 2,724 | 969 |
| After School Programs: | 1,755 | |
| Newsletter: | 146 | |
| Cultural Programs: | 2,308 | |
| Community Education: | 13,167 | 5688 |
| Youth Advisory Council: | 87 | |
| Summer Enrichment Program: | 306 | |
| Mentoring | 578 | 36 |

**Counseling Statistics**

| Counseling | Youth | Adult |
|---|---:|---:|
| | 490 | 123 |

**Prevention Statistics**

| Prevention | Youth | Adult |
|---|---:|---:|
| | 11,750 | 5,260 |

---

Website: www.yesnews.org
Email: yesletters@aol.com
www.twitter.com/yesnewsli
www.facebook.com/yesnewsli

**Programs
Prevention Services
Counseling Services**

PO Box 105
West Islip, NY 11795-0105
Phone: (631)587-5172
Fax: (631)661-2973