# Exhibit B



May 8, 2014

Dear Resident,

By now you have most likely learned about the criminal investigation into illegal activity at Roberto Clemente Park. On Monday, the Town of Islip was briefed by Suffolk County District Attorney Tom Spota, about his office's current investigation into illegal dumping on our public lands. It was confirmed that hazardous construction and demolition debris and materials have been found at Roberto Clemente Park. This debris was placed there illegally, without permission from the Town of Islip, by one or more contractors who were hired by a local community organization to construct soccer fields.

The actions taken, and what the District Attorney describes as significant criminal acts, were part of a privately-managed project on our public parkland. In light of the current criminal investigation conducted by Suffolk County District Attorney's office, and the NYS Department of Environmental Conservation, it is critical that this park remains secure and therefore will remain closed for an indefinite amount of time. This closure will also result in the inability for the Town to proceed with the reconstruction project of the pool and filtration system. This saddens all of us.

It is important to know that your Town government cares about your community and we are devastated that this project cannot move forward especially after committing so many resources, time and energy into transforming this area into a place this community deserves. We were looking forward to the day we could, as a community cut the ribbon on a new and improved facility. Please note, that in an effort to provide alternative summer recreational opportunities for Brentwood children affected by the closure of the park, the Town will be arranging transportation for children from this area to enjoy a Town public pool in a nearby location.

The Town needs to act preemptively, proactively, and responsibly for all who live in this community. After learning on Tuesday, about the presence of hazardous materials and asbestos at the park, the Town Board immediately moved to secure an independent environmental consultant, Enviro Science Consultants, to help us prepare for a remediation plan, provide oversight for any future cleanup activity and provide regulatory monitoring into the future. The Town Board also approved another measure to allow our law department to seek restitution and seek civil claims against those DA Spota deems responsible for committing these criminal acts against the Town.

This Town Board unilaterally conducted its own internal review, and as a result we have sought and successfully received the resignation of the Commissioner of our Parks Department. We anticipate additional personnel changes as our own internal investigation continues.

While we are outraged at this turn of events and share extreme disappointment with the community, we are grateful to the District Attorney for his communication with the Town and we will continue to offer our full cooperation to him and any other investigative agency. The Town Board is committed to rooting out any unlawful activity that takes place at our beloved parks. Wrongdoing has occurred; we will ensure that the wrongdoers are held accountable. Most importantly, your safety is important to us.

Yesterday, we communicated with Enviro Science Consultants to better understand and share what information we can about what hazardous materials like asbestos means to your safety.

As of now they have identified the presence of asbestos in the material which was dumped at the park. Further testing is necessary to identify the quantities/percentages of asbestos that is actually present. That testing will commence this

week, so you will see a presence of trucks and officials in the park as testing takes place. Additional sampling will also be done to identify if any other contaminants are present in the illegally dumped material in the park.

As it stands, the asbestos in the park is contained and undisturbed. As such, it is not at risk of becoming airborne. Measures are in place to prevent these contaminated areas from being disturbed (the park is closed and access is limited to those tasked with testing and eventual remediation of the park). As we move ahead strict controls will be in place to protect residents and workers when remediation efforts begin.

We will continue communication with you to the best of our ability as new information develops throughout the Suffolk County District Attorney's investigation.   Please continue to follow news/media reports, visit our Town website at **www.townofislip-ny.gov** for updates, sign up for **e-Alerts** through the Town website homepage, call us at **224-5380** or email us at **supervisorsoffice@townofislip-ny.gov**

We are committed to communicating along the way and ask for your understanding and patience as all of us gain a better understanding of what has happened in our park, who committed these acts, and what information we should be aware of as the investigation continues.

Sincerely,

Councilman Anthony Senft, Jr.
Councilman John Cochrane, Jr.
Councilman Steve Flotteron
Councilwoman Trish Bergin Weichbrodt
Deputy Supervisor Eric Hofmeister