# Exhibit C

# ROBERTO CLEMENTE PARK UPDATE #3



May 13, 2014

Dear Resident,

The Town continues to communicate with you directly in an effort to keep you updated about the investigation into illegal activity at Roberto Clemente Park. The criminal investigation conducted by the Suffolk County District Attorney's office as well as the Town of Islip's own internal review continues. The following are the immediate actions that the Town took upon learning about the presence of hazardous material on May 5th:

- We shut down the park immediately on Monday, May 5th, and the park remains closed during the investigation as soil and air sampling continues.

- Within 24 hours the Town of Islip retained the services of an environmental consultant, and through this consultant, Enviroscience, recently received the results of air samples that were collected on Friday, May 9th in the park. **The results have shown that there is no asbestos in the air from all locations where samples were collected.** Air samples were collected at 16 sites along the entire perimeter of Roberto Clemente Park, including the recharge basin, ball fields, and soccer fields. While testing of the air does not indicate what other soil sampling may reveal, these air sample results indicate that the air in the park and the surrounding neighborhood does not present a risk at this time. The Town will continue to sample the air at the park over the coming weeks to ensure the integrity of the air quality for residents and employees and report the results at they are received.

- During the Town's review it became evident that the Parks Commissioner was derelict in his duties and we can now see that relying on his judgment alone was wrong. The Town sought and successfully received his resignation within 48 hours of our meeting with the District Attorney, and we have since terminated another negligent employee. Additional personnel changes may occur as the Town's review continues.

- Official communication with the Brentwood community has been at the forefront of the Town's response. Updates will continue through the news media, the Town website **www.townofislip-ny.gov**, the Town's E-alert program on the homepage of the website, through email at **supervisorsoffice@townofislip-ny.gov**, social media, by door-to-door handouts and direct mail, and will also make updates available by calling **1-888-674-7501.**

- The Town will continue to search our records and fully cooperate with the Suffolk DA, providing any and all pertinent information that will result in the prosecution of all those involved in these unauthorized acts.

- The Town has also voided its Tree Trimming contract with the vendor in question and is seeking the immediate replacement of the Chairman of the Plumber's Examining Board who may be connected to

# PARQUE ROBERTO CLEMENTE, ACTUALIZACIÓN # 3



13 de mayo de 2014

Apreciado residente:

El ayuntamiento de Islip continúa comunicándose directamente con usted en un esfuerzo para mantenerlo informado acerca de la investigación de actividad ilegal en el parque Roberto Clemente. La investigación criminal llevada a cabo por la oficina del fiscal del distrito del Condado de Suffolk, así como la investigación interna del ayuntamiento de Islip continúan.  A continuación enumeramos las acciones inmediatas que el ayuntamiento tomó al enterarse de la presencia de material peligroso el 5 de mayo:

- Cerramos el parque de manera inmediata el lunes 5 de mayo, y el parque permanece cerrado durante la investigación. Se siguen tomando muestras de suelo y aire.

- En un plazo de 24 horas, el ayuntamiento de Islip se hizo con los servicios de un consultor ambiental, y por medio de éste, Enviroscience, recientemente recibimos los resultados de muestras de aire que fueron recolectadas el viernes 9 de mayo en el parque. **Los resultados muestran que no hay asbesto en el aire en ninguna de las ubicaciones en donde se recolectaron muestras.** Las muestras de aire fueron recolectadas en 16 sitios a lo largo del perímetro del parque Roberto Clemente, incluyendo la cuenca de recarga, los campos de juego y las canchas de fútbol. Pese a que los exámenes de aire no indican lo que otras muestras de suelo revelan, estos resultados de muestras de aire indican que el aire en el parque y en el barrio circundante no presenta riesgo en este momento.  El ayuntamiento continuará tomando muestras de aire en el parque en las semanas siguiente, a fin de asegurar la integridad de la calidad de aire para los residentes y empleados, e informará de los resultados una vez los reciba.

