# Exhibit E

# News from the Town of Islip

**Supervisor Tom Croci**

**TOWN BOARD**
Steven J. Flotteron • Trish Bergin Weichbrodt
John C. Cochrane, Jr. • Anthony S. Senft, Jr.

Olga H. Murray, Town Clerk
Alexis Weik, Receiver of Taxes

**COMMUNICATIONS & MEDIA RELATIONS**
Inez Birbiglia, Director

Phone: (631) 224-5485
Fax: (631) 224-5487

**FOR IMMEDIATE RELEASE:** May 16, 2014

## Town Provides Update on Roberto Clemente Park & Related Topics
*Reveals Latest Air Samples That Confirm There is No Asbestos in Air*

**Brentwood, NY** - Town of Islip officials today revealed the results of latest air samples taken at Roberto Clemente Park in Brentwood, where the Suffolk County District Attorney's Office recently confirmed illegal material had been disposed over the last several months. These samples, taken on Wednesday, May 14, confirm for the second time in two weeks, that there is absolutely **no presence of asbestos in the air** at Roberto Clemente Park.

The Town hired an independent environmental consultant, Enviroscience, within hours of learning of the information from the Suffolk District Attorney last week. Enviroscience has been to the park on two separate occasions, each time collecting a total of 16 samples from different locations around the perimeter of the site. The Town has directed Enviroscience to continue to gather air samples over the next several weeks to ensure the safety of the surrounding residents.

In a continuing effort to ensure the health, safety and welfare of all residents, Town officials have also begun an in-depth review and assessment of its entire parks' system, and has learned through preliminary tests conducted by Enviroscience that small amounts of asbestos-containing materials were discovered in a 10 ft. x 10 ft. area at the rear of Clayton Avenue fields, located on Clayton Avenue in Central Islip, where the Suffolk County Police Athletic League is currently developing multipurpose athletic fields. The Town immediately issued a Stop Work Order yesterday, and secured the fields as a precaution.  Full testing results will be completed in two weeks. The Clayton Field site was part of the former Central Islip Psychiatric Center and donated to Islip Town in the mid-1970's by the State of New York.  The Town has written to SC PAL to request a list of all contractors used during the project.

"The Town Board remains committed to openly communicating with the public as the details unfold, but it is critical that we ensure ALL of our parks and the people who use them, are protected.  This is why we moved quickly to form an assessment team to methodically inspect and review each of our parks, beginning with the newest constructed projects," said Councilman Anthony Senft, Jr.  "We understand and appreciate the gravity of the investigation and its ramifications, and our priority will be to make sure that Roberto Clemente is remediated and returned to the Brentwood community, while also ensuring that all of our parks are sound."

Town attorneys sent letters to the developers of two park projects requesting further details about what contractors were hired and what suppliers of materials were used during construction. The Town has also begun researching its own records to determine what, if any, Town work has been performed on these sites.

Last week, Islip terminated a Tree Trimming contract with Daytree at Cortland Square and put the firm's insurance carriers, and other carriers, on notice that their insured's were part of an ongoing investigation.

Senft also reported several other updates including the Town's lead to coordinate with representatives from the New York State Department of Environmental Control, the New York State Department of Labor, New York State Department of Health, and Suffolk County Department of Health - agencies that have the environmental or public health expertise - to assist the Town's plans for future remediation efforts at Roberto Clemente. Coordination from these government agencies is critical to ensure Clemente Park's restoration is critical.

The Town continues to regularly communicate with the public and mailed an additional 2,000 letters to residents this week within the surrounding neighborhood of the park on Wednesday. Earlier this week, the Town established a toll free, bilingual phone number that the public can call, 24-hours-a-day, to obtain the most up-to-date information about Roberto Clemente Park. That number is **1-888-674-7501.** Information is also available on the Town's website at **www.TownofIslip-ny.gov**

Senft also provided an update to a related investigation into an alleged illegal dumping operation at 1625 Islip Avenue in Central Islip. In early April, Islip Town served property owner Tommy Lau with seven appearance tickets for several code violations related to unlawful operation of a rock crushing operation, creating motorist obstructions, failure to maintain his commercial property litter and debris, and illegal outdoor storage. Yesterday, the Town obtained a Temporary Restraining Order in Suffolk County Fifth District Court against LC Realty/Tommy Lau which restrains him from illegally using and/or occupying the premises. The property owner is due in court on June 25, 2014 and, until such time, the TRO remains effect.

Earlier this week, Islip officials submitted a request seeking more information from the New York State Department of Environmental Conservation about the state agency's investigation and related actions in January 2014 at Roberto Clemente Park after community complaints concerning unsafe material was discovered in the recharge basin.

Town officials continue to coordinate logistics for transportation of Brentwood families to a nearby public pool this summer and have scheduled meetings with Brentwood School District officials to review available facilities for potential summer programs and use of pool and gymnasium as Roberto Clemente remains closed.