# Exhibit I



Text Only Site | Contact | FAQ

Home | Departments | About Islip | E-Services | News | I want to . . .

## NEWS

- Announcements
- Around Town
- Public Notices
- Supervisor Spotlight
- Town Board News
- Town Calendar

## Roberto Clemente Community Updates

**Current Update: Click on the Cleanup Projects and Plans link below for new information**

**FAQ's**



8/24/2018 Welcome to the New Roberto Clemente Park Pool

**August 24th, 2018** – Town Supervisor Angie Carpenter and the Islip Town Board are proud to announce the reopening of the new, fully restored and reconstructed Roberto Clemente Pool in Brentwood. The renovation has been a long process but thanks to the hard work of Town of Islip crews and patience from the community, the stunning new Olympic sized pool is now open for swimming. Watch the video above for a message from Islip Town Supervisor Angie Carpenter regarding the new pool, its many rennovations and the new chapter that lies ahead.



7/20/2018 Roberto Clemente Park Pool Update

**July 20th, 2018** – Reconstruction of the Roberto Clemente Park Pool is in the homestretch. Watch Town of Islip DPW Commissioner Tom Owens provide an update on the scope of the construction project, and what to expect from the park moving forward.

**November, 2017 –** The Town continues with its plans to re-build Roberto Clemente Park in Brentwood, which was reopened late this summer, and continues to be a top priority. Two million dollars in state funding was made

available for a Water Spray Park at Roberto Clemente Park, and the restoration of the swimming pool is well underway. The Town remains committed to transforming this park into a premier attraction, not just for those in Brentwood, but for the entire Islip community.

**August 4th, 2017** – We always welcome sincere input from community advocates and residents. Please be advised of the following:

### Parking Lot/Sidewalk

In preparation for the park opening the parking lot was swept, all parking spaces were repainted, potholes were patched and filled, signage was reviewed and addressed as appropriate, and dangerous curbing and sidewalk was removed and repaired.

With the pool refurbishing project slated to start this Fall, and the associated construction equipment utilizing the parking lots, any large scale parking lot replacement would be short-sighted and fiscally irresponsible. The parking lot, and associated underlying drainage systems, will be fully addressed in full at the completion of the heavy construction at the park. Similarly, sidewalks and curbing will be addressed and replaced as part of an appropriately scheduled and designed comprehensive paving project. At this point, we have inspected the parking lot and we are confident it is safe for our residents.

### Playground

The Town has been working with Kaboom! to identify and secure funding for a new playground at the Park, but have been unsuccessful to date. Part of the Kaboom! playground grant program calls for the Town to remove the existing playground equipment. To ensure that a playground was still available to the children of Brentwood upon opening the park, the Town elected to retain the existing playground until such time that the Kaboom! playground is successfully scheduled. The Town will continue on the path to secure a Kaboom! playground within the next year. Upon exhausting this avenue, the Town will do whatever it takes to install a new playground with a rubber surface.

### Basketball Courts/ Adjoining Grounds

The Basketball courts, which were redone as recently as 2009, have been crack-sealed and relined. Additionally, in order to improve the line of vision, tree lines have been lifted, and new picnic tables have been added for families to enjoy.

### Bathroom

As part of the multi-year and -phase redevelopment of the park, a standalone bathroom facility will be addressed. Historically, the only bathroom facilities at Roberto Clemente Park have been in the pool house, and were only available to pool patrons. While not ideal, temporary facilities are utilized Town wide whenever a permanent building is not available. These temporary facilities are clean, safe, and convenient for community use.

### Fields

The Town has removed one old, unsafe rusted backstop to create an all-purpose field for soccer, football, lacrosse, etc. The second ball field was addressed to include new clay, bleachers, and renovated backstop. This fall we will be irrigating and hydro-seeding the baseball and multi- purpose field.

