UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Ana Flores, Rene Flores, Maria Magdalena Hernandez, Magali Roman, Make the Road New York, and New York Communities for Change,<br><br>         Plaintiffs,<br><br>      v.<br><br>Town of Islip, Islip Town Board, and Suffolk County Board of Elections,<br><br>         Defendants. | 2:18-cv-03549 (ADS) (GRB) |

## DECLARATION OF JOHN R. LOGAN, Ph.D.

JOHN R. LOGAN declares pursuant to 28 U.S.C. § 1746:

1. I am submitting this declaration to correct typographic errors contained in my initial Expert Report, dated March 1, 2019.

2. In Table 1, I changed the numbers for "Professional/managerial" from "84.9%" to "23.1%" for NH white and from "62.1%" to "8.7%" for Latino. I also changed the corresponding bullet on page 9 to contain these numbers.

3. In Table 4, I expanded the bottom two rows to make it so the labels "NH white" and "Latino" are not cut off.

1

I declare under penalty of perjury that the foregoing is true and correct.

Executed at: New York, New York

April 9, 2019

*John R Logan*

_____

JOHN R. LOGAN