# EXHIBIT A

# Expert Report

## John R. Logan, Ph.D.

*Ana Flores, Rene Flores, Maria Magdalena Hernandez, Magali Roman,
Make the Road New York, and New York Communities for Change*
**v.** *Town of Islip, Islip Town Board, Suffolk County Board of Elections*

## I.      Introduction

1.      I have been retained as an expert by counsel for the Plaintiffs in the above captioned litigation.  I have prepared this report pursuant to Federal Rule of Civil Procedure 26(a)(2)(B).

2.      I have been asked to express opinions about the extent to which members of the Latino community in Islip, New York bear the effects of discrimination in areas such as education, employment, and health, which hinder their ability to participate effectively in the political process.

## II.      Professional Qualifications

3.      I am a sociologist, specializing in urban sociology, political sociology, and social demography.  Urban sociology includes research on the spatial structure of urban areas (including patterns of segregation by race, ethnicity, and social class); disparities across neighborhoods along such dimensions as schools, policing, health, and political influence; local politics and public policy that influence how local areas develop and change over time; and the social connections and networks among residents.  Political sociology deals with patterns of power, influence, and political participation both within the U.S. and across the globe, often linking political processes to socioeconomic cleavages within communities and nations.  Social demography deals with a wide range of population processes, and I have worked mainly in the areas of race and ethnicity, migration and immigration, and population distribution.

4.      I have taught undergraduate and graduate courses in all of these areas since 1972. I have also developed competence and taught courses in quantitative research methods and spatial analysis.  At the University at Albany (1980-2004), I was jointly appointed to the Departments of Sociology and Public Administration and Policy.  At Brown University (2004-present), I am Professor of Sociology, and until 2016 I served as the founding director of the research initiative on Spatial Structures in the Social Sciences.  I am also currently Visiting Professor of Sociology at Princeton University.

5.      I have served as Vice President of the American Sociological Association ("ASA"), as Chair of the Community and Urban Sociology Section of the ASA, and as President of the Research Committee on Urban and Regional Development of the International Sociological Association.  I have been honored with three book awards from the ASA: the Robert E. Park Award (l988), Award for a Distinguished Scholarly Publication (1990), and the William J. Goode Award (1997).  I also received the Robert and Helen Lynd Lifetime Achievement Award (2008).

6.      I am recognized as a leading international scholar on topics that are relevant to this case, including local politics and development policy, segregation and neighborhood disparities that affect racial and ethnic minorities and immigrants, inequalities in educational opportunities, exposure to crime and health risks, and the impact of electoral policies on political participation.  My scholarly publications have been cited by other researchers more than 26,000 times, and my reports based on analyses of census data have been the basis of many articles in major U.S. news media.

7.      Exhibit 1 to this report is a curriculum vitae setting forth my professional background, which includes a list of all publications that I have authored.  These include two

books, seven edited books and special issues of professional journals, and over 200 journal articles and book chapters.

### III.   <u>Compensation</u>

8.      I am being compensated $300 per hour for my work in connection with this litigation.  My compensation is unaffected by the opinion and conclusions that I ultimately reach.

### IV.   <u>Other Expert Testimony Given in Last 10 Years</u>

9.      I provided an expert report and deposition in *Fair Housing in Huntington Committee, et al.* v. *Town of Huntington, et al.*, 11 CV 1298 (DRH) (WDW), U.S. District Court for the Eastern District of New York, 2011.  I provided an expert report in *United States of America ex rel., Curtis Lockey and Craig MacKenzie* v. *City of Dallas, Texas and Dallas Housing Authority*, 2012.  I provided an expert report in an Administrative Complaint to the U.S. Department of Housing and Urban Development in *BNI, Inc., Baltimore County Chapter of NAACP, Latanya Genius, Rhonda Myers and Myesha Allender-Hardison* v. *Baltimore County, Maryland, Andrea Van Arsdale, Director Baltimore County Office of Planning and Lois Cramer, Administrator, Baltimore County Housing Office*, 2013.  I provided an expert report in *Fair Housing in Huntington Committee, et al.* v. *Town of Huntington, et al.*, 2013-2014.

### V.   <u>Opinions</u>

10.      This report considers whether, based on the totality of circumstances, Islip's Latino voters have less opportunity to participate in the political process and to elect representatives of their choice.  In preparation for this report I reviewed the criteria of the Supreme Court's vote dilution test set forth in *Thornburg* v. *Gingles*, 478 U.S. 30 (1986).  This

report contends with the set of factors enumerated by the Senate Judiciary Committee Report that accompanied the 1982 amendments to Section 2 of the Voting Rights Act (the "Senate Factors").

11.     This report focuses on Senate Factor 5: "the extent to which members of the minority group in the state or political subdivision bear the effects of discrimination in such areas as education, employment and health, which hinder their ability to participate effectively in the political process."[1]  In addition to assessing the specific areas of consideration enumerated in Senate Factor 5, this report also considers additional relevant areas of discrimination or disadvantage, such as policing and public safety and environmental hazards.

12.     I have reached the following opinions regarding the disadvantages experienced by Latino residents of the Town of Islip, Suffolk County, and/or New York State in comparison to non-Hispanic white residents.[2]

    a) Islip's Latino residents are younger, more likely to be immigrants, less likely to speak English well, less well educated, less likely to have professional and managerial occupations, more likely to have lower income, less likely to be homeowners, and less likely to have lived for a long period in the same neighborhood than Islip's white residents.  These socioeconomic characteristics reduce the ability of Latino residents to participate in the political process, and Islip's Latino residents are less likely to register and vote than Islip's white residents.

---

[1]     S. Rep. No. 97-417, at 29 (1982).

[2]     In this report, I refer to Latinos as persons who self-report as having Hispanic or Latino origin and are of any race.  I refer to whites as non-Hispanics whose race is white alone (not in combination with another race).

b)  Latino residents of Suffolk County and Islip experience greater health problems, as measured by health insurance coverage, access to and use of health care, access to healthy food, birth outcomes and infant mortality, and homicide mortality.

c)  Islip's Latino residents are less well served by public education, as the schools Latinos attend have higher levels of concentrated poverty, have lower standardized test scores, and have lower high school graduation rates.

d)  Law enforcement has not established sufficient trust with the Latino community in Suffolk County and in Islip, causing insecurity about day-to-day safety and the willingness and ability of police to protect the Latino community.  This creates unhealthy stress, is an obstacle to the sort of police-community collaboration that might better confront crime, and is likely associated with a sense of marginality that hinders political participation.

e)  Islip's Latino community has been disproportionately subjected to significant environmental hazards, in part due to the actions of Town officials, which contribute to the community's sense of marginalization in Town governance.

13.  In sum, I conclude that Latino residents of the Town of Islip "bear the effects of discrimination" in a variety of areas of the sort enumerated in the 1982 Senate Judiciary Committee Report that "hinder their ability to participate effectively in the political process."[3]

## VI.  Basis and Reasons for Opinions

14.  My opinions rely on a wide range of statistical sources and documents.  I have conducted original analysis of data from the 2010 Census of Population, the 2012-2016

---

[3]  *See* S. Rep. No. 97-417, at 29 (1982).

American Community Survey, the New York State Department of Education, and the New York Division of Children and Families.  I have also reviewed reports prepared by the New York State Department of Environmental Conservation, the U.S. Department of Justice, and the Southern Poverty Law Center, as well as complaints and judgments in court cases and contemporaneous newspaper reports.

15.     My opinions were formed based on an examination of the disadvantaged position of Latino residents in the arenas of socioeconomic characteristics; public health; public education; policing and public safety; and environmental hazards.  Their disadvantaged position stems partly from personal background (including nativity, immigration status, English language ability, and occupational qualifications), but it is aggravated by the unequal resources that are available to them based in part on where they reside within the Town (such as the quality of schools, police protection, and environmental quality).  I also incorporate findings from multiple national scientific studies that disadvantages like those experienced by Latino residents in Islip constitute obstacles to their political participation.

16.     In the following sections A) through E), which correspond to the opinions listed above, I describe my sources of information in more detail (all of which are also listed in Appendix A), how I relied on them, and the specific evidence on which my opinions rely.

A.     **Socioeconomic Characteristics and Political Participation**

1.     **In General**

17.     It is widely agreed that political participation is influenced by a variety of socioeconomic characteristics.  A foundational study by Verba et al. (1993) established the current mainstream understanding that political participation is highly associated with the

resources of time, political experience, education, and money.[4]  They demonstrated that being

politically active was strongly associated with years of schooling, speaking English at home,

family income, and job skills.  After taking these and related variables into account, they found

that the observed deficit in political participation by African Americans and Latinos disappears.

Other scholars have pointed out the relevance of "rootedness," with higher participation among

persons who are older, married, and more residentially stable (Highton 2000, Bueker 2006).

Ramakrishnan and Espenshade (2001) show the effects of this whole range of socioeconomic

variables on voting, using data from the Current Population Survey ("CPS") in the 1990s.

18.     Researchers have applied these findings to explain why Latinos typically have

lower political participation than non-Hispanic whites.  For example, Citrin and Highton (2002)

argue that low Latino voting in California can be explained by Latinos' relative youth and their

lower education and socioeconomic status.

19.     My own current research also directly examines these predictors of political

participation (Logan, Darrah, and Rita 2018).  The CPS includes a voting and registration

supplement in the November survey of every even-numbered year, which contains self-reported

variables on whether a respondent voted or registered to vote in that year's election.  I analyzed

both of these aspects of electoral participation to study voter turnout in the 2000 through 2016

elections for all potentially eligible voters: citizens who were age 18 and older at the time of the

survey.  I have found very large gaps in registration and voting favoring older persons, married

persons, those with at least some college education, persons with higher incomes, and those who

have lived more than five years in their current home.

---

[4]     Full citations to all academic studies cited in this report are available in Appendix A.

### 2.   In Islip

20.     In light of the evidence on a national level about the socioeconomic characteristics that affect people's likelihood to participate in the political process, I now seek to characterize the Latino community in Islip based on these same features that bear on its ability to participate in the political process.  In every respect, Latinos face barriers to participation.

21.     I have analyzed data from the American Community Survey ("ACS").  The ACS is conducted annually by the Census Bureau for a changing sample of about 1.5% of the population.  The ACS reports people's residential locations based on Public Use Microdata Areas ("PUMAs").  The data I relied on is from the three PUMAs that collectively include all of Islip (PUMAs 3309 (Islip Town – East), 3310 (Islip Town – Northwest), and 3311 (Islip Town – South)).  PUMA 3310 (Islip Town – Northwest) is majority Latino (55.2%), while the other two PUMAs are majority white (85.5% and 71.7%, respectively).  I have aggregated the results from five years of ACS data (2012-2016) in order to have a sufficient sample of Islip residents to draw reliable conclusions comparing Latino and white residents.

22.     The ACS data includes many relevant socioeconomic characteristics.  Some are based on individual characteristics, such as nativity (immigrant or U.S.-born), age, English-speaking ability, education, employment status, and occupation.  Others are based on household characteristics (determined by the race/ethnicity of the household head), such as household size, whether the home is rented or owned, duration of residency, and household income (see Table 1 below).

| Table 1: Socioeconomic Characteristics (ACS 2012-2016), Islip Town | | |
|---|---|---|
| | **NH white** | **Latino** |
| **Nativity of citizens** | | |
|  **US-born citizen** | 97.1% | 46.5% |
|  **Naturalized citizen** | 2.9% | 53.5% |
| **Voting age citizens <40** | 29.9% | 45.1% |
| **English language (age 5+)** | | |
|  **Speaks only English** | 92.0% | 19.3% |
|  **Speaks very well** | 6.3% | 38.2% |
|  **Speaks less well** | 1.7% | 42.5% |
| **Some college (age 25+)** | 55.4% | 27.4% |
| **Professional/managerial** | 23.1% | 8.7% |
| **Unemployed (in labor force)** | 5.9% | 5.7% |
| **Home owner** | 83.1% | 62.3% |
| **Length of residence:** | | |
|  **Less than 5 yrs** | 20.2% | 30.8% |
|  **5-19 yrs** | 39.6% | 53.7% |
|  **20+ yrs** | 40.2% | 15.5% |
| **Median household income** | $93,766 | $75,543 |

23.    At the individual level, there are large and statistically significant differences

between Latinos and whites in Islip that correlate with lower political participation by Latinos.

- Among citizens, over half of Latinos are naturalized (hence born abroad), compared to only about 3% of whites.

- Among citizens of voting age, 45% of Latinos are under the age of 40, compared to only about 30% of whites.

- Over 40% of Latinos cannot speak English well, compared to only about 2% of whites.

- Latinos in Islip are only half as likely as whites to have any post-secondary education.

- Latinos are not more likely than whites to be unemployed, but they work in lower prestige and lower paying jobs.  The share of Islip's Latino labor force with professional or managerial occupations (8.7%) is considerably less than the 23.1% of whites in such occupations.

24.     At the household level, there are also very large and statistically significant differences between Latinos and whites in Islip that correlate with lower political participation by Latinos.

- Latinos are less likely than whites to be homeowners (62.3% compared to 83.1%).

- Latinos are less likely than whites to be long-term residents of their homes.  Only 15.5% of Latinos have resided in their homes for over 20 years, compared to 40.2% of whites.  Furthermore, 30.8% of Latinos have resided in their homes for less than five years, compared to only 20.2% of whites.

- Latinos have lower household incomes than whites, despite having larger households, with a median household income of about $75,500 compared to about $94,000 for whites.

25.     As shown by the data above, Latino residents of Islip exhibit, without exception, poorer socioeconomic characteristics than white residents.  Every one of these characteristics is likely to reduce the ability of a Latino citizen of voting age to participate in the political process.

26.     This likelihood is borne out in the data.  Latinos across Islip exhibit both lower socioeconomic characteristics and lower levels of political participation than Islip as a whole.

27.     Appendix 2 of the expert report of Dr. Andrew Beveridge includes a review of voter turnout in the 2017 Town election, including estimates of Latino registration and voting based on Latino surnames.[5]  These data have been organized by the same PUMA areas that I selected for the ACS demographic analysis above.  I am familiar with the surname analysis methodology described by Dr. Beveridge, and I understand it to be a robust, reliable, and generally accepted approach.  I have retabulated these data using the estimates for Latinos that presume the true Latino total is 1.5 times the number with common Hispanic surnames (see Table 2 below).[6]

---

[5]     Expert Report Of Dr. Andrew A. Beveridge, Appendix 2, Voter Turnout Data.

[6]     Interpretation of the results is similar regardless of whether the initial count or the estimate is used.

| Table 2: Voting results for Latinos and non-Latinos, Islip 2017, by PUMA | | | | |
|---|---|---|---|---|
| | Islip Total | Islip-East | Islip-Northwest | Islip-South |
| **Latino share of:** | | | | |
| Registrants | 17.2% | 5.6% | 42.1% | 8.1% |
| Voters | 8.9% | 4.1% | 29.1% | 4.4% |
| **% of registered who voted** | | | | |
| Latino | 15.1% | 25.0% | 12.8% | 17.4% |
| Non-Latino | 32.0% | 35.1% | 22.8% | 33.4% |
| All residents | 29.0% | 34.6% | 18.6% | 32.1% |

28.    Table 2 shows that, in 2017, Latinos accounted for only 17.2% of registered voters in Islip, though in the predominately Latino Northwest PUMA their share was much higher, above 40%.  Latinos were also a smaller share of actual voters in the 2017 election (8.9% in the Town, though as high as 29.1% in the Northwest PUMA).  Voter turnout was lowest in the Northwest PUMA for both Latinos and non-Latinos, and for all groups combined this PUMA had lower turnout (18.6%) than Islip as a whole (29.0%).  Most importantly, Latino registered voters were less than half as likely to vote (15.1%) than were non-Latino registered voters (32.0%).

29.    I attribute these disparities in political participation in part to the disparities in individual and household socioeconomic characteristics described above.  Another likely factor, based on national studies, is Latino residents' sense of marginalization in the Town (a view that is consistent with evidence I cite below in the sections on Policing and the Environment) and their experience that their preferred candidates are unable to be elected under the at-large structure.

### 3.    Conclusion

30.    Islip's Latino residents are younger, more likely to be immigrants, less likely to speak English well, less well educated, less likely to have professional and managerial

occupations, more likely to have lower income, less likely to be homeowners, and less likely to have lived for a long period in the same neighborhood than Islip's white residents. These poor socioeconomic characteristics reduce the ability of Latino residents to participate in the political process, and Islip's Latino residents are less likely to register and vote than Islip's white residents.

**B.      Public Health**

**1.      In General**

31.      Latinos suffer from significant health disparities in the U.S., and I show below that these disparities are found in Islip, Suffolk County, and/or New York State (depending on the available data). Latinos are less likely to have health insurance and more likely to rely on Medicaid for coverage, they have worse birth outcomes, they are less likely to have a consistent medical care provider, and they suffer higher rates of homicide mortality.

32.      Significant resources have been devoted to documenting and understanding minority health disparities, including those affecting Latinos in the United States. One overview was prepared by the Office of Minority Health ("OMH") of the U.S. Department of Health and Human Services.[7] The OMH found that "Hispanic health is often shaped by factors such as language/cultural barriers, lack of access to preventive care, and the lack of health insurance." The OMH reported that "Hispanics have the highest uninsured rates of any racial or ethnic group within the United States." In 2015, 19.5% of the U.S. Latino population was not covered by health insurance, as compared to only 6.3% of the non-Hispanic white population.

---

[7]      U.S. Department of Health and Human Services, Office of Minority Health, *Profile: Hispanic/Latino Americans*, https://minorityhealth.hhs.gov/omh/browse.aspx?lvl=3&lvlid=64).

### 2.      In Islip, Suffolk County, and/or New York State

33.      The ACS 2012-2016 data show that Latinos in Islip also experience a disparity in health insurance coverage (see Table 3 below).  The share of Islip's Latino residents with no health insurance is 19.3%, more than four times higher than for whites (4.4%).  Latinos are also more likely than whites to be covered by Medicaid (25.4% compared to 9.9%).  These disparities mirror the findings of a Johns Hopkins University team who produced a policy brief on health issues in the predominately Latino hamlet of Islip, Brentwood (Goodman et al 2015).  In their view, "the most significant barriers to healthcare access are lack of insurance and cost of medical care . . . Respondents with low income and education levels, those born outside of the United States, those who speak a primary language other than English and have limited English proficiency were more likely to be uninsured."

| Table 3: Insurance coverage, Islip Town (ACS 2012-2016) | | |
|---|---|---|
| | **NH white** | **Latino** |
| **Insurance (ACS 2012-2016)** | | |
| **No health insurance coverage** | 4.4% | 19.3% |
| **Insured through Medicaid** | 9.9% | 25.4% |

34.      Another available indicator of health disparities at the local level is the existence of what the U.S. Department of Agriculture defines as a "food desert," which limits residents' access to good nutrition.[8]  A food desert is a low-income census tract where a significant portion of households live more than a mile from a supermarket.  Within the Town of Islip, only one census tract meets this definition: tract 462.01 in Brentwood, which was 71.3% Latino in 2010.

35.      Birth outcomes are also considered to be a sensitive indicator of the general public health status of a community.  MEASURE Evaluation, an international public health

---

[8]      U.S. Department of Agriculture, *Food Access Research Atlas*, https://www.ers.usda.gov/data-products/food-access-research-atlas/go-to-the-atlas.aspx.

project supported by the U.S. Agency for International Development, describes the importance of birth outcomes: "[T]he proportion of infants with a low birth weight is an indicator of a multifaceted public health problem that includes long-term maternal malnutrition, ill health, hard work and poor health care in pregnancy."[9]

36.     I analyzed birth outcomes data from the "Linked Birth/Infant Death Records" produced by the National Center for Health Statistics and disseminated by the Centers for Disease Control ("CDC").[10]  In addition to the infant mortality rate, there are three specific indicators reported on by the CDC: low birthweight, preterm birth, and insufficient prenatal care. Low birthweight refers to babies who weigh less than 2500 grams at birth, while preterm birth refers to babies born less than 37 weeks into pregnancy (based on an obstetric/clinical gestation estimate).  Both low birthweight and preterm birth are substantial risk factors for mortality before age one, as well as subsequent health problems.  The third indicator is the share of mothers who received either no prenatal care or prenatal care only in the third trimester. Insufficient prenatal care is a risk factor for pregnancy-related health problems for the mother and poor outcomes for the baby.

37.     The CDC provides comparative data on these three indicators, as well as the overall infant mortality rate, for Latinos and non-Hispanic whites in New York State between 2007 and 2016 (see Table 4 below).  The infant mortality rate is expressed as the number of deaths per 1,000 live births.

---

[9]     MEASURE Evaluation, *Indicator Compendium for Reproductive Maternal Newborn Child and Adolescent Health*,  https://www.measureevaluation.org/rbf/indicator-collections/health-outcome-impact-indicators/incidence-of-low-birth-weight-among-newborns.

[10]    Centers for Disease Control, *CDC Wonder*, *Linked Birth/Infant Death Records for 2007-2016*, https://wonder.cdc.gov/lbd.html.

| Table 4: Prenatal care and birth outcomes, New York State 2007-2016, CDC Wonder | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Total | | Late/no prenatal care | | Low birthweight | | Preterm birth | |
| | Births | Death Rate | % Late/no care | Death Rate | % Low weight | Death Rate | % pre term | Death Rate |
| NH white | 1,176,362 | 3.98 | 2.8% | 7.29 | 6.7% | 40.54 | 1.5% | 30.36 |
| Latino | 571,163 | 4.80 | 5.4% | 7.40 | 7.7% | 44.48 | 1.7% | 33.07 |

38.     In short, Latinos in New York State are more likely than whites to experience low

birthweights, preterm births, and have insufficient prenatal care, all of which are associated with

a higher infant mortality rate.

- The share of low birthweight babies for Latinos was 7.7%, compared to 6.7% for whites, which is linked to a nearly 10% increase in mortality rate of 44.48 compared to 40.54 for whites.

- The share of preterm births for Latinos was 1.7% compared to 1.5% for whites, which is linked to a nearly 9% increase in mortality rate of 33.07 compared to 30.36 for whites.

- The share of mothers who had either no or late prenatal care was 5.4% for Latinos compared to only 2.8% for whites.

- Latinos experienced an overall infant mortality rate nearly 20% greater than that of whites (4.80 per 1000 live births for Latinos compared to 3.98 per 1000 live births for whites).

39.     A "Community Needs Assessment" prepared by the Economic Opportunity

Council of  Suffolk County ("EOC") in 2017 reports more geographically specific information

for Suffolk County based on the same CDC data.[11]  In Suffolk County during 2006-2012, the

infant mortality rate per 1,000 live births was 5.0 for Latinos compared to only 3.3 for non-

---

[11]     Economic Opportunity Council of Suffolk, *Community Needs Assessment* at 180 (Nov. 17, 2017), https://eoc-suffolk.com/wp-content/uploads/2018/06/needs-assessment-11-17-17.pdf.

