FILED
CLERK
4/18/2019 1:55 pm
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ANA FLORES, RENE FLORES, MARIA
MAGDALENA HERNANDEZ, MAGALI
ROMAN, MAKE THE ROAD NEW YORK,        SHORT ORDER
and NEW YORK COMMUNITIES FOR           2:18-cv-3549 (ADS)(GRB)
CHANGE,

                        Plaintiffs,

        -against-

TOWN OF ISLIP, ISLIP TOWN BOARD,
SUFFOLK COUNTY BOARD OF
ELECTIONS,

                        Defendants.
-----------------------------------------------------------X
```

**SPATT, District Judge.**

The Court assumes the parties' familiarity with the facts and procedural history of this action. Additional detail that is relevant to the instant order is provided below. On March 1, 2019, the Plaintiffs filed a motion for preliminary injunction (the "Motion"). *See* Docket Entry ("Dkt.") 35. The Motion requests an injunction, pursuant to Rule 65(a) of the Federal Rules of Civil Procedure "preliminary enjoining Defendants Town of Islip, Islip Town Board, and Suffolk County Board of Elections from conducting any election for the Islip Town Board under the current at-large system." *Id*. at 2; *see also* Memorandum of Law in Support of Plaintiffs' Motion for a Preliminary Injunction, Dkt. 50 at 1 ("Plaintiffs seek to enjoin the Town of Islip … and the Suffolk County Board of Elections … from holding any elections for the Islip Town Board … under the current at-large system because that system violates Section 2 of the [VRA]." (citing 52

1

U.S.C. § 10301)). However, in Plaintiffs' opening statement before this Court, they represented that rather than seeking to "cancel the 2019 elections," they "want the 2019 elections to proceed, but with councilmatic districts." Transcript of Preliminary Injunction on April 9, 2019 at 26:2-7. In order for this hearing to proceed, the Court requires clarity on this matter.

Therefore, the Plaintiffs are directed to file a letter that details the precise form of relief they seek in this proceeding (the "Letter"). The Letter must not be longer than one page and shall be filed on or before April 19, 2019.

**SO ORDERED**

Dated: Central Islip, New York
April 18, 2019

                 ___/s/ Arthur D. Spatt_____
                   ARTHUR D. SPATT
                 United States District Judge