## CIVIL CAUSE FOR PRELIMINARY INJUNCTION HEARING

BEFORE JUDGE: **SPATT**     DATE: **4/23/19**   TIME: **9:00** (4½ hrs)
DOCKET NUMBER: **CV-18-3549**

TITLE: **FLORES, ANA, et al.  v.  TOWN OF ISLIP, et al.**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 23 2019 ★
LONG ISLAND OFFICE

APPEARANCES: FOR PLAINTIFF: Fredrick Brewington, Esq.
Randy McLaughlin, Esq.
Greg Laufer, Esq.
~~Daniel Levi, Esq.~~
~~Sara Hershman, Esq.~~
Amy Nemetz, Esq.
Michael Pernick, Esq.

FOR DEFENDANT: Daniel Furshpan, Esq.
Jennifer Del Medico, Esq.
Laura Sawyer, Esq.
Louis Fisher, Esq.
~~Sarah Zucco, Esq.~~
Michael Carvin, Esq.
Michael Ferruggia, Esq.
~~Stephen Petrany, Esq.~~
~~Lisa Perillo, Esq.~~
Hope Senzer Gabor
John DiCioccio, Esq.

C/R Marie Foley

✓ CASE CALLED.

✓ COUNSEL FOR ALL SIDES PRESENT

___ COUNSEL FOR _____ NOT PRESENT

✓ PRELIMINARY INJUNCTION HEARING HELD

___ CASE MARKED READY FOR TRIAL _____

___ FURTHER STATUS CONFERENCE SCHEDULED FOR _____

✓ OTHER Witnesses sworn / test. Hearing to continue on 4/24/19 at 9:00