# HERE IS JIM

# O'CONNOR

*Candidate for Islip Town Council*

**JIM O'CONNOR IS A REPUBLICAN WHO**
## Wants to Reduce the Size of Government.

**JIM O'CONNOR IS A CONSERVATIVE WHO**
## Believes in Personal Responsibility.

**JIM O'CONNOR IS A BUSINESSMAN WHO**
## Stands behind Free Market Enterprise.

**JIM O'CONNOR IS A HUSBAND & FATHER WHO**
## Has Faith in Traditional Family Values.

# EXPERIENCE. *Working for You!*
## PLEASE VOTE on NOV. 7th!

REPUBLICAN  CONSERVATIVE  INDEPENDENCE  WOMEN'S EQUALITY

PX-010 Pg. 1 of 2

**WHY JIM O'CONNOR?**
## BECAUSE HE'S ONE OF US!

Plaintiff's Exhibit
PX-010

Non-Profit Org.
U.S. Postage
**PAID**
Permit #59
Hicksville, NY

S26  P14 21178  ********ECRLOT 0019A**C002

Matthews Rd
Oakdale NY 11769-1843

PAID FOR BY THE NEW YORK REPUBLICAN STATE COMMITTEE. NOT AT TAXPAYER EXPENSE.

**NYRSC •** 315 State Street, Albany New York, 12210

## ELECT JIM
# O'CONNOR
## ISLIP TOWN COUNCILMAN

### *Jim O'Connor—will use his experience to...*

☘ **Cut Taxes** for the Hard-Working Islip Residents.

☘ Reduce Wasteful Government Spending.

☘ Bring Additional **Common Sense** to the Islip Town Board.

☘ Help **Streamline** Islip Government, Making It More Efficient.

☘ Make Islip **A Place Where our Children Can Raise Their Kids.**

*Jim O'Connor is one of us who is experienced in both business and government. My wife and I have chosen to raise our family in Islip because it is a great community with so much to offer. I hope to earn your trust and vote because I will fight for you to preserve our quality of life in Islip.*

f **Follow Jim on Facebook**

## TUESDAY NOV. 7TH
## ELECT JIM O'CONNOR

🇺🇸 REPUBLICAN  CONSERVATIVE  INDEPENDENCE  WOMEN'S EQUALITY



*"Please join me in supporting Jim O'Connor... his experience, respect, and common sense will serve our residents well as we strive to maintain our AAA bond rating and continue to improve the quality of life in our Town of Islip."*

Angie

Angie Carpenter, Islip Town Supervisor

PX-010 Pg. 2 of 2