# EXHIBIT B - Video File Provided to Court on CD

Plaintiff's Exhibit

**PX-011**