<pre>
</pre>
<pre>
</pre>
<pre>
</pre>




<pre>
</pre>
<pre>
</pre>
<pre>
</pre>
<pre>
</pre>
<pre>
</pre>
<pre>
</pre>
<pre>
</pre>