Case 2:18-cv-03549-GRB-ST Document 129-4 Filed 04/30/19 Page 1 of 2 PageID #: 2830
Case 2:18-cv-03549-ADS-GRB Document 48-11 Filed 03/01/19 Page 2 of 3 PageID #: 1544
1/2/2019 Mail - William Garbarino - Outlook

## Re: Babylon Council Districts

angiecarp930@aol.com
Sat 8/18/2018, 9:53 AM
To: info@suffolkcountygop.com <info@suffolkcountygop.com>
Cc: John jay LaValle <Chairman@suffolkcountygop.com>; William Garbarino <williamRgarbarino@hotmail.com>

**Plaintiff's Exhibit PX-036**

Tony,

You know I am always there for you and the Babylon GOP, but this puts me in a very difficult position. This is a very sensitive issue and we are smack in the middle of a very expensive lawsuit and it Islip residents are involved, it could really hurt us. I'm sure you will understand.

Warmest regards, Angie

Sent from my iPhone

On Aug 17, 2018, at 5:33 PM, Vice Chairman Anthony Pancella, III <info@suffolkcountygop.com> wrote:



IMPORTANT NEWS FROM THE SUFFOLK GOP

Angie,

As the Babylon Town Republican Chairman and Vice Chairman of our County's Republican Committee, **I am writing to invite you to a petition drive for Council Districts in the Town of Babylon this Saturday, August 18th at 10am at:**

Athenian Garden Apartments
49 Athens Court West Babylon, NY 11704

We need your help to get the 2,000+ signatures required to ensure the Babylon Council District referendum is on this November's ballot.

Council Districts will help bring more effective and representative government to the Babylon taxpayers.

Council Districts will also bring a more fiscally responsible and bi-partisan approach to a Town Board that hasn't had a Republican elected to it since Councilwoman Fran Brown won election in 1999.

As historian Lord Acton, concluded, "Power tends to corrupt, and absolute power corrupts absolutely."

I hope to see you on Saturday. Please reply if you're coming so we can make proper arrangements. The more, the merrier!

Sincerely,

*Tony*

Anthony Pancella, III
Vice Chairman, Suffolk County Republican Committee

Suffolk County Republican Committee
1150 Portion Road, Suite 2, Holtsville, NY 11742

See what's happening on our social sites

 

Suffolk County Republican Committee, 1150 Portion Rd, Suite 2, Holtsville, NY 11742

SafeUnsubscribe™ angiecarp930@aol.com

Forward this email | Update Profile | About our service provider

Sent by info@suffolkcountygop.com in collaboration with



Try it free today

FLORES000003400

PX-036 Pg. 2 of 2