**Sent:** Mon, 22 Sep 2014 14:53:28 -0400 (EDT)
**From:** Javier H. Valdes, MRNY <list@maketheroadny.org>
**To:** todos@maketheroadny.org
**Subject:** Advisory: Islip Residents to Demand Transparency and Community Input in Roberto Clemente Park Clean-up

Case 2:18-cv-03549-GRB-ST Document 129-10 Filed 04/30/19 Page 1 of 2 PageID #: 2852
39-24 Filed 03/01/19 Page 2 of 3 PageID #: 648

View in your browser here.

**FOR IMMEDIATE RELEASE**
**Daniel Altschuler,** Make the Road New York: daniel.altschuler@maketheroadny.org; 917-494-5922 (English / Spanish)
**Lucas Sánchez,** New York Communities for Change: lsanchez@nycommunities.org, 646-600-2426 (English / Spanish)

# Islip Residents to Rally Before Town Board Meeting, Demanding Transparency and Community Input in Roberto Clemente Park Clean-up

On Tuesday, September 23rd at 6:30pm, Islip Town residents will rally at Islip Town Hall to demand transparency and community involvement in the clean-up of Roberto Clemente Park. Members of Make the Road New York (MRNY), New York Communities for Change (NYCC) and their allies will join together to insist that the community members most impacted and endangered by the illegal dumping be at the center of remediation discussions.

**What:** Community Rally to Demand Transparency and Community Input in Roberto Clemente Park Clean-up
**When:** Tuesday, September 23rd, 6:30pm
**Where:** Islip Town Hall (655 Main Street, Islip)

The clean-up process must include a plan for citizen participation that allows for meaningful and sustained community involvement. In order to rebuild trust between residents and their elected officials and to ensure safe parks for the people of Islip, MRNY and NYCC's members along with lawyers from New York Lawyers for the Public Interest and the Center for Popular Democracy will demand the Islip Town Board:

1)   Share its draft remedial proposal (including any technical data and supporting documentation) with the public immediately;

2)   Establish a comprehensive on-line document repository, where all investigation and planning documents will be posted as soon as they are available;

3)   Hold a public hearing on the draft remedial plan and commit to answering community questions and considering community feedback;

4)   Open a public comment period, to allow for the submission of additional written comments on the draft remedial plan;

5)   Plan for ongoing community outreach throughout the remedial process, including additional opportunities for public notice and comment at appropriate milestones; and

6)   Provide meaningful language access services to ensure full community participation in this process.

**Plaintiff's Exhibit**

**PX-073**

# # #

Make the Road New York (MRNY) builds the power of Latino and working class communities to achieve dignity and justice through organizing, policy innovation, transformative education, and survival services. We have 15,000 members and operate five community centers in Bushwick, Brooklyn; Jackson Heights, Queens; Port Richmond and Midland Beach, Staten Island; and Brentwood, Long Island. To find out more, visit www.maketheroadny.org or email communications@maketheroadny.org



*Receiving too many emails? Click below to Update Profile:*

**Forward this email**

.

This email was sent to todos@maketheroadny.org by list@maketheroadny.org |
Update Profile/Email Address | Rapid removal with SafeUnsubscribe™ | Privacy Policy.

Make the Road New York | 301 Grove Street | Brooklyn | NY | 11237