# EXHIBIT C - Video File Provided to Court on CD

**Plaintiff's Exhibit**
**PX-079**