Case 2:18-cv-03549-ADS-GRB Document 111-1 Filed 04/19/19 Page 1 of 45 PageID #: 2601

# EXHIBIT A

Plaintiff's Exhibit

**PX-115**

<u>**Expert Report**</u>

**John R. Logan, Ph.D.**

*Ana Flores, Rene Flores, Maria Magdalena Hernandez, Magali Roman,*
*Make the Road New York, and New York Communities for Change*
**v.** *Town of Islip, Islip Town Board, Suffolk County Board of Elections*

**I.**     <u>**Introduction**</u>

      1.     I have been retained as an expert by counsel for the Plaintiffs in the above captioned litigation. I have prepared this report pursuant to Federal Rule of Civil Procedure 26(a)(2)(B).

      2.     I have been asked to express opinions about the extent to which members of the Latino community in Islip, New York bear the effects of discrimination in areas such as education, employment, and health, which hinder their ability to participate effectively in the political process.

**II.**     <u>**Professional Qualifications**</u>

      3.     I am a sociologist, specializing in urban sociology, political sociology, and social demography. Urban sociology includes research on the spatial structure of urban areas (including patterns of segregation by race, ethnicity, and social class); disparities across neighborhoods along such dimensions as schools, policing, health, and political influence; local politics and public policy that influence how local areas develop and change over time; and the social connections and networks among residents. Political sociology deals with patterns of power, influence, and political participation both within the U.S. and across the globe, often linking political processes to socioeconomic cleavages within communities and nations. Social demography deals with a wide range of population processes, and I have worked mainly in the areas of race and ethnicity, migration and immigration, and population distribution.

4.      I have taught undergraduate and graduate courses in all of these areas since 1972. I have also developed competence and taught courses in quantitative research methods and spatial analysis.  At the University at Albany (1980-2004), I was jointly appointed to the Departments of Sociology and Public Administration and Policy.  At Brown University (2004-present), I am Professor of Sociology, and until 2016 I served as the founding director of the research initiative on Spatial Structures in the Social Sciences.  I am also currently Visiting Professor of Sociology at Princeton University.

5.      I have served as Vice President of the American Sociological Association ("ASA"), as Chair of the Community and Urban Sociology Section of the ASA, and as President of the Research Committee on Urban and Regional Development of the International Sociological Association.  I have been honored with three book awards from the ASA: the Robert E. Park Award (l988), Award for a Distinguished Scholarly Publication (1990), and the William J. Goode Award (1997).  I also received the Robert and Helen Lynd Lifetime Achievement Award (2008).

6.      I am recognized as a leading international scholar on topics that are relevant to this case, including local politics and development policy, segregation and neighborhood disparities that affect racial and ethnic minorities and immigrants, inequalities in educational opportunities, exposure to crime and health risks, and the impact of electoral policies on political participation.  My scholarly publications have been cited by other researchers more than 26,000 times, and my reports based on analyses of census data have been the basis of many articles in major U.S. news media.

7.      Exhibit 1 to this report is a curriculum vitae setting forth my professional background, which includes a list of all publications that I have authored.  These include two

books, seven edited books and special issues of professional journals, and over 200 journal articles and book chapters.

### III. <u>Compensation</u>

8.      I am being compensated $300 per hour for my work in connection with this litigation.  My compensation is unaffected by the opinion and conclusions that I ultimately reach.

### IV. <u>Other Expert Testimony Given in Last 10 Years</u>

9.      I provided an expert report and deposition in *Fair Housing in Huntington Committee, et al.* v. *Town of Huntington, et al.*, 11 CV 1298 (DRH) (WDW), U.S. District Court for the Eastern District of New York, 2011.  I provided an expert report in *United States of America ex rel., Curtis Lockey and Craig MacKenzie* v. *City of Dallas, Texas and Dallas Housing Authority*, 2012.  I provided an expert report in an Administrative Complaint to the U.S. Department of Housing and Urban Development in *BNI, Inc., Baltimore County Chapter of NAACP, Latanya Genius, Rhonda Myers and Myesha Allender-Hardison* v. *Baltimore County, Maryland, Andrea Van Arsdale, Director Baltimore County Office of Planning and Lois Cramer, Administrator, Baltimore County Housing Office*, 2013.  I provided an expert report in *Fair Housing in Huntington Committee, et al.* v. *Town of Huntington, et al.*, 2013-2014.

### V. <u>Opinions</u>

10.     This report considers whether, based on the totality of circumstances, Islip's Latino voters have less opportunity to participate in the political process and to elect representatives of their choice.  In preparation for this report I reviewed the criteria of the Supreme Court's vote dilution test set forth in *Thornburg* v. *Gingles*, 478 U.S. 30 (1986).  This

report contends with the set of factors enumerated by the Senate Judiciary Committee Report that accompanied the 1982 amendments to Section 2 of the Voting Rights Act (the "Senate Factors").

11.     This report focuses on Senate Factor 5: "the extent to which members of the minority group in the state or political subdivision bear the effects of discrimination in such areas as education, employment and health, which hinder their ability to participate effectively in the political process."[1]  In addition to assessing the specific areas of consideration enumerated in Senate Factor 5, this report also considers additional relevant areas of discrimination or disadvantage, such as policing and public safety and environmental hazards.

12.     I have reached the following opinions regarding the disadvantages experienced by Latino residents of the Town of Islip, Suffolk County, and/or New York State in comparison to non-Hispanic white residents.[2]

> a) Islip's Latino residents are younger, more likely to be immigrants, less likely to speak English well, less well educated, less likely to have professional and managerial occupations, more likely to have lower income, less likely to be homeowners, and less likely to have lived for a long period in the same neighborhood than Islip's white residents.  These socioeconomic characteristics reduce the ability of Latino residents to participate in the political process, and Islip's Latino residents are less likely to register and vote than Islip's white residents.

---

[1]     S. Rep. No. 97-417, at 29 (1982).

[2]     In this report, I refer to Latinos as persons who self-report as having Hispanic or Latino origin and are of any race.  I refer to whites as non-Hispanics whose race is white alone (not in combination with another race).

b) Latino residents of Suffolk County and Islip experience greater health problems, as measured by health insurance coverage, access to and use of health care, access to healthy food, birth outcomes and infant mortality, and homicide mortality.

c) Islip's Latino residents are less well served by public education, as the schools Latinos attend have higher levels of concentrated poverty, have lower standardized test scores, and have lower high school graduation rates.

d) Law enforcement has not established sufficient trust with the Latino community in Suffolk County and in Islip, causing insecurity about day-to-day safety and the willingness and ability of police to protect the Latino community. This creates unhealthy stress, is an obstacle to the sort of police-community collaboration that might better confront crime, and is likely associated with a sense of marginality that hinders political participation.

e) Islip's Latino community has been disproportionately subjected to significant environmental hazards, in part due to the actions of Town officials, which contribute to the community's sense of marginalization in Town governance.

13.     In sum, I conclude that Latino residents of the Town of Islip "bear the effects of discrimination" in a variety of areas of the sort enumerated in the 1982 Senate Judiciary Committee Report that "hinder their ability to participate effectively in the political process."[3]

## VI.     **Basis and Reasons for Opinions**

14.     My opinions rely on a wide range of statistical sources and documents. I have conducted original analysis of data from the 2010 Census of Population, the 2012-2016

---

[3]     *See* S. Rep. No. 97-417, at 29 (1982).

American Community Survey, the New York State Department of Education, and the New York Division of Children and Families. I have also reviewed reports prepared by the New York State Department of Environmental Conservation, the U.S. Department of Justice, and the Southern Poverty Law Center, as well as complaints and judgments in court cases and contemporaneous newspaper reports.

15. My opinions were formed based on an examination of the disadvantaged position of Latino residents in the arenas of socioeconomic characteristics; public health; public education; policing and public safety; and environmental hazards. Their disadvantaged position stems partly from personal background (including nativity, immigration status, English language ability, and occupational qualifications), but it is aggravated by the unequal resources that are available to them based in part on where they reside within the Town (such as the quality of schools, police protection, and environmental quality). I also incorporate findings from multiple national scientific studies that disadvantages like those experienced by Latino residents in Islip constitute obstacles to their political participation.

16. In the following sections A) through E), which correspond to the opinions listed above, I describe my sources of information in more detail (all of which are also listed in Appendix A), how I relied on them, and the specific evidence on which my opinions rely.

A. **Socioeconomic Characteristics and Political Participation**

1. **In General**

17. It is widely agreed that political participation is influenced by a variety of socioeconomic characteristics. A foundational study by Verba et al. (1993) established the current mainstream understanding that political participation is highly associated with the

resources of time, political experience, education, and money.[4]  They demonstrated that being

politically active was strongly associated with years of schooling, speaking English at home,

family income, and job skills.  After taking these and related variables into account, they found

that the observed deficit in political participation by African Americans and Latinos disappears.

Other scholars have pointed out the relevance of "rootedness," with higher participation among

persons who are older, married, and more residentially stable (Highton 2000, Bueker 2006).

Ramakrishnan and Espenshade (2001) show the effects of this whole range of socioeconomic

variables on voting, using data from the Current Population Survey ("CPS") in the 1990s.

18.     Researchers have applied these findings to explain why Latinos typically have

lower political participation than non-Hispanic whites.  For example, Citrin and Highton (2002)

argue that low Latino voting in California can be explained by Latinos' relative youth and their

lower education and socioeconomic status.

19.     My own current research also directly examines these predictors of political

participation (Logan, Darrah, and Rita 2018).  The CPS includes a voting and registration

supplement in the November survey of every even-numbered year, which contains self-reported

variables on whether a respondent voted or registered to vote in that year's election.  I analyzed

both of these aspects of electoral participation to study voter turnout in the 2000 through 2016

elections for all potentially eligible voters: citizens who were age 18 and older at the time of the

survey.  I have found very large gaps in registration and voting favoring older persons, married

persons, those with at least some college education, persons with higher incomes, and those who

have lived more than five years in their current home.

