

✈ 📶             8:22 PM             40% 🔋

**< All Inboxes (9064)**       ∧   ∨

**ISLIP REPUBLICAN COMMITTEE**

Several groups, including Babylon Republicans, are petitioning to get a ward system referendum on the ballot this November. The initiative, if it passes, will implement a ward system in the Town of Babylon that would replace the four at-large seats on the Town Council with four Councilmanic Districts.

**I cannot overstate how crucial this effort is to bring principled Republican leadership into Babylon Town Hall. Creating town council districts throughout Babylon would put Republicans in a position to hold a majority on the town board for the first time in decades.**

In order to advance this initiative and to ensure it gets on November's ballot, Babylon Republicans need our help between now and September 9th. During the next 9 days, we will not be walking door-to-door, but will be joining with our fellow republicans to collect signatures at shopping centers.

Even if you can only give one night, morning, or afternoon of your time, this is a worthwhile effort. Please contact **Mark Gallo, Babylon GOP Executive Director, at (631) 505-7759**. He will be coordinating this effort at Babylon GOP HQ every day.

Thank you for your continued support.

Respectfully,

**Bill Garbarino**

Chairman William Garbarino
Islip Town Republican Committee



EXHIBIT 7   2-21-19

    

**Plaintiff's Exhibit PX-127**