OFFICIAL TOWN BOARD MINUTES


PROCEEDINGS AND VERBATIM DISCUSSIONS OF A

REGULARLY SCHEDULED ISLIP TOWN CHANGE OF ZONE

MEETING HELD ON THE 26TH DAY OF MARCH,

2015, AT TOWN HALL, 655 MAIN STREET, ISLIP, NY


P R E S E N T:


ANGIE M. CARPENTER Supervisor

ANTHONY S. SENFT, JR., Councilman

JOHN C. COCHRANE, JR., Councilman

STEVEN J. FLOTTERON, Councilman

OLGA H. MURRAY, Town Clerk

ROBERT CICALE, Town Attorney

NOT PRESENT:

TRISH BERGIN WEICHBRODT, Councilwoman

**Plaintiff's Exhibit**
**PX-239**

EXHIBIT 139
WIT: Carpenter
DATE: 4/4/19
D'Arcangelo    CSR 11872

ISLIP00029169

SUPERVISOR CARPENTER:  If everyone would stand for the Pledge of Allegiance to be led by Councilman Senft.

(Pledge of Allegiance recited.)

SUPERVISOR CARPENTER: Please be seated.  Thank you.

We have five applications scheduled for the Board's consideration this evening.  And our first scheduled hearing, Stuart Havel, has been adjourned.

So we will move to item two, Joe D. Enterprises.  And I would ask the Clerk to please read the hearing notice.

TOWN CLERK MURRAY:  Thank you.  Hearing number two, Joe D. Enterprises, LTD., TC Number 5194. Southeast corner of Lincoln Avenue and Church Street, Bohemia; 899 Lincoln Avenue.

Applicant seeks a minor

ISLIP00029170

subdivision to create two lots. Applicant seeks a change of zone for lot one from Industrial 1 District to Industrial 2 District.

Applicant seeks a change of zone for lot 2 from Industrial 1 District to Industrial Transition District. Site plan modifications will also be required as part of this application, and the environmental impacts will be assessed.

SUPERVISOR CARPENTER. Okay. The applicant's at the podium.

MR. GARBARINO. Good afternoon, Supervisor, members of the Board. Andrew Garbarino. Law offices of William Garbarino, 40 Main Street, Sayville, New York.

This application is for a small subdivision, and a change of zone. The current property is being used for a masonry and landscaping supply business, All

ISL!P00029171

County Block in Bohemia. And we're going to continue that business.

And on that parcel where it's being used we're going for -- it's currently being used for outdoor storage. We're going to legalize the zone with changing it from Industrial 1 to Industrial 2.

And closer to some of the residences, on the southeast part of the property, we're changing the zone from Industrial 1 to a more restrictive zone. It's called an Industrial Transitional Zone, which will allow solely for the storage, outdoor storage, of office and storage containers.

There are several covenants that have been set up, that are going to be going on the property to protect against any negative impact. There really won't be any negative impact because it's going to be the same use as is currently

ISLIP00029172

going on, and a less restrictive use on the southern part of the property

But we did have some people show up at the first hearing. To address those concerns, we put in a height restriction. Also a distance restriction from the residential properties.

In addition to that, we also are putting on the eastern part of the property, a large buffer. There's going to be a 55-foot buffer on several parts. And there's going to be a masonry block, a buffer zone also with trees, new trees, to be put on top to protect -- to do any screening for any large piles.

Like I said, there is a height restriction of 36 feet. And you know, it's pretty much continuing the use that's already there, but just legalizing it and

ISLIP00029173

making the areas around the residences more restrictive and less burdensome on the neighbors.

I'd be happy to take any questions.

SUPERVISOR CARPENTER:  Are there any questions of the applicant?

(There was no response.)

SUPERVISOR CARPENTER: Hearing none, I'd ask the Commissioner to come forward, Mr. Zapolski.

COMMISSIONER ZAPOLSKI: Thank you Supervisor Carpenter, and members of Town Board.  Rich Zapolski, Commissioner of Planning and Development, 655 Main Street, Islip, New York.

This site is located on the southeast corner of Church Street and Lincoln Avenue.  The site has been used for outdoor storage for many years.

ISLIP00029174

The applicant is requesting
to subdivide the property and
rezone the corner parcel to
Industrial 2 District for the
current use of masonry supplies and
storage.  The second parcel would
be rezoned to Industrial Transition
District, which would allow for
limited outdoor storage; in this
case, office trailers.

The current use does not
comply with the Industrial 1
zoning, but it's been in operation
for years.  Industrial 2 zoning is
needed for the outdoor storage of
masonry materials.

While this portion of
Lincoln Avenue is predominantly
Industrial 1 District, some parcels
further north have been rezoned to
Industrial 2.

The Industrial Transition
District, which was created as an
alternative to Industrial 2

ISLIP00029175

District for limited outdoor storage; in this case, the storage of trailers, this would be adjacent to the single-family dwellings on Placid Court, and would be an improvement over the current conditions.

Buffers along the eastern property line are proposed at 32 feet adjacent to the park, and 55 adjacent to the single-family dwellings.

The following would be required if this application is granted: Church Street would be improved with sidewalks, curbs, drainage, and landscaping. Outdoor storage on the Industrial 2 parcel would be moved further away from the residences improving the existing conditions.

A 55-foot buffer would be required adjacent to the storage of trailers. And this buffer would be

ISLIP00029176

required to be protected by a barrier or by a fence. Covenants that would require the control of dust would also need to be put in place.

A Planning Board public hearing was held on this application on December 4, 2014, and a decision was made on March 19, 2015. The Suffolk County Planning Commissioner has issued a local determination for this application.

A short environmental assessment form has been completed with no significant adverse environmental impacts anticipated.

The Planning Board recommends the Town Board grant this application subject to the attached covenants.

SUPERVISOR CARPENTER: Thank you, Rich.

Are there any questions for

ISLIP00029177

the Commissioner?

COUNCILMAN COCHRANE, JR.:
Supervisor?

SUPERVISOR CARPENTER: Sure.

COUNCILMAN COCHRANE, JR.:
Rich, the buffer you're talking
about now on the residences, is it
going to be a berm or required
fences?

COMMISSIONER ZAPOLSKI: It's
actually treed now. It's natural
growth.

COUNCILMAN COCHRANE, JR.:
Okay. So they're not touching
that?

COMMISSIONER ZAPOLSKI:
That's all going to stay there.
The trailers -- you know, the
office trailers are a quiet use.
They're going to be stacked two
high, 55 feet away from that
property line, and then 150 feet
away they'll be able to stack one
more.

ISLIP00029178

COUNCILMAN COCHRANE, JR.:

Okay.  So we're not i'conveniencing the residents.  Thank you.

SUPERVISOR CARPENTER:  Any other questions?

(There was no response.)

SUPERVISOR CARPENTER:  Thank you.

Is there anyone from the public who wishes to speak on this?

MR. FRITZEN: (Raises hand.)

SUPERVISOR CARPENTER:  Please, come forward.

MR. FRITZEN:  Good evening.  My name is Harly Fritzen.  I'm at 27 Placid Court.

SUPERVISOR CARPENTER:  Excuse me.  Normally we -- well, not for these hearings, but what we may be doing in the future is have you sign in so that we have a record with your name and the spelling of it.

So I would ask anyone who

ISLIP00029179

comes up to speak this evening if
you would just spell your last name
so that it can be recorded
accurately in the record.

    MR. FRITZEN: Certainly.

    SUPERVISOR CARPENTER: Thank
you.

    MR. FRITZEN: Harry, last
name, Fritzen, F-R-1-T-Z-E-N. I'm
at 27 Placid Court in Holbrook. My
house is the one house that
probably is the closest to the
property. When I moved in in 1998,
it was different than it is now.
The tree line that you're saying,
the natural tree line was very
deep.

    I met with the Town, and we
looked at some of the overheads
from back then, and they even cut
back the trees. This is my view of
the property now (indicating).
There is this one thin line of
trees there with a cement wall with

ISLIP00029180

some evergreens on top that I don't think in my lifetime will grow to protect -- you know, take it away.

And behind that is a big pile of -- I don't know what that is; rock or whatever. And this -- if this is going to remain this way, it's going to continue to blow dust and dirt into my property. There are times I can't even open my windows because of after.

So I'm hoping that what's going to be done here is going to take care of that environmental problem. You can go over to my patio furniture anytime after three days and put your finger across it and get dust and dirt. Sometimes I can't have my grandchildren play in the backyard because it's blowing, and it's kind of rocky dust.

So, if you'd like, I'll leave you these pictures to show you exactly what it looks like, my

ISLIP00029181

view of the backyard. I call it
the three S's   I call it the sound
of the noise, which doesn't bother
me.  The smell sometimes when they
do mulch

 The site, you know, nobody
wants to look at a pile like this
when they're looking out their
kitchen window   But mostly the
sand and the dirt that's been
blowing across.

 And I ask that you really
take that into consideration.  We
looked at it.  We talked about it.
It seems like they're going in the
right direction, but what I heard
here is oh, there's a tree line
there.  There's no tree line there
It's been taken down.

 COUNCILMAN COCHRANE, JR.·
Can you submit those for the record
for us?

 MR. FRITZEN   You may have
these (handing).

ISLIP00029182

COUNCILMAN COCHRANE, JR.:
Thank you.

MR. FRITZEN: And like I said, they've been good neighbors. We've had a neighborly -- you know, very good neighbors. There's never been a problem. But when they started cutting back the trees, now it's, like, wide open to it. Thank you for your time.

COUNCILMAN SENFT, JR.:
Thank you.

SUPERVISOR CARPENTER: Is there anyone else who wishes to speak?

MR. KENAHAN: Hi. My name is Dennis Kenahan, K-E-N-A-H-A-N. I live at 2 Gettysburg Drive. I'm right across the street from this company. And everything they're saying I agree with. I think it will be an improvement if they do what they're talking about.

Limiting the size of the

ISLIP00029183

height of dirt piles to 36 feet would be great because right now it's at least double that; you know. And I have a couple of pictures, myself.

But it's right next to the park. There's a park right there that's on the I guess the north -- the east side it's on. But anyway the dust is a problem for myself and the neighbors. And if they lower the piles, if they can cover it, or you know, whatever that would be great.

And I was just talking to them and they were saying they were going to move it away from the walls, from the edge of the property, which would be an improvement.

So if they do what's being said here, I don't have an issue. As long as they try to do something with these piles of dirt. That's

ISLIP00029184

my big issue.  The trucks and all
that, that's not an issue.  It's
just the dirt.

And I know neighbors of
mine, they couldn't be here, but
that's their issue, too.  It's the
piles.  Thank you (harding)

SUPERVISOR CARPENTER:  Thank
you

Is there anyone else?

(There was no response )

SUPERVISOR CARPENTER:  All
right.  Did you want to address the
concerns that were just raised?

MR. CICALE:  I think there's
one more.

SUPERVISOR CARPENTER:  Oh,
I'm so sorry.  I think the signing
in with the cards is going to be a
lot more efficient.  Next time.

MR. MATEO.  Hello.  My name
is Amin Mateo; A-M-I-N, M-A-T-E-O.
I'm here to talk about the scrap
metal facility in Brentwood.

ISLIP00029185

SUPERVISOR CARPENTER· I'm sorry, we're just speaking on this one particular --

MR. MATEO: Just one?

SUPERVISOR CARPENTER  No. When that one comes up for a hearing, then you'll be able to come speak about it.

MR. MATEO  Okay.

SUPERVISOR CARPENTER  Thank you.

MR. GARBARINO· In response to the first gentleman's concerns, where his house backs up is actually going to be part of the new transitional zone.  So any dirt pile back there is going to be removed.

Any piles -- there's going to be storage trailers behind.  So there's going to be less noise, no dirt problems, you know, blowing into the backyard.

There's also going to be an

ISLIP00029186

addition to -- like I said, where we have the natural buffer there is going to be -- I believe you have this (indicating), a masonry wall with trees, and then another masonry wall put behind it that we've worked on with the Town to make sure that it will screen those neighbors from what is going on back there, the storage of trailers.

Again, also the height limitation on any outdoor storage is going to be 36 feet, which should also help with the blowing of dust.

On the second man's comments, he lives to the north of the property.  There's a -- part of one of the covenants, we have to move any outdoor storage pile to 300 feet from any residence.

In addition to that, like I said, any pile on the north side is

ISLIP00029187

also going to be 36 feet high.  And there's also a covenant that says that if this does not take care of any dust or litter problem, the Planning Board can come back and change -- you know, change these covenants and make something more restrictive to help out with that.

So if these mitigation measures do not work -- we do believe they will -- then we can revisit that and make them even do something else.

SUPERVISOR CARPENTER:  It does say in the deed covenants -- it directly addresses this issue of the litter, and the dust, and everything.  So there should be a little bit of a comfort level.

And as the applicant was just saying, if there are substantiated complaints from the neighbors, then the Planning Department will convene another

ISLIP00029188

public hearing, and they could put
more restrictions on

  Are there any other
questions for the applicant?

   (There was no response )

   COUNCILMAN COCHRANE.  I make
a motion to close the hearing and
approve the zone change.

   SUPERVISOR CARPENTER
Motion by Councilman Cochrane.  A
second?

   COUNCILMAN SENFT, JR.:
Second.

   SUPERVISOR CARPENTER
Seconded by Councilman Senft.  All
those in favor?

   ALL:  Aye

   SUPERVISOR CARPENTER
Opposed?

   (There was no response.)

   SUPERVISOR CARPENTER·  It is
approved.

   MR. GARBARINO:  Thank you
very much.

ISLIP00029189

*SUPERVISOR CARPENTER:*  Next we go to item number three, McGuire Group Architects.  Madam Clerk, can *you please read the hearing notice.*

TOWN CLERK MURRAY:  McGuire Group Architects, TC number 5195. Southwest corner of Montauk Highway, SR 27A, and Beach Drive, West Islip.

Applicant seeks Town Board approval to construct a three-story generator plant in excess of 35 feet in height; specifically, 55 feet seven and a half inches, pursuant to Town Code Section 68-185(B).  The environmental impacts will also be assessed.

*SUPERVISOR CARPENTER:* Begin.

MR. GLASS:  Good evening. My name is Gerard Glass, 72 East Main Street in Babylon.  I am the attorney for Good Samaritan Hospital on this application.

ISLIP00029190

We have several experts we'd like to present to you this evening to testify about the architecture, the sound-related issues, and also the engineering-related issues.

But I'd probably be better off starting with some background about the hospital. I know you all are very familiar with it. But just very briefly, the hospital opened in 1959.

It's part of the Catholic Health Services system. This is a not-for-profit. It's run by the Diocese of Rockville Centre. It has 437 beds. It serves from pretty much Amityville to Islip.

About 27,000 admissions annually. They had recently about 2,800 births. And some of their more recent additions as they've improved their services over the years include the accredited breast health care center that they've

ISLIP00029191

added.

They're in partnership with St. Francis with the heart center. And St. Francis, as you all know, is one of the leading heart hospitals in the nation.

They have a comprehensive neonatal unit, a pediatric intensive care unit, a pediatric emergency department that they've added. And they've recently added da Vinci robotic-assisted surgery device, and that's quite a cutting edge development for a local hospital.

Good Sam is also a very important partner in our community. They have Good Sam U. In fact, I was reading one of the papers today and I saw an advertisement. You see that regularly where they have educational series where they reach out to the community and try to bring people up to date on various

ISLIP00029192

health care issues through this series of seminars.

They have prescreenings, health fairs, and an extensive amount of charitable involvement. Last year approximately 40 million dollars in free health care was donated as part of this charitable effort.

They're also a very important economic engine here in the Town of Islip. They have 3,500 employees. That's 3,500 jobs. I'll hand up as an exhibit for your information their last annual report, which goes through a lot of these different issues I just discussed (handing).

So with that background in mind, I'd like to just briefly describe the project. And in a nutshell, the plan is to reconfigure and replace its outdated emergency backup diesel

ISLIP00029193

generator system.

These are generators that are used virtually exclusively in an emergency other than brief testing that they have to do weekly to comply with the law.  This is emergency power that's intended to keep the hospital running if there's a power outage as we saw with the recent Sandy superstorm.

The hospital does, as you know, back up to the Great South Bay, and is extremely vulnerable in storms.  The current generator system is ground level, and it needs to be elevated because the generators obviously don't work when they're underwater.

So Sandy and Irene were real eye openers for the hospital, and I think for the health care system generally, particular along the South Shore.  There's been a lot of press about it in the last week or

ISLIP00029194

two in the paper.

The message Good Sam would like to send to you is if Good Sam is vulnerable, the community is vulnerable.  Because history has taught us that hospitals are needed more than ever after an emergency like a natural disaster like Sandy.

In terms of the specifics of this application, the existing backup generator system is right now comprised of seven generators that are scattered about the campus.  And this proposal will eliminate these seven generators and replace them with three generators in a technologically current fashion.

These generators would be housed in a new building on the east side of the campus.  And just for purposes of getting your bearings, that would be right across from the St. John's field.

ISLIP00029195

The generators, of course, would be elevated.

There's an old house if you -- you know, if you go down that block that I'm sure most of you know. That would be demolished. And the new building would fit in right in that area.

There are also two other equipment buildings that would be put on the campus, but their use is relatively benign. It's simply going to be second-story additions solely to house equipment. So nothing much going on there in terms of any concerns.

None of these additions involve refuse. None of them involve traffic, parking problems, new employees, or additional hospital beds. This is solely to buttress the existing emergency systems at the hospital.

And the reason we're here is

ISLIP00029196

because the Town Board approval is required because the structures that house the generators are over 35 feet in height.

Your Town code has, you know, an interesting provision that says that if, for this location, you want to go beyond the 35 feet -- and in this case the reason we need to -- it's not because of the generators but because of the filtration and the noise dampening equipment that's going to be housed above the 35-foot level -- we need approval -- it's not even a variance, but we need your approval.

If not for the addition of this filtration and noise dampening equipment, this would be an as-of-right application, that we could get a building permit without seeking any special approvals from any Board.

ISLIP00029197

This equipment doesn't exist, this new technologically efficient equipment, that will help the hospital be a better neighbor on the current generator system to any degree. The project needs no variances. In fact, all of the code dimensional requirements are otherwise met.

The existing old house that is to be demolished is much closer to the street than the building that is proposed. This location was chosen for the generators because it was the furthest away from the residences.

The neighbors to the west, their circumstances we believe will greatly improve. Because any generators that are anywhere near them are being moved to the other side of the campus, to the east side.

The east side neighbors, we

ISLIP00029198

believe, are going to fare a lot

better, too.  Because in terms of

these generators, they make less

noise for being where they're

located.  And with this noise

dampening equipment, they're going

to have much lower emissions

because of the current technology

So we at the hospital think

that hands down this is a good

project.  It lessens the impacts on

the neighbors.  I know we have

various letters in support from a

number of elected officials,

Senator Boyle, Legislator Bairaga,

the County Executive.

St  John's directly across

the street from it is also in

support.  And I'm going to hand

them up at this time (handing)

We're going to have a number

of experts come up and testify

about the plan in just a minute.

But I wanted to let you know that

ISLIP00029199

one other added benefit of this is
that the expense of this project --
and it is not an expense -- is one
that's going to be paid for
hopefully with a FEMA grant.

Senator Schumer a number of
months ago had announced these
monies were available, and this
hospital along with a number of
others have jumped on board.  The
good news is it's not going to
impact our local heath care costs,
and is going to, at least locally
here on the South Shore and in the
Town of Islip, get us our fair
share of these FEMA monies.

We have three experts.  The
first is Richard Bie.  Richard Bie
really runs the facilities end of
this hospital.  He's a licensed
engineer.  And he knows the
hospital like the back of his hand.
I would ask him to come up as our
first witness and make a brief

ISLIP00029200

presentation.

In the interim, I'm going to hand up a copy for each of the Board members of the exhibits that are going to be facing the audience so you can see, and they can point page by page to better describe the plan as their presentations are given (handing). Mr. Bie.

MR. BIE:  Good evening, Supervisor Carpenter, members of the Board.  My name is Richard Bie. I reside at 109 Atlantic Place, Hauppauge, New York.  And I am a Town of Islip resident.  My last name is spelled B-I-E.

I am the assistant vice president of facilities management of Good Samaritan Hospital for the last five years.  Prior to that I was a director of engineering at South Nassau Community Hospital for over ten years.

My career in engineering

ISLIP00029201

spans over 25 years with 15 of it in health care.  I have a bachelor's in engineering degree, and a master's in operations management.  And I am a New York State licensed professional engineer

Good Samaritan Hospital has served the community since 1959. Recent weather events has led us to the conclusion that we need to fortify our electric infrastructure, to make necessary changes to see the hospital continue to provide world class heath care to our surrounding communities.

If you recall, Hurricane Irene was predicted to be a Class 3 hurricane with a nine to 14-foot storm surge.  Just to put that into perspective, 14 feet puts waters right at Montauk Highway.

Based on those predictions

ISLIP00029202

and risk to our patients, as well as the damage which would occur to the infrastructure, we elected to evacuate the hospital. This was the first time this had ever been done in the history of Good Samaritan Hospital.

Fortunately, we did not experience the predicted hurricane class and storm surge  And we were able to go back into business the very next day.

Fast forward to Superstorm Sandy, which was not predicted to be as severe a storm, but as we all know, the damage from flooding was significant to the South Shore of Long Island

These two events were a wake-up call for us as to the vulnerability of our hospital.  As a result, we decided to examine those vulnerabilities and make the necessary changes to weather the

ISLIP00029203

next storm.

Our approach was to eliminate several critical vulnerabilities. And if we were to experience a significant weather event where we had to evacuate the hospital again, we would be able to go back into business the very next day after the floodwaters receded.

As a hospital, we are required to be able to provide emergency backup power within ten seconds upon loss of power. That means when surgeons have patients on the table -- we have ventilator patients. Those people depend upon those generators to operate and restore power within ten seconds.

Currently, this is accomplished with seven emergency generators. During Sandy we experienced loss of power, and we operated for over 30 hours on the seven emergency generators, but we

ISLIP00029204

knew we were vulnerable.

Six of those seven generators are at ground level with a significant portion of the infrastructure which is also connected to them. There is no redundancy between the seven generators. So if we experience a generator failing, we would have to move patients to other portions of the building.

As a result, we decided to embark upon a project to eliminate these vulnerabilities and improve our position. As you can see from illustration SKA-1 -- can you put that up, please. I think that should be in your packet.

SUPERVISOR CARPENTER: Yes, we have it.

MR. BIE: Okay. We have seven decentralized generators, G1 through G7 as shown on the drawing. We are proposing to centralize

ISLIP00029205

those emergency generators into a new three-story building, which is adjacent to our existing power plant and high voltage distribution.

The emergency generators will be located on the second story of the building with the necessary support equipment located on the third story of the building. In addition, we are proposing to add two smaller second-story additions to elevate additional electrical infrastructure in two other areas of the campus.

