# Town of Islip Informational Session

Sesión Informativa

## Regarding Roberto Clemente Park

Con respecto a el Parque Roberto Clemente

## Tuesday, May 20th

Martes, el 20 de Mayo

## 6:30 - 7:30 PM

## Brentwood Recreation Center

Centro de Recreación en Brentwood

## 99 3rd Ave, Brentwood, NY 11717



Councilman Steven Flotteron

Councilwoman Trish Bergin Weichbrodt

Councilman Anthony Senft, Jr.

Councilman John Cochrane, Jr.

Defs' Ex. R