

NEWS

- Announcements
- Around Town
- Public Notices
- Supervisor Spotlight
- Town Board News
- Town Calendar

# FAQs - Roberto Clemente Park Cleanup Project

(En Español)

**Frequently Asked Questions**



Defs' Ex. S

**1) Where is the dirt being transported to?**
The contaminated soil at RC park will be excavated and safety transported to authorized and permitted landfills as determined by a NYS approved cleanup plan. Some of the material will be placed at the Blydenburgh Landfill in Hauppauge and some of the material will be brought off Long Island for final disposal.

**2) What route are they taking when transporting the dirt?**
As part of the NY State approved plan, the trucks leaving the park will be traveling on three alternating routes through the Brentwood neighborhood before reaching main truck routes like Route 111 or the LIE. Truck routes will be alternating on A, B, and C, days to ensure that not one street is burdened with all of the truck traffic that will be created throughout the cleanup. Transportation routes are located on the Town website's RC Park pages—specifically under Projects and Plans, in the Final Material Removal Work Plan on pages 34, 35, and 36.

**3) What precautions are being taken while moving/transporting the dirt?**
As regulated by the NYS Department of Environmental Conservation and the NYS Department of Labor, the cleanup project will put into operation many controls and measures to ensure the safety of nearby residents, the workers at the park, and our environment. Several measures include:

- A CAMP, or Community Air Monitoring Plan, will be implemented throughout the entire cleanup process. The purpose of the CAMP is to monitor air quality during contaminated fill excavation activities in order to provide a measure of protection for the community and site workers from potential airborne contaminant releases as a result of work activities. Environmental air monitoring and observations of visible emissions during excavation activities will be performed according to methods contained in the CAMP which can be found as part of the NYS approved Final Material Work Plan. The Town's environmental consultant, Enviroscience, is on site every day at RC Park and will administer the CAMP to provide consistent monitoring of the air. This sensitive equipment will be positioned around the perimeter of the work area, and looks to detect airborne contaminates. If the equipment alerts are triggered, the work at the park stops until field changes are examined and altered.Dust Control measures will be exercised to keep all material wet during excavation and loading into trucks which will reduce the potential for dust in the air.

- Dust screens will be utilized at the park and on the landfill to ensure an added layer of protection from airborne dust reaching outside the work areas. These large screens are portable and will be moved and positioned often to enclose the work area as personnel also monitors wind conditions through a weather station at the park.

- Each truck will be lined with regulated liners, loaded with material, covered and capped, and travel through a truck washing station before leaving the park to dispose of the material. This ensures that material is properly and securely loaded, and that any soil or dirt is removed from each vehicle before leaving the park and entering the neighborhood.

**4) When will the cleanup be completed?**
The first phase of the cleanup project, which began on June 1st, included mobilization and set up of all the safety and neighborhood protection controls. The excavation, removal, transportation and disposal activities are the second phase of the project. The entire project will take roughly 120 days. Testing during and after these removal activities are also required under the NY State approved plan.

**5) When will the park open?**
The Town of Islip cannot provide a re-opening date to RC Park at this time. The park cannot open until all material

has been certified as removed and regulating agencies sign off the park that the park is clean and safe. This may take place sometime in the fall of 2015.

### 6) What kind of screening was conducted regarding the contractor?

The Town of Islip administration was committed to contracting with a reputable company for the cleanup job. A special Recovery Team successfully wrote, advertised and administered a public bid to secure a solid contractor for this project. Several bids were accepted and analyzed. Prior to a public vote by the Islip Town Board, the recovery team spent several weeks ensuring the integrity of the company, performed reference and background checks on its principals, and examined its financial solvency, insurances and bonding information. More than 35 checks were conducted, including criminal background checks, to ensure that a solid, experienced, and reputable contractor was identified. Gramercy Group, Inc. will be performing the cleanup project. Enviroscience Consultants Inc will act as the Town's oversight monitor for this project.

### 7) Will the Town be pursuing those who dumped the debris at the park?

The Town is preparing for civil action against those deemed responsible for these crimes and is carefully monitoring the outcomes of the pending criminal court case being handled by the Suffolk County District Attorney's Office.

### 8) What are the hours and days of the cleanup?

The cleanup project will be conducted 7:00 a.m. to 3:30 p.m., Monday through Friday.

---

**Please save this important information about Roberto Clemente Park!**

**If you seek updates for information about the cleanup process:**

- Call 1-888-674-7501 to hear a regularly updated message
- Visit the homepage of www.islipny.gov
- Visit the homepage of www.brentwoodnylibrary.org

**If you would like to report a concern to a Town representative:**

- Call a Constituent Services representative at (631) 224-5380, Monday-Friday from 8:30 to 5:00 p.m.
- Visit a special outreach representative at the Caesar Trunzo Brentwood Senior Center, 99 Third Ave., Brentwood, on Tuesday's from 8:30 a.m. to 10:30 a.m. and Thursday's from 1:00 p.m. to 3:00 p.m.
- Email supervisorsoffice@islipny.gov

**If you would like to report suspicious activity, trespassing, or vandalism after hours:**

- Call Town of Islip Public Safety at (631) 224-5306
- Call 911