

**NEWS**

- Announcements
- Around Town
- Public Notices
- Supervisor Spotlight
- Town Board News
- Town Calendar

## Proyecto de saneamiento del parque Roberto Clemente

**1) ¿A dónde se llevarán la tierra?**
La tierra contaminada del parque Roberto Clemente se excavará y se transportará de manera segura a los vertederos autorizados, según un plan de saneamiento aprobado por el estado de Nueva York. Parte de los desechos se arrojarán al vertedero de Blydenburgh, en Hauppauge y otra parte de los desechos se sacarán de Long Island para su eliminación final.

**2) ¿Qué ruta tomarán para llevarse la tierra?**
Como parte del plan aprobado por el estado de Nueva York, los camiones que saldrán del parque irán por tres rutas alternas a través del vecindario de Brentwood antes de llegar a las rutas principales para camiones como lo son la Ruta 111 o la Interestatal 495. Las rutas de los camiones se van a alternar y habrá una ruta A, una B y una C, para evitar calles congestionadas con todo el tránsito de los camiones que se generará durante el proyecto de saneamiento. Las rutas del transporte están en la página web del parque Roberto Clemente, específicamente en la sección de Proyectos y Planes, en las páginas 34, 35 y 36 del Plan de Trabajo Final de Remoción del Material.

**3) ¿Qué precauciones se tomarán durante el transporte de los desechos?**
Según lo establecido por el Departamento de Conservación Ambiental del Estado de Nueva York y el Departamento de Trabajo del Estado de Nueva York, el proyecto de saneamiento pondrá en funcionamiento muchos controles y medidas para garantizar la seguridad de los vecinos, de los trabajadores en el parque y de nuestro ambiente. Algunas de las medidas son:

- Se pondrá en práctica un Plan de Monitoreo Aéreo de la Comunidad (Community Air Monitoring Plan, CAMP) durante todo el proceso de saneamiento. El propósito del CAMP es realizar un monitoreo aéreo durante las actividades de excavación del relleno contaminado con la finalidad de tomar una medida de protección para la comunidad y los trabajadores ante las posibles emisiones contaminantes como resultado de las labores de trabajo. El monitoreo aéreo y las observaciones de emisiones visibles durante las actividades de excavación se realizarán de acuerdo con los métodos establecidos en el CAMP que se encuentra en el Plan Final de Trabajo de Remoción del Material aprobado por el estado de Nueva York. La consultora ambientalista de la ciudad, Enviroscience, estará todos los días en el parque Roberto Clemente y supervisará el CAMP para garantizar el monitoreo constante del aire. El equipo sensible se colocará alrededor del perímetro del área de trabajo para detectar contaminantes transmitidos por aire. Si se activan las alarmas del equipo, se detendrá el trabajo en el parque hasta que se revisen y modifiquen las condiciones de campo. Se pondrán en práctica medidas de control para evitar el polvo manteniendo el material húmedo durante la excavación y llevándolo de esa manera en los camiones, lo que reducirá la cantidad de polvo en el aire.

- Se utilizarán mallas antipolvo en el parque y en el vertedero para garantizar una capa extra de protección que impida que el polvo transportado por el aire salga de las áreas de trabajo. Estas mallas son portátiles y generalmente se mudarán y se ubicarán de forma que rodee el área de trabajo mientras el personal también monitorea las condiciones del viento desde una estación climatológica ubicada en el parque.

- Todos los camiones estarán recubiertos con forros especiales, cargados con material, cubiertos y tapados, y pasarán por una estación de lavado antes de salir del parque a desechar el material. Esto garantizará que el material sea cargado de forma correcta y segura y que cualquier rastro de tierra contaminada sea eliminado de los vehículos antes de salir del parque y entrar al vecindario.

**4) ¿Cuándo terminará este saneamiento?**
La primera fase del proyecto de saneamiento, que comenzó el 1° de junio, incluyó la movilización e instalación de todos los controles de seguridad y protección de los vecindarios. Las actividades de excavación, remoción, transporte y desecho constituyen la segunda fase del proyecto. Todo el proyecto tardará aproximadamente 120 días. También se requieren pruebas durante y después de las actividades de remoción, según el plan aprobado por el estado de Nueva York.

Defs' Ex. T

**5) ¿Cuándo abrirá el parque?**
El Ayuntamiento de Islip no puede anunciar una fecha de reapertura del parque Roberto Clemente en este momento. El parque no puede abrir hasta que se certifique que todo el material de desecho ha sido extraído y hasta que las instituciones reguladoras garanticen que el parque está limpio y seguro. Quizá el parque abra a finales de otoño de 2015.

**6) ¿Qué consideraciones se tomaron para elegir al contratista?**
La administración del Ayuntamiento de Islip se comprometió en la contratación de una compañía respetable para el trabajo de saneamiento. Un equipo de recuperación especial redactó, anunció y realizó con éxito una licitación pública para conseguir un contratista de buena calidad para este proyecto. Se aceptaron y analizaron varias propuestas. Antes de la votación en público de la junta del Ayuntamiento de Islip, el equipo de recuperación pasó varias semanas investigando la integridad de la compañía, revisando el historial y las referencias de los directores y examinando la solvencia financiera y la información de fianzas y seguros. Se verificaron más de 35 aspectos, tales como antecedentes criminales, para garantizar que se tratara de un contratista respetado, con experiencia y de calidad.

**7) ¿El Ayuntamiento buscará a los que arrojaron los desechos en el parque?**
El Ayuntamiento de Islip está preparando una demanda contra los presuntos responsables de estos crímenes y monitorea cuidadosamente los resultados del caso pendiente en el tribunal penal que maneja la oficina del fiscal de Distrito del condado de Suffolk.

**8) ¿Cuál es el horario del saneamiento del parque?**
El proyecto de saneamiento se llevará a cabo de lunes a viernes, desde las 7:00 a.m. hasta las 3:30 p.m.