

Text Only Site | Contact | FAQ

Home | Departments | About Islip | E-Services | News | I want to . . .

## Articles

### Community Updates

### Quick Links

| Info Shared with Residents | Meeting Comments | News | Other Information

#### Info Shared with Residents:

Park Cleanup Update June 30, 2015

Park Cleanup Update June 15, 2015

Park Update from June 14, 2014

Update from May 13, 2014

Update from May 8, 2014

#### Town Board & Public Meeting Comments:

Town Board Meeting April 21, 2015

Town Board Meeting March 17, 2015

Town Board Meeting March 3, 2015

Town Board Meeting February 10, 2015

Town Board Meeting January 29, 2015

Town Board Meeting January 13, 2015

Town Board Meeting December 16, 2014

Town Board Meeting December 2, 2014

Town Board Meeting November 18, 2014

Public Meeting held on October 9, 2014

    📄 Presentation | 📄 Presentacion

    📄 Roberto Clemente Park Fact Sheet | 📄 Roberto Clemente Park Hoja de Hechos

Defs' Ex. V

Town Board Meeting September 23, 2014

Town Board Meeting September 9, 2014

Town Board Meeting August 26, 2014

Town Board Meeting August 5, 2014

Town Board Meeting July 15, 2014

## News & Press:

Supervisor Carpenter, Senator Croci Announce $1 Million in State Funds to Clean-Up Roberto Clemente Park

Removal, Transportation and Disposal of Contaminated Fill from Roberto Clemente Park, Brentwood

Town Begins Accepting Bids for Park Clean-up

Roberto Clemente, Jr. Joined Town Board Members to Discuss Recovery & Rebirth at Park

Removal of Contaminated Material at Bay Shore Marina

Removal of Asbestos at Clayton Street Fields in Central Islip

Press Conference from May 6, 2014

Roberto Clemente Park Closed to the Public

Statement from the Town of Islip

DEC Approves Clean up of Roberto Clemente Park

## Other Information:

August Daily Routing Assignments

June - July Daily Routing Assignments

Alternative Summer 2014 Recreation Opportunities

Islip Youth Bureau Announces 2014 Summer Enrichment Programs

Information Hotline; English, Spanish Options Available

Back to Top | Back to Roberto Clement Updates | Parks and Recreation Department |