| | |
|---|---|
| **From:** | Nemetz, Amy K <anemetz@paulweiss.com> |
| **Sent:** | Monday, January 14, 2019 11:42 AM |
| **To:** | Ferruggia, Michael T.; Pernick, Michael; Laufer, Gregory; Frederick Brewington; Randy McLaughlin; Furshpan, Daniel; Carvin, Michael A.; Fisher, Louis K.; Vincent Messina; Lisa Perillo; MICHAEL WALSH; John Dicioccio |
| **Subject:** | RE: Flores v. Town of Islip |

Counsel,

As a follow-up to our discussion on Friday, below please find a list of potential deponents for plaintiffs in this case. Given that we have not received any documents in discovery yet, plaintiffs reserve all rights to amend or add to this list based on subsequent discovery or amendments to the parties' initial disclosures.

We would also like to discuss your Responses and Objections to the RFPs and Interrogatories that we received on Friday. Please let us know if you are available for a call tomorrow, Tuesday 1/15.

**Potential individual deponents at this time:**

1. Angie Carpenter
2. Tracy Krut
3. Martin Bellew
4. Thomas Owens
5. Carol Charchalis
6. Mary Pat Klueber
7. Anthony D'Amico
8. Ronald Meyer
9. William Mannix
10. Timothy Mare
11. MaryAnn Pfeiffer
12. Mary Reid
13. Joan B. Johnson
14. Carol Smith
15. Eric Hofmeister
16. Inez Birbiglia
17. Jeffrey Szabo
18. Suffolk County Police Dep't Commanding Officer of 3rd Precinct
19. Thomas Isles
20. Eugene Murphy
21. Anita Katz
22. Nick LaLota
23. Trish Bergin Weichbrodt
24. John Cochrane
25. Mary Kate Mullen
26. James O'Connor
27. William Garbarino
28. Joseph Montouri
29. Brett Robinson

**Additional anticipated deponents:**

- Babylon officials who have received subpoenas, including at this time Shawn Cullinane, Anthony Pancella, or Kevin McCaffrey.
- Individuals contained in Plaintiffs' First Amended Initial Disclosures or who appear to become important based on documents to be produced.
- Any experts designated by Defendants, to be determined based on forthcoming expert disclosures.

**Amy Nemetz** | Associate
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
+1 212 373 3160 (Direct Phone) | +1 212 492 0160 (Direct Fax)
anemetz@paulweiss.com | www.paulweiss.com

---

**From:** Ferruggia, Michael T.
**Sent:** Friday, January 11, 2019 6:09 PM
**To:** Pernick, Michael ; Laufer, Gregory ; Frederick Brewington ; Randy McLaughlin ; Nemetz, Amy K ; Furshpan, Daniel ; Carvin, Michael A. ; Fisher, Louis K. ; Vincent Messina ; Lisa Perillo ; MICHAEL WALSH ; John Dicioccio
**Subject:** Flores v. Town of Islip

Counsel,

Please find attached the Town of Islip and the Islip Town Board's Responses and Objections to Plaintiffs' initial discovery requests, as well as Islip's First Set of Interrogatories.

Sincerely,

Michael T. Ferruggia
Associate
**JONES DAY® - One Firm Worldwide℠**
250 Vesey Street
New York, NY 10281
Office +1.212.326.3957

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

This message is intended only for the use of the Addressee and may contain information that is privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately.