**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

ANA FLORES, RENE FLORES, MARIA
MAGDALENA HERNANDEZ, MAGALI
ROMAN, MAKE THE ROAD NEW YORK, AND
NEW YORK COMMUNITIES FOR CHANGE,

                            Plaintiffs,

      v.

TOWN OF ISLIP, ISLIP TOWN BOARD,
SUFFOLK COUNTY BOARD OF ELECTIONS,

                            Defendants.

Case No. 2:18-cv-03549 (GRB)

---

## TOWN OF ISLIP AND ISLIP TOWN BOARD'S
## NOTICE OF MOTION TO RECUSE

      **PLEASE TAKE NOTICE** that upon the accompanying declaration of Stephen J.

Petrany, dated February 7, 2020, and the exhibits annexed thereto, the accompanying

memorandum of law, and all other papers and proceedings herein, Defendants Town of Islip and

Islip Town Board will move this Court, before the Honorable Judge Gary R. Brown for the

Eastern District of New York, on a day and time to be determined by the Court, for an order

pursuant to 28 U.S.C. § 455 recusing Your Honor from the above-captioned matter.

Dated: February 7, 2020

Respectfully submitted,

/s/ Michael A. Carvin
Michael A. Carvin, Esq. (MC-9266)
Louis K. Fisher, Esq. (LF-3979)
Stephen J. Petrany, Esq. (*pro hac vice*)
JONES DAY
51 Louisiana Avenue
Washington, D.C. 20001-2113
Telephone: (202) 879-3939
Facsimile: (202) 626-1700
Email: macarvin@jonesday.com
        lkfisher@jonesday.com
        spetrany@jonesday.com

Laura Washington Sawyer, Esq. (LS-4385)
Jennifer L. Del Medico, Esq. (JD-9913)
Michael T. Ferruggia, Esq. (MF-9558)
JONES DAY
250 Vesey Street
New York, NY 10281
Telephone: (212) 326-3939
Fax: (212) 755-7306
Email: lwsawyer@jonesday.com
        jdelmedico@jonesday.com
        mferruggia@jonesday.com

John R. DiCioccio, Esq.
Town Attorney
655 Main Street
Islip, New York 11751
Telephone: (631) 224-5550

*Counsel for Defendants Town of Islip*
*and Islip Town Board*