UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

Ana Flores, Rene Flores, Maria Magdalena Hernandez, Magali Roman, Make the Road New York, and New York Communities for Change,

                 Plaintiffs,

v.

Town of Islip, Islip Town Board, and Suffolk County Board of Elections,

                 Defendants.

2:18-cv-03549 (GRB)(ST)

---

### NOTICE OF MOTION *IN LIMINE* TO EXCLUDE EVIDENCE OF FUTURE DEMOGRAPHIC CHANGES AMONG ISLIP'S CITIZEN VOTING AGE POPULATION

      PLEASE TAKE NOTICE THAT, upon the accompanying memorandum of law, and all other papers and proceedings herein, Plaintiffs Ana Flores, Rene Flores, Maria Magdalena Hernandez, Magali Roman, Make the Road New York, and New York Communities for Change, will move this Court, before the Honorable Judge Gary R. Brown for the Eastern District of New York, at the Long Island Courthouse, Courtroom 840, 100 Federal Plaza, Central Islip, New York 11722, at a date and time to be determined by the Court, for an order granting Plaintiffs' motion *in limine* to exclude evidence of future demographic changes among Islip's citizen voting age population. The grounds for this motion are set forth in the accompanying memorandum of law.

Dated: New York, New York
September 9, 2020

        PAUL, WEISS, RIFKIND,
        WHARTON & GARRISON LLP

        By: /s/ Sara E. Hershman
            Daniel H. Levi
            Sara E. Hershman
            Theodore Galanakis
            1285 Avenue of the Americas
            New York, New York 10019-6064
            (212) 373-3000
            dlevi@paulweiss.com
            shershman@paulweiss.com
            tgalanakis@paulweiss.com

            THE LAW OFFICES
            OF FREDERICK K. BREWINGTON
            Frederick K. Brewington
            556 Peninsula Blvd.
            Hempstead, New York 11550
            (516) 489-6959
            fred@brewingtonlaw.com

            NEWMAN FERRARA LLP
            Randolph M. McLaughlin
            1250 Broadway, 27th Floor
            New York, New York 10001
            (212) 619-5400
            rmclaughlin@nfllp.com

        *Attorneys for Plaintiffs*