UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANA FLORES, RENE FLORES, MARIA MAGDALENA HERNANDEZ, MAGALI ROMAN, MAKE THE ROAD NEW YORK, AND NEW YORK COMMUNITIES FOR CHANGE,<br><br>Plaintiffs,<br><br>v.<br><br>TOWN OF ISLIP, ISLIP TOWN BOARD, SUFFOLK COUNTY BOARD OF ELECTIONS,<br><br>Defendants. | Case No. 2:18-cv-03549 (GRB) (ST) |

### DEFENDANTS TOWN OF ISLIP AND ISLIP TOWN BOARD NOTICE OF MOTION FOR MOTIONS *IN LIMINE*

PLEASE TAKE NOTICE that upon the accompanying (i) Motions *in Limine* of Defendants Town of Islip and Islip Town Board dated September 9, 2020 and (ii) the supporting appendices, Defendants Town of Islip and Islip Town Board, by and through their undersigned counsel, move this Court for an Order excluding certain exhibits from being offered into evidence by Plaintiffs in the above captioned matter.

Dated:  September 16, 2020          */s/ Laura W. Sawyer*

                                                           Laura Washington Sawyer
Jennifer L. Del Medico
JONES DAY
250 Vesey Street
New York, New York 10281
Tel:        (212) 326-3939
Fax:       (212) 755-7306

lwsawyer@jonesday.com
jdelmedico@jonesday.com

Michael A. Carvin
Louis K. Fisher
JONES DAY
1 Louisiana Ave NW,
Washington, DC 20001
Tel:  (202) 879-3939
Fax:  (202) 626-1700

*macarvin@jonesday.com*
*lkfisher@jonesday.com*

*Attorneys for the Town of Islip and the Islip Town Board*

## **CERTIFICATE OF SERVICE**

I, Laura W. Sawyer, hereby certify that on this 16th day of September 2020 a copy of the foregoing document was served via ECF on all counsel of record.

*/s/ Laura W. Sawyer*

Laura W. Sawyer