| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>Courtroom 940 |
| BEFORE: GARY R. BROWN<br>            U.S. DISTRICT JUDGE | DATE: 10/2/2020<br>TIME: 9:30 a.m.  (7 hours) |

CASE: Civil Cause for Bench Trial
**18cv03549**
**FLORES ET AL V. TOWN OF ISLIP ET AL**

APPEARANCES:   **Plaintiff:** Frederick Brewington, Randolph M. McLaughlin, Rachael Schuman, Alexander Atkins
.
**Defendant**: Louis K. Fisher, Vincent Messina, Laura W. Sawyer, Jennifer Del Medico
Hope Senzer Gabor, Michael J Petre
COURT REPORTER: Paul Lombardi

**THE FOLLOWING RULINGS WERE MADE:**

X      Other: Parties appear by Video. Bench trial continues.  Witnesses sworn, testimony heard, exhibits received into evidence.  Bench trial continued to 10/5/20 at 9:30 am.