**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000

LLOYD K. GARRISON (1946-1991)
RANDOLPH E. PAUL (1946-1956)
SIMON H. RIFKIND (1950-1995)
LOUIS S. WEISS (1927-1950)
JOHN F. WHARTON (1927-1977)

UNIT 5201, FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT, BEIJING 100020, CHINA
TELEPHONE (86-10) 5828-6300

HONG KONG CLUB BUILDING, 12TH FLOOR
3A CHATER ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, UNITED KINGDOM
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

WRITER'S DIRECT DIAL NUMBER
(212) 373-3666

WRITER'S DIRECT FACSIMILE
(212) 492-0649

WRITER'S DIRECT E-MAIL ADDRESS
shershman@paulweiss.com

MATTHEW W. ABBOTT
EDWARD T. ACKERMAN
JACOB A. ADLERSTEIN
JUSTIN ANDERSON
ALLAN J. ARFFA
JONATHAN H. ASHTOR
ROBERT A. ATKINS
DAVID J. BALL
SCOTT A. BARSHAY
PAUL M. BASTA
J. STEVEN BAUGHMAN
LYNN B. BAYARD
CRAIG A. BENSON
MITCHELL L. BERG
MARK S. BERGMAN
DAVID M. BERNICK
JOSEPH J. BIAL
BRUCE BIRENBOIM
H. CHRISTOPHER BOEHNING
ANGELO BONVINO
ROBERT BRITTON
DAVID W. BROWN
SUSANNA M. BUERGEL
JESSICA S. CAREY
DAVID CARMONA
GEOFFREY R. CHEPIGA
ELLEN N. CHING
WILLIAM A. CLAREMAN
LEWIS R. CLAYTON
YAHONNES CLEARY
RACHAEL G. COFFEY
JAY COHEN
KELLEY A. CORNISH
CHRISTOPHER J. CUMMINGS
THOMAS V. DE LA BASTIDE III
ARIEL J. DECKELBAUM
ALICE BELISLE EATON
ANDREW J. EHRLICH
GREGORY A. EZRING
ROSS A. FIELDSTON
ANDREW C. FINCH
BRAD J. FINKELSTEIN
BRIAN P. FINNEGAN
ROBERTO FINZI
PETER E. FISCH
HARRIS FISCHMAN
ANDREW J. FOLEY
ANDREW J. FORMAN*
HARRIS B. FREIDUS
CHRISTOPHER D. FREY
MANUEL S. FREY
ANDREW L. GAINES
KENNETH A. GALLO
MICHAEL E. GERTZMAN
ADAM M. GIVERTZ
SALVATORE GOGLIORMELLA
NEIL GOLDMAN
MATTHEW B. GOLDSTEIN
ROBERTO J. GONZALEZ*
CATHERINE L. GOODALL
ERIC GOODISON
CHARLES H. GOOGE, JR.
ANDREW G. GORDON
BRIAN S. GRIEVE
UDI GROFMAN
NICHOLAS GROOMBRIDGE
BRUCE A. GUTENPLAN
ALAN S. HALPERIN
CLAUDIA HAMMERMAN
BRIAN S. HERMANN
MICHELE HIRSHMAN
ROBERT E. HOLO
DAVID S. HUNTINGTON
AMRAN HUSSEIN
LORETTA A. IPPOLITO
JAREN JANGHORBANI
BRIAN M. JANSON
JEH C. JOHNSON
MEREDITH J. KANE
JONATHAN S. KANTER
BRAD S. KARP
PATRICK N. KARSNITZ
JOHN C. KENNEDY
BRIAN KIM
KYLE J. KIMPLER
ALEXIA D. KORBERG
ALAN W. KORNBERG
DANIEL J. KRAMER
CAITH KUSHNER
DAVID K. LAKHDHIR
JOHN E. LANGE
GREGORY F. LAUFER
BRIAN C. LAVIN
XIAOYU GREG LIU
LORETTA E. LYNCH
JEFFREY D. MARELL
MARCO V. MASOTTI
DAVID W. MAYO
ELIZABETH R. MCCOLM
JEAN M. MCLOUGHLIN
ALVARO MEMBRILLERA
MARK F. MENDELSOHN
CLAUDINE MEREDITH-GOUJON
WILLIAM B. MICHAEL
JUDIE NG SHORTELL*
CATHERINE NYARADY
JANE B. O'BRIEN
ALEX YOUNG K. OH
BRAD R. OKUN
KELLEY D. PARKER
LINDSAY B. PARKS
VALERIE E. RADWANER
JEFFREY J. RECHER
CARL L. REISNER
LORIN L. REISNER
JEANNIE S. RHEE*
WALTER G. RICCIARDI
WALTER RIEMAN
RICHARD A. ROSEN
ANDREW N. ROSENBERG
JUSTIN ROSENBERG
JACQUELINE P. RUBIN
CHARLES F. "RICK" RULE*
RAPHAEL M. RUSSO
ELIZABETH M. SACKSTEDER
JEFFREY D. SAFERSTEIN
JEFFREY B. SAMUELS
KENNETH M. SCHNEIDER
ROBERT B. SCHUMER
JOHN M. SCOTT
BRIAN SCRIVANI
KYLE T. SEIFRIED
KANNON K. SHANMUGAM*
DAVID R. SICULAR
AUDRA J. SOLOWAY
SCOTT M. SONTAG
SARAH STASNY
TARUN M. STEWART
ERIC ALAN STONE
AIDAN SYNNOTT
BRETTE TANNENBAUM
RICHARD C. TARLOWE
MONICA K. THURMOND
DANIEL J. TOAL
LAURA C. TURANO
CONRAD VAN LOGGERENBERG
LIZA M. VELAZQUEZ
MICHAEL VOGEL
RAMY J. WAHBEH
LAWRENCE G. WEE
THEODORE V. WELLS, JR.
LINDSEY L. WIERSMA
STEVEN J. WILLIAMS
LAWRENCE I. WITDORCHIC
AUSTIN WITT
MARK B. WLAZLO
JULIA TARVER MASON WOOD
JENNIFER H. WU
BETTY YAP*
JORDAN E. YARETT
KAYE N. YOSHINO
TONG YU
TRACEY A. ZACCONE
TAURIE M. ZEITZER
T. ROBERT ZOCHOWSKI, JR.

