# JONES DAY

250 VESEY STREET • NEW YORK, NEW YORK 10281.1047

TELEPHONE: +1.212.326.3939 • FACSIMILE: +1.212.755.7306

October 6, 2020

<u>Via ECF</u>

The Honorable Gary R. Brown
United States District Court
100 Federal Plaza
Central Islip, New York 11722

        Re: *Flores v. Town of Islip, et al.*, Case No. 2:18-cv-03549

Dear Judge Brown:

    Per Your Honor's instructions on September 30, 2020, attached are exhibits DX-Demonstrative 1-6 (Defendants' demonstratives from the cross examination of Dr. Michael McDonald).

                        Sincerely,

                        <u>/s/ Mario J. Cacciola</u>
                        Mario J. Cacciola

                        *Attorney for the Town of Islip and*
                        *the Islip Town Board*

cc: All Counsel via ECF

Attachments