- Durante el estudio del ayuntamiento se  hizo evidente que el comisionado de parques fue negligente con sus obligaciones y ahora nos damos cuenta que confiar en su juicio únicamente fue algo equivocado. El ayuntamiento buscó y recibió con éxito su renuncia al cabo de 48 horas de nuestra reunión con el fiscal del distrito, y desde entonces hemos terminado el contrato de otro empleado negligente. Pueden presentarse cambios adicionales de personal en tanto el estudio del ayuntamiento avanza.

- La comunicación oficial con la comunidad de Brentwood ha estado a la vanguardia de la respuesta del ayuntamiento. Continuaremos actualizando a través de los medios de comunicación, el sitio web del ayuntamiento, **www.townofislip-ny.gov**, el programa de alertas electrónicas en la página de inicio del sitio web, a través del correo electrónico **supervisorsoffice@townofislip-ny.gov**, redes sociales, folletos puerta a puerta y correo directo, y también tendremos actualizaciones disponibles en la línea **1-888-674-7501.**

- El ayuntamiento seguirá buscando en nuestros registros y cooperando íntegramente con el fiscal del distrito de Suffolk. Proporcionaremos toda la información pertinente que redunde en el procesamiento de todos aquellos involucrados con estos actos no autorizados.

- Asimismo, el ayuntamiento ha anulado su contrato de poda de árboles con la compañía en cuestión, y busca el reemplazo inmediato del director de la junta examinadora de plomería, quien puede estar conectado con la actividad que el fiscal del distrito investiga. El ayuntamiento también ha notificado a las compañías de seguro de dicha compañía.

- Hemos instruido a nuestro departamento legal para que siga adelante con todos los procedimientos civiles contra aquellos considerados criminalmente responsables por el fiscal del distrito.

- El ayuntamiento ya ha comenzado la planeación anticipada del saneamiento del parque, que ha involucrado al Departamento de Conservación Ambiental del Estado de Nueva York y al Departamento de Salud del Condado de Suffolk.

- El ayuntamiento se ha comprometido a proporcionar transporte este verano para que las familias asistan a una piscina pública cercana. El ayuntamiento también se ha puesto en contacto con el Distrito Escolar de Brentwood y estará participando de charlas sobre posibles actividades de verano en las instalaciones de las escuelas. Proporcionaremos más detalles en tanto los planes logísticos se coordinan.

- Tal y como lo prometimos, el ayuntamiento continúa con su compromiso de mejorar y rehabilitar las piscinas del parque Roberto Clemente a través de mejoramientos en la piscina. Casi 2 millones de dólares en financiación se asignaron a este proyecto, y continuarán dedicados a la rehabilitación de la piscina, su sistema de filtración y la construcción eventual de un nuevo "spray park".

- Estamos comprometidos a mantener el contacto a lo largo del camino y pedimos su comprensión y paciencia en tanto todos comprendemos mejor lo que ha sucedido en nuestro parque, quién cometió estos actos y de qué información debe estar usted pendiente a medida que la investigación continúa.

Atentamente,

Concejal Anthony Senft, Jr.
Concejal John Cochrane, Jr.
Concejal Steve Flotteron
Concejal Trish Bergin Weichbrodt

the activity the District Attorney is investigating. The Town has also put this vendor's insurance carriers on notice.

- We have directed our law department to move forward with any and all civil litigation against those deemed criminally responsible by the District Attorney.

- The Town has already begun the early planning for remediation of the park, which will involve NYS Department of Environmental Conservation and the Suffolk County Health Department.

- The Town has committed to providing transportation this summer for families to attend a nearby public pool.  The Town has also been in contact with the Brentwood School District and will be engaging in discussions for possible summer activities at the school facilities.  More details will follow as logistical plans are being coordinated.

- As promised, the Town remains committed to improving and rehabilitating Roberto Clemente pools. Close to $2 million in funds earmarked for this project, will remain dedicated to the rehabilitation of the pool, its filtration system, and the eventual construction of a new spray park.

- We are committed to communicating with you along the way and ask for your understanding and patience as all of us gain a better understanding of what has happened in our park, who committed these acts, and what information you should be aware of as the investigation continues.


Sincerely,

Councilman Anthony Senft, Jr.
Councilman John Cochrane, Jr.
Councilman Steve Flotteron
Councilwoman Trish Bergin Weichbrodt