## July 31st, 2017 UPDATE: Roberto Clemente Park is now open to the public.

July 24th, 2017 –

- The bid to renovate the swimming pool at Roberto Clemente was advertised Thursday, July 13th. There is a mandatory walk-through for all bidders on July 25th at 10AM. The bid opening is August 3rd and we expect the award resolution to be on the August 22nd Town Board meeting agenda. The renovation is planned to be completed next year.
- The playground, basketball courts, and ball fields are all in final preparation stages and will be ready for the park opening. The playground has been cleaned and raked; basketball court surfaces have been cleaned and hoops and nets are in place; the fields (one baseball, one multi-purpose use) have been prepared for use.
- Parking lots are being cleaned and re-striped
- New benches and picnic tables have been added to the playground area.
- The remediated field is in the final stages of completion. Once all the topsoil is in place, the field will be hydro-seeded and watered in preparation for the opening of the park.

**June 20th, 2017** – Town-wide efforts have brought advances throughout the facility, with the long-term goals of improving and re-opening the park coming into focus.

The maintenance and care of the facility has been a top priority. Town crews have worked to clean up and remove

overgrown vegetation and unsafe tree limbs, as well as raise the tree umbrella so Public Safety has a clear view into the park. The playground area has been cleaned and restored, including the repair and replacement of swings and other features.  The rusted softball backstop has been removed, and is being prepared as a multi-use field. Both the large ball field and basketball courts are being groomed and cleaned and will soon be available for community use. New bleachers and benches are on site, and bike racks will soon be installed as well.

The improvements are not limited to inside the park:  the park's exterior is also being upgraded. The Planning Department has started a Safe Routes to School project, installing curbing and sidewalk along the park on Nolin Street. In addition to the new sidewalk, fencing has been replaced along the northern border of the park, and 10 ADA compliant sidewalk ramps are being installed in the vicinity of the park to improve access.

Finally, the remediation work on the field is progressing rapidly. The established approval process for this phase of work has required intense coordination between the Town, State DEC, and contractors. Filling and leveling the field, including hydro-seeding the entire area, continues, and will soon reach completion.

 **April 27th, 2017 –** Starting Monday, May 1,  we will begin backfilling the excavated area of Roberto Clemente Park. This process will take approximately 6 weeks. We will start opening the park in phases. Phase one will be the opening of the field areas, basketball courts and the playground area. We will spend this year renovating the pool, with the goal of reopening in 2018.

**January 25th, 2017 –** Islip Town officials authorized the contract to begin restoring the grounds of Roberto Clemente Park, having approved the required RFP at the January 24th Town Board meeting.

Many firms submitted proposals for the work, and Town officials are encouraged at the quality of plans that were put forth. This first stage of the project will involve bringing in soil, used to restore the original gradient of the park. This step will finally allow further development to continue. The work will be constantly supervised by the Town to ensure that the park is restored efficiently and safely.

"The Town is moving ahead with plans to return this park back to our communities as quickly as possible, while ensuring that any work is completed to our exacting standards," said Supervisor Angie Carpenter. "As the backfill portion of the restoration is proceeding, we are looking ahead to the other projects for Roberto Clemente Park, including the Spray Park, whose funding has been secured by Assemblyman Phil Ramos."

Updates on the progress of the restoration of Roberto Clemente Park will continue to be posted to the Town's website, which can be viewed **here**.

The removal of materials at Roberto Clemente Park has been completed and has met the requirements of the State DEC and the Town. Additionally, the State DEC has approved the Town's restoration plan for the former soccer field area.

On December 13, the Town conducted a walk-through at Roberto Clemente Park for prospective bidders. Bids are due back on Thursday, December 22. The Town expects to move rapidly through the evaluation process, and have a proposed contract before the Town Board at the January Town Board meeting. Once mobilized, this project should move forward in an expeditious manner. Barring any unforeseen circumstances, or severe winter weather, there is a reasonable expectation that Roberto Clemente Park will re-open and welcome residents back to the park in the summer of 2017. With the necessary approvals already in place, and the restoration underway, the Town is advancing its long term phases. Periodic updates will be provided at Town Board meetings and on the Town's website, as we move forward, including outlining the various phases of the redevelopment of the park.





**Information Hotline:** 1-888-674-7501

**Forms** | **Parks and Recreation Department**

Town of Islip 2009-2018