Hispanic whites. In other words, Latinos in Suffolk County were more than 50% more likely to experience infant mortality than whites.

40.      The 2017 EOC Report also provides two other measures of health disparities. The first is the percentage of adults who do not have a consistent source of primary care, which is based on surveys conducted for the CDC's Behavioral Risk Factor Surveillance System for 2011-2012.[12] Such individuals face a greater risk of not receiving regular preventive care and of relying on emergency rooms for primary care services. In New York State, Latinos are more than twice as likely as whites to not have a consistent source of primary care (28.9% of Latinos compared to only 12.1% of non-Hispanic whites). Although results by race are only available at the State level, the overall percentage of adults in Suffolk County who do not have a consistent source of primary care is slightly higher than the percentage in New York State.

41.      The second measure of health disparities included in the EOC Report is the risk of homicide mortality, which is based on the CDC's National Vital Statistics Systems for 2010-2014. Homicide is an indicator of poor neighborhood safety, it is a leading cause of premature death, and it affects other health conditions through its impact on levels of stress. As the federal Healthy People initiative points out, "[t]here are serious short- and long-term health effects from exposure to crime and violence in one's community."[13] In Suffolk County, the age-adjusted homicide rate per 100,000 people was 3.9 for Latinos compared to only 1.1 for non-Hispanic whites, more than three times greater.

---

[12]   *Id.* at 175–76.

[13]   Office of Disease Prevention and Health Promotion. *HealthyPeople 2020, Crime and Violence*, https://www.healthypeople.gov/2020/topics-objectives/topic/social-determinants-health/interventions-resources/crime-and-violence.

### 3.      Conclusion

42.      Without exception, the public health indicators described above provide evidence of the disadvantaged position of the Latino community in New York State, Suffolk County, and Islip.  Latino residents of Suffolk County and Islip experience greater health problems, as measured by health insurance coverage, access to and use of health care, access to healthy food, birth outcomes and infant mortality, and homicide mortality.

### C.      **Public Education**

### 1.      In General

43.      Public education is another arena that has drawn the attention of academic researchers who examine intergroup disparities.  A common finding is that black and Latino students perform less well than white and Asian students (Jencks & Phillips, 1998; Hallinan, 2001; Henderson, 2002; Maruyama, 2003; and Rumberger & Palardy, 2005).  Dropout rates are also much higher among black and Latino students than among white and Asian students (Mickelson, 2003).

44.      Most relevant for the purposes of this report is whether these findings reflect inequalities in the nature of the schools that these children are able to attend.  Saporito and Sohoni (2007) found that, unlike the typical white child, who attends a public school in which most of the children are above the poverty line, the typical Latino child attends a public school in which most of the children are below the poverty line.  Orfield & Lee (2005) pointed out that more than 60% of Latino students attend high poverty schools (defined as more than 50% poor), compared to only 18% of white students.  In my own analysis of national data from 1999-2000, I found similar patterns:  Latino students on average attended public elementary schools where

66% of students qualified for free/reduced price lunches, compared to only 30% for schools attended by the average non-Hispanic white student (Logan 2002).

45.     Numerous studies suggest that racial segregation itself affects student performance.  Bankston and Caldas (1996, 1997) and Rumberger and Williams (1992) showed that minority concentration in schools is associated with lower achievement on standardized tests, and academic outcomes are generally better in racially integrated schools (Dawkins & Braddock, 1994; Armor, 2002).  Stiefel found that the achievement gap between white and non-white school children is greatest when comparing students who attend racially segregated schools (Stiefel et al., 2008).  Card and Rothstein (2005) concluded that segregation continues to be a major obstacle to equal educational opportunities for minority children and a source of gaps in academic achievement.

46.     Other researchers emphasize the effect of a school's class composition.  The classic study of school effects, the Coleman Report (Coleman et al., 1966), argued that predominantly white schools tended to enroll students from higher socioeconomic backgrounds, which caused such schools' academic performances to be better than those of predominantly minority schools.[14]  A more recent study of this question (Chaplin, 2002) found that the concentration of poverty within a school is negatively associated with student performance and later outcomes, even after controlling for a student's own family background.[15]

47.     My own research at the national level reveals a substantial gap between the standardized test scores of schools attended by the average non-Hispanic white student and those attended by the average Latino student (Logan, Minca and Adar 2012).  These "averages" are

---

[14]   *See also* Hauser, Sewell & Alwin, 1976.

[15]   Additionally, see a number of prior studies, including Chubb & Moe, 1990; Jencks & Mayer, 1990; Gamoran, 1996; and Lee & Smith, 1997.

based on a commonly used exposure index, which takes into account the characteristics of all schools that students attend and calculates an average across them, but the average counts more heavily in those schools that a given group is more likely to attend.  For example, if many Latino students attend a given school, that school counts more in the average; if only few Latino students attend the school, it counts less.  The exposure index is, in other words, a weighted average where the weight is the number of group members.  Using this technique, we found that, for example, when schools within the same state were compared based on their percentile ranks for average reading scores in 2009-2010, the average white student attended an elementary school at the 59.9th[h] percentile, a middle school at the 61st percentile, and a high school at the 60.5th percentile.  The corresponding respective values for the average Latino student were 36.4, 37.9, and 43.5.

### 2.     In Islip

48.     To examine public education disparities within the Town of Islip, I analyzed data prepared by the New York State Education Department ("NYSED") for the State Report Card 2016-2017.[16]

49.     Islip does not have a single, unified school district.  Instead, it is divided into six separate school districts within its borders.  This fragmentation of a single town into many small school districts is characteristic of Long Island and results in large differences in class and racial/ethnic composition between school districts.  Predominantly Latino school districts are found in the northwest portion of Islip, including Brentwood (82.3% Latino) and Central Islip (72.5% Latino).  The Bay Shore School District is more mixed (40.4% Latino, though with a

---

[16]   New York State Education Department, *State Report Card 2016-2017 and 2017-2018*, https://data.nysed.gov/downloads.php.

large black enrollment).  Predominantly white school districts include Islip (22.2% Latino), East Islip (15.5% Latino), and West Islip (9.3% Latino) (see Table 5 below).

| Table 5: Characteristics of school districts in Islip Town, 2016 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Latino | Black | Free lunch | English learner | Math 8 | Math 3 | English 8 | English 3 |
| **Brentwood** | 82.3% | 10.5% | 72.3% | 30.3% | 63.9% | 38.2% | 47.5% | 34.3% |
| **Central Islip** | 72.5% | 19.7% | 72.1% | 27.3% | 57.9% | 29.6% | 28.4% | 31.8% |
| **Bay Shore UFSD** | 40.4% | 20.2% | 44.5% | 7.0% | 47.7% | 36.9% | 27.4% | 25.4% |
| **Islip UFSD** | 22.2% | 5.8% | 24.3% | 4.2% | | 32.5% | 25.6% | 19.1% |
| **East Islip UFSD** | 15.5% | 1.9% | 18.4% | 1.5% | 26.5% | 19.5% | 20.8% | 19.5% |
| **West Islip UFSD** | 9.3% | 0.2% | 11.8% | 0.6% | 13.6% | 9.5% | 11.9% | 11.5% |

Source: NYSED Report

50.     Table 5 also provides insights into the challenges facing each district, based on the percentages of English language learners, students eligible for free lunch (the usual indicator of poverty concentration), and elementary and middle school test score performances.

51.     At one end of the distribution for each one of these indicators is the whitest school district in Town, West Islip, where only 11.8% of students are eligible for free lunch, less than 1% are classified as English language learners, and less than 15% of students score at the lowest level on the 3rd and 8th grade mathematics and English language arts tests.  Meanwhile, Brentwood, Islip's most heavily Latino school district, is at the opposite end of the distribution, with 72.3% of its students eligible for free lunch and 30.3% classified as English language learners.  More than a third of Brentwood's elementary students score at the lowest level in mathematics and English, more than twice as many as in West Islip.  In middle school, nearly two-thirds of Brentwood's students score at the lowest level in mathematics, and nearly half score at the lowest level in English, four times greater than the numbers seen in West Islip.

52.     More sensitive measures take into account the characteristics of each individual school within Islip's six school districts using the same type of exposure index employed in my national study referenced above (Logan, Minca and Adar 2012). I have applied an exposure measure to the same NYSED Report Card data, which allows me to calculate the average characteristics of all of the schools in Islip's six school districts, weighted by the number of Latino or white students who attend them (see Table 6 below). This allows for an examination of the characteristics of (and disparities between) the school attended by the *average* Latino or white student in Islip in 2016.

| Table 6: Average characteristics of Islip schools attended by white and Latino students | | | | | | |
|---|---|---|---|---|---|---|
| | Average High School attended by: | | Average Middle School attended by: | | Average Elementary School attended by: | |
| | Whites | Latinos | Whites | Latinos | Whites | Latinos |
| Latino share* | 21.4% | 69.6% | 25.0% | 69.3% | 26.7% | 74.8% |
| Non-Hispanic white share* | 68.4% | 12.2% | 64.4% | 14.0% | 61.8% | 10.9% |
| Free lunch eligible* | 24.8% | 59.7% | 27.0% | 67.1% | 27.8% | 69.5% |
| Reduced lunch eligible* | 4.3% | 7.8% | 3.8% | 8.2% | 4.1% | 7.7% |
| English language learners* | 3.0% | 17.5% | 4.3% | 19.4% | 7.3% | 33.8% |
| Math 3rd grade only level 1* | | | | | 21.2% | 35.2% |
| English 3rd grade only level 1* | | | | | 18.4% | 32.0% |
| Math 8th grade only level 1* | | | 27.4% | 58.1% | | |
| English 8th grade only level 1* | | | 21.1% | 38.7% | | |
| High school graduation rate** | 92.3% | 77.8% | | | | |
| Regents math - non-proficient** | 7.4% | 15.8% | | | | |
| Regents English - non-proficient** | 6.4% | 19.7% | | | | |

Source: NYSED Report Card.        * 2016        ** 2018

At the high school level:

- The average Latino student attended a school that was majority Latino (69.6%), while the average white student attended a school that was 68.4% white.

- The average Latino student attended a school that was 59.7% free-lunch eligible, compared to only 24.8% for the average white student.

- The average Latino student attended a school where 17.5% of students were English language learners, compared to only 3.0% for the average white student.

- The average Latino student's high school had a graduation rate of 77.8%, compared to 92.3% for the average white student.

- The average Latino student attended a high school where 15.8% of students had a non-proficient score on the Regents math test (including all cohorts), compared to only 7.4% for the average white student.

- The average Latino student attended a high school where 19.7% of students had a non-proficient score on the Regents English test (including all cohorts), compared to only 6.4% for the average white student.

53.    At the middle school level:

- The average Latino student attended a school that was majority Latino (69.3%), while the average white student attended a school that was 64.4% white.

- The average Latino attended a school that was 67.1% free-lunch eligible, compared to only 27.0% for the average white student.

- The average Latino student attended a school where 19.4% of students were English language learners, compared to only 4.3% for the average white student.

- The average Latino student attended a school where 58.1% of students scored at the lowest level in mathematics and 38.7% scored at the lowest level in English, compared to only 27.4% and 21.1% respectively for the average white student.

54.    At the elementary school level:

- The average Latino student attended a school that was majority Latino (74.8%), while the average white student attended a school that was 61.8% white.

- The average Latino attended a school that was 69.5% free-lunch eligible, compared to only 27.8% for the average white student.

- The average Latino student attended a school where 33.8% of students were English language learners, compared to only 7.3% for the average white student.

- The average Latino student attended a school where 35.2% of students scored at the lowest level in mathematics and 32.0% scored at the lowest level in English, compared to only 21.2% and 18.4% respectively for the average white student.

55.    The disparities between the schools attended by the average Latino student and the average white student are consistent across levels.  Latino students in Islip are highly segregated from white students, and they attend schools with much higher poverty

concentrations, larger shares of English language learners, and lower scoring classmates on standardized tests in mathematics and English language arts.

### 3. Conclusion

56. As exemplified by the data above, Islip's Latino residents are less well served by public education, as the schools Latinos attend have higher levels of concentrated poverty, have lower standardized test scores, and have lower high school graduation rates.

### D. **Policing and Public Safety**

### 1. In General

57. Policing and public safety are key concerns of all communities, but in recent years evidence has accumulated of disparate treatment of minority communities by police officers (Fagan et al 2016).

58. Latino communities present a distinctive context for issues relating to policing and public safety. The usual crime-prevention activities of the police overlap with immigration enforcement, making Latinos less likely to contact law enforcement and therefore more vulnerable to predators and more likely to be the victims of crime.

### 2. In Suffolk County

59. The Suffolk County Police Department ("SCPD") provides local policing for all towns in Suffolk County, including Islip. There is considerable evidence to suggest that Latinos in Suffolk County are disadvantaged with respect to policing and public safety. First, Latinos report that they are subjected to harassment, hostility, racial profiling, and hate crimes, and that crimes against Latinos, including hate crimes and assaults, are not properly investigated by SCPD. Second, SCPD's institutional policies and procedures fail to guard against the risk of policing failures and bias against Latinos, which SCPD has been delinquent in remedying. As a

result of these issues, SCPD has not established sufficient trust with the Latino community, and Latinos are disadvantaged with respect to policing and public safety.

60.     My opinions are based mainly on two sources.  First, I reviewed a report by the Southern Poverty Law Center ("SPLC")—*Climate of Fear: Latino Immigrants in Suffolk County, N.Y.*.[17]  In 2008, Ecuadorian immigrant Marcelo Lucero was killed by a group of teenagers who "target[ed] Latino residents as part of a sport they termed 'beaner-hopping.'"[18]  After the murder, SPLC dispatched a researcher to interview Latinos in Suffolk County.  The SPLC Report provides evidence of Latinos' experiences with policing and public safety in Suffolk County. Because SPLC is an advocacy organization, I read its Report with caution.  I consider the original interview material to be the most informative, especially where it is consistent with investigative journalism by *The New York Times* and *Newsday* dating back to 1999.

61.     Second, I reviewed a memorandum, settlement agreement, and a series of ongoing follow-up reports regarding SCPD's policies and practices from the Civil Rights Division of the U.S. Department of Justice ("DOJ").[19]  In 2009, the DOJ opened an investigation into the SCPD's policies and practices relating to Latinos in response to Mr. Lucero's murder.  The DOJ investigated whether SCPD engaged in discriminatory policing, whether its approach to the Latino community discouraged Latino victims from filing complaints and cooperating with the

---

[17]   Southern Poverty Law Center, *Climate of Fear: Latino Immigrants in Suffolk County*, *N.Y.* (2009), https://www.splcenter.org/sites/default/files/splc_suffolk_report.pdf (hereinafter "SPLC Report").

[18]   *Id.* at 5.

[19]   *See* U.S. Department of Justice, *Suffolk County Police Department Technical Assistance Letter*, (Sept. 13, 2011), https://www.justice.gov/sites/default/files/crt/legacy/2011/09/14/suffolkPD_TA_9-13-11.pdf (hereinafter "DOJ Technical Assistance Letter"); U.S. Department of Justice, *Agreement Between The United States Department Of Justice And Suffolk County Police Department*, (Jan. 13, 2014), https://www.justice.gov/sites/default/files/crt/legacy/2014/01/23/suffolk_agreement_1-13-14.pdf; U.S. Department of Justice,  *Seventh Report Assessing Settlement Agreement Compliance By Suffolk County Police Department*, (Oct. 11, 2018), https://www.suffolkpd.org/Portals/59/scpd_pdfs/infoandpolicies/DOJCompliance10_11_2018.pdf.

police, and whether the Department failed to investigate crimes and hate-crime incidents involving Latinos.[20]

62.     I also reviewed various newspaper articles containing relevant accounts and testimonials from Latino residents of Islip.

63.     Together, these sources provide a basis for forming an opinion on the state of policing and public safety for Latinos in Suffolk County.  By the standards of social science research, the consistency across these sources of information greatly strengthens the evidence.  I note especially: 1) in many respects the DOJ evaluation mirrors the concerns expressed in the SPLC's earlier report; 2) DOJ investigators' independent interviews in the field also uncovered claims that hate crimes are overlooked and that assaults that do not result in serious injury are brushed aside; 3) the DOJ's analysis of procedures and practices reveals institutional patterns that could account for the alleged failures in policing; and 4) the claims of discriminatory behavior are also consistent with reports of a hostile attitude toward Latino immigrants expressed over a long time period by some political leaders in Suffolk County.

> <u>Latinos in Islip report that they are routinely victimized and that they do not trust the police or public officials.</u>

64.     Latinos in Suffolk County report that they are routinely assaulted by local residents who express hostility toward immigrants.[21]  "[Latino immigrants] are regularly taunted, spit upon and pelted with apples, full soda cans, beer bottles and other projectiles.  Their houses and apartments are egged, spray-painted with racial epithets and riddled with bullets in drive-by shootings. . . .  Numerous immigrants reported being shot with BB or pellet guns, or hit in the eyes with pepper spray.  Others said they'd been run off the road by cars while riding bicycles, or

---

[20]     DOJ Technical Assistance Letter at 2.

[21]     *See generally* SPLC Report.

chased into the woods by drivers while traveling on foot.  The SPLC recorded abundant first-hand accounts of immigrants being punched and kicked by random attackers, beaten with baseball bats or robbed at knifepoint."[22]

65.    Latinos in Islip also believe that they are discriminated against by public officials. The SPLC Report found that Latinos believe that public officials express hostility towards them because they are Latino.[23]  For example, "[a]t a public hearing in 2001 County Legislator Michael D'Andre of Smithtown said that if his own town should ever experience an influx of Latino day laborers like that of nearby communities, 'We'll be up in arms; we'll be out with baseball bats.'  Also, in March 2007, County Legislator Elie Mystal of Amityville said of Latino immigrants waiting for work on street corners, 'If I'm living in a neighborhood and people are gathering like that, I would load my gun and start shooting, period. Nobody will say it, but I'm going to say it'."[24]

66.    Latinos in Islip do not trust the police, and they do not believe the police take crimes against Latinos seriously.  "[Latinos] say there's no point in reporting bias-motivated harassment, threats or assaults, even severe beatings, because from what they can tell, the police take the report and then do nothing."[25]  They find that police often accept the version of events given by a non-Latino person, rather than that given by a Latino person.  "And they say that officers discourage hate crime victims from making formal complaints by questioning them about their immigration status."[26]

---

[22]   SPLC Report, at 8.

[23]   *Id.*

[24]   *Id.*

[25]   *Id.* at 9.

[26]   *Id.*

67.     Latinos in Islip also believe that they are targeted by the SCPD.  The SPLC Report found that, "time after time, [Latinos] gave similar accounts of being pulled over for minor traffic violations and then interrogated, or being questioned harshly at nighttime checkpoints after watching Anglo drivers being waved through."[27]

SCPD's policies and procedures increase the likelihood of discriminatory policing and inadequate public safety for Latinos.

68.     SCPD's institutional policies and procedures have resulted in policing failures and bias against Latinos.  An example of one such institutional policy is SCPD's participation in "Secure Communities," a program administered by the Department of Homeland Security ("DHS") to increase local police collaboration with DHS immigration enforcement (now replaced by the "Priority Enforcement Program").[28]  In 2016, the county sheriff announced that he was reinstating a procedure of detaining immigrants wanted by federal authorities for deportation.[29]  SCPD's participation in "Secure Communities" makes SCPD seem to Latinos like an arm of DHS and reinforces their perception that they are being policed unnecessarily.

69.     There are also reports that hate crimes are not properly investigated by the SCPD. For example, "[a]n indictment unsealed two months after [Marcelo] Lucero's killing revealed that in the 13 months before his death, the same teens, in small groups with shifting members, had gone on a spree of violence, assaulting at least 12 other Hispanics, including three men who said they reported the attacks to police but received little follow-up.  These men were not alone.

---

[27]   *Id.*

[28]   *See* DOJ Technical Assistance Letter, at 3.

[29]   *See* Victor Manuel Ramos, *Suffolk sheriff reverses policy on holding immigrant inmates*, (Dec. 25, 2016), https://www.newsday.com/long-island/suffolk/suffolk-sheriff-reverses-policy-on-holding-immigrant-inmates-1.12799163.

Scores of Hispanics came forward to say they had been harassed or beaten and that police were, at best, indifferent."[30]

70.     In 2011, the DOJ submitted a "Technical Assistance Letter" to County Executive Steve Levy outlining DOJ's preliminary observations, advice, and recommendations.  The Letter identified weaknesses in formal procedures and training that can result in inadequate investigation of hate crimes and assaults.  For example, the Letter reported that contrary to SCPD policy, "hate crimes detectives rarely conduct an in-person follow-up interview with complainants."[31]  The Letter also reported that officers declined to assist some individuals where language was a barrier to communication."[32]

71.     DOJ's Technical Assistance Letter and the SPLC Report also noted reasons for Latinos' belief that they are targeted by SCPD.  The DOJ Letter noted that "SCPD ha[d] used a vigorous program of roadblocks and police sobriety checkpoints" and that DOJ received reports "that SCPD's checkpoints ha[d] been used primarily to request documentation of citizenship."[33] The SPLC Report explained that "[e]vidence suggesting unequal enforcement of the motor vehicle code in Suffolk County is easily observed in the local courts that handle minor offenses. Latinos account for roughly 14% of Suffolk County's population, but on a typical day in a Suffolk County justice court, they make up nearly half the defendants appearing for motor vehicle violations."[34]

---

[30]   Sandra Peddie, *Despite Progress after Hate Crime, SCPD and Hispanics Struggle with Trust*, *Newsday*, (Nov. 2, 2018), https://projects.newsday.com/long-island/ms13-lucero-suffolk-police/.

[31]   *See* DOJ Technical Assistance Letter at 4.

[32]   *Id*. at 15.

[33]   *Id.* at 3, 24–25.

[34]   SPLC Report at 9.

72.     The depth of these problems is illustrated by how long it is taking SCPD to correct them.  In 2013, DOJ entered into a Settlement Agreement with SCPD.  The Agreement required SCPD "to implement new and enhanced policies and procedures to ensure nondiscrimination in the provision of police services to Latino communities in Suffolk County."[35] The Agreement required improvements, including training and policy changes, in six different areas: bias-free policing, hate crimes and hate incidents, language assistance, allegations of police misconduct, community engagement, and policies and training generally.[36]

73.     Five years later, the DOJ is still reporting insufficient progress by the SCPD. Because of its failure to comply with the terms of the Settlement Agreement, the SCPD remains under ongoing supervision by the DOJ.  As of October 2018, the SCPD is in "substantial" compliance with requested improvements to the categories of hate crimes and hate incidents, and allegations of police misconduct.  But SCPD remains in only partial compliance with the remaining four improvement areas:  bias-free policing, language assistance, community engagement, and policies and training generally.[37]  SCPD's failure to move more quickly in these areas risks reinforcing Latinos' sense of marginalization.

### 3.     Conclusion

74.     Law enforcement has not established sufficient trust with the Latino community in Suffolk County and in Islip, causing insecurity about day-to-day safety and the willingness

---

[35]   U.S. Department of Justice, *United States Agrees to Comprehensive Settlement with Suffolk County Police Department to Resolve Investigation of Discriminatory Policing Against Latinos*, (Dec. 3, 2013), https://www.justice.gov/opa/pr/united-states-agrees-comprehensive-settlement-suffolk-county-police-department-resolve.

[36]   U.S. Department of Justice, *Agreement Between The United States Department Of Justice And Suffolk County Police Department*, (Jan. 13, 2014), https://www.justice.gov/sites/default/files/crt/legacy/2014/01/23/suffolk_agreement_1-13-14.pdf.

[37]   U.S. Department of Justice, *Seventh Report Assessing Settlement Agreement Compliance By Suffolk County Police Department*, (Oct. 11, 2018), https://www.suffolkpd.org/Portals/59/scpd_pdfs/infoandpolicies/DOJCompliance10_11_2018.pdf.

and ability of police to protect the Latino community.  This creates unhealthy stress, is an obstacle to the sort of police-community collaboration that might better confront crime, and is likely associated with a sense of marginality that hinders political participation.

### E.   Environmental Hazards

#### 1.   In General

75.   Minority neighborhoods typically lie closer to and are more exposed to environmental hazards.  This has been confirmed by an extensive environmental justice literature.[38]

76.   Most recently, a national study by the National Center for Environmental Assessment of the Environmental Protection Agency demonstrated disparities in exposure to 2.5mm particulate-matter ("PM") emissions that are associated with respiratory and cardiovascular diseases and premature mortality.[39]  The study showed that Latinos were 20% more likely to be exposed to PM emissions than the average person, whereas whites were 16% less likely to be exposed to PM emissions than the average person.[40]  The authors concluded that the environmental hazards faced by minorities are due in part to their lack of political influence over facility siting decisions, as well as socioeconomic constraints that lead them to live in areas made less desirable due to proximity to pollution.

77.   Around the nation, minority residents have been exposed to specific environmental threats that put their health and safety at risk.  In many cases, minority residents' exposure was due in part to either malfeasance or neglect on the part of public officials.  In such cases, minority residents understandably do not trust later reassurances from those same officials.

---

[38]   *See* Crowder and Downey 2010 for a representative study.

[39]   Mikati et al, 2018.

[40]   *See id.*

In assessing these environmental threats, it is naturally relevant to examine the extent of actual health consequences, but to understand the full impact experienced by a disadvantaged minority community, it is equally important to consider the stress and trauma suffered as well.

### 2.      In Islip

78.      Islip is a prime example of the way in which minority communities face greater exposure to environmental threats as discussed above.  Decommissioned industrial sites and other hazardous waste sites are disproportionately located in or adjacent to predominately Latino neighborhoods, increasing Latinos' risk of harmful exposure to a variety of toxins.  Most notably, Islip's Latino community was recently subjected to a new and entirely unnecessary environmental hazard—the illegal dumping of thousands of tons of toxic debris in a prominent public park.  These environmental threats not only create health and safety risks, they further reinforce the Latino community's sense that its interests are not represented in Town government.

### (i)      *Hazardous Waste Sites*

79.      The New York State Department of Environmental Conservation ("DEC") carries out an Inactive Hazardous Waste Disposal Site Program for "identifying, investigating and cleaning up sites where consequential amounts of hazardous waste may exist."[41]  The current registry includes 14 hazardous waste sites in Islip.[42]  Following remediation efforts, the current DEC classification for each of these sites varies between "2" (significant threat to the public

---

[41]   New York State Department of Environmental Conservation, *State Superfund Sites: Inactive Hazardous Waste Disposal Site*,  https://www.dec.ny.gov/chemical/8439.html.

[42]   New York State Department of Environmental Conservation, *Environmental Site Remediation Database Search*,  https://www.dec.ny.gov/cfmx/extapps/derexternal/index.cfm?pageid=3.

health or environment – action required) and "4" (site properly closed – requires continued management).

80.    Just four of these sites are located in hamlets of Islip with only a modest Latino presence—Holbrook, West Islip, and West Sayville, all of which were less than 10% Latino in 2010.  These include:

- Dzus Fastener Co., Inc. (425 Union Boulevard, West Islip) – Class 2 Site

- West Sayville Dry Cleaners (61 West Main St., West Sayville) – Class 2 Site

- Goldisc Recording (Broadway Avenue, Holbrook) – Class 4 Site

- Mom's Cleaners (556 Union Boulevard, West Islip) – Class 4 Site

81.    The other 10 hazardous waste sites are all located in or immediately adjacent to predominately Latino hamlets of Islip.  All 10 sites were originally deemed to pose a significant threat to the public health or the environment, and several still do.  For each site, I report the Latino population share in the census tract where it is located, and, for some, I provide additional background information about the nature of the environmental problem.

- MacKenzie Chemical Company (One Cordello Avenue, Central Islip) – Class 2 Site
  - MacKenzie Chemical Company is located in a census tract that is 58.3% Latino.  From 1948 to 1987, MacKenzie was used for the manufacture of fuel additives and metal acetylacetonates.  According to Superfund, "[s]pills, explosions and fires have occurred at the facility, including a methyl ethyl ketone (MEK) spill in 1977, a nitrous oxide release in 1978, and an MEK spill/fire in 1979."[43]  The EPA continues to monitor an ongoing cleanup plan, which involves the remediation of both soil and water contamination.

- Chemical Pollution Control (120 South 4th Street, Bay Shore) – Class 2 Site
  - Chemical Pollution Control is located in a census tract that is 39.3% Latino.

---

[43]    U.S. Environmental Protection Agency, *Superfund Site: Mackenzie Chemical Works, Central Islip, Ny*. https://cumulis.epa.gov/supercpad/cursites/csitinfo.cfm?id=0202187.

- <u>Americana Laundromat and Dry Cleaners</u> (1572 North 5th Avenue, Bay Shore) – Class 2 Site
  - o Americana Laundromat and Dry Cleaners is located in a census tract that is 77.5% Latino.

- <u>Sonia Road Landfill</u> (Sonia Road in West Brentwood) – Class 4 Site
  - o Sonia Road Landfill is located in a census tract that is 39.3% Latino.  It is owned by the Town of Islip, and was in operation from 1965-1977.  In the late 1990s, investigators found low levels of contaminants in the soil and groundwater, as well as explosive gas.  The landfill has since been capped and phased out, but the site still requires continuous monitoring.[44]

- <u>Liberty Industrial Finishing Products</u> (500 Suffolk Avenue, Brentwood) – Class 4 Site
  - o Liberty Industrial Finishing Products is located in a census tract that is 77.5% Latino.

- <u>ServAll Laundry</u> (8 Drayton Avenue, Bay Shore) – Class 4 Site
  - o ServAll Laundry is located in a census tract that is 66.7% Latino.

82.     The remaining four hazardous waste sites are located in a mostly non-residential area of Hauppauge just north of the Long Island Expressway.  The immediate census tract is only 6.5% Latino, but the sites are adjacent to census tracts in Central Islip and Brentwood that range between 28.3% and 61.8% Latino.

- <u>Blydenburgh Landfill</u> (600 Blydenburgh Road, Hauppauge) – Class 4 Site
  - o Blydenburgh Landfill is owned by the Town of Islip.  In 1978, approximately 50 drums of hazardous dry cleaning waste were allegedly buried there, which led the Town to purchase two nearby homes and temporarily close down a nearby school due to concerns of contamination.[45] Authorities continue to treat contaminated groundwater although the potential for exposure to contaminants and release into the Long Island aquifer system has been reduced due to the capping.[46]

---

[44]   Sarah Crichton, *Old Islip Landfill Still Needs Checkups*, *Newsday*, (Jul. 25, 2011), https://www.newsday.com/long-island/suffolk/old-islip-landfill-still-needs-checkups-1.3050972.

[45]   New York State Department of Environmental Conservation, *Environmental Remediation Databases Details (site 152002, Blydenburgh Landfill)*, https://www.dec.ny.gov/cfmx/extapps/derexternal/haz/details.cfm.

[46]   U.S. Environmental Protection Agency.  *Superfund Site: Islip Municipal Sanitary Landfill, Islip, NY*, https://cumulis.epa.gov/supercpad/SiteProfiles/index.cfm?fuseaction=second.Cleanup&id=0201714#bkground.

- <u>100 Oser Avenue</u> (Hauppauge) – Class 2
  - o 100 Oser Avenue was used from 1975 to 1985 by a textile manufacturer that dry-cleaned finished textiles using tetrachloroethene (PCE). These volatile organic compounds (VOCs) were released into the groundwater that discharges into the wetland.

- <u>Computer Circuits</u> (145 Marcus Boulevard, Hauppauge) – Class 2

- <u>Glaro Inc</u> (735 Old Willets Path, Hauppauge) – Class 2

83.     The historical pattern of siting landfills and commercial and industrial facilities in or adjacent to the predominantly Latino sections of Town forces the Latino residents of Islip to bear a disproportionate share of these heightened risks. The main environmental hazard created by these sites is the contamination of groundwater, which escapes into the aquifer under Long Island that serves as the main source of drinking water for residents. Residents in closer proximity to these sites who may rely on private wells for drinking water face a more immediate risk from this contamination.

### (ii)     *Roberto Clemente Park*

84.     In addition to the disproportionate presence of hazardous waste sites in predominately Latino areas of Islip, there is another, more recent case where tens of thousands of tons of toxic debris were illegally dumped at a *public park* in the predominately Latino hamlet of Brentwood. The facts of the dumping itself are well established through investigations by environmental and health authorities and through criminal and civil cases brought against the persons and firms eventually convicted of the illegal dumping. My knowledge of this case comes mainly from an extensive series of reports in *Newsday*, which included direct testimony from Latino residents.

85.     In late 2013 and early 2014, a firm contracted to create two soccer fields at Roberto Clemente Park arranged to use toxic debris from several other construction sites as

landfill.[47]  It is estimated that haulers brought approximately 40,000 tons of toxic construction and demolition material to the park that contained asbestos, chunks of glass, concrete, cement, and other contaminated materials.[48]

86.     The illegal dumping and resulting presence of toxic debris created significant health and safety risks for the Latino community.[49]  Latino residents also reported being "emotionally distressed" about the long-term health impact that the dumping could have on their families.[50]  In addition to the health and safety risks, the most immediate impact of the scandal was the questions it raised about how the Latino community is treated by its local representatives.  Latino residents reported feeling that that their community was neglected by the Town, and at times, that the Town was working against them.[51]  The dumping was viewed by the

---

[47]   *See* Sarah Armaghan and Sarah Crichton, *DA probes allegations of illegal dumping at Brentwood park*, Newsday (April 23, 2014), https://www.newsday.com/long-island/towns/da-probes-allegations-of-illegal-dumping-at-brentwood-park-1.7795425.

[48]   *See* Sarah Armaghan, Jennifer Barrios, and Keith Herbert, *6 men indicted in Islip dumping investigation*, Newsday (Dec. 8, 2014), https://www.newsday.com/long-island/towns/6-men-to-be-criminally-charged-in-islip-dumping-investigation-sources-say-1.9691819.

[49]   *See* Sarah Armaghan and Sarah Crichton, *Islip Town knew about dumping at Roberto Clemente Park, records show*, *Newsday*, (May 11, 2014), https://www.newsday.com/long-island/towns/islip-town-knew-about-dumping-at-roberto-clemente-park-records-show-1.7990115 ("Suffolk County Legis. Monica Martinez (D-Brentwood) said she had to call the  parks department to inquire about debris filled with rebar, concrete and bricks, after a constituent reported that their child had been injured by the debris."); Victor Manuel Ramos, *Brentwood Residents Near Roberto Clemente Park Fear For Their Futures*, *Newsday*, (Jun. 14, 2014), https://www.newsday.com/long-island/suffolk/brentwood-residents-near-roberto-clemente-park-fear-for-their-futures-1.8449327 ("Roger Escobar reported that 'he had to drive himself to Southside and Good Samaritan hospitals several times because he woke up feeling as though he couldn't breathe' . . . 'Our children went from having cold symptoms, to just coughing or saying they had headaches,' said Diana Guzman, 36, who has two daughters, Alexandra, 4, and Dayna, 6. 'I was livid when this came out because they didn't think we were human beings living around here.'").

[50]   *See* Sarah Armaghan and Sarah Crichton, *Islip Town knew about dumping at Roberto Clemente Park, records show*, *Newsday*, (May 11, 2014), https://www.newsday.com/long-island/towns/islip-town-knew-about-dumping-at-roberto-clemente-park-records-show-1.7990115 ("'Nobody has told us yet what's going on,'[nearby resident Jose] Pineda said. 'I'm worried. Who knows what's in there? I'm going to the town right now to see what they have to say about the contaminations and what it can do to my kids.'")).

[51]   *See* Sarah Armagahn, *Men, Company Sentenced In Suffolk Illegal Dumping Case*, *Newsday*, (Apr. 27, 2017), https://www.newsday.com/long-island/crime/men-company-sentenced-in-suffolk-illegal-dumping-cases-1.13530905.

community as the latest instance of "environmental racism" that they had been experiencing for years.[52]

87.     These feelings were reinforced by the fact that Town officials were involved in the dumping.  Former Islip Town Parks Commissioner Joseph Montuori ultimately pleaded guilty to one felony count of endangering the health, safety or environment, and one misdemeanor count of conspiracy.[53]  Montouri's executive assistant, Brett Robinson, also pleaded guilty to charges of disorderly conduct by creating a hazardous condition.[54]  There is also evidence that sufficient information had reached the full Town Board—and specifically the Board's liaison to the Parks Department, Councilman Anthony Senft—to warrant investigation of potential wrongdoing as early as August 2013, months before the scandal became public and the Park was closed.[55]  The Town's involvement and its failure to alert the public and respond to the situation appropriately substantiated and exacerbated Latino residents' stress and fears.

88.     Even after the Town began to address the situation, the Latino community found the Town's response to be insufficient on multiple levels.  Residents reported that the Town did

---

[52]  *See* Sarah Armaghan and Sarah Crichton, *Islip Town knew about dumping at Roberto Clemente Park, records show*, *Newsday*, (May 11, 2014), https://www.newsday.com/long-island/towns/islip-town-knew-about-dumping-at-roberto-clemente-park-records-show-1.7990115; Victor Manuel Ramos, *Brentwood Residents Near Roberto Clemente Park Fear For Their Futures*, *Newsday*, (Jun. 14, 2014), https://www.newsday.com/long-island/suffolk/brentwood-residents-near-roberto-clemente-park-fear-for-their-futures-1.8449327.

[53]  *See* Sarah Armagahn, *Men, Company Sentenced In Suffolk Illegal Dumping Case*, *Newsday*, (Apr. 27, 2017), https://www.newsday.com/long-island/crime/men-company-sentenced-in-suffolk-illegal-dumping-cases-1.13530905.

[54]  *See id.*

[55]  *See* Sarah Armaghan, *Coram Man Accused Of Dumping At Park Says Work Was Legal*, *Newsday*, (Feb. 27, 2016), https://www.newsday.com/long-island/crime/coram-man-accused-of-dumping-at-park-says-work-was-legal-1.11515623; Sarah Armaghan and Sarah Crichton, *Islip Town knew about dumping at Roberto Clemente Park, records show*, *Newsday*, (May 11, 2014), https://www.newsday.com/long-island/towns/islip-town-knew-about-dumping-at-roberto-clemente-park-records-show-1.7990115; Sarah Armaghan and Sarah Crichton, *DA probes allegations of illegal dumping at Brentwood park*, *Newsday* (April 23, 2014), https://www.newsday.com/long-island/towns/da-probes-allegations-of-illegal-dumping-at-brentwood-park-1.7795425.

not address safety concerns promptly, resulting in potential injuries to residents, and that the Town did not appropriately communicate with the community regarding the dumping and its remediation.[56]  The real and substantial environmental health risk coupled with the Town's involvement and its inadequate response caused Latino residents significant concern and reinforced the feeling that they not only lack representation in Town government, but that Town government has no regard for them.

### 3.   Conclusion

89.     The Latino community in Islip has been disproportionately subjected to significant environmental hazards, in part due to the actions of Town officials, which contribute to the community's sense of marginalization in Town governance.

## VII.   <u>Overall Conclusion</u>

90.     Based on my research and analysis, I conclude that members of the Latino community in Islip "bear the effects of discrimination in such areas as education, employment, and health, which hinder their ability to participate effectively in the political process."[57] Additionally, Latinos experience disparities in policing, public safety, and environmental hazards.  In every one of these arenas I find evidence of social conditions of the sort enumerated in the 1982 report of the Senate Judiciary Committee that hinder the Latino community's ability to participate effectively in the political process.

---

[56]   *See* Sarah Armaghan and Sarah Crichton, *Islip Town knew about dumping at Roberto Clemente Park, records show*, *Newsday*, (May 11, 2014), https://www.newsday.com/long-island/towns/islip-town-knew-about-dumping-at-roberto-clemente-park-records-show-1.7990115.

[57]   *See* S. Rep. No. 97-417, at 29 (1982).

**Date:   April 9, 2019**


_____

**John R. Logan**

**Appendix A: Sources Relied on in this Report**

**Data Sources**

New York State Department of Environmental Conservation, *Environmental Site Remediation Database Search,* https://www.dec.ny.gov/cfmx/extapps/derexternal/index.cfm?pageid=3

U.S. Department of Agriculture, *Food Access Research Atlas*, https://www.ers.usda.gov/data-products/food-access-research-atlas/go-to-the-atlas.aspx

Center for Disease Control, *CDC Wonder*, *Linked Birth/Infant Death Records for 2007-2016,* https://wonder.cdc.gov/lbd.html.

U.S. Bureau of the Census, *American Community Survey Public Microdata 2012-2016*, www.ipums.org.

New York State Education Department, *State Report Card 2016-2017 and 2017-2018.* https://data.nysed.gov/downloads.php.

Expert Report of Dr. Andrew A. Beveridge, Appendix 2, Voter Turnout Data

**Academic Citations**

Coleman, J.S., Campbell, E., Hobson, C.,  McPartland, J., Mood, A., Weinfield, F.D. & York, R., *Equality Of Educational Opportunity*, (Washington, DC: U.S. Government Printing Office 1966)

Robert Hauser, William H. Sewell. & Duane F. Alwin, *High School Effects On Achievement in Schooling and Achievement in American Society* 309-342 (London: Academic Press. 1976)

John E. Chubb. & Terry M. Moe. *Politics, Markets and America's Schools*, (The Brookings Institute. Washington, D.C. 1990)

Christopher Jencks & Susan E. Mayer. *The Social Consequences of Growing Up in a Poor Neighborhood, in Inner-City Poverty in the United States.*, 111-186. Washington, D.C. (National Academy Press. 1990)

Russell W. Rumberger & J. Douglas Willms. *The Impact of Racial and Ethnic Segregation on the Achievement Gap in California High Schools*, 14 Educ. Evaluation & Pol'y Analysis 377, 377-396 (1992).

Sidney Verba, Kay L. Schlozman, Henry Brady, and Norman H. Nie, Race*, Ethnicity and Political Resources - Participation in The United-States*, 23 *British Journal Of Political Science* 453-497 (1993)

Marvin Dawkins & Jomills H. Braddock II, *The Continuing Significance of Desegregation: School Racial Composition and African American Inclusion in American Society*, 633 J. Negro Educ. 394, 394-405 (1994).

Carl Bankston & Stephen Caldas*, Influence of de facto Segregation on Academic Achievement*, 75 Soc. Forces 535, 535-555 (1996)

Adam Gamoran. *Effects of Schooling on Children and Families*, *in Family-school links: how do they affect educational outcomes?*, 107-114 (A. Booth and J. F. Dunn Eds. 1996)

Carl Bankston & Stephen Caldas, *The American School Dilemma: Race and Scholastic Performance*, 383 Soc. Q. 423, 423-429 (1997)

V. Lee & J. Smith. *High School Size: Which Works Best and For Whom?*, 193 Educ. Evaluation & Pol'y Analysis 205, 205-227 (1997).

Christopher Jencks & Meredith Phillips, Eds, *The Black-White Test Score Gap*, (The Brookings Institution. 1998)

Benjamin Highton, *Residential Mobility, Community Mobility, and Electoral Participation*, 22 Pol. Behav. 109, 109-120 (2000)

Maureen T. Hallinan, *Sociological Perspectives on Black-White Inequalities in American Schooling*, 74 Soc. Educ. 50, 50-70 (2001).

S. Karthick Ramakrishnan & Thomas J. Espenshade, *Immigrant Incorporation and Political Participation in the United States*, 35 Int'l Migration Rev. 870, 870-909 (2001)

D. J. Armor, *Desegregation and Academic Achievement*, *in School Desegregation in the 21st Century* (C.H. Rossell, D. Armor & H. Walberg, Eds., 2002)

John R. Logan, *Choosing Segregation: Racial Imbalance in American Public Schools, 1990-2000,* (March 29, 2002), http://www.s4.brown.edu/cen2000/SchoolPop/SPReport/SPDownload.pdf

Duncan Chaplin, *Estimating the Impact of Economic Integration*, *in Divided We Fail: Coming Together through Public School Choice.*, 87-113 (Century Foundation Press. New York. 2002)

William D. Henderson. *Demography and Desegregation in the Cleveland Public Schools: Toward a Comprehensive Theory of Educational Failure and Success*, 26 NYU Review of Law and Social Change 264, 460-568 (2002)

Jack Citrin and Benjamin Highton, *How Race, Ethnicity, and Immigration Shape the California Electorate*, (Public Policy Institute of California, 2002)

Geoffrey Maruyama, *Disparities in Educational Opportunities and Outcomes: What Do We Know and What Can We Do?*, 593 J. Soc. Issues 653, 653-676 (2003).

Roslyn A. Mickelson, *When Are Racial Disparities in Education the Result of Racial Discrimination? A Social Science Perspective*, 1056 Teachers C. Rec. 1052, 1052-1086 (2003).

David Card & Jesse Rothstein, *Racial Segregation And The Black-White Test Score Gap. CEPS Working Paper No. 109.* (2005)

Gary Orfield & Chunglei Lee. *Why Segregation Matters: Poverty and Educational Inequality,* (2005)

Russell W. Rumberger & Gregory J. Palardy, *Does Segregation Still Matter? The Impact of Student Composition on Academic Achievement in High School*, 1079 Teachers C. Rec. 1999, 1999-2045 (2005)

Catherine Simpson Bueker, *From Immigrant to Naturalized Citizen*, (2006 LFB Scholarly Pub. LLC)

Salvatore Saporito & Deenesh Sohini, *Mapping Educational Inequality: Concentrations of Poverty Among Poor and Minority Students in Public Schools*, 853 Soc. Forces 1227, 1227-1253 (2007)

Leanna Stiefel, Amy E. Schwartz & Colin Chellman. *So Many Children Left Behind: Segregation and the Impact of Subgroup Reporting, in No Child Left Behind on the Racial Test Score Gap*, 21 Educ. Pol'y 527, 527-541 (2008).

Carmen Solis, Edwardo L. Portillos & Rod K. Brunson, *Latino Youths' Experiences with and Perceptions of Involuntary Police Encounters*, 623 Annals Am. Acad. Pol. & Soc. Sci. 39, 39-51 (2009)

Kyle Crowder & Liam Downey, *Interneighborhood Migration, Race, and Environmental Hazards: Modeling Microlevel Processes of Environmental Inequality*, 115 Am. J. Soc. 1110, 1110-1149 (2010)

John R. Logan, Elisabeta Minca & Sinem Adar, *The Geography of Inequality: Why Separate Means Unequal in American Public Schools*, 85 Soc. Educ. 287, 287-301 (2012)

Jeannine Bell,  *Hate Thy Neighbor* (NYU Press. 2013)

Melody S. Goodman, Maria Gonzalez, Sandra Gil, Xuemei Si, Judith L. Pasoukos, Jewel D. Stafford, Elsa Ford & Dennis A. Pashoukos, *Brentwood Community Health Care Assessment*, 8 Progress Community Health Partnerships Res. Educ. Action 5, 5-6 (2015)

Jeffrey Fagan, Anthony Braga, Rod Brunson & April Pattavina, *Stops and Stares: Street Stops, Surveillance, and Race in the New Policing*, 43 Fordham Urb. L.J. 539, 539-614 (2016)

John R. Logan, Jennifer Darrah, and Nathalie Rita, *The Impacts of Voter Identification Laws on the Electoral Participation of Racial and Ethnic Groups and Immigrants*, Presented at Annual Meeting of the Society for the Study of Social Problems, Montreal, (2018)

Ihab Mikati, Adam F. Benson, Thomas J. Luben, Jason D. Sacksand & Jennifer Richmond-Bryant, *Disparities in Distribution of Particulate Matter Emission Sources by Race and Poverty Status*, 108 Am. J. Pub. Health 480, 480-485 (2018)

## Public Reports

MEASURE Evaluation.  *Indicator Compendium for Reproductive Maternal Newborn Child and Adolescent Health*,  https://www.measureevaluation.org/rbf/indicator-collections/health-outcome-impact-indicators/incidence-of-low-birth-weight-among-newborns

New York State Department of Environmental Conservation, *Environmental Remediation Databases Details (site 152002, Blydenburgh Landfill)*, https://www.dec.ny.gov/cfmx/extapps/derexternal/haz/details.cfm

New York State Department of Environmental Conservation*, State Superfund Sites: Inactive Hazardous Waste Disposal Site*,  https://www.dec.ny.gov/chemical/8439.html

Office of Disease Prevention and Health Promotion.  *HealthyPeople 2020*, https://www.healthypeople.gov/2020/topics-objectives/topic/social-determinants-health/interventions-resources/crime-and-violence

U.S. Department of Health and Human Services, Office of Minority Health, *Profile: Hispanic/Latino Americans*, https://minorityhealth.hhs.gov/omh/browse.aspx?lvl=3&lvlid=64)

U.S. Environmental Protection Agency. *Superfund Site: Islip Municipal Sanitary Landfill, Islip, NY*, https://cumulis.epa.gov/supercpad/SiteProfiles/index.cfm?fuseaction=second.Cleanup&id=0201714#bkground

U.S. Environmental Protection Agency, *Superfund Site: Mackenzie Chemical Works, Central Islip, Ny*. https://cumulis.epa.gov/supercpad/cursites/csitinfo.cfm?id=0202187.

Southern Poverty Law Center, *Climate of Fear: Latino Immigrants in Suffolk County*, *N.Y.* (2009), https://www.splcenter.org/sites/default/files/splc_suffolk_report.pdf.

U.S. Department of Justice, *Suffolk County Police Department Technical Assistance Letter*, (Sep. 13, 2011), https://www.justice.gov/sites/default/files/crt/legacy/2011/09/14/suffolkPD_TA_9-13-11.pdf.

U.S. Department of Justice, *Agreement Between The United States Department Of Justice And Suffolk County Police Department*, (Jan. 13, 2014), https://www.justice.gov/sites/default/files/crt/legacy/2014/01/23/suffolk_agreement_1-13-14.pdf

U.S. Department of Justice, *United States Agrees to Comprehensive Settlement with Suffolk County Police Department to Resolve Investigation of Discriminatory Policing Against Latinos*, (Dec. 3, 2013), https://www.justice.gov/opa/pr/united-states-agrees-comprehensive-settlement-suffolk-county-police-department-resolve.

Economic Opportunity Council of Suffolk, *Community Needs Assessment*, (Nov, 17, 2017), https://eoc-suffolk.com/wp-content/uploads/2018/06/needs-assessment-11-17-17.pdf.

U.S. Department of Justice, *Seventh Report Assessing Settlement Agreement Compliance By Suffolk County Police Department*, (Oct. 11, 2018), https://www.suffolkpd.org/Portals/59/scpd_pdfs/infoandpolicies/DOJCompliance10_11_2018.pdf.

**Media Reports**

Sarah Crichton, *Old Islip Landfill Still Needs Checkups*, *Newsday*, (Jul. 25, 2011), https://www.newsday.com/long-island/suffolk/old-islip-landfill-still-needs-checkups-1.3050972

*Suffolk Police Sergeant Accused Of Stealing From Drivers During Traffic Stops Pleads Not Guilty*, *CBS New York*, (Mar. 24, 2014), https://newyork.cbslocal.com/2014/03/24/veteran-suffolk-police-sergeant-accused-of-stealing-from-drivers-during-traffic-stops-due-in-court/

Sarah Armaghan and Sarah Crichton, *DA probes allegations of illegal dumping at Brentwood park*, *Newsday,* (April 23, 2014)

Sarah Armaghan and Sarah Crichton, *Islip Town knew about dumping at Roberto Clemente Park, records show*, *Newsday*, (May 11, 2014), https://www.newsday.com/long-island/towns/islip-town-knew-about-dumping-at-roberto-clemente-park-records-show-1.7990115.

Sarah Armaghan and Sarah Crichton. *Town was warned: Dumping at Brentwood Park was reported to Islip by ranger, legislator, and residents*, *NewsDay,* (May 22, 2014)

Victor Manuel Ramos, *Brentwood Residents Near Roberto Clemente Park Fear For Their Futures*, *Newsday*, (Jun. 14, 2014), https://www.newsday.com/long-island/suffolk/brentwood-residents-near-roberto-clemente-park-fear-for-their-futures-1.8449327

Sarah Armaghan, Jennifer Barrios, and Keith Herbert*, 6 Men Indicted In Islip Dumping Investigation*, *Newsday*, (Dec. 8, 2014), https://www.newsday.com/long-island/towns/6-men-to-be-criminally-charged-in-islip-dumping-investigation-sources-say-1.9691819

Sarah Armaghan, *Coram Man Accused Of Dumping At Park Says Work Was Legal*, *Newsday*, (Feb. 27, 2016), https://www.newsday.com/long-island/crime/coram-man-accused-of-dumping-at-park-says-work-was-legal-1.11515623.

Andrew Smith, *Scott Greene Sentenced To 1 To 3 Years In Prison For Thefts From Motorists*, *Newsday*, (Mar. 4, 2016), https://www.newsday.com/long-island/crime/scott-greene-sentenced-to-1-to-3-years-in-prison-for-thefts-from-motorists-1.11537031

Víctor Manuel Ramos, *Suffolk sheriff reverses policy on holding immigrant inmates*, (Dec. 25, 2016), https://www.newsday.com/long-island/suffolk/suffolk-sheriff-reverses-policy-on-holding-immigrant-inmates-1.12799163

Sarah Armagahn, *Men, Company Sentenced In Suffolk Illegal Dumping Case*, *Newsday*, (Apr. 27, 2017), https://www.newsday.com/long-island/crime/men-company-sentenced-in-suffolk-illegal-dumping-cases-1.13530905

Robert E. Kessler and Nicole Fuller, *Feds: 9 Suspects In Custody In Quadruple Killings In Central Islip*, *Newsday*, (Jul. 19, 2017), https://www.newsday.com/long-island/crime/federal-prosecutors-announce-gang-indictments-in-central-islip-killings-1.13809665

Sandra Peddie, *Despite Progress after Hate Crime, SCPD and Hispanics Struggle with Trust*, *Newsday*, (Nov. 2, 2018), https://projects.newsday.com/long-island/ms13-lucero-suffolk-police/.

# EXHIBIT 1

**CURRICULUM VITAE**

John R. Logan                                    Phone (401) 863-2267
Department of Sociology                          John_Logan@brown.edu
Brown University
Providence, RI 02912

**EDUCATION**

BA   University of California, Berkeley (March 1968)
MA   Columbia University (June 1969)
PhD   University of California, Berkeley (June 1974)

**ACADEMIC HONORS AND AWARDS**

Phi Beta Kappa (Berkeley 1968)
Faculty Fellow (Columbia (1968-1969)
NSF National Fellow (Berkeley 1970-1972)
NEH Summer Fellow (1976)
Robert E. Park Award, ASA (l988)
Award for a Distinguished Scholarly Publication, ASA (1990)
Sorokin Lecturer, Pacific Sociological Association (1991)
University Award for Excellence in Research, SUNY (1991)
University Award for Excellence in Service, SUNY (1995)
Russell Sage Foundation, Visiting Scholar (1996-1997)
William J. Goode Award, ASA (1997)
Rockefeller Foundation Study Center (Bellagio), Visiting Scholar (1999)
SUNY Research Foundation Award for Excellence in Research and Scholarship (2003)
Robert and Helen Lynd Lifetime Achievement Award, ASA (2008)

**PROFESSIONAL POSITIONS**

Professor, Department of Sociology, Brown University, 2004-present.   Director, Research Initiative on Spatial Structures in the Social Sciences (S4), 2004-2016.

Visiting Professor, Department of Sociology, Princeton University.  2018-2019.

Guest Professor, Department of Sociology, Tongji University (Shanghai).  2016-2019.

Visiting Research Professor, Department of Geography, Hong Kong University.  2010-2013.

Research Professor, Professeur invité, Observatoire Sociologique du Changement, Fondation Nationale des Sciences Politiques (Paris).  January 2008.

Director, Lewis Mumford Center for Comparative Urban and Regional Research, University at Albany, 1999-2004.  Director, Center for Social and Demographic Analysis, 2003-2004.

Distinguished Professor, Department of Sociology and Department of Public Administration and Policy, University at Albany, 2000-2004; Professor, 1986-2000.  Associate Professor, 1980-1986. Chair, Department of Sociology, 1988-1991.

Wibaut Chair Distinguished Visiting Professor, Amsterdam Study Centre for the Metropolitan Environment, University of Amsterdam, Spring 2001.

Lecturer and Assistant Professor, Department of Sociology, SUNY at Stony Brook, 1972-1980.

Urban Planner, Santa Clara County Planning Department, San Jose, California, 1971.

Community Organizer, Mid-Peninsula Community House, East Palo Alto, California, 1970-1971.


**THESIS RESEARCH**

Master's:  Political Consequences of Internal Migration during National Development.
        Advisor - Immanuel Wallerstein.

Doctoral:  Industrialization, Repression, and Working-Class Militancy in Spain.
        Advisor - Arthur Stinchcombe.


**BOOKS**

John R. Logan (editor).  1983.  *Symposium:  Urban Theory and National Urban Policy.*  Special issue of *Urban Affairs Quarterly*, 19 (September).

John R. Logan and Harvey Molotch.  1987.  *Urban Fortunes:  The Political Economy of Place.* Berkeley: University of California Press.

   Recipient of the l988 Robert E. Park Award for "an outstanding research monograph in community and urban sociology"  (American Sociological Association, Section on Community and Urban Sociology).

   Recipient of the 1990 Award for a Distinguished Scholarly Publication (American Sociological Association).

   Chapter 3 reprinted as "The City as a Growth Machine," pp. 291-337 in Susan Fainstein and Scott Campbell (editors), Readings in Urban Theory.  Oxford: Blackwell Publishers, 1996.

   Twentieth Anniversary edition with a new Preface: University of California Press (2007).

John R. Logan and Todd Swanstrom (editors).  1990.  *Beyond the City Limits:  Urban Policy and Economic Restructuring in Comparative Perspective.*  Philadelphia: Temple University Press.

Alberto Gasparini, John R. Logan, and Valery Mansurov (editors).  1993.  *Riqualificazione e Hinterland delle Grandi Citta.*  Milan: Franco Angeli.

John R. Logan and Glenna D. Spitze.  1996.  *Family Ties: Enduring Relations between Parents and Their Grown Children.*  Philadelphia: Temple University Press.

   Recipient of the 1997 William J. Goode Distinguished Book Award (American Sociological Association, Section on the Family).

(Excerpts from Preface and Chapter 7 published as "Extending the Family," pp. 365-370 in Andrew J. Cherlin (editor), *Public and Private Families, A Reader*, 2nd ed. Boston: McGraw-Hill, 2001.  Also pp. 451-457 in Scott Coltrane (ed.) *Families and Society*, Thomson-Wadsworth, Belmont, CA, 2004.)

John R. Logan (editor).  2002.  *The New Chinese City: Globalization and Market Reform*. London: Blackwell Publishers.

John R. Logan (editor).  2007.  *Urban China in Transition*.  London: Blackwell Publishers.

John R. Logan (editor).  2014.  *Diversity and Disparities: America Enters a New Century*.  New York: Russell Sage Foundation.  E-book downloadable from: https://www.russellsage.org/sites/all/files/logan_diversity_fullbook.pdf

John R. Logan (editor).  2018.  People and Places in Urbanizing China.  Special issue of *Urban Studies* (May).

## ARTICLES AND CHAPTERS

John R. Logan.  1976.  "Industrialization and the Stratification of Cities in Suburban Regions" *American Journal of Sociology* 82(2): 333-348.

See Harvey Molotch.  1976.  "Varieties of Growth Strategy:  Some Comments on Logan" *American Journal of Sociology* 82(2): 352-355.

John R. Logan.  1976.  "Notes on the Growth Machine:  Toward a Comparative Political Economy of Place"  *American Journal of Sociology* 82(2): 349-352.

John R. Logan and Gerald Zeitz.  1977.  "Mathematical Models in the Study of Power: Comment on Mayhew and Levinger"  *American Journal of Sociology* 83(1):  l64-173.

John R. Logan.  1977.  "Affluence, Class Structure, and Working-Class Consciousness in Modern Spain"  *American Journal of Sociology* 83(2): 386-402.

John R. Logan and Mark Schneider.  1978.  "The Ecological and Political Determinants of Suburban Development" Pp. 167-179 in Michael E. Kraft and Mark Schneider (editors), *Population Policy Analysis:  Issues in American Politics*.  Lexington:  Lexington Books.

John R. Logan.  1978.  "Rural-Urban Migration and Working-Class Consciousness:  The Spanish Case"  *Social Forces* 56(4): 1159-1178.

John R. Logan.  1978.  "Growth, Politics, and the Stratification of Places"  American Journal of Sociology 84(2): 404-416.

See Stephanie Greenberg.  1979.  "Comments on Logan's 'Growth, Politics, and the Stratification of Places'" and John R. Logan.  1979.  "Reply to Greenberg"  Both in *American Journal of Sociology* 85(3): 662-665 and 665-668.

Reprinted in Robert W. Lake (editor).  1982.  *Readings in Urban Analysis: Perspectives on Urban Form and Structure*.  New Brunswick:  Center for Urban Policy Research.

John R. Logan and Moshe Semyonov.  1980.  "Growth and Succession in Suburban Communities" *Sociological Quarterly* 21(Winter): 93-105.

John R. Logan.  1981.  "Class Structure, the Sexual Division of Labor, and Working-Class Consciousness in Spain"  Pp. 227-247 in Richard Simpson and Ida Harper Simpson (editors), *Research in the Sociology of Work* (Volume I).  Greenwich:  JAI Press.

John R. Logan and Mark Schneider.  1981.  "The Stratification of Metropolitan Suburbs, 1960-1970"  *American Sociological Review* 46(April): 175-186.

John R. Logan and Mark Schneider.  1981.  "Suburban Municipal Expenditures:  The Effects of Business Activity, Functional Responsibility, and Regional Context"  *Policy Studies Journal* 9(7): 1039-1050.

John R. Logan and Linda Brewster Stearns.  1981.  "Suburban Racial Segregation as a Non-Ecological Process"  *Social Forces* 60(l): 61-73.

Mark Schneider and John R. Logan.  1981.  "Fiscal Implications of Class Segregation: Inequalities in the Distribution of Public Goods and Services in Suburban Municipalities." *Urban Affairs Quarterly* 17(1): 23-26.

John R. Logan and Mark Schneider.  1982.  "The Effects of Business Activity, Functional Responsibility, and Regional Context on Suburban Municipal Expenditures"  Pp. 235-250 in Richard C. Rich (ed.)  *Analyzing Urban-Service Distributions*.  Lexington,MA:  Lexington Books.

John R. Logan and Mark Schneider.  1982.  "Governmental Organization and Changing City-Suburban Income Inequality"  *Urban Affairs Quarterly* 17(3):  303-318.

Mark Schneider and John R. Logan.  1982.  "The Effects of Local Government Finances on Community Growth Rates:  A Test of the Tiebout Hypothesis"  *Urban Affairs Quarterly* 18(1): 91-105.

Mark Schneider and John R. Logan.  1982.  "Suburban Racial Segregation and Black Access to Local Public Resources"  *Social Science Quarterly* 63(4): 762-770.

John R. Logan.  1983.  "Worker Mobilization and Party Politics:  Revolutionary Portugal in Perspective" Pp. 135-148 in Lawrence S. Graham and Douglas L. Wheeler (editors), *In Search of Modern Portugal:  The Revolution and Its Consequences*.  Madison:  University of Wisconsin Press.

John R. Logan and Mark Schneider.  1983.  "The Political Economy of Suburban Growth" Pp. 294-309 in John S. Pipkin, Mark LaGory, and Judith R. Blau (editors), *Remaking the City: Social Science Perspectives on Urban Design*.  Albany:  SUNY Press.

John R. Logan and O. Andrew Collver.  1983.  "Residents' Perceptions of Suburban Community Differences"  *American Sociological Review* 48(June): 428-433.

John R. Logan.  1983.  "The Disappearance of Communities from National Urban Policy" *Urban Affairs Quarterly* 19(l): 75-90.

   1983.  Revised version published as "America's Urban Policy:  Survival of the Fittest" *Empire State Report* 9(7): 6-l0.

John R. Logan and Mark Schneider.  1984.  "Racial Segregation and Racial Change in American Suburbs, 1970-1980" *American Journal of Sociology* 89 (January):874-888.

Harvey Molotch and John R. Logan.  1984.  "Tensions in the Growth Machines:  Overcoming Resistance to Value-Free Development"  *Social Problems* 31(5): 483-499.

   Reprinted in Larry Lyon and Roland Warren (editors).  1987.  *New Perspectives on the American Community*, 5th ed.  Homewood, IL:  Dorsey.

John R. Logan.  1984.  "The Graying of the Suburbs"  *Aging*  345(June-July): 4-8.

Kevin Fitzpatrick and John R. Logan.  1985.  "The Aging of the Suburbs:  1960-1980"  *American Sociological Review* 50(February): 106-117.

John R. Logan.  1985.  "Democracy from Above:  Limits to Change in Southern Europe"  Pp. 149-177 in Giovanni Arrighi (editor), *Semiperipheral Development:  The Politics of Southern Europe in the Twentieth Century*.  Beverly Hills: Sage.

Mark Schneider and John R. Logan.  1985.  "Suburban Municipalities:  The Changing System of Intergovernmental Relations in the Mid-l970's"  *Urban Affairs Quarterly* 2l(September): 87-l05.

Harvey Molotch and John R. Logan.  1985.  "Urban Dependencies:  New Patterns of Use and Exchange in American Cities"  *Urban Affairs Quarterly* 2l(December): 143-169.

John R. Logan and Reid Golden.  1986.  "Suburbs and Satellites:  Two Decades of Change."  *American Sociological Review* 51(June):  430-437.

Linda Brewster Stearns and John R. Logan.  1986.  "The Racial Structuring of the Housing Market and Segregation in Suburban Areas"  *Social Forces*, 65(September): 28-42.

Linda Brewster Stearns and John R. Logan.  1986.  "Measuring Trends in Segregation:  Three Dimensions, Three Measures"  *Urban Affairs Quarterly* 22(September): 124-150.

John R. Logan and Stephen A. Messner.  1987.  "Racial Residential Segregation and Suburban Violent Crime."  *Social Science Quarterly*, 68(September): 5l0-527.

John R. Logan.  1988.  "Fiscal and Developmental Crises in Black Suburbs."  Pp. 333-356 in Scott Cummings (editor), *Business Elites and Urban Development*.  Albany:  SUNY Press.

   Reprinted in Larry Lyon and Roland Warren (editors).  l987.  *New Perspectives on the American Community*, 5th ed.  Homewood, IL: Dorsey.

John R. Logan.  l988.  "Producing Sociology:  Time Trends in Authorship of Journal Articles, l975-l986"  *The American Sociologist* l9(Summer): l67-l80.

John R. Logan and Glenna Spitze.  1988.  "Suburbanization and Public Services for the Aging."  *The Gerontologist* 28(October): 644-647.

John R. Logan and Min Zhou.  l988.  "The Theoretical Development of U.S. Urban Sociology and Its Current Situation"  (in Chinese).  *Sociological Studies* (Beijing) 4(July):  l27-l40.

John R. Logan.  l988.  "The Regional Dimension in Authorship of Journal Articles, l975-l986"  *The Southern Sociologist*, 19(Summer): 7-9.

6

Glenna Spitze and John R. Logan. 1989. "Gender Differences in Family Support: Is There a Payoff?" *The Gerontologist*, 29(February): 108-113.

John R. Logan and Min Zhou. l989. "Do Suburban Growth Controls Control Growth?" *American Sociological Review*, 54(June): 461-471.

Min Zhou and John R. Logan. 1989. "Returns on Human Capital in Ethnic Enclaves: New York City's Chinatown" *American Sociological Review*, 54(October): 809-820.

Harvey Molotch and John R. Logan. 1990. "The Space for Urban Action" *Political Geography Quarterly*, 9(January): 85-92.

Glenna Spitze and John R. Logan. 1990. "Sons, Daughters, and Intergenerational Support" *Journal of Marriage and the Family* 52(May): 420-430.

John R. Logan. 1990. "How to Study the City: Arguments for a New Approach" *Urban Geography* 11,2: 200-205.

John R. Logan and Min Zhou. 1990. "The Adoption of Growth Controls in Suburban Communities" *Social Science Quarterly* 71(March): 118-129.

John R. Logan and Gordana Rabrenovic. 1990. "Neighborhood Associations: Their Issues, Their Allies, and Their Opponents" *Urban Affairs Quarterly* 26(September): 68-94.

    Reprinted in Roger Caves (editor), *Exploring Urban America: An Introductory Reader*. Thousand Oaks, CA: Sage Publications, 1995.

Glenna Spitze and John R. Logan. 1990. "More Evidence on Women (and Men) in the Middle" *Research on Aging* 12(June): 182-198.

John R. Logan and Todd Swanstrom. 1990. "Urban Restructuring: A Critical View" In John R. Logan and Todd Swanstrom (editors), *Beyond the City Limits: Urban Policy and Economic Restructuring in Comparative Perspective.* Philadelphia: Temple University Press.

John R. Logan. 1991. "Blaming the Suburbs?" *Social Science Quarterly*, 72(September):496-500.

Glenna Spitze and John R. Logan. 1991. "Employment and Filial Relations: Is There a Conflict?" *Sociological Forum* 6 (December): 681-698.

John R. Logan. 1991. "Neighborhood Associations and the Politics of Development" *Urban Land* 50(May):32-33.

John R. Logan. 1991. "Great Expectations" *Demography*, 28(August):486-492.

Richard Alba and John R. Logan. 1991. "Variations on Two Themes: Racial and Ethnic Patterns in the Attainment of Suburban Residence" *Demography*, 28(August): 431-453.

John R. Logan. 1991. "Making the City, Making It Work" *Contemporary Sociology*, 20(July):582-585.

Glenna Spitze and John R. Logan. 1991. "Sibling Structure and Intergenerational Relations" *Journal of Marriage and the Family*, 53(November):871-884.

John R. Logan.  1991.  "Gambling on Real Estate:  Limited Rationality in the Global Economy." *Sociological Perspectives*, 34:391-401.

Min Zhou and John R. Logan.  1991.  "In and Out of Chinatown:  Residential Mobility and Segregation of New York City's Chinese."  *Social Forces*, 70(December):387-407.

John R. Logan.  1992.  "Suburbanization"  Pp. 2104-2111 in Edgar Borgatta (editor), *Encyclopedia of Sociology*.  New York:  MacMillan.

Richard D. Alba and John R. Logan.  1992. "Analyzing Locational Attainments:  Constructing Individual-Level Regression Models Using Aggregate Data" *Sociological Methods and Research*, 20(February):367-397.

John R. Logan, Peter Taylor-Gooby, and Monika Reuter.  1992.  "Poverty and Income Inequality"  In Susan Fainstein, Ian Gordon, and Michael Harloe (editors), *Divided Cities. : New York and London in the Contemporary World*.  Oxford:  Blackwell.

John R. Logan.  1992.  "Cycles and Trends in the Globalization of Real Estate"  In Paul Knox (editor), *The Restless Urban Landscape*.  Englewood Cliffs:  Prentice Hall.

Russell Ward, John R. Logan, Glenna Spitze.  1992  "The Influence of Parent and Child Needs on Coresidence in Middle and Later Life"  *Journal of Marriage and the Family* 54(February): 209-221.

Glenna Spitze and John R. Logan.  1992  "Helping as a Component of Parent-Adult Child Relations."  *Research on Aging*, 14 (September): 291-312.

Glenna Spitze, John R. Logan, and Joyce Robinson.  1992  "Family Structure and Changes in Living Arrangements Among Elderly Nonmarried Parents."  *Journal of Gerontology: Social Sciences* 47:S289-296.

John R. Logan, Russell Ward and Glenna Spitze.  1992.  "As Old as You Feel:  Age Identity in Middle and Later Life."  *Social Forces* 71 (December): 451-467.

Richard D. Alba and John R. Logan.  1992.  "Assimilation and Stratification in the Homeownership Patterns of Different Racial and Ethnic Groups,"  *International Migration Review* 26 (Winter): 1314-1341.

Richard D. Alba and John R. Logan.  1993.  "Minority Proximity to Whites in Suburbs: An Individual-Level Analysis of Segregation"  *American Journal of Sociology* 98 (May):  1388-1427.

John R. Logan and Richard D. Alba.  1993.  "Locational Returns to Human Capital: Minority Access to Suburban Community Resources"  *Demography* 30 (May):243-268.

Sonia Miner, John R. Logan, and Glenna Spitze.  1993.  "Predicting the Frequency of Senior Center Use"  *The Gerontologist* 33:650-657.

John R. Logan and Yanjie Bian.  1993.  "Inequalities in Access to Community Resources in a Chinese City"  *Social Forces* 72 (December): 555-576.

John R. Logan and Glenna Spitze.  1994.  "Informal Support and the Use of Formal Services by Older Americans"  *Journal of Gerontology: Social Sciences* 49 (January): S25-S34.

John R. Logan, Richard D. Alba, and Thomas McNulty.  1994.  "Ethnic Economies in Metropolitan Regions: Miami and Beyond"  *Social Forces* 72 (March): 691-724.

Glenna Spitze, John R. Logan, Genevieve Joseph, and Eunju Lee.  1994.  "Middle Generation Roles and the Well-being of Men and Women"  *Journal of Gerontology* 49(May): S107-S116.

Glenna Spitze, John R. Logan, Glenn Deane, and Suzanne Zerger.  1994.  "Adult Children's Divorce and Intergenerational Relationships"  *Journal of Marriage and the Family* 56 (May): 279-293.

Richard D. Alba, John R. Logan and Shu-yin Leung.  1994.  "Asian Immigrants in American Suburbs:  An Analysis of the Greater New York Metropolitan area"  Pp. 43-70 in Mark Baldassare (editor), *Suburban Communities: Change and Policy Responses.  Research in Community Sociology*, Volume 4.  Greenwich, CT: JAI Press.

John R. Logan, Richard D. Alba, and Thomas McNulty.  1994.  "The Racially Divided City: Housing and Labor Markets in Los Angeles"  Pp. 118-140 in Seamus Dunn (editor), *Managing Divided Cities*.  Keele: Ryburn Publishing.

John R. Logan and Glenna Spitze.  1994.  "Family Neighbors"  *American Journal of Sociology* 100 (September): 453-476.

Richard D. Alba, John R. Logan and Paul Bellair.  1994.  "Living with Crime: The Implications of Racial and Ethnic Differences in Suburban Location"  *Social Forces* 73 (December): 395-434.

Richard D. Alba, Nancy Denton, Shu-Yin Leung, and John R. Logan.  1995.  "Neighborhood Change under Conditions of Mass Immigration: The New York City Region, 1970-1990"  *International Migration Review* 29: 625-656.

John R. Logan and Glenna Spitze.  1995.  "Self-Interest and Altruism in Intergenerational Relations"  *Demography* 32 (August): 353-364.

Abridged version reprinted in *Perspective on Aging* (January-March 1994) 23: 27-29.

John R. Logan and Richard D. Alba.  1995.  "Who Lives in Affluent Suburbs?  Racial Differences in Eleven Metropolitan Regions"  *Sociological Focus* 28:353-364.

John R. Logan, Richard D. Alba, and Shu-Yin Leung.  1996.  "Minority Access to White Suburbs: A Multi-Region Comparison"  *Social Forces* 74 (March): 851-882.

Yanjie Bian and John R. Logan.  1996.  "Market Transition and the Persistence of Power: The Changing Stratification System in Urban China"  *American Sociological Review* 61:739-58.

Min Zhou and John R. Logan.  1996.  "Market Transition and the Commodification of Housing in Urban China"  *International Journal of Urban and Regional Research* 20:400-21.

John R. Logan, Richard D. Alba, and Thomas McNulty.  1996.  "Minorities in the Global City: New York and Los Angeles"  Pp. 217-233 in Enzo Mingione (editor), *Urban Poverty and the Underclass*.  London: Basil Blackwell.

French version published as:  John R. Logan, Richard D. Alba, and Thomas McNulty.  1995. "Les minorités des villes globales: New York et Los Angeles" *Sociétés Contemporaines* 22/23: 69-87.

John R. Logan, Richard D. Alba, Tom McNulty and Brian Fisher.  1996.  "Making a Place in the Metropolis: Locational Attainment in Cities and Suburbs"  *Demography* 33: 443-53.

John R. Logan and Harvey Molotch.  1996.  "The Theory of the Growth Machine"  Pp. 291-337 in *Readings in Urban Theory*, edited by Susan S. Fainstein and Scott Campbell.  Cambridge, MA: Blackwell Publishers.

John R. Logan.  1996.  "Rural America as a Symbol of American Values."  *Rural Development Perspectives* 12: 24-28.

John R. Logan, Rachel Bridges Whaley, and Kyle Crowder.  1997.  "The Character and Consequences of Growth Regimes: An Assessment of Twenty Years of Research"  *Urban Affairs Review* 32: 603-630.

> Reprinted in Andrew Jonas and David Wilson (editors), *The Urban Growth Machine: Critical Perspectives Twenty Years Later*.  Albany: SUNY Press, 1998.

Richard D. Alba, John R. Logan, and Kyle Crowder.  1997.  "White Neighborhoods and Assimilation: The Greater New York Region, 1980-1990"  *Social Forces* 75: 883-909.

Yanjie Bian, John R. Logan, Hanlong Lu, Yunkang Pan, and Ying Guan.  1997.  "Work Units and Housing Reform in Two Chinese Cities"  Pp. 223-250 in Elizabeth Perry and Xiabo Lu (editors), *The Danwei: The Changing Chinese Workplace in Historical and Comparative Perspective*.  New York: M.E. Sharpe.

> Chinese version published as: Hanlong Lu, Yanjie Bian, John R. Logan, Yunkang Pan, and Ying Guan.  1996.  "Work Units and Housing Reform in Two Chinese Cities"  *Sociological Research* (Chinese Academy of Social Science).

> Revised Chinese version published in Wu Shuqing and Associates (editors), *Selected Works for Socialism with a Chinese Character*.  Beijing: Unity Press.

Marlese Durr and John R. Logan.  1997.  "Racial Submarkets in Government Employment"  *Sociological Forum* 12: 353-70.

Yunkang Pan, John R. Logan, Fuqin Bian, Yanjie Bian, and Hanlong Lu.  1997.  "Sources and Trends of Coresidence in the Urban Chinese Family" *Sociological Research* (Chinese Academy of Social Science) 6: 69-79.

Yanjie Bian, John R. Logan, Hanlong Lu, Yunkang Pan, and Ying Guan.  1997.  "Work Units and the Commodification of Housing: Observations on the Transition to a Market Economy with Chinese Characteristics"  *Social Sciences in China* (Chinese Academy of Social Science) 18:28-35.

Allen Liska, John R. Logan, and Paul Bellair.  1998.  "Race and Violent Crime in the Suburbs"  *American Sociological Review* 63:27-38.

John R. Logan, Fuqin Bian, and Yanjie Bian.  1998.  "Tradition and Change in the Urban Chinese Family: The Case of Living Arrangements"  *Social Forces* 76:851-82.

Fuqin Bian, John R. Logan, and Yanjie Bian.  1998.  "Intergenerational Relations in Urban China: Proximity, Contact, and Help to Parents" *Demography* 35: 115-124.

John R. Logan, Yanjie Bian, and Fuqin Bian.  1999.  "Housing Inequality in Urban China in the 1990s" *International Journal of Urban and Regional Research* 23 (March):7-25.

John R. Logan and Brian Stults.  1999.  "Racial Differences in Exposure to Crime: The City and Suburbs of Cleveland in 1990" *Criminology* 37 (May):251-276.

John R. Logan and Fuqin Bian.  1999.  "Family Values and Co-Residence with Married Children in Urban China" *Social Forces* 77 (June):1253-1282.

Richard D. Alba, John R. Logan, Brian Stults, Gilbert Marzan, and Wenquan Zhang.  1999.  "Immigrant Groups and Suburbs: A Reexamination of Suburbanization and Spatial Assimilation"  *American Sociological Review* 64 (June):446-60.

John R. Logan.  1999.  "Still a Global City: The Racial and Ethnic Segmentation of New York" In Peter Marcuse and Ronald Van Kempen (editors), *Globalizing Cities: A New Spatial Order*. Oxford: Blackwell Publishers.

John R. Logan.  1999.  "Competing for Urban Growth: Growth Coalitions Around the Globe" *Futura* (Finland) 18:3.

Richard D. Alba, John R. Logan, Wenquan Zhang, and Brian Stults.  1999.  "Strangers Next Door: Immigrant Groups and Suburbs in Los Angeles and New York"  In Phyllis Moen, Henry Walker, and Donna Dempster-McClain (editors), *A Nation Divided: Diversity, Inequality, and Community in American Society*.  Ithaca: Cornell University Press.

John R. Logan.  1999.  "Competing for Urban Growth: Growth Coalitions around the Globe" In Markku Sotarauta (editor),  *Urban Futures: A Loss of Shadows in the Flowing Spaces?*  Special issue of *Futura* (Finnish Society for Futures Studies).  18:64-75.

John R. Logan and Richard D. Alba.  1999.  "Minority Niches and Immigrant Enclaves in New York and Los Angeles: Trends and Impacts."  Pp. 172-193 in Frank Bean and Stephanie Bell-Rose (editors), *Immigration and Opportunity: Race, Ethnicity, and Employment in the United States*. New York: Russell Sage Foundation.

John R. Logan, Richard D. Alba, Michael Dill, and Min Zhou.  2000.  "Ethnic Segmentation in the American Metropolis: Increasing Divergence in Economic Incorporation, 1980-1990." *International Migration Review* 34 (Spring):98-132.

Yanjie Bian, John R. Logan, and Xiaolong Shu.  2000.  "Economic Reform and the Gender Wage Gap in China."  Pp. 111-33 in Barbara Entwisle and Gail E. Henderson (editors), *Re-Drawing Boundaries: Work, Household, and Gender in China*.  Berkeley: University of California Press.

John R. Logan.  2000.  "Suburbanization"  Pp. 3070-77 in Edgar Borgatta (editor), *Encyclopedia of Sociology, 2nd edition*.  New York:  MacMillan.

Richard D. Alba, John R. Logan, and Brian Stults.  2000.  "How Segregated Are Middle-Class African Americans?"  *Social Problems* 47 (November): 543-58.

Richard D. Alba, John R. Logan, and Brian Stults.  2000.  "The Changing Neighborhood Contexts of the Immigrant Metropolis" *Social Forces* 79 (December): 587-621.

Yanjie Bian, Xiaoling Shu, and John R. Logan.  2001.  "Communist Party Membership and Regime Dynamics in China" *Social Forces* 79 (March):805-841.

Fuqin Bian and John R. Logan.  2001.  "A Comparative Analysis of Intergenerational Relations in China and the United States" *Sociological Research* (Chinese Academy of Social Science), 85-95.

John R. Logan and Fuqin Bian.  2002.  "Parents' Needs, Family Structure and Regular Intergenerational Financial Exchange in Chinese Cities" *Sociological Forum* 18 (March): 85-101.

John R. Logan and Kyle Crowder.  2002.  "Political Regimes and Suburban Growth, 1980-1990" *City and Community* 1 (March): 113-136.

John R. Logan, Richard D. Alba, and Wenquan Zhang.  2002.  "Immigrant Enclaves and Ethnic Communities in New York and Los Angeles" *American Sociological Review* 67 (April):299-322.

Richard D. Alba, John R. Logan, Amy Lutz, and Brian Stults.  2002.  "Only English by the Third Generation?  Loss and Preservation of the Mother Tongue Among the Grandchildren of Contemporary Immigrants" *Demography* 39 (August): 467-84.

John R. Logan and Richard D. Alba.  2002.  "Does Race Matter Less for the Truly Advantaged? Residential Patterns in the New York Metropolis"  Pp. 71-88 in Marlese Durr (editor), *The New Politics of Race: From DuBois to the 21st Century*.  Westport, CT: Praeger.

John R. Logan.  2003.  "Ethnic Diversity Grows, Neighborhood Integration Lags Behind."  Pp. 235-256 in Bruce Katz and Robert E. Lang (editors), *Redefining Urban and Suburban America: Evidence from Census 2000*.  Washington, DC: The Brookings Institution Press.

John R. Logan.  2003.  "Life and Death in the City" *Contexts* 2 (Spring):33-40.

   Reprinted as John R. Logan.  2008.  "Life and Death in the City: Neighborhoods in Context" Pp. 437-444 in Jeff Goodwin and James M. Jasper (editors), *The Contexts Reader*.  New York: W.W. Norton and Company.

John R. Logan and Fuqin Bian.  2003.  "Parents' Preferences and Reality: Coresiding with Married Children in Urban China" (In Chinese). *Chinese Journal of Population Science* 95 (April): 46-52.

Eunju Lee, Glenna Spitze, and John R. Logan.  2003.  "Social Support to Parents-in-Law: The Interplay of Gender and Kin Hierarchies" *Journal of Marriage and the Family* 65 (May): 396-403.

John R. Logan, Richard D. Alba, and Brian J. Stults.  2003. "Enclaves and Entrepreneurs: Assessing the Payoff for Immigrants and Minorities" *International Migration Review* 37 (Summer): 344-88.

Min Zhou and John R. Logan.  2003.  "Increasing Diversity and Persistent Segregation: Challenges of Educating Minority and Immigrant Children in Urban America" Chapter 8 in Stephen J. Caldas and Carl L. Bankston (editors), *The End of Desegregation.*  Nova Science Publishers.

Alba, Richard D., John R. Logan and Brian J. Stults. 2003.  "Residential Inequality and Segregation in an Immigration Era: An Analysis of the Major Metropolitan Regions of the U.S." In Jeffrey G. Reitz (editor), *Host Societies and the Reception of Immigrants*. La Jolla, CA: Center for Comparative Immigration Studies.

John R. Logan and Wenquan Zhang.  2004.  "Identifying Ethnic Neighborhoods with Census Data: Group Concentration and Spatial Clustering" Pp. 113-126 in Michael Goodchild and Donald Janelle (editors), *Spatially Integrated Social Science.*  Oxford University Press.

John R. Logan, Brian Stults, and Reynolds Farley.  2004.  "Segregation of Minorities in the Metropolis: Two Decades of Change" *Demography* 41:1-22.

John R. Logan.  2004.  "How Race Counts for Hispanic Americans" *Sage Race Relations Abstracts* 29 (February): 7-19.

   Reprinted as John R. Logan.  2010. "How Race Counts for Hispanic Americans"  In Juan Flores and Miriam Jiménez Román (editors).  *Afro-Latin@s in the United States: A Reader.* Chapel Hill:  Duke University Press.

John R. Logan and Fuqin Bian.  2004.  "Intergenerational Family Relations in the United States and China" Pp. 249-265 in Merril Silverstein (editor), *Intergenerational Relations Across Time and Place.  Annual Review of Gerontology and Geriatrics*, Volume 24.  New York: Springer Publishing Company.

John R. Logan.  2004.  "Socialism, Market Reform, and Neighborhood Inequality in Urban China"  Pp. 233-248 in Chengri Ding and Yan Song (editors), *Emerging Land and Housing Markets in China.*  Cambridge, MA: Lincoln Institute of Land Policy.

Elena Vesselinov and John R. Logan.  2005. "Mixed Success: Economic Stability and Urban Inequality in Sofia" In F.E. Ian Hamilton, Kaliopa Dimitrovska Andrews, and Nataša Pichler-Milanovic (editors), *Transformation of Cities in Central and Eastern Europe: Towards Globalization*. Tokyo: United Nations University Press.

John R. Logan.  2005.  "Re-Placing Whiteness: Where's the Beef?" *City & Community* 4 (June): 137-142.

John R. Logan.  2005.  "Commentary: Growth of China's Medium-Size Cities" Pp. 296-299 in Gary Burtless and Janet Rothenberg Pack (editors), *Brookings-Wharton Papers on Urban Affairs 2005.*  Washington, DC: Brookings Institution Press.

Logan, John R., Deirdre Oakley, and Jacob Stowell.  2006.  "Resegregation in U.S. Public Schools or White Decline? A Closer Look at Trends in the 1990s" *Children, Youth, and Environments* 16: 49-68.

Christopher J. Smith and John R. Logan.  2006.  "Flushing 2000: Geographic Explorations in Asian New York"  Pp. 41-73 in Wei Li (editor), *From Urban Enclave to Ethnic Suburb: New Asian Communities in Pacific Rim Countries.*  Honolulu:  University of Hawaii Press.

John R. Logan, Deirdre Oakley, and Jacob Stowell. 2006. "Public Policy Impacts on School Desegregation, 1970-2000"  Pp. 33-44 in John Frazier and Eugene Tettey-Fio (editors), *Race, Ethnicity and Place in a Changing America*.  Albany: SUNY Press.

John R. Logan.  2006.  "Variations in Immigrant Incorporation in the Neighborhoods of Amsterdam" *International Journal of Urban and Regional Development* 30 (September):485-509.

John R. Logan.  2007.  "Settlement Patterns in Metropolitan America"  Pp. 83-97 in Mary Waters and Reed Ueda (editors), *The New Americans: A Guide to Immigration Since 1965*. Harvard University Press.

Deirdre Oakley and John R. Logan.  2007.  "A Spatial Analysis of the Urban Service Landscape: What Accounts for Differences across Neighborhoods?" Pp. 215-230 in Linda Lobao and Greg Hooks (eds.), *The Sociology of Spatial Inequality*. Albany, NY: State University of New York Press.

John R. Logan and Susan Fainstein.  2007.  "Urban China in Comparative Perspective" Pp. 1-24 in John R. Logan (editor), *Urban China in Transition*.  London: Blackwell Publishers.

Yixing Zhou and John R. Logan.  2007.  "Growth on the Edge: The New Chinese Metropolis" Pp. 140-160 in John R. Logan (editor), *Urban China in Transition*.  London: Blackwell Publishers.

> Chinese version reprinted as Yixing Zhou and John R. Logan.  2007.  "New Chinese Cities: Growth at the Edge" (Bianyuan Zhengzhang - Xin de Zhongguo Dadushi).   Pp. 237-256 in Fulong Wu, Laurence Ma, and Jingxiang Zhang (editor), *Restructuring and Reconstructing: China's urban development in multiple perspectives (Zhuanxing yu Chongguo: Zhongguo Chengshi Fazhan Duowei Toushi*). Nanjing: Southeast University Press.

John R. Logan. 2007. "Who Are the Other African Americans? Contemporary African and Caribbean Immigrants in the U.S."  Pp. 49-68 in Yoku Shaw-Taylor and Steven Tuch (editors), *Other African Americans: Contemporary African and Caribbean Families in the United States*. Boulder, CO: Rowman and Littlefield.

Feng, Jian, Yixing Zhou, John R. Logan, and Fulong Wu.  2007. "Restructuring of Beijing's Social Space" *Eurasia Geography and Economics* 48: 509-542.

14

John R. Logan.  2007.  "Unnatural Disaster: Social Impacts and Policy Choices after Katrina"  In Karl-Siegbert Rehberg, (editor), *Die Natur der Gesellschaft.  Verhandlungen des 33. Kongresses der Deutschen Gesellschaft für Soziologie in Kassel 2006*, Campus-Verlag, Frankfurt a.M.

> Reprinted (2008, pp. 279-297) in Harry W. Richardson, Peter Gordon, and James E. Moore (editors), *Natural Disaster Analysis After Hurricane Katrina: Risk Assessment, Economic Impacts and Social Implications*.  London: Edward Elgar Publications.

> Reprinted (2009, Chapter 12) in Robert Bullard and Beverly Wright (editors), *Race, Place, and Environmental Justice after Hurricane Katrina: Struggles to Reclaim, Rebuild, and Revitalize New Orleans and the Gulf Coast*.  Boulder: Westview Publishers.

Scott Bell and John R. Logan. 2008. "Distributed Research and Scientific Creativity: Accessible Data for the Social Sciences"  Pp. 207-218 in Michael Peterson (editor), *International Perspectives on Maps and the Internet*.  New York: Springer Verlag.

John R. Logan, Deirdre Oakley, and Jacob Stowell.  2008.  "School Segregation in Metropolitan Regions, 1970-2000: The Impacts of Policy Choices on Public Education" *American Journal of Sociology*, 113 (May): 1611-1644.

Jian Feng, Fulong Wu, and John R. Logan.  2008. "From Homogeneous to Heterogeneous Urban Socio-Spatial Structure: Transformation of Beijing in the Transition Period"  *The Built Environment* 34 (4): 482-498.

John R. Logan, Sookhee Oh, and Jennifer Darrah. 2009.  "The Political Impact of the New Hispanic Second Generation" *Journal of Ethnic and Migration Studies*, 35 (August): 1201-1224.

John R. Logan and Charles Zhang.  2009.  "Cubans and Dominicans: Is There a Latino Experience in the U.S?"  Pp. 191-207 in Ramon Grosfoguel, Ana Margarita Cervantes-Rodriguez, and Eric Mielants (editors), *Carribean Migration to the United States and Western Europe. Essays on Incorporation, Identity, and Citizenship*.  Philadelphia: Temple University Press.

Deirdre Oakley, Jacob Stowell, and John R. Logan.  2009.  "The Impact of Desegregation on Black Teachers in the Metropolis, 1970–2000"  *Journal of Ethnic and Racial Studies* 32 (9): 1576-1598.

John R. Logan, Yiping Fang, and Zhanxin Zhang.  2009. "Access to Housing in Urban China" *International Journal of Urban and Regional Research* 33 (4): 914-935.

John R. Logan, Yiping Fang, and Zhanxin Zhang.  2009. "Residence Status and Housing in Urban China – the Case of Beijing in 2000" *Espace Populations Sociétés* 2009/3: 497-510.

John R. Logan, Yiping Fang, and Zhanxin Zhang.  2010. "The Winners in China's Urban Housing Reform"  *Housing Studies* 25 (1): 101-118.

John R. Logan, Weiwei Zhang, and Hongwei Xu.  2010.  "Applying Spatial Thinking in Social Science Research"  *GeoJournal* 75 (1): 15-27.

John R. Logan and Charles Zhang.  2010.  "Global Neighborhoods: New Pathways to Diversity and Separation"  *American Journal of Sociology*, 115 (4): 1069-1109.

John R. Logan.  2010.  "How Race Counts for Hispanic Americans"  Pp. 471-84 in Miriam Jiménez Román and Juan Flores (editors), The *Afro-Latin@Reader: History and Culture in the United States.*  Durham, NC:  Duke University Press.

Jing Song and John R. Logan.  2010.  "Family and Market: Nonagricultural Employment in Rural China"  *Chinese Journal of Sociology* 30 (5): 142-163.

John R. Logan and Julia A. Rivera Drew.  2011.  "Human Capital, Gender, and Labor Force Incorporation: The Case of Immigrants from the Former Soviet Union"  *International Journal of Comparative Sociology,* 25-44.

John R. Logan, Jason Jindrich, Hyoungjin Shin, and Weiwei Zhang. 2011.  "Mapping America in 1880: The Urban Transition Historical GIS Project"  *Historical Methods* 44(1): 49-60.

John R. Logan, Seth Spielman, Hongwei Xu, and Philip N. Klein.  2011.  "Identifying and Bounding Ethnic Neighborhoods"  *Urban Geography* 32, 3:334-59.

Patrick M. Vivier, Marissa Hauptman, Sherry H. Weitzen, Scott Bell, Daniela N. Quilliam, and John R. Logan. 2011.  "The Important Health Impact of Where a Child Lives:  Neighborhood Characteristics and the Burden of Lead Poisoning"  *Maternal and Child Health Journal* 15:1195-1202.

John R. Logan and Deirdre Oakley.  2012.  "Schools Matter: Segregation, Unequal Educational Opportunities, and the Achievement Gap in the Boston Region" Pp. 103-123 in William Tate (editor), *Research on Schools, Neighborhoods, and Communities: Toward Civic Responsibility*. Washington, DC: American Educational Research Association.

Antonio Paez, Manuel Ruiz, Fernando López, and John R. Logan.  2012.  "Measuring Ethnic Clustering and Exposure with the Q statistic: An Exploratory Analysis of Irish, Germans, and Yankees in 1880 Newark" *Annals of the Association of American Geographers*, 102 (1) 84-102 (doi: 10.1080/00045608.2011.620502).

John R. Logan, Sookhee Oh, and Jennifer Darrah. 2012.  "The Political and Community Context of Immigrant Naturalization" *Journal of Ethnic and Migration Studies* 38 (4): 535-554.

Wenquan Zhang and John R. Logan.  2012.  "Global neighborhoods"  In George Ritzer (editor), *Wiley-Blackwell Encyclopedia of Globalization*.  London: Blackwell.

John R. Logan, Jennifer Darrah, and Sookhee Oh. 2012.  "The Impact of Race and Ethnicity, Immigration, and Political Context on Participation in American Electoral Politics" *Social Forces* 90 (3): 993-1022.

John R. Logan, Elisabeta Minca, and Sinem Adar.  2012.  "The Geography of Inequality: Why Separate Means Unequal in American Public Schools"  *Sociology of Education* 85 (3): 287-301.

John R. Logan.  2012.  "Making a Place for Space: Spatial Thinking in Social Science"  *Annual Reviews of Sociology* 38:507-24.

John R. Logan and Hyoung-jin Shin.  2012.  "Assimilation by the Third Generation? Marital Choices of White Ethnics at the Dawn of the Twentieth Century" *Social Science Research* 41 (5): 1116-1125.

John R. Logan and Weiwei Zhang.  2012.  "White Ethnic Residential Segregation in Historical Perspective: U.S. Cities in 1880" *Social Science Research* 41 (5): 1292-1306.

John R. Logan and Limei Li.  2012.  "The Impact of Housing Tenure on Residential Segregation in Beijing, China" Pp. 69-88 in Thomas Maloutas and Kuniko Fujita (editors), *Residential Segregation in Comparative Perspective: Making Sense of Contextual Diversity*.  London: Ashgate Publishing.

John R. Logan and Hyoung-jin Shin.  2012.  "Immigrant Incorporation in American Cities: Contextual Determinants of Irish, German and British Intermarriage in 1880"  *International Migration Review* 46 (3): 710-39.

John R. Logan.  2012. "Combining History and Historical Demography to Understand a Nineteenth Century City"  *Historical Methods* 45 (4): 171-77.

John R. Logan, Weiwei Zhang, and Hongwei Xu.  2012.  "Recent  Applications of Spatial Thinking in Demography" Pp. 266-287 in Zai Liang (editor). *Demography* (in Chinese). Beijing: People's University of China Press.

Seth Spielman and John R. Logan.  2013.  "Using High-Resolution Population Data to Identify Neighborhoods and Establish Their Boundaries" *Annals of the Association of American Geographers* 103 (1): 67-84.

John R. Logan.  2013.  "The Persistence of Segregation in the 21st Century Metropolis"  *City & Community* 12(2): 160-168.

John R. Logan, Zengwang Xu, and Brian Stults.  2014.  "Interpolating US Decennial Census Tract Data from as Early as 1970 to 2010: A Longitudinal Tract Database"  *The Professional Geographer* 66(3):412-420.

17

Hongwei Xu, John R. Logan, and Susan Short.  2014.  "Integrating Space with Place in Health Research:  A Multilevel Spatial Investigation Using Child Mortality in 1880 Newark, New Jersey" *Demography*, 51(3): 811-834.

John R. Logan, Julia Burdick-Will, and Elisabeta Minca. 2014. "Charter Schools and Minority Access to Quality Public Education" In Greg Ingram and Daphne Kenyon (editors), *Education, Land, and Location*.  Cambridge: Lincoln Institute of Land Policy.

Antonio Paez, Fernando Lopez, Manuel Ruiz, and John R. Logan.  2014.  "The Micro-Geography of Segregation: Evidence from Historical US Census Data" In Christopher Lloyd, Ian Suttleworth, and David Wong (editors), *Social Segregation: Concepts, Processes and Outcomes*. Bristol, UK: Policy Press, forthcoming.

John R. Logan. 2014.  "Diversity and Inequality: Recent Shocks and Continuing Trends"  In John R. Logan (editor),  *Diversity and Disparities: America Enters a New Century*.  New York: Russell Sage Foundation.

Yiping Fang, John R. Logan and Anirban Pal. 2015.  "Emerging Socio-spatial Pattern of Chinese Cities: The Case of Beijing in 2006" *Habitat International* 47: 103-112.

John R Logan and Zengwang Xu.  2015.  "Vulnerability to Hurricane Damage on the U.S. Gulf Coast since 1950" *Geographical Review* 105(2):133–155.

John R. Logan, Weiwei Zhang, and Miao Chunyu. 2015.  "Emergent Ghettos: Black Neighborhoods in New York and Chicago, 1880-1940" *American Journal of Sociology* 120(4):1055-1094.

Weiwei Zhang and John R. Logan.  2015.  "Chinese in the United States: Growth, Dispersal and Integration" Pp. 215-237 in Robyn Iredale and Fei Guo (editors), *Handbook on Chinese Migration:  Identity and Wellbeing*.  London: Edward Elgar Publishing. DOI 10.4337/9781783476640.00018.

John R. Logan and Julia Burdick-Will.  2015.  "School Segregation, Charter Schools, and Access to Quality Education" *Journal of Urban Affairs* 38, 3: 323-343. DOI: 10.1111/juaf.12246.

John R. Logan, Weiwei Zhang, Richard Turner, and Allison Shertzer. 2015.  "Creating the Black Ghetto: Black Residential Patterns Before and During the Great Migration" *The Annals of the American Academy of Political and Social Science* 660: 18-35. DOI: 10.1177/0002716215572993.

Fulong Wu and John R. Logan.  2015.  "Do Rural Migrants "Float" in Urban China? Neighboring and Neighborhood Sentiment in Beijing"  *Urban Studies*, DOI: 10.1177/0042098015598745.

John R. Logan and Yushu Zhu.  2015.  "Interpreting the Challenges of China's Rapid Urbanization"  *Landscape Architecture Frontiers* (Beijing, in English and Chinese) 3:12-24.

John R. Logan. 2016. "Separate and Unequal: Residential Segregation" Pp. 20-22 in *Communities & Banking*. Boston: Federal Reserve Bank of Boston.

John R. Logan. 2016. "Challenges of Spatial Thinking" Pp. 11-36 in Frank M. Howell, Jeremy R. Porter and Stephen A. Matthews (editors), *Recapturing Space: New Middle-Range Theory in Spatial Demography*. New York: Springer Publishing.

John R. Logan. 2016. "As Long As There Are Neighborhoods" *City & Community* 15: 23-28. doi: 10.1111/cico.12149.

John R. Logan and Hyoung-jin Shin. 2016. "Birds of a Feather: Social Bases of Neighborhood Formation in Newark, 1880" *Demography* 53: 1085-1108. doi: 10.1007/s13524-016-0487-5

John R. Logan, Sukriti Issar, and Zengwang Xu. 2016. "Trapped in Place? Segmented Resilience to Hurricanes in the Gulf Coast, 1970-2005" *Demography*, 53,5: 1511-1534. DOI 10.1007/s13524-016-0496-4.

Allison Shertzer, Randall P. Walsh, and John R. Logan. 2016. "Segregation and Neighborhood Change in Northern Cities: New Historical GIS Data from 1900-1930" *Historical Methods: A Journal of Quantitative and Interdisciplinary History* 49,4: 187-197. DOI 10.1080/01615440.2016.1151393.

John R. Logan, Brian Stults, and Zengwang Xu. 2016. "Validating Population Estimates for Harmonized Census Tract Data, 2000-2010" *Annals of the American Association of Geographers* 106,5: 1013-1029. DOI 10.1080/24694452.2016.1187060.

Wenquan Zhang and John R. Logan. 2016. "Global Neighborhoods: Beyond the Multiethnic Metropolis" *Demography* 53(6):1933-1953. DOI 10.1007/s13524-016-0516-4.

John R. Logan and Benjamin Bellman. 2016. "Before *The Philadelphia Negro*: Residential Segregation in a Nineteenth-Century Northern City" *Social Science History* 40: 683-706. DOI: https://doi.org/10.1017/ssh.2016.27

John R. Logan, Weiwei Zhang and Deirdre Oakley. 2017. "Court Orders, White Flight, and School District Segregation, 1970-2010" *Social Forces* 95, 3: 1049-1075. DOI 10.1093/sf/sow104.

John R. Logan. 2017. "Racial segregation in postbellum Southern cities: The case of Washington, D.C" *Demographic Research* (special issue on "Spatial analysis in historical demography: Micro and macro approaches"), 36: 1759-1784. DOI 10.4054/DemRes.2017.36.57

John R. Logan and Weiwei Zhang. 2017. "Developing GIS Maps for U.S. Cities in 1930 and 1940" In Ian Gregory, Don Debats, and Don Lafreniere (editors), *The Routledge Companion to Spatial History*. Routledge UK.

Wenquan Zhang and John R. Logan.  2017.  "The Emerging Spatial Organization of the Metropolis: Zones of Diversity and Minority Enclaves in Chicago" *Spatial Demography*, 5,  2: 99–122.  DOI 10.1007/s40980-017-0033-0.

Weiwei Zhang and John R. Logan. 2017.  "Historical GIS"  Barney Warf (editor), *Oxford Bibliographies*.  New York: Oxford University Press.  DOI: 10.1093/OBO/9780199874002-0163.

Julia Burdick-Will and John R. Logan.  2017.  "Schools at the Rural-Urban Boundary – Blurring the Divide?"  *Annals of the American Academy of Political and Social Science* 672, 1: 185-201.

John R. Logan and Deirdre Oakley.  2017.  "Black Lives and Policing: The Larger Context of Ghettoization" *Journal of Urban Affairs* 39, 8: 1031-1046.

John R. Logan and Julia Burdick-Will.  2017.  "School Segregation and Disparities in Urban, Suburban, and Rural Areas" *Annals of the American Academy of Political and Social Science* 672:185-201.

John R. Logan.  2017.  "Space and Place"  In Michael Ryan (editor), *Essential Concepts in Sociology*.  New York: Wiley (electronic book).

John R. Logan and Matthew Martinez.  2018.  "The Spatial Scale and Spatial Configuration of Residential Settlement: Measuring Segregation in the Postbellum South" *American Journal of Sociology* 123: 1161-1203.

John R. Logan, Arnold Foster, Jun Ke, And Fan Li.  2018.  "The Uptick in Income Segregation: Real Trend or Random Sampling Variation?" *American Journal of Sociology* 124: 185-222.

John R. Logan.  2018.  "People and Plans in Urbanising China: Challenging the Top-Down Orthodoxy" *Urban Studies* 55: 1375-1382.

John R. Logan, Chris Graziul, and Nathan Frey.  2018.  "Neighborhood Formation in St. Louis, 1930" *Environment and Planning B* 45:1157-1174.

John R. Logan.  2018.  "Relying on the Census in Urban Social Science" *City & Community* 17:540-549.

**BOOK REVIEWS**

Constance Perin.  Everything in Its Place.  *Sociology and Social Research* 63(October 1978).

W.A.V. Clark and Eric G. Moore (editors).  Residential Mobility and Public Policy. *Contemporary Sociology* 11(September 1982):  536-537.

Donald Hicks and Norman Glickman.  Transition to the 21st Century:  Prospects and Policies for Urban Regional Transformation.  *Contemporary Sociology* 13(July 1984):  529.

Joe Feagin.  The Urban Real Estate Game.  *Work and Occupations* 13(February 1986):  163-164.

Henry Binford.  The First Suburbs:  Residential Communities on the Boston Periphery 1815-1860.  *American Journal of Sociology* 92(September 1986):  488-489.

Neil Smith.  Uneven Development:  Nature, Capital and the Production of Space. *American Political Science Review* 81(June 1987): 694-696.

Stuart Lowe.  Urban Social Movements:  The City after Castells.  *Contemporary Sociology* 16 (November 1987):  838.

Amos Hawley.  Human Ecology:  A Theoretical Essay.  *Annals of the American Association of Geographers* 78 (March 1988):  186-187.

Michael Peter Smith.  City, State, and Market:  The Political Economy of Urban Society. *American Journal of Sociology* 95 (July 1989): 217-218.

Eric H. Monkonnen.  America Becomes Urban:  The Development of U.S. Cities and Towns, 1780-1980.  *Contemporary Sociology*, 18(September 1989): 741-742.

William H. Frey and Alden Speare, Jr.  Regional and Metropolitan Growth and Decline in the United States.  *Social Forces* 68(March 1990): 987-988.

Mark Schneider.  The Competitive City:  The Political Economy of Suburbia.  *American Journal of Sociology* 95 (May 1990): 1601-1602.

Gerald D. Suttles.  The Man-Made City: The Land Use Confidence Game in Chicago. *Contemporary Sociology* 20 (July 1991): 582-585.

Bernard Frieden and Lynne Sagalyn.  Downtown, Inc.  How America Rebuilds Cities. *International Journal of Urban and Regional Research* 15 (September 1991): 476-477.

Ann Markusen, Peter Hall, Scott Campbell, and Sabina Deitrick.  The Rise of the Gunbelt. *Contemporary Sociology* 22 (January 1993): 54-55.

Ira Katznelson.  Marxism and the City.  *Contemporary Sociology* 22 (July 1993): 557-559.

John Walton.  Western Times and Water Wars: State, Culture, and Rebellion in California. *International Journal of Urban and Regional Development* 17 (December 1993): 626-627.

Robert A. Beauregard.  Voices of Decline: The Postwar Fate of U.S. Cities.  *Contemporary Sociology* 23 (November 1994): 845-846.

Gregory Squires.  Capital and Communities in Black and White.  *International Journal of Urban and Regional Development* 20 (September 1996): 559-60.

Charles Haar.  Suburbs Under Siege: Race, Space, and Audacious Judges.  And David Kirp, John Dwyer, and Larry Rosenthal.  Our Town: Race, Housing, and the Soul of Suburbia.  *American Journal of Sociology* 102 (May 1997): 1747-1749.

Charlotte Ikels. The Return of the God of Wealth: The Transition to a Market Economy in Urban China.  *Contemporary Sociology* 26 (May 1997): 345-46.

21

Barbara Ferman.  Challenging the Growth Machine: Neighborhood Politics in Chicago and Pittsburgh.  *Urban Affairs Review* 33 (November 1997): 298-300.

Joe Feagin.  The New Urban Paradigm: Critical Perspectives on the City.  *Contemporary Sociology* 27 (November 1998): 620-621.

James Gimpel.  Separate Destinations: Migration, Immigration, and the Politics of Places. *American Journal of Sociology* 106 (July 2000): 242-243.

Wenfang Tang and William Parish.  Chinese Urban Life under Reform: The Changing Social Contract.  *Social Forces* 79 (June 2001): 1530-32.

Mike Davis.  Magical Urbanism: Latinos Reinvent the U.S. City.  *International Journal of Urban and Regional Research* 26 (September 2002): 647-48.

Reynolds Farley, Sheldon Danziger, and Harry J. Holzer.  Detroit Divided.  *Contemporary Sociology 31* (September 2002): 519-21.

Barry Bluestone and Mary Huff Stevenson.  The Boston Renaissance: Race, Space, and Economic Change in an American Metropolis.  *Journal of Regional Science* 42 (November 2002): 812-14.

Martin Whyte.  China's Revolutions and Intergenerational Relations.  *Contemporary Sociology* 33 (November 2004): 669-670.

Arlene Dávila.  Barrio Dreams: Puerto Ricans, Latinos, and the Neoliberal City.  *Journal of the American Planning Association* 71 (Summer 2005): 343-344.

Reynolds Farley and John Haaga.  The American People: Census 2000.  *Contemporary Sociology* 36 (January 2007): 59-60.

Review essay: "Urban Resilience and Change after 9/11."  Nancy Foner, Wounded City: The Social Impact of 9/11; Howard Chernick, Resilient City: The Economic Impact of 9/11.  John Mollenkopf, Contentious City: The Politics of Recovery in New York City.  *Qualitative Sociology* 30 (June 2007): 195-197.

John Friedmann.  China's Urban Transition.  *International Journal of Urban and Regional Research* 31, 4 (2007): 884-885.

Li Zhang.  In Search of Paradise: Middle-Class Living in a Chinese Metropolis.  *City and Community* 11 (December 2012): 433-434.

Elijah Anderson.  The Cosmopolitan Canopy: Race and Civility in Everyday Life.  *American Journal of Sociology* 118, 5 (March 2013): 1445-1447.

Robert Sampson.  Great American City: Chicago and the Enduring Neighborhood Effect. *Journal of Regional Science* 53,2 (2013): 353-355.

Xuefie Ren.  Urban China.  *City & Community* 13, 3 (September 2014): 281-282.

Nancy Foner, Jan Rath, Jan Willem Duyvendak, Rogier van Reekum.  New York and Amsterdam: Immigration and the New Urban Landscape.  *Contemporary Sociology* 44,5 (September 2015): 661-662..  doi: 10.1177/0094306115599351w

Douglas S. Massey et al.  Climbing Mount Laurel: The Struggle for Affordable Housing and Social Mobility in an American Suburb.  *American Journal of Sociology* 121,1 (July 2015): 290-292.

Annette Lareau and Kimberly Goyette.  Choosing Homes, Choosing Schools.  *Children, Youth and Environments* 25.3 (2015): 218–220.

Toby L. Parcel and Andrew J. Taylor.  The End of Consensus: Diversity, Neighborhoods, and the Politics of Public School Assignments.  *Contemporary Sociology* 45, 5 (2016): 645-646. DOI 10.1177/0094306116664524pp

Ho Cheuk-Yuet.  Neo-socialist Property Rights: The Predicament of Housing Ownership in China. *China Quarterly* 226 (June 2016): 565-567. DOI: 10.1017/S0305741016000448


## CONFERENCE PAPER PRESENTATIONS

Political Socialization at the University of Buenos Aires (with David Nasatir).  Eastern Sociological Society, April 1969.

Problems in the Utilization of Medical Sociology.  Pacific Sociological Association, April 1970.

Affluence, Class Structure, and Working-Class Consciousness in Modern Spain.  American Sociological Association, August 1974.

The Political Economy of Suburban Growth:  A Two-Region Comparison (with Mark Schneider).  International Studies Association, February 1976.

Growth, Politics, and the Stratification of Places.  American Sociological Association, August 1977.

Growth and Succession in Suburban Communities (with Moshe Semyonov).  Population Association of America, April 1978.

Income Inequalities among Metropolitan Communities (with Mark Schneider).  International Sociological Association, August 1978.

Metropolitan Political Economy:  Possibilities for Comparative Urban Research.  Conference on Comparative Urban Research, University of Chicago, April 1979.

Worker Mobilization and Party Politics in Portugal.  II International Conference on Modern Portugal, University of New Hampshire, June 1979.

State Policy and Metropolitan Stratification.  Invited speaker for a panel organized by the Community Section, American Sociological Association, August 1979.

Governmental Organization and Changing City-Suburb Income Inequality (with Mark Schneider).  American Sociological Association, August 1979.

Suburban Racial Segregation as a Non-Ecological Process (with Linda Brewster Stearns). Eastern Sociological Society, April 1980.

Trends in Racial Segregation:  A Caution on the Index of Dissimilarity (with Linda Brewster Stearns).  American Sociological Association, August 1980.

Suburban Racial Segregation and Black Access to Local Public Resources (with Mark Schneider).  Pacific Sociological Association, March 1981.

The Fiscal Implications of Class Segregation for Suburban Municipalities (with Mark Schneider).  American Sociological Association, August 1981.

The Effects of Local Government Finances on Community Growth Rates:  A Test of the Tiebout Hypothesis (with Mark Schneider).  International Sociological Association, August 1982.

Fiscal Implications of Black and Low-Income Suburbanization in the 1970's (with Mark Schneider).  American Political Science Association, September 1982.

Racial Segregation and Racial Change in American Suburbs, 1970-1980 (with Mark Schneider). American Sociological Association, September 1982.

Democracy from Above:  Limits to Change in Southern Europe.  II Colloquium on the Political Economy of Southern Europe, Maison des Sciences de l'Homme, Paris, France. June 1983.

Challenges to Value-Free Development:  Tensions in the Growth Machines (with  Harvey Molotch).  Society for the Study of Social Problems, August 1983.

Growth Costs and Benefits:  Rent Levels, Environmentalism, and Economic Shifts (with Harvey Molotch).  Society for the Study of Social Problems, August 1983.

Fiscal Disparities and the Location of Firms in Suburban Regions (with Mark Schneider). International Studies Association, April 1984.

The Aging of the Suburbs, 1960-1970 (with Kevin Fitzpatrick).  Eastern Sociological Society, March 1984.

Measuring Trends in Segregation:  Three Dimensions, Three Measures (with Linda Brewster Stearns).  American Sociological Association, August 1984.

Coping with Cutbacks:  The Changing Fiscal Situation of Black and Low-Income Suburbs (with Mark Schneider).  Society for the Study of Social Problems, August 1984.

Suburbs and Satellites:  Two Decades of Change (with Reid Golden).  American Sociological Association, August 1985.

The National Context of Urban Fortunes.  Invited speaker for a panel organized by the Community Section, American Sociological Association, August 1985.

The Changing Nature of the Suburbs and Suburban Crime (with Stephen A. Messner).  Eastern Sociological Society, April 1986.

Growth Controls and Suburban Growth in the United States.  American Sociological Association, August 1986.

There Is an Urban Sociology (with Harvey Molotch).  American Sociological Association, August 1986.

The Future of Urban Sociology.  Southern Sociological Society, March 1988.

Why Growth Controls Don't Restrain Growth (with Harvey Molotch). Urban Affairs Association, March 1989.

Representing Neighborhoods:  The Impossible Dream?  Conference on Urban Revitalization in the 1990's, University of Dayton, February 1990.

Residential Mobility and Ethnic Segregation of New York City's Chinese (with Min Zhou).  XII World Congress of Sociology, Madrid, Spain.  July 1990.

The Globalization of Real Estate Development?  XII World Congress of Sociology, Madrid, Spain.  July 1990.

Variations on a Theme:  Racial and Ethnic Patterns of Suburbanization in the U.S.A. (with Richard Alba).  XII World Congress of Sociology, Madrid, Spain.  July 1990.

From Beyond the City Limits.  Urban Affairs Conference, Ohio State University, October 1990.

Helping as a Component of Parent-Adult Child Relations (with Glenna Spitze).  Gerontological Society of America, November 1990.

Selection Factors in Senior Center Membership (with Sonia Miner and Glenna Spitze).  Gerontological Society of America, November 1990.

American Cities and Their Hinterlands:  The Impact of Global Development.  Conference on "Innovazione Tecnologica e Scenari Futuri per la Citta."  Trieste, Italy. February 1991.

Minority Proximity to Whites in Suburbs:  An Individual-Level Analysis of Segregation (with Richard Alba).  Population Association of America, March 1991.

The Globalization of Real Estate.  Sorokin Lecture, Pacific Sociological Association, April 1991.

Minority Access to Suburban Community Resources (with Richard Alba).  American Sociological Association, August 1991.

Parent-Child Coresidence in Middle and Later Life:  Whose Needs Dominate?  (with Russell Ward and Glenna Spitze).  American Sociological Association, August 1991.

Inequalities in Access to Community Resources in a Chinese City (with Yan-Jan Bian). Eighth Urban Change and Conflict Conference, Lancaster, England. September 1991.

Out but not Up:  The Experience of Minorities in American Suburbs.  First Research Conference on the Future of European Cities, Espinho, Portugal. October 1991.

Accessibility and the Use of Senior Services (with Glenna Spitze). Gerontological Society of America, November 1991.

Making a Place in the City:  Residential Assimilation and Segregation in the New York Metropolis (with Richard Alba and Brian Fisher).  Population Association of America, April 1992.

Beyond Miami: Ethnic Enclaves in American Cities (with Richard Alba and Tom McNulty). American Sociological Association, August 1992.

Neighboring in the Support Network of Older Persons (with Glenna Spitze).  Gerontological Society of America, November 1992.

Neighborhood Change under Conditions of Mass Immigration (with Richard Alba, Nancy Denton, and Shu-Yin Leung).  Population Association of America, April 1993.

The Racially Divided City: Housing and Labor Markets in Los Angeles  (with Richard Alba and Thomas McNulty).  Fullbright Colloquium on Managing Divided Cities, University of Ulster, Derry, Northern Ireland. September 1993.

The Assimilation of Asian and Hispanic Immigrants in a Global City: The Case of New York European Science Foundation Conference on the Future of European Cities, Barcelona, Spain. October 1993.

Self-Interest and Altruism in Intergenerational Relations (with Glenna Spitze).  Gerontological Society of America, November 1993.

Black Suburbia: On the Cutting Edge.  XIII World Congress of the International Sociological Association, Bielefeld, Germany. July 1994.

Development Policy and Suburban Growth (with Kyle Crowder and Rachel Whaley).  American Sociological Association, August 1994.

Rural America as a Symbol of American Values.  Symposium on "The Value of Rural America," National Rural Economic Development Institute, April 1995.

White Ethnic Neighborhoods in an Immigration Metropolis (with Richard Alba and Kyle Crowder).  Eastern Sociological Society, April 1995.

Market Transition and the Persistence of Power: The Changing Stratification System in Urban China  (with Yanjie Bian).  Society for the Advancement of Socio-Economics, April 1995.

Market Reform in China?  Workshop on the Market Transition Debate: Between Socialism and Capitalism.  UCLA, May 1995.

Minority Access to White Suburbs: A Multi-Region Comparison (with Richard Alba and Shu Yin Leung).  American Sociological Association, August 1995.

Tradition and Change in the Urban Chinese Family: The Case of Living Arrangements (with Fuqin Bian and Yanjie Bian).  American Sociological Association, August 1995.

Global Neighborhoods: The Ghettos, Barrios and Enclaves of New York.  European Science Foundation Conference on the Future of European Cities, Maratea, Italy. September 1995.

Still a Global City: The Racial and Ethnic Segmentation of New York.  Conference on the Partitioned City, Berlin, Germany. June 1996.

New Mechanisms of Stratification in Urban China: Wages and Housing in Transition. Conference on Global Conflict and Change, Research Committee on Urban and Regional Development (ISA), Brisbane, Australia.  July 1996.

The Suburbanization of Contemporary Immigrant Groups (with Richard Alba, Gilbert Marzan, and Wenquan Zhang).  American Sociological Association, August 1996.

Does Upward Mobility Mean Living in a Better Neighborhood? The Experience of Minorities and Immigrants in the New York Metropolis.  W.E.B. DuBois Conference on Conservatism Affirmative Action, and Other Public Policy Issues, Wright State University, October 1996.

Urban Growth Machines: Do They Make a Difference?  Interdisciplinary Conference on Milieu Construction, Turku, Finland. January 1997.

Race and Ethnicity in New York, Then and Now.  Conference of the Research Committee on Urban and Regional Development, International Sociological Association, Berlin, Germany. July 1997.

Immigrant Groups and Suburbs: A Test of Spatial Assimilation Theory (with Richard Alba, Gilbert Marzan, Brian Stults, and Wenquan Zhang).  Annual Meeting of the American Sociological Association, August 1997.

Group Boundaries in Jobs and Housing: The Cases of New York and Los Angeles (with Richard Alba). Annual Meeting of the American Sociological Association, August 1997.

The Persistence of the Suburban Landscape.  Annual Meeting of the Social Science History Association, October 1997.

Ethnic Turf in Jobs and Housing: New York from 1920 to 1960.  Annual Meeting of the Eastern Sociological Society, March 1998.

The Costs of Exclusion: Race and Violent Crime in Cleveland Suburbs.  Suburban Racial Change Conference, Harvard University, March 1998.

Crabgrass Frontier Revisited.  Annual Meeting of the Organization of American Historians, April 1998.

Making a Place in the Immigrant Metropolis (with Richard Alba and Brian Stults).  World Congress of Sociology, Montreal, Canada.  July 1998.

Regime Dynamics and Communist Party Membership in China, 1949-1993 (with Yanjie Bian and Xiaoling Shu).  Annual Meeting of the American Sociological Association, August 1998.

Intergenerational Financial Exchange in Chinese Cities (with Fuqin Bian). Annual Meeting of the American Sociological Association, August 1998.

Residential Segregation and Immigrant Ethnic Neighborhoods in New York, 1920.  Annual Meeting of the Social Science History Association, November 1998.

Globalization and Urban Change in Shanghai.  International Conference on City, State, and Region in A Global Order: Toward the 21st Century, Hiroshima, Japan, December 1998.

Only English by the Third Generation?  Mother Tongue Loss and Preservation among the Grandchildren of Contemporary Immigrants"  (with Richard Alba, Amy Lutz, and Brian Stults). Annual Meeting of the Population Association of America, March 1999.

Civil Participation, Conflict and Exclusion in Global Neighborhoods.  Conference on Civil Participation and Civil Society, Bellagio, Italy, April 1999.

Research Issues in Urban China.  Workshop on Internal Migration and Its Impacts on Chinese Urbanization, Albany, May 1999.

Three Challenges for the Chinese City: Globalization, Migration, and Market Reform" Conference on the Future of Chinese Cities, Shanghai, July 1999.

The Occupational Ranking of Racial and Ethnic Groups in New York, 1880-1970.  Social Science History Association, Ft. Worth, November 1999.

A Century of Exclusion: The Segregation of Immigrants and Minorities in New York, 1900-1990.  Conference on Urbanism and Suburbanism at the End of the Century, National University of Ireland (Maynooth), November 1999.

The Urban Neighborhood in the Lives of Its Residents: The Case of Shanghai.  International Conference on Urban Development in China: Last Half Century and into the Next Millenium. Zhongshan, China, December 1999.

The Determinants of Inclusion: Examining the Selectivity Bias in New York's 1920 City Directory (with Jacob I. Stowell).  Midwest Sociological Society, Chicago, April 2000.

Immigrant Enclaves and Ethnic Communities in New York and Los Angeles (with Richard D. Alba and Wenquan Zhang).  Urban Affairs Association, Los Angeles, May 2000.  Revised version presented at Population Association of America, Washington, April 2001.

Market Reform and Neighborhood Inequality in Urban China.  Conference on Managing Housing and Social Change, City University of Hong Kong, April 2001.

Housing Reform, Neighborhoods, and the Work Unit System in Urban China.  World Congress of Planning, Shanghai, China, July 2001.

In the Eyes of the Beholder: Using the Census to Understand Racial Segregation.  Workshop on Census 2000: Accessing and Utilizing Data Resources.  ICPSR, Ann Arbor, August 2001.

Life and Death in the City.  American Sociological Association, Anaheim, August 2001.

Making a Life in the City: Something Old, Something New.  Plenary Session: Cities of the Future.  American Sociological Association, Anaheim, August 2001.

Great Maps and How We Make Them (with Deirdre Oakley).  Workshop on Geographic Information Systems, American Sociological Association, Anaheim, August 2001.

America's New Diversity: The Varied Landscape of Segregation.  Conference on Census 2000 and the New Urban Dynamic, Cleveland State University, November 2001.

Census 2000: Housing Segregation Levels and Impacts.  Conference on Housing Opportunity, Civil Rights and the Regional Agenda, The Urban Institute, Washington, DC, November 2001.

Enclaves and Entrepreneurs: Assessing the Payoff for Immigrants and Minorities (with Richard D. Alba and Brian J. Stults).  The U.S. Economy in Context: Princeton Economic Sociology Conference, Princeton, February 2002.

What the Census Says to Demographers.  National Computer-Assisted Reporting Conference, Philadelphia, March 2002.

Hispanic Minorities in Census 2000: Who They Are, Where They Are.  Population Association of America, Atlanta, May 9-11, 2002.

The New Chinese City: Impacts of Globalization and Market Reform.  Asia-Pacific Sociological Association, Brisbane, Australia, July 2002.

Separate and Not Yet Equal: Arab Immigrants in Amsterdam.  XV ISA World Congress of Sociology, Brisbane, Australia, July 2002.

People and Politics in America's Big Cities: The Challenge to Urban Democracy (with John Mollenkopf).  Conference on People and Politics, Metropolitan College, New York City, April 2003.

Research on Social Inequality in Urban China.  Conference on Urban Studies and Demography of China, Minneapolis, April 2003.

Immigrants in Unfamiliar Places.  American Sociological Association, Atlanta, August 2003.

Segregation in the Neighborhood and in the Schools: Impacts on Opportunity for Minority Children in the Boston Region (with Deirdre Oakley and Jacob Stowell).  Color Lines Conference, Cambridge, MA, September 2003.

Immigration and the New Diversity in America's Black Community.  Congressional Black Caucus Annual Legislative Conference, Washington, DC, September 2003.

Linking People to Places in Urban History.  Social Science History Association, Baltimore, November 2003.

The Formation of Immigrant Neighborhoods in the U.S. Metropolis.  Population Association of America, Boston, April 2004.

Public Policy Impacts on School Segregation (with Deirdre Oakley and Jacob Stowell).  Race, Place, and Ethnicity Conference, American Association of Geographers, Washington, DC, September 2004.

Trends in Segregation, Across Neighborhoods and Schools (with Deirdre Oakley and Jacob Stowell).  Association for Public Policy Analysis and Management, Atlanta, October 2004.

Urban Restructuring in China – Through Western Eyes.  Conference on Paths of Urban Change: Social and Spatial Perspectives, Research Committee 21 of the International Sociological Association, Singapore, December 2004.

Where is the Breakthrough in Residential Segregation?  Conference on Race and the City, Columbia University, April 2005.

Planning the New York Metropolis: A Sociologist's Perspective.  Urban Age Conference, Shanghai, July 2005.

Spatial Assimilation of Immigrants.  Population Association of America, Los Angeles, March 2006.

New Orleans and the Just City.  Conference on Diversity and the Just City, Columbia University, April 2006.

Global Neighborhoods: Paths to Diversity in the Immigrant Metropolis (with Charles Zhang). International Sociological Association, Durban, South Africa, July 2006.  Also De Jong Lecture in Social Demography, Pennsylvania State University, September 2006.  Also Population Association of America, New York, March 2007.

New Orleans after Katrina: Whose City?  American Sociological Association, Montreal, August 2006.  Also: Conference on Economic and Risk Assessment of Hurricane Katrina, University of Southern California, August 2006.

Political Incorporation of Immigrants in Metropolitan America (with Sookhee Oh and Jennifer Darrah).  Conference on Ethno-Spatial Diffusion and Local Governance in the United States, Cornell University, September 2006.

Housing Conditions of Migrants in Urban China (with Yiping Fang).  Conference on Rethinking the Rural-Urban Cleavage in Contemporary China, Harvard University, October 2006.  Also Beijing Forum, Peking University, October 2006.

Natural and Unnatural Disaster in New Orleans.  German Sociological Association, Kassel, October 2006.

Political Incorporation of Immigrant Groups: The Importance of the Second Generation (with Sookhee Oh and Jennifer Darrah).  Conference on Local Contexts of Second-Generation Progress, University of Washington, October 2006.

Participation by Immigrants in Electoral Politics (with Sookhee Oh and Jennifer Darrah). Eastern Sociological Society, Philadelphia, March 2007.

Individual and Community Effects on Immigrant Naturalization (with Sookhee Oh and Jennifer Darrah).  Population Association of America, New York, March 2007.

Access to Housing in Urban China (with Yiping Fang and Zhanxin Zhang).  International Conference on China's Urban Transition and Planning, Cardiff, Wales, June 2007.

Spatial Analysis of Residential Segregation in U.S. Cities in 1880 (with Qiang Cai, Jason Jindrich, and Weiwei Zhang).  Annual Meeting of the Social Science History Association, Chicago, November 2007.

Aftermath of Disaster: New Orleans since Katrina.  Annual Meeting of the Tri-Societies (Soil Science Society of America, Agronomy Society of America, and Crop Science Society of America), New Orleans, November 2007.

Residential Mobility and Suburbanization in Beijing (with Limei Li).   International Conference on China's Urban Land and Housing in the 21st Century. Hong Kong Baptist University, December 2007.

Global Neighborhoods: New Pathways to Diversity and Separation (with Charles Zhang).  Conference on Social Division = Spatial Fragmentation? Globalisation, Economic Transition and Social Structures in the Global Cities of the 21st Century.  Berlin, January 2008.

Suburban Divides: Disparities in School Outcomes beyond the City Line.  Annual meeting of the American Education Research Association, New York, March 2008.

Mapping Neighborhoods and Households in U.S. Cities in 1880 (with Qiang Cai and Jason Jindrich).  Annual meeting of the Association of American Geographers.  Boston, April 2008.

Incorporating Immigrants and Minorities in Cities: New Findings from Old Data.  Annual meeting of the Association of American Geographers.  Boston, April 2008.

Neighborhood Racial Change and Regional Differences in Segregation Trends" (with Charles Zhang).  Annual meeting of the Population Association of America. New Orleans, April 2008.

New Orleans after Katrina: Alternate Visions of Justice (with Kimberly Solet).  Annual meeting of the Population Association of America. New Orleans, April 2008.

Processes of Residential Sorting by Education, Occupation and Migrant Status: The Beijing Case.  (with Limei Li).  Third World Forum on Chinese Studies.  Shanghai, September 2008.

Geographic Distribution of the Burden of Lead Poisoning in Rhode Island: Using Spatial Analysis to Identify High Risk Areas (with Marissa Hauptman, Sherry H. Weitzen, Robert Vanderslice, Patrick Vivier and Scott Bell). American Public Health Association Annual Meeting & Exposition. San Diego, October 2008.

Immigrant Segregation -- Irish and Germans as Newcomers in the 19th Century City (with Weiwei Zhang).  Race, Ethnicity and Place Conference IV.  Miami, November 2008.

Processes of Residential Sorting by Education, Occupation and Migrant Status: The Beijing Case (with Limei Li).  International Conference on Contemporary Urban China Research.  Guangzhou, January 2009.  Revised version at the Annual Meeting of the American Association of Geographers.  Las Vegas, March 2009.

Effects of Racial Segregation and Poverty Concentration on Educational Outcomes in Cities and Suburbs (with Lisa Minca and Sinem Adar).  Annual Meeting of the Eastern Sociological Society.  Baltimore, March 2009.

Immigrant Incorporation in American Cities: The Case of German and Irish Intermarriage in 1880 (with Hyoungjin Shin).  Annual Meeting of the Population Association of America. Detroit, April 2009.

Poverty, Old Housing and the Burden of Lead Poisoning (with Patrick Vivier et al).  Pediatric Academic Societies Annual Meeting.  Baltimore, May 2009.

The Winners in China's Urban Housing Reform (with Yiping Fang and Zhanxin Zhang). Lincoln Institute Conference on Housing Policy and Housing Markets in China.  Cambridge, May 2009.

Immigrants or Minorities? The Location of Social Boundaries in the U.S. Case.  Conference on Immigrants' Economic Incorporation, Spatial Segregation and Anti-Immigrant Sentiments, Juan March Institute. Madrid, October 2009.

The Digital Historic Lower East Side (with Kurt Schlichting and Matt Knutzen).  Annual Meeting of the Social Science History Association.  Long Beach, November 2009.

White Ethnic Residential Segregation in Historical Perspective: U.S. Cities in 1880 (with Weiwei Zhang).  Annual Meeting of the Population Association of America.  Dallas, April 2010.

Economic Integration of Immigrants from the Former Soviet Union in Four Countries: A Comparative Analysis (with Karin Amit, Olena Bagno, William Bridges, Don Devoretz, Yitchak Haberfeld, Irena Kogan, Rebeca Raijman, and Moshe Seyonov).  Annual Meeting of the Population Association of America.  Dallas, April 2010.

Research with the 1880 Census Full Count Microdata and Its Implications for the 1940 Census. 1940 Census Workshop, The National Archives.  Washington, DC August 2010.

Mapping America in 1880: The Urban Transition Historical GIS Project (with Jason Jindrich, Hyoungjin Shin  and Weiwei Zhang).  Annual Meeting of the Social Science History Association, Chicago, November 2010.

Locational Vulnerability as a Sociological Problem.  Keynote address, Annual Meeting of the Hong Kong Sociological Association, Hong Kong, December 2010.

Class, Status and Housing in Urban China.  Keynote address, International Conference on China Urban Development, Hong, Kong, December 2010.

Ethnic Residential Segregation and Under-Age-5 Mortality: A Spatial Analysis of 1880 Newark (with Hongwei Xu and Susan Short).  Annual Meeting of the Population Association of America, Washington DC, March 2011.

Intergenerational Mobility in the United States, 1880-1900 (with Hyoungjin Shin).  Annual Meeting of the Population Association of America, Washington DC, March 2011.

Assimilation by the Third Generation? Marital Choices of White Ethnics in the Nineteenth Century (with Hyoungjin Shin).  Annual Meeting of the American Sociological Association, Las Vegas, August 2011.  Also Social Science History Association, Boston, November 2011.

The Impact of Housing Tenure on Residential Segregation in Beijing, China (with Limei Li). International Conference on Urbanization and Development in China, University of Utah (Salt Lake City), August 2011.

Making a Place for Space: Spatial Thinking in Social Science.  Future Directions in Spatial Demography, University of California – Santa Barbara, December 2011.

The Geography of Inequality: Why Separate Means Unequal in American Public Schools (with Elisabeta Minca and Sinem Adar).  Annual Meeting of the Eastern Sociological Society, New York City, February 2012.

Measuring Segregation: The Relevance of Spatial Scale and Arbitrary Boundaries (with Weiwei Zhang and Hongwei Xu).  Annual Meeting of the Association of American Geographers, New York City, February 2012.

Understanding Trends in School Segregation: 1970-2000 (with Deirdre Oakley).  Annual Meeting of the Southern Sociological Association, New Orleans, March 2012.

Separate and Unequal: The Neighborhood Gap for Blacks, Hispanics and Asians in Metropolitan America.  Annual Meeting of the Population Association of America, New Orleans, March 2012.

Chinatown Revisited: Early Chinese Immigrants in San Francisco, 1880 (with David Miao Chunyu).  Race, Ethnicity, and Place Conference VI, San Juan, Puerto Rico, October, 2012.

Residential Location Patterns across Concentric Zones in 2006 Beijing (with Yiping Fang). International Conference on Spatial & Social Transformation in Urban China, Hong Kong, December 2012.

Neighboring and Neighborhood Attachment in Urban China: A Case Study of Beijing (with Fulong Wu).  International Conference on Spatial & Social Transformation in Urban China, Hong Kong, December 2012.

Chinese Cities: The Difficult Road from Socialism.  International Conference of Contemporary Urban China Research, Guangzhou, January 2013.

Emergent Ghettos: Black Neighborhoods in New York and Chicago, 1880-1940 (with Weiwei Zhang and David Chunyu).  Annual Meeting of the Population Association of America, New Orleans, April 2013.

Separate and Unequal: The Neighborhood Gap for Blacks, Hispanics and Asians in Metropolitan America.  Annual Meeting of the Population Association of America, New Orleans, April 2013.

The Challenges of Urbanization: A Comparative Perspective.  Stanford China Program-NDRC Conference: Are the Challenges of China's Urbanization Different?  Stanford University, May 2013.

Charter Schools and Minority Access to Quality Public Education (with Julia Burdick-Will and Elisabeta Minca).  8th Annual Land Policy Conference: Education, Land, and Location.  Lincoln Institute of Land Policy, Boston, June 2013.

White Mobility Patterns in the Metropolitan US Today.  Conference on White Flight and White Nationalism in Transatlantic Perspective, Chatham House, London, June 2013.

Urban Inequalities in China.  Annual Meeting of the American Sociological Association, New York, August 2013.

The Growth Machine and the Problem of Livable Cities.  X Architectural Biennial of Sao Paulo, Sao Paulo, Brazil, November 2013.

Metropolitan Mosaic: The United States Case.  Gouvernance Metropolitain: Innovation and Creation of a Metropolitan Identity.  Paris, November 2013.

The Growth Machine: Relevance to Urban Development in the Global South.  International Conference on China's Urban Transformation and Restructuring, Sun Yat Sen University, Guangzhou, December 2013.

The Urban Transition HGIS Project: Overview.  Conference on GIS and the Integration of Individual Level Sociodemographic Data within Large Urban Areas.  EHPS-Net Meeting Working Group 9, Vienna, April 2014.

The Geographical View of the Neighborhood.  Neighborhood: The Measure and Meaning of an Urban Ideal.  2014 University of Chicago Urban Forums.  April 2014.

Separate and Unequal in Suburbia.  Brown Anniversary Conference: The Suburban Promise of Brown, Teachers College, Columbia University.  April 2014.

Global Neighborhoods: Embracing and Fleeing Diversity (with Charles Zhang).  Annual Meeting of the American Sociological Association, San Francisco, August 2014.

Creating the Black Ghetto: Black Residential Patterns Before and During the Great Migration (with Weiwei Zhang, David Chunyu, Richard Turner, and Allison Shertzer).  Penn State Stratification Conference: Residential Inequality in American Neighborhoods and Communities. September 2014.

The Continuing Significance of Race in the City: Unanswered Questions.  Annual Meeting of the Eastern Sociological Society, New York, February 2015.

Urban China: The Difficult Road from Socialism.  Sociology of Development Conference 2015, Brown University, March 2015.

China's Urban Future - The Difficult Road from Socialism.  City and Society: Community, Space and Governance, Tongji University co-organized with ISA RC 21, Shanghai, April 2015.

Global Neighborhoods in Less Diverse Metropolitan Areas, 1980-2010 (with Charles Zhang).  Annual Meeting of the Population Association of America, San Diego, April 2015.

Interpreting the Challenges of China's Rapid Urbanization (with Yushu Zhu).  Beijing Forum 2015: New Urbanization.  Beijing, November 2015.

Geocoding Full Count Data from 1880 and 1940 to Study Residential Segregation.  Annual Meeting of the Social Science History Association, Baltimore, November 2015.

Go West: The Chinese Case from a U.S. Perspective.  International Conference on Urbanization and Land Development in China's Interior and Frontier Regions, Hong Kong, December 2015.

The Geography of Opportunity in Rural Schools.  SDSU 90th Anniversary Research Symposium, South Dakota State University, April 2016.

Inequality in Schooling for Students in Rural Areas, 2010.  The State of Unequal Educational Opportunity: The Coleman Report 50 Years Later, Brown University, May 2016.

Beyond the Coast: The Challenge for Urban China Research.  Conference on China's Urbanization in a New Era, Urban China Research Network.  Xi'an Jiaotong University, Xian, China, June 2016.

Before *The Philadelphia Negro*: Residential Segregation in a Nineteenth Century Northern City (with Benjamin Bellman).  Race, Ethnicity and Place Conference '16.  Kent State University, September 2016.

Schools at the Rural-Urban Boundary (with Julia Burdick-Will).  Conference on the New Rural-Urban Interface.  University of Pennsylvania, September 2016.

The Regional Dimension of Urbanization: A Comparison on China and the U.S.  International Conference on the Transformation and Impact of the Chinese Urban Economy, University at Albany, April 2017.

Chinese Urbanization: Modernizing, Neoliberal, Postcolonial, and State Led.  Annual Meeting of the American Association of Geographers, Boston, April 2017.

Quantifying Uncertainty in Sample-Based Small Area Demographic Data for Regression Analysis (with Nathan Frey).  Annual Meeting of the American Association of Geographers, Boston, April 2017.

The Uptick in Income Segregation: Real Trend or Random Sampling Variation? (with Andrew Foster, Fan Li, and Jun Ke).  Annual meeting of the Population Association of America, Chicago, April 2017.

Spatial and Social Contexts of Mortality Resulting from Interactions with Police (with Benjamin Bellman, Matthew Martinez, and Christopher Graziul).  Annual meeting of the Population Association of America, Chicago, April 2017.

The Emerging Spatial Organization of the Metropolis: Zones of Diversity and Minority Enclaves in Chicago (with Wenquan Zhang).  Annual meeting of the Population Association of America, Chicago, April 2017.

The Regional Dimension of Urbanization: A Comparison of China and the U.S.  2017 International Conference on China Urban Development, University College London, May 2017.

The Impacts of Voter Identification Laws on the Electoral Participation of Racial and Ethnic Groups and Immigrants (with Jennifer Darrah and Nathalie Rita).  Annual meeting of the Society for the Study of Social Problems, Montreal, August 2017.

Mapping Everyone in 39 cities in 1880 - A New Resource for Urban Research.  Annual meeting of the Social Science History Association, Montreal, November 2017.

Surveillance and Spatial Containment of the Iconic Ghetto (with Deirdre Oakley).  DuBois/King Symposium: Examining Race Relations and Economic Inequality. Clark Atlanta University, February 2018.

Residential Mobility and Neighborhood Change: A Pilot Study of Gentrification, Impoverishment, and Upscaling (with Hongwei Xu and Todd Gardner).  Annual meeting of the Population Association of America, Denver, April 2018.

Neighborhood Formation in St. Louis, 1930 (with Chris Graziul and Nathan Frey).  Annual meeting of the Population Association of America, Denver, April 2018.

Urbanising China: Challenging the Top-down Orthodoxy.  The 2018 International Conference on China Urban Development, Glasgow, Scotland, July 2018.

Separate and Unequal in Suburbia.  Annual Meeting of the American Sociological Association, Philadelphia, August 2018.

Trajectories of Segregation in U.S. Cities, 1880-1940 (with Benjamin Bellman and Elisabeta Minca).  Annual Meeting of the American Sociological Association, Philadelphia, August 2018.  Also Social Science History Association, Phoenix, November 2018.

## MAJOR RESEARCH FUNDING

The Political Economy of Suburban Growth:  Differentiation and Stratification of American Suburbs, 1950-1970 (with Mark Schneider).  Project funded by the National Science Foundation 1978-1980 and renewed for 1980-1982 ($250,000).

Population Composition and Change in American Suburbs (with Mark Schneider).  Project funded by National Institute of Child Health and Human Development 1983-1986 ($260,000).

Growth and Growth Politics in American Suburbs.  Project funded by the National Science Foundation 1986-1988 ($40,000).

Informal and Formal Supports in Aging (with Glenna Spitze).  Project funded by the National Institute on Aging 1988-1991 ($538,000).

Family Structure and Intergenerational Relations (with Glenna Spitze).  Project funded by the National Institute on Aging, 1989-1992 ($305,000).

Suburbanization Patterns of Racial and Ethnic Groups (with Richard Alba).  Project funded by the National Science Foundation, 1990-1992 ($80,000).

The Changing Character of Inner City Neighborhoods (with Richard Alba and Ray Bromley).  Project funded by the Rockefeller Foundation, 1990-1991 ($50,000).

Suburbanization Patterns of Racial and Ethnic Groups (with Richard Alba).  Project funded by National Institute of Child Health and Human Development, 1990-1993 ($580,000).

Access to Housing and Community Resources in a Chinese City (with Yanjie Bian).  Project funded by National Science Foundation, 1992-1995 ($154,000)

Residential Patterns of Minorities in the Metropolis (with Richard Alba).  Project funded by National Science Foundation, 1995-1998 ($174,300).

Intergenerational Relations in Chinese Cities.  Project funded by National Institutes of Health (NICHD and NIA), 1996-1999 ($350,000).

Generations of Immigrants and Minorities in New York.  Project funded by the Russell Sage Foundation, 1998-1999 ($80,200).

Group Boundaries in New York and Chicago, 1900-1920.  Project funded by the National Science Foundation, 1998-2002 ($318,000).  Research Experience for Undergraduates Supplement ($15,000).

Urban China Research Network.  Project funded by the Mellon Foundation, 2000-2005 ($920,000).

Immigration, Ethnicity, and the Family.  Project funded by National Institute of Child Health and Human Development, 2000-2004 ($944,000).

Economic Revitalization through Technology and Education-Based Institutions.  Project funded by U.S. Department of Housing and Urban Development, 2000-2001 ($85,000).

Diversity and Separation in American Neighborhoods.  Project funded by the Ford Foundation, 2001-2004 ($300,000).

Urban Studies and Demography of China.  Project funded by the Mellon Foundation, 2002-2005 ($100,000).

Group Boundaries in New York and Chicago: New Uses of the 1880 Census.  Project funded by the National Science Foundation, 2002-2004 ($155,000).

Brown v. Board of Education at 50: Desegregation Orders and Public School Integration.  Project funded by American Educational Research Association, 2004-2005 ($35,000).

Albany Population Center.  R24 Population Center Grant funded by National Institute of Child Health and Human Development, 2004-2007 ($1,081,000).

Immigrant Pathways to Political Incorporation.  Project funded by Russell Sage Foundation, 2005-2006 ($150,000).

Katrina and the Built Environment: Spatial and Social Impacts.  Project funded by National Science Foundation, Human and Social Dynamics, 2005-2006 ($106,000).

Disaster, Resilience and the Built Environment on the Gulf Coast.  Project funded by National Science Foundation, Human and Social Dynamics, 2006-2009 ($750,000).  Research Experience for Undergraduates Supplement ($6,000).

Incorporating Immigrants and Minorities into Late 19th Century Cities.  Project funded by National Science Foundation, Sociology Program, 2007-2008 ($190,000), and National Institute of Child Health and Human Development, 2007-2010 ($855,000 and supplement $82,000). Research Experience for Undergraduates Supplement ($6,000).

US 2010: America after the First Decade of the New Century.  Project funded by Russell Sage Foundation and Brown University, 2009-2013 ($1,602,000).

Population Vulnerability and Resilience to Hurricanes on the Gulf Coast.  Project funded by National Institute of Child Health and Human Development 2011-2014 ($429,000).

GIS Mapping and Segregation Analyses of Full Population Data for 1940.  Project funded by National Institute of Child Health and Human Development 2014-2019 ($1,710,000).

Spatial Analyses of Segregation Trends.  Project funded by National Science Foundation 2014-2016 ($247,000).

Investigating and Extending Bayesian Methods for Small Area Estimation.  Project funded by National Institute of Child Health and Human Development 2014-2017 ($446,000).

Residential Mobility, Neighborhood Change, and Income Segregation.  Project funded by National Science Foundation 2018-2020 ($250,000).

38

**PROFESSIONAL AND UNIVERSITY SERVICE**

**Professional**

Editorial boards:  *Asian Geographer* (2017-present)
*Social Science Research* (2015-present)
*Sociologia Urbana e Rurale* (2014-present)
*Social Forces* (1985-1988, 2014-present)
*Urban Planning Forum* (Tongji University, Shanghai – 2011-present)
*Cambridge Journal of Regions, Economy and Society* (2006-present)
*Spatial Demography* (2011-2018)
*City and Community* (2004-2014)
*Journal of Urban Affairs* (1989-1992, 1998-2014)
*Rose Monograph Series - ASA* (2013- 2015)
*Contemporary Sociology* (1997-1999, 2005-2008)
*Sociological Forum* (1994-2004)
*Urban Affairs Review* (1999-2002)
*American Journal of Sociology* (1995-1997)
*American Sociological Review* (1985-1987)
*Sociological Quarterly* (1986-1988)
*The American Sociologist* (1990-1994)

American Sociological Association: Member since 1968.  Appointed to Career of Distinguished Scholarship Award Committee, (1995-98, Chair 1995-97).  Appointed to Spivack Program Advisory Committee (1997-2000).  Elected to Committee on Publications (1998-2001).  Vice President-Elect (2008-2009).  Vice President (2009-2011).

American Sociological Association, Section on Community and Urban Sociology: Council member (1987-1996), Chair-elect (1990-92), Chair (1993-94). Publications Committee (2005-present).  2010 Program Committee (2008-2010).

International Sociological Association: Council member, Research Committee on Urban and Regional Development (1990-2002).  President (1994-98).

National Advisory Board, National Historical GIS Project, Minnesota Population Center (2013-2015).

Fellow, Center for the Study of Poverty and Inequality at Stanford University (2006-present).

Immigration Program Advisory Committee, Russell Sage Foundation (2005-2015).

NSF: Panel member, Sociology Program (1997-99).  Panel member, Infrastructure Program, SBE (1999).  Member, Committee of Visitors, Sociology Program (2000, 2010).  Panel Member, Human and Social Dynamics (2005).  Member, International Integrated Microdata Series Project Advisory Board (2004-2008).

NIH: Panel member, Social Sciences and Population Study Section (l988-l992, 2016-2020).

China: Founder and Director/Co-Director, Urban China Research Network (1999-present). Board member, North American Chinese Sociologists Association (2000-2002).  Advisory Board member, Urban China Research Centre, Cardiff University (2005-2010).  Advisory Committee member, Institute for China Sustainable Urbanization, Tsignua University (2017-present).

Advisory board member, Center for Spatially Integrated Social Science, University of California at Santa Barbara (2000-2004).

Predoctoral Awards Committee, International Migration Program of the Social Science Research Council (2001-2002).

Conference organizer/co-organizer:

> *Urban Theory and National Urban Policy* (Albany, April 1983)
> *University Seminar in Urban Affairs* (Albany, 1984-1987)
> *Urban Policy and Economic Restructuring* (Albany, April 1989)
> *City, State, and Region in a Global Order: Toward the 21st Century* (Hiroshima, Dec. 1998)
> *Internal Migration and Its Impacts on Chinese Urbanization* (Albany, May 1999)
> *International Migration and Its Impacts on Chinese Urbanization* (Albany, May 1999)
> *The Future of Chinese Cities: A Research Agenda for the 21st Century* (Shanghai, July 1999)
> *Spatial Aspects of Inequality and Equity* (Santa Barbara, Nov. 2000)
> *Doing Research on Urban China* (Hong Kong, Dec. 2000)
> *In It Together: How Higher Education Institutions Work as Partners in Community and*
>     *Economic Development* (Albany, Dec. 2001)
> *Cities in China: The Next Generation of Urban Research* (Albany, June 2002)
> *Impacts of Disaster: Comparing Ecological and Social Resilience* (Providence, March 2006)
> *Cities after Socialism* (Providence, February 2012).
> *International Conference on Spatial & Social Transformation in Urban China* (Hong Kong,
>     December 2012).
> *International Conference on China's Urban Transformation and Restructuring* (Guangzhou,
>     December 2013).
> *The Next Generation of Urban China Research* (Providence, May 2015).
> *Longitudinal Spatial Analysis of Urban Inequality* (Providence, November 2016).

External reviewer: Escuela de Sociología y Antropología, Universidad de Costa Rica (Fall 1998). Department of Sociology and Anthropology, Purdue University (Spring 2006).  Polson Institute for Global Development, Cornell University (Spring 2006).

Co-editor (with Todd Swanstrom), Series on Conflicts in Urban and Regional Development, Temple University Press (1987-1996).

National Advisory Panel member, Joint U.S. Conference of Mayors and National Association of Counties project on "Graying of Suburbia: Policy Implications for Local Officials."  (1986-88).

**Brown University (2004-present)**

Director, Spatial Structures in the Social Sciences (2004-present).

Director, Spatial Analysis Core, Population Studies and Training Center (2006-present).

Affiliated faculty member of Population Studies and Training Center (2004-present), Center for Environmental Studies (2005-2008), Institute at Brown for Environment and Society (2013-present), Center for Latin American and Caribbean Studies (2016-present).

Advisory Board, Environmental Change Initiative (2007-2011).  Strategic Planning Advisory Committee, Program in Public Health (2007-2009).  Subcommittee on Global Environmental

Change as a Focus for Internationalization at Brown, Internationalization Committee (2006-2007).  Committee on Research Development, Office of VP for Research (2009-2011).

Search committees: Sharpe Assistant Professorship, Center for Environmental Studies (2006-07), Development Studies Program, Watson Institute (2006-07), Environmental Change Initiative (2007-2008).

University committees:  Committee on Nominations (2009-2012).

**University at Albany (1980-2004)**

Department Chair (1988-1991), director of graduate program (1981-1984), and various other departmental committee work.

Director, Lewis Mumford Center for Comparative Urban and Region Research (1999-2004).  Member of governing board (1987-92).

Director, Center for Social and Demographic Analysis (2003-2004).

Elected member of the Faculty Council of the College of Arts and Sciences (1993-1996).  Vice-chair (1993-94 and 1994-95).  Chair (1995-96).

Elected member of University Senate (1982-1985), member of Committee on Academic Freedom and Ethics (1982-1984), Vice-chair of Graduate Academic Council (1984-1986), Chair of Committee on Admissions and Academic Standing (1984-1986), member of Undergraduate Academic Council (1997-98), member of Selection Committee for Distinguished Service and Teaching Professorships (1999-2001), Educational Policy Committee (2001-2004).

Search committees: Chair, Department of African and Afro-American Studies (1983-1984 and 1987-1988); Vice-President for Research and Educational Development (1984-1985); Associate Dean of the College of Arts and Sciences (1994-95), Dean of the School of Social Welfare (1997-98), Dean of the College of Arts and Sciences (2001-2002).

President's Budget Panel, 1987-1989.  University Resources, Goals, and Priorities Advisory Committee (URPAC), 2002-2004.

Interdisciplinary participation:  Executive Committee, Department of Public Affairs and Policy (1984-1987); Faculty Research Associate, Ringel Institute of Gerontology (1984-1992); Advisory Committee for Graduate Program in Urban and Regional Planning (1985-1988); Committee on Strengthening the Department of African and Afro-American Studies (1985-1986); Board of Directors, Center for Policy Research (1987-1990); Faculty Associate, Department of Geography and Planning (1985-2004); Advisory Board, Center for Social and Demographic Analysis (1999-2004).

**Community Organizations**

Long Island Housing Services, Bohemia, NY (formerly Suffolk County Housing Services).  Board member 1976-1980; board chair 1978-1980.  Board of Advisors 2008-2010).

ERASE Racism, Syosset, NY.  Board of Advisors, 2007-present.