---

[4]     Full citations to all academic studies cited in this report are available in Appendix A.

2.     In Islip

20.     In light of the evidence on a national level about the socioeconomic characteristics that affect people's likelihood to participate in the political process, I now seek to characterize the Latino community in Islip based on these same features that bear on its ability to participate in the political process.  In every respect, Latinos face barriers to participation.

21.     I have analyzed data from the American Community Survey ("ACS").  The ACS is conducted annually by the Census Bureau for a changing sample of about 1.5% of the population.  The ACS reports people's residential locations based on Public Use Microdata Areas ("PUMAs").  The data I relied on is from the three PUMAs that collectively include all of Islip (PUMAs 3309 (Islip Town – East), 3310 (Islip Town – Northwest), and 3311 (Islip Town – South)).  PUMA 3310 (Islip Town – Northwest) is majority Latino (55.2%), while the other two PUMAs are majority white (85.5% and 71.7%, respectively).  I have aggregated the results from five years of ACS data (2012-2016) in order to have a sufficient sample of Islip residents to draw reliable conclusions comparing Latino and white residents.

22.     The ACS data includes many relevant socioeconomic characteristics.  Some are based on individual characteristics, such as nativity (immigrant or U.S.-born), age, English-speaking ability, education, employment status, and occupation.  Others are based on household characteristics (determined by the race/ethnicity of the household head), such as household size, whether the home is rented or owned, duration of residency, and household income (see Table 1 below).

| Table 1: Socioeconomic Characteristics (ACS 2012-2016), Islip Town | | |
|---|---|---|
| | **NH white** | **Latino** |
| **Nativity of citizens** | | |
| **US-born citizen** | 96.6% | 83.7% |
| **Born abroad of citizen parents** | 0.5% | 1.0% |
| **Naturalized citizen** | 2.8% | 15.3% |
| **Voting age citizens <40** | 29.9% | 45.1% |
| **English language (age 5+)** | | |
| **Speaks only English** | 92.0% | 19.3% |
| **Speaks very well** | 6.3% | 38.2% |
| **Speaks less well** | 1.7% | 42.5% |
| **Some college (age 25+)** | 55.4% | 27.4% |
| **Professional/managerial (in labor force)** | 37.9% | 15.1% |
| **Unemployed (in labor force)** | 5.9% | 5.7% |
| **Home owner** | 83.1% | 62.3% |
| **Length of residence:** | | |
| **Less than 5 yrs** | 20.2% | 30.8% |
| **5-19 yrs** | 39.6% | 53.7% |
| **20+ yrs** | 40.2% | 15.5% |
| **Median household income** | $93,766 | $75,543 |

23.     At the individual level, there are large and statistically significant differences between Latinos and whites in Islip that correlate with lower political participation by Latinos.

- Among citizens, over 15% of Latinos are naturalized (hence born abroad), compared to only about 3% of whites.

- Among citizens of voting age, 45% of Latinos are under the age of 40, compared to only about 30% of whites.

- Over 40% of Latinos cannot speak English well, compared to only about 2% of whites.

- Latinos in Islip are only half as likely as whites to have any post-secondary education.

- Latinos are not more likely than whites to be unemployed, but they work in lower prestige and lower paying jobs. The share of Islip's Latino labor force with professional or managerial occupations (15.1%) is considerably less than the 37.9% of whites in such occupations.

24.     At the household level, there are also very large and statistically significant differences between Latinos and whites in Islip that correlate with lower political participation by Latinos.

- Latinos are less likely than whites to be homeowners (62.3% compared to 83.1%).

- Latinos are less likely than whites to be long-term residents of their homes.  Only 15.5% of Latinos have resided in their homes for over 20 years, compared to 40.2% of whites.  Furthermore, 30.8% of Latinos have resided in their homes for less than five years, compared to only 20.2% of whites.

- Latinos have lower household incomes than whites, despite having larger households, with a median household income of about $75,500 compared to about $94,000 for whites.

25.     As shown by the data above, Latino residents of Islip exhibit, without exception, poorer socioeconomic characteristics than white residents.  Every one of these characteristics is likely to reduce the ability of a Latino citizen of voting age to participate in the political process.

26.     This likelihood is borne out in the data.  Latinos across Islip exhibit both lower socioeconomic characteristics and lower levels of political participation than Islip as a whole.

27.     Appendix 2 of the expert report of Dr. Andrew Beveridge includes a review of voter turnout in the 2017 Town election, including estimates of Latino registration and voting based on Latino surnames.[5]  These data have been organized by the same PUMA areas that I selected for the ACS demographic analysis above.  I am familiar with the surname analysis methodology described by Dr. Beveridge, and I understand it to be a robust, reliable, and generally accepted approach.  I have retabulated these data using the estimates for Latinos that presume the true Latino total is 1.5 times the number with common Hispanic surnames (see Table 2 below).[6]

---

[5]     Expert Report Of Dr. Andrew A. Beveridge, Appendix 2, Voter Turnout Data.

[6]     Interpretation of the results is similar regardless of whether the initial count or the estimate is used.

| Table 2: Voting results for Latinos and non-Latinos, Islip 2017, by PUMA | | | | |
|---|---|---|---|---|
| | Islip Total | Islip-East | Islip-Northwest | Islip-South |
| Latino share of: | | | | |
| Registrants | 17.2% | 5.6% | 42.1% | 8.1% |
| Voters | 8.9% | 4.1% | 29.1% | 4.4% |
| % of registered who voted | | | | |
| Latino | 15.1% | 25.0% | 12.8% | 17.4% |
| Non-Latino | 32.0% | 35.1% | 22.8% | 33.4% |
| All residents | 29.0% | 34.6% | 18.6% | 32.1% |

28.     Table 2 shows that, in 2017, Latinos accounted for only 17.2% of registered voters in Islip, though in the predominately Latino Northwest PUMA their share was much higher, above 40%.  Latinos were also a smaller share of actual voters in the 2017 election (8.9% in the Town, though as high as 29.1% in the Northwest PUMA).  Voter turnout was lowest in the Northwest PUMA for both Latinos and non-Latinos, and for all groups combined this PUMA had lower turnout (18.6%) than Islip as a whole (29.0%).  Most importantly, Latino registered voters were less than half as likely to vote (15.1%) than were non-Latino registered voters (32.0%).

29.     I attribute these disparities in political participation in part to the disparities in individual and household socioeconomic characteristics described above.  Another likely factor, based on national studies, is Latino residents' sense of marginalization in the Town (a view that is consistent with evidence I cite below in the sections on Policing and the Environment) and their experience that their preferred candidates are unable to be elected under the at-large structure.

### 3.     Conclusion

30.     Islip's Latino residents are younger, more likely to be immigrants, less likely to speak English well, less well educated, less likely to have professional and managerial

occupations, more likely to have lower income, less likely to be homeowners, and less likely to have lived for a long period in the same neighborhood than Islip's white residents. These poor socioeconomic characteristics reduce the ability of Latino residents to participate in the political process, and Islip's Latino residents are less likely to register and vote than Islip's white residents.

**B.**     **Public Health**

1.     **In General**

31.     Latinos suffer from significant health disparities in the U.S., and I show below that these disparities are found in Islip, Suffolk County, and/or New York State (depending on the available data). Latinos are less likely to have health insurance and more likely to rely on Medicaid for coverage, they have worse birth outcomes, they are less likely to have a consistent medical care provider, and they suffer higher rates of homicide mortality.

32.     Significant resources have been devoted to documenting and understanding minority health disparities, including those affecting Latinos in the United States. One overview was prepared by the Office of Minority Health ("OMH") of the U.S. Department of Health and Human Services.[7] The OMH found that "Hispanic health is often shaped by factors such as language/cultural barriers, lack of access to preventive care, and the lack of health insurance." The OMH reported that "Hispanics have the highest uninsured rates of any racial or ethnic group within the United States." In 2015, 19.5% of the U.S. Latino population was not covered by health insurance, as compared to only 6.3% of the non-Hispanic white population.

---

[7]     U.S. Department of Health and Human Services, Office of Minority Health, *Profile: Hispanic/Latino Americans*, https://minorityhealth.hhs.gov/omh/browse.aspx?lvl=3&lvlid=64).

## 2. In Islip, Suffolk County, and/or New York State

33.     The ACS 2012-2016 data show that Latinos in Islip also experience a disparity in health insurance coverage (see Table 3 below).  The share of Islip's Latino residents with no health insurance is 19.3%, more than four times higher than for whites (4.4%).  Latinos are also more likely than whites to be covered by Medicaid (25.4% compared to 9.9%).  These disparities mirror the findings of a Johns Hopkins University team who produced a policy brief on health issues in the predominately Latino hamlet of Islip, Brentwood (Goodman et al 2015).  In their view, "the most significant barriers to healthcare access are lack of insurance and cost of medical care . . . Respondents with low income and education levels, those born outside of the United States, those who speak a primary language other than English and have limited English proficiency were more likely to be uninsured."

| Table 3: Insurance coverage, Islip Town (ACS 2012-2016) | | |
|---|---|---|
|  | NH white | Latino |
| Insurance (ACS 2012-2016) | | |
| No health insurance coverage | 4.4% | 19.3% |
| Insured through Medicaid | 9.9% | 25.4% |

34.     Another available indicator of health disparities at the local level is the existence of what the U.S. Department of Agriculture defines as a "food desert," which limits residents' access to good nutrition.[8]  A food desert is a low-income census tract where a significant portion of households live more than a mile from a supermarket.  Within the Town of Islip, only one census tract meets this definition: tract 462.01 in Brentwood, which was 71.3% Latino in 2010.

35.     Birth outcomes are also considered to be a sensitive indicator of the general public health status of a community.  MEASURE Evaluation, an international public health

---

[8]     U.S. Department of Agriculture,  *Food Access Research Atlas*, https://www.ers.usda.gov/data-products/food-access-research-atlas/go-to-the-atlas.aspx.

project supported by the U.S. Agency for International Development, describes the importance of birth outcomes: "[T]he proportion of infants with a low birth weight is an indicator of a multifaceted public health problem that includes long-term maternal malnutrition, ill health, hard work and poor health care in pregnancy."[9]

36.     I analyzed birth outcomes data from the "Linked Birth/Infant Death Records" produced by the National Center for Health Statistics and disseminated by the Centers for Disease Control ("CDC").[10]  In addition to the infant mortality rate, there are three specific indicators reported on by the CDC: low birthweight, preterm birth, and insufficient prenatal care. Low birthweight refers to babies who weigh less than 2500 grams at birth, while preterm birth refers to babies born less than 37 weeks into pregnancy (based on an obstetric/clinical gestation estimate).  Both low birthweight and preterm birth are substantial risk factors for mortality before age one, as well as subsequent health problems.  The third indicator is the share of mothers who received either no prenatal care or prenatal care only in the third trimester. Insufficient prenatal care is a risk factor for pregnancy-related health problems for the mother and poor outcomes for the baby.

37.     The CDC provides comparative data on these three indicators, as well as the overall infant mortality rate, for Latinos and non-Hispanic whites in New York State between 2007 and 2016 (see Table 4 below).  The infant mortality rate is expressed as the number of deaths per 1,000 live births.

---

[9]     MEASURE Evaluation, *Indicator Compendium for Reproductive Maternal Newborn Child and Adolescent Health*,  https://www.measureevaluation.org/rbf/indicator-collections/health-outcome-impact-indicators/incidence-of-low-birth-weight-among-newborns.

[10]    Centers for Disease Control, *CDC Wonder*, *Linked Birth/Infant Death Records for 2007-2016*, https://wonder.cdc.gov/lbd.html.

| Table 4: Prenatal care and birth outcomes, New York State 2007-2016, CDC Wonder | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Total | | Late/no prenatal care | | Low birthweight | | Preterm birth | |
| | Births | Death Rate | % Late/no care | Death Rate | % Low weight | Death Rate | % preterm | Death Rate |
| NH white | 1,176,362 | 3.98 | 2.8% | 7.29 | 6.7% | 40.54 | 1.5% | 30.36 |
| Latino | 571,163 | 4.80 | 5.4% | 7.40 | 7.7% | 44.48 | 1.7% | 33.07 |

38.      In short, Latinos in New York State are more likely than whites to experience low birthweights, preterm births, and have insufficient prenatal care, all of which are associated with a higher infant mortality rate.

- The share of low birthweight babies for Latinos was 7.7%, compared to 6.7% for whites, which is linked to a nearly 10% increase in mortality rate of 44.48 compared to 40.54 for whites.

- The share of preterm births for Latinos was 1.7% compared to 1.5% for whites, which is linked to a nearly 9% increase in mortality rate of 33.07 compared to 30.36 for whites.

- The share of mothers who had either no or late prenatal care was 5.4% for Latinos compared to only 2.8% for whites.

- Latinos experienced an overall infant mortality rate nearly 20% greater than that of whites (4.80 per 1000 live births for Latinos compared to 3.98 per 1000 live births for whites).

39.      A "Community Needs Assessment" prepared by the Economic Opportunity Council of  Suffolk County ("EOC") in 2017 reports more geographically specific information for Suffolk County based on the same CDC data.[11]  In Suffolk County during 2006-2012, the infant mortality rate per 1,000 live births was 5.0 for Latinos compared to only 3.3 for non-

---

[11]    Economic Opportunity Council of Suffolk, *Community Needs Assessment* at 180 (Nov. 17, 2017), https://eoc-suffolk.com/wp-content/uploads/2018/06/needs-assessment-11-17-17.pdf.

Hispanic whites. In other words, Latinos in Suffolk County were more than 50% more likely to experience infant mortality than whites.

40.     The 2017 EOC Report also provides two other measures of health disparities. The first is the percentage of adults who do not have a consistent source of primary care, which is based on surveys conducted for the CDC's Behavioral Risk Factor Surveillance System for 2011-2012.[12] Such individuals face a greater risk of not receiving regular preventive care and of relying on emergency rooms for primary care services. In New York State, Latinos are more than twice as likely as whites to not have a consistent source of primary care (28.9% of Latinos compared to only 12.1% of non-Hispanic whites). Although results by race are only available at the State level, the overall percentage of adults in Suffolk County who do not have a consistent source of primary care is slightly higher than the percentage in New York State.

41.     The second measure of health disparities included in the EOC Report is the risk of homicide mortality, which is based on the CDC's National Vital Statistics Systems for 2010-2014. Homicide is an indicator of poor neighborhood safety, it is a leading cause of premature death, and it affects other health conditions through its impact on levels of stress. As the federal Healthy People initiative points out, "[t]here are serious short- and long-term health effects from exposure to crime and violence in one's community." [13] In Suffolk County, the age-adjusted homicide rate per 100,000 people was 3.9 for Latinos compared to only 1.1 for non-Hispanic whites, more than three times greater.

---

[12]    *Id.* at 175–76.

[13]    Office of Disease Prevention and Health Promotion. *HealthyPeople 2020, Crime and Violence*, https://www.healthypeople.gov/2020/topics-objectives/topic/social-determinants-health/interventions-resources/crime-and-violence.

### 3.   Conclusion

42.     Without exception, the public health indicators described above provide evidence of the disadvantaged position of the Latino community in New York State, Suffolk County, and Islip.  Latino residents of Suffolk County and Islip experience greater health problems, as measured by health insurance coverage, access to and use of health care, access to healthy food, birth outcomes and infant mortality, and homicide mortality.

### C.   **Public Education**

### 1.   In General

43.     Public education is another arena that has drawn the attention of academic researchers who examine intergroup disparities.  A common finding is that black and Latino students perform less well than white and Asian students (Jencks & Phillips, 1998; Hallinan, 2001; Henderson, 2002; Maruyama, 2003; and Rumberger & Palardy, 2005).  Dropout rates are also much higher among black and Latino students than among white and Asian students (Mickelson, 2003).

44.     Most relevant for the purposes of this report is whether these findings reflect inequalities in the nature of the schools that these children are able to attend.  Saporito and Sohoni (2007) found that, unlike the typical white child, who attends a public school in which most of the children are above the poverty line, the typical Latino child attends a public school in which most of the children are below the poverty line.  Orfield & Lee (2005) pointed out that more than 60% of Latino students attend high poverty schools (defined as more than 50% poor), compared to only 18% of white students.  In my own analysis of national data from 1999-2000, I found similar patterns:  Latino students on average attended public elementary schools where

66% of students qualified for free/reduced price lunches, compared to only 30% for schools attended by the average non-Hispanic white student (Logan 2002).

45.     Numerous studies suggest that racial segregation itself affects student performance. Bankston and Caldas (1996, 1997) and Rumberger and Williams (1992) showed that minority concentration in schools is associated with lower achievement on standardized tests, and academic outcomes are generally better in racially integrated schools (Dawkins & Braddock, 1994; Armor, 2002). Stiefel found that the achievement gap between white and non-white school children is greatest when comparing students who attend racially segregated schools (Stiefel et al., 2008). Card and Rothstein (2005) concluded that segregation continues to be a major obstacle to equal educational opportunities for minority children and a source of gaps in academic achievement.

46.     Other researchers emphasize the effect of a school's class composition. The classic study of school effects, the Coleman Report (Coleman et al., 1966), argued that predominantly white schools tended to enroll students from higher socioeconomic backgrounds, which caused such schools' academic performances to be better than those of predominantly minority schools.[14] A more recent study of this question (Chaplin, 2002) found that the concentration of poverty within a school is negatively associated with student performance and later outcomes, even after controlling for a student's own family background.[15]

47.     My own research at the national level reveals a substantial gap between the standardized test scores of schools attended by the average non-Hispanic white student and those attended by the average Latino student (Logan, Minca and Adar 2012). These "averages" are

---

[14]   *See also* Hauser, Sewell & Alwin, 1976.

[15]   Additionally, see a number of prior studies, including Chubb & Moe, 1990; Jencks & Mayer, 1990; Gamoran, 1996; and Lee & Smith, 1997.

based on a commonly used exposure index, which takes into account the characteristics of all schools that students attend and calculates an average across them, but the average counts more heavily in those schools that a given group is more likely to attend. For example, if many Latino students attend a given school, that school counts more in the average; if only few Latino students attend the school, it counts less. The exposure index is, in other words, a weighted average where the weight is the number of group members. Using this technique, we found that, for example, when schools within the same state were compared based on their percentile ranks for average reading scores in 2009-2010, the average white student attended an elementary school at the 59.9th[h] percentile, a middle school at the 61st percentile, and a high school at the 60.5th percentile. The corresponding respective values for the average Latino student were 36.4, 37.9, and 43.5.

### 2. In Islip

48.     To examine public education disparities within the Town of Islip, I analyzed data prepared by the New York State Education Department ("NYSED") for the State Report Card 2016-2017.[16]

49.     Islip does not have a single, unified school district. Instead, it is divided into six separate school districts within its borders. This fragmentation of a single town into many small school districts is characteristic of Long Island and results in large differences in class and racial/ethnic composition between school districts. Predominantly Latino school districts are found in the northwest portion of Islip, including Brentwood (82.3% Latino) and Central Islip (72.5% Latino). The Bay Shore School District is more mixed (40.4% Latino, though with a

---

[16]   New York State Education Department, *State Report Card 2016-2017 and 2017-2018*, https://data.nysed.gov/downloads.php.

large black enrollment). Predominantly white school districts include Islip (22.2% Latino), East Islip (15.5% Latino), and West Islip (9.3% Latino) (see Table 5 below).

| Table 5: Characteristics of school districts in Islip Town, 2016 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Latino | Black | Free lunch | English learner | Math 8 | Math 3 | English 8 | English 3 |
| Brentwood | 82.3% | 10.5% | 72.3% | 30.3% | 63.9% | 38.2% | 47.5% | 34.3% |
| Central Islip | 72.5% | 19.7% | 72.1% | 27.3% | 57.9% | 29.6% | 28.4% | 31.8% |
| Bay Shore UFSD | 40.4% | 20.2% | 44.5% | 7.0% | 47.7% | 36.9% | 27.4% | 25.4% |
| Islip UFSD | 22.2% | 5.8% | 24.3% | 4.2% | | 32.5% | 25.6% | 19.1% |
| East Islip UFSD | 15.5% | 1.9% | 18.4% | 1.5% | 26.5% | 19.5% | 20.8% | 19.5% |
| West Islip UFSD | 9.3% | 0.2% | 11.8% | 0.6% | 13.6% | 9.5% | 11.9% | 11.5% |

Source: NYSED Report

50.     Table 5 also provides insights into the challenges facing each district, based on the percentages of English language learners, students eligible for free lunch (the usual indicator of poverty concentration), and elementary and middle school test score performances.

51.     At one end of the distribution for each one of these indicators is the whitest school district in Town, West Islip, where only 11.8% of students are eligible for free lunch, less than 1% are classified as English language learners, and less than 15% of students score at the lowest level on the 3rd and 8th grade mathematics and English language arts tests. Meanwhile, Brentwood, Islip's most heavily Latino school district, is at the opposite end of the distribution, with 72.3% of its students eligible for free lunch and 30.3% classified as English language learners. More than a third of Brentwood's elementary students score at the lowest level in mathematics and English, more than twice as many as in West Islip. In middle school, nearly two-thirds of Brentwood's students score at the lowest level in mathematics, and nearly half score at the lowest level in English, four times greater than the numbers seen in West Islip.

52.     More sensitive measures take into account the characteristics of each individual school within Islip's six school districts using the same type of exposure index employed in my national study referenced above (Logan, Minca and Adar 2012).  I have applied an exposure measure to the same NYSED Report Card data, which allows me to calculate the average characteristics of all of the schools in Islip's six school districts, weighted by the number of Latino or white students who attend them (see Table 6 below).  This allows for an examination of the characteristics of (and disparities between) the school attended by the *average* Latino or white student in Islip in 2016.

| Table 6: Average characteristics of Islip schools attended by white and Latino students | | | | | | |
|---|---|---|---|---|---|---|
| | Average High School attended by: | | Average Middle School attended by: | | Average Elementary School attended by: | |
| | Whites | Latinos | Whites | Latinos | Whites | Latinos |
| Latino share* | 21.4% | 69.6% | 25.0% | 69.3% | 26.7% | 74.8% |
| Non-Hispanic white share* | 68.4% | 12.2% | 64.4% | 14.0% | 61.8% | 10.9% |
| Free lunch eligible* | 24.8% | 59.7% | 27.0% | 67.1% | 27.8% | 69.5% |
| Reduced lunch eligible* | 4.3% | 7.8% | 3.8% | 8.2% | 4.1% | 7.7% |
| English language learners* | 3.0% | 17.5% | 4.3% | 19.4% | 7.3% | 33.8% |
| Math 3rd grade only level 1* | | | | | 21.2% | 35.2% |
| English 3rd grade only level 1* | | | | | 18.4% | 32.0% |
| Math 8th grade only level 1* | | | 27.4% | 58.1% | | |
| English 8th grade only level 1* | | | 21.1% | 38.7% | | |
| High school graduation rate** | 92.3% | 77.8% | | | | |
| Regents math - non-proficient** | 7.4% | 15.8% | | | | |
| Regents English - non-proficient** | 6.4% | 19.7% | | | | |

Source: NYSED Report Card.          * 2016          ** 2018

At the high school level:
- The average Latino student attended a school that was majority Latino (69.6%), while the average white student attended a school that was 68.4% white.

- The average Latino student attended a school that was 59.7% free-lunch eligible, compared to only 24.8% for the average white student.

- The average Latino student attended a school where 17.5% of students were English language learners, compared to only 3.0% for the average white student.

- The average Latino student's high school had a graduation rate of 77.8%, compared to 92.3% for the average white student.

- The average Latino student attended a high school where 15.8% of students had a non-proficient score on the Regents math test (including all cohorts), compared to only 7.4% for the average white student.

- The average Latino student attended a high school where 19.7% of students had a non-proficient score on the Regents English test (including all cohorts), compared to only 6.4% for the average white student.

53.  At the middle school level:

- The average Latino student attended a school that was majority Latino (69.3%), while the average white student attended a school that was 64.4% white.

- The average Latino attended a school that was 67.1% free-lunch eligible, compared to only 27.0% for the average white student.

- The average Latino student attended a school where 19.4% of students were English language learners, compared to only 4.3% for the average white student.

- The average Latino student attended a school where 58.1% of students scored at the lowest level in mathematics and 38.7% scored at the lowest level in English, compared to only 27.4% and 21.1% respectively for the average white student.

54.  At the elementary school level:

- The average Latino student attended a school that was majority Latino (74.8%), while the average white student attended a school that was 61.8% white.

- The average Latino attended a school that was 69.5% free-lunch eligible, compared to only 27.8% for the average white student.

- The average Latino student attended a school where 33.8% of students were English language learners, compared to only 7.3% for the average white student.

- The average Latino student attended a school where 35.2% of students scored at the lowest level in mathematics and 32.0% scored at the lowest level in English, compared to only 21.2% and 18.4% respectively for the average white student.

55.  The disparities between the schools attended by the average Latino student and the average white student are consistent across levels.  Latino students in Islip are highly segregated from white students, and they attend schools with much higher poverty

concentrations, larger shares of English language learners, and lower scoring classmates on standardized tests in mathematics and English language arts.

### 3. Conclusion

56. As exemplified by the data above, Islip's Latino residents are less well served by public education, as the schools Latinos attend have higher levels of concentrated poverty, have lower standardized test scores, and have lower high school graduation rates.

### D. **Policing and Public Safety**

### 1. In General

57. Policing and public safety are key concerns of all communities, but in recent years evidence has accumulated of disparate treatment of minority communities by police officers (Fagan et al 2016).

58. Latino communities present a distinctive context for issues relating to policing and public safety. The usual crime-prevention activities of the police overlap with immigration enforcement, making Latinos less likely to contact law enforcement and therefore more vulnerable to predators and more likely to be the victims of crime.

### 2. In Suffolk County

59. The Suffolk County Police Department ("SCPD") provides local policing for all towns in Suffolk County, including Islip. There is considerable evidence to suggest that Latinos in Suffolk County are disadvantaged with respect to policing and public safety. First, Latinos report that they are subjected to harassment, hostility, racial profiling, and hate crimes, and that crimes against Latinos, including hate crimes and assaults, are not properly investigated by SCPD. Second, SCPD's institutional policies and procedures fail to guard against the risk of policing failures and bias against Latinos, which SCPD has been delinquent in remedying. As a

result of these issues, SCPD has not established sufficient trust with the Latino community, and

Latinos are disadvantaged with respect to policing and public safety.

60.     My opinions are based mainly on two sources.  First, I reviewed a report by the

Southern Poverty Law Center ("SPLC")—*Climate of Fear: Latino Immigrants in Suffolk County,*

*N.Y.*.[17]  In 2008, Ecuadorian immigrant Marcelo Lucero was killed by a group of teenagers who

"target[ed] Latino residents as part of a sport they termed 'beaner-hopping.'"[18]  After the murder,

SPLC dispatched a researcher to interview Latinos in Suffolk County.  The SPLC Report

provides evidence of Latinos' experiences with policing and public safety in Suffolk County.

Because SPLC is an advocacy organization, I read its Report with caution.  I consider the

original interview material to be the most informative, especially where it is consistent with

investigative journalism by *The New York Times* and *Newsday* dating back to 1999.

61.     Second, I reviewed a memorandum, settlement agreement, and a series of ongoing

follow-up reports regarding SCPD's policies and practices from the Civil Rights Division of the

U.S. Department of Justice ("DOJ").[19]  In 2009, the DOJ opened an investigation into the

SCPD's policies and practices relating to Latinos in response to Mr. Lucero's murder.  The DOJ

investigated whether SCPD engaged in discriminatory policing, whether its approach to the

Latino community discouraged Latino victims from filing complaints and cooperating with the

---

[17]     Southern Poverty Law Center, *Climate of Fear: Latino Immigrants in Suffolk County*, *N.Y.* (2009),
https://www.splcenter.org/sites/default/files/splc_suffolk_report.pdf (hereinafter "SPLC Report").

[18]     *Id.* at 5.

[19]     *See* U.S. Department of Justice, *Suffolk County Police Department Technical Assistance Letter*, (Sept. 13,
2011), https://www.justice.gov/sites/default/files/crt/legacy/2011/09/14/suffolkPD_TA_9-13-11.pdf (hereinafter
"DOJ Technical Assistance Letter"); U.S. Department of Justice, *Agreement Between The United States
Department Of Justice And Suffolk County Police Department*, (Jan. 13, 2014),
https://www.justice.gov/sites/default/files/crt/legacy/2014/01/23/suffolk_agreement_1-13-14.pdf; U.S.
Department of Justice,  *Seventh Report Assessing Settlement Agreement Compliance By Suffolk County Police
Department*, (Oct. 11, 2018),
https://www.suffolkpd.org/Portals/59/scpd_pdfs/infoandpolicies/DOJCompliance10_11_2018.pdf.

police, and whether the Department failed to investigate crimes and hate-crime incidents involving Latinos.[20]

62.　　I also reviewed various newspaper articles containing relevant accounts and testimonials from Latino residents of Islip.

63.　　Together, these sources provide a basis for forming an opinion on the state of policing and public safety for Latinos in Suffolk County.  By the standards of social science research, the consistency across these sources of information greatly strengthens the evidence.  I note especially: 1) in many respects the DOJ evaluation mirrors the concerns expressed in the SPLC's earlier report; 2) DOJ investigators' independent interviews in the field also uncovered claims that hate crimes are overlooked and that assaults that do not result in serious injury are brushed aside; 3) the DOJ's analysis of procedures and practices reveals institutional patterns that could account for the alleged failures in policing; and 4) the claims of discriminatory behavior are also consistent with reports of a hostile attitude toward Latino immigrants expressed over a long time period by some political leaders in Suffolk County.

> Latinos in Islip report that they are routinely victimized and that they do not trust the police or public officials.

64.　　Latinos in Suffolk County report that they are routinely assaulted by local residents who express hostility toward immigrants.[21]  "[Latino immigrants] are regularly taunted, spit upon and pelted with apples, full soda cans, beer bottles and other projectiles.  Their houses and apartments are egged, spray-painted with racial epithets and riddled with bullets in drive-by shootings. . . .  Numerous immigrants reported being shot with BB or pellet guns, or hit in the eyes with pepper spray.  Others said they'd been run off the road by cars while riding bicycles, or

---

[20]　DOJ Technical Assistance Letter at 2.

[21]　*See generally* SPLC Report.

chased into the woods by drivers while traveling on foot.  The SPLC recorded abundant first-hand accounts of immigrants being punched and kicked by random attackers, beaten with baseball bats or robbed at knifepoint."[22]

65.    Latinos in Islip also believe that they are discriminated against by public officials. The SPLC Report found that Latinos believe that public officials express hostility towards them because they are Latino.[23]  For example, "[a]t a public hearing in 2001 County Legislator Michael D'Andre of Smithtown said that if his own town should ever experience an influx of Latino day laborers like that of nearby communities, 'We'll be up in arms; we'll be out with baseball bats.'  Also, in March 2007, County Legislator Elie Mystal of Amityville said of Latino immigrants waiting for work on street corners, 'If I'm living in a neighborhood and people are gathering like that, I would load my gun and start shooting, period. Nobody will say it, but I'm going to say it'."[24]

66.    Latinos in Islip do not trust the police, and they do not believe the police take crimes against Latinos seriously.  "[Latinos] say there's no point in reporting bias-motivated harassment, threats or assaults, even severe beatings, because from what they can tell, the police take the report and then do nothing."[25]  They find that police often accept the version of events given by a non-Latino person, rather than that given by a Latino person.  "And they say that officers discourage hate crime victims from making formal complaints by questioning them about their immigration status."[26]

---

[22]    SPLC Report, at 8.

[23]    *Id.*

[24]    *Id.*

[25]    *Id.* at 9.

[26]    *Id.*

67.    Latinos in Islip also believe that they are targeted by the SCPD.  The SPLC Report found that, "time after time, [Latinos] gave similar accounts of being pulled over for minor traffic violations and then interrogated, or being questioned harshly at nighttime checkpoints after watching Anglo drivers being waved through."[27]

> SCPD's policies and procedures increase the likelihood of discriminatory policing and inadequate public safety for Latinos.

68.    SCPD's institutional policies and procedures have resulted in policing failures and bias against Latinos.  An example of one such institutional policy is SCPD's participation in "Secure Communities," a program administered by the Department of Homeland Security ("DHS") to increase local police collaboration with DHS immigration enforcement (now replaced by the "Priority Enforcement Program").[28]  In 2016, the county sheriff announced that he was reinstating a procedure of detaining immigrants wanted by federal authorities for deportation.[29]  SCPD's participation in "Secure Communities" makes SCPD seem to Latinos like an arm of DHS and reinforces their perception that they are being policed unnecessarily.

69.    There are also reports that hate crimes are not properly investigated by the SCPD. For example, "[a]n indictment unsealed two months after [Marcelo] Lucero's killing revealed that in the 13 months before his death, the same teens, in small groups with shifting members, had gone on a spree of violence, assaulting at least 12 other Hispanics, including three men who said they reported the attacks to police but received little follow-up.  These men were not alone.

---

[27]    *Id.*

[28]    *See* DOJ Technical Assistance Letter, at 3.

[29]    *See* Victor Manuel Ramos, *Suffolk sheriff reverses policy on holding immigrant inmates*, (Dec. 25, 2016), https://www.newsday.com/long-island/suffolk/suffolk-sheriff-reverses-policy-on-holding-immigrant-inmates-1.12799163.

Scores of Hispanics came forward to say they had been harassed or beaten and that police were, at best, indifferent."[30]

70.    In 2011, the DOJ submitted a "Technical Assistance Letter" to County Executive Steve Levy outlining DOJ's preliminary observations, advice, and recommendations.  The Letter identified weaknesses in formal procedures and training that can result in inadequate investigation of hate crimes and assaults.  For example, the Letter reported that contrary to SCPD policy, "hate crimes detectives rarely conduct an in-person follow-up interview with complainants."[31]  The Letter also reported that officers declined to assist some individuals where language was a barrier to communication."[32]

71.    DOJ's Technical Assistance Letter and the SPLC Report also noted reasons for Latinos' belief that they are targeted by SCPD.  The DOJ Letter noted that "SCPD ha[d] used a vigorous program of roadblocks and police sobriety checkpoints" and that DOJ received reports "that SCPD's checkpoints ha[d] been used primarily to request documentation of citizenship."[33] The SPLC Report explained that "[e]vidence suggesting unequal enforcement of the motor vehicle code in Suffolk County is easily observed in the local courts that handle minor offenses. Latinos account for roughly 14% of Suffolk County's population, but on a typical day in a Suffolk County justice court, they make up nearly half the defendants appearing for motor vehicle violations."[34]

---

[30]    Sandra Peddie, *Despite Progress after Hate Crime, SCPD and Hispanics Struggle with Trust*, *Newsday*, (Nov. 2, 2018), https://projects.newsday.com/long-island/ms13-lucero-suffolk-police/.

[31]    *See* DOJ Technical Assistance Letter at 4.

[32]    *Id*. at 15.

[33]    *Id.* at 3, 24–25.

[34]    SPLC Report at 9.

72.     The depth of these problems is illustrated by how long it is taking SCPD to correct them.  In 2013, DOJ entered into a Settlement Agreement with SCPD.  The Agreement required SCPD "to implement new and enhanced policies and procedures to ensure nondiscrimination in the provision of police services to Latino communities in Suffolk County."[35] The Agreement required improvements, including training and policy changes, in six different areas: bias-free policing, hate crimes and hate incidents, language assistance, allegations of police misconduct, community engagement, and policies and training generally.[36]

73.     Five years later, the DOJ is still reporting insufficient progress by the SCPD. Because of its failure to comply with the terms of the Settlement Agreement, the SCPD remains under ongoing supervision by the DOJ.  As of October 2018, the SCPD is in "substantial" compliance with requested improvements to the categories of hate crimes and hate incidents, and allegations of police misconduct.  But SCPD remains in only partial compliance with the remaining four improvement areas:  bias-free policing, language assistance, community engagement, and policies and training generally.[37]  SCPD's failure to move more quickly in these areas risks reinforcing Latinos' sense of marginalization.

### 3.     Conclusion

74.     Law enforcement has not established sufficient trust with the Latino community in Suffolk County and in Islip, causing insecurity about day-to-day safety and the willingness

---

[35]  U.S. Department of Justice, *United States Agrees to Comprehensive Settlement with Suffolk County Police Department to Resolve Investigation of Discriminatory Policing Against Latinos*, (Dec. 3, 2013), https://www.justice.gov/opa/pr/united-states-agrees-comprehensive-settlement-suffolk-county-police-department-resolve.

[36]  U.S. Department of Justice, *Agreement Between The United States Department Of Justice And Suffolk County Police Department*, (Jan. 13, 2014), https://www.justice.gov/sites/default/files/crt/legacy/2014/01/23/suffolk_agreement_1-13-14.pdf.

[37]  U.S. Department of Justice, *Seventh Report Assessing Settlement Agreement Compliance By Suffolk County Police Department*, (Oct. 11, 2018), https://www.suffolkpd.org/Portals/59/scpd_pdfs/infoandpolicies/DOJCompliance10_11_2018.pdf.

and ability of police to protect the Latino community. This creates unhealthy stress, is an obstacle to the sort of police-community collaboration that might better confront crime, and is likely associated with a sense of marginality that hinders political participation.

### E.    Environmental Hazards

#### 1.    In General

75.    Minority neighborhoods typically lie closer to and are more exposed to environmental hazards. This has been confirmed by an extensive environmental justice literature.[38]

76.    Most recently, a national study by the National Center for Environmental Assessment of the Environmental Protection Agency demonstrated disparities in exposure to 2.5mm particulate-matter ("PM") emissions that are associated with respiratory and cardiovascular diseases and premature mortality.[39] The study showed that Latinos were 20% more likely to be exposed to PM emissions than the average person, whereas whites were 16% less likely to be exposed to PM emissions than the average person.[40] The authors concluded that the environmental hazards faced by minorities are due in part to their lack of political influence over facility siting decisions, as well as socioeconomic constraints that lead them to live in areas made less desirable due to proximity to pollution.

77.    Around the nation, minority residents have been exposed to specific environmental threats that put their health and safety at risk. In many cases, minority residents' exposure was due in part to either malfeasance or neglect on the part of public officials. In such cases, minority residents understandably do not trust later reassurances from those same officials.

---

[38]    *See* Crowder and Downey 2010 for a representative study.

[39]    Mikati et al, 2018.

[40]    *See id.*

In assessing these environmental threats, it is naturally relevant to examine the extent of actual health consequences, but to understand the full impact experienced by a disadvantaged minority community, it is equally important to consider the stress and trauma suffered as well.

### 2. In Islip

78.     Islip is a prime example of the way in which minority communities face greater exposure to environmental threats as discussed above.  Decommissioned industrial sites and other hazardous waste sites are disproportionately located in or adjacent to predominately Latino neighborhoods, increasing Latinos' risk of harmful exposure to a variety of toxins.  Most notably, Islip's Latino community was recently subjected to a new and entirely unnecessary environmental hazard—the illegal dumping of thousands of tons of toxic debris in a prominent public park.  These environmental threats not only create health and safety risks, they further reinforce the Latino community's sense that its interests are not represented in Town government.

### (i)     *Hazardous Waste Sites*

79.     The New York State Department of Environmental Conservation ("DEC") carries out an Inactive Hazardous Waste Disposal Site Program for "identifying, investigating and cleaning up sites where consequential amounts of hazardous waste may exist."[41]  The current registry includes 14 hazardous waste sites in Islip.[42]  Following remediation efforts, the current DEC classification for each of these sites varies between "2" (significant threat to the public

---

[41]    New York State Department of Environmental Conservation, *State Superfund Sites: Inactive Hazardous Waste Disposal Site*,  https://www.dec.ny.gov/chemical/8439.html.

[42]    New York State Department of Environmental Conservation, *Environmental Site Remediation Database Search*,  https://www.dec.ny.gov/cfmx/extapps/derexternal/index.cfm?pageid=3.

health or environment – action required) and "4" (site properly closed – requires continued management).

80.     Just four of these sites are located in hamlets of Islip with only a modest Latino presence—Holbrook, West Islip, and West Sayville, all of which were less than 10% Latino in 2010.  These include:

- Dzus Fastener Co., Inc. (425 Union Boulevard, West Islip) – Class 2 Site

- West Sayville Dry Cleaners (61 West Main St., West Sayville) – Class 2 Site

- Goldisc Recording (Broadway Avenue, Holbrook) – Class 4 Site

- Mom's Cleaners (556 Union Boulevard, West Islip) – Class 4 Site

81.     The other 10 hazardous waste sites are all located in or immediately adjacent to predominately Latino hamlets of Islip.  All 10 sites were originally deemed to pose a significant threat to the public health or the environment, and several still do.  For each site, I report the Latino population share in the census tract where it is located, and, for some, I provide additional background information about the nature of the environmental problem.

- MacKenzie Chemical Company (One Cordello Avenue, Central Islip) – Class 2 Site
  - MacKenzie Chemical Company is located in a census tract that is 58.3% Latino.  From 1948 to 1987, MacKenzie was used for the manufacture of fuel additives and metal acetylacetonates.  According to Superfund, "[s]pills, explosions and fires have occurred at the facility, including a methyl ethyl ketone (MEK) spill in 1977, a nitrous oxide release in 1978, and an MEK spill/fire in 1979."[43]  The EPA continues to monitor an ongoing cleanup plan, which involves the remediation of both soil and water contamination.

- Chemical Pollution Control (120 South 4th Street, Bay Shore) – Class 2 Site
  - Chemical Pollution Control is located in a census tract that is 39.3% Latino.

---

[43]  U.S. Environmental Protection Agency, *Superfund Site: Mackenzie Chemical Works, Central Islip, Ny*. https://cumulis.epa.gov/supercpad/cursites/csitinfo.cfm?id=0202187.

- <u>Americana Laundromat and Dry Cleaners</u> (1572 North 5th Avenue, Bay Shore) – Class 2 Site
  - o Americana Laundromat and Dry Cleaners is located in a census tract that is 77.5% Latino.

- <u>Sonia Road Landfill</u> (Sonia Road in West Brentwood) – Class 4 Site
  - o Sonia Road Landfill is located in a census tract that is 39.3% Latino. It is owned by the Town of Islip, and was in operation from 1965-1977. In the late 1990s, investigators found low levels of contaminants in the soil and groundwater, as well as explosive gas. The landfill has since been capped and phased out, but the site still requires continuous monitoring.[44]

- <u>Liberty Industrial Finishing Products</u> (500 Suffolk Avenue, Brentwood) – Class 4 Site
  - o Liberty Industrial Finishing Products is located in a census tract that is 77.5% Latino.

- <u>ServAll Laundry</u> (8 Drayton Avenue, Bay Shore) – Class 4 Site
  - o ServAll Laundry is located in a census tract that is 66.7% Latino.

82. The remaining four hazardous waste sites are located in a mostly non-residential area of Hauppauge just north of the Long Island Expressway. The immediate census tract is only 6.5% Latino, but the sites are adjacent to census tracts in Central Islip and Brentwood that range between 28.3% and 61.8% Latino.

- <u>Blydenburgh Landfill</u> (600 Blydenburgh Road, Hauppauge) – Class 4 Site
  - o Blydenburgh Landfill is owned by the Town of Islip. In 1978, approximately 50 drums of hazardous dry cleaning waste were allegedly buried there, which led the Town to purchase two nearby homes and temporarily close down a nearby school due to concerns of contamination.[45] Authorities continue to treat contaminated groundwater although the potential for exposure to contaminants and release into the Long Island aquifer system has been reduced due to the capping.[46]

---

[44] Sarah Crichton, *Old Islip Landfill Still Needs Checkups*, Newsday, (Jul. 25, 2011), https://www.newsday.com/long-island/suffolk/old-islip-landfill-still-needs-checkups-1.3050972.

[45] New York State Department of Environmental Conservation, *Environmental Remediation Databases Details (site 152002, Blydenburgh Landfill)*, https://www.dec.ny.gov/cfmx/extapps/derexternal/haz/details.cfm.

[46] U.S. Environmental Protection Agency. *Superfund Site: Islip Municipal Sanitary Landfill, Islip, NY*, https://cumulis.epa.gov/supercpad/SiteProfiles/index.cfm?fuseaction=second.Cleanup&id=0201714#bground.

- 100 Oser Avenue (Hauppauge) – Class 2
  - 100 Oser Avenue was used from 1975 to 1985 by a textile manufacturer that dry-cleaned finished textiles using tetrachloroethene (PCE). These volatile organic compounds (VOCs) were released into the groundwater that discharges into the wetland.

- Computer Circuits (145 Marcus Boulevard, Hauppauge) – Class 2

- Glaro Inc (735 Old Willets Path, Hauppauge) – Class 2

83.     The historical pattern of siting landfills and commercial and industrial facilities in or adjacent to the predominantly Latino sections of Town forces the Latino residents of Islip to bear a disproportionate share of these heightened risks. The main environmental hazard created by these sites is the contamination of groundwater, which escapes into the aquifer under Long Island that serves as the main source of drinking water for residents. Residents in closer proximity to these sites who may rely on private wells for drinking water face a more immediate risk from this contamination.

### (ii)     *Roberto Clemente Park*

84.     In addition to the disproportionate presence of hazardous waste sites in predominately Latino areas of Islip, there is another, more recent case where tens of thousands of tons of toxic debris were illegally dumped at a *public park* in the predominately Latino hamlet of Brentwood. The facts of the dumping itself are well established through investigations by environmental and health authorities and through criminal and civil cases brought against the persons and firms eventually convicted of the illegal dumping. My knowledge of this case comes mainly from an extensive series of reports in *Newsday*, which included direct testimony from Latino residents.

85.     In late 2013 and early 2014, a firm contracted to create two soccer fields at Roberto Clemente Park arranged to use toxic debris from several other construction sites as

landfill.[47]  It is estimated that haulers brought approximately 40,000 tons of toxic construction

and demolition material to the park that contained asbestos, chunks of glass, concrete, cement,

and other contaminated materials.[48]

86.     The illegal dumping and resulting presence of toxic debris created significant

health and safety risks for the Latino community.[49]  Latino residents also reported being

"emotionally distressed" about the long-term health impact that the dumping could have on their

families.[50]  In addition to the health and safety risks, the most immediate impact of the scandal

was the questions it raised about how the Latino community is treated by its local

representatives.  Latino residents reported feeling that that their community was neglected by the

Town, and at times, that the Town was working against them.[51]  The dumping was viewed by the

---

[47]  *See* Sarah Armaghan and Sarah Crichton, *DA probes allegations of illegal dumping at Brentwood park*, Newsday (April 23, 2014), https://www.newsday.com/long-island/towns/da-probes-allegations-of-illegal-dumping-at-brentwood-park-1.7795425.

[48]  *See* Sarah Armaghan, Jennifer Barrios, and Keith Herbert, *6 men indicted in Islip dumping investigation*, Newsday (Dec. 8, 2014), https://www.newsday.com/long-island/towns/6-men-to-be-criminally-charged-in-islip-dumping-investigation-sources-say-1.9691819.

[49]  *See* Sarah Armaghan and Sarah Crichton, *Islip Town knew about dumping at Roberto Clemente Park, records show*, *Newsday*, (May 11, 2014), https://www.newsday.com/long-island/towns/islip-town-knew-about-dumping-at-roberto-clemente-park-records-show-1.7990115 ("Suffolk County Legis. Monica Martinez (D-Brentwood) said she had to call the parks department to inquire about debris filled with rebar, concrete and bricks, after a constituent reported that their child had been injured by the debris."); Victor Manuel Ramos, *Brentwood Residents Near Roberto Clemente Park Fear For Their Futures*, *Newsday*, (Jun. 14, 2014), https://www.newsday.com/long-island/suffolk/brentwood-residents-near-roberto-clemente-park-fear-for-their-futures-1.8449327 ("Roger Escobar reported that 'he had to drive himself to Southside and Good Samaritan hospitals several times because he woke up feeling as though he couldn't breathe' . . . 'Our children went from having cold symptoms, to just coughing or saying they had headaches,' said Diana Guzman, 36, who has two daughters, Alexandra, 4, and Dayna, 6. 'I was livid when this came out because they didn't think we were human beings living around here.'").

[50]  *See* Sarah Armaghan and Sarah Crichton, *Islip Town knew about dumping at Roberto Clemente Park, records show*, *Newsday*, (May 11, 2014), https://www.newsday.com/long-island/towns/islip-town-knew-about-dumping-at-roberto-clemente-park-records-show-1.7990115 ("'Nobody has told us yet what's going on,'[nearby resident Jose] Pineda said. 'I'm worried. Who knows what's in there? I'm going to the town right now to see what they have to say about the contaminations and what it can do to my kids.")).

[51]  *See* Sarah Armagahn, *Men, Company Sentenced In Suffolk Illegal Dumping Case*, *Newsday*, (Apr. 27, 2017), https://www.newsday.com/long-island/crime/men-company-sentenced-in-suffolk-illegal-dumping-cases-1.13530905.

community as the latest instance of "environmental racism" that they had been experiencing for years.[52]

87.     These feelings were reinforced by the fact that Town officials were involved in the dumping.  Former Islip Town Parks Commissioner Joseph Montuori ultimately pleaded guilty to one felony count of endangering the health, safety or environment, and one misdemeanor count of conspiracy.[53]  Montouri's executive assistant, Brett Robinson, also pleaded guilty to charges of disorderly conduct by creating a hazardous condition.[54]  There is also evidence that sufficient information had reached the full Town Board—and specifically the Board's liaison to the Parks Department, Councilman Anthony Senft—to warrant investigation of potential wrongdoing as early as August 2013, months before the scandal became public and the Park was closed.[55]  The Town's involvement and its failure to alert the public and respond to the situation appropriately substantiated and exacerbated Latino residents' stress and fears.

88.     Even after the Town began to address the situation, the Latino community found the Town's response to be insufficient on multiple levels.  Residents reported that the Town did

---

[52]  *See* Sarah Armaghan and Sarah Crichton, *Islip Town knew about dumping at Roberto Clemente Park, records show*, *Newsday*, (May 11, 2014), https://www.newsday.com/long-island/towns/islip-town-knew-about-dumping-at-roberto-clemente-park-records-show-1.7990115; Victor Manuel Ramos, *Brentwood Residents Near Roberto Clemente Park Fear For Their Futures*, *Newsday*, (Jun. 14, 2014), https://www.newsday.com/long-island/suffolk/brentwood-residents-near-roberto-clemente-park-fear-for-their-futures-1.8449327.

[53]  *See* Sarah Armagahn, *Men, Company Sentenced In Suffolk Illegal Dumping Case*, *Newsday*, (Apr. 27, 2017), https://www.newsday.com/long-island/crime/men-company-sentenced-in-suffolk-illegal-dumping-cases-1.13530905.

[54]  *See id.*

[55]  *See* Sarah Armaghan, *Coram Man Accused Of Dumping At Park Says Work Was Legal*, *Newsday*, (Feb. 27, 2016), https://www.newsday.com/long-island/crime/coram-man-accused-of-dumping-at-park-says-work-was-legal-1.11515623; Sarah Armaghan and Sarah Crichton, *Islip Town knew about dumping at Roberto Clemente Park, records show*, *Newsday*, (May 11, 2014), https://www.newsday.com/long-island/towns/islip-town-knew-about-dumping-at-roberto-clemente-park-records-show-1.7990115; Sarah Armaghan and Sarah Crichton, *DA probes allegations of illegal dumping at Brentwood park*, *Newsday* (April 23, 2014), https://www.newsday.com/long-island/towns/da-probes-allegations-of-illegal-dumping-at-brentwood-park-1.7795425.

not address safety concerns promptly, resulting in potential injuries to residents, and that the Town did not appropriately communicate with the community regarding the dumping and its remediation.[56] The real and substantial environmental health risk coupled with the Town's involvement and its inadequate response caused Latino residents significant concern and reinforced the feeling that they not only lack representation in Town government, but that Town government has no regard for them.

### 3. Conclusion

89. The Latino community in Islip has been disproportionately subjected to significant environmental hazards, in part due to the actions of Town officials, which contribute to the community's sense of marginalization in Town governance.

## VII. <u>Overall Conclusion</u>

90. Based on my research and analysis, I conclude that members of the Latino community in Islip "bear the effects of discrimination in such areas as education, employment, and health, which hinder their ability to participate effectively in the political process."[57] Additionally, Latinos experience disparities in policing, public safety, and environmental hazards. In every one of these arenas I find evidence of social conditions of the sort enumerated in the 1982 report of the Senate Judiciary Committee that hinder the Latino community's ability to participate effectively in the political process.

---

[56] *See* Sarah Armaghan and Sarah Crichton, *Islip Town knew about dumping at Roberto Clemente Park, records show*, *Newsday*, (May 11, 2014), https://www.newsday.com/long-island/towns/islip-town-knew-about-dumping-at-roberto-clemente-park-records-show-1.7990115.

[57] *See* S. Rep. No. 97-417, at 29 (1982).

Date:   April 14, 2019

_John R. Logan_

**John R. Logan**

## Appendix A: Sources Relied on in this Report

**Data Sources**

New York State Department of Environmental Conservation, *Environmental Site Remediation Database Search,* https://www.dec.ny.gov/cfmx/extapps/derexternal/index.cfm?pageid=3

U.S. Department of Agriculture, *Food Access Research Atlas*, https://www.ers.usda.gov/data-products/food-access-research-atlas/go-to-the-atlas.aspx

Center for Disease Control, *CDC Wonder*, *Linked Birth/Infant Death Records for 2007-2016,* https://wonder.cdc.gov/lbd.html.

U.S. Bureau of the Census, *American Community Survey Public Microdata 2012-2016*, www.ipums.org.

New York State Education Department, *State Report Card 2016-2017 and 2017-2018.* https://data.nysed.gov/downloads.php.

Expert Report of Dr. Andrew A. Beveridge, Appendix 2, Voter Turnout Data

**Academic Citations**

Coleman, J.S., Campbell, E., Hobson, C.,  McPartland, J., Mood, A., Weinfield, F.D. & York, R., *Equality Of Educational Opportunity*, (Washington, DC: U.S. Government Printing Office 1966)

Robert Hauser, William H. Sewell. & Duane F. Alwin, *High School Effects On Achievement in Schooling and Achievement in American Society* 309-342 (London: Academic Press. 1976)

John E. Chubb. & Terry M. Moe. *Politics, Markets and America's Schools*, (The Brookings Institute. Washington, D.C. 1990)

Christopher Jencks & Susan E. Mayer.  *The Social Consequences of Growing Up in a Poor Neighborhood, in Inner-City Poverty in the United States.*, 111-186. Washington, D.C. (National Academy Press. 1990)

Russell W. Rumberger & J. Douglas Willms. *The Impact of Racial and Ethnic Segregation on the Achievement Gap in California High Schools*, 14 Educ. Evaluation & Pol'y Analysis 377, 377-396 (1992).

Sidney Verba, Kay L. Schlozman, Henry Brady, and Norman H. Nie, Race*, Ethnicity and Political Resources - Participation in The United-States*, 23 *British Journal Of Political Science* 453-497 (1993)

Marvin Dawkins & Jomills H. Braddock II, *The Continuing Significance of Desegregation: School Racial Composition and African American Inclusion in American Society*, 633 J. Negro Educ. 394, 394-405 (1994).

Carl Bankston & Stephen Caldas*, Influence of de facto Segregation on Academic Achievement*, 75 Soc. Forces 535, 535-555 (1996)

Adam Gamoran. *Effects of Schooling on Children and Families*, in Family-school links: how do they affect educational outcomes?, 107-114 (A. Booth and J. F. Dunn Eds. 1996)

Carl Bankston & Stephen Caldas, *The American School Dilemma: Race and Scholastic Performance*, 383 Soc. Q. 423, 423-429 (1997).

V. Lee & J. Smith. *High School Size: Which Works Best and For Whom?*, 193 Educ. Evaluation & Pol'y Analysis 205, 205-227 (1997).

Christopher Jencks & Meredith Phillips, Eds, *The Black-White Test Score Gap*, (The Brookings Institution. 1998)

Benjamin Highton, *Residential Mobility, Community Mobility, and Electoral Participation*, 22 Pol. Behav. 109, 109-120 (2000)

Maureen T. Hallinan, *Sociological Perspectives on Black-White Inequalities in American Schooling*, 74 Soc. Educ. 50, 50-70 (2001).

S. Karthick Ramakrishnan & Thomas J. Espenshade, *Immigrant Incorporation and Political Participation in the United States*, 35 Int'l Migration Rev. 870, 870-909 (2001)

D. J. Armor, *Desegregation and Academic Achievement*, in School Desegregation in the 21st Century (C.H. Rossell, D. Armor & H. Walberg, Eds., 2002)

John R. Logan, *Choosing Segregation: Racial Imbalance in American Public Schools, 1990-2000,* (March 29, 2002), http://www.s4.brown.edu/cen2000/SchoolPop/SPReport/SPDownload.pdf

Duncan Chaplin, *Estimating the Impact of Economic Integration*, in Divided We Fail: Coming Together through Public School Choice., 87-113 (Century Foundation Press. New York. 2002)

William D. Henderson. *Demography and Desegregation in the Cleveland Public Schools: Toward a Comprehensive Theory of Educational Failure and Success*, 26 NYU Review of Law and Social Change 264, 460-568 (2002)

Jack Citrin and Benjamin Highton, *How Race, Ethnicity, and Immigration Shape the California Electorate*, (Public Policy Institute of California, 2002)

Geoffrey Maruyama, *Disparities in Educational Opportunities and Outcomes: What Do We Know and What Can We Do?*, 593 J. Soc. Issues 653, 653-676 (2003).

Roslyn A. Mickelson, *When Are Racial Disparities in Education the Result of Racial Discrimination? A Social Science Perspective*, 1056 Teachers C. Rec. 1052, 1052-1086 (2003).

David Card & Jesse Rothstein, *Racial Segregation And The Black-White Test Score Gap. CEPS Working Paper No. 109.* (2005)

Gary Orfield & Chunglei Lee. *Why Segregation Matters: Poverty and Educational Inequality,* (2005)

Russell W. Rumberger & Gregory J. Palardy, *Does Segregation Still Matter? The Impact of Student Composition on Academic Achievement in High School*, 1079 Teachers C. Rec. 1999, 1999-2045 (2005)

Catherine Simpson Bueker, *From Immigrant to Naturalized Citizen*, (2006 LFB Scholarly Pub. LLC)

Salvatore Saporito & Deenesh Sohini, *Mapping Educational Inequality: Concentrations of Poverty Among Poor and Minority Students in Public Schools*, 853 Soc. Forces 1227, 1227-1253 (2007)

Leanna Stiefel, Amy E. Schwartz & Colin Chellman. *So Many Children Left Behind: Segregation and the Impact of Subgroup Reporting, in No Child Left Behind on the Racial Test Score Gap*, 21 Educ. Pol'y 527, 527-541 (2008).

Carmen Solis, Edwardo L. Portillos & Rod K. Brunson, *Latino Youths' Experiences with and Perceptions of Involuntary Police Encounters*, 623 Annals Am. Acad. Pol. & Soc. Sci. 39, 39-51 (2009)

Kyle Crowder & Liam Downey, *Interneighborhood Migration, Race, and Environmental Hazards: Modeling Microlevel Processes of Environmental Inequality*, 115 Am. J. Soc. 1110, 1110-1149 (2010)

John R. Logan, Elisabeta Minca & Sinem Adar, *The Geography of Inequality: Why Separate Means Unequal in American Public Schools*, 85 Soc. Educ. 287, 287-301 (2012)

Jeannine Bell, *Hate Thy Neighbor* (NYU Press. 2013)

Melody S. Goodman, Maria Gonzalez, Sandra Gil, Xuemei Si, Judith L. Pasoukos, Jewel D. Stafford, Elsa Ford & Dennis A. Pashoukos, *Brentwood Community Health Care Assessment*, 8 Progress Community Health Partnerships Res. Educ. Action 5, 5-6 (2015)

Jeffrey Fagan, Anthony Braga, Rod Brunson & April Pattavina, *Stops and Stares: Street Stops, Surveillance, and Race in the New Policing*, 43 Fordham Urb. L.J. 539, 539-614 (2016)

John R. Logan, Jennifer Darrah, and Nathalie Rita, *The Impacts of Voter Identification Laws on the Electoral Participation of Racial and Ethnic Groups and Immigrants*, Presented at Annual Meeting of the Society for the Study of Social Problems, Montreal, (2018)

Ihab Mikati, Adam F. Benson, Thomas J. Luben, Jason D. Sacksand & Jennifer Richmond-Bryant, *Disparities in Distribution of Particulate Matter Emission Sources by Race and Poverty Status*, 108 Am. J. Pub. Health 480, 480-485 (2018)

## **Public Reports**

MEASURE Evaluation. *Indicator Compendium for Reproductive Maternal Newborn Child and Adolescent Health*, https://www.measureevaluation.org/rbf/indicator-collections/health-outcome-impact-indicators/incidence-of-low-birth-weight-among-newborns

New York State Department of Environmental Conservation, *Environmental Remediation Databases Details (site 152002, Blydenburgh Landfill)*, https://www.dec.ny.gov/cfmx/extapps/derexternal/haz/details.cfm

New York State Department of Environmental Conservation*, State Superfund Sites: Inactive Hazardous Waste Disposal Site*, https://www.dec.ny.gov/chemical/8439.html

Office of Disease Prevention and Health Promotion. *HealthyPeople 2020*, https://www.healthypeople.gov/2020/topics-objectives/topic/social-determinants-health/interventions-resources/crime-and-violence

U.S. Department of Health and Human Services, Office of Minority Health, *Profile: Hispanic/Latino Americans*, https://minorityhealth.hhs.gov/omh/browse.aspx?lvl=3&lvlid=64)

U.S. Environmental Protection Agency. *Superfund Site: Islip Municipal Sanitary Landfill, Islip, NY*, https://cumulis.epa.gov/supercpad/SiteProfiles/index.cfm?fuseaction=second.Cleanup&id=0201714#bkground

U.S. Environmental Protection Agency, *Superfund Site: Mackenzie Chemical Works, Central Islip, Ny*. https://cumulis.epa.gov/supercpad/cursites/csitinfo.cfm?id=0202187.

Southern Poverty Law Center, *Climate of Fear: Latino Immigrants in Suffolk County*, *N.Y.* (2009), https://www.splcenter.org/sites/default/files/splc_suffolk_report.pdf.

U.S. Department of Justice, *Suffolk County Police Department Technical Assistance Letter*, (Sep. 13, 2011), https://www.justice.gov/sites/default/files/crt/legacy/2011/09/14/suffolkPD_TA_9-13-11.pdf.

U.S. Department of Justice, *Agreement Between The United States Department Of Justice And Suffolk County Police Department*, (Jan. 13, 2014), https://www.justice.gov/sites/default/files/crt/legacy/2014/01/23/suffolk_agreement_1-13-14.pdf

U.S. Department of Justice, *United States Agrees to Comprehensive Settlement with Suffolk County Police Department to Resolve Investigation of Discriminatory Policing Against Latinos*, (Dec. 3, 2013), https://www.justice.gov/opa/pr/united-states-agrees-comprehensive-settlement-suffolk-county-police-department-resolve.

Economic Opportunity Council of Suffolk, *Community Needs Assessment*, (Nov, 17, 2017), https://eoc-suffolk.com/wp-content/uploads/2018/06/needs-assessment-11-17-17.pdf.

U.S. Department of Justice, *Seventh Report Assessing Settlement Agreement Compliance By Suffolk County Police Department*, (Oct. 11, 2018), https://www.suffolkpd.org/Portals/59/scpd_pdfs/infoandpolicies/DOJCompliance10_11_2018.pdf.

## **Media Reports**

Sarah Crichton, *Old Islip Landfill Still Needs Checkups*, *Newsday*, (Jul. 25, 2011), https://www.newsday.com/long-island/suffolk/old-islip-landfill-still-needs-checkups-1.3050972

*Suffolk Police Sergeant Accused Of Stealing From Drivers During Traffic Stops Pleads Not Guilty*, *CBS New York*, (Mar. 24, 2014), https://newyork.cbslocal.com/2014/03/24/veteran-suffolk-police-sergeant-accused-of-stealing-from-drivers-during-traffic-stops-due-in-court/

Sarah Armaghan and Sarah Crichton, *DA probes allegations of illegal dumping at Brentwood park*, *Newsday,* (April 23, 2014)

Sarah Armaghan and Sarah Crichton, *Islip Town knew about dumping at Roberto Clemente Park, records show*, *Newsday*, (May 11, 2014), https://www.newsday.com/long-island/towns/islip-town-knew-about-dumping-at-roberto-clemente-park-records-show-1.7990115.

Sarah Armaghan and Sarah Crichton. *Town was warned: Dumping at Brentwood Park was reported to Islip by ranger, legislator, and residents*, *NewsDay,* (May 22, 2014)

Victor Manuel Ramos, *Brentwood Residents Near Roberto Clemente Park Fear For Their Futures*, *Newsday*, (Jun. 14, 2014), https://www.newsday.com/long-island/suffolk/brentwood-residents-near-roberto-clemente-park-fear-for-their-futures-1.8449327

Sarah Armaghan, Jennifer Barrios, and Keith Herbert*, 6 Men Indicted In Islip Dumping Investigation*, *Newsday*, (Dec. 8, 2014), https://www.newsday.com/long-island/towns/6-men-to-be-criminally-charged-in-islip-dumping-investigation-sources-say-1.9691819

Sarah Armaghan, *Coram Man Accused Of Dumping At Park Says Work Was Legal*, *Newsday*, (Feb. 27, 2016), https://www.newsday.com/long-island/crime/coram-man-accused-of-dumping-at-park-says-work-was-legal-1.11515623.

Andrew Smith, *Scott Greene Sentenced To 1 To 3 Years In Prison For Thefts From Motorists*, *Newsday*, (Mar. 4, 2016), https://www.newsday.com/long-island/crime/scott-greene-sentenced-to-1-to-3-years-in-prison-for-thefts-from-motorists-1.11537031

Víctor Manuel Ramos, *Suffolk sheriff reverses policy on holding immigrant inmates*, (Dec. 25, 2016), https://www.newsday.com/long-island/suffolk/suffolk-sheriff-reverses-policy-on-holding-immigrant-inmates-1.12799163

Sarah Armagahn, *Men, Company Sentenced In Suffolk Illegal Dumping Case*, *Newsday*, (Apr. 27, 2017), https://www.newsday.com/long-island/crime/men-company-sentenced-in-suffolk-illegal-dumping-cases-1.13530905

Robert E. Kessler and Nicole Fuller, *Feds: 9 Suspects In Custody In Quadruple Killings In Central Islip*, *Newsday*, (Jul. 19, 2017), https://www.newsday.com/long-island/crime/federal-prosecutors-announce-gang-indictments-in-central-islip-killings-1.13809665

Sandra Peddie, *Despite Progress after Hate Crime, SCPD and Hispanics Struggle with Trust*, *Newsday*, (Nov. 2, 2018), https://projects.newsday.com/long-island/ms13-lucero-suffolk-police/.