This approach would centralize, elevate, and provide the necessary redundancy to eliminate vulnerabilities and enable us to provide the necessary support to our communities, particularly in a time of need.

Understanding that we have neighbors in close proximity to the

ISLIP00029206

hospital campus, we chose this location for the central generator plant to minimize the impact to the surrounding community.

Due to the fact that the west side of Good Samaritan Hospital campus is the most densely populated residential area, we decided to stay away from this area along this portion of the campus.

This project will also eliminate the south G7 generator, and the effect which it has on the residents of that location. Understanding there are also residents on the east side of the campus south of the existing emergency room, we chose to stay north of this area.

This project will also eliminate emergency room generator and MRI generator, which is G1 and G3 on the drawing, and the effect it has on the residents. The

ISLIP00029207

proposed location of the new
emergency generator building is
further north away from the Captree
Commons residential area, along
Beach Drive, directly across from
St. John the Baptist High School
fields.

I'll just draw your
attention to the next illustration
we have, which is SKA-10.  This is
a photo illustration of what will
be happening.  Pay no attention to
the lines.  That's for the next
gentleman who will be presenting.

So as you can see, the blue
area is where our central generator
plant will be located directly from
the ball fields.  Emergency
generators G4 and G5 are closer to
St. John the Baptist High School
buildings.

The proposed location of the
new building centralizes these
generators to the south of the

ISLIP00029208

existing generator locations G4 and G5. The emergency generators will be located on the second story of the building

In addition, we chose to improve our environmental footprint making this as green as possible We currently maintain and operate seven emergency generators on the campus. Most of these diesel generators are old or inefficient models, which have a certain emission output as well as noise characteristics.

We are proposing to replace seven older inefficient generators with three state-of-the-art generators, one of which will be used as a redundant source. So in actuality, we will be replacing seven generators with two generators.

Similar to upgrading a 20 to 30-year-old car, the new generators

ISLIP00029209

have superior emission characteristics. As part of the green approach, we decided to take it one step further and add active diesel particulate filters to further reduce emissions.

And the predicted results are significantly better. As you can see from the other item in your package, the emission study that we have conducted after we added the emission particulate filters, the emissions are significantly reduced, almost dam close to zero.

So, as you can see from the emission charts in your attachment, there is a significant reduction.

I'd like to reiterate that Good Samaritan Hospital is able as-of-right to construct the generator building in the proposed location, which does not exceed the 35-foot threshold.

In consideration to our

ISLIP00029210

neighbors, we believe it was important to minimize the noise and emissions from this generator plant. And that is why the third story of the building is needed.

The third story contains emissions equipment and noise mitigation. Architect John McGuire will provide an illustration during his presentation, which will illustrate a cut-away view of the building and the position of all of this equipment, which requires a third story.

We received support from both the state and federal level for this project as they believe this project is exactly what the community needs.

We've been fortunate not to experience a combination of a Category 3 hurricane or greater with a significant storm surge. I firmly believe that it is not if we

ISLIP00029211

will receive or experience such a storm but when.

My position as assistant vice president of facilities and a New York State professional engineer is to ensure the safety and well being of anyone who utilizes our hospital. And I believe this project will do just that.

Good Samaritan exists to serve the communities of the South Shore of Long Island. We believe this project positions us to fortify our most critical infrastructure and be able to continue our service to the communities of Long Island.

Next I will turn over this portion of the presentation to our acoustical engineer Anthony Bontomase, who will explain the noise characteristics of the proposed generator plant as it

ISLIP00029212

relates to the project

    In conclusion, I would like to thank the Board for allowing us to present this project. Thank you.

    SUPERVISOR CARPENTER:  Than you.

    MR. BONTOMASE   Good evening.  My name is Anthony Bontomase.  I work for Shen, Milsom & Wilke in New York City located at 417 Fifth Avenue, New York City last name Bontomase, B-O-N-T-O-M-A-S-E.

    I was -- I work in a particular division of the company that specializes in acoustics and noise control.  I've been doing acoustic consulting for 15 years, ever since receiving a master's degree in acoustics from Penn State University.

    And I've worked on dozens of generator projects just like this

ISLIP00029213

throughout the sort of tri-state area, including Pennsylvania as well.

We were brought on by Good Samaritan to do a couple of things. The first task was to visit the site, survey existing conditions to understand noise levels, ambient conditions, as well as the generators that are existing now and what their noise levels are.

The second step is to perform an independent review of the mechanical engineer's documentation and their approach to the noise control, and help them fine tune that design to make sure that we can control the noise levels to meet the current code requirements.

So, back in I think it was the second -- mid-December a couple of my staff visited the site to conduct some of these measurements

ISLIP00029214

around the campus of individual generators while operating. Measurements were taken in various locations just to document those existing conditions.

We used all, you know, type one precision measurements and performed those measurements according to all the relevant standards today.

It was noted during that testing, as Counsel Glass mentioned, that most of those generators exist today with very minimal or no effective noise controls at all.

So, after conducting those measurements and visiting the site, we took a look at the mechanical engineer's drawings. And I think maybe the easiest thing is to bring up -- you have it up there I guess -- SCA-9, which shows a cut-away of the building.

ISLIP00029215

So I'll kind of walk you through it a little bit. I'm not the mechanical engineer so I didn't lay out the building quite like this, but I'll at least describe to you as I understand it from a noise control perspective.

As he said, the generators are located on sort of the second level to stay out of the flood zone. And the generator is much like a car engine. It needs air for cooling. It needs air for combustion. And then it needs to discharge this air. It also has a combustion exhaust, essentially a tailpipe just like you would have on your car.

So, those are sort of the primary noise sources that are associated with it. So what we have to do is look at how that air path essentially is being addressed.

ISLIP00029216

If you look on the lower
left side, there is a -- you know,
I colored in some areas in blue
with a yellow highlighter to show
these large banks of sound
attenuators that are placed facing
Beach Drive.

And that is where the air is
drawn into the building.  And the
sound is attenuated in essentially
the opposite direction because the
engine makes noises in the room.

Inside the room, the wall
would be some additional acoustic
treatments that will absorb sound
in there so that there's less sound
to propagate outside the building.
The building, itself, is going to
be largely a masonry construction.
So it's a heavy concrete element
that also helps reduce noise
transmission through it.

So as you follow the air
again from the lower left side, the

ISLIP00029217

air, you know, comes in through
that large attenuator bank, and
comes across the generator, and
then discharges vertically into an
areaway.

So, in that areaway they
have put a vertical arrangement,
sound attenuator, much like on the
intake side.  And also to the
benefit there, the areaway, itself,
provides its own sort of natural
sound attenuation by the fact that
we're turning the air a couple of
times before it actually exits the
building.  It has to turn vertical,
and then horizontal again to get
through the louvers.

In the upper story of the
building you can see the filter
room.  There's a transformer room
on the right, but there's a room
that's described as the filter
room.  That environmental purpose
is, you know, to remove

ISLIP00029218

particulates from the actual exhaust gas.

It provides sound attenuation beyond what the muffler provides, which is also located in the areaway. So it's kind of like having a dual muffler on the generator, itself, which is very advantageous in terms of acoustics and noise control.

That areaway protrudes above the roof to accommodate the louvers so that they can get the air out of the building. And the way that's arranged with the load bank that's also on the roof, it provides a natural noise barrier type buffer for properties to the west, which again is highlighted in that yellow area with the blue cloud on it.

So, our role essentially is to look at all these noise paths and evaluate the acoustic performance of all these different

ISLIP00029219

elements to make sure that in the end we have noise level outside the building when you add up all these different noise sources, that will meet the Town's noise code. And that's effectively what we've done.

And do you want to bring up -- you have the second sketch up there -- SKA-10. We marked up a site plan just to kind of show not only what the code requirements are, which is 65 dBA during the daytime at residential properties, and 50 dBA during the nighttime

And with these noise controls in place, noise levels from the generator will be in compliance with the most restrictive portion of that code, the 50 dBA nighttime.

So whether they're doing their typical daytime exercising of the generators that they must do by law on a weekly basis, they would

ISLIP00029220

only have to meet 65 dBA for that time.

And a lot of codes actually typically take that approach, that if you agree to test the generator only during the daytime, that you only have to meet the daytime regulation, and they forego the more restrictive nighttime.

We have gone the extra length here and we're meeting the nighttime code, which is actually going to be close to what the ambient conditions are in the area. So when you're actually at the residences, you largely will have difficulty even sensing that the generators are operating because the ambient sound levels are comparable.

So in the summary, too, you know, just to reiterate, these are -- you know, we're meeting the code with these generators.

ISLIP00029221

We're removing seven other generators that have their own noise signatures and different proximities to residences. And some of those are going to be those that are considerably louder than what we actually have proposed in the plans today.

So there will be a large benefit to essentially everybody, even people that are in close proximity on the west side, and as well as those on the east side.

I think that covers all of my basic points.

SUPERVISOR CARPENTER:  Thank you.

MR. GLASS:  Mr. Bontomase was brought in as a sound expert. And this is just as a footnote. The project engineer, WSP, had done all this work.  He really was brought in as a second opinion as someone that has a very high level

ISLIP00029222

of expertise and has done these exact kind of projects from a sound attenuation standpoint.

And I wanted to make it clear that it's the second engineer that we believe has come up with the same conclusion in that we will easily meet the code requirements regarding the noise that comes from these generators.

John McGuire is our project architect. And he's basically prepared the building design. He's worked with the Town architect. And I would ask him to come up and present briefly to the Board.

MR. McGUIRE: Hi, John McGuire, M-C-G-U-I-R-E. Our office 538 Broad Hollow Road in Melville. When we were looking where to place this, we suspected there might be some concerns.

So in addition to making sure it's close to the electric,

ISLIP00029223

which is its purpose, making sure it's as far away from all the residential areas as we could, we also wanted to keep the character of the hospital.

And if you look at the board on the left, A-5, it shows photographs of the area we're going to put it in. Right now there's -- it's a service area. There's a loading dock. There's a trash compactor. There's the boiler plant. There's the incinerator chimney.

So, we felt that we wouldn't be changing the character of the facility or the campus of the neighborhood by locating this kind of utilitarian building in this area.

The board on the right, that's drawing A-6, shows some recent very attractive additions on the hospital's campus. And we felt

ISLIP00029224

that we would take cues from that.

Those additions have large two-story glass atriums, colorful metal panels, and horizontal brows and banding.  So we tried to bring those cues in when we did our design.

We've prepared two perspectives, A-3(A) and A-3(B) And it kind of shows our intent for making this building as attractive as possible noting that there's going to be a lot of louver space It's kind of utilitarian.  We don't have a lot of opportunity for windows, and glass, and the things that people find attractive on buildings.

But our approach was to try and break the mass down as much as possible by a lot of horizontal bandings, bring in a lot of colors on the metal panels, pushing the first floor back making it

ISLIP00029225

collimate.

And using the -- the starting point was the brick to match the main hospital color.  So it's going to be -- we hope it's going to blend pretty seamlessly into the rest of the campus.

We met with the Town's architect, Joan Mason.  She agreed with our approach.  Her one suggestion was to add as much planting along Beach Drive as possible, and we're doing that with our civil engineer now.

The last board I'd like to talk about is a building section. And I think it shows kind of the project summary right there (indicating).  It's a building section and it also shows all the constraints we're working with.

I think the most important constraints are the horizontal blue lines.  That's drawing A-8.  The

ISLIP00029226

horizontal blue lines show the different levels of floodwaters we can expect from different categories of hurricanes.

Our test was to protect the hospital from a Category 3, and you can see that's the high line. It's about nine or ten feet above the first floor level, which means the generators are going on the second floor.

The height of the second floor is dictated by the equipment requirements. We need a certain height above it for servicing, for clearances, to make the exhaust work. So that's how we got to the height of the second floor.

And if you notice that horizontal green line above the roof of the second floor, that's the 35 limit height. So we're going above that with the filters and the additional sound

ISLIP00029227

requirements, and that's what we're asking permission for.

We're also behind the 30-foot setback and that red dash -- diagonal line is the sky plane. That's what the Town code asks for, the one-to-one setback. So we comply with everything in the code We're just asking permission for the third floor about the 35 feet. Thanks.

MR. GLASS   I'd like to just close briefly by letting you know that we're really not here to yell fire in a crowded movie theater.

And if you look just at the headlines in Newsday at what the experience in Long Beach was -- this was Wednesday, March 18th, great article -- it really gives you some background on, you know, what the risks are. And this is where they -- you know, the headline for those of you that

ISLIP00029228

can't read it is, "Replace the Ruined Hospital "

This is a serious issue This is not about, you know, not having some plantings in. We've vetted this out. This is a well-thought out proposal. I can't say that the existing generator system was well thought out, but I can tell you this is

You know, the existing generator system was part of the growth of this hospital that came in bit by bit  Now that it's going to be removed, I think they've taken a very intelligent and well-thought out approach to try to do it where it has the least impact on the neighbors, and the most effective impact for the hospital

We did reach out to the civics in the area before even going to the Planning Board.  We met with them, and We told them

ISLIP00029229

what was going on.  We met with those that we knew opposed it.

We vetted the project out with Planning and your architect We've evaluated alternate locations.  There's no place else that this can go without a ridiculous expense that would make the project not viable.

We fine tuned the engineering.  We brought a second sound expert in.  We've gone back and listened to the complaints that residents have made regarding noncompliance with site plan issues.  And we are happy to sit down with the Town to discuss any of those.

We're not sure they exist to any significant degree.  However, if there are any plantings that should have been put in, in connection with the prior application, happy to do it.

ISLIP00029230

At the end of the day, we've got to comply with code. So you know, if these experts are wrong, and I don't think they are because they're telling us that we're not only going to be able to comply with the more liberal code, but even the more conservative aspects of your code.

You've got to remember, these generators are run for one hour a week to test them. So each one, one hour a week absent an emergency. And then they're going to run, of course, you know, continuously until the electric's back on.

We think the project is a good one. We think it deserves your support. And we're happy to answer any questions you might have. Thank you for your time.

SUPERVISOR CARPENTER· Thank you, Mr. Glass.

ISLIP00029231

Does anyone on the Board have any questions of the applicant or any of the experts?

COUNCILMAN FLOTTERON:  Yes.

SUPERVISOR CARPENTER: Councilman Flotteron.

COUNCILMAN FLOTTERON:  My question is to the gentleman that had to do with the noise research. On your diagram A-10, you have a whole design there explaining how the -- as it gets closer to the homes it muffles down.  It's under the required noise level.

The existing ones, which are near those same homes on Beach Street, which the existing ones are much closer to the homes like G1 one G3 -- I was wondering what is the noise individually from those? And how does it compare to this new?  G1, yes it is closer, but is it as loud or louder than, let's say, the combined one?

ISLIP00029232

MR. BONTOMASE The existing generators, G1 and C3 in particular, are louder than the combination of these other three that are being proposed.

COUNCILMAN FLOTTERON Okay.

MR. BONTOMASE Significantly. I mean, those are 50. We're talking in the 60's

COUNCILMAN FLOTTERON· So _n the long run, one, on the west side, this is going to be a much, much better living situation for the people who live along the west side.

And the people that live on the east side, which have two generators near their home, this is further away. It might be larger, but it's going to be much quieter than individually -- if both of those things were going, it would probably be much louder. That's what you claim?

ISLIP00029233

MR. BONTOMASE:  Correct.

COUNCILMAN FLOTTERON:  Thank you.

SUPERVISOR CARPENTER:  Any other questions?

TOWN CLERK MURRAY:  Madam Supervisor, I have a question for counsel about the exhibits.

SUPERVISOR CARPENTER: Certainly.

TOWN CLERK MURRAY:  Counsel, for completion of the record, I see that there is no A-4 or A-7.

MR. GLASS:  I will check with my --

AUDIENCE MEMBER:  That is correct.

TOWN CLERK MURRAY:  That is correct?

AUDIENCE MEMBER:  That is correct.

TOWN CLERK MURRAY:  Okay. Thank you.

COUNCILMAN COCHRANE:  I have

ISLIP00029234

a question.

SUPERVISOR CARPENTER: Certainly.

COUNCILMAN COCHRANE, JR.: I have a question. In reference to the power plant, is this a diesel engine? And what size megawatts are you going to be putting out with this engine?

MR. BIE: Yes, they are diesel as required by code. Because we do need an on-site fuel source to supply these generators.

COUNCILMAN COCHRANE, JR.: Where is that going to be?

MR. BIE: I beg your pardon?

COUNCILMAN COCHRANE, JR.: Where are the fuel tanks going to be? I don't see them on there.

MR. BIE: The fuel tanks will be set underground in front of -- in close proximity to the generator building, itself, and the adjacent garage.

ISLIP00029235

The generators, themselves, will be 1.5 megawatts, or 1,500 kW each.

COUNCILMAN COCHRANE:  How many diesel engines are going to be in that space?

MR. BIE:  There will be three, two of which we need to operate the hospital on.  One will be a redundant source.  It will be there -- it's what we call end plus one technology.

So if we're running the entire hospital on two generators, and we see there's a problem with one of the generators, we could actually shut it down, or it would automatically shut down, and the other one will automatically come on.  And we will seamlessly keep supplying power to the hospital.

COUNCILMAN COCHRANE:  I'm very familiar with this process being on the ships.  Because we

ISLIP00029236

usually operate with four of them
because two are going to fail at
all times.

What are your testing
procedures for these engines?
These are going to be tested
weekly; aren't they?

MR. BIE:  Yes, sir.  They
are.

COUNCILMAN COCHRANE, JR.:
And what time are you going to do
that, in the middle of the day?

MR. BIE:  We usually test
them Friday mornings after 7:00
a.m.

COUNCILMAN COCHRANE:  When
are you testing the diesels now?
Is there a current maintenance
schedule for these engines going
up, or is it -- you just don't have
it on these older generators?

MR. BIE:  Oh, no, we're
required to test them once a week.
Just a weekly exercising.  And then

ISLIP00029237

once a month we test them under
load where we actually flip power.

COUNCILMAN COCHRANE, JR.:
You give it power?

MR. BIE: Yes.

COUNCILMAN COCHRANE, JR.:
So by having now three diesel
engines you're going to be lining
off Friday morning, we're getting
rid of seven other weekly engines
starting up. And the air intake is
going to be screened and filtered.
So that Beach Drive is going to be
taking all the air into these three
engines; right?

MR. BIE: That is correct.
Yes.

COUNCILMAN COCHRANE, JR.:
Okay.

MR. BIE: And with those
seven generators go seven
underground fuel oil tanks as well.

COUNCILMAN COCHRANE: Thank
you.

ISLIP00029238

COUNCILMAN SENFT.  I do have a question.

SUPERVISOR CARPENTER  Councilman Senft.

COUNCILMAN SENFT, JR.  Sir, with respect to your proposal, it's 57 and a half feet basically -- 55 and a half feet.  Can you compare that to the incinerator stack height in some of the adjacent buildings within the campus?

MR. BIE  Probably the best illustration will be the one that snows us kind of a plan  If you look at A-3(B), it gives an easterly view of the entire campus.  And that puts it in perspective in terms of height in relation to the existing buildings and the generator stack, itself.

COUNCILMAN SENFT:  So there are clearly multiple buildings within your campus that would see the height of your proposed

ISLIP00029239

generator building?

MR. BIE:  Yes.

COUNCILMAN SENFT:  And you are almost adjacent to the incinerator stack, which is significantly taller.

MR. BIE:  That is correct, yes.

COUNCILMAN SENFT:  Thank you.

SUPERVISOR CARPENTER:  Any other questions?

(There was no response.)

SUPERVISOR CARPENTER:  Rich.

COMMISSIONER ZAPOLSKI:  Thank you, Supervisor Carpenter, and members of the Board.  Rich Zapolski, Planning Commissioner, Town of Islip.

This application involves an addition to Good Sam in West Islip. The 14,325-square-foot addition is proposed to house generators for the hospital which would be in one

ISLIP00029240

location and built to be stormproof.

It would be located on the east side of the property along Beach Drive, just south of the existing boiler plant and north of the emergency room.

Currently there is a two-story structure, a former dwelling, that would be demolished. The new addition is proposed at a height of 55 feet seven and a half inches.

The maximum height permitted for the hospital in General Service C District is 35 feet, but the code does allow the applicants to exceed this with Town Board approval, and provided that the portion of the building which is erected in excess of 35 feet shall be set back one additional foot for each additional foot of height with relation to front yards, rear yards, and side

ISLIP00029241

yards.

The proposed addition is a three-story structure, and the third floor is set back from the first and second floors. The third story is proposed to house a filter for the exhaust from the generators.

The proposed location for this building does appear to be best in terms of impacts to the surrounding residents. It would be located on the east side of the site furthest from the most densely populated residential area to the west. The hospital has submitted a detailed review of this site location.

Many of the complaints regarding the hospital stem from the existing generators, the lack of buffer plantings, or general complaints regarding the hospital, itself. A site inspection has been

ISLIP00029242

done to determine if the buffer plantings conform to their approved plans.

The buffer adjacent to the parking lot south of Our Lady of Consolation, the nursing home, is conforming. More review needs to be done as to the conformance of the buffer areas north to Montauk Highway. A complete review would be conducted prior to issuance of any building permits for this application.

A proposed covenant requires conformance to all of the required buffer plantings. It should be noted that the earlier portion of the site does not have a fully conforming 25-foot buffer because it predates that requirement in our code.

The Planning Department believes that the consolidation and relocation of the existing

ISLIP00029243

generators to one location will alleviate many of the noise concerns that currently exist.

A Planning Board public hearing was held on this application on January 8, 2015. And a decision was made on March 19, 2015.

The Suffolk County Planning Commissioner has issued a local determination for this application. A short environmental assessment form has been completed with no significant adverse environmental impacts anticipated.

The Planning Board recommends the Town Board grant this application subject to the attached covenants.

SUPERVISOR CARPENTER: Rich, I have a question on the other two additions. The south building electrical room, so that is just adding a second floor to an

ISLIP00029244

existing --

      COMMISSIONER ZAPOLSKI:  Yes.
Because the generator is going to
be removed from that location,
there's some infrastructure
redesign that needs to be done in
those particular areas.  So the
electric will be I guess rerouted
through the second-story space.

      SUPERVISOR CARPENTER:  And
the same with that courtyard
electrical room?

      COMMISSIONER ZAPOLSKI.
That's correct.

      SUPERVISOR CARPENTER.  So
they're adding two stories to an
existing --

      COMMISSIONER ZAPOLSKI.  Yes
It's part of the -- it's a part
where the generators actually have
infrastructure coming into the
hospital.  So they're rearranging
some of that as the generator gets
removed.

ISLIP00029245

SUPERVISOR CARPENTER:  Okay.
Are there any questions for the
Commissioner?

COUNCILMAN COCHRANE:  Rich,
real quick.  Is this concept
post-Sandy -- is that what we're
looking to do in the Town with our
hospitals?

COMMISSIONER ZAPOLSKI:
Actually, New York Rising Community
Redevelopment has generators going
in several locations.  This is just
one in the Bay Shore area.  I
believe that the YMCA and Southside
Hospital are also locations.  I
think one of the schools are also
getting a generator.

But all of the
considerations that were taken at
the meetings that we had for the
community redevelopment, this is
one of those being incorporated at
this location.

COUNCILMAN COCHRANE:  Okay.

ISLIP00029246

Thank you.

COUNCILMAN FLOTTERON:

Question. So again, this came out
of the CRZ meetings that they were
calling. And generators was one of
the things the communities have
asked for at both hospitals besides
other --

COMMISSIONER ZAPOLSKI:

That's correct. When we look at
our critical infrastructure, we
don't want it to be vulnerable,
especially in the face of a storm
like we had two years ago.

COUNCILMAN FLOTTERON: Yes,
especially when you have to remove
-- get everybody out of the
hospital that might be on
life-saving machines, and the
danger of that.

I guess I just want to again
verify, the gentleman was talking
about the noise before. We have
seven generators now, which are

ISLIP00029247

going down to three; correct?

    COMMISSIONER ZAPOLSKI· Yes,

    COUNCILMAN FLOTTERON. And these three are quieter than one generator now right because right now the older ones are not muffled and everything?

    COMMISSIONER ZAPOLSKI Correct. They're exteriorly located throughout the perimeter of the hospital, and on all -- well, on three sides of the hospital.

    Those seven locations will be consolidated inside of this addition. The addition will have noise attenuation inside as well. So not only does the equipment have sound attenuation, but we've added more attenuation inside the building to reduce that effect even further.

    COUNCILMAN FLOTTERON: Which is also less machines that they'll be testing each week for an hour.

ISLIP00029248

Before it was seven and now it will be three.

COMMISSIONER ZAPOLSKI.  I'm sure it will be more than that.

COUNCILMAN FLOTTERON: Another question.  I know it's been brought up in the past, for example, some things in the past that were maybe never finished such as landscape buffering and stuff on the west side along the fence line of the neighbors, was that discussed at all?  And do we have the power to make sure those things are finished?

COMMISSIONER ZAPOLSKI: Absolutely.  We will not issue permits until we know that the hospital is conforming with its approved plans prior.  We heard the residents.  We heard the residents' complaints that some things weren't followed through, some things don't exist that used to exist, some

ISLIP00029249

things don't exist that need to exist.

We've started our inspections on the site. The campus is very large. We've gotten portions of it done, but we do have time before a permit is actually issued to make sure that we've identified all of the items that need to completed, make sure that that's a part of the permit process, and a CO isn't issued until those construction items are done.

COUNCILMAN FLOTTERON:  Okay. Thank you.

SUPERVISOR CARPENTER:  Any other questions?

(There was no response.)

SUPERVISOR CARPENTER:  All right.  Is there anyone from the public who wishes to speak?

(Audience members raise hands.)

ISLIP00029250

SUPERVISOR CARPENTER:  Okay.
Come forward.

MR. PEPE:  My name is Rocco
G. Pepe, P-E-P-E, 15 David Court,
West Islip.  I'm a member of this
community 61 years.  Thank you for
allowing me to speak.

I've been here in this
community before Good Sam was
built.  And I remember when on
Montauk Highway you could look from
there to the beach and see nothing.
Things have been changed.  Things
have to be -- got to make things
modern.

This is something that has
to be done.  It is critical because
we can't afford to have the
hospital break down.  Anything
could happen.

As for beautification, I'm
here because I want to see what the
outside or the fascia of the
building is going to be like.  I

ISLIP00029251

would like it to match Good Sam with all the bricks. I don't really feel like I would like the metal fascial panels on it. I don't want to draw attention to the building

And I do want landscaping put in front of the building, all the trees, whatever can be done there. Because there is not really anything there now.

But as for beautification, we definitely approve this venture Thank you.

SUPERVISOR CARPENTER. Thank you. Next.

MR. KELLY: Good evening, Madam Supervisor, and ladies and gentlemen. My name is Pat Kelly. I reside at 5 Linden Place in Bay Shore. I'm here to speak on behalf and in favor of the proposal.

As a surprised recipient of the cardiac surgical facilities in

ISLIP00029252

Good Samaritan, I must speak in its favor. I do not know what would have happened to me if there was a power failure while I was undergoing surgery. In this day and age, I believe it's time to update and upgrade the existing systems, make them environmentally favorable, and install state-of-the-art equipment that will not be a nuisance or a hazard to the surrounding areas.

I think it's time to do this. The project would also bring a financial gain to the area for the construction workers who are doing the project. That's it.

SUPERVISOR CARPENTER: Thank you, Mr. Kelly.

MR. KELLY: You're welcome.

MS. DONOHUE: Nancy Donahue, 179 Anchorage Drive, West Islip. I'm president of the West Islip Chamber of Commerce. And the

ISLIP00029253

Chamber of Commerce is in support
of this project.

I'm also a resident, just a
couple of blocks away south of
Montauk. Both Irene and Sandy had
us without power for eight days. A
hospital cannot be without power
for more than that ten seconds that
they tell you is mandated by law

Flooding. We know what
flooding did to our area. I think
maybe West Islip didn't get quite
as much publicity about it, but we
were severely hit. There were
many, many homes that were flooded
out, and there are still people who
are not in their homes.

The hospital needs the
generators to protect itself and
the community. And Good Sam is a
good neighbor. And they're an
important part of our community.
Thank you for your time (handing).

SUPERVISOR CARPENTER: Thank

ISLIP00029254

you, Nancy. Sir, come on up.

MR. KOSZALKA: My name is Kevin Koszalka, K-O-S-Z-A-L-K-A. I live at 128 Beach Drive. As far as this project is good for the hospital and the community, it remains to be seen what the impact will be on Beach Drive and residences around it.

Trafficwise, the street is already too narrow with vehicles parking on both sides of the street. One side is posted no parking and people still park there anyway. Traffic during construction will make these matters worse.

Another concern is the noise. Although the plant won't run all the time, the noise when it is running is not insignificant. I wonder if there is a plan in place to be able to further reduce the noise if that's found necessary.

ISLIP00029255

SUPERVISOR CARPENTER:  Thank you.  Next.

MR. REESE:  Good evening, Madam Supervisor, members of the Board.  Thank you very much for hearing me.  My name is Fred Reese, I live at 8 Beach Manor Court, West Islip, New York.

I've tried to plan this out a little bit more thoroughly.  I want to go back a little bit in time.  I have some major concerns with the trust of Good Sam Hospital, and I will bring that up later.

Number one, St  John the Baptist was called by one of our many members in our community.  St. John the Baptist denied to have this generator put back up.  Would not leave a name.  The exact words were, "Stay out of it.  You have to go with it."

Approximately 40 million

ISLIP00029256

dollars of Sandy money are going to our Lady of Consolation, Good Sam, Southside Hospital, are obviously -- that's it. Forty million dollars where there are people that still are not in their homes.

Now, I'm going to go back in time a little bit because this is where I have a problem with Good Sam. The gentleman who just spoke as far as parking goes, I was in this room over ten years ago. Good Sam seems to love to just do what Good Sam wants to do.

Now, these gentlemen have a great plan. I do know a little about -- of what they're talking about. Seems super. Seems great. But the problem is, is that there are other problems with Good Sam.

Good Sam built the emergency room where it currently is now when it was told to rebuild it on the other side. And the only reason

ISLIP00029257

why they didn't -- not only did
they not get a C of O -- I don't
know if you people were on the
Board at that time, but I was in
this room speaking about it --it
creates a major traffic problem.

So where it might make
perfect sense that it cuts it down,
the emissions doesn't bother me
The noise of the generators don't
bother me.  And I'm the closest to
it.  Your biggest noise is that at
5:25 every morning, I have a
garbage dumpster truck and tractor
trailers backing in. I can't even
leave my windows open in the
springtime.

So I have very, very big
problems with trusting the fact
that they're go through anything,
okay, of what they actually
propose.

They recently just built a
parking lot down the street past

ISLIP00029258

Consolation, which I don't even know if the Town Board knew about it, for their employees. I was wondering last summer why there were dump trucks going past my house every day. I finally walked down there. And now they have a shuttle service.

When the gentlemen was talking about parking -- we have police where it says no parking. They don't even ticket them. They've never made it convenient when they rebuilt it on that side to even move it out so that they could get into the parking lot.

And one of my neighbors is going to come up. We were there just the other night. And the whole parking lot is pretty much empty behind it. Because they want to put MRI centers in. They want to do this. They want to do that. I don't have trust in Good Sam at

ISLIP00029259

all.

And when the Archdiocese of Rockville Centre tells one of the bishops or whatever -- bishop or whoever it was at St. John the Baptist, "No, I'm sorry, you're going to have to go along with it." That doesn't work for me.

You have children playing there. You're telling me there's going to be less emissions. Okay. Great. You're telling me there's going to be filters. Okay. Great. You've got two baseball fields, a marina. You've got a private beach. And you just want to make more stuff on that side.

And the reason why they never put the emergency room on the other side is because they own the homes on East Bay, which is where most of their residents stay for free.

Good Sam has to be stopped.

ISLIP00029260

Tell them to figure out another way to do it; okay?  Because first off, they didn't flood in Sandy.  I didn't flood in Sandy and I live across the street.  They flooded this past August when we got 19 inches of rain in two hours.

I don't trust anything that Good Sam says.  And it's right here.  FEMA.  Forty million dollars.  The only reason why they want to do this is because they want the money.  That is why this has come up.  Plain and simple.

Because if they didn't get the money, they wouldn't be building the plant. They have more problems with them starting up their leaf blowers at 7:00 in the morning, and their garbage, and their tractor trailers bothering me than the plant.

Because the plant doesn't really bother me at all.  I know

ISLIP00029261

exactly where the emergency generator room is. They just want to do what they want to do. And that is my major concern.

They might have great ideas. Sounds super to me. But it doesn't work for me because I do not think they will deliver what they promise because they've always showed in the past that they don't. They didn't get a C of O.

Before anything happens I want an independent EPA survey, not though Good Sam. Through here. And I want to see it. Because I don't believe a word they say. They put on a great show here today, and they always have. Thank you.

SUPERVISOR CARPENTER: Thank you, Mr. Reese.

MR. DeCARLO: Madam Supervisor, Board members. My name is Joe DeCarlo, president of the

ISLIP00029262

West Islip Association. And our group is an umbrella group of community associations in West Islip; Willets Point, Oak Neck Lane.

We have the president of the historical society. We have members of the West Islip Chamber of Commerce. We have beautification. We have a cross section of the community on our board.

We met with the hospital. We got a presentation from Mr. Bie, the chief engineer. And we went back and forth with lots of questions about this project. Primarily the concern was the noise, and at the meeting we raised that question.

Mr. Bie got back to us and as per the presentation this evening, our questions were answered. So, we are 100 percent

ISLIP00029263

in support of this project.

It's going to better the hospital. It's going to produce less pollution, and it will make more reliable service at the hospital. Thank you.

SUPERVISOR CARPENTER: Thank you, sir.

The gentleman in the back come forward.

MR. BRANIGAN: Good evening, Supervisor, and members of the Board. My name is Brian Branigan, B-R-A-N-I-G-A-N. I'm currently the president of the Babylon Beach Estates Association, which is located in West Islip.

We have been a homeowners association since 1942, which predates the hospital. I am the president for the last six years. I have dealt with the hospital on numerous issues.

The gentleman talks about

ISLIP00029264

the parking lot. We are without a
doubt the closest residential
neighborhood to the hospital.  We
border the west side of the
hospital from Main Street all the
way down to the water.

Unfortunately, you're going
to have a couple of my members come
up that -- the gentleman is
correct.  Our neighborhoods, our
backyards are separated only by a
six-foot fence from Good
Samaritan's parking lots.  I don't
know what Town code that applies to
or conforms with.

The gentleman said that they
went out and did a site survey of
the hospital and their setbacks,
which I totally appreciate.  And
down by the parking lot, everything
is good.  But then we have to go
back and look on the north side.

There shouldn't be any look
back because you have to drive down

ISLIP00029265

there and see the south side of the
hospital, and you're passing
parking lots, and parked cars that
clearly are six inches from the
property line.

The gentleman explains that
the hospital owns six homes,
private homes within my homeowners
association.  Never mind not paying
dues and supporting the local
association -- we have a club
house.  We're actually taxpaying --
a Town taxpaying club.

But they create walkways and
fences in and out of their private
lots that their workers access.  To
my knowledge, they're not zoned
industrial, or they're still a
residential house even though the
hospital owns them.  No one's ever
talked about that.

The gentleman is completely
correct.  There is no trust.  And
this is a new Board.  I've spoken

ISLIP00029266

in front of the Boards before. The trust is with -- the hospital never does what it wants to do -- it does what it wants to do. It never does what it tells us it's going to do.

They're raising a building 12 feet. My members have been forced to raise with New York Rising -- some of them had to raise the house a minimum of eight inches, which cost an astronomical expense.

And some of them were raised nine feet. And we live on the water. Twelve feet -- my idea is the hospital is looking to put some kind of -- I don't know, maybe a machine shop in there later on. And like the gentleman says, create traffic.

None of the areas underneath the homes that were raised in my neighborhood are allowed to be used for anything other than storage.

ISLIP00029267

So is that what -- we're going to have more storage for the hospital there?  Is that what we're going to turn this thing into?

Is it going to be garage doors so they can access it?  Are they going to keep their holiday things in there as well?  Are they going to take them out of the houses that are in my neighborhood, which is residential?

We look to you -- like the gentleman said, I don't think anyone here is rightfully saying that the generators shouldn't be done, or the hospital shouldn't conform to state mandates.

And right now we find out that the fuel for these generators is underground.  We didn't know that last time.  There's a lot of I don't know, we're going to get back to this, we're going to do that.

We were at the last meeting.

ISLIP00029268

The zoning meeting adjourned it. We're going to look into everything.

Before I know it, I'm getting a letter, half my members are getting letters that this is going on. Reach out to the hospital. We don't know if we're on the docket. We might be on the docket

Numerous of my members are going to come up here. I come up and speak for them -- I have the privilege to speak for over 100 families, voting families.

And to issue any -- and it's easy for us because we're on the west side to say ah, that's great. It's going over on the east side. We're not like that. We're kind of different. It affects all of us. It affects my children.

There's, you know, louvers so all can go in and out. The

ISLIP00029269

gentleman talks about it. The
gentleman failed to tell you that
when we were at the zoning meeting,
the one generator that's just next
to our property line -- I don't
know if AZ -- what they come out
here with, nobody can actually see
what it is, which generator it is.

He failed to mention that it
was brought out in the zoning
meeting that that generator is
currently over Town code. One of
the people on the Zoning Board
smartly picked that up. I'd be
interested -- have they been fined?
Has it been corrected?

They test these things at
7:00 in the morning. They run all
day. 7:00 in the morning is great.
That's awesome. It's waking people
up. Not everybody gets to work
9:00 to 5:00. Are they going to
have a schedule? They test them on
the weekends.

ISLIP00029270

I deal with my constituents. I deal with their problems, their issues. Many of my constituents work there. They love the hospital for things like that.

The gentleman came up -- nobody is going to argue with his heart surgery. God bless him. God bless the hospital and the doctors that saved him. The issue is, are they really good neighbors?

And you have beautification people come up here; you have the civic association come up here. We're not members of those associations, not by choice. We've never been invited.

We're an independent organization. We pay Town taxes. And we ask you to look out for our rights in what we're looking for.

Everyone's emotional on this. I'm not emotional. I look at it. It needs to be done. I

ISLIP00029271

don't know about 12 feet.  I don't
know about ripping down a house and
say it's going to fit right in
there by the Baxter Pavilion right
across from the kids playing
softball at St. John the Baptist.

Go look at the site.  See
how small that is.  I'll take a
ride with you anytime you want.

The traffic lights --
there's a road that doesn't exist
on the west side of the hospital
that has seven traffic lights.

My members -- I brought this
up to the Zoning Board.  I have
members that live on a one-way
street going north.  And they are
not allowed to make a left on Main
Street between 3:00 and 7:00.

So, when they're on a
one-way street -- I can't get a
traffic light there -- they've got
to go east to go west.  It's got to
be violating somebody's civil

ISLIP00029272

rights.

We ask you for help. That's what everyone is here for. Thank you so much for your time.

SUPERVISOR CARPENTER: Thank you.

MR. CRUMLISH: My name is Kevin Crumlish. Crumlish is C-R-U-M-L-I-S-H. I'm at 44 Edgewood Road, West Islip. Good evening, Supervisor Carpenter, Town Board members. I'm a 45-year resident of West Islip. I also represent the West Islip American Legion. I'm the first vice commander.

We wholeheartedly support this project. And the project basically is, you know, not parking. It's the generators for the hospital. The presentation that the experts gave from Good Samaritan Hospital was very comprehensive. I surely understood

ISLIP00029273

it.  It made sense.

The redundant generation is a must.  And that's -- we're behind that 100 percent.  Be prepared.  Thank you.

SUPERVISOR CARPENTER:  Thank you, Mr. Crumlish.

MS. CALVACCA  Hello, everyone.  My name is Maryann Calvacca.  I live at 4 Beach Manor Court.  I'm against this  I decided to take pictures of what really happens on Beach Drive.  The last time I was here everybody was doing all types of displays.

Beach Drive is a nightmare.  Someone one day is going to be killed.  The parking is horrific.  I have pictures.  I've been snapping away for the past week.  I'd like to display it if I can to let everybody see.

Whether it be the garbage that comes from the hospital,

ISLIP00029274

whether it be the people that are parked illegally, we cannot get out of our own street. That literally -- this is what I had to deal with this past week (indicating)

A school bus blocking the entrance of Beach Manor Court (indicating) And then over here, cars parked on this side illegally (indicating) Cars -- this is me trying to get out of my own block, okay (indicating).

You've got cars over here (indicating). You've got cars over here (indicating). Unless you're in the middle of Beach Drive, you cannot see what's going on, that one day somebody is going to be taken into emergency room because they're going to end up dead because it's so dangerous for driving.

I'm not against -- I should say I'm not against improving.

ISLIP00029275

Having generators is a necessity.
However, where they're going to be
placed is a problem for me. I only
live a few yards and this is the
house --

COUNCILMAN FLOTTERON:
Excuse me. So the residents all
can hear, could you go to the
microphone.

MS. CALVACCA: Okay. Do you
want this?

COUNCILMAN FLOTTERON: I
know -- I drove down the street.
I've seen it many times.

MS. CALVACCA: Okay. And as
far as the house --

COUNCILMAN FLOTTERON: Can
you go to the microphone?

SUPERVISOR CARPENTER: Back
to the microphone.

MS. CALVACCA: Okay.

SUPERVISOR CARPENTER: Thank
you.

MS. CALVACCA: The small

ISLIP00029276

house I took a picture of, it is very small. And something occurred to me tonight when they were speaking about 7 00 a.m. in the morning on a Friday. That is the busiest moment on Beach Drive, when all the students are coming in and the buses are going out.

And that noise is going to start testing at that rool. See, the problem is, they don't live there  It's great that people work at Good Sam. It's people that -- it's good that there are people working for Good Sam and creating this beautiful project

But it's not in the right area  You have nuns that live on the top of St  John the Baptist High School. This building is going to be closer to the hospital, itself. Are the patients going to be happy with the noise? You're supposed to be concerned about

ISLIP00029277

patients.

This building will be closer and the noise will be closer to the actual hospital than where the generators are now. Go put the building in the back of the hospital if they need such a big building, or the northwest front of the hospital where -- you know, at night we get blown out of bed at 1:00 a.m. in the morning, these things go off, 5.00 a.m. in the morning. It's not fair to us.

I work at a 12-hour day Mondays, Wednesdays, and Fridays. Do you think I want to be woken up two and three times in the middle of the night during the week because they're testing generators? It's really not fair to the people in the area.

And this is an industrial building they want to put there. We're in a residential area. I

ISLIP00029278

have kids playing baseball all
hours of the day, you know, when
the school is not in session   You
have students all over the place

It's just not right   So
that's what my opinion is   And I'm
totally against it

SUPERVISOR CARPENTER   Thank
you.

MS. CALVACCA   Do you want
this?  You can see the actual
pictures   This is an average
weekly —

SUPERVISOR CARPENTER   If
you wish to leave it with the
Clerk, and make it part of the
record, we'll be happy to take it.

MS. CALVACCA:  Because this
is dangerous (handing).

SUPERVISOR CARPENTER.  Thank
you.

MS. CALVACCA:  You can't
even get down the drive, okay.  And
sometimes you have to drive in the

ISLIP00029279

middle of the street in order --
because the cops also -- I took
pictures of the cop cars  They're
also on this sidewalk.  So when you
have to --

SUPERVISOR CARPENTER.  Ms.
Calvacca, I think we got the
message

MS  CALVACCA  Okay.

SUPERVISOR CARPENTER   Thank
you.  Ms. Calvacca, could you spell
your name because the Clerk didn't
get it.  Thank you.  Or maybe just
go over and give it to her so that
next speaker could come forward.

MS. CALVACCA:
C-A-L-V-A-C-C-A.

MS. SULLIVAN:  Good evening.
My name is Carol Sullivan.  And I'm
a home domestic engineer.

(Laughter)

MS. SULLIVAN·  I was under
the impression that the last
meeting that we had here, that we

ISLIP00029280

asked -- the Board advised or the
architects if they would look for
another place for it, or try to
stay within the limit of the height
and the noise level.

In the paper, in Monday's
Newsday it talks about the money
that the hospitals -- all the
hospitals are getting from the
storm.  And it says that Southside
is going to move their -- all their
equipment and their power to the
second floor of the hospital.

Why can't we do that?  Why
can't Good Samaritan do that?
Thank you very much.

SUPERVISOR CARPENTER   Thank
you

MR. SCHWARZ:  Good evening.
My name is Jay M. Schwarz,
S-C-H-W-A-R-Z.  I live at 158 Bay
First Street, West Islip.  I
predate the hospital by about four
or five years when it was a

ISLIP00029281

marvelously empty field with deer, rabbits, and all the rest of the animals that go with it.

I have lived through every phase of construction of this monstrosity called Good Samaritan. They are not good neighbors. They say one thing and do what they want. You ask them a question, and somebody else is around to answer it. And then next month somebody else is around to answer it. They never have the same people answer it twice.

You asked about the noise reduction. I've heard about magic clouds. We've got a magic cloud floating over this. Where are all these generators going to exit to?

I've heard buffer zones. There's been a buffer zone on the west side of the hospital, a wooden fence that goes right next to each property. That has never been

ISLIP00029282

touched.  The Town Board zone is three feet, the height of the shrubs, what kind of shrubs.

There is not a hole in the ground.  It is still fence to fence, belly to belly.  It's only good on a basketball court or in bed, one or the other.

I don't know why Good Samaritan has this great responsibility of appeasing everybody  Let them do the right thing.  Let them say they are going to do something, and do it.

Who do we as residents talk to?  This is not rhetorical.  Who do we talk to when they don't live up to their promise?  I don't see your hands going up.  I don't see anybody, I'm responsible.  I'm not.  Who do we talk to?  That's a loud silence, which means we have no voice in this matter.

They got 20 million dollars

ISLIP00029283

to do some nice upgrading.  They can take that generator and they could put it in Montauk Point as far as I'm concerned.

My property is the closest to that generator on the southwest side.  I have been woken up -- I can't tell you how many times.  It runs sometimes from four to six hours.

I've asked the responsible people, please let me know when.  Maybe we'll go out to dinner.  Maybe we'll go to the theater.  Maybe we'll go to lunch.  Who knows.  We've never heard.  But it will run for four to six hours.

Sit next to a diesel generator for four to six hours, and see if you're still very happy when you get up in the morning.

Good Sam has promised us many, many things.  They have a street that's not on a map.  It has

ISLIP00029284

no name.  But it runs down the west side of the hospital.  How can that be?  They have no plans for it. Where did it appear from?  Where did it come from?  How do they do it without the Zoning Board saying whoa, partner.  Let's talk about this for a minute.

AUDIENCE MEMBER:  It was designed for the emergency room.

MR. SCHWARZ:  I beg your pardon?

AUDIENCE MEMBER:  It was designed for the emergency room.

MR. SCHWARZ:  The emergency room was --

SUPERVISOR CARPENTER: Excuse me.  The speaker is here to talk to the Board.  No back and forth.

MR. SCHWARZ:  I'm sorry.

SUPERVISOR CARPENTER: That's okay.

MR. SCHWARZ:  The emergency

ISLIP00029285

room was up front.  So that whole west side road doesn't exist.  It's out of code anyhow.  There's no buffer along the side.  It's still there.

Your zoning code spells it out; three feet, this high, this kind of bush, this kind of tree. For 50 years there has been nothing there.  I don't think this is the action of a Zoning Board.

So once again I say, who do we complain to?

SUPERVISOR CARPENTER:  Well, you're in the right spot.  We've heard what you've said.  And the Planning Commissioner is here, and we'll look into some of those issues.

MR. SCHWARZ:  I'm sorry.  A little louder, please.

SUPERVISOR CARPENTER:  I said you're in the right spot when you asked where you go to complain.

ISLIP00029286

Because we are your elected
representatives and we want to hear
what your concerns are.

And the Planning
Commissioner is here   And if there
are any code violations that we
need to look into, we certainly
will do that.

MR  SCHWARZ   Please come to
my home.  I will show a myriad of
code violations   I'll serve you
tea.  I'll serve you coffee   I'll
serve you scotch and soda if you
want

(Laughter)

MR. SCHWARZ   Sit on my
front lawn, and let's look at some
of the violations   I have never,
ever -- now, I have been to --
this is about my fifth or sixth
Town Board meeting.  I have never
heard from anybody.  Nobody gives a
damn.  You all get paid.  I think
you all get paid.  Does anybody get

ISLIP00029287

paid up there?

SUPERVISOR CARPENTER:  We do, Mr. Schwarz, and we hear you.

MR. SCHWARZ:  Schwarz is the name.  No T.  S-C-H-W-A-R-Z.  Thank you.

SUPERVISOR CARPENTER:  Thank you.

MR. SCHWARZ·  Are you cutting me off?  I'm through?

SUPERVISOR CARPENTER:  Well, we don't have the timer going.  But there are quite a number of speakers to speak on this issue, and many other issues that we have before us this evening. So if you have something new you want to bring up, please do.  If not, maybe we can bring up the next speaker.

MR. SCHWARZ:  New in relation to what, Ma'am?

SUPERVISOR CARPENTER:  This particular application about the generator building.

ISLIP00029288

MR. SCHWARZ:  On, the
generator building, please do.
Take that generator, and as I say,
move it to Montauk.  Take it away
from my property.  I'm the closest
one to it.  Thank you very much for
listening.

SUPERVISOR CARPENTER.  Thank
you   Next speaker, please.

MS SMITH:  Hello.  My name
is Donna Smith.  I live at 661 Bay
6th Street in West Islip.  I have a
letter I'm going to read to you,
but I want to pass these pictures
out first if I can.  They are what
the west side of the hospital sees
(handing).

That is my -- out of my
front window on Bay 6th Street.
So, I just want to say -- like I
said, "My name is Donna Smith.  I
live at 661 Bay 6th Street in West
Islip.  And for years now we have
dealt with the growing needs of the

ISLIP00029289

hospital, and of Consolation
Nursing Home.

"Over the past ten years or
so both of those institutions have
grown substantially. Our community
definitely understands the need of
both and appreciate and respect
their services."

I've worked with Richard for
many years. The last seven years I
was patient placement coordinator
at the hospital. Prior to that I
was a nurse for over 20 years at
the hospital. I helped evacuate
the hospital during Irene and
Sandy. And it was a huge endeavor.
And I must say, we did quite a job
with evacuating all those people.

But however, I gave birth to
my son 31 years ago there. And
like I said, I've worked at the
hospital for over 27 years. I am
now retired.

However, the properties, the

ISLIP00029290

homeowners, us, the taxpayers —
we, the taxpayers have been left in
the dust.  Our property lines along
the hospital have become a disgrace
to the neighborhood.  The six-foot
fencing that you see on the
pictures continue to be damaged
though the past two major
hurricanes.

We have made numerous
requests to the hospital to replace
the fences, but to no avail.  It
has fallen on deaf ears.

Part of the community along
Bay 1st, as Jay said, to Bay 5th
has no privacy barriers at all.
The hospital has numerous parking
lots.  We have huge lights that
shine into our bedrooms and our
homes.  And we understand that is
for safety, and we cannot do
anything about that.

We are just asking that --
we do need a barrier.  I suggest

ISLIP00029291

something a little higher than the six-foot fence. It should be maybe a nice tree line, evergreens, six foot -- eight foot tall perhaps; eight foot tall.

You're looking at the vans that go past my front lawn constantly. They take the employees to the parking lot and then back to the hospital.

The fence will not be conducive to a noise barrier. So, I'm suggesting that perhaps a tree line along the west side of the hospital would be wonderful.

We know that Good Sam provides a needed, a very needed service. You know, I worked there. I loved the hospital, but this friendly neighborhood policy really needs to be acted upon right now.

Because you see what that side of the hospital looks like. It's a disaster. It's really a

ISLIP00029292

disaster to our community. You
know, we can't have, you know,
decent parties out there. We can't
be in our pools without, you know,
seeing the vans go by and waving at
the people in the vans. So we
really need something done to that
side of the hospital.

Thank you for letting me
speak. Richard is a wonderful
person. I've worked with him for a
good many years. But we understand
the need for the generator. We do
need the generator there. I don't
agree where they're putting it, but
that's besides the point.

But we need that fence line.
We need a tree line over there to
make the community look decent
again. Thank you.

SUPERVISOR CARPENTER: Thank
you, Ms. Smith. Ms. Figalora I
think was next.

MS. FIGALORA: Madam

ISLIP00029293

Supervisor, members of the Board.
Good evening.  My name is Maria
Figalora, and I'm here in support
of the project for Good Samaritan
Hospital.

I was delighted to see that
FEMA deems these facilities, Good
Sam and our Lady of Consolation
eligible for the grants.
Obviously, their vulnerability is
real, and thus there should be no
question as to the approval of the
project.

Both the hospital and the
nursing home are a vital part of
this community and beyond.  And the
improvements slated for both are
vital to the very existence of
residents and patients of both
facilities.

Having been a part of the
New York Rising Community
Reconstruction Program, West Islip
Planning Committee as a voting

ISLIP00029294

committee member, I am familiar
with some of the obstacles faced by
these facilities during Sandy such
as water infiltration, the absolute
necessity of hospital preparedness
in order to protect the vulnerable
population from any future
catastrophe.

For this reason, I am in
favor and support this project.
Thank you so much.

SUPERVISOR CARPENTER: Thank
you. The gentleman in the back, do
you want to come forward.

MR. DAVIS: Yes, thank you.
Good evening. John Davis,
president of Willets Point
Association, PO Box 55, West Islip,
New York. Our community is
approximately 500 feet to the west
of Good Samaritan Hospital. And it
runs from Montauk Highway south
down to the bay.

So, our main concern here on

ISLIP00029295

this specific issue of the
generator room has been reduction
of noise levels  And to that point
I think it's been rather well
addressed.  I appreciate all the
comments you've heard tonight    I
respect everyone who has come up
here for stating their position.

But if I can limit just to
this particular project, we all
know that the hospital is large
We all know it's imposing.  We all
know it's continuously changing or
growing.  And there a lot of the
issues caused by that.

But as far as this
particular project and I guess the
purpose of our hearing tonight, we
view it as a major improvement.  We
have had problems with noise from
one or two of the generators on the
west side of the building.

I believe those problems
will be eliminated from everything

ISLIP00029296

we've heard.  I believe overall many of the generator problems or issues will be resolved by this plan and this proposal

So on this particular proposal, and not elaborating into all other issues with the hospital, our association is in favor of this plan.  We believe it will be an improvement for the community. Essentially, that's it.  Thank you.

SUPERVISOR CARPENTER:  Thank you, Mr. Davis.

MR. LAGALA.  Good evening, Town Supervisor, members of the Board.  Ted Lagala, L-A-G-A-L-A, 21 Seabreeze Lane, West Islip, New York.  I live due east of the proposed building.

I was here at the last hearing.  I heard the exact same presentation.  I'm slightly confused as to why all the questions that the Board asked were

ISLIP00029297

not addressed or answered. Perhaps they were.

Many of the faces I see here were not here at the last meeting.

SUPERVISOR CARPENTER: Well, you were at the Planning Board; correct?

MR. LAGALA: Correct. The last time the application --

SUPERVISOR CARPENTER: This is the Town Board.

MR. LAGALA: At the Town Board meeting. I'm sorry. Here, at the Town Board meeting.

So, one of the things that Mr. Bie brought up the last time was about -- because one of the questions that was raised was about the power plant in general, not just electrical.

So, in fact, that heating plant is well over 40 years old. And in fact, they think just recently the hospital was without

ISLIP00029298

heat for three or four hours.  It's also on the ground floor.

So it's nice that we're going to spend this money.  And everything I've heard sounds like it's all up to code, and it's a big improvement in general.  I'm not necessarily opposed on face value.

But are there any plans to address -- and of course, they can't be compelled to do so, but are there any plans to address the heating infrastructure?  It's nice to have electric.  And if the storm hits in the middle of the winter, which normally it does, how are you keeping the patients warm?

There was a mention of putting the generators above that power plant, whether that structure can support that.  There were minutes I guess of the last meeting.  Were those things all vetted out and addressed?

ISLIP00029299

COMMISSIONER ZAPOLSKI:  Yes.

MR. LAGALA:  And you know, locations, all the other things that came about, were those answers given adequately?

SUPERVISOR CARPENTER:  As far as the Commissioner has told us, yes.

MR. LAGALA:  Okay.  I just wanted to know, like, what -- if there was a plan.  I know that, you know, when you get free money, you might as well use it.  But maybe looking at the whole picture, you know, of caring for the patients the way you think you should. Maybe you should look at what you're doing on the heating side. Thank you.

SUPERVISOR CARPENTER:  Thank you, sir.

One of the speakers earlier said in his concerns no one is listening.  Well, the applicant is

ISLIP00029300

here, and the applicant has an opportunity now to address some of the concerns that were raised by the speakers this evening.

So I would invite you to come back up, and perhaps you answer some of those issues and concerns that the community shared.

MR. GLASS:  Absolutely. First, let me thank the Town Board and the residents again for giving us this opportunity.

I think it's important to listen to what the complaints are. And hopefully, the hospital can get better.  This hospital, as I said earlier, is like a mini city.  And as a mini city, it's not going to be without complaints.

In terms of what's going along the west side, we have invited the Town down.  If there are buffer zone issues that are not being complied with -- this is not

ISLIP00029301

something that's been brought to
Mr. Bie's attention.  But we are
happy, if there is a lack of
compliance with some prior site
plan, to do the necessary plantings
to comply.

I listened to the one
resident about the fence complaint
Some of the fence repairs were
made  Mr. Bie openly said to me
hers we haven't gotten to yet.
That's one that needs to be
addressed.

I know people are angry
about -- you know, I'm a member of
this community as well -- about the
ER Department.  But I will tell
you, this has nothing to do with
that.

I think that, you know, in
terms of the parking along that
side, the hospital has tried to be
responsible.  They built a whole
new parking lot on the south side

ISLIP00029302

of the facility. They bus their employees for the main hospital to try to alleviate these parking issues.

It's a difficult issue to control because patients are the ones that most often along the emergency room park along that drive.

I think we can improve the west side buffers for sure. I will tell you that the promises that are being made are such that they can be enforced with your covenants. Your Planning Department has given us sample covenants to deal with virtually every one of these issues.

And I think that Mr. Davis made the most salient point when he said you know, what we're hearing are really not complaints so much about this generator proposal, but when you have a mini city that

ISLIP00029303

comes in with any application, a
hearing like this becomes a
platform for whatever the complaint
of the day is, some of which are
valid.

But a lot of them aren't.  I
will tell you that in terms of --
they brought up this issue with the
no CO for ER.  Not a chance.  We
have a CO for that emergency room.
And the Town would never let a
facility of that size operate
without a CO.

St. John's, there's a letter
of support in your package.  So
it's just -- some of the things,
you know, are inaccurate.  And that
needs to be straightened out as
well.

At the end of the day, this
application -- you know, the
testing issues as well, there is no
testing that goes on at 1:00 a.m.
And in terms of, you know, any kind

ISLIP00029304

of extended testing, that's not the case. It could have gone on. You know, if we had a date and a time, we could identify if there was a reason why a generator was left on longer.

But the folks that complained on the west side about generator noise, this is only going to get better because they're getting removed from that side.

So, really at the end of the day, it's about noise, emissions, and safety. And we believe we've made the case for your approval. We thank you for your time.

SUPERVISOR CARPENTER. Thank you.

Are there any other questions from the Board for the applicant or the Planning Board?

COUNCILMAN COCHRANE, JR.: Yes.

SUPERVISOR CARPENTER: John.

ISLIP00029305

COUNCILMAN COCHRANE, JR.:
Commissioner?

COMMISSIONER ZAPOLSKI:  Yes,
Councilman.

COUNCILMAN COCHRANE, JR.:
Question for you.  On the testing,
is it part of the CR's that we're
asking the hospital to test in a
certain time frame?  Has that been
inputted in their covenants and
restrictions?

COMMISSIONER ZAPOLSKI:  No.
I mean, they have testing
requirements.  We don't require
that they test them that early.
We've asked them in a meeting if
they could do the testing at a
later time besides 7:00 a.m.

I think it's just a matter
of how the engineering unit runs in
the hospital.  They get in early.
If they're going to test the
generators that day, if they're in
at 6:00 a.m., the first thing

ISLIP00029306

they're going to do at 7:00 is
start those generators up.

We have asked them to delay
that time. I don't know that we
have a final agreement on that just
yet, but it was a topic of
discussion.

COUNCILMAN COCHRANE, JR.
And on the plans, the actual
physical generators, the three
generators that will be fired up
are on the second floor. They're
not on the third floor; correct?

COMMISSIONER ZAPOLSKI:
That's correct. Only because
they're lifted up out of the
floodplain that's expected for the
storm event that they're being
designed for.

COUNCILMAN COCHRANE, JR :
So first floor, tanks. Are the
tanks in-ground dikes?

COMMISSIONER ZAPOLSKI: No.
The first floor is empty space.

ISLIP00029307

COUNCILMAN COCHRANE, JR.:

Empty space?

COMMISSIONER ZAPOLSKI: Yes.

And then at the nine-foot elevation

is where the generators are

sitting. If you look at the --

COUNCILMAN COCHRANE, JR.:

Okay. But I'm more -- the tanks

are in-ground?

COMMISSIONER ZAPOLSKI: I

believe they're in-ground.

COUNCILMAN COCHRANE, JR.:

And there are going to be dikes

like at a gas station?

COMMISSIONER ZAPOLSKI: Yup.

COUNCILMAN COCHRANE, JR.:

Okay. And with alarms?

COMMISSIONER ZAPOLSKI: Yes.

They'll be laid down and weighted

down, yes.

COUNCILMAN COCHRANE: And

the last question is, when you

first came up you said you were

going to -- your crew was already

ISLIP00029308

out there.  Are you going to address some of these issues that the residents had in reference to the west side fencing?

COMMISSIONER ZAPOLSKI: That's correct.  We're actually going to go a little bit beyond. So they have some site plans that were approved long before some of our zoning codes or our zoning ordinance even existed.

So they do have some approvals on the west side that didn't require a buffer at the time.  But we recognize there is a need for that buffer.  And what we're going to be asking the hospital is, is to increase the buffer along those areas and soften them up, as you've been listening to.

COUNCILMAN COCHRANE, JR.: Okay.  Thank you.

SUPERVISOR CARPENTER:  Thank

you.  Any other questions?

      (There was no response.)

      SUPERVISOR CARPENTER:  Okay.
Do we have a motion?

      COUNCILMAN SENFT, JR.:  I'll
make a motion to close this
hearing, adopt a negative
declaration, and approve the change
of zone.

      SUPERVISOR CARPENTER:  A
motion.  A second?

      COUNCILMAN FLOTTERON:  I'll
second.

      SUPERVISOR CARPENTER:  A
second.  All those in favor?

      ALL:  Aye.

      SUPERVISOR CARPENTER:
Opposed?

      (There was no response.)

      SUPERVISOR CARPENTER:  Okay.
The hearing is closed and the
motion is approved.

      We will now move to number
four.  Actually, we've been going

ISLIP00029310

for about two and a half hours.
We're going to take about a
90-second recess to give everyone a
chance to stretch.  And we will be
right back.

    (A short recess was taken.)

    SUPERVISOR CARPENTER:  Okay.
We are up to item number four, King
& Queens Transload.  Will the Clerk
please read the public hearing
notice.

    TOWN CLERK MURRAY:  Hearing
number four, King & Queens
Transload, LLC, TC 5196.  West side
of Emjay Boulevard, Brentwood; 80
Emjay Boulevard.

    Applicant seeks a change of
zone from Industrial 1 District to
Industrial 2 District.  Applicant
also seeks a Town Board special
permit for a scrap metal processing
facility.  The environmental
impacts will be assessed.

    SUPERVISOR CARPENTER:  Is

ISLIP00029311

the applicant here?

MS. BURBOTT:  Yes.  Good evening, Supervisor Carpenter, Board members.  I'm Amy Burbott, 71 Bridge Street, Manchester by the Sea, Massachusetts.  And I'm here on behalf of the applicant, King & Queens Transload.

I know we have a lot of Spanish-speaking individuals in the audience.  I believe they didn't ask for an interpreter.  But Nelsena Day made an excellent suggestion.  And if it's acceptable to you, Anthony Circa is willing to translate.

SUPERVISOR CARPENTER.  Well, actually we did -- I got word very late this afternoon.  And there's someone here this evening who has volunteered to translate.  Mrs. Figalora, you are still here?

MS. FIGALORA:  Yes.

SUPERVISOR CARPENTER:  Okay.

ISLIP00029312

MS. BURBOTT:  Okay.

SUPERVISOR CARPENTER:  She actually does translations for the court.  So, she'll do a fine job.

MS. BURBOTT:  That will be fine.  Would you prefer she be closer to the mike also for the purposes of the record, or how would you like it to work?

(Discussion held off the record.)

MS. BURBOTT:  As I said, good evening.  King & Queens -- I'm here on behalf of King & Queens.

SUPERVISOR CARPENTER:  Excuse me.  Just a point of clarification.  We are making the translator available to any of the speakers that come up so that their wishes can be shared with everyone; correct?  So, do we need to have this --

MR. CICALE:  No.

(Inaudible audience

ISLIP00029313

comments.)

SUPERVISOR CARPENTER:

Excuse me. I was asking Counsel.

But I appreciate it.

MR. CICALE: Supervisor,

it's a requirement for the speakers

so that they are not deprived of

the opportunity to address the

Board. There is not a requirement

to provide one for the applicant.

SUPERVISOR CARPENTER: Okay.

So thank you.

MS. BURBOTT: So we don't

need her?

SUPERVISOR CARPENTER:

Right.

MS. BURBOTT: Okay. Thank

so you much.

Okay. King & Queens

Transload has an application in

front of the Board for approval for

a change of zone and a special

permit for the property located at

80 Emjay Boulevard in Brentwood.

ISLIP00029314

The property is 3.61 acres. And as I said, it's in an I-1 zone. We are seeking it get converted to an I-2 zone, which would allow with a special permit the construction and operation of a metal scrap recycling facility.

Attendant to that request is also the approval for the rail shipment from the facility of the scrap that has been processed and recovered.

I believe you have in your packet the site plan that we had submitted to Planning, which shows our intended reconstruction of this facility. I assume the Board is familiar that this was for the last ten years prior to the time that it burned was a solid waste transfer facility, quite a large one, which is use that's permitted by right in the I-1 zone.

The plan that you have in

ISLIP00029315

front of you will show we are
maintaining both the setbacks on
the property.  We have a 25-foot
landscaping setback from Emjay
Boulevard, which is deciduous in
evergreen trees.

The facility will be
utilizing, after we reconstitute
them, the inbound and outbound
scales on the property  And the
property will be accepting, as I
said, metal scrap from people who
will deliver it.  We will process
it with state-of-the-art, highly
advanced processing equipment.

When we were in front of the
Planning Board, Commissioner
Zapolski actually asked if there
was a facility like this nearby
that the Planning Board or the Town
Board could go view.  And we told
them actually there isn't because
this is one of the most cutting
edge technologies for the

ISLIP00029316

processing and recovery of metals.

And it's a series of processing equipment where you have a much higher rate of recovery for the metals and improve the total amount of metals that end up being recycled.

After the Planning Board public hearing, we did meet with Commissioner Zapolski and his staff, and agreed upon some significant I think covenants and restrictions for the property going forward.

Those include the limitation that if a special permit is granted, it's going to be granted for the exclusive use as a scrap processing facility.  There's also limitations on the outdoor storage of any kind of materials, scrap materials.

We also did a comparison for the Planning Board -- I don't know

ISLIP00029317

if it's in your packets -- of the
impact in the neighborhood of an
I-1 use such as the transfer
station that was there before, as
opposed to our use in an I-2, which
we are very confident will result
in a significant lessening of
traffic that had been previously
accessing this particular site.

We also agreed in the
covenants and restrictions that
because there seemed to be some
concern in the neighborhood that
this was a segue to somehow putting
a solid waste transfer station back
there.

We agreed that we're never
going to be using it for the
disposition of solid waste   It's
truly limited to processing of
scrap.

One of the final things we
dealt with at Commissioner
Zapolski's suggestion was the Emjay

ISLIP00029318

property, if you went to visit it,
the foundation -- I wouldn't say
foundation, but the previous
building that was on there was
40,000 square feet. And it was set
on top of ten-foot-high concrete
walls.

All of the scrap processing
equipment that we'll be using for
this endeavor is going to be within
those ten-foot walls on the back of
the property, near the rear of the
property. The former outline of
the building was near the back of
the property in front of the
railroad tracks, which gave access
for shipment.

In addition, we're going to
construct a sound attenuation
barrier around the scrap processing
equipment in addition to the
ten-foot walls.

And our final suggestion was
because of concern with respect to

ISLIP00029319

the neighborhood, we will be
constructing sound attenuation
walls of at least ten feet in
height around the entire property
perimeter, which we think will
greatly limit any -- hopefully --
noise impacts in the area.

I'd be happy to answer any
questions of the Board, or listen
to the public's comments on this
application

SUPERVISOR CARPENTER:  Does
anyone have any questions of the
applicant?

COUNCILMAN SENFT·  I do.
You know, you based -- you
indicated that there is going to be
a decrease in roughly 41 percent of
the transient activity from
delivery trucks based upon the
former use as a transfer station to
the proposed use.

What do you base your
estimates of your activity on?  Is

ISLIP00029320

it industry standard, or is it some
capacity to operate per day, or
something else?

MS. BURBOTT: And again,
I'll use the former transfer
station as a good point of
comparison, but I think it's the
most recent impact.

The former transfer station
that was there was approved to
accept 1,200 tons a day of waste.
And we have put together for the
Planning Board the fact that based
on how the waste came in, which
came in in a mix between tractor
trailers, and you know, smaller
trucks, that the average truck
traffic going up and down Suffolk
Avenue to that facility was
approximately 230 trucks a day.

Our use is limited by the
equipment, itself. So, the
equipment cannot process more than
350 tons a day. That being the

ISLIP00029321

case, also using the same mix; i.e., some of it will come in in smaller trucks, but much of it would come in in larger trucks.

We don't estimate that we'll ever get more than 100 trucks accessing the facility. So it's a significant reduction from what the prior use was.

COUNCILMAN SENFT: So now your ability to process will be reduced as it compares to the transfer station. But as I understand it, you are also agreeing to the CR, or covenant and restriction, that will prohibit you from storing material outside of your facility so that you cannot really store more than you can process in one day. Is that a fair statement?

MS. BURBOTT: That's true. And I think part of the confusion here has been that -- I know it's

ISLIP00029322

difficult having not seen the equipment, but this is not -- we're not in here seeking a special permit for a junkyard.

This is a scrap processing facility. And the material comes in, is processed, further processed down the line. The various types of metals are separated out, and then they're shipped

So while there will be some amount of stockpiling of -- a stockpile of metals that have been sheared and further reduced, only stockpiled until you can load them in rail cars to ship, unlike a typical, I would say, junkyard where people accumulate material, and then wait for a value of that material to increase before they would sell it.

We will be operating this facility based on national and international supply contracts.

ISLIP00029323

So, somebody in need of metal for recycling, we'll be entering into agreements with them to supply that material, which means we need to process it and get it shipped as quickly as possible.

It does us no good to keep it on the property whatsoever because we're not going to be able to meet our supply contracts. And furthermore, you take the risk that you lose the commodity market pricing while you're waiting to see if you can improve it.

COUNCILMAN SENFT: How would you compare your rail usage for the processed material versus the rail usage in its former use?

MS. BURBOTT: Well, they were doing 1,200 tons a day, which meant that they were using two different types of cars. They were using some gondola cars, which can hold 100 tons. But they were

ISLIP00029324

largely putting a lot of the
material, the municipal solid
waste, into containers, and then
putting those on rail cars.

Those rail cars only hold
approximately 80 tons.  So just by
comparison, we're going to max out
at a process of 365 tons a day
approximately, which is the
equivalent -- all of ours would go
into what we call gondola cars,
which are the open top kind of cars
you traditionally associate with a
railroad.

We'd probably be -- that
means we'd only need four cars a
day as opposed to -- take the
1,200, and even if you divide it by
the gondola cars, they would have
been generating 12 rail cars a day.
So, it's less rail traffic also.

COUNCILMAN SENFT:  Thank
you.

SUPERVISOR CARPENTER:  Are

ISLIP00029325

there any other questions for the
applicant?

(There was no response.)

SUPERVISOR CARPENTER:  Mr.
Zapolski, if you would come
forward.

COMMISSIONER ZAPOLSKI:
Thank you, Supervisor Carpenter,
members of the Board.  Rich
Zapolski, Planning Commissioner,
Town of Islip.

This site is located at 80
Emjay Boulevard in Brentwood.  The
property had been used as a solid
waste transfer station, which was
permitted in the Industrial 1
District as-of-right.

Several fires occurred at
this facility, and the last fire
destroyed the facility in 2013.
The main structure was removed and
only the foundation remains.

The primary concerns raised
at the Planning Board hearing for

ISLIP00029326

this application was noise and the smells from the old transfer station. And based on the testimony received by local businesses, this proposed use could be a marked improvement over the old transfer station.

Due to the fact that no garbage or waste will be brought into this site, odors should no longer be an issue. And in terms of noise mitigation, the applicants have proposed sound attenuation walls around the perimeter of the property, and an enclosure around the actual processing area.

Other concerns recently raised were the potential for an increase in truck traffic. The applicant has submitted information regarding this, which shows a 42 percent decrease in the amount of truck trips generated by the proposed use compared to the prior

ISLIP00029327

transfer station.

The applicant anticipates utilizing four outbound rail cars per day as compared to the prior use of 12 cars

While this property is surrounded by Industrial 1 parcels, it is not an Industrial 2 node. But given the overall decrease in truck traffic from the prior approved use and the applicant's proposed use of the rail spur, this would help reduce the overall truck traffic that could impact nearby residential areas.

Additionally, the sound attenuation walls and proposed enclosures will mitigate the noise impacts.

A Planning Board public hearing was held on this application on February 5, 2015. A decision was made on March 19, 2015. A short environmental

ISLIP00029328

assessment form has been completed
with no significant adverse
environmental impacts anticipated.

A determination has not yet
been received from the Suffolk
County Planning Commission.

The Planning Board
recommends the Town Board grant
this application subject to the
attached covenants.

SUPERVISOR CARPENTER: Are
there any questions for Mr.
Zapolski?

COUNCILMAN COCHRANE, JR.:
Commissioner, a couple of things.
One, the applicant -- they throw
this out the door, they can, by
right, start a transfer station and
start processing waste again?

COMMISSIONER ZAPOLSKI: Yes.
They would have to modify their 360
application that's in front of New
York State DEC. And they,
as-of-right could operate a solid

ISLIP00029329

waste transfer station.

COUNCILMAN COCHRANE, JR.:
So it will stop the trucks coming
in from the Hamptons, and all of
that stuff that we went through
last year by now allowing the zone
change to have this new structure
go up?

So they're willing to commit
that they're not going to go, by a
change of zone, do waste transfer
anymore?

COMMISSIONER ZAPOLSKI: This
zone change request would allow us
to put covenants on the property
that would restrict it to the use
that they're saying. And the zone
change actually prohibits the solid
waste transfer facility from being
allowed at all.

COUNCILMAN COCHRANE: And
this is going to be the building?
You're showing us the actual
manufacturing plant, how it is with

ISLIP00029330

the stainless steel siding, you

know, almost the 22nd Century look?

MS. BURBOTT: Yes.

COUNCILMAN COCHRANE, JR.:

The sound attenuation walls, can we

make those to code? Because that's

what I think Jay King -- work with

Jay King. Because they look like

the real deal that we use in the

Navy on the aircraft carriers to

deflect sound as well as heat. I

mean, that looks to be the wall

surrounding the facility.

COMMISSIONER ZAPOLSKI: That

will actually --

MS. BURBOTT: I'm sorry to

interrupt the Commissioner. Mr.

Cochrane, that is an example --

flip to the page in front of that.

There's two different -- let me

just start it differently.

We're giving three layers of

protections for the sound. The

first one is, all of this equipment

ISLIP00029331

is going to go within that ten-foot
concrete wall that's already on the
property.  And that served a
40,000-square-foot building.  So
what is that?  It's 160 feet long
by 60 feet wide, or whatever it is.
So that's the first thing.

The example there -- change
it.  That one.  This is from that
brochure, and it's actually a
better representation.  Do you see
the blue chute coming out?

COUNCILMAN COCHRANE, JR.:
Yes.

MS. BURBOTT:  That's the
conveyor system coming out of the
actual processing equipment.  So
that -- inside the concrete walls
is going to be the processing
equipment, and then that enclosure
is going to be around the
processing equipment.

And then we're doing sound
walls ten feet -- at least ten feet

ISLIP00029332

high all the way around the
property.

COUNCILMAN COCHRANE, JR.:
Wow. Okay. Thank you. That
explains it. Thank you,
Commissioner.

SUPERVISOR CARPENTER: I
have a question. When the trucks
come in, is everything done within
the building?

COMMISSIONER ZAPOLSKI: Yes.
As was described before, there are
ten-foot-high concrete foundation
walls that remain from the old
building. The trucks would go
inside that area, bring the items
that are going to be processed.

That would go inside the
area that she's just covering up
right now.

MS. BURBOTT: Sorry. Right.
It's all within --

COMMISSIONER ZAPOLSKI: The
materials would then be brought

ISLIP00029333

into that, processed, and then put into the rail cars and shipped out.

MS. BURBOTT:  This is an example of the perimeter type of wall.  It's the type of walls that are approved by the United States Highway Administration (indicating).  It's sound walls around heavy thoroughfares.

And we have a couple of different examples because we haven't really -- I have to admit from a beauty standpoint, I haven't figured out which one I like.

COMMISSIONER ZAPOLSKI: However, those walls are being put inside the existing landscaping, which already provides a pretty significant buffer along Emjay.

SUPERVISOR CARPENTER:  Okay.

COUNCILMAN FLOTTERON: Commissioner, question.  Right now -- I was looking at a map.  The only way you can really get through

ISLIP00029334

-- get to this place is through the residential neighborhoods.

Typically, that's not -- a lot of our industrial zones aren't that way. But we're stuck in a sense because this was zoning that was approved back in '50s or the '60s, or something.

COMMISSIONER ZAPOLSKI:  This has been an industrial area since the old Hills warehouse had been constructed, you know, just west of this residential area.  The southerly route in, and typically a northerly route in and out, too, right through a residential neighborhood.

It is not typically a way that we would design things now.  I think that there have been attempts to find alternate routes to serve that industrial.  There's some possibilities to the north.  The possibilities to the south would

ISLIP00029335

mean a grade crossing over the railroad tracks or under the railroad tracks, however you would explore that. It's typically more difficult to obtain.

COUNCILMAN FLOTTERON: So again, the neighborhood or the property owner is stuck. This is from the original zoning. They have certain rights from something that was probably approved sounds like almost 50 years ago.

It sounds like even when we were hearing about the hospital before, it was just -- when they had -- there weren't buffers, say, on the west side of the hospital. Back then they used to blacktop right to the property line I guess. Now we have setbacks and stuff. So that's where, say, our hands are sort of tied, what is allowed to be there or not.

COMMISSIONER ZAPOLSKI: I

ISLIP00029336

think we're much more sensitive
nowadays with site planning and
zoning than it was back then.

COUNCILMAN FLOTTERON: And,
say, the zone for this type of
application, they would be able to
do as-of-right a lot of things --
the type of things they did before,
which -- and we would not be able
to ask for such things as this
double or triple layer of sound
retention walls, and how the stuff
is being done inside the building;
is that correct?

COMMISSIONER ZAPOLSKI: Yes.
Typically, if somebody is asking us
for an entitlement like this, we're
able to work with covenants and
restrictions to be able to tie them
down to a use, and to have them
provide mitigations for some of the
impacts.

COUNCILMAN FLOTTERON: So by
coming here for a change of zone,

ISLIP00029337

we're able then to have these
protections of the sound.  We're
able to have these -- the control
of the sound with these walls.  We
have the protection of -- it seems
like they're limiting the hours
from 7 00 a m  to 7:00 p.m  for
outside work.  Right now, isn't the
limit in the sound code until,
like, 10 00 at night or something?

COMMISSIONER ZAPOLSKI·
There is a sound change.  But we
don't have the right to limit
people's hours of operation in an
as-of-right zone.

COUNCILMAN FLOTTERON   Yes.
So right now this is limiting their
hours for outside work?

COMMISSIONER ZAPOLSKI·
Right.  Because they're asking for
an entitlement, we're able to put
that restriction in.

COUNCILMAN FLOTTERON·  So
again, if we didn't -- if they

ISLIP00029338

weren't going to change the use, if
they were going back -- the
property owner, if they were going
to do what was being done here in
the past, we would not be able to
ask for any of these things
legally?

COMMISSIONER ZAPOLSKI:  No,
we wouldn't.  We wouldn't be able
to limit hours of operation.

COUNCILMAN FLOTTERON:  Okay.
Another question.  So, it's more
restrictive hours.  The processing
it seems like it's done inside the
building, almost all of it, the
processing; is that correct?

COMMISSIONER ZAPOLSKI:  It
is.  If you look at the site plan,
there's actually three levels of
sound attenuation.  One at the
machinery, itself.  One where the
truck would transfer its load to
the equipment.  And then around the
perimeter of the property is

ISLIP00029339

another layer of sound attenuation.

COUNCILMAN FLOTTERON:  And outside storage, I see there's a limit to 20 feet.  As of right now if we didn't have that -- we were able to ask for that, get that now if we approve this.  Before, what was the height that it was allowed to go to?

COMMISSIONER ZAPOLSKI: Before it was a matter of what was approved by the New York State DEC to be allowed inside the building, which was, unfortunately, broken. They often didn't follow those rules in that building.

COUNCILMAN FLOTTERON:  But it was higher than the 20 feet?

COMMISSIONER ZAPOLSKI:  I don't know the height of that building.

COUNCILMAN FLOTTERON:  Okay. And another question that has come up in the area is the prior -- to

ISLIP00029340

the industrial area, is when the
trucks go through the neighborhood,
things fall off the trucks, fall in
the neighborhood.

Is there anything -- do we
have any help with that from the
applicant where they -- or is this
something that discussed with the
applicant that maybe once during
the day that they go down and clean
up the street giving some
protections there for the route in?

COMMISSIONER ZAPOLSKI:
That's a good question.  I don't
know if the trucks are totally
enclosed or not.  Maybe I could ask
the applicant.

COUNCILMAN FLOTTERON:  Go
ahead.

MS. BURBOTT:  It depends on
the type of material that's being
delivered. Most of the trucks would
be -- most of this material -- a
lot of this material -- I don't

ISLIP00029341

have percentages -- you know, the typical kind of roll-off box that you put at a construction site?

COUNCILMAN FLOTTERON:  Yes.

MS. BURBOTT:  The metals are loaded in that, put on a truck That's the type of truck that brings it in.

COUNCILMAN FLOTTERON.  There is a concern in the neighborhood *from the other uses down there,* is that they come down off Crooked Hill, run right into the neighborhood because that's the way that you have to bring your trucks, *and things come off,* fall off the truck, and they have debris in the street.

And that's their concern, is they've had some bad neighbors who *don't go comb the street*  They want to maybe hear that you're going to be very responsible, and in a way have some protections in

ISLIP00029342

the covenant.

MS. BURBOIT:  Well, let me say this because none of these folks know us.  And we're new   But I can tell you, I was out there yesterday morning, and I was appalled at the frontage

First of all, we've had to call to get -- people have abandoned trucks in front of this facility and just left.  We've had to call to have them removed.

Yesterday when I was down there, somebody dumped three loads of crushed asphalt they pulled up from a road on the landscaping in front of the property.  There was litter all the way down Emjay Boulevard.  I guess that's the -- it runs what, east-west?  It was the south side of Emjay Boulevard. It was just littered.

And the comment I made is -- I mean, at a minimum -- and I'm not

ISLIP00029343

criticizing any of the other
businesses out there, but at a
minimum I can't believe people
aren't at least engaging for their
own -- whether it's being a good
neighbor or just having a sense of
propriety, to be picking the litter
up in front of their various
businesses.

So, it's not as -- I don't
think that's something subject to a
covenant. But I can tell you
that's not the type of housekeeping
I would tolerate.

Also, what I liked about the
property when I picked it up was
the fact that there was this
25-foot buffer of plantings between
the road and the interior of the
property.

And as the Commissioner
said, these walls will go on the
inside of the plantings. And I've
already even talked tonight about

ISLIP00029344

having somebody come out and check
the trees. They're both deciduous
and evergreens.

And the rest of the
plantings in front of it -- because
I have to admit. I think the one
thing that was decent about the
place when they were running it as
a transfer station -- because the
property owner was a large
landscaper, large installer of
landscaping, the front of the
property was very well landscaped.
And I think it had been maintained.

What went on behind it was
nothing anybody here wants to think
about.

But the answer to the
question is yes. I mean, I think
it's reasonable to assume you take
some pride, not just in your
neighborhood, in your street. Even
though I don't think any of that
litter was generated -- obviously

ISLIP00029345

this place has not been operating
for a year.

But I think you can -- the
rising tide raises all boats.  I
think if somebody starts to
demonstrate a little bit of pride,
it would go a long way.

And if I could just let you
know, only because I've got the
deed, this was approved as an I-1
zone in 1963 as part of the entire
rezoning of that block.

COUNCILMAN FLOTTERON:  Thank
you.

SUPERVISOR CARPENTER:  Thank
you.  Are there any other
questions?

COUNCILMAN SENFT:  Yes.
Commissioner, during your
presentation you indicated that at
this point we have not received a
local determination from the
Suffolk County Planning Commission.

COMMISSIONER ZAPOLSKI:

ISLIP00029346

That's correct.

COUNCILMAN SENFT, JR.: Can
you tell me why that is, and what
impact does the lack of a local
determination by Suffolk County
have on this Board?

COMMISSIONER ZAPOLSKI:
Well, the reason we were given by
Suffolk County -- so, we checked in
with them today because we hadn't
received it. We gave them a call.

The reason that we were told
that we didn't receive it was
because when they received it from
us, they all stuck together and
they didn't see this particular
one, and that they'd need one more
day to review it.

So, I accepted that
reasoning, and I went up to the
Town Attorney's Office and asked
what the ramifications of that was.
And I would leave that to Rob as
far as how that affects any

ISLIP00029347

decisions that are made tonight.

COUNCILMAN SENFT:

Commissioner, how had you delivered

the particular packet to Suffolk

County Planning Commission?

COMMISSIONER ZAPOLSKI:  We

sent it electronically, and by PDF,

and we also faxed it over.

COUNCILMAN SENFT:  So the

electronic file, PDF, stuck

together?

COMMISSIONER ZAPOLSKI:  I

don't quite know the answer.

Perhaps when they printed it out

they stuck together.

COUNCILMAN SENFT, JR.:

Thank you.

SUPERVISOR CARPENTER:  Are

there any other questions?

(There was no response.)

SUPERVISOR CARPENTER:  All

right.  I assume that we have a

number of speakers to speak on

this.  So if we could do this in an

ISLIP00029348

orderly fashion, and you have three minutes. So if you would come up, give your name.

MR. GRAVESANDY: Good evening.

SUPERVISOR CARPENTER: You're up here now. But I understand that we've been joined by Assemblyman Ramos. And as has been past practice in my other life in the legislature, we usually give courtesy to elected officials if they want to come forward and speak.

ASSEMBLYMAN RAMOS: Madam Supervisor, I'll defer to him for the first -- I'll go after him.

SUPERVISOR CARPENTER: Okay. Great. Thank you.

MR. GRAVESANDY: Good evening. My name is Gary Gravesandy, G-R-A-V-E-S-A-N-D-Y. I have lived in the Town of Islip for 24 years. I have lived in the

ISLIP00029349

Brentwood community for 22 years.

I'm a United States Marine Corps veteran.  I am the vice commander of the American Legion Post in Brentwood.  I am the chairman of the Boy Scouts of America for the Sagtikos District, which includes Islip.

In my time in the Marine Corps I was -- my MOS was mechanic and truck driver.  And my concern is that as a truck driver in my past life, is when those trucks come through our neighborhood, and just as you can see during the winter, we are left with a lot of potholes.

And when those trucks come down the road and they hit a pothole, debris just comes off the truck.  And that's my concern.

Being that we're part of the Boy Scouts of America, as a service organization, I have seven units

ISLIP00029350

here in Brentwood that we go out sometimes to clean up the neighborhood of all the garbage. But nevertheless, we can't do it all. And there's a lot time there is garbage.

I pretty much take offense about what -- the application that was being presented, and I hope you don't approve it. Because I live in that neighborhood.

Within the last five years we in the neighborhood, along with the neighborhood of Brentwood Gardens have come together to start trying to make a change in our neighborhood as best as we can. As you know, we have done a lot of cleaning up of graffiti and try to do the area as best as we can.

So, I'm very concerned about 100 trucks coming to that facility. Because a lot of times -- and I live on Nimitz Avenue, 43 Nimitz

ISLIP00029351

Avenue -- the trucks, when there is
congestion on Crooked Hill Road,
detour down Nimitz Avenue in the
speeding sense.

And I know that you know
that Brentwood is a growing
community with more kids,
especially in the summertime when
they're out there trying to play
soccer or basketball. That
concerns me about these trucks
coming in through the neighborhood.

You know, we're concerned
tonight because we're -- as
neighbors because the prior five
applications was approved -- four
or three, and we are concerned that
you guys will approve this one.
We're hoping you don't approve it.

Out of my eight years
serving in the Marine Corps, there
is an environmental factor that I'm
concerned with, with this facility.
As you all know, the President of

ISLIP00029352

the United States just signed an
executive order for us who were
serving in Camp Lejeune and
Palentin (phonetic) about
contaminated stuff leaking into our
water.

And I'm afraid that this
might happen to our neighborhood.
I have that diagnosis as a
service-connected veteran with all
my GI problems. That is based on
contamination and environmental
factors.

My wife and I are asthmatic.
And I have kids that are asthmatic.
And there are many other people in
the community that have respiratory
problems. Thank you for your time.

SUPERVISOR CARPENTER: Thank
you, sir. Next, Assemblyman Ramos.

ASSEMBLYMAN RAMOS: Thank
you. Assemblyman Ramos, 1010
Suffolk Avenue, Brentwood.

Madam Supervisor, members of

ISLIP00029353

the Board, I come before you once again to express my dismay and outrage collectively of my community on what is about to be placed in our community.

Madam Supervisor, first I would like to welcome you. For me, it's a breath of fresh air to have you come, someone who I know. We've had a good working relationship in the past; and one who bears none of the baggage of prior things that have happened.

And I'm looking forward -- very much looking forward to working with you on many of the issues hand in hand.

I represent a community that is totally frustrated and outraged at the treatment and at the culture of discrimination towards our community in that so many things have been permitted without -- with very little input.

ISLIP00029354

A community that's a working community. In many cases, a poor community. People are working two jobs. Don't have time to come to public hearings. That's been taken advantage of to place undesirable projects.

And many times we feel patronized. We feel patronized in that this same way this is being sold, the prior transfer station was being sold as well. The same talking points, the same patronizing ideas that if you have to put three walls in front of a facility, could you imagine what that facility is emitting that we have to protect it with three walls into a residential area?

We have a Commissioner who testified here that this was sited there in the '60s, and that today it would have never been done that way. And now we want to multiply

ISLIP00029355

here the amount of truck traffic going on there now that we have an opportunity that the facility has stopped, that the trucks that were coming in over the summer from the Hamptons has stopped.

And the comparison that we keep hearing about well, the old facility was doing this, and this new one will do this, it's as well patronizing to the intelligent people in our community.

Talking about well, there was 300 trucks, and now it's going to be 100 trucks.  You know, if every day you hit me in the head with a hammer, and then one day you come and you hit me with a stick, it doesn't make you a good guy. It's equally as distasteful and as impacting on the quality of life in our community.

It's a community that will be impacted by this processing, as

ISLIP00029356

well as the traffic, as well as the
trucks coming by, that has
historically trucks coming on
Suffolk Avenue that have damaged
trees, have left garbage, have made
noise around the clock.  And now
that it's only going to be ten
hours a day -- nobody is going to
be happy about that.

It's an opportunity.  The
fact that this has left our
community, it's an opportunity to
change that situation, to right a
wrong that was made in the '60s,
not exacerbate it with the truck
traffic, with processing now of
metals.

I'm not sure if you're
aware, but there is a Board of
Health study of that area.  After
-- first off, there are three power
plants sited.  And there's one
power plant sited right next to
this neighborhood.

ISLIP00029357

And there was a Board of Health study done, and they found that Regis Park suffers from a higher level of colorectal cancer and asthma. And now we're going to process things there.

And we're going to have more truck traffic now that truck traffic has eased a lot from the other facility not operating. Now we're going to increase it and exacerbate things in our -- ailments that our children have and further health risks.

We, as a community, have grown weary of the Town of Islip historically and repeated regarding our neighborhoods as a dumping ground for undesirable facilities.

In the past, recent past, Roberto Clemente Park was polluted under the neglectful watch of the Town of Islip. And as a result, homes in our working class

ISLIP00029358

communities where residents continually struggle to provide for their families, those homes were devalued.

This project will devalue homes. Who wants to buy a home next to a metal processing plant?

When you run up our community by decreasing the standard of living, taking away opportunities through negligence, you're destroying -- and taking equity -- destroying the dreams of working families who come to our area for a better quality of life.

And just as you saw the burn -- the garbage transfer fiasco, the strong reaction in opposition to the actions of the Town of Islip, today you are also seeing that residents in this area do not want to be treated like garbage, and will take action to preserve the integrity of our community.

ISLIP00029359

It's no longer the silent communities of the '60s. And we expect that Town Hall treats us equally. We all know that if this was proposed in the middle of Sayville, it would be a nonstarter We know that.

No matter what justification you can give, there's nobody in my community who will buy that this would be even thought of to be placed in an area like Sayville.

We all have serious concerns about the potential environmental, and health, and safety hazards of a scrap metal facility being located on the same site that that solid waste building, which caught fire -- again, before that solid waste building was put there, there was a similar process selling that to our community -- and there was a fire there. It caught fire in 2013.

We're the only place on Long

ISLIP00029360

Island that has three power plants within a five mile area. Who allowed that siting there? One of those power plants that might be unbeknownst to a lot of people here. The one right next to Regis Park was emitting sulfur levels above the legal limit for ten months without anybody in our community being advised.

And they were fined a half a million dollars. LIPA was fined a half a million dollars for emitting that sulfur into Regis Park, not notifying anybody. And the half a million dollars, you know where it went? To build a bicycle trail in Queens. That's where that went.

That's the constant insult that we have in our community and the way we are treated. After the fiasco in Clemente Park where our children played for over a year, where they followed -- the press

ISLIP00029361

followed the money and followed it
right back to Town Hall. We are
fed up with the way we are treated
as a community. We don't want a
processing plant for metals in that
neighborhood.

The Town of Islip has
allowed a gravel pit in Fifth
Avenue that blows sand into all the
homes in that area there. The
garbage processing plant, we spoke
of before in the neighborhood.

I alone, with my fellow
neighbors worry about the
devaluation of our homes, the
exposure of pollutants to our
children, and the stigmatization
that comes with neighborhoods that
have a scrap metal facility next to
homes.

A solid waste facility did
-- the solid waste facility that
you sited there before, it didn't
boost the economic growth of the

ISLIP00029362

community.  It didn't promote any
community development   and neither
will a scrap metal facility

Let us study firsthand how
such conditions have affected the
health and safety of our residents
instead of implementing more
undesirable projects in our
community.

We should -- let us consider
legislative solutions that will
protect the quality of life   Why
don't we place some parks there?
Why don't we place something to add
to the quality of -- to increase
the values of our homes, to give
our children and our residents
somewhere to go instead of
industrializing; industrializing
where people live and choose to
raise their families.  This will
not force the economic growth and
job opportunities locally.

I stand with my community in

ISLIP00029363

opposition to this proposal.  And I
*demand that the Town of Islip*
officials stop using our
neighborhoods as a garbage can for
Long Island.  Thank you very much.

SUPERVISOR CARPENTER:  Thank
you.

MR. ROSABO:  Hello.  My name
is Edward Rosabo, R-O-S-A-B-O.  I
live at 51 Macarthur Avenue, which
is less than a half mile from that
Emjay facility.

*Now, two years ago there was*
a big fire.  And the smell in the
community was so bad.  It took,
like, four fire departments from
*different areas to contain that*
fire.  I'm sorry, but I've got a
problem with this.

And as far as the trucks
going down Suffolk Avenue, no. I
see them on Macarthur Avenue.  And
I see stuff falling off the trucks.
They create pot holes.  And it

ISLIP00029364

*doesn't get fixed.*

Now, I would like to know something. Has there been an environmental study on how this will impact our community? No; right? So right now, I think you should stop right now, and have these issues addressed.

How will it affect our community? How will it affect the *kids that live there? I don't want* these kids to get sick ten, 20, 30 years from now. We need to stop this. It doesn't do no good for our community. And I think the people are fed up.

There's enough issues with *Emjay as it is. We don't know what* these guys are doing, what their process is. What is the process of scrap metal? How is this going to affect our air? Because the process has got to go up.

So I think we should stop.

ISLIP00029365

That's all I have to say.  Thank you for your time.

SUPERVISOR CARPENTER:  Thank you.

MR. PEREIRA:  Good evening. My name is Michael Pereira.  I live at 20 Ridgewood Avenue, Brentwood, New York.  And I call that home.

And I say these words specifically because I was born and raised on Long Island.  I graduated from North Babylon High School. And now I live in Brentwood where I attend Suffolk Community College, where hopefully I will go off to attend another university and study environmental conservation.

So, I understand that many of the grievances include smell, which I feel that she went off very elaborately how we wouldn't have the same problem as we did previously in the past transfer station.

ISLIP00029366

Sound, which obviously
through these walls and the 22nd
Century innovation of the
structure, we wouldn't have that
problem.

Also, a quick science lesson
about pot holes.  Pot holes are
created when snow falls and then
melts and goes into the crack of
the cement, and then expands, which
breaks up the cement.  So the pot
holes -- there we go.

I just wanted to express how
much I love Long Island, how Long
Island is my culture.  Long Island
means that you go to Jones Beach in
the summer.  It means that we have
the best pizzerias and the best
bagel shops.        .

It means that we go to Ducks
games.  It means that there is so
much that is possibly able to be
lost if myself and everybody around
my age cannot find work on Long

ISLIP00029367

Island, and cannot sustain a life on Long Island, and we are forced to move to other places.

So creating jobs in green energy and recycling is my deepest, deepest priority for my own sustaining of my own culture. Because my dream growing up was to raise my children in the best place in the world to live in my opinion.

So, I support this project and ask the Board to vote yes. And I think that this project will bring very -- not only decent jobs, but careers to Brentwood, which is very important to me because I currently work in Central Islip where I make $10 an hour, and it's very difficult to pay for tuition, and car payments, and insurance, and phone, and textbooks.

So we need careers, not just jobs. Thank you.

SUPERVISOR CARPENTER: Thank

ISLIP00029368

you, Michael. Next speaker. This gentleman over here (indicating), and then you next (indicating).

And at the next meeting we will have a more orderly -- we will do as we do it in Town Board meetings where you will sign up and everyone will have an assigned time. I think it will run a little bit more efficiently. But go ahead.

MR. RIVERA: Hello, Ms. Carpenter, Town Board. I live at 32 21st Avenue, North Bay Shore. And there is a lot --

TOWN CLERK MURRAY: Sir, your name, please.

AUDIENCE MEMBER: Oh, Louis Rivera, R-I-V-E-R-A.

TOWN CLERK MURRAY: Thank you.

MR. RIVERA: And I'm hearing a lot of things about it's not going to go in Sayville. It's not

ISLIP00029369

going to go here. It's not going over there. For the audience's information, there happens to be an incinerator plant in Sayville, Resource Recovery in Sayville, and also you have the landfill that was capped off in Sayville. You also have the compost area that's in Sayville right by the train tracks.

AUDIENCE MEMBER: Ronkonkoma.

MR. RIVERA: Ronkonkoma, thank you. Having this facility will bring jobs. It will bring a tax break to the people. It's not fair to homeowners that we have to pay all of the money, and all of the businesses and corporations go elsewhere. We need corporations to give us a break. This way we can have the money in our pocket.

Mr. Assemblyman over here complains about the ten million dollars or so that went to New York

ISLIP00029370

City.  That's not a Town issue.
That's not a Town Board issue.
That's not your issue as a
Supervisor.  That's his issue as a
representative of the community.
Why is it going to New York?
That's a political issue for him,
not here.

So, by having this -- I was
looking on the Internet.  An
average recycling facility of this
magnitude will bring roughly about
10.5 billion dollars.  It's a
billion dollar industry.  We can
get that money.

We can now have the money to
fix our pot holes, fix up our
communities, build parks in
noncommercial areas, in a
residential area, and a park area.

The parks that we do have,
we can make them better.  We can
bring in a sprinkler park.  We can
bring pools.  We can bring so much

ISLIP00029371

by having this.

This isn't a facility where you're just going to drop off metal, and have cars, and junkyards.  This is a state-of-the-art facility with grinders.  You have these huge powerful grinders that shred the metal.  So it's shredding the metal.  If it falls off, that's what we have the Town for.  That's why --

(Inaudible audience comments.)

SUPERVISOR CARPENTER: Excuse me.  Please, let the speaker speak.  Everyone will have an opportunity to speak, but no comments from the audience, please.

MR. RIVERA:  That's why we have a Town.  We have a DPW.  I'm sure the Town will help out, as well as this facility will help out to do it.  If it becomes an issue,

ISLIP00029372

since we have a covenant on it, we can address it. But if you leave it the way that it is, they can do whatever they want.

So if we want to be able to control our community, we have to work hand in hand with the facility and the Town Board to make sure that we can put covenants. We can always change something. If it's not good enough now, we can make it better tomorrow.

And just by being closed-minded and saying oh, it's economic, racism, you know, poor us. We're a poor people. No. I'm Puerto Rican and I take offense on that. Do not use my race for something. Everything I've gotten, I've earned.

And if you want to talk about environmentalists, brief history on myself. I happen to be an arborist. I am a member of

ISLIP00029373

LIAA, which is a nonprofit
organization, Long Island Arbors
Association.

Every year we volunteer
time, machinery, equipment, and
skills.  We go to every park.
We've been to Connetquot Park.
We've been in Bayard Arboretum.  We
just recently did Belmont State
Park.  We prune the trees.  We
plant the trees.

And I found out a very, very
interesting history about arbors.
We were the first
environmentalists.  Back in the day
when they were cutting all the
redwoods, we stopped it.  We have
to start planting.

So if anybody knows anything
about the environment, it is me.
Because I'm getting those
traditions passed on.

And by having a recycling
plant -- hello, recycling.  That's

ISLIP00029374

green.  That is environmental.  We need this.  We need this for the tax break.  We need this for everything.  I'm in full support and I beg you to approve this.  Thank you very much.

SUPERVISOR CARPENTER   Thank you   And I would ask, sir, your organization that donates these services to parks, to put Roberto Clemente Park on your list.

(Applause)

MR. RIVERA   I'll do one more.  My name is Louis Rivera.  At the end of the day, I will gladly give you my number, and if they don't want to volunteer for it, being that I live in the community, and I am a community member, and I'm a ball player, I'll volunteer for free, whatever you need.

SUPERVISOR CARPENTER:  Thank you.  We are going to do it together.

ISLIP00029375

This lady in the back who had her hand up. Right there (indicating). Oh, someone's up here already. Go ahead.

MR. MAHONEY: My name is Brian Mahoney. I'm at 55 Macarthur Avenue. I've been on that block since 2010. And since then with the logistic center around the corner, there's been at least -- about 20 or 30 tractor trailers going past my house, and the road behind, on St. Andrews.

And like people have been saying, the roads are horrible in the Regis Park section. The Regis Park section has changed since the '90s, since they divided up the park there, which I still -- I think there was the baseball field where kids were hanging out. Drugs were being sold up until they divided the park.

By putting something there

ISLIP00029376

over in another recycling area,
it's not really going to do
anything.  It's bringing in more
polluting.  And no matter what you
do, it's not going to do anything.

And what kind of tax break
is the people of Brentwood going to
get?  You know, what kind of tax
break did we get when the hotel on
Park Avenue was erected?  None.
We're paying for the property taxes
for that hotel on Park Avenue by
the courthouse.

We are losing Entenmann's.
That property is up for sale.
What's going to go in there?  You
know, are we going -- is the Bay
Shore, Brentwood, Town of Islip
going to be a dumping zone?  You
know, we need to put a stop to
this.

You know, I grew up in Islip
Town.  I grew up in Suffolk County.
There's a lot of good things about

ISLIP00029377

Suffolk County, Long Island. But the one thing is, if we're going to be dumping stuff, and we're going to make nationwide news for bad things, who would want to live here and invest in Suffolk County or Nassau County?

So, I think it's time that we look into everything; the job creation, whether a facility is being built by people on Long Island. Because there's people out of work from our trades. Instead of importing people from other states. Thank you.

SUPERVISOR CARPENTER: Thank you, Mr. Mahoney. This young lady right here (indicating).

MS. QUARES: Good evening. Thank you for the opportunity to let me speak up. My name is Alba Quares (phonetic). And I live -- (inaudible) -- Brentwood. I live like a quarter a mile across where

ISLIP00029378

the business was before.

And I've been living in Brentwood for 40 years.  I know my children are graduating from -- (inaudible)   We are very proud to be living in Brentwood

And I just really ask you from the bottom of my heart to be in our shoes, that it's so many years we're suffering   Because we have, like, ghosts living in Brentwood   Nobody pay attention to us when we try to speak up.  Why? Because we are Hispanic   And most people living in there are white.

Everything that is not good for us, is for Brentwood, for Brentwood.  Already we have a bad reputation.  And bringing in more things to Brentwood is not fair. Living in a different house -- (inaudible) -- and your time working for the Town just remember Brentwood, that we're still there,

ISLIP00029379

and we're living there.

And a lot of our children, and our daughters are getting sick. Myself, I was having problems breathing   I have -- (inaudible) -- and nauseous   My husband used to get up at 2 00 in the morning to see the trucks dropping garbage there.

And my husband gets up at 5:00 in the morning and we didn't get sleep.  That said that it's starting at 6 00 in the morning until 6·00 in the afternoon.  They work sometimes until 2:00 in the morning.  And we couldn't sleep. And during the summertime couldn't even open the doors because the smell.  We have to -- (inaudible) -- in our house

So please, pay attention to this and for the first time make choices for Brentwood.  Thank you so much.

ISLIP00029380

SUPERVISOR CARPENTER:  Thank you.

MS. MALAVE:  Hello.  My name is Maria Malave.  I reside at 21 Ridgewood Avenue in Brentwood. Good evening, everybody on the Board.  I'm a homeowner.  I've lived in Brentwood for over 50 years.  I'm also an educator in the district.  And I've raised my children as well.

I do understand all the negativity and all the stuff that has happened in the past with that transfer station.  And we've had others within the community.  But in my opinion, I feel that this is in a positive direction to do something with that property rather than have the chance of something happening, you know, negative, especially when they were explaining about the covenant and the changing of the zone I think it

ISLIP00029381

was the 1 to the 2, that would protect from something like that happening in the past.

And I am unhappy about all the stuff that happened at Roberto Clemente Park. But that was a separate issue. And hopefully, that's going to be resolved and Brentwood will get justice for that.

In hearing what they had to say with the traffic, for example, it seems like that's going to be less. The trains, that's going to be less.

I tried to do some quick research on this. And there are studies out there about this being -- you know, sustainability. It reduces greenhouse gas. It saves emissions. It saves energy.

I just think that people in Brentwood have had so many things happen in the past, that when they

ISLIP00029382

see this they're attacking it in a negative way.

But I feel that if the studies were done, like the people want to know, you know, what would be the effects. And if people really did the research to realize that sustainability in America is on the up and up. And this is recycling. This can have positive effects for the community, whether it be jobs.

And you know, they're willing to work with the community. So someone that's willing to work for the community, is someone that I want in my community.

So, I just ask the Board tonight to, you know, consider the vote for this that, you know, this does happen. Thank you.

SUPERVISOR CARPENTER: Thank you.

MR. AUSTIN: Hello, Board

ISLIP00029383

members.  My name is Lindell
Austin.  I live at 21 Brentwood
Parkway in Brentwood.  And I think
it's a great idea that we bring,
you know, something to the
Brentwood neighborhood.

I've been living there about
ten years now.  And I also feel
that it would bring a lot of jobs.
And I know there's a lot of
negativity in that area.  But I
think it's time for change, and try
something new.  It would probably
work.  So just be patient with it,
and I think everything will happen.
Thank you very much.

SUPERVISOR CARPENTER:  Thank
you.

MS. LEWIS:  Hello.  My name
is Lasheca, L-A-S-H-E-C-A, Lewis,
55 2nd Avenue, Unit 7, Brentwood,
New York.  I'm here to read a
letter sent to Supervisor Carpenter
and the Town of Islip Board members

ISLIP00029384

from Legislator Martinez.

"Dear Islip Board members.
I extend my greetings to you all.
I am writing to you now in response
to community feedback I had
received in my Ninth District
office in connection to the
proposed scrap metal facility
project at 80 Emjay Boulevard.

"Many residents, who I
represent, have approached me in
sheer outrage over the possibility
of another dumping site coming to
the Brentwood hamlet.  Constituents
feel that they were not properly
notified of the initial public
hearings in this matter.

"Moreover, they have
expressed deep resentment towards
the Town of Islip for even
considering their approval of yet
another industrial site in the wake
of Roberto Clemente Park.

"Residents are requesting

ISLIP00029385

additional time wherein they may review environmental and traffic impact studies for the aforementioned area.

"While I welcome the idea of economic development and the continued growth of local businesses, I do not welcome it at the risk of impinging upon our residents' quality of life.

"I strongly urge each Town Board member to oppose the proposed conversion at Emjay Boulevard. We need to allow our constituents an opportunity to receive written notification of the requested environmental and traffic studies before any motion is made permitting King & Queens facility to conduct business in Brentwood.

"Transparency in government, or the lack thereof, has been a major concern amongst our residents, especially amongst our

ISLIP00029386

community leaders.

"If the Town Board decides to approve this venture, it will heighten feelings of distrust towards the Town Board.  By approving a proposal such as this one, the Town of Islip will be adding insult to injury to our residents given the fact the Roberto Clemente Park currently lays dormant as a toxic waste site.

"I ask for your consideration in this matter.  And in addition, I ask for a meeting to discuss possible alternatives relative to this matter.  Sincerely, Legislator Monica Martinez, 9th District."  Thank you.

SUPERVISOR CARPENTER:  Thank you very much.

Legislator Martinez and I had an opportunity to speak today.  In fact, I think she contacted the

ISLIP00029387

Planning Commissioner because she had raised an issue that was a little bit distressing.  But I think they were able to assure her that that was not the case.

But she and I have spoken. And I appreciate your coming down this evening.

MS. TALAVERA:  Good evening. My name is Josephine Talavera, T-A-L-A-V-E-R-A.  I live at 173 Suffolk Avenue.  And I want to thank you for holding this important forum for us.

By attending this Town Hall meeting, we are delivering a message, many of us, to our elected officials, which are you guys, to listen to our concern.

I'm opposed to the industrial zone change to allow a scrap metal facility to be built at Emjay Boulevard in Brentwood.  The reasons are many, besides the

ISLIP00029388

traffic flow trucks, the noise and the environmental pollution in the air, our sidewalks.

I moved to Brentwood -- I live at 173 Suffolk Avenue.  I moved to Brentwood in 1977   I understand that in 1960 they had some zone law   But when I moved there, there was a lot of woods. All these houses -- a lot of houses were built in the '70s.

So we're not talking about what happened in 1960.  This is a residential area.  We have all these kids that they can't go out to the front yard because we're afraid that one of the trucks one day is going to skip, and is going to run right into our front yard And the backyard, too.

We're just afraid of the pollution in the air that's going to come.  And it's coming.

Something else was brought

ISLIP00029389

up with the holes because of the
snow.  We have holes   We don't
have snow in the summer, and we
have pot holes from these trucks.
We have 18-wheelers coming in one
after the other, one after the
other.

If you're making a -- I live
on 173.  And if I'm going into
Pathmark, which means I have to
make a left, we have trucks that
are coming in.  And that street is
too narrow.  I either have to
really back up -- back up.  Let the
truck in, or go get on line for us
to stand and wait for that light.

And they're coming down
Fifth Avenue, and they're making a
right into Suffolk Avenue   You
better back up because they're --
someday we're going to have a
really bad accident from all these
trucks

The light there, it's only

ISLIP00029390

three cars are allowed to go
through.  Three cars.  Never mind
if you have three trucks in front
of you.  One truck at a time.  You
could be waiting at that light at
least five minutes before --
because now they have the cameras.
Heaven forbid that you walk past.
You go past that.  Because you're
going to get a summons.

So there's a lot of issues.
You're talking about you're going
to have the walls, and we're not
going to see nothing.  And we're
not going to hear nothing.  What
about the trucks that are coming?
And we're hearing it all day long.

We're hearing it in the
evening, from 7:00 -- from 6:00 to
7:00, or 6:00 to 6:00 including
Saturdays.  No. Give us a break.
This is a residential area.  We're
not talking about in the '60s when
this was all woods.

ISLIP00029391

My son -- I have a son and a daughter. Both are products from Brentwood. One -- my son is an engineer. My daughter is the -- she teaches in Italy. She teaches English. And I am proud of my Brentwood.

And the schools, to me -- my kids wanted to learn. And I was glad that we were able to provide that for them. I can't see that happening anymore with what we're getting, the junk that is getting into our system.

Please, please. We're here to raise awareness about the problems as a community we are facing. We're asking for the Board's support in denying the zone change.

We're not against getting jobs for the community. We're not -- that's not what we're talking about. We're just against all this

ISLIP00029392

traffic.  They're not going to hear
any noises from the front of the --
once they're in that territory.

But the trucks are coming in
constantly, constantly; from 7:00
to 7 00, six days a week.  It can't
-- we can't allow that to happen.
Thank you.

SUPERVISOR CARPENTER  Thank
you very much.

MS. SAMPSON:  Hi.  My name
is Wanda Sampson.  I live at 48
Macarthur Avenue.  Sampson,
S-A-M-P-S-O-N.  My complaint is not
against this lady and the facility.
It looks great.  It looks
efficient  And it looks like it's
high tech.  It looks like it can
really do something.

The problem is, like this
lady just said, it's the coming and
going to get to that facility.  I
live in Brentwood at this same
address since 1949 -- not '49.

ISLIP00029393

Sorry.  '59.  I got my numbers --
*I'm old.  What can I tell you?*

    (Laughter)

    MS. SAMPSON:  Since 1959
I've been at this same address.
I've been there since '59.  There
were no homes.  There was woods.
The grass was green.  Fruit grew in
the wild.  It was very nice.  All
of my school was in Brentwood.  I
*was proud to be from Brentwood.*

    Now, with the influx --
first, if I had my way, I would
demolish Emjay Boulevard
altogether.  Brentwood, the
neighborhood where I live at is
maybe nine, ten blocks wide.

    In those ten blocks, Suffolk
Avenue is one entrance into Emjay.
Macarthur Avenue is the other
entrance.  So now, nobody has said
that they have to go one way or the
other.  They come and go as they
please.

ISLIP00029394

I have come home from work behind a tractor trailer that has turned onto my block to go to Emjay Boulevard. And I literally had to stand on my brakes as it passed the tree and the branch came down. It would have fell on my windshield. This is part of what happens.

And that debris, who cleans it up? My gripe is that Islip Town, as this other person said, leaves Regis Park as a dumping ground. Nothing gets done. Nothing gets repaired. Even my street.

My street goes straight up to the local grocery store, Pathmark. That whole street -- I have to turn out and go out onto the main drag, Crooked Hill Road, which is not that much better. Because the incessant pot holes that they say they fix, it becomes -- it's worse because they drop

ISLIP00029395

patches of stuff in there.

It has never -- do they ever close off a side of the street and allow no parking so they can actually repave the street? That never happens. Never happens.

And the abandoned cars I see on the streets. I drove down through Emjay Boulevard. It wasn't three weeks ago. It wasn't three weeks ago. And it looked like a battleground all the way through the place.

And as they said, abandoned cars, and trucks, piles of garbage, overlays of concrete and blacktop laid out in the street. I felt like I was running the gauntlet going down through there. They need to demolish the whole street.

Now, I'm ignorant as to what these zoning codes are, the A-1, or whatever these numbers are. I know nothing about that. But I do know

ISLIP00029396

how to live. And Brentwood, nobody's living in Brentwood we're just trying to survive and coexist over there.

All of the bad elements -- I grew up and I played in this one playground across the street from me I grew up and played there. What has the Town done? Changed the name. They gave it some-freaking-body else's name over there.

And I don't even know who that person is. But they put up a nice little plaque and whatnot, this is somebody -- this is dedicated to somebody. But they have yet to put one frigging light in there.

It's nothing but an element for drug dealers, and the other -- whatever else is going on in there. What was it, 15 years ago, what was the park for? Oh, the police made

ISLIP00029397

a big raid. That was where one the gang members -- I think MS 13.

They raided that playground over there. They came in from all sides, and they raided the park and picked up gang members. But they have yet to put a light there.

So, now people are afraid when they see -- I don't even know what to call it. When you -- the damaging elements that people -- their ignorance. The people that come over. They have no respect, coming from other neighborhoods.

They go in the park. They turn over the garbage so they can sit on it. Just so they can sit down. Dump the garbage out in the park. The neighbors don't even want to say anything because we have to work. So now your house is unprotected from these same crooks and criminals that come in. You can't do nothing about it.

ISLIP00029398

I've called the police because kids had dirt bikes over in this same park while the kids is over there trying to -- little kids trying to ride on the little rides that's there. They're running around with dirt bikes.

And I don't know the law, but I don't think that's legal. I called the police. They don't even show up.

But now -- my final note. I just want to say your facility, I believe it's great.

MS. BURBOTT: Thank you.

MS. SAMPSON: The design looks good to me. It looks like it's some high tech stuff that we could use in Brentwood. But unfortunately, we need more than your facility, which has nothing to do with you. It has nothing to do with you.

You know, Suffolk Avenue. I

ISLIP00029399

have friends on Suffolk Avenue.
The train tracks is in these
people's backyards. I don't even
know how they've lived there all
these years. The train track runs
literally in their backyard.

SUPERVISOR CARPENTER. I
really want to thank you for coming
down and speaking. And you know,
you seem to indicate support for
this kind of a project, but you've
raised so many issues about that
neighborhood.

MS. SAMPSON: Because it's
not being addressed.

SUPERVISOR CARPENTER: And I
really, really want you to make
sure that if you would put your
name and address down, I really
want to speak to you further on
this.

Because it seems from what
you're saying that we really need
to get in there and look at those

ISLIP00029400

roads better.  And we also need to work more cooperatively with the police department.

If you're not getting response from the police department, call us.  Because I will call them.  Because they need to be more responsive to your community, to all of our communities.

But thank you again for coming down.

MS. MARTINEZ;  Hi.  Good evening.  Ana Martinez, A-N-A M-A-R-T-1-N-E-Z.  I'm part of Brentwood Gardens Community Organization.  So I'm definitely speaking on behalf of them.  Thank you for having us today.  Thank you for allowing us to speak.

So we're talking about a facility that's going to bring scrap metal Monday through Saturday.  So from 7:00 a.m. to

ISLIP00029401

7:00 p.m. So we're saying 100
trucks a day.  If you times that by
six, if my multiplication is
correct, that's 600 trucks coming
down.

So that's coming down one
way that's being impacted.  So you
times it by two, that's 1,200 times
that these come down the street on
a weekly basis.

I know that we're talking
about -- I know that someone made
mention that the former facility
that was there before had more
trucks.  But it's been two years
since that facility has not been
there, and we're so lucky to have
finally gotten a break.

How many trucks did they
mention that went through?  Three
hundred a week?  How many -- no,
300 a day.  So we got a break from
that.  So it's not going negative
42 percent.  We're actually going

ISLIP00029402

up now another 42 percent of trucks coming through.

So let's not -- we can't compare it between it's been two years since it hasn't been there. So now there's going to be an increase from two years ago now of 42 percent of the trucks coming through. So let's please not state that.

So again, we have children. We have families living in that area, that -- you know, I went by it today, and you're absolutely correct. It's disgusting what's back there.

So you talk about these covenants, and you know, how we're going to pass all of this, and how we're going to have these covenants. But right now, as it is, if you look down Emjay Boulevard, who's really overseeing that, and holding the companies

ISLIP00029403

that are currently there -- you
know, who's holding them
accountable?

So now, if someone else
comes in with, you know, this scrap
metal facility, is it really going
to be overseen?  We don't even have
a Code Enforcement.  I understand
that Code Enforcement was
diminished; correct?

COUNCILMAN FLOTTERON:  No.

SUPERVISOR CARPENTER:  No.

MS. MARTINEZ:  Well, there
was a certain amount of people that
were taken away from those jobs;
correct?

COUNCILMAN FLOTTERON:  No.

SUPERVISOR CARPENTER:  No.

COUNCILMAN FLOTTERON:  It
was increased dramatically.

SUPERVISOR CARPENTER:  It
was increased.

MS. MARTINEZ:  It was
increased?  Okay.  But even with

ISLIP00029404

the increase, as you were stating
-- I have pictures in my phone.
Again, it's disgusting.  So why
isn't Code Enforcement going around
there?

So how are you going to hold
people accountable when they're not
doing it right now currently with
the companies that are there?  So
that to me is a huge concern.  As
someone who lives at the heart of
the Regis Park/Brentwood Gardens
area, that's a huge concern.

And I know that some people
spoke about, you know, there being
jobs.  And that's great because
Brentwood does need jobs.  But does
it have to be in our backyards?
That's basically where it's being
put.

You might as well just stash
it in my backyard.  And have my
kids play out, you know, in it.
That's basically what we're doing.

ISLIP00029405

There are kids who ride bikes there, unfortunately. You know, they're in our streets. So, it's an issue.

And you know, the individuals who did mention, you know, that this would be a good idea, unfortunately, they don't live in our area. That's the issue. Thank you.

And with all due respect to them, you don't live in the area. You know, we've been working -- Brentwood Gardens has been a organization -- and I would love to meet with you, Mrs. Carpenter, one day to discuss what our community -- what the issues are.

Brentwood Gardens has been working for the past five years. We have been sweating. We have been painting, you know, fences, taking graffiti off where before it was just -- you would pass by, you

ISLIP00029406

know, graffiti, tag after tag, and
to many of us it was okay, you
know.

But then we finally awoke
and said no, this is not okay.
This is unacceptable in our
community.  So what do we do?  We
go out with paint cans.  You know,
Michael Maldonado started an
initiative of Paint Back the
Streets day, which now it's become
momentum where when we see graffiti
after taking it down, we're right
there the next day.

The neighbors are talking.
So we've been able to build a
community finally.  You know, we
established neighborhood watches
working with Officer Charles Ross.
And we've -- Detective Ross, excuse
me.  And we've done that.

We've even -- Mr. Flotteron,
you've even come to our ribbon
cutting ceremony at our beautiful

ISLIP00029407

garden. So I would hope, Mr. Flotteron, you've seen -- and we've actually spoken, you know, one-on-one on the hard work that we've committed ourselves to.

You know, we established this garden. And I'm not even sure if you're aware, Mrs. Carpenter, but this was a vacant lot. And again, a vacant lot where people, other companies, used to come and throw away debris.

And with collaborating with the Town and KIC we were able to get dumpsters. We must have filled, like, ten dumpsters of garbage within that lot. And again, it was in front of houses. And us, as a community, decided to do something about it.

And now we just feel like we're just being slapped around, and like, we're just -- it doesn't matter. And we do matter. And we

iSLIP00029408

have invested so much time, and
we're not willing to give this up.
We're trying to make this area a
better place.

And unfortunately, we take
steps forward, and then when
something like this -- when I get a
public notice via e-mail, it sounds
like we're going back. And it's
just not fair because we are
hard-working people who have two or
thrice jobs at times.

There are families who,
unfortunately, are not able to be
here, but they did sign a petition
where about 350 individuals signed
the petition, who unfortunately,
were not able to be here because
they're out there working, taking
care of their children.

So as a community, we clean
it and we poured our hearts and
souls into it. This community is
the heart of the Brentwood Gardens

ISLIP00029409

area. And it's three blocks away
from where this industrial area,
this scrap metal facility, will be
built.

So we are begging -- we're
pleading to you to please not
approve this, and to please
consider -- please, I will drive
you around, myself, and show you
what our community looks like.

And there beautiful parts of
it. But when you go over to it
from the back, it's disgusting
what's back there. So it's --
again, I just -- you know,
Brentwood Gardens really prides
itself in the work that we've done
in cleaning up our community. And
don't want any more litter. We
don't want no more garbage.

And Suffolk Avenue -- we're
talking Suffolk Avenue that trucks
are going down there. Absolutely.
But when it comes to, you know,

ISLIP00029410

rush hour on Fifth Avenue, those trucks are not going to go to Fifth Avenue.

They're going to cut down St. Andrews, St. Peters, McArthur, you know, Maryland Street. They're going to cut down all those side roads. And what do you think is there? There are houses there. There are families. There are children playing outside.

And so we, again, representing Brentwood Gardens, we beg you to please, please, please not allow this to get approved today.

SUPERVISOR CARPENTER: Thank you, Ms. Martinez.

MS. MARTINEZ: Who do I give the petition to (handing)?

SUPERVISOR CARPENTER: Someone had asked earlier about a translator. And Mrs. Figalora had volunteered to come down here. And

ISLIP00029411

I should have thought of this sooner, and I apologize.

But is there someone here that needs a translator? Let them come forward now so that she could at least go. It's almost 11:00. And I apologize.

Maria, do you just want to come take the microphone and ask if anyone --

(Ms. Figalora complies, and translates for Mr. Vigil.)

MR. VIGIL: Juan Vigil, 132 Suffolk Avenue, Brentwood. I'm against this proposal. I have children. I purchased my house on Suffolk Avenue. I bought it when the prices were quite high. The value has now gone down.

My children's health has deteriorated. My nine-month-old daughter three times a month gets sick. She has coughing fits. The house is clean, but it doesn't

ISLIP00029412

help

(Mr. Vigil speaking,
himself.)

MR. VIGIL   So stop -- you
have the power to stop all this --
(inaudible) -- like that   Why they
no increase, like, put a school.
Put something that children can
play, children can get fun.   And
not bring, like, a lot of garbage
to the Town, to the neighborhood

Why -- my dream is in
Brentwood.   I bought my house where
I'm dreaming a lot   I want you
come to -- my dream is my children
grow up and they look for a good
school.   Go get good fun   Get
softball, soccer, something

I want you to consider this
project.   Don't vote for that
project.   No more garbage in my
neighborhood.   Okay

SUPERVISOR CARPENTER:   Thank
you   You did very well.   Thank you

ISLIP00029413

very much.

Is there anyone else --
Maria, ask again.

(Ms. Figalora complies).

(There was no response.)

SUPERVISOR CARPENTER:
Maria, thank you so much.  And I'm
so sorry I didn't think of it
sooner.

MS. FIGALORA:  No, my
pleasure.

SUPERVISOR CARPENTER:  This
is wonderful.  I think it's really
wonderful that everyone is here.

MS. DAY:  Good evening,
Supervisor Carpenter, and
distinguished Board.  My name is
Nelsena Day, N-E-L-S-E-N-A, middle
initial A, last name Day, D-A-Y.

I've sat here patiently.
And I've heard some things.  And as
I was there, I was praying.  And
any time I try to speak about
something, I always ask the Lord to

ISLIP00029414

guide my mouth.  Because we as people, as humans, sometimes would say the wrong thing.

I don't live in Brentwood Gardens.  I live on Second Avenue at the corner of 6th Street.  And you want to talk about some pot holes.  I have a river that comes into my yard, but that's okay because I've gotten to know the DPW people very well.

And they have a list that covers Brentwood, Central Islip, and parts of Bay Shore to complete road resurfacing.  And that was agreed upon.  But that's not what I'm here to talk about.

I did, for the past week, drive up and down Emjay Boulevard. And as low as my car would go to the road, I immediately called Mr. Horn, and I said I'm about ready to lose my car.  And I'm not going to see the top of it.

ISLIP00029415

So, if you don't get somebody down here, I'm going to come and get your car, and I'm going to put it in the hole so that people can drive over it. We're working on it.

(Laughter)

MS. DAY: It is -- Emjay Boulevard was one of the worst roads I've ever seen in my entire life. I've done a lot of community work. And I basically work in the parks. I love working in the parks. I love working with the Town of Islip now with the parks. We meet twice a month. And now I enjoy coming and not getting some of my answers right away.

This proposal, I truly support it. I have spent over a week digging, digging, and digging for more information. I even requested from the legislature that we need to sit down and meet with

ISLIP00029416

these people because at last
Thursday's meeting, it was so quic'
that actually we were outside in
the parking lot talking for two
hours, and we set a meeting up

This is one of the most high
tech industries that is going to be
green industry. And that is what
our federal government is trying to
get all of us to really get into,
is going green, recycle

The stuff that comes in,
there's not going to be pollution
It's not going to affect the
environment   As a matter of fact,
if you go on YouTube and Google on
YouTube metal equipment breakdown,
or what they call metal recycling,
you'll see the whole process. And
it comes out like coffee grinds.

It won't affect the water
quality.  It won't affect the air.
It won't affect the soil.

And I'm a diligent person

ISLIP00029417

because I believe knowledge is power. But when you have the knowledge and don't do the research, and you're only going to utter words that you hear, then it's not knowledge. It's hearsay.

Before I do anything, I go and I research. I know very well about Brentwood Gardens. I've gone over there and I've helped them out. I've helped Doreen, and Maxima, and Anna. I'm not against them over there. I'm not against you guys even though I piss you off a lot.

But I'm here. I'm retired. I don't need no more money. I don't need the work. My bones don't even hardly want to get up and move anymore. But I know from what I saw on YouTube and what I have seen on the Internet, this country of the United States of America is so far behind in

ISLIP00029418

recycling.  And that's how we're polluting.  Because we're all going and saying don't put it in my backyard.

This is one of the fastest growing, multibillion industries, and if anything, Brentwood should be proud that it's coming here.  It's going to give people jobs.  And I guarantee you someone is going to say no.  They -- no, it's written in the contract.  Employees, Brentwood and Central Islip.

So for my next Town Board meeting I will be talking to you about my parks.  I love my parks.  But I'm begging you, pass this proposal.  Change the zoning code from waste and garbage 1 to a zoning code 2, for there will never be any garbage and waste being conducted in that area.  Thank you.  And have a blessed night.

ISLIP00029419

SUPERVISOR CARPENTER:  Thank you very much.

MR. PENN:  Good afternoon.

SUPERVISOR CARPENTER:  Afternoon?

(Laughter)

MR. PENN:  I'll try to be brief.  I appreciate the many people that turned out.  It was after 10:00 probably when we started.  But we took a break, and I got highly offended when the head fire marshal insulted me about taking a break outdoors.

Now, I'm here because this is where my taxes are paid.  And I don't need him giving me a hard time.  We had room in this Town Board.  And I was insulted.

And the issue -- I live in Central Islip.  Let me give you my name.  Harry Penn, 173 Tree Avenue, Central Islip.  I live down by Sage.  I've been over there 85

ISLIP00029420

years in the Town of Islip.  I
don't know how much longer.

But we have issues about
transportation and the traffic on
Suffolk Avenue and throughout   I
know the people want to go home   I
don't know what's going to happen
to the next one coming up

But I come down here because
I'm concerned about my community
And I ain't going to let nobody
stop me from coming down here   And
I'm not moving.  That's all I have
to say now   Thank you.

SUPERVISOR CARPENTER   Thank
you   And thank you for coming
down

MS  GRAVESANDY   Hi.  My
name is Valerie Gravesandy,
G-R-A-V-E-S-A-N-D-Y. I live at 43
Nimitz Avenue.  I am also part of
the Boy Scouts of America.  A lot
my kids are from Brentwood.

Emjay -- I ran down there

ISLIP00029421

yesterday. In less than 15 minutes there were ten trucks. The corner that the young lady over there talks about on Suffolk Avenue and Fifth Avenue, the trucks are turning there.

They go on the sidewalk that the people have to move at that light if they're going to cross and a truck is coming because of fear.

We had an accident with a car because the sun in the summer blinds you. When the kids are playing out there, what's going to happen with all those trucks, with those kids?

See, my kids are grown. And they were graduates from the Brentwood school district. I've got my grandkids. My grandkids are part of that. And I don't want this there. Because, see, the trucks on Nimitz -- they like to play -- the kids like to play

ISLIP00029422

basketball there.

And I don't think it's fair that the kids have to take away from them -- these trucks have to take away from them playing. That's their neighborhood, not the trucks'.

So, I please beg for all of you not to vote for this. Because my kids come first. My neighborhood -- my children in that neighborhood is number one. They are the future.

Jobs. Yeah. Potholes. Yeah, he's right. The pot holes, the water does do it. But guess what? The trucks help it, make it bigger. The weight of the trucks help those pot holes to be much bigger than what they are.

The other kids, the teenagers, I'm trying to get them off the streets. Yeah, jobs are good. I like the idea of the jobs.

ISLIP00029423

But the traffic, the kids in their
playing -- don't take their
neighborhood away from them.
Please, I beg you for that.

     SUPERVISOR CARPENTER:  Thank
you.

     How many more speakers on
the King & Queens application?

     (Audience members raise
hands.)

     SUPERVISOR CARPENTER:  Five.
Okay.

     MR. BERGER:  August Berger,
representing B & B Precision
Components, 95 Emjay Boulevard.  As
a homeowner, I can empathize with
all the people in this room about
their concerns.  But as a business
owner on the particular street
that, you know, we're having the
issue about, I can feel frustration
on my part as a business owner.

     And also, I have been a
longtime resident of Brentwood.  I

ISLIP00029424

grew up in Brentwood. My grandmother's house was probably one of the first houses in Brentwood. And to address the people about the railroad tracks, I was one of the houses that was on the railroad tracks.

I drive down Emjay Boulevard every single day. And I can tell you it is not the business owners that are dumping the garbage on the street. It is landscapers. It is -- you know, you're going to be very upset when I say this, but I truly believe that it is the residents, some of the residents of that particular area.

Because I've seen them. I drive down the street -- I work almost seven days a week. I drive down the street sometimes at 2:00 in the morning because my business runs -- you know, I'm there a lot.

And I've seen people

ISLIP00029425

dumping. And it's landscaper trucks. It's people who have things that -- of which I don't understand -- they don't -- why don't they just put it to the curb.

But they decided well, here we have a street where there's really not a lot of oversight. And they dump it on the side of the street rather than put it in front of their house. Why? I don't know.

But everybody knows that for a community to be successful and grow, you need a responsible mix of both residents and businesses. Businesses provided needed revenue. My building, we probably pay almost $30,000 a year in property taxes. So, you know, I know homeowners really in that area don't really pay all that much.

Now, a lot of people are going to get upset when I say this,

ISLIP00029426

but it's kind of like moving to an
area or moving next to an airport
and then complaining that planes
are flying over your house.

AUDIENCE MEMBER:  We were
there first.

MR. BERGER:  I'm sorry.  You
were there before the '60s?  Okay.
So we have an area that is zoned
business.  There are trucks going
there already.  We need responsible
business leaders like the people
that are going to put this
recycling plant in there.

Because they're the ones
that are going to be the oversight
of that particular area.  If not,
you're going to have a dead end
street with garbage, always.

We have several large
industrial companies; US Nonwovens,
who probably employs over 200 at
his facility.  Every single day I
get people at my door looking for

ISLIP00029427

jobs.  And these are people that
are walking.  These are people from
the neighborhood.  So this facility
I think would really provide some
jobs for the area.

It's a green technology.
It's an upcoming technology.  And
when somebody wants to spend
several millions of dollars in your
community, I think you should take
notice, and you should say hey,
maybe we should do some research
and find out how this is going to
affect us.

Yes, there's going to be
some issues.  Yes, I believe that
probably the truck traffic may be
some issues.  You need to address
those issues and try to minimize
those issues.

But as a business owner, a
longtime business on that
particular street, I know it's not
the business owners on that street

ISLIP00029428

that destroy that street.  So when you say oh, we need -- you know, we have to hold the businesses responsible, I'd like to hold the community responsible.

I mean, I can tell you for a fact that it's not the business owners.  Take a look at US Nonwovens.  They've done a beautiful job with landscaping.

And I think if we have an opportunity to take away the ability or the right for somebody to put a transfer -- a waste disposal transfer station there, I think we should do it.

Because I was right down the road from it.  And when my door was open in my facility, I smelt that garbage almost on a daily basis. So, I think we could stop that.

So I want to add my support as a business owner of the community, that I think, you know,

ISLIP00029429

these people are going to be
responsible, at least that's what
it seems.  And I think the Town
should take notice.

I think the Town should do
or take care of its responsibility
to hold them accountable to what
their saying.  But I think we need
to, you know, move forward on this.

I think by adding this to
the community, it would generate
revenue that could be used to do
all the things that all these
people want.  And be responsible.
And take a look at how you can
minimize the impact on the
community.  Thank you.

SUPERVISOR CARPENTER:  Thank
you.

MS. MOORE:  Greetings to the
Town Board.  My name is Barbara
Moore, M-O-O-R-E. I moved here with
my parents in 1969.

TOWN CLERK MURRAY:  Your

ISLIP00029430

address, please.

SUPERVISOR CARPENTER:
Excuse me.  She needs your address.

MS. MOORE:  Oh, I'm sorry.
19 Ridgewood Avenue, Brentwood, New
York.  As I said, I moved here with
my parents in 1969.  I graduated
from Brentwood High School.  I
raised my family here; my children,
my grandchildren, right here in
Brentwood.

I've seen a lot of changes
in Brentwood.  Everybody is talking
about the park.  And I understand
that it's a crime and a shame that
that happened.  But to say no to
new businesses coming here, to me
it's like we're going to put a
roadblock on every new business
that comes to this area.

Emjay Boulevard is an
industrial site.  That's why we
have trucks.  We know this.  I just
feel that we need to look at the

ISLIP00029431

entire picture.  What would truly benefit Brentwood?

I'm asking the Board to votes yes, to allow them to come here.  Emjay Boulevard is horrible. The building is horrible.  She's going to clean up all of this.  It has to decrease with the garbage that's on that block.  So, I'm asking for a yes vote.  Thank you.

SUPERVISOR CARPENTER:  Thank you.  Ma'am, come on up.

MS. SANCHEZ:  Hello, everyone.  My name is Irma Sanchez, 6 Bradley Street, in Brentwood, New York.  I came here in 1980 from the City with my three little ones. And I came from the City because of the environment; the smell, the factories, and everything.

I raised them here.  They went to school here.  It's so funny everybody is talking about Emjay. I used to work on Emjay when Emjay

ISLIP00029432

was Emjay.  They had Meagle
(phonetic), Meagle Factory there
And they took it away because it
was bad for the environment.

What did they do?  They made
plastic toys  And those plastic
toys used to smell up the whole
environment  They had sand salvage
at that time.  And they took it
away because it was a warehouse,
and there was trucks all over.

But what's happening now?
What's happening now in Brentwood
and Emjay?  I mean, at that time
Emjay was good  And why did they
take this factory away?  And then
they're saying that because the
environment of us that live in
Brentwood.

Now, we have all these kinds
of things going to Emjay.  And
nobody is doing nothing.  They're
promising that the new place is
going to be different  But right

ISLIP00029433

now as I see -- I live on Bradley.
It doesn't have to do nothing from
the trucks coming in and out

    But, when they're all in a
rush, they have to go to one
street.  And it's mine, or
anybody's street.  And the kids are
running there.  And they take the
wires from the cable and
everything, and nobody knows.

    So, I wish they -- you know,
that you would look upon Brentwood,
and stop doing things that are
hurting us.  Like I said, I've been
here since 1980  And Brentwood is
not Brentwood no more.  And it's
getting worse and worse.  And
nobody hears.  Nobody cares.  I
thank you again.

    SUPERVISOR CARPENTER:  Thank
you.

    MS. SOSTRE   Good evening.
My name is Marissa Sostre,
S-O-S-T-R-E.  And I am a homeowner,

ISLIP00029434

a Brentwood resident since 1968.  I bought my home from my parents.

I went to the Brentwood school district from kindergarten through 12th grade.  My children had the same teachers that I had.  Also graduated from Brentwood High.

And I would just like to touch on a few points.  I, too, worked on Emjay Boulevard for ten years.  Todd Products Corporation.  It was an electronic power supply company.  I did the accounting there.  And yes, there was traffic.  No, it wasn't as insane as it has been with a solid waste transport back and forth.

I understand there a lot of people that are for this.  I, personally, am against it.  A lot of people that are for it are either from Second Avenue, who don't really have to go that way; who are from Ridge Avenue and don't

ISLIP00029435

have to go that way; who --
basically, this really will not
affect them one way or another.

But as homeowners, as
parents, and grandparents -- we
have children.  Yes, we do not need
trucks going down our roads.

I am not against recycling.
I'm all for green.  But perhaps
there's something else we can put
there, something that can benefit
the children, the community, and
not just -- I don't even know what
the word is.

But I keep hearing -- yeah,
garbage, but I keep hearing about
these buffers, buffers, buffers.
How we're going to provide us --
this will provide a significant
buffer.  I thank you for that, but
it's not enough.

Unfortunately, you live in
Massachusetts.  You don't live in
Brentwood.  You don't have to deal

ISLIP00029436

with this.  The buffer is not going
to be sufficient.  We need
something for the Town, maybe a
park, or maybe something different.
But not what we're offering here
tonight.

So I implore you -- I
implore you as someone who came to
Brentwood since she was one year
old, please do not change the zone
from 1 to 2, and allow this to go
through.  Thank you for your time.

SUPERVISOR CARPENTER:  Thank
you.  Are there any other speakers?

MS. KONG:  Good afternoon.
My name is Theresa Kong 31 Yarnell.

SUPERVISOR CARPENTER:  Can
you spell your last name?

MS. KONG:  Kong like in King
Kong.  You spell it.  You get it.
I am not really a speaker as such,
but I am brave enough to come up
here tonight to speak for the
residents in my area, the same area

ISLIP00029437

where this metal place is going to be opened or trying to get opened.

I live on Yarnell Street. I am speaking for the young mothers, the children on Yarnell Street and Bradley Street. They all play there in the afternoons. You see them walking after school. And for those parents who are hard-working parents who cannot come to this meeting.

I've had the privilege of walking down my street, up and down. The first section of Yarnell Street is pretty clean. It's the second block. It's clean. There are some beautiful houses there. People take care of it. They live there.

But the other section of Yarnell Street isn't that clean because the roads there are so bad. The trucks keep coming down my street on a daily basis. You see

ISLIP00029438

them passing down there.

So I'm asking the Town to please, Board members, take a walk down my street. Take a walk down Bradley and see how it looks.

Also, there's a pole hanging there, a half of a pole. They put the new pole in, and there's a half a pole that's going to fall on anybody head, between Marshall and Nimitz I think it is. Take a walk down there and see. Come when the bus comes and -- come in the afternoon and see how many school kids are on the streets in Regis Park, in that area there  A lot of school kids.

So I'm asking please, consider it  Come out to our area and look at our area. We want businesses in Brentwood  But we do not want it 500 feet in our backyards. Let it be somewhere else.

ISLIP00029439

Please look into our backyards, look and see how it looks.  Come in. And please take into consideration and look into this.

I'm against it because the future of the world, the future of the US is the children.  Our children will be the future.  We want our children to grow healthy, *and to be able to become* representatives like you all.  Thank you.

SUPERVISOR CARPENTER:  Thank you very much.

MR. MATEO:  Good evening, *Supervisor, and Board members.*  I apologize because it's late.  First I want to --

TOWN CLERK MURRAY:  Your name, sir.

MR. MATEO:  Oh, I'm sorry. *I thought she got that before.*  My name is Amin, A-M-I-N, Mateo,

ISLIP00029440

M-A-T-E-O. And I live on 209 Clark Street, without the E, Brentwood, New York.

First of all, I want to say that the people that are for this -- first of all, the company is from Massachusetts. And the guy that's so passionate about the environment, he lives in Bay Shore.

And even the people that live in Brentwood, they don't live in that community. They live away from it. So they don't see this traffic. They probably pass by Emjay two or three times. What is that going to do when -- they don't really see the trucks that come in and out.

As you said, Board member, there's only two entrances. And into the two entrances is a big community. You've got kids playing there. You've got trucks going in the middle of the night, throughout

ISLIP00029441

the whole day, going over 40 miles
an hour where kids play, where
people walk their dogs.

And also, as they said, they
have trucks passing by.  She said
there's no covers.  So there's a
possibility of it -- materials just
dropping on the streets.

Even after the Board member
asked is there a cover.  She once
again said no, there is no covers.
So there is a possibility of scraps
going on the neighborhood just
falling in people's yards.

And as well, it's a scrap
metal facility.  They're saying
it's not waste, but it's scrap
metal.  Where are they getting
these scrap metals from?  There's
probably a whole bunch of other
chemicals that are in them.  And of
course, they're going to clean and
recycle it.

But once again, they have

ISLIP00029442

trucks going in and out of the
neighborhood, going 40 miles an
hour; kids playing in the street.
That's just hazardous.

And as you guys have a map,
you can see that -- my street is
Clark Street.  Four houses down it
converts into Emjay.  So I see
these trucks going on a daily basis
crossing my street.

And I remember a lot of you
from back in 2013 because you guys
held the Town of Islip CDA,
Community Development Agency
lottery.  And I'm privileged to be
one of the lottery winners.  And
that's how I got that at 209 Clark
Street.

And on top of that, you guys
are doing other houses.  There's,
like, four or five other projects
that you guys did in that area.

By you guys approving this,
you're contradicting the point that

ISLIP00029443

you guys were trying to do, is bring people to this community, bring people -- family homes. People to go to school, work.

Nobody is saying they're against it. They're just saying we're against it in being in the neighborhood where people -- where the kids play. Because it can be moved to Heartland, Edgewood, which is more industrial, or even Pilgrim State. There's a lot of buildings that are shut down.

So nobody is saying we're against it. Well, I'm saying I'm against having it in my backyard.

So, once again, I'm against it. Thank you for your time.

SUPERVISOR CARPENTER: Thank you for your patience.

Are there any other speakers on this hearing?

(There was no response.)

SUPERVISOR CARPENTER: All

ISLIP00029444

right.  The applicant is free to
come up and address any of the
issues that were raised by any of
the speakers if you'd like.

MS. BURBOTT:  Well, I think
it -- first of all, at the risk of
apparently sounding patronizing, I
really do appreciate the
neighborhood coming out, voicing
their concerns.

I understand a lot of them
have to do with the historical
nature of that avenue and the
things that, quite candidly -- I at
least recognize that you suffered
though.

But that being said, just to
get a couple of items.  Again, this
is not a use related to garbage.
It's not a use that generates
litter.  It is -- the simplest
example to give you is if you had a
stove from a house that needed to
be processed, if you brought it

ISLIP00029445

down in size, that's the kind of thing that comes into this facility.

It goes in. The machinery sheers it, takes it down to a small particle size. We recover the metals. Then it goes on to a further processing where it can take even very, very small bits of metal.

So that the recovery percentage of what we can get out of a -- using the stove as an example, with this modern technology is overwhelmingly improved from the traditional type of -- you know, take the stove. And some guy pulls it apart and tries to get the pieces.

So again, this is not a use anywhere near, shape, or form to the former transfer station. The property is completely -- it's cement. The surface area of the

ISLIP00029446

property, in addition to having a large cement deep pad around the original foundation of the old building, within the ten-foot walls is also completely paved or concrete in it.

It's on a sewer. It has Town water. It's on the Town drainage system. So it's not a use -- and by the way, we don't use water in this process. So it's not like you're going to have something rinsing over this and going into the streets or your groundwater. It's just not what this is about.

As to the jobs, yes, I didn't touch on that. But we expect probably to start, probably around 12 jobs, probably ramping up to about 25 when we get the facility going. And these are not low paying jobs. Because again, this equipment is so technologically advanced, they're

ISLIP00029447

relatively high paying jobs all through the process.

As to the traffic -- and I appreciate the business owner's comment on the road. When I mentioned earlier that I was appalled seeing the litter on that road, I wouldn't have been surprised to see the litter on that road when the transfer station was operating.

But just to correct Ms. Martinez, the transfer station stopped receiving waste on April 15, 2013. And it burned to the ground on October 22, 2013. So it's been probably a year, a little over a year that it hasn't operated.

But I was appalled to see the amount of litter. And again, not a criticism to the businesses on there, but I guess my question was, where did it come from if it

ISLIP00029448

didn't come from people coming and basically illegally dumping all up and down the road?

So again, there's no way to assure somebody based on their *previous history with a business occupant that this time it will be* different. I don't think that deserves being called patronizing to be blunt. But I can tell you it's not who we are. It's not how we conduct ourselves. And it's not acceptable to us.

And we're looking to get a *zoning change, as I said, and as* many of you have articulated. I believe that should confer a huge benefit on your community because it will permanently eliminate anybody trying to put a transfer station on that property again. It can't happen unless they go and ask for the zoning to be changed back. *Then they would get a DEC permit,*

ISLIP00029449

et cetera.

So we really do believe at the end of the day this is a far less impactful use for that property than had previously been used for the past decade.

And as to the other comments, all I can is, as I said, there's no reason to trust me or believe me. But I promise you we are good neighbors, and good operators. It's that simple.

So other than that, I didn't see something else substantively that was raised. I mean, was there anything else that the Board thought I should be addressing?

SUPERVISOR CARPENTER: No.

MS. BURBOTT: Thank you.

SUPERVISOR CARPENTER: Thank you.

COUNCILMAN SENFT: I do have one question for the Commissioner.

SUPERVISOR CARPENTER:

ISLIP00029450

Certainly. Rich, if you could come back up.

COUNCILMAN SENFT, JR.: Commissioner Zapolski, I do have a question for you. We've heard a great deal of testimony tonight from our concerned neighbors about this project and the impact of traffic, and lots of nice ideas about how it could be a park, or a school, or something for the community.

But unfortunately, and correct me if I'm wrong, that's not what is before us today. And we are a Board of I would call limited jurisdiction. We have a property owner, and this property owner owns this particular address.

And this property owner could do one of a variety of things. And if we were to deny this application today and say you know what, the community does not

ISLIP00029451

like the idea of a metal recycling facility, tomorrow -- and correct me if I'm wrong -- they could with a DEC permit open a garbage transfer station that would have a minimum equal to the number of trucks.

And by their own testimony, the applicant says maybe three times the number of trucks, they could continue to have the smells that were a problem with the prior facility operator.

So it's not a matter of their trucks or no trucks; am I correct in that assessment?

COMMISSIONER ZAPOLSKI: It's true. If we don't take a look at this opportunity seriously, the property owner as-of-right could go back to exactly what was there prior and recreate that as-of-right.

COUNCILMAN SENFT: And just

ISLIP00029452

for our community's education, when you say as-of-right, that means by law this Board, this Town government could do nothing to prevent that property owner from opening up a garbage transfer station tomorrow.

COMMISSIONER ZAPOLSKI: Right now they have the zoning in place to put that transfer facility back on that site.

COUNCILMAN SENFT:  So our consideration is whether we can, if we approve this, put certain covenants and restrictions to restrict the behavior of this new property owner that we would not be able to do if we denied the application.

COMMISSIONER ZAPOLSKI:  It allows us that opportunity, yes.

COUNCILMAN SENFT, JR.: Thank you.  And I do have one further question for Counsel.  I

ISLIP00029453

asked the question earlier of the failure upon the Suffolk County Planning Commission to make a local determination today or prior to today.

What impact does that have on us, on this Board, with respect to a potential vote in the affirmative or in the negative?

MR. CICALE.  It does not affect the conduct of the public hearing.  That is for the Board's consideration.  The Board, having heard from the public today, can complete the public hearing at this point.

And if the Board so wished, could wait for the determination from the Planning Commission before rendering a decision on this application.

COUNCILMAN SENFT.  Thank you

SUPERVISOR CARPENTER.  Well,

ISLIP00029454

based on that question -- and thank you, Councilman Senft -- I'm going to make a motion to close the public hearing and to reserve decision pending getting the local determination from the Suffolk County Planning Commission.

COUNCILMAN COCHRANE: Second.

SUPERVISOR CARPENTER: A second by Councilman Cochrane. All those in favor?

ALL: Aye.

SUPERVISOR CARPENTER: Opposed?

(There was no response.)

SUPERVISOR CARPENTER: Okay. Then it is closed and we will reserve decision.

All right. That takes us to number five, Condominium Medial Arts Building of Bay Shore.

TOWN CLERK MURRAY: Number five this evening, Condominium

ISLIP00029455

Medical Arts Building of Bay Shore, Inc., TC Number 5197. West side of Oakland Avenue, 245 feet south of Union Boulevard, Bay Shore; 375 East Main Street.

Applicant seeks a change of zone from Residence B District to General Service D District in order to utilize a portion of the property for parking for the adjacent medical office building.

Site plan modifications are also required as part of this application. And the environmental impacts will also be assessed.

MR. RETTALIATA: Donald A. Rettaliata, 4250 Veterans Memorial Highway, Holbrook, New York, attorney for the applicant.

As indicated in the call of the meeting, this involves the Medical Arts Building located at 375 East Main Street in Bay Shore. It's on the northwest corner of

ISLIP00029456

East Main Street and Oakland Avenue.

An existing building and the parking to the north that's there now occupy the approximately two and a half acres in the General Service D District, which is the medical zoning.

The applicant/owner purchased a 25,000-square-foot parcel at the north end that's located in the Residence B District.

And the proposal tonight is to rezone approximately two-thirds of that into the General Service D District for use as an additional parking, and to leave 7,500 square feet in a Residence B District where a new residence will be built on 7,500 square feet.

The portion going into the General Service District will be additional parking, but there will

ISLIP00029457

no additional curb cuts onto
Oakland Avenue. The house and the
buffer of 75 feet at the north end,
which is the required buffer, will
buffer the existing home that's to
the north  And that's the
application.

The Planning Board has
recommend approval. And we've
agreed to all the covenants
proposed.

SUPERVISOR CARPENTER: Okay.
Are there any questions of the
applicant?

(There was no response.)

SUPERVISOR CARPENTER: All
right. Rich, if you would come
forward, please.

COMMISSIONER ZAPOLSKI:
Thank you, Supervisor Carpenter,
and members of the Board. Rich
Zapolski, Commissioner of Planning.

This application is located
on the northwest corner of Montauk

ISLIP00029458

Highway and Oakland in Bay Shore.
There's currently a
45,000-square-foot medical office
building located on the site

The applicants have acquired
the parcel directly north that is
zoned Residence B District.  They
are proposing to demolish the
existing dwelling, subdivide the
parcel, construct a new dwelling on
the portion of land, and use the
rest for parking for the medical
office building.

The GSD zoning line would
move further north, but again a
portion of the northern lot would
remain residentially zoned.
Approximately 39 new parking spaces
would be added, which does bring
the parking up to 171 stalls

No changes in terms of
access to Oakland are proposed.
The existing curb cuts would remain
as is.  A conforming buffer is

ISLIP00029459

provided adjacent to the existing residence to the north, but the new dwelling being constructed as part of this application does need a relaxation.

The applicant has agreed to plant a row of evergreens along the southern boundary of the new dwelling's property.

Given the fact that this would make the parking situation better for a large medical office use, this application has merit.

The Planning Board public hearing was held on this application on February 5, 2015.  A decision was made on March 19, 2015.  The Suffolk County Planning Commission did get us this local determination for this application.

And a short environmental assessment form has been completed with no significant adverse environmental impacts anticipated.

ISLIP00029460

The Planning Board recommends the Town Board grant this application subject to the attached covenants.

SUPERVISOR CARPENTER: Are there any questions for the Commissioner?

COUNCILMAN SENFT, JR.: Other than the fact that I've struggled with parking in that particular lot, I welcome the opportunity.

COMMISSIONER ZAPOLSKI: This is a huge benefit, yes.

SUPERVISOR CARPENTER: Yes. Hearing no questions --

COUNCILMAN COCHRANE, JR.: No questions.

SUPERVISOR CARPENTER: Is there anyone here to speak on this?

(There was no response.)

SUPERVISOR CARPENTER: Okay.

COUNCILMAN SENFT, JR.: I'll make a motion to close the hearing.

ISLIP00029461

SUPERVISOR CARPENTER:

Hearing no speakers, and there are

no further questions of the

Commissioner, or the applicant,

there's a motion by --

COUNCILMAN SENFT:  I make a

motion to close the hearing and

approve the change of zone.

SUPERVISOR CARPENTER:  By

Councilman Senft.

COUNCILMAN COCHRANE, JR.:

Second.

SUPERVISOR CARPENTER:

Seconded by Councilman Cochrane.

All those in favor?

ALL:  Aye.

SUPERVISOR CARPENTER:

Opposed?

(There was no response.)

SUPERVISOR CARPENTER:  It is

approved.

Motion to adjourn?

COUNCILMAN COCHRANE, JR.:  I

make a motion to close to the

ISLIP00029462

hearing.

       *COUNCILMAN SENFT, JR.:*

Second.

       SUPERVISOR CARPENTER:  All those in favor?

       ALL:  Aye.

       SUPERVISOR CARPENTER:  All those in favor?

       ALL:  Aye.

       (Time noted:  11:45 p.m.)

       *          *        *

       Respectfully submitted,

       Barbara Snyder,
       Court Reporter

       _____

       OLGA H. MURRAY
       Islip Town Clerk

ISLIP00029463

INDEX

PAGE NO.

Public Hearing Number One        Adjourned

Public Hearing Number Two            21

Public Hearing Number Three         142

Public Hearing Number Four          286

Public Hearing Number Five          293

Motion to Adjourn meeting           294

ISLIP00029464