*NOT ADMITTED TO THE NEW YORK BAR

October 5, 2020

**VIA ECF**

The Honorable Gary R. Brown
United States District Court for the Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722-9014

      Re: *Flores* v. *Town of Islip*, No. 18 Civ. 3549(GRB)(ST)

Dear Judge Brown:

      We, along with co-counsel, represent the Plaintiffs in the above-referenced matter. We write to address Your Honor's questions regarding the relevance of certain topics covered during today's examination of Plaintiffs' expert, Dr. Thomas Sugrue. As explained in more detail below, Dr. Sugrue's testimony is highly relevant to the Court's broad-based totality of the circumstances inquiry—specifically, Senate Factor Five.

      Under Senate Factor Five, the Court must consider "the extent to which members of the minority group in the state or political subdivision bear the effects of discrimination in such areas as education, employment and health, which hinder their ability to participate effectively in the political process." *Thornburg* v. *Gingles*, 478 U.S. 30, 36–37 (1986) (citing S. Rep. No. 97-417, at 28–29 (1982)). While other Senate Factors focus on the political process directly, Senate Factor Five is designed to consider the ways that the political process "interacts

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

2

with social and historical conditions to cause an inequality" in the opportunity of the minority group to participate politically. *Goosby* v. *Town Bd. of Town of Hempstead, N.Y.*, 180 F.3d 476, 496 (2d Cir. 1999) (citing *Gingles*, 478 U.S. at 47).

Importantly, "where minority group members suffer effects of prior discrimination" and "the level of minority participation in politics is depressed, plaintiffs need not prove any further causal nexus between their disparate socioeconomic status and the depressed level of political participation." *United States* v. *Vill. of Port Chester*, 704 F. Supp. 2d 411, 445 (S.D.N.Y. 2010) (internal quotation marks and alteration omitted); *Reed* v. *Town of Babylon*, 914 F. Supp. 843, 887 (E.D.N.Y. 1996) ("No casual nexus between lower socioeconomic status and lower political participation need be proven"); *Rodriguez* v. *Harris Cty., Tex.*, 964 F. Supp. 2d 686, 785 (S.D. Tex. 2013), *aff'd sub nom. Gonzalez* v. *Harris Cty., Tex.*, 601 F. App'x 255 (5th Cir. 2015) (same). Moreover, courts frequently credit the types of discrimination and disparities presented by Dr. Sugrue in considering Senate Factor Five. *See e.g.*, *Port Chester*, 704 F. Supp. 2d at 435 (considering disparities in housing in finding that plaintiffs satisfied Senate Factor Five); *Rodriguez*, 964 F. Supp. 2d at 786 (considering educational disparities in finding that plaintiffs satisfied Senate Factor Five); *Large* v. *Fremont Cty., Wyo.*, 709 F. Supp. 2d 1176, 1218–19 (D. Wyo. 2010) (considering disparities in socioeconomic status in finding that plaintiffs satisfied Senate Factor Five); *Missouri State Conference of the Nat'l Ass'n for the Advancement of Colored People* v. *Ferguson-Florissant Sch. Dist.*, 201 F. Supp. 3d 1006, 1071 (E.D. Mo. 2016), *aff'd*, 894 F.3d 924, 940 (8th Cir. 2018) (considering disparities in policing practices in finding that plaintiffs satisfied Senate Factor Five); *Pope* v. *Cty. of Albany*, 94 F. Supp. 3d 302, 326 (N.D.N.Y. 2015) (considering disparities in disease infection rates in finding that plaintiffs satisfied Senate Factor Five).

Dr. Sugrue testified today about discrimination and disparities suffered by Islip's Latinos relating to housing, education, and socioeconomic status, and he will offer testimony of additional discrimination and disparities tomorrow. Plaintiffs' expert Dr. McDonald has already testified that Latino voters turn out to vote less than white voters in Islip. (Trial Tr. 579:7–11.) Plaintiffs' expert Dr. Rene Rocha, who will testify later this week, will not only offer further testimony that Latino political participation in Islip is depressed, he will also surpass Plaintiffs' burden under Senate Factor Five and testify that certain housing, socioeconomic, and educational disparities help to explain Latino's depressed levels of participation.

We hope that this information is helpful to the Court. We look forward to continuing Dr. Sugrue's testimony tomorrow.

Respectfully submitted,

/s/ *Sara E. Hershman*

Sara E. Hershman
*Counsel for Plaintiffs*

cc: All Counsel